**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The University of the Arts** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 23-1639911 |

4. **Debtor's address**

**Principal place of business**

**320 South Broad Street**
**Philadelphia, PA 19102**
Number, Street, City, State & ZIP Code

**Philadelphia**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  **https://www.uarts.edu**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **The University of the Arts**                                    Case number (*if known*) _____
      Name

---

**7.   Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ☑ None of the above

    B. *Check all that apply:*

    ☑ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
       http://www.uscourts.gov/four-digit-national-association-naics-codes.

       **6113**

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☑ Chapter 7

    ☐ Chapter 9

    ☐ Chapter 11. *Check all that apply:*

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ☑ No.
    ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☑ Yes.

---

| Debtor | The University of the Arts | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| List all cases. If more than 1, attach a separate list | | | | |
|---|---|---|---|---|
| | Debtor | U of Arts Finance, LLC | Relationship | **wholly owned subsidiary** |
| | District | Delaware | When 09/13/24 | Case number, if known |

**11. Why is the case filed in *this district?*** *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds** .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,000-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☑ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million* | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |
| | *Not including assets held for others | |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **The University of the Arts** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2024**
                MM / DD / YYYY

**X** **/s/ Judson Aaron**                          **Judson Aaron**
Signature of authorized representative of debtor     Printed name

Title    **Chair of the Board of The University of the Arts**

---

**18. Signature of attorney**

**X** **/s/ Richard G. Placey No.**                  Date    **September 13, 2024**
Signature of attorney for debtor                             MM / DD / YYYY

**Richard G. Placey No. 4206**
Printed name

**Montgomery McCracken Walker & Rhoads LLP**
Firm name

**1105 North Market Street**
**15th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 504-7800**        Email address    **rplacey@mmwr.com**

**No. 4206 DE**
Bar number and State

# THE UNIVERSITY OF THE ARTS
## Board of Trustees Meeting
### September 5, 2024

I, William Gast, do hereby certify that I am the duly elected Secretary of The University of the Arts, a Pennsylvania nonprofit corporation (the "University"), and that, as said Secretary, I am the custodian of the books and records of the University.

I hereby certify that, at a special meeting held on September 5, 2024, where the members of the Board of Trustees (the "Board"), constituting a quorum of the Board and 17 out of the 18 members of the Board Trustees then in office, were either in person or present via Zoom video conference call, the Board of the University approved the resolutions attached hereto as Exhibit A by a vote of 17 trustees, constituting 94% of the members of the Board then in office.

I, William Gast, being the Secretary of The University of the Arts, hereby certify that the Resolutions attached hereto as Exhibit A have been recorded in the Minutes of the University and remain in effect as of this date.

IN WITNESS THEREOF, I affix my hand and attach the seal of The University of the Arts, this _5th_ day of September, 2024.

William Gast, Secretary

**EXHIBIT A**

**THE UNIVERSITY OF THE ARTS**
**Resolutions of the**
**Board of Trustees Meeting**
**September 5, 2024**

**WHEREAS**, the Board has reviewed and considered the materials presented by the management and the advisors of The University of the Arts (the "University"), a Pennsylvania nonprofit corporation, regarding the financial and operational conditions of the University, the assets, liabilities and liquidity situation of the University, the strategic alternatives available to the University, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of title 11 of the United States Code (11 U.S.C. §§ 101 et seq., the "Bankruptcy Code"), and the impact of the foregoing on the University and the University's business and operations;

**WHEREAS**, the Board has had the opportunity to consult with the management and the advisors of the University and fully consider each of the strategic alternatives available to the University; and

**WHEREAS**, the Board has approved and consented to the actions set forth below;

**NOW, THEREFORE, BE IT**

**RESOLVED** that, in the judgment of the Board of the University, it is desirable and in the best interests of the University, its creditors, and other parties in interest, that the University file or cause to be filed a voluntary petition for relief (the "Bankruptcy Petition") under the provisions of Chapter 7 of the Bankruptcy Code; and it is

**FURTHER RESOLVED** that this Board authorizes, empowers and directs the Chair of the Board or other officer of the University, as the proper officer (the "Proper Officer"), without further action of this Board, to: (i) execute, verify and file the Bankruptcy Petition in the name and on behalf of the University, with such Bankruptcy Petition to be filed at such time and in such venue as the Proper Officer shall determine in the Proper Officer's discretion, including after the conclusion of a letter support agreement with the holders of the Philadelphia Authority for Industrial Development The University of the Arts Revenue Bonds, Series 2017 issued pursuant to the Trust Indenture, dated as of December 1, 2017 (as amended, restated, amended and restated, supplemented or otherwise modified from time to time pursuant to its terms) that is acceptable to the Chair of the Board in consultation with such members of the Board as the Chair of the Board determines; (ii) execute, verify and file in the University's Chapter 7 case (the "Bankruptcy Case") all documents necessary or appropriate as determined by the Proper Officer in connection with the filing of the Bankruptcy Petition and commencement of the Bankruptcy Case, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings and other papers or documents; (iii) take and perform any and all further acts and deeds that the Proper Officer deems necessary, proper and desirable to obtain such relief as authorized herein and in connection with the Bankruptcy Case; (iv) appear as necessary at all bankruptcy proceedings on behalf of the University, including attending the meeting of creditors pursuant to section 341 of the Bankruptcy Code; and (v) pay all such expenses where

-2-

necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the Resolutions adopted herein; and it is

**FURTHER RESOLVED** that the Proper Officer shall be, and hereby is, authorized and directed to employ the law firm of Montgomery McCracken Walker & Rhoads LLP as bankruptcy counsel to represent and assist the University with filing the Bankruptcy Petition, commencing the Bankruptcy Case, and carrying out the University's duties under the Bankruptcy Code; and, in connection therewith, the Proper Officer is hereby authorized and directed to execute appropriate retention agreements and to pay appropriate retainers prior to and immediately upon filing of the Bankruptcy Petition; and it is

**FURTHER RESOLVED** that the steering committee of the Board be, and it hereby is, authorized and directed to employ the firm of Alvarez & Marsal North America, LLC to assist the University in carrying out its duties under the Bankruptcy Code, including but not limited to assisting in the preparation of schedules, statements of financial affairs and other required filings, and to take any and all actions to advance the University's rights and obligations; and it is

**FURTHER RESOLVED** that, in addition to the specific authorizations heretofore conferred upon the Proper Officer, the Proper Officer shall be, and hereby is, authorized, directed and empowered, in the name and on behalf of the University, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents, and to pay all expenses, including filing fees, in each case as in the Proper Officer's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and it is

**FURTHER RESOLVED** that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by the Proper Officer in connection with the Bankruptcy Case, or any further action to seek relief on behalf of the University under Chapter 7 of the Bankruptcy Code, or any matter related thereto, be, and hereby are, approved and ratified in all respects as the acts and deeds of the University; and it is

**FURTHER RESOLVED** that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name and on behalf of the University, which acts (i) would have been approved by the foregoing Resolutions except that such acts were taken before these Resolutions were certified or (ii) were approved by prior resolutions, are hereby in all respects approved and ratified.

# United States Bankruptcy Court
## District of Delaware

In re   **The University of the Arts**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The University of the Arts**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**September 13, 2024**

Date

**/s/ Richard G. Placey No.**

**Richard G. Placey No. 4206**

Signature of Attorney or Litigant

Counsel for   **The University of the Arts**

**Montgomery McCracken Walker & Rhoads LLP**
**1105 North Market Street**
**15th Floor**
**Wilmington, DE 19801**
**(302) 504-7800**
**rplacey@mmwr.com**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re __The University of the Arts and U of Arts Finance, LLC__    Case No. _____
Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **$ 1,272,672.61** |
| Prior to the filing of this statement I have received | $ | **$ 1,105,833.00** |
| Balance Due | $ | **$ 166,839.61** |

   **Note: Retainer of $50,000 held for post-filing services.**

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the *filing of the* bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors ~~and confirmation hearing~~, and any adjourned hearings thereof;
   d. [Other provisions as needed]

   - **All pre-bankruptcy services (e.g., analysis of restructuring alternatives and options available to the debtors; representation in connection with multiple forbearance agreements with bondholders and other creditors and repeated extensions of same; representation in connection with multiple sets of loan (and extensive supporting) documents with bondholders and others; coordinating effort with transactional co-counsel on discussions with prospective purchasers; bankruptcy-related guidance on negotiations with potential buyers, non-disclosure agreements and bankruptcy revisions to proposed APA; preparing for a Chapter 11 (363 sale) filing, including negotiating DIP loan commitment documentation and preparing multiple first day motions in support; participation in multiple board/committee meetings and meetings with investment bankers, potential buyer, Attorney General, regulators and other interested parties; representation in connection with demands and lawsuits from certain creditors; representation in connection with preparation of the chapter 7 filing, including PII motion.)**

   - **The following post-filing services: post-filing representation at the meeting of creditors and in connection with the transition to a chapter 7 trustee (up to the amount of the retainer).**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Representation in any post-petition matters not specifically listed in part 5.d above, including, but not limited to, (a) any bankruptcy-related matters, whether in the debtor's bankruptcy case or the bankruptcy case of another entity, including, but not limited to, any adversary proceedings, contested matters, or other litigation, and (b) any non-bankruptcy matters, including, but not limited to, litigation, and other legal proceedings and transactions.**

In re     __The University of the Arts and U of Arts Finance, LLC__          Case No.    _____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

__September 13, 2024__                          __/s/ Richard G. Placey__
*Date*                                         **Richard G. Placey**
                                               *Signature of Attorney*
                                               **Montgomery McCracken Walker & Rhoads LLP**
                                               **1105 North Market Street**
                                               **15th Floor**
                                               **Wilmington, DE 19801**
                                               **(302) 504-7800**
                                               **rplacey@mmwr.com**
                                               *Name of law firm*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| The University of the Arts | ) | |
| U of Arts Finance, LLC | ) | Case No. 24- () |
| | ) | |
| Debtors. | ) | |
| | ) | |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

The above captioned debtors and debtors-in-possession (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "*Schedules*") and Statements of Financial Affairs (the "*Statements*") with the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*"), pursuant to section 521 of title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "*Global Notes*") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("*GAAP*"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

Judson Aaron has signed each of the Schedules and Statements. Mr. Aaron is the Chair of the Board of The University of the Arts and has signing authority for each of the Debtor entities. In reviewing and signing the Schedules and Statements, Mr. Aaron has relied upon the efforts, statements and representations of various personnel employed by the Debtors and advisors. Mr. Aaron has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Furthermore, the fact that the Debtors have prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes to the rest of the Debtors' Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

**Global Notes Control.**  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("*Claim*") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

**Description of Cases**. On September 13, 2024 (the "***Petition Date***"), the Debtors filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code.

**Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of June 30, 2024. Additionally, because the book values of assets such as patents, trademarks and copyrights may materially differ from their fair market values, they are listed as unknown amounts as of the Petition Date. Furthermore, assets which have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements, as they have no net book value.

**Personal Property – Leased**. In the ordinary course of operations, the Debtors may lease furniture, fixtures and office equipment from certain third-party lessors for use in the daily operation of their businesses. Nothing in the Schedules and Statements is or shall be construed as an admission regarding any determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to any such issue.

**Recharacterization**. Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' operations. Accordingly, the Debtors reserve all rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

**Identified Property.** Because the official forms of the Schedules do not distinguish if an asset is unavailable to satisfy creditor claims, the Debtors have endeavored in these Global Notes and accompanying Statement to highlight restricted assets wherever possible, to provide creditors more accurate information as to the assets available to satisfy their claims. The Debtors determined the best way to capture the restricted assets, while at the same time providing meaningful disclosure, is to report restricted assets in response to question 21 of the Statement as assets held for another. While some of the restricted assets are not "held for another" strictly speaking (e.g., as in a formal trust structure), the Debtors believe reporting restricted assets on the Statement, rather than on Schedule A/B is more appropriate given that their inclusion on Schedule A/B would result in a significant overstatement of assets available for distribution to

3

creditors. While the Debtors and its professionals have used their good faith best efforts to bifurcate restricted assets in these disclosures, the review of the Debtor's records is ongoing and may reveal additional restrictions. Accordingly, failure to identify an asset as restricted in these Global Notes, Statement or Schedules does not constitute an admission by the Debtor such asset is available to satisfy creditor claims.

**Liabilities**.  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

**Insiders**.  For purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) officers; (c) relatives of directors or officers of the Debtors (to the extent known by the Debtors); and (e) Debtor/non-Debtor affiliates.

Academic Deans are not included as persons listed as an "insider" because they had no corporate management responsibility and are not viewed as officers of the University.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to:  (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose. The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should it be, construed as an admission that those parties are insiders for purpose of section 101(31) of the Bankruptcy Code.

**Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

**Executory Contracts**.  Although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired

nature) of the contract or lease, or an admission as to the existence or validity of any claims held by any counterparty to such contract or lease.  Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

**Classifications**.  Listing a claim on (a) Schedule D as "secured," (b) Schedule E as "priority," (c) Schedule F as "unsecured" or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description**.  Schedules D, E and F permit each of the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated."   Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated."  Moreover, listing a claim does not constitute an admission of liability by the Debtors.

**Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on account of a contract or for breaches of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, whether asserted directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "***Causes of Action***") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

**Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

    a.    Unknown Amounts.   The  description  of  an  amount  as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    Totals.   All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the

extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c.  <u>Liens</u>.  Property and equipment listed in the Schedules are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

d.  <u>Currency</u>.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Credits and Adjustments.**  The claims of individual creditors for, among other things, goods, services, tuition deposits or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Setoffs.**  The Debtors incur certain setoffs, net payments, and other similar rights during the ordinary course of operations. These offsets and other similar rights are consistent with the ordinary course of operations at a university and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

**Estimates.**  To comply with the court forms, the Debtors were required to make estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses as of the Petition Date. The Debtors reserve all rights, but shall not be required, to amend the reported amounts of assets, revenue, and expenses to reflect changes in those estimates and assumptions.

<u>**Specific Disclosures with Respect to the Debtors' Schedules**</u>

**Schedules Summary.**  Except as otherwise noted, the asset information provided herein represents the Debtors' data regarding their assets as of June 30, 2024, unless values as of the Petition Date were readily available, and the liability information provided herein represents the Debtors' data regarding their liabilities as of the close of business prior to the Petition Date.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.

**Schedule A/B 2 and A/B 3**.  Cash balances are listed as of September 12, 2024.

**Schedules A/B 59-69.**  Intangibles and Intellectual Property listed in Schedules A/B 59-69 are listed as an unknown amount. The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Schedule A/B 73.**  The Debtors have included a listing of their insurance policies in response to Question 73, however, a determination as to the surrender or refund value of each of the insurance policies has not been made and, therefore, the balance is listed as undetermined.

**Schedules A/B 74 and A/B 75.**  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, setoffs, credits, refunds, or rebates. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counterclaims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed in the Schedules. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

**Schedule D.**  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.  The amounts outstanding under the Debtors' prepetition secured credit facilities reflect principal amounts as of the Petition Date.

With respect to the Claims listed on Schedule D, reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. In addition, unless otherwise stated, the Debtors have not included on Schedule D parties that may hold liens on personal property or in connection with equipment leases. The Debtors reserve all of their rights to amend Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

**Schedule E/F.**  The Debtors' analysis of potential priority claims is ongoing and may take significant time to complete. Accordingly, some amounts on Schedule E/F may have been classified as non-priority pending conclusion of that analysis.  The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve their right to dispute the priority status of any claim on any basis.

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F. Furthermore, claims listed on Schedule E/F have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F may contain potential claims on account of pending litigation involving the Debtors. Each potential claim associated with any such pending litigation is marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the potential litigation claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

Schedule E/F may also include potential or threatened litigation claims. Any information contained in Schedule E/F with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Additionally, Schedule E/F does not include potential rejection damage Claims, of the counterparties to executory contracts and unexpired leases that may be rejected.

Schedule E/F may reflect certain tuition deposits that were provided to the Debtors prepetition by students for future classes.  Certain of these deposits may have been honored or given consideration by an unrelated third-party institution. The deposits listed here do not reflect the reduction for such consideration.

**Schedule G.** Although reasonable efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors may have occurred. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects

such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

**Schedule H.** For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because all such Claims are contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 1 & 2.** Revenue amounts listed are through September 12, 2024

**Statement 3.** Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement 4), employees, and bankruptcy professionals (which payments appear in response to Statement 11). The amounts listed in Statement 3 reflect the Debtors' disbursements

netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtors' cash management system.

**Statement 4.** With respect to individuals, the amounts listed reflect certain payments and transfers to such individuals, including, without limitation, compensation, bonus (if any), expense reimbursement, and/or severance and the like.

Academic Deans are not included as persons listed as an "insider" because they had no corporate management responsibility and are not viewed as officers of the University.

Solely for purposes of the Schedules and Statements, the Debtors define "Insiders" to include the following: (a) directors; (b) officers; (c) relatives of directors or officers; and (e) Debtor/non-Debtor affiliates. The listing of a party as an Insider in the Schedules and Statements, however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Statement 6.**  There may be instances where such a setoff has occurred without the Debtors' knowledge.

**Statement 7.**  The Debtors reserve all rights with respect to the suits and proceedings included in Statement. 7.  Nothing contained herein shall be construed as an admission of liability or waiver of any right or defense.

**Statement 11.** Payments related to bankruptcy are reflected on the Statement of the Debtor entity that made the payment, but are for the benefit of all Debtors.   Furthermore, certain payments to professionals included on Statement 11 may not have been made in relation to bankruptcy preparation and may be included on this response.

**Statement 26d.** The Debtors have provided unaudited financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. The disclosure of each of such parties would be impractical and burdensome as the Debtors generally do not track such sharing.  Moreover, the parties with which the Debtors have shared such financial statements may be in turn further shared the financial statements with other entities without the Debtors' knowledge or consent.

**Statement 30**.  The responses to this item are included in Statement 4.

**Fill in this information to identify the case:**

**Debtor name:** The University of the Arts

**United States Bankruptcy Court for the:** District of Delaware

**Case number:** 24-

☐ **Check if this is an amended filing**

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** | $87,066,196.29 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $6,257,555.08 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $93,323,751.37 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)     $68,957,500.00

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | $1,130,906.33 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $4,089,338.31 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**     $74,177,744.64

Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: The University of the Arts

United States Bankruptcy Court for the: District of Delaware

Case number: 24-

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and Cash Equivalents |
|---------|---------------------------|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**

| 2.1 | | $0.00 |
|-----|--|-------|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|---|
| 3.1 | Fidelity Brokerage Services LLC | Investment Account | 6206 | $3,457.84 |
| 3.2 | Hyperion | Operating Account | 1480 | $76,455.49 |
| 3.3 | TD Bank | Investment Account | 1460 | $0.00 |
| 3.4 | TD Bank | Operating Account | 0329 | $0.00 |
| 3.5 | TD Bank | Operating Account | 0956 | $1,353,021.27 |
| 3.6 | TD Bank | Operating Account | 1206 | $0.00 |
| 3.7 | TD Bank | Payroll Account | 1338 | $1,793.41 |

| 3.8 | | | | |
|---|---|---|---|---|
| | TD Bank | Payroll Account | 1214 | $0.00 |

| 3.9 | | | | |
|---|---|---|---|---|
| | TD Bank | Payroll Account | 4719 | $0.00 |

| 3.10 | | | | |
|---|---|---|---|---|
| | TD Bank | Payroll Account | 5450 | $20.00 |

| 3.11 | | | | |
|---|---|---|---|---|
| | TD Bank | Restricted | 0923 | $6,427.22 |

| 3.12 | | | | |
|---|---|---|---|---|
| | BNY Mellon (See Note) | Debt Service Fund | 2354 | $173,982.36 |

Funds were transferred to UMB after June 30, 2024. Bank statements were requested, but were not received at the time of this report. The balance above is as of 6/30/24 and is indicative of the balance as of the petition date.

| 3.13 | | | | |
|---|---|---|---|---|
| | BNY Mellon (See Note) | Debt Service Fund | 2063 | $1,965,602.72 |

Funds were transferred to UMB after June 30, 2024. Bank statements were requested, but were not received at the time of this report. The balance above is as of 6/30/24 and is indicative of the balance as of the petition date.

**4. Other cash equivalents** *(Identify all)*

| 4.1 | | |
|---|---|---|
| | None | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $3,580,760.31 |
|---|

## Part 2:  Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | | |
|---|---|---|
| | Lease Deposit - 1401 Walnut Unit C, LLC | $25,000.00 |

| 7.2 | | |
|---|---|---|
| | Other Deposits | $35,743.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | | |
|---|---|---|
| | Prepaid Rent - Metro Commercial Real Estate, Inc. | $298,625.98 |

| 8.2 | | |
|---|---|---|
| | Prepaid Postage - Pitney Bowes | $18,553.05 |

| 8.3 | | |
|---|---|---|
| | Prepaid Insurance - D&O - Westchester (Chubb) | $289,583.33 |

| 8.4 | | |
|---|---|---|
| | Prepaid Insurance - D&O - Continental Casualty Company (CAN) | $275,000.00 |

| 8.5 | | |
|---|---|---|
| | Prepaid Insurance - D&O - Continental Casualty Company (CAN) | $9,166.67 |
| 8.6 | | |
| | Prepaid Insurance - D&O - National Union Fire Insurance Company of Pittsburgh | $174,166.67 |
| 8.7 | | |
| | Prepaid Insurance - Property - CrossCover (Lloyd's) | $815,933.25 |
| 8.8 | | |
| | Prepaid Insurance - Property - MSIG Specialty Insurance USA Inc | $59,583.33 |
| 8.9 | | |
| | Prepaid Insurance - Property - Bridgeway Insurance Company | $32,083.33 |
| 8.10 | | |
| | Prepaid Insurance - Property - Arch Specialty Insurance Company | $27,500.00 |
| 8.11 | | |
| | Prepaid Insurance - Property - Kinsale Insurance Company | $22,916.67 |
| 8.12 | | |
| | Prepaid Insurance - Property - Great American | $140,557.08 |
| 8.13 | | |
| | Prepaid Insurance - Excess Liability - United Educators Insurance | $85,726.75 |
| 8.14 | | |
| | Prepaid Insurance - Property - Liberty Mutual | $7,583.58 |
| 8.15 | | |
| | Prepaid Insurance - Legacy D&O/EPL - Philadelphia Insurance Companies | $16,643.71 |
| 8.16 | | |
| | Prepaid Insurance - Legacy D&O/EPL - | $31,818.85 |
| 8.17 | | |
| | Retainer - Alvarez & Marsal North America, LLC | $50,000.00 |
| 8.18 | | |
| | Retainer - Montgomery McCracken Walker Rhoads LLP | $50,000.00 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$2,466,185.25

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| **11. Accounts receivable** | | | | | | |
| 11a. | 90 days old or less: | $0.00 | − | $0.00 | = ........ ➔ | $0.00 |
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $996,935.54 | − | $996,935.54 | = ........ ➔ | $0.00 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $0.00 |

---

**Part 4:    Investments**

---

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1 | | $0.00 |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                % of ownership: | | |
| 15.1 | | $0.00 |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 16.1 | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |

---

**Part 5:    Inventory, excluding agriculture assets**

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 None | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 None | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Book Store Inventory | N/A | $0.00 | N/A | Undetermined |

**22. Other inventory or supplies**

22.1

| Misc. Art and School Supplies | N/A | Unknown | N/A | Undetermined |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes        Book value _____        Valuation method _____        Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture | $958,575.35 | N/A | Undetermined |
| **40. Office fixtures** | | | |
| 40.1 None | | | $0.00 |
| **41. Office equipment, including all computer and communication systems equipment and software** | | | |
| 41.1 Computers | $530,353.58 | N/A | Undetermined |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 Various Artwork and Books | Unknown | N/A | Undetermined |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>2003 Ford F150; VIN 1FTRF17213NA24978 | $0.00 | N/A | Undetermined |
| 47.2<br>2011 Ford Transit Connect; VIN NM0LS7DNXBT052305 | $0.00 | N/A | Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Construction in Progress | $140,830.00 | N/A | Undetermined |
| 50.2<br>Construction in Progress - Arts Bank | $163,070.14 | N/A | Undetermined |
| 50.3<br>Construction in Progress - Furness Hall | $305,322.88 | N/A | Undetermined |
| 50.4<br>Construction in Progress - Gersham Hall | $233,909.87 | N/A | Undetermined |
| 50.5<br>Construction in Progress - PAA | $200.00 | N/A | Undetermined |
| 50.6<br>Construction in Progress - Spruce Hall | $817,187.68 | N/A | Undetermined |
| 50.7<br>Construction in Progress - Terra | $1,918,257.86 | N/A | Undetermined |
| 50.8<br>Equipment/Instruments | $634,979.13 | N/A | Undetermined |
| 50.9<br>Telecom | $343,956.72 | N/A | Undetermined |

Debtor  The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 29 of 1042

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| Undetermined |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:  Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1** Administrative - Hamilton Hall, 320 S. Broad Street, Philadelphia, PA (7/10/2024 Appraised Value $4,100,000) | Owned | $2,516,477.26 | Net Book Value | $2,516,477.26 |
| **55.2** Dance Studio - 1401 Walnut Street, Philadelphia, PA | Leased | N/A | N/A | N/A |
| **55.3** Performing Arts Venue - Arts Bank, 601 S. Broad Street, Philadelphia, PA (6/25/24 Appraised Value $1,825,000) | Owned | $538,066.43 | Net Book Value | $538,066.43 |
| **55.4** Performing Arts Venue - Gershman Hall, 401 S. Broad Street, Philadelphia, PA (6/25/24 Appraised Value $7,550,000) | Owned | $8,595,052.52 | Net Book Value | $8,595,052.52 |
| **55.5** Performing Arts Venue - Philadelphia Art Alliance , 251 S. 18th Street, Philadelphia, PA (6/25/24 Appraised Value $6,250,000) | Owned | $11,101,612.82 | Net Book Value | $11,101,612.82 |
| **55.6** Performing Arts Venue - Terra Hall, 211 S. Broad Street, Philadelphia, PA (6/25/24 Appraised Value $33,800,000) | Owned | $48,417,708.88 | Net Book Value | $48,417,708.88 |
| **55.7** Residence Hall - Anderson Hall, 329-335 S. Broad Street, Philadelphia, PA (7/10/2024 Appraised Value $10,400,000) | Owned | $1,787,362.40 | Net Book Value | $1,787,362.40 |

| 55.8 | Residence Hall - Furness Hall, 320R S. Broad Street, Philadelphia, PA (7/10/2024 Appraised Value $8,025,000) | Owned | $529,065.99 | Net Book Value | $529,065.99 |
| 55.9 | Residence Hall - Spruce Hall, 1224-34 Spruce Street, Philadelphia, PA (6/25/24 Appraised Value $15,600,000) | Owned | $4,299,237.03 | Net Book Value | $4,299,237.03 |
| 55.10 | Residence Hall- Juniper Hall, 311 S. Juniper Street, Philadelphia, PA (6/25/24 Appraised Value $12,000,000) | Owned | $9,281,612.96 | Net Book Value | $9,281,612.96 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$87,066,196.29

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 See Schedule AB 60 Attachment | $0.00 | N/A | Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 www.uarts.edu | $0.00 | N/A | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 None | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 None | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 None | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1 None | | | $0.00 |

Debtor  The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 31 of 1042

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| Undetermined |
| --- |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

**71. Notes receivable**
Description (include name of obligor)

71.1

| None | | | | |
| --- | --- | --- | --- | --- |
| | total face amount | doubtful or uncollectible amount | = ➔ | $0.00 |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| None | Tax year | | $0.00 |
| --- | --- | --- | --- |

**73. Interests in insurance policies or annuities**

73.1

| See Schedule AB 73 Attachment | Undetermined |
| --- | --- |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

| None | $0.00 |
| --- | --- |

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

| None | $0.00 |
| --- | --- |

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

| Charitable Lead Trust Receivable from Hamilton Trust | Undetermined |
| --- | --- |

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1  Check in transit from Equiniti                                              $185,609.52

77.2  Contribution Receivable                                                        $0.00

77.3  Misc. Receivable - Commonwealth of PA - RACP                        $25,000.00

77.4  Student Loan Receivable                                                        $0.00

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                          $210,609.52

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $3,580,760.31 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $2,466,185.25 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | Undetermined | |
| **88. Real property. Copy line 56, Part 9.** | ➔ | $87,066,196.29 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | Undetermined | |
| **90. All other assets.** Copy line 78, Part 11. | $210,609.52 | |

Debtor The University of the Arts
Name

Case number *(if known)* 24-

**91. Total. Add lines 80 through 90 for each column**

91a. $6,257,555.08

91b. $87,066,196.29

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.

$93,323,751.37

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

| Mark | Jurisdiction | Registration No./Application No. | Registration/ Application Date | Record Owner | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|---|---|
| ADVANCING HUMAN CREATIVITY | United States | 6136023 (Live) | 08/25/2020 | Board of Trustees of The University of the Arts | $0.00 | N/A | Undetermined |
| THE UNIVERSITY OF THE ARTS | United States | 2467766 (Live) | 07/10/2001 | Board of Trustees of The University of the Arts | $0.00 | N/A | Undetermined |
| The University of the Arts | United States | 2341258 (Live) | 04/11/2000 | Board of Trustees of The University of the Arts | $0.00 | N/A | Undetermined |
| UARTS | United States | 2677865 (Live) | 01/21/2003 | Board of Trustees of The University of the Arts | $0.00 | N/A | Undetermined |
| PIE | United States | 3494493 (Dead) | 09/02/2008 | Board of Trustees of The University of the Arts | $0.00 | N/A | Undetermined |
| CONTINUING INSPIRATION | United States | 3474506 (Dead) | 07/29/2008 | Board of Trustees of The University of the Arts | $0.00 | N/A | Undetermined |
| PROFESSIONAL INSTITUTE FOR EDUCATORS | United States | 2486892 (Dead) | 08/19/2008 | Board of Trustees of The University of the Arts | $0.00 | N/A | Undetermined |
| TO ADVANCE HUMAN CREATIVITY | United States | 02/12/2020 | 02/12/2020 | Board of Trustees of The University of the Arts | $0.00 | N/A | Undetermined |

**SCHEDULE AB 73 ATTACHMENT**
Interests in Insurance Policies or Annuities

| Type of Policy | Coverage | Provider | Policy # | Begin Date | End Date |
|---|---|---|---|---|---|
| Auto | Auto | Progressive | 984928931 | 8/9/2024 | 8/9/2025 |
| D&O | Side A D&O, Excess Side A D&O and Employment Practices Liability | Continental Casualty Company (CAN) | 794121112 | 8/9/2024 | 8/9/2025 |
| D&O | EPL | Continental Casualty Company (CAN) | 7094286514 | 8/9/2024 | 8/9/2025 |
| D&O | Excess D&O | National Union Fire Insurance Company of Pittsburgh | 01-464-63-59 | 8/9/2024 | 8/9/2025 |
| D&O | Supplemental Officer Policy | Westchester (Chubb) | G48691274 001 | 6/3/2024 | 6/3/2030 |
| Excess Liability | Umbrella | United Educators Insurance | T22-51H | 6/1/2024 | 6/1/2025 |
| General Liability | General Liability | Berkley | CGL 0234568 | 8/9/2024 | 8/9/2025 |
| Legacy D&O/EPL | Educators Legal Liability and Employment Practices Liability | Philadelphia Insurance Companies | PHPK2558789-003 | 6/1/2024 | 6/1/2025 |
| Legacy D&O/EPL | Tail for Educators Legal Liability and Employment Practices Liability | Philadelphia Insurance Companies | | 6/1/2024 | 6/1/2027 |
| Property | $5M p/o $25M x $25M | Arch Specialty Insurance Company | ESP1053443-00 | 8/12/2024 | 8/12/2025 |
| Property | $5M p/o $25M x $25M | Bridgeway Insurance Company | 7EA7XP1004052-00 | 8/12/2024 | 8/12/2025 |
| Property | Primary $25M | CrossCover (Lloyd's) | TCC0001183-00 | 8/12/2024 | 8/12/2025 |
| Property | Flood & Earthquake | Great American | IMP F230276-00-00 | 8/12/2024 | 8/12/2025 |
| Property | $5M p/o $25M x $25M | Kinsale Insurance Company | 0100317184-0 | 8/12/2024 | 8/12/2025 |
| Property | Boiler & Machinery | Liberty Mutual | YB2-L9L-478511-014 | 8/12/2024 | 8/12/2025 |
| Property | $10M p/o $25M x $25M | MSIG Specialty Insurance USA Inc | ENS1000925 | 8/12/2024 | 8/12/2025 |
| Workers Comp | Workers Comp | Phoenix Insurance Company | UB-1S558869-24-14-G | 6/1/2024 | 6/1/2025 |

**Fill in this information to identify the case:**

Debtor name: The University of the Arts

United States Bankruptcy Court for the: District of Delaware

Case number: 24-

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:** List Creditors Who Have Claims Secured by Property

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of Claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that**<br>**supports this claim** |
|---|---|---|---|

2.1

TD BANK, N.A
ATTN: MICHAEL J. GERS
2005 MARKET STREET, 2ND FLOOR
PHILADELPHIA, PA 19103

**Describe debtor's property that is subject to the lien:**
SEE NOTE B

**Describe the lien**
OPEN END MORTGAGE

$6,000,000 + ACCRUED INTERREST

UNDETERMINED

**Date debt was incurred?**
6/19/2020

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
AS PROVIDED IN THE INTER CREDITOR CONTRACTS

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**2.2**

TD BANK, N.A
ATTN: MICHAEL J. GERS
2005 MARKET STREET, 2ND FLOOR
PHILADELPHIA, PA 19103

**Date debt was incurred?**
6/19/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
AS PROVIDED IN THE INTER
CREDITOR CONTRACTS

**Describe debtor's property that is subject to the lien:**
SEE NOTE B

**Describe the lien**
OPEN END MORTGAGE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$850,000 + ACCRUED
INTEREST

UNDETERMINED

---

**2.3**

UA AGENCY, LLC
ATT.: SETH LEHR
1735 MARKET STREET, 9TH FLOOR
PHILADELPHIA, PA 19103

**Date debt was incurred?**
6/20/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
UA AGENCY, LLC - FIRST PRIORITY
UMB BANK, TD BANK - SEE
INTERCREDITOR AGREEMENT

**Describe debtor's property that is subject to the lien:**
311 SOUTH JUNIPER STREET PARCEL/OPA
881015550

**Describe the lien**
OPEN END MORTGAGE

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$1,972,500 + ACCRUED
INTEREST

UNDETERMINED

2.4

UMB BANK N.A., AS
REPRESENTATIVE FOR
NOTEHOLDERS
ATTN: GORDON GENDLER
120 SOUTH SIXTH STREET, SUITE
1400
MINNEAPOLIS, MN 55402

**Date debt was incurred?**
7/19/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☐ No

☑ Yes. Specify each creditor, including
this creditor, and its relative priority.
AS PROVIDED IN THE INTER
CREDITOR CONTRACTS

**Describe debtor's property that is subject to
the lien:**
SEE NOTE C

**Describe the lien**
OPEN END MORTGAGE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$10,000,000 +ACCRUED
INTEREST

UNDETERMINED

---

2.5

UMB BANK N.A., AS
REPRESENTATIVE FOR
NOTEHOLDERS
ATTN: GORDON GENDLER
120 SOUTH SIXTH STREET, SUITE
1400
MINNEAPOLIS, MN 55402

**Date debt was incurred?**
7/25/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☐ No

☑ Yes. Specify each creditor, including
this creditor, and its relative priority.
AS PROVIDED IN THE INTER
CREDITOR CONTRACTS

**Describe debtor's property that is subject to
the lien:**
SEE NOTE C

**Describe the lien**
OPEN END MORTGAGE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$900,000 + ACCRUED
INTEREST

UNDETERMINED

2.6

UMB BANK N.A., AS
REPRESENTATIVE FOR
NOTEHOLDERS
ATTN: GORDON GENDLER
120 SOUTH SIXTH STREET, SUITE
1400
MINNEAPOLIS, MN 55402

**Date debt was incurred?**
8/9/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
AS PROVIDED IN THE INTER CREDITOR CONTRACTS

**Describe debtor's property that is subject to the lien:**
SEE NOTE C

**Describe the lien**
OPEN END MORTGAGE

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$3,800,000 + ACCRUED INTEREST

UNDETERMINED

2.7

UMB BANK N.A., AS
REPRESENTATIVE FOR
NOTEHOLDERS
ATTN: GORDON GENDLER
120 SOUTH SIXTH STREET, SUITE
1400
MINNEAPOLIS, MN 55402

**Date debt was incurred?**
9/10/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
AS PROVIDED IN THE INTER CREDITOR CONTRACTS

**Describe debtor's property that is subject to the lien:**
SEE NOTE C

**Describe the lien**
OPEN END MORTGAGE

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$3,000,000 + ACCRUED INTEREST

UNDETERMINED

2.8

UMB BANK, N.A.
ATTN: GLOBAL CORPORATE TRUST
500 ROSS STREET, 12TH FLOOR
PITTSBURGH , PA 15262

**Describe debtor's property that is subject to the lien:**
SEE NOTE A

**Describe the lien**
OPEN END MORTGAGE

$42,435,000 + ACCRUED INTEREST

UNDETERMINED

**Date debt was incurred?**
12/19/2017

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
AS PROVIDED IN THE INTER CREDITOR CONTRACTS

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

(A)  Original Mortgage: Broad Street, 320 S. (Hamilton Hall) Broad Street, 320 R S. (Furness Hall) Broad Street, 319-335 S (Anderson Hall). Including but not limited to Land premises and property

New Mortgaged Property: as security for the Bridge Loan , TD Bank and Bondholders acquired a second lien with respect to the New Mortgaged Property which includes: Property and land located Philadelphia, PA at the following street addresses 311 South Juniper Street (Juniper Hall), 1224-34 Spruce Street (Spruce Hall), 401 S. Broad Street (Gershman Hall), 601 S. Broad Street (Arts Bank), 251 S. 18th Street (Philadelphia Art Alliance), 201-211 S. Broad Street (Terra Hall)

(B)  Original Mortgage: Broad Street, 320 S. (Hamilton Hall) Broad Street, 320 R S. (Furness Hall) Broad Street, 319-335 S (Anderson Hall). Collateral description is described as, but not limited to "Leases, land, improvements, real estate, fixtures, machinery, furniture, equipment, tenements, hereditaments, and appurtenances, agreements, and other documents, and other property interests"

New Mortgaged Property: as security for the Bridge Loan , TD Bank and Bondholders acquired a second lien with respect to the New Mortgaged Property which includes: Property and land located Philadelphia, PA at the following street addresses 311 South Juniper Street (Juniper Hall), 1224-34 Spruce Street (Spruce Hall), 401 S. Broad Street (Gershman Hall), 601 S. Broad Street (Arts Bank), 251 S. 18th Street (Philadelphia Art Alliance), 201-211 S. Broad Street (Terra Hall)

(C)  Property and land located Philadelphia, PA at the following street addresses 311 South Juniper Street (Juniper Hall), 1224-34 Spruce Street (Spruce Hall), 401 S. Broad Street (Gershman Hall), 601 S. Broad Street (Arts Bank), 251 S. 18th Street (Philadelphia Art Alliance), 201-211 S. Broad Street (Terra Hall), 320 S. Broad Street (Hamilton Hall), 320 R S. Broad Street (Furness Hall), 333 S. Broad Street (Anderson Hall) and any improvements, easements and other beneficial interests, equipment related to improvements or located in the properties, fixtures, leases and rents, insurance proceeds, real estate tax proceeds, condemnation awards, related to these properties.

As collateral security for the payment of the Secure Obligations, there is an existing pledge in benefit of the Noteholders (collectively, the "Pledged Collateral), which includes all the below to the extent is not Excluded Property

As collateral security for the payment of the Secure Obligations, there is an existing pledge in benefit of the Noteholders (collectively, the "Pledged Collateral), which includes all the below to the extent is not Excluded Property:

(a) all Accounts; (b) all Equipment, Goods, Inventory and Fixtures; (c) all Documents, Instruments and Chattel Paper; (d) all Letters of Credit and Letter-of-Credit Rights; (e) all Securities Collateral; (f) all Investment Property; (g) all Intellectual Property Collateral;,(h) the Commercial Tort Claims described on Schedule 9 hereof as supplemented by any written notification given by a Grantor to the Collateral Agent pursuant to Section 3.04(f); (i) all General Intangibles; (j) all Money and all Deposit Accounts; (k) all Unrestricted University Revenues; (l) all Supporting Obligations; (m) all books and records, customer lists, credit files, computer files, programs, printouts and other computer materials and records relating to the Pledged Collateral and any General Intangibles at any time evidencing or relating to any of the foregoing; (n) all Motor Vehicles; and, (o) to the extent not covered by clauses (a) through (n) of this sentence, all other assets, personal property and rights of such Grantor, whether tangible or intangible, all Proceeds and products of each of the foregoing and all accessions of and to, substitutions and replacements for, and rents, profits and products of, each of the foregoing, and any all Proceeds of any insurance, indemnity, warranty or guaranty payable to such Grantor from time to time with respect to any of the foregoing.

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$68,957,500.00

Debtor    The University of the Arts
Name

Case number *(if known)* 24-

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|-------------------------------------------------|
| 3.1 | | |

**Fill in this information to identify the case:**

Debtor name: The University of the Arts

United States Bankruptcy Court for the: District of Delaware

Case number: 24-

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**  List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

2.1

ACCHIONE, SARAH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: $0.00

2.2

ADORNETTO, MIRA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: $0.00

2.3

ALLEN, AANIKA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                $0.00

2.4

ALVARO, KIKAU
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                $0.00

2.5

ANDRUSKI, NEIL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                $0.00

2.6

ANTHONY, KATHLEEN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.7

APPLE, KRISTA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.8

ATTIE, MICHAEL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

**2.9**

AVNER, CHARLES
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

**2.10**

BARDZIK, RICHARD
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

**2.11**

BARTHOLOMEW, TRACY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.12

BATSON-EDWARDS, CURTIS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED     $0.00

2.13

BAURIEDEL, GABRIEL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED     $0.00

2.14

BEARS-BAILEY, KIM
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED     $0.00

**2.15**

BEAUMONT, BARBARA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

**2.16**

BEITER, JEFFREY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

**2.17**

BELL, LARISA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

**2.18**

BLANK, RANDE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

**2.19**

BLANKE, SCOTT
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

**2.20**

BLATT, CAROLINA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.21

BOGDANOFF CENTURION, GABRIELA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                                    $0.00

2.22

BRENNA, ARIEL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                                    $0.00

2.23

BRENT, JACOB
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                                    $0.00

### 2.24

BROWN, AMY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                $0.00

### 2.25

BUCK, SARA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                $0.00

### 2.26

BURCHERI, CHRISTOPHER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                $0.00

2.27

BURCHFIELD, DONNA FAYE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.28

BURKE, HANNAH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.29

BURKETT, KRISTEN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.30

BURLAN, NANCY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**  UNDETERMINED    $0.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.31

BUSH, HANNAH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**  UNDETERMINED    $0.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.32

BYRNE, ISAAC
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**  UNDETERMINED    $0.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 53 of 1042

2.33

CABA, CHRISTIAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.34

CALABRO, KAITLIN MARIE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.35

CANTOR, FRANKLYN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

**2.36**

CARDONICK, MARIANN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED      $0.00

---

**2.37**

CASON, THOMAS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED      $0.00

---

**2.38**

CHENERY, MATTHEW
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED      $0.00

2.39

CHILDS, CAMERON
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED      $0.00

2.40

CIERVO, MICHAEL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED      $0.00

2.41

CIRINO, STEPHEN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED      $0.00

2.42

PHILADELPHIA
PA, 19102
, 8

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          UNDETERMINED

2.43

CLARK, DINITA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          $0.00

2.44

CLAUS, MADISON
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          $0.00

2.45

COOPER, CHARLES
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                     $0.00

2.46

COUTURE, BETH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                     $0.00

2.47

COWEN, JAMES
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                     $0.00

**2.48**

CRAM, LINDSAY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                          $0.00

**2.49**

DAVENPORT, GEHIA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                          $0.00

**2.50**

DAVID, WAYNE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                          $0.00

2.51

DEASY, KELLY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.52

DEFILIPPIS, JOSEPH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.53

DEVERS GREEN, JEFFREY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

**2.54**

DI VENTI, JONATHAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          $0.00

**2.55**

DICCIANI, MARC
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          $0.00

**2.56**

DIGIACOMO, MELISSA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          $0.00

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 61 of 1042

2.57

DIMARCO, CHRISTA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                $0.00

---

2.58

DIMEDIO, ANNETTE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                $0.00

---

2.59

DUFFY, DEBORAH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                $0.00

**2.60**

DUGAN, JACQUELINE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

**2.61**

DUKE, CHARIS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

**2.62**

DULIK, JOHN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.63

DUNN, COURTNEY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                     $0.00

---

2.64

DUONG, VINCENT
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                     $0.00

---

2.65

EINHORN, JEFFREY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                     $0.00

2.66

ELMAN, ERIN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.67

EMBREE, NICK
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.68

ESCOTO DE LEON, DAIRYS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

**2.69**

EVANS, STEPHANIE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          $0.00

**2.70**

EVANS, TOMMIE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          $0.00

**2.71**

FARR, CHRIS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          $0.00

2.72

FASCIANO, JOSEPH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.73

FEJKO, PAUL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.74

FIELO, HANNAH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

**2.75**

FINEBERG, JONATHAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

**2.76**

FISHEL, DANIEL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

**2.77**

FISHER, SARA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

**2.78**

FLAMM, MARA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

**2.79**

FLEMING, KELLY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

**2.80**

FLOWER, SAMANTHA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.81

FOSNOCHT, THOMAS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

2.82

FOSTER, JULIANNA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

2.83

FRAATZ, JAMES
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

2.84

FRAZURE, LAURA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.85

FROMAN, OLIVE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.86

GALLAGHER, MATTHEW
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.87

GANNON, MIRRANDA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.88

GARSIDE, JOANNE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.89

GEORGE, ROBERT
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 72 of 1042

2.90

GIAMO, CHRISTOPHER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.91

GLANDEN, WILLIAM
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.92

GOLDMAN, JEFFREY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.93

GONZALEZ, CHRISTY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.94

GRANEY, CAROL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.95

GRATER, DIANA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.96

GREENBURG, JENNIFER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.97

GROTHUSEN, MICHAEL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.98

GRUTZECK, LAURA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.99

GUIDO, ANTHONY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

---

2.100

HADEN, KEVIN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

---

2.101

HALASY, KRISA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.102

HAWORTH, CURT
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED    $0.00

---

2.103

HODGSON, KEITH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED    $0.00

---

2.104

HOEFLER, PETER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED    $0.00

2.105

HOPELY, RYAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                          $0.00

---

2.106

HSU, SAINE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                          $0.00

---

2.107

HURLEY, JOHN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                          $0.00

2.108

HUTCHISON HARRIS, HEATHER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                          $0.00

2.109

HYDE, RYAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                          $0.00

2.110

JANIS, MELINDA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                          $0.00

2.111

JENKINS, SHAYLA-VIE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.112

JETER, DENNIS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.113

JOHN, PREYA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.114

JOHNSON, CHRISTOPHER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

2.115

JOHNSON, LONELL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

2.116

JOHNSON, MICHAEL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

2.117

JOHNSON, SARAH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.118

JOHNSON-WOOTEN, TAMIA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.119

JONES, MICAH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.120

JONES-OBRIEN, ANGELA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.121

JOSEPH, ZACHARY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.122

JUSKA, ELISE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.123

KAHLE, JESSICA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.124

KAMINSKI, MARY KATHERINE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.125

KANE, BRIGETTE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.126

KARUSTIS, ANJALI
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                $0.00

2.127

KAULFERS, MEGAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                $0.00

2.128

KENNEDY, JOSEPH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                $0.00

2.129

KENNEY, COLIN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

2.130

KERN, JEFFREY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

2.131

KISHITA, MICHELE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

2.132

KISLER, JEFFREY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                                    $0.00

2.133

KLEINMAN, STEVEN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                                    $0.00

2.134

KROMCHAD, JAIME
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                                    $0.00

2.135

LANGFORD, ZACHARY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.136

LEACH, ZACHARY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.137

LEAL, ERIC
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 88 of 1042

2.138

LEE, TONYA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.139

LEVIS, JOHN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.140

LINDSEY, RAY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.141

LIPKIN, LEONARD
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

2.142

MANHIRE, MATTHEW
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

2.143

MANNI, JACQUELINE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

Debtor   The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 90 of 1042

2.144

MARTIN-O'SHIA, TROY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.145

MASRI, JULIUS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.146

MATTESON, PAUL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.147

MATTINGLY, EMILY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.148

MATUSHESKI, JAMES
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.149

MCDONNELL, CHRISTOPHER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.150

MCGILL, KAYLA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.151

MEHTA, RAHUL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.152

MEKARZEL, ALEC
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

2.153

MERCER, KEVIN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.154

MERINSKY, KEVIN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.155

METZGER, KYLE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.156

MINICH, DOREEN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          $0.00

2.157

MOHARRAM, DU'AA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          $0.00

2.158

MOORE, RHONDA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          $0.00

2.159

MORO, DIANA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.160

MORRIS, ERICA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.161

MOTZER, TIMOTHY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.162

MURPHY, REBECCA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.163

NARODITSKIY, ALEKSANDR
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.164

NEFF, JENNY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.165

NEWMAN, SCOTT
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED    $0.00

2.166

NOWELL, JANICE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED    $0.00

2.167

O'DOHERTY, KAITLYND
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED    $0.00

2.168

OREDIPE, OLUDARE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

2.169

ORING, SHERYL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

2.170

OWENS, SARAH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

Debtor  The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 99 of 1042

2.171

PACK, ANDREW
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.172

PADILIONI, JEANETTE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.173

PADILLA, ARIANA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.174

PARADA, JUAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED    $0.00

2.175

PAUP, ROSEMARY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED    $0.00

2.176

PAZ, MARIA JIMENA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED    $0.00

2.177

PENN, RYAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.178

HARRISBURG
PA, 17128
, 8

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED            UNDETERMINED

2.179

PEPE, DIANE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.180

PETERSON, MICHAELA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.181

PIETRUSKO, MICHAEL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.182

PIRES, JESSE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 103 of 1042

2.183

POSTLEWAITE, CHRISTOPHER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.184

POWELL, MIRANDA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.185

PRICE, ALAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.186

QUINN, KAITLIN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED        $0.00

2.187

RADIGONDA, ELIZABETH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED        $0.00

2.188

RAHA, MARIA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED        $0.00

2.189

RAMSEY, SAMANTHA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    UNDETERMINED    $0.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

2.190

RAPONE, JOSEPH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    UNDETERMINED    $0.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

2.191

REDACTED STUDENT 0006
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5189

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $225.00    $225.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.192

REDACTED STUDENT 0008
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0168

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $13.00    $13.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.193

REDACTED STUDENT 0020
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6501

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $3,240.00    $3,240.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.194

REDACTED STUDENT 0052
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7864

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.195

REDACTED STUDENT 0052
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7864

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.196

REDACTED STUDENT 0055
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6718

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $450.00                    $450.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.197

REDACTED STUDENT 0070
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3297

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $300.00                    $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.198

REDACTED STUDENT 0082
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5976

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $450.00    $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.199

REDACTED STUDENT 0089
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5571

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $6,325.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.200

REDACTED STUDENT 0117
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6130

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.201

REDACTED STUDENT 0119
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8328

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                          $705.00                          $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.202

REDACTED STUDENT 0120
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0824

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                          $450.00                          $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.203

REDACTED STUDENT 0129
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2535

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                        $4,200.00                        $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.204

REDACTED STUDENT 0132
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1833

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**   $105.00   $105.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.205

REDACTED STUDENT 0141
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4088

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**   $500.00   $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.206

REDACTED STUDENT 0145
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7358

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**   $150.00   $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.207

REDACTED STUDENT 0150
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4235

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $705.00                    $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.208

REDACTED STUDENT 0159
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6602

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $150.00                    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.209

REDACTED STUDENT 0164
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4123

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $300.00                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.210

REDACTED STUDENT 0170
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4891

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.211

REDACTED STUDENT 0173
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2196

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $2,200.00      $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.212

REDACTED STUDENT 0182
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7508

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $1,150.00      $1,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.213

REDACTED STUDENT 0194
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7276

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $150.00              $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.214

REDACTED STUDENT 0203
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5395

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00              $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.215

REDACTED STUDENT 0204
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6139

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $450.00              $450.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.216

REDACTED STUDENT 0205
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3427

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $450.00          $450.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.217

REDACTED STUDENT 0212
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0545

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $705.00          $705.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.218

REDACTED STUDENT 0225
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4142

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $3,000.00          $3,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.219

REDACTED STUDENT 0232
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6567

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**                    $150.00                    $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.220

REDACTED STUDENT 0238
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1655

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**                    $1,650.00                    $1,650.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.221

REDACTED STUDENT 0242
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5640

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**                    $2,533.00                    $2,533.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  The University of the Arts
       Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 116 of 1042

**2.222**

REDACTED STUDENT 0247
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4781

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $705.00                    $705.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.223**

REDACTED STUDENT 0250
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0929

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                  $1,100.00                  $1,100.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.224**

REDACTED STUDENT 0264
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2831

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2.00                    $2.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  The University of the Arts
        Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 117 of 1042

2.225

REDACTED STUDENT 0278
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4255

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $9,427.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.226

REDACTED STUDENT 0279
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5057

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $705.00    $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.227

REDACTED STUDENT 0288
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7094

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $4,200.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.228

REDACTED STUDENT 0294
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7736

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $4,200.00                    $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.229

REDACTED STUDENT 0295
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7232

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $4,250.00                    $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.230

REDACTED STUDENT 0300
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0288

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $8,540.00                    $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.231

REDACTED STUDENT 0301
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2188

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $3,000.00     $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.232

REDACTED STUDENT 0305
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1405

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $2,115.00     $2,115.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.233

REDACTED STUDENT 0313
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8975

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $50.00     $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.234

REDACTED STUDENT 0340
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6965

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $1,125.00                    $1,125.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.235

REDACTED STUDENT 0343
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8951

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $10,900.00                    $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.236

REDACTED STUDENT 0373
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5260

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.237

REDACTED STUDENT 0374
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7846

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**     $500.00       $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.238

REDACTED STUDENT 0391
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6924

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**     $500.00       $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.239

REDACTED STUDENT 0394
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4460

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**     $500.00       $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.240

REDACTED STUDENT 0396
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7751

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.241

REDACTED STUDENT 0396
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7751

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $8,400.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.242

REDACTED STUDENT 0398
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0491

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.243**

REDACTED STUDENT 0411
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9245

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $300.00      $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.244**

REDACTED STUDENT 0421
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7543

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $300.00      $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.245**

REDACTED STUDENT 0433
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4853

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,410.00      $1,410.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.246

REDACTED STUDENT 0443
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7295

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $150.00 $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.247

REDACTED STUDENT 0444
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7301

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $150.00 $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.248

REDACTED STUDENT 0445
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3797

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00 $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.249

REDACTED STUDENT 0448
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7030

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $150.00                $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.250

REDACTED STUDENT 0449
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6025

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $450.00                $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.251

REDACTED STUDENT 0463
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1093

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $500.00                $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.252

REDACTED STUDENT 0465
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0307

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.253

REDACTED STUDENT 0485
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7608

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $1,100.00   $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.254

REDACTED STUDENT 0511
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7891

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $1,150.00   $1,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.255

REDACTED STUDENT 0525
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7063

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**      $1,650.00      $1,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.256

REDACTED STUDENT 0536
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2123

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**      $2,500.00      $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.257

REDACTED STUDENT 0543
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0761

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**      $705.00      $705.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.258

REDACTED STUDENT 0546
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5292

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $300.00                $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.259

REDACTED STUDENT 0566
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5835

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $300.00                $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.260

REDACTED STUDENT 0573
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1701

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $500.00                $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  The University of the Arts
       Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 129 of 1042

2.261

REDACTED STUDENT 0575
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9557

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$538.00          $538.00

2.262

REDACTED STUDENT 0585
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7745

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00          $150.00

2.263

REDACTED STUDENT 0599
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2635

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.264

REDACTED STUDENT 0621
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7086

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.265

REDACTED STUDENT 0625
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9445

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $705.00    $705.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.266

REDACTED STUDENT 0631
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5452

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1,490.00    $1,490.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.267

REDACTED STUDENT 0634
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8736

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.268

REDACTED STUDENT 0635
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4177

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.269

REDACTED STUDENT 0637
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6801

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.270

REDACTED STUDENT 0649
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4755

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $3,375.00              $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.271

REDACTED STUDENT 0653
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5688

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $300.00                 $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.272

REDACTED STUDENT 0662
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4588

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00                 $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.273

REDACTED STUDENT 0670
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7596

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $2,250.00                $2,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.274

REDACTED STUDENT 0692
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7752

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $500.00                $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.275

REDACTED STUDENT 0702
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6889

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $500.00                $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 134 of 1042

2.276

REDACTED STUDENT 0722
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5429

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.277

REDACTED STUDENT 0726
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7797

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $1,100.00    $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.278

REDACTED STUDENT 0728
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3208

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $1,000.00    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.279

REDACTED STUDENT 0738
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1829

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $300.00                $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.280

REDACTED STUDENT 0744
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4288

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $8,370.00              $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.281

REDACTED STUDENT 0766
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7640

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $1,550.00              $1,550.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.282

REDACTED STUDENT 0768
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3358

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**               $575.00               $575.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.283

REDACTED STUDENT 0772
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7636

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**               $2,100.00               $2,100.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.284

REDACTED STUDENT 0789
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7517

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**               $300.00               $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.285

REDACTED STUDENT 0793
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2296

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $8,400.00          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.286

REDACTED STUDENT 0803
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6967

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $4,200.00          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.287

REDACTED STUDENT 0807
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4092

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $300.00          $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.288**

REDACTED STUDENT 0808
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3674

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00                    $500.00

---

**2.289**

REDACTED STUDENT 0820
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8925

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,375.00                  $3,350.00

---

**2.290**

REDACTED STUDENT 0825
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3315

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00                    $500.00

2.291

REDACTED STUDENT 0829
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3827

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.292

REDACTED STUDENT 0847
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2297

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $150.00                    $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.293

REDACTED STUDENT 0848
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4935

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 140 of 1042

2.294

REDACTED STUDENT 0861
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3321

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00   $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.295

REDACTED STUDENT 0863
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9098

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00   $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.296

REDACTED STUDENT 0881
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4253

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $10,000.00   $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
       Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 141 of 1042

2.297

REDACTED STUDENT 0901
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4652

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.298

REDACTED STUDENT 0910
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5394

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.299

REDACTED STUDENT 0917
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5461

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.300

REDACTED STUDENT 0921
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6615

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,550.00          $2,550.00

2.301

REDACTED STUDENT 0925
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5287

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$500.00            $500.00

2.302

REDACTED STUDENT 0946
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7635

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$500.00            $500.00

2.303

REDACTED STUDENT 0953
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7637

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**           $3,350.00           $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.304

REDACTED STUDENT 0973
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7644

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**           $3,350.00           $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.305

REDACTED STUDENT 0974
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7916

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**           $1,125.00           $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.306

REDACTED STUDENT 0979
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2746

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,410.00                    $1,410.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

---

2.307

REDACTED STUDENT 0980
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3752

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $705.00                    $705.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

---

2.308

REDACTED STUDENT 0987
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6005

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.309

REDACTED STUDENT 0999
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6450

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.310

REDACTED STUDENT 1014
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5412

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $300.00                    $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.311

REDACTED STUDENT 1024
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7843

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $150.00                    $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.312

REDACTED STUDENT 1028
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6175

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**  $705.00  $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.313

REDACTED STUDENT 1040
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6164

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**  $1,125.00  $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.314

REDACTED STUDENT 1046
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1719

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**  $500.00  $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.315

REDACTED STUDENT 1062
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5124

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,904.00    $2,904.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.316

REDACTED STUDENT 1071
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4634

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $705.00    $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.317

REDACTED STUDENT 1093
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6260

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,275.00    $2,275.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   The University of the Arts
         Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 148 of 1042

**2.318**

REDACTED STUDENT 1115
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9577

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $2,115.00          $2,115.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.319**

REDACTED STUDENT 1142
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5467

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $1,410.00          $1,410.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.320**

REDACTED STUDENT 1147
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7285

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $150.00          $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.321

REDACTED STUDENT 1160
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1590

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.322

REDACTED STUDENT 1174
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7309

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $3,350.00    $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.323

REDACTED STUDENT 1187
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6106

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $705.00    $705.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.324

REDACTED STUDENT 1195
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4748

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.325

REDACTED STUDENT 1213
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5229

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**    $9,030.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.326

REDACTED STUDENT 1229
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4919

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 151 of 1042

2.327

REDACTED STUDENT 1246
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6599

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,200.00          $3,350.00

2.328

REDACTED STUDENT 1255
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6050

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,850.00          $1,850.00

2.329

REDACTED STUDENT 1281
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7547

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.330

REDACTED STUDENT 1303
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7686

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,450.00        $2,450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.331

REDACTED STUDENT 1304
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4179

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00        $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.332

REDACTED STUDENT 1319
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8588

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,000.00        $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.333

REDACTED STUDENT 1326
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0838

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,410.00        $1,410.00

---

2.334

REDACTED STUDENT 1353
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6253

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,125.00        $1,125.00

---

2.335

REDACTED STUDENT 1362
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5252

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,250.00        $2,250.00

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 154 of 1042

2.336

REDACTED STUDENT 1365
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0036

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,400.00    $3,350.00

2.337

REDACTED STUDENT 1366
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5550

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00    $500.00

2.338

REDACTED STUDENT 1377
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3073

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,200.00    $3,350.00

2.339

REDACTED STUDENT 1379
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9715

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,500.00          $3,350.00

2.340

REDACTED STUDENT 1398
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5011

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$450.00          $450.00

2.341

REDACTED STUDENT 1402
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5896

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$705.00          $705.00

2.342

REDACTED STUDENT 1414
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4026

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.343

REDACTED STUDENT 1420
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5019

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.344

REDACTED STUDENT 1421
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4199

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**     $480.00     $480.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.345

REDACTED STUDENT 1425
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8246

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $737.50    $737.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.346

REDACTED STUDENT 1428
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7347

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.347

REDACTED STUDENT 1435
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4955

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.348

REDACTED STUDENT 1436
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2471

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                        $500.00                        $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.349

REDACTED STUDENT 1451
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4458

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                        $500.00                        $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.350

REDACTED STUDENT 1459
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4498

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                        $500.00                        $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.351

REDACTED STUDENT 1466
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1144

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $695.00    $695.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.352

REDACTED STUDENT 1475
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5958

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $705.00    $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.353

REDACTED STUDENT 1479
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5093

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.354

REDACTED STUDENT 1506
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6811

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $5,050.00            $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.355

REDACTED STUDENT 1540
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4789

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $705.00              $705.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.356

REDACTED STUDENT 1556
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2138

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00              $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.357

REDACTED STUDENT 1558
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9129

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,300.00        $3,350.00

2.358

REDACTED STUDENT 1568
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1008

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,500.00        $3,350.00

2.359

REDACTED STUDENT 1569
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0328

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,410.00        $1,410.00

2.360

REDACTED STUDENT 1574
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9739

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,125.00    $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.361

REDACTED STUDENT 1589
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4805

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.362

REDACTED STUDENT 1594
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6804

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.363

REDACTED STUDENT 1598
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9416

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

---

2.364

REDACTED STUDENT 1619
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5056

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $1,100.00    $1,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

---

2.365

REDACTED STUDENT 1623
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5170

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 164 of 1042

2.366

REDACTED STUDENT 1624
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0174

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $705.00   $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.367

REDACTED STUDENT 1626
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2327

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $150.00   $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.368

REDACTED STUDENT 1626
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2327

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $8,425.00   $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.369

REDACTED STUDENT 1628
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5470

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.370

REDACTED STUDENT 1644
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7777

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $2,200.00          $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.371

REDACTED STUDENT 1649
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6723

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $6,300.00          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.372

REDACTED STUDENT 1670
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3910

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.373

REDACTED STUDENT 1677
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4782

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.374

REDACTED STUDENT 1685
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7470

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.375

REDACTED STUDENT 1718
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4582

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$500.00                $500.00

---

2.376

REDACTED STUDENT 1719
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7410

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,700.00              $2,700.00

---

2.377

REDACTED STUDENT 1724
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0618

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,100.00              $1,100.00

2.378

REDACTED STUDENT 1746
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4451

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.379

REDACTED STUDENT 1747
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9522

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.380

REDACTED STUDENT 1756
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7104

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $2,250.00    $2,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.381

REDACTED STUDENT 1758
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4185

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00 $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.382

REDACTED STUDENT 1769
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6032

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,650.00 $1,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.383

REDACTED STUDENT 1782
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3216

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00 $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.384

REDACTED STUDENT 1799
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2521

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,100.00    $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.385

REDACTED STUDENT 1811
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5059

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,550.00    $2,550.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.386

REDACTED STUDENT 1826
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5112

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 171 of 1042

2.387

REDACTED STUDENT 1843
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2819

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,125.00          $1,125.00

2.388

REDACTED STUDENT 1850
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5164

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,125.00          $1,125.00

2.389

REDACTED STUDENT 1861
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4812

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00          $300.00

2.390

REDACTED STUDENT 1871
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7274

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $150.00      $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.391

REDACTED STUDENT 1882
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1804

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $500.00      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.392

REDACTED STUDENT 1887
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7298

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $300.00      $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.393

REDACTED STUDENT 1912
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1129

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$705.00        $705.00

2.394

REDACTED STUDENT 1929
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0439

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$450.00        $450.00

2.395

REDACTED STUDENT 1933
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6915

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00        $150.00

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 174 of 1042

2.396

REDACTED STUDENT 1955
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2865

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:** $2,000.00 $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.397

REDACTED STUDENT 1960
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2349

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:** $2,200.00 $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.398

REDACTED STUDENT 1972
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0355

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:** $705.00 $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 175 of 1042

2.399

REDACTED STUDENT 1976
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0449

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**                $242.00                $242.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.400

REDACTED STUDENT 1997
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4989

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**                $300.00                $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.401

REDACTED STUDENT 2005
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7458

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**                $705.00                $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.402

REDACTED STUDENT 2009
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9153

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $705.00  $705.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.403

REDACTED STUDENT 2011
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7742

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $150.00  $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.404

REDACTED STUDENT 2034
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6891

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $500.00  $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 177 of 1042

2.405

REDACTED STUDENT 2037
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7494

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$650.00          $650.00

2.406

REDACTED STUDENT 2039
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0044

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00          $500.00

2.407

REDACTED STUDENT 2046
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5166

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00          $500.00

Debtor __The University of the Arts_____
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 178 of 1042

2.408

REDACTED STUDENT 2064
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6545

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.409

REDACTED STUDENT 2067
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6653

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.410

REDACTED STUDENT 2068
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3525

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $300.00          $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.411

REDACTED STUDENT 2078
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6687

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $1,125.00   $1,125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.412

REDACTED STUDENT 2103
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2552

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $1,100.00   $1,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.413

REDACTED STUDENT 2110
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2537

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $1,100.00   $1,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.414

REDACTED STUDENT 2114
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1327

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.415

REDACTED STUDENT 2116
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4401

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.416

REDACTED STUDENT 2117
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5347

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $300.00          $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 181 of 1042

2.417

REDACTED STUDENT 2118
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6154

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**        $500.00        $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.418

REDACTED STUDENT 2119
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2079

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**        $3,400.00        $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.419

REDACTED STUDENT 2130
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7200

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**        $4,200.00        $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.420

REDACTED STUDENT 2135
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7904

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**     $1,100.00     $1,100.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.421

REDACTED STUDENT 2141
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7057

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**     $2,250.00     $2,250.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.422

REDACTED STUDENT 2152
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7061

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**     $2,950.00     $2,950.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.423

REDACTED STUDENT 2168
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7394

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**         $2,275.00         $2,275.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.424

REDACTED STUDENT 2181
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7412

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**         $1,500.00         $1,500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.425

REDACTED STUDENT 2191
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7344

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**         $4,200.00         $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.426

REDACTED STUDENT 2192
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1694

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $300.00                $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.427

REDACTED STUDENT 2193
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2132

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $2,428.86                $2,428.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.428

REDACTED STUDENT 2199
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6401

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $500.00                $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.429

REDACTED STUDENT 2217
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7384

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**     $1,150.00     $1,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.430

REDACTED STUDENT 2230
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5827

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.431

REDACTED STUDENT 2243
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4753

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 186 of 1042

2.432

REDACTED STUDENT 2281
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7214

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**   $1,500.00   $1,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.433

REDACTED STUDENT 2283
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6056

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**   $4,200.00   $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.434

REDACTED STUDENT 2286
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7143

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**   $1,000.00   $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 187 of 1042

2.435

REDACTED STUDENT 2288
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9991

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.436

REDACTED STUDENT 2292
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3945

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,325.00                    $2,325.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.437

REDACTED STUDENT 2295
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2322

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,100.00                    $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.438

REDACTED STUDENT 2298
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9405

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $29.00    $29.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.439

REDACTED STUDENT 2306
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6996

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $4,750.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.440

REDACTED STUDENT 2326
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2933

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $3,300.00    $3,300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.441

REDACTED STUDENT 2328
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7516

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $62.00    $62.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.442

REDACTED STUDENT 2332
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6752

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $3,350.00    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.443

REDACTED STUDENT 2347
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6923

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1,100.00    $1,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 190 of 1042

2.444

REDACTED STUDENT 2352
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3527

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**           $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.445

REDACTED STUDENT 2361
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7695

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**           $450.00                    $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.446

REDACTED STUDENT 2367
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7550

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**           $50.00                    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.447

REDACTED STUDENT 2372
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9481

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.448

REDACTED STUDENT 2380
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6830

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.449

REDACTED STUDENT 2384
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3429

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.450

REDACTED STUDENT 2386
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9679

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.451

REDACTED STUDENT 2388
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3074

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $2,200.00    $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.452

REDACTED STUDENT 2393
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5871

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.453

REDACTED STUDENT 2397
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1140

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.454

REDACTED STUDENT 2399
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4045

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.455

REDACTED STUDENT 2404
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5610

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.456

REDACTED STUDENT 2406
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6136

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.457

REDACTED STUDENT 2417
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4096

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.458

REDACTED STUDENT 2418
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5593

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $705.00    $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.459

REDACTED STUDENT 2432
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8765

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,200.00          $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.460

REDACTED STUDENT 2462
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2770

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $3,195.00          $3,195.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.461

REDACTED STUDENT 2477
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6699

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $450.00          $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.462

REDACTED STUDENT 2480
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9024

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,150.00    $1,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.463

REDACTED STUDENT 2481
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4811

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $450.00    $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.464

REDACTED STUDENT 2513
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5569

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $6,300.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 197 of 1042

2.465

REDACTED STUDENT 2519
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2521

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $7,337.50              $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.466

REDACTED STUDENT 2526
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5521

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                  $705.00                $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.467

REDACTED STUDENT 2528
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0203

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $9,040.00              $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.468

REDACTED STUDENT 2539
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7157

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.469

REDACTED STUDENT 2559
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0537

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $705.00                    $705.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.470

REDACTED STUDENT 2564
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5917

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $705.00                    $705.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.471

REDACTED STUDENT 2565
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0721

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**      $450.00      $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.472

REDACTED STUDENT 2575
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2487

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**      $1,125.00      $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.473

REDACTED STUDENT 2587
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4294

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**      $500.00      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.474

REDACTED STUDENT 2589
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7447

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**   $8,495.00   $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.475

REDACTED STUDENT 2597
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9117

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**   $2,900.00   $2,900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.476

REDACTED STUDENT 2601
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6583

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**   $270.00   $270.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.477

REDACTED STUDENT 2618
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2189

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.478

REDACTED STUDENT 2621
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5330

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $440.00    $440.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.479

REDACTED STUDENT 2629
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2038

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $705.00    $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.480

REDACTED STUDENT 2651
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4191

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.481

REDACTED STUDENT 2667
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6725

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $450.00    $450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.482

REDACTED STUDENT 2682
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4594

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.483

REDACTED STUDENT 2687
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3633

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** | $500.00 | $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.484

REDACTED STUDENT 2689
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4824

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** | $500.00 | $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.485

REDACTED STUDENT 2693
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3503

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** | $500.00 | $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.486

REDACTED STUDENT 2717
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6111

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.487

REDACTED STUDENT 2735
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0473

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $9,030.00          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.488

REDACTED STUDENT 2749
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6322

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $300.00          $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.489

REDACTED STUDENT 2776
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6548

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.490

REDACTED STUDENT 2781
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7036

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $650.00    $650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.491

REDACTED STUDENT 2783
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6868

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $705.00    $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.492

REDACTED STUDENT 2789
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7824

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.493

REDACTED STUDENT 2797
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0923

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,125.00    $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.494

REDACTED STUDENT 2802
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3947

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.495

REDACTED STUDENT 2818
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4640

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00 $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.496

REDACTED STUDENT 2830
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7650

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00 $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.497

REDACTED STUDENT 2839
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9296

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,125.00 $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 208 of 1042

**2.498**

REDACTED STUDENT 2845
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5011

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.499**

REDACTED STUDENT 2848
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0986

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $150.00    $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.500**

REDACTED STUDENT 2859
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3638

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.501

REDACTED STUDENT 2875
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7625

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,350.00                    $3,350.00

2.502

REDACTED STUDENT 2877
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0940

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,410.00                    $1,410.00

2.503

REDACTED STUDENT 2880
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7303

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,650.00                    $1,650.00

2.504

REDACTED STUDENT 2895
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4100

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                   $1,731.00                   $1,731.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.505

REDACTED STUDENT 2910
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7749

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                   $500.00                   $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.506

REDACTED STUDENT 2920
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7257

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                   $150.00                   $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.507

REDACTED STUDENT 2921
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0907

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $50.00          $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

---

2.508

REDACTED STUDENT 2927
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3258

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**               $500.00         $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

---

2.509

REDACTED STUDENT 2929
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7361

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**             $2,500.00       $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 212 of 1042

2.510

REDACTED STUDENT 2930
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6574

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**  $5,050.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.511

REDACTED STUDENT 2944
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6389

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**  $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.512

REDACTED STUDENT 2951
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6624

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**  $3,300.00    $3,300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 213 of 1042

2.513

REDACTED STUDENT 2956
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9889

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$53.60                    $53.60

2.514

REDACTED STUDENT 2957
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2105

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00                   $500.00

2.515

REDACTED STUDENT 2970
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5896

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00                   $300.00

Debtor    The University of the Arts
          Name
                                                    Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 214 of 1042

2.516

REDACTED STUDENT 2976
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4567

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,475.00          $3,350.00

2.517

REDACTED STUDENT 2978
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0543

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$705.00          $705.00

2.518

REDACTED STUDENT 2979
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9421

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,410.00          $1,410.00

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 215 of 1042

2.519

REDACTED STUDENT 2983
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5008

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,860.00    $1,860.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.520

REDACTED STUDENT 2987
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2201

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.521

REDACTED STUDENT 3002
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5819

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.522

REDACTED STUDENT 3004
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7187

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.523

REDACTED STUDENT 3029
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7199

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,800.00                    $2,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.524

REDACTED STUDENT 3030
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7069

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $300.00                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 217 of 1042

2.525

REDACTED STUDENT 3033
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5902

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00     $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.526

REDACTED STUDENT 3035
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6503

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.527

REDACTED STUDENT 3040
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5740

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00     $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.528

REDACTED STUDENT 3056
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4655

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.529

REDACTED STUDENT 3057
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0702

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $705.00          $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.530

REDACTED STUDENT 3094
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7682

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $150.00          $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.531

REDACTED STUDENT 3103
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2137

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $575.00    $575.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.532

REDACTED STUDENT 3138
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4526

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.533

REDACTED STUDENT 3151
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5791

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
        Name
Case number (if known) 24-

Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 220 of 1042

2.534

REDACTED STUDENT 3157
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6654

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$705.00          $705.00

2.535

REDACTED STUDENT 3159
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8762

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$705.00          $705.00

2.536

REDACTED STUDENT 3188
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7766

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,125.00          $1,125.00

Debtor  The University of the Arts
        Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 221 of 1042

2.537

REDACTED STUDENT 3191
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2655

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,200.00          $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.538

REDACTED STUDENT 3192
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6226

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.539

REDACTED STUDENT 3229
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3413

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.540

REDACTED STUDENT 3232
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6041

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.541

REDACTED STUDENT 3242
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6145

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $307.37    $307.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.542

REDACTED STUDENT 3243
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7722

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $1,150.00    $1,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
        Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 223 of 1042

2.543

REDACTED STUDENT 3246
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1125

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $3,250.00     $3,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.544

REDACTED STUDENT 3266
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7432

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.545

REDACTED STUDENT 3277
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6613

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $2,500.00     $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 224 of 1042

2.546

REDACTED STUDENT 3280
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6438

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                     $500.00                     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.547

REDACTED STUDENT 3281
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5950

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                     $300.00                     $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.548

REDACTED STUDENT 3309
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7270

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                     $150.00                     $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.549

REDACTED STUDENT 3336
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5115

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $500.00        $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.550

REDACTED STUDENT 3339
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4875

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $3,000.00      $3,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.551

REDACTED STUDENT 3350
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4003

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $500.00        $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.552

REDACTED STUDENT 3379
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4688

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**   $500.00   $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.553

REDACTED STUDENT 3399
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2660

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**   $2,360.00   $2,360.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.554

REDACTED STUDENT 3404
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5635

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**   $300.00   $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 227 of 1042

2.555

REDACTED STUDENT 3414
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3803

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.556

REDACTED STUDENT 3431
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5218

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,800.00    $2,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.557

REDACTED STUDENT 3436
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1589

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,000.00    $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.558

REDACTED STUDENT 3474
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6569

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,350.00          $3,350.00

2.559

REDACTED STUDENT 3499
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6059

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,350.00          $3,350.00

2.560

REDACTED STUDENT 3509
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2220

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00          $150.00

2.561

REDACTED STUDENT 3557
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4320

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $705.00    $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.562

REDACTED STUDENT 3564
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5943

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.563

REDACTED STUDENT 3575
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5169

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $650.00    $650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.564

REDACTED STUDENT 3580
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0452

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.565

REDACTED STUDENT 3589
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5272

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.566

REDACTED STUDENT 3611
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5122

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.567

REDACTED STUDENT 3631
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7251

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $500.00            $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.568

REDACTED STUDENT 3632
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4609

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $500.00            $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.569

REDACTED STUDENT 3637
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9653

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $500.00            $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.570

REDACTED STUDENT 3640
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5998

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $4,200.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.571

REDACTED STUDENT 3651
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4060

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.572

REDACTED STUDENT 3665
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6318

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $4,200.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.573

REDACTED STUDENT 3666
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7190

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.574

REDACTED STUDENT 3670
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7631

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.575

REDACTED STUDENT 3677
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6988

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $718.00    $718.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 234 of 1042

2.576

REDACTED STUDENT 3687
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0232

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$225.00            $225.00

2.577

REDACTED STUDENT 3694
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5275

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,125.00          $1,125.00

2.578

REDACTED STUDENT 3712
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6876

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,150.00          $1,150.00

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 235 of 1042

2.579

REDACTED STUDENT 3713
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6970

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.580

REDACTED STUDENT 3726
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7312

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,850.00    $1,850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.581

REDACTED STUDENT 3732
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7552

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,100.00    $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.582

REDACTED STUDENT 3734
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4863

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.583

REDACTED STUDENT 3743
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5833

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.584

REDACTED STUDENT 3758
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7681

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.585

REDACTED STUDENT 3768
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6697

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00                    $500.00

2.586

REDACTED STUDENT 3770
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1321

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,250.00                    $2,250.00

2.587

REDACTED STUDENT 3774
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8948

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,100.00                    $1,100.00

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 238 of 1042

2.588

REDACTED STUDENT 3779
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7004

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $4,200.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.589

REDACTED STUDENT 3780
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5039

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.590

REDACTED STUDENT 3793
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7046

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.591

REDACTED STUDENT 3798
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3533

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00   $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.592

REDACTED STUDENT 3802
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5367

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $4,200.00   $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.593

REDACTED STUDENT 3805
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4816

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00   $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.594

REDACTED STUDENT 3832
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5189

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $500.00            $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.595

REDACTED STUDENT 3841
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2332

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $500.00            $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.596

REDACTED STUDENT 3845
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7195

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**              $1,850.00          $1,850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 241 of 1042

2.597

REDACTED STUDENT 3852
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4404

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.598

REDACTED STUDENT 3860
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8099

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,100.00    $2,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.599

REDACTED STUDENT 3864
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9005

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.600

REDACTED STUDENT 3867
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2081

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.601

REDACTED STUDENT 3868
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7374

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.602

REDACTED STUDENT 3881
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3076

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.603

REDACTED STUDENT 3887
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0183

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**  $6,755.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.604

REDACTED STUDENT 3891
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8115

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**  $3,375.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.605

REDACTED STUDENT 3892
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7629

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**  $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 244 of 1042

2.606

REDACTED STUDENT 3897
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5993

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**       $500.00              $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.607

REDACTED STUDENT 3899
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6096

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**       $8,530.00            $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.608

REDACTED STUDENT 3902
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7131

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**       $3,550.00            $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 245 of 1042

2.609

REDACTED STUDENT 3907
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6604

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,550.00        $3,350.00

2.610

REDACTED STUDENT 3913
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7032

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,550.00        $3,350.00

2.611

REDACTED STUDENT 3914
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5722

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00        $300.00

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 246 of 1042

2.612

REDACTED STUDENT 3923
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9180

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $25.00          $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.613

REDACTED STUDENT 3926
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5764

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $684.00          $684.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.614

REDACTED STUDENT 3942
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7305

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $150.00          $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.615

REDACTED STUDENT 3952
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7791

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $650.00    $650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.616

REDACTED STUDENT 3953
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7625

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $705.00    $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.617

REDACTED STUDENT 3954
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4661

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $9,974.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.618

REDACTED STUDENT 3959
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4467

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.619

REDACTED STUDENT 3964
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4763

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.620

REDACTED STUDENT 3977
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6597

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $4,200.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.621

REDACTED STUDENT 3978
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8407

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**     $500.00      $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.622

REDACTED STUDENT 3980
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5108

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**     $500.00      $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.623

REDACTED STUDENT 3989
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7567

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**     $2,250.00      $2,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.624

REDACTED STUDENT 3996
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3956

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $500.00         $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.625

REDACTED STUDENT 4007
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7672

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $150.00         $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.626

REDACTED STUDENT 4008
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7468

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $2,325.00       $2,325.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 251 of 1042

2.627

REDACTED STUDENT 4012
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6007

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.628

REDACTED STUDENT 4040
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2245

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.629

REDACTED STUDENT 4049
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5914

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $705.00    $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.630

REDACTED STUDENT 4055
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9345

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**　　$4.00　　　　　$4.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.631

REDACTED STUDENT 4063
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6724

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**　　$1,125.00　　　　$1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.632

REDACTED STUDENT 4077
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0390

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**　　$705.00　　　　　$705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 253 of 1042

2.633

REDACTED STUDENT 4084
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1468

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00              $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.634

REDACTED STUDENT 4102
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7316

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $150.00              $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.635

REDACTED STUDENT 4111
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7851

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $650.00              $650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.636

REDACTED STUDENT 4131
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7785

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $705.00          $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.637

REDACTED STUDENT 4135
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9249

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $705.00          $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.638

REDACTED STUDENT 4157
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4897

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.639

REDACTED STUDENT 4168
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7024

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.640

REDACTED STUDENT 4179
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7675

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**    $1,650.00    $1,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.641

REDACTED STUDENT 4185
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8869

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**    $2,500.00    $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.642

REDACTED STUDENT 4186
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3312

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.643

REDACTED STUDENT 4202
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5756

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                  $4,318.00        $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.644

REDACTED STUDENT 4222
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6005

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $100.00          $100.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.645

REDACTED STUDENT 4238
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7648

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $150.00                $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.646

REDACTED STUDENT 4255
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4910

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $500.00                $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.647

REDACTED STUDENT 4260
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9342

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $2,150.00                $2,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.648

REDACTED STUDENT 4274
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6462

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.649

REDACTED STUDENT 4285
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3958

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.650

REDACTED STUDENT 4286
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5861

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.651

REDACTED STUDENT 4305
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4029

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.652

REDACTED STUDENT 4329
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1464

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $1,410.00          $1,410.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.653

REDACTED STUDENT 4344
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7921

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $1,125.00          $1,125.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.654

REDACTED STUDENT 4352
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1410

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**          $705.00          $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.655

REDACTED STUDENT 4356
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5754

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**          $300.00          $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.656

REDACTED STUDENT 4360
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2813

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**          $145.00          $145.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.657

REDACTED STUDENT 4365
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7811

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $300.00      $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.658

REDACTED STUDENT 4385
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7082

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $500.00      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.659

REDACTED STUDENT 4389
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4694

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $500.00      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.660

REDACTED STUDENT 4395
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3953

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.661

REDACTED STUDENT 4404
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6910

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.662

REDACTED STUDENT 4411
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7944

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $1,125.00          $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.663

REDACTED STUDENT 4418
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4544

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $705.00            $705.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.664

REDACTED STUDENT 4461
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6958

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $150.00            $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.665

REDACTED STUDENT 4464
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4967

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $1,650.00            $1,650.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.666

REDACTED STUDENT 4471
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3153

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $2,200.00                $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.667

REDACTED STUDENT 4484
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4758

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $500.00                $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.668

REDACTED STUDENT 4500
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0754

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $3,337.50                $3,337.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 265 of 1042

2.669

REDACTED STUDENT 4528
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5518

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                                    $225.00                      $225.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.670

REDACTED STUDENT 4532
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4997

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                                    $300.00                      $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.671

REDACTED STUDENT 4539
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7351

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                                    $2,200.00                    $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.672

REDACTED STUDENT 4540
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7038

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,125.00          $1,125.00

2.673

REDACTED STUDENT 4543
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7422

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$150.00          $150.00

2.674

REDACTED STUDENT 4552
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7718

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,125.00          $1,125.00

2.675

REDACTED STUDENT 4556
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5856

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $300.00                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.676

REDACTED STUDENT 4562
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2226

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $2,200.00                    $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.677

REDACTED STUDENT 4567
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6129

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $300.00                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.678

REDACTED STUDENT 4572
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5135

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.679

REDACTED STUDENT 4575
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5603

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $575.00    $575.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.680

REDACTED STUDENT 4586
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5906

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.681

REDACTED STUDENT 4598
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5383

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00        $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.682

REDACTED STUDENT 4611
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1581

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00        $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.683

REDACTED STUDENT 4612
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2756

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00        $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.684

REDACTED STUDENT 4636
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0420

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00  $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.685

REDACTED STUDENT 4638
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5133

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $150.00  $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.686

REDACTED STUDENT 4641
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6681

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,150.00  $1,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.687

REDACTED STUDENT 4643
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3512

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00          $50.00

2.688

REDACTED STUDENT 4644
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1755

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00          $500.00

2.689

REDACTED STUDENT 4656
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4264

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00          $150.00

2.690

REDACTED STUDENT 4679
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5734

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$650.00                    $650.00

2.691

REDACTED STUDENT 4715
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3852

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00                    $500.00

2.692

REDACTED STUDENT 4716
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5743

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00                    $300.00

Debtor    The University of the Arts
          Name
                                                    Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 273 of 1042

2.693

REDACTED STUDENT 4717
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7217

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**      $2,700.00      $2,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.694

REDACTED STUDENT 4718
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1603

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**      $300.00      $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.695

REDACTED STUDENT 4740
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4684

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**      $4,000.00      $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.696

REDACTED STUDENT 4742
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7879

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:** $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.697

REDACTED STUDENT 4758
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7770

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:** $2,200.00    $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.698

REDACTED STUDENT 4780
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2085

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:** $450.00    $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 275 of 1042

2.699

REDACTED STUDENT 4782
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6928

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.700

REDACTED STUDENT 4788
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3849

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.701

REDACTED STUDENT 4789
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7243

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.702**

REDACTED STUDENT 4811
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3300

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $300.00    $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.703**

REDACTED STUDENT 4821
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6974

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $3,550.00    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.704**

REDACTED STUDENT 4825
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7364

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $1,000.00    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.705

REDACTED STUDENT 4828
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6256

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $2,200.00                    $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.706

REDACTED STUDENT 4831
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5037

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $300.00                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.707

REDACTED STUDENT 4842
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4503

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $300.00                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.708

REDACTED STUDENT 4847
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3376

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.709

REDACTED STUDENT 4852
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7220

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,650.00          $1,650.00

2.710

REDACTED STUDENT 4853
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6214

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,325.00          $2,325.00

2.711

REDACTED STUDENT 4856
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6818

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $650.00                    $650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.712

REDACTED STUDENT 4859
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4731

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                  $8,740.00                  $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.713

REDACTED STUDENT 4865
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7382

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                  $1,850.00                  $1,850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.714

REDACTED STUDENT 4894
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5632

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $500.00      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.715

REDACTED STUDENT 4896
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7458

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $500.00      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.716

REDACTED STUDENT 4903
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5668

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $1,410.00      $1,410.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.717

REDACTED STUDENT 4908
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2941

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.718

REDACTED STUDENT 4931
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9674

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.719

REDACTED STUDENT 4932
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9656

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $3,210.00    $3,210.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.720

REDACTED STUDENT 4946
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6976

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$150.00          $150.00

2.721

REDACTED STUDENT 4958
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4738

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$450.00          $450.00

2.722

REDACTED STUDENT 4961
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7074

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,700.00          $2,700.00

2.723

REDACTED STUDENT 4992
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6851

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**   $300.00           $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.724

REDACTED STUDENT 5002
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0155

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**   $1,125.00         $1,125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.725

REDACTED STUDENT 5014
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2192

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**   $450.00           $450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.726

REDACTED STUDENT 5031
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6762

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.727

REDACTED STUDENT 5038
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7762

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $1,150.00     $1,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.728

REDACTED STUDENT 5041
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7700

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $2,250.00     $2,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.729

REDACTED STUDENT 5059
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6900

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $300.00          $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.730

REDACTED STUDENT 5092
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7784

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.731

REDACTED STUDENT 5100
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3309

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   The University of the Arts
         Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 286 of 1042

2.732

REDACTED STUDENT 5102
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1148

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $705.00    $705.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.733

REDACTED STUDENT 5106
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5154

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.734

REDACTED STUDENT 5108
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3547

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.735

REDACTED STUDENT 5127
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7100

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00                    $150.00

2.736

REDACTED STUDENT 5133
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7950

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00                    $500.00

2.737

REDACTED STUDENT 5139
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7549

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00                    $500.00

2.738

REDACTED STUDENT 5167
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7564

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,125.00          $1,125.00

2.739

REDACTED STUDENT 5177
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2460

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,200.00          $2,200.00

2.740

REDACTED STUDENT 5190
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5956

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00          $300.00

2.741

REDACTED STUDENT 5197
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7077

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,650.00          $1,650.00

2.742

REDACTED STUDENT 5198
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7314

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,350.00          $2,350.00

2.743

REDACTED STUDENT 5221
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0613

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,155.00          $1,155.00

2.744

REDACTED STUDENT 5227
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7710

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.745

REDACTED STUDENT 5233
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3724

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,000.00    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.746

REDACTED STUDENT 5243
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4971

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $450.00    $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 291 of 1042

2.747

REDACTED STUDENT 5249
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6954

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,050.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.748

REDACTED STUDENT 5254
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2210

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.749

REDACTED STUDENT 5259
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7874

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.750

REDACTED STUDENT 5271
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6920

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $150.00      $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.751

REDACTED STUDENT 5282
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2233

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $6,300.00      $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.752

REDACTED STUDENT 5285
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7455

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $500.00      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.753

REDACTED STUDENT 5289
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6777

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $3,950.00          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.754

REDACTED STUDENT 5290
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7211

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $150.00          $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.755

REDACTED STUDENT 5297
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6453

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.756

REDACTED STUDENT 5303
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7554

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,200.00          $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.757

REDACTED STUDENT 5310
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7079

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,950.00          $2,950.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.758

REDACTED STUDENT 5313
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5799

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $650.00          $650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 295 of 1042

2.759

REDACTED STUDENT 5319
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2868

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,410.00          $1,410.00

2.760

REDACTED STUDENT 5321
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5513

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$450.00          $450.00

2.761

REDACTED STUDENT 5329
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7488

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,500.00          $3,350.00

2.762

REDACTED STUDENT 5365
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5006

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.763

REDACTED STUDENT 5377
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4287

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $150.00          $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.764

REDACTED STUDENT 5393
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7449

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $300.00          $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  The University of the Arts
        Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 297 of 1042

2.765

REDACTED STUDENT 5396
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4168

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $2,250.00    $2,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.766

REDACTED STUDENT 5415
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3582

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.767

REDACTED STUDENT 5419
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7340

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 298 of 1042

2.768

REDACTED STUDENT 5420
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6177

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $300.00      $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.769

REDACTED STUDENT 5421
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6593

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $4,450.00      $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.770

REDACTED STUDENT 5425
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9854

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $500.00      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 299 of 1042

**2.771**

REDACTED STUDENT 5427
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7052

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,125.00          $1,125.00

**2.772**

REDACTED STUDENT 5433
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7822

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,550.00          $1,550.00

**2.773**

REDACTED STUDENT 5436
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4117

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00          $150.00

**2.774**

REDACTED STUDENT 5440
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1666

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.775**

REDACTED STUDENT 5451
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1174

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $1,410.00     $1,410.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.776**

REDACTED STUDENT 5467
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5289

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $2,250.00     $2,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.777

REDACTED STUDENT 5469
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4740

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$500.00          $500.00

2.778

REDACTED STUDENT 5483
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7384

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,650.00          $1,650.00

2.779

REDACTED STUDENT 5490
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6283

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,650.00          $1,650.00

2.780

REDACTED STUDENT 5498
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0738

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $450.00        $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.781

REDACTED STUDENT 5500
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9780

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $2,000.00        $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.782

REDACTED STUDENT 5510
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5922

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $4,000.00        $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 303 of 1042

2.783

REDACTED STUDENT 5514
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9841

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,125.00          $1,125.00

2.784

REDACTED STUDENT 5527
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7898

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,250.00          $2,250.00

2.785

REDACTED STUDENT 5543
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4830

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00          $500.00

2.786

REDACTED STUDENT 5552
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7060

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.787

REDACTED STUDENT 5553
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $100.00                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.788

REDACTED STUDENT 5555
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2948

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.789

REDACTED STUDENT 5558
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6899

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $10,922.00                    $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.790

REDACTED STUDENT 5560
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0631

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.791

REDACTED STUDENT 5572
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6750

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $2,500.00                    $2,500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.792

REDACTED STUDENT 5587
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5773

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**      $450.00          $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.793

REDACTED STUDENT 5593
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6229

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**      $450.00          $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.794

REDACTED STUDENT 5598
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7180

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**      $150.00          $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 307 of 1042

2.795

REDACTED STUDENT 5605
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6179

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $300.00      $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.796

REDACTED STUDENT 5608
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4012

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $300.00      $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.797

REDACTED STUDENT 5649
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2155

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $8.00      $8.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 308 of 1042

2.798

REDACTED STUDENT 5670
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2095

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.799

REDACTED STUDENT 5682
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7184

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.800

REDACTED STUDENT 5684
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2244

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $5,000.00              $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.801

REDACTED STUDENT 5692
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6353

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**  $450.00  $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.802

REDACTED STUDENT 5700
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7670

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**  $2,500.00  $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.803

REDACTED STUDENT 5701
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6505

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**  $500.00  $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 310 of 1042

2.804

REDACTED STUDENT 5731
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7828

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $150.00     $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.805

REDACTED STUDENT 5738
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6349

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.806

REDACTED STUDENT 5759
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5210

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.807

REDACTED STUDENT 5765
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7173

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $3,350.00                    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.808

REDACTED STUDENT 5793
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0745

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $1,125.00                    $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.809

REDACTED STUDENT 5809
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1607

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $300.00                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.810

REDACTED STUDENT 5812
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6650

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $1,900.00    $1,900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.811

REDACTED STUDENT 5826
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7149

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.812

REDACTED STUDENT 5836
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5020

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $3,000.00    $3,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.813

REDACTED STUDENT 5839
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4169

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.814

REDACTED STUDENT 5843
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5964

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.815

REDACTED STUDENT 5871
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4236

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.816

REDACTED STUDENT 5883
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4907

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.817

REDACTED STUDENT 5884
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4063

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.818

REDACTED STUDENT 5901
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3991

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.819

REDACTED STUDENT 5902
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7768

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $450.00                    $450.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.820

REDACTED STUDENT 5903
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4108

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $225.00                    $225.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.821

REDACTED STUDENT 5905
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6231

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $887.50                    $887.50
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.822

REDACTED STUDENT 5917
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5238

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.823

REDACTED STUDENT 5926
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3769

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.824

REDACTED STUDENT 5952
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3985

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.825

REDACTED STUDENT 5967
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4140

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $500.00      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.826

REDACTED STUDENT 5975
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5991

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $500.00      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.827

REDACTED STUDENT 5990
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6194

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $500.00      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.828

REDACTED STUDENT 5991
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7869

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $3,350.00     $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.829

REDACTED STUDENT 5992
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6170

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.830

REDACTED STUDENT 6002
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8460

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $575.00     $575.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.831

REDACTED STUDENT 6015
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3542

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00     $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.832

REDACTED STUDENT 6016
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3523

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00     $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.833

REDACTED STUDENT 6024
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6998

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $3,950.00     $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.834

REDACTED STUDENT 6027
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7850

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**     $500.00        $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.835

REDACTED STUDENT 6032
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5721

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**     $450.00        $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.836

REDACTED STUDENT 6045
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6420

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**     $500.00        $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.837

REDACTED STUDENT 6053
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4815

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00 $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.838

REDACTED STUDENT 6069
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6429

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00 $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.839

REDACTED STUDENT 6087
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6606

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $4,200.00 $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.840

REDACTED STUDENT 6102
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7028

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.841

REDACTED STUDENT 6115
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7892

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $450.00                    $450.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.842

REDACTED STUDENT 6123
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7806

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,500.00                    $2,500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 323 of 1042

2.843

REDACTED STUDENT 6126
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6047

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $1,650.00    $1,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.844

REDACTED STUDENT 6142
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7778

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $4,450.00    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.845

REDACTED STUDENT 6143
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6094

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $705.00    $705.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.846

REDACTED STUDENT 6146
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7618

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,700.00    $2,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.847

REDACTED STUDENT 6148
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3360

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.848

REDACTED STUDENT 6149
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6070

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.849

REDACTED STUDENT 6151
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6467

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                          $500.00                 $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.850

REDACTED STUDENT 6156
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7803

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                          $150.00                 $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.851

REDACTED STUDENT 6161
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7380

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                          $150.00                 $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.852

REDACTED STUDENT 6164
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3519

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $300.00          $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.853

REDACTED STUDENT 6173
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7292

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $4,200.00          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.854

REDACTED STUDENT 6188
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7222

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $1,650.00          $1,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 327 of 1042

2.855

REDACTED STUDENT 6189
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5694

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $450.00          $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.856

REDACTED STUDENT 6193
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1482

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.857

REDACTED STUDENT 6194
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5970

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    The University of the Arts
          Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 328 of 1042

2.858

REDACTED STUDENT 6211
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7175

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,050.00                 $3,350.00

2.859

REDACTED STUDENT 6215
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7329

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,550.00                 $3,350.00

2.860

REDACTED STUDENT 6223
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3371

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00                   $500.00

2.861

REDACTED STUDENT 6264
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2842

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.862

REDACTED STUDENT 6269
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5572

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00          $150.00

2.863

REDACTED STUDENT 6276
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3738

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$837.50          $837.50

2.864

REDACTED STUDENT 6305
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7598

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $2,275.00                    $2,275.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.865

REDACTED STUDENT 6308
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6854

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $300.00                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.866

REDACTED STUDENT 6315
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6072

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.867

REDACTED STUDENT 6334
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5358

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.868

REDACTED STUDENT 6341
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5860

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $450.00     $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.869

REDACTED STUDENT 6368
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6640

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $3,375.00     $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
        Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 332 of 1042

2.870

REDACTED STUDENT 6378
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6879

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $1,150.00          $1,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.871

REDACTED STUDENT 6380
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7066

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.872

REDACTED STUDENT 6401
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1968

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $2,250.00          $2,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   The University of the Arts
        Name
Case number *(if known)* 24-

Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 333 of 1042

2.873

REDACTED STUDENT 6402
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5014

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                    $500.00              $500.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.874

REDACTED STUDENT 6407
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6935

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                    $500.00              $500.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.875

REDACTED STUDENT 6419
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9177

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                    $450.00              $450.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.876

REDACTED STUDENT 6420
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1036

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                          $450.00                          $450.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.877

REDACTED STUDENT 6423
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6944

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                          $500.00                          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.878

REDACTED STUDENT 6426
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7894

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                          $150.00                          $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.879

REDACTED STUDENT 6430
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7900

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $150.00               $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.880

REDACTED STUDENT 6440
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6103

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $500.00               $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.881

REDACTED STUDENT 6446
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5530

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $2,700.00             $2,700.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.882

REDACTED STUDENT 6451
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5023

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,500.00    $3,350.00

2.883

REDACTED STUDENT 6453
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6108

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,030.00    $3,350.00

2.884

REDACTED STUDENT 6517
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2400

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,250.00    $2,250.00

2.885

REDACTED STUDENT 6518
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7226

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $2,700.00      $2,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.886

REDACTED STUDENT 6530
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7377

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $1,650.00      $1,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.887

REDACTED STUDENT 6531
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5520

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $4,200.00      $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.888

REDACTED STUDENT 6540
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5664

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.889

REDACTED STUDENT 6542
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9928

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,125.00    $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.890

REDACTED STUDENT 6546
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7330

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,500.00    $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.891

REDACTED STUDENT 6549
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7600

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $3,450.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.892

REDACTED STUDENT 6579
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4973

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.893

REDACTED STUDENT 6583
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6087

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,125.00    $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 340 of 1042

2.894

REDACTED STUDENT 6613
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7366

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,200.00          $3,350.00

---

2.895

REDACTED STUDENT 6631
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4798

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,125.00          $1,125.00

---

2.896

REDACTED STUDENT 6640
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5321

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,200.00          $1,200.00

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 341 of 1042

2.897

REDACTED STUDENT 6655
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5440

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.898

REDACTED STUDENT 6661
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6286

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $4,430.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.899

REDACTED STUDENT 6667
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5977

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.900

REDACTED STUDENT 6689
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5033

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $5,050.00        $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.901

REDACTED STUDENT 6709
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3595

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $500.00        $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.902

REDACTED STUDENT 6713
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5570

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $150.00        $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.903

REDACTED STUDENT 6718
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6465

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.904

REDACTED STUDENT 6719
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7143

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,650.00    $1,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.905

REDACTED STUDENT 6726
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7171

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $3,050.00    $3,050.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.906

REDACTED STUDENT 6748
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4802

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $300.00                    $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.907

REDACTED STUDENT 6750
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7338

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $150.00                    $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.908

REDACTED STUDENT 6758
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4509

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 345 of 1042

2.909

REDACTED STUDENT 6776
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5451

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**     $500.00        $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.910

REDACTED STUDENT 6784
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5347

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**     $300.00        $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.911

REDACTED STUDENT 6800
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6370

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**     $300.00        $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.912

REDACTED STUDENT 6815
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2582

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $3,000.00                    $3,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.913

REDACTED STUDENT 6904
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2470

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $1,150.00                    $1,150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.914

REDACTED STUDENT 6910
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6921

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $450.00                    $450.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.915

REDACTED STUDENT 6921
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3036

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $150.00          $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.916

REDACTED STUDENT 6926
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6277

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $2,200.00          $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.917

REDACTED STUDENT 6927
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7289

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $2,700.00          $2,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.918

REDACTED STUDENT 6944
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9003

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.919

REDACTED STUDENT 6961
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5151

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.920

REDACTED STUDENT 6982
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6469

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.921

REDACTED STUDENT 6984
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7612

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.922

REDACTED STUDENT 6985
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7830

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $4,200.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.923

REDACTED STUDENT 6996
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6689

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.924

REDACTED STUDENT 7017
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6774

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,650.00          $1,650.00

2.925

REDACTED STUDENT 7019
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9410

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,125.00          $1,125.00

2.926

REDACTED STUDENT 7028
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2599

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$90.00          $90.00

2.927

REDACTED STUDENT 7029
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7407

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,200.00          $3,350.00

2.928

REDACTED STUDENT 7030
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7889

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,100.00          $1,100.00

2.929

REDACTED STUDENT 7032
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4657

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00          $500.00

2.930

REDACTED STUDENT 7035
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2520

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $2,200.00    $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.931

REDACTED STUDENT 7037
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7224

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $3,050.00    $3,050.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.932

REDACTED STUDENT 7057
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2097

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $3,375.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
        Name
                                    Case number (if known) 24-
                    Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 353 of 1042

2.933

REDACTED STUDENT 7059
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6097

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $9,030.00          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.934

REDACTED STUDENT 7071
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5514

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.935

REDACTED STUDENT 7073
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6281

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $300.00          $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.936

REDACTED STUDENT 7081
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4256

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00              $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.937

REDACTED STUDENT 7086
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4235

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $890.00              $890.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.938

REDACTED STUDENT 7090
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6098

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00              $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 355 of 1042

2.939

REDACTED STUDENT 7102
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3203

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $500.00        $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.940

REDACTED STUDENT 7110
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7391

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $4,200.00        $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.941

REDACTED STUDENT 7126
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6718

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $500.00        $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 356 of 1042

2.942

REDACTED STUDENT 7138
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2279

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $2,200.00            $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.943

REDACTED STUDENT 7147
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8379

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $200.00            $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.944

REDACTED STUDENT 7152
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7740

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $150.00            $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.945

REDACTED STUDENT 7161
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6992

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.946

REDACTED STUDENT 7174
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4292

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**     $0.50     $0.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.947

REDACTED STUDENT 7176
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6354

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**     $300.00     $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.948

REDACTED STUDENT 7179
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2783

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00   $50.00

2.949

REDACTED STUDENT 7197
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4564

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,200.00   $2,200.00

2.950

REDACTED STUDENT 7203
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7240

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,950.00   $2,950.00

2.951

REDACTED STUDENT 7207
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6002

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.952

REDACTED STUDENT 7209
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6026

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.953

REDACTED STUDENT 7213
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7353

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   The University of the Arts
         Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 360 of 1042

2.954

REDACTED STUDENT 7214
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0604

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $3,240.00                    $3,240.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.955

REDACTED STUDENT 7232
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6948

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $2,370.00                    $2,370.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.956

REDACTED STUDENT 7255
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4396

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
       Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 361 of 1042

2.957

REDACTED STUDENT 7258
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5777

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**           $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.958

REDACTED STUDENT 7262
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4926

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**           $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.959

REDACTED STUDENT 7266
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7737

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**           $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 362 of 1042

2.960

REDACTED STUDENT 7270
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4284

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $705.00    $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.961

REDACTED STUDENT 7271
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3932

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $6,325.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.962

REDACTED STUDENT 7285
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7137

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.963

REDACTED STUDENT 7300
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4828

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$650.00                    $650.00

2.964

REDACTED STUDENT 7306
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8995

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00                    $500.00

2.965

REDACTED STUDENT 7311
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5795

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00                    $500.00

2.966

REDACTED STUDENT 7312
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4949

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.967

REDACTED STUDENT 7324
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5756

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.968

REDACTED STUDENT 7325
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5814

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.969

REDACTED STUDENT 7347
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7113

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $150.00   $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.970

REDACTED STUDENT 7349
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5528

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $1,350.00   $1,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.971

REDACTED STUDENT 7361
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4506

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**  $300.00   $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.972

REDACTED STUDENT 7376
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6019

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.973

REDACTED STUDENT 7401
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3627

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $5,000.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.974

REDACTED STUDENT 7402
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5755

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.975

REDACTED STUDENT 7405
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3139

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $575.00    $575.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.976

REDACTED STUDENT 7408
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4616

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.977

REDACTED STUDENT 7409
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6972

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,050.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.978

REDACTED STUDENT 7422
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7730

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**            $1,100.00            $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.979

REDACTED STUDENT 7428
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6178

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**            $705.00            $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.980

REDACTED STUDENT 7433
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3832

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**            $500.00            $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.981

REDACTED STUDENT 7445
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6783

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,200.00          $3,350.00

2.982

REDACTED STUDENT 7457
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8395

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,125.00          $1,125.00

2.983

REDACTED STUDENT 7462
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5806

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$450.00          $450.00

2.984

REDACTED STUDENT 7473
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7818

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $1,000.00                $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.985

REDACTED STUDENT 7474
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6118

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**       $500.00                  $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.986

REDACTED STUDENT 7477
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3531

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**       $705.00                  $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 371 of 1042

2.987

REDACTED STUDENT 7502
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9639

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $500.00      $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.988

REDACTED STUDENT 7505
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6133

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $300.00      $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.989

REDACTED STUDENT 7518
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3534

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**      $500.00      $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor  The University of the Arts
         Name
                                                      Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 372 of 1042

2.990

REDACTED STUDENT 7569
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7318

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $3,950.00          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.991

REDACTED STUDENT 7597
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3510

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.992

REDACTED STUDENT 7613
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6028

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $150.00          $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.993

REDACTED STUDENT 7623
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7388

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,200.00          $3,350.00

2.994

REDACTED STUDENT 7629
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6785

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,050.00          $3,350.00

2.995

REDACTED STUDENT 7635
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4927

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00          $500.00

2.996

REDACTED STUDENT 7655
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9361

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,400.00          $3,350.00

2.997

REDACTED STUDENT 7669
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7732

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$450.00          $450.00

2.998

REDACTED STUDENT 7676
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6192

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00          $300.00

2.999

REDACTED STUDENT 7677
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8511

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $1,100.00                $1,100.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1000

REDACTED STUDENT 7696
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4810

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00                $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1001

REDACTED STUDENT 7699
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9642

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00                $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1002

REDACTED STUDENT 7701
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6870

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1003

REDACTED STUDENT 7705
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3333

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $300.00          $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1004

REDACTED STUDENT 7710
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0601

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $1,410.00          $1,410.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
        Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 377 of 1042

2.1005

REDACTED STUDENT 7714
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6787

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $5,050.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1006

REDACTED STUDENT 7744
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1858

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $450.00    $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1007

REDACTED STUDENT 7753
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2839

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 378 of 1042

2.1008

REDACTED STUDENT 7758
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0475

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $8,165.00              $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1009

REDACTED STUDENT 7769
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4762

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00              $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1010

REDACTED STUDENT 7793
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7896

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $300.00              $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 379 of 1042

2.1011

REDACTED STUDENT 7794
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6609

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,530.00          $1,530.00

2.1012

REDACTED STUDENT 7808
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5261

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00          $500.00

2.1013

REDACTED STUDENT 7811
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3692

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00          $500.00

2.1014

REDACTED STUDENT 7818
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5445

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1015

REDACTED STUDENT 7822
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2121

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1016

REDACTED STUDENT 7825
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6648

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $1,150.00                    $1,150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1017

REDACTED STUDENT 7826
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7720

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,150.00                    $1,150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.1018

REDACTED STUDENT 7854
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4842

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.1019

REDACTED STUDENT 7869
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7116

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,650.00                    $1,650.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1020

REDACTED STUDENT 7870
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6332

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $2,250.00                $2,250.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1021

REDACTED STUDENT 7879
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7035

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $450.00                $450.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1022

REDACTED STUDENT 7922
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3536

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $300.00                $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1023

REDACTED STUDENT 7923
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3133

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**                $300.00                $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1024

REDACTED STUDENT 7928
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6514

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**                $500.00                $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1025

REDACTED STUDENT 7938
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7870

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**                $100.00                $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1026

REDACTED STUDENT 7939
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4149

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**     $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1027

REDACTED STUDENT 7950
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7193

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**     $150.00          $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1028

REDACTED STUDENT 7985
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3544

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**     $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1029

REDACTED STUDENT 7988
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7320

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1030

REDACTED STUDENT 8002
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2657

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,200.00    $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1031

REDACTED STUDENT 8007
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6420

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1032

REDACTED STUDENT 8033
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7178

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $2,350.00                    $2,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1033

REDACTED STUDENT 8042
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5457

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $300.00                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1034

REDACTED STUDENT 8043
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5326

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $300.00                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1035

REDACTED STUDENT 8064
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7168

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00   $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1036

REDACTED STUDENT 8082
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2255

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $2,275.00   $2,275.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1037

REDACTED STUDENT 8084
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7283

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,100.00   $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number *(if known)* 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 388 of 1042

2.1038

REDACTED STUDENT 8087
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3577

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $1,150.00      $1,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1039

REDACTED STUDENT 8091
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5484

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $300.00      $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1040

REDACTED STUDENT 8092
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6732

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $500.00      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 389 of 1042

2.1041

REDACTED STUDENT 8127
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3557

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1042

REDACTED STUDENT 8131
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6882

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1043

REDACTED STUDENT 8157
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3397

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 390 of 1042

2.1044

REDACTED STUDENT 8171
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1176

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $1,125.00          $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1045

REDACTED STUDENT 8172
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7333

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $150.00          $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1046

REDACTED STUDENT 8173
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7141

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $3,350.00          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1047

REDACTED STUDENT 8176
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5552

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:** $300.00     $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1048

REDACTED STUDENT 8177
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5447

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:** $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1049

REDACTED STUDENT 8183
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0487

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:** $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1050

REDACTED STUDENT 8192
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1789

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1051

REDACTED STUDENT 8215
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7512

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $450.00          $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1052

REDACTED STUDENT 8216
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7919

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:** $1,100.00          $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 393 of 1042

2.1053

REDACTED STUDENT 8251
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6126

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**   $1,650.00   $1,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1054

REDACTED STUDENT 8253
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1967

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**   $150.00   $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1055

REDACTED STUDENT 8259
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7513

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**   $1,100.00   $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1056

REDACTED STUDENT 8264
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4368

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $650.00                    $650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1057

REDACTED STUDENT 8267
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6372

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $300.00                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1058

REDACTED STUDENT 8278
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7664

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $3,350.00                    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1059

REDACTED STUDENT 8291
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3981

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1060

REDACTED STUDENT 8308
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0812

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,125.00    $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1061

REDACTED STUDENT 8323
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5958

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1062

REDACTED STUDENT 8327
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1732

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $3,000.00                    $3,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1063

REDACTED STUDENT 8330
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0763

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $3,375.00                    $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1064

REDACTED STUDENT 8335
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4743

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $500.00                      $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1065

REDACTED STUDENT 8365
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6739

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1066

REDACTED STUDENT 8366
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1795

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,150.00    $1,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1067

REDACTED STUDENT 8370
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6196

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1068

REDACTED STUDENT 8380
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6532

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**   $2,500.00   $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.1069

REDACTED STUDENT 8401
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7230

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**   $300.00   $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.1070

REDACTED STUDENT 8414
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3402

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**   $300.00   $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**

☑ No

☐ Yes

2.1071

REDACTED STUDENT 8427
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3513

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1072

REDACTED STUDENT 8430
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5398

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1073

REDACTED STUDENT 8452
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7499

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $300.00          $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1074

REDACTED STUDENT 8477
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6173

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $3,500.00                $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1075

REDACTED STUDENT 8481
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6052

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $150.00                $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1076

REDACTED STUDENT 8510
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6239

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $5,275.00                $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1077

REDACTED STUDENT 8522
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2656

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**          $1,100.00          $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1078

REDACTED STUDENT 8548
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5235

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1079

REDACTED STUDENT 8556
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7588

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**          $1,125.00          $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1080

REDACTED STUDENT 8557
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9054

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1081

REDACTED STUDENT 8562
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9236

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1082

REDACTED STUDENT 8586
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5995

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1083

REDACTED STUDENT 8588
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7129

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**        $2,250.00        $2,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1084

REDACTED STUDENT 8602
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2686

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**        $450.00        $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1085

REDACTED STUDENT 8610
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7132

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**        $3,050.00        $3,050.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 404 of 1042

2.1086

REDACTED STUDENT 8622
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0108

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $1,125.00            $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1087

REDACTED STUDENT 8623
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6790

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $5,050.00            $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1088

REDACTED STUDENT 8632
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6796

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $500.00            $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 405 of 1042

2.1089

REDACTED STUDENT 8635
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1998

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1090

REDACTED STUDENT 8638
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5043

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1091

REDACTED STUDENT 8667
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8436

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 406 of 1042

2.1092

REDACTED STUDENT 8670
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5817

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $500.00   $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1093

REDACTED STUDENT 8680
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9214

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $1,150.00   $1,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1094

REDACTED STUDENT 8685
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4907

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $1,150.00   $1,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1095

REDACTED STUDENT 8694
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2922

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $4,400.00        $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1096

REDACTED STUDENT 8726
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6221

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $500.00        $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1097

REDACTED STUDENT 8772
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6702

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $500.00        $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1098

REDACTED STUDENT 8777
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0097

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $5.00                    $5.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1099

REDACTED STUDENT 8779
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2456

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1100

REDACTED STUDENT 8782
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4619

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1101

REDACTED STUDENT 8794
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5821

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1102

REDACTED STUDENT 8799
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
0553

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $1,150.00    $1,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1103

REDACTED STUDENT 8801
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7451

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1104

REDACTED STUDENT 8810
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5046

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $150.00        $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1105

REDACTED STUDENT 8816
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3522

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $300.00        $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1106

REDACTED STUDENT 8817
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3293

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $500.00        $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 411 of 1042

2.1107

REDACTED STUDENT 8820
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3132

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $2,200.00            $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1108

REDACTED STUDENT 8828
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4386

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $500.00            $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1109

REDACTED STUDENT 8877
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3527

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $300.00            $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1110

REDACTED STUDENT 8880
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2386

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**          $300.00          $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1111

REDACTED STUDENT 8883
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4240

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**          $450.00          $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1112

REDACTED STUDENT 8893
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2460

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:**          $100.00          $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1113

REDACTED STUDENT 8898
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8529

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**       $2,250.00              $2,250.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1114

REDACTED STUDENT 8945
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5320

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $500.00               $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1115

REDACTED STUDENT 8958
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1116

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $500.00               $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  The University of the Arts
       Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 414 of 1042

2.1116

REDACTED STUDENT 8965
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9221

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $1,200.00              $1,200.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1117

REDACTED STUDENT 8977
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5493

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00              $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1118

REDACTED STUDENT 8992
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1596

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $3,350.00              $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1119

REDACTED STUDENT 8996
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4081

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1120

REDACTED STUDENT 9000
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1101

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1121

REDACTED STUDENT 9004
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3606

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1122

REDACTED STUDENT 9006
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9256

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**                    $1,125.00                    $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1123

REDACTED STUDENT 9010
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6292

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**                    $150.00                    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1124

REDACTED STUDENT 9024
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7106

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**                    $2,700.00                    $2,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1125

REDACTED STUDENT 9030
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6907

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1126

REDACTED STUDENT 9049
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2108

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $300.00     $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1127

REDACTED STUDENT 9064
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7601

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $3,350.00     $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1128

REDACTED STUDENT 9070
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5754

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1129

REDACTED STUDENT 9071
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5522

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**     $705.00     $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1130

REDACTED STUDENT 9078
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4687

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**     $1,900.00     $1,900.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1131

REDACTED STUDENT 9086
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5532

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,050.00          $3,350.00

2.1132

REDACTED STUDENT 9107
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7602

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,350.00          $3,350.00

2.1133

REDACTED STUDENT 9114
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3038

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,100.00          $1,100.00

2.1134

REDACTED STUDENT 9117
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6109

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1135

REDACTED STUDENT 9120
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6799

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1136

REDACTED STUDENT 9131
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
8001

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1,125.00                    $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1137

REDACTED STUDENT 9135
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5672

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                           $450.00                    $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1138

REDACTED STUDENT 9153
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3694

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                           $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1139

REDACTED STUDENT 9177
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7809

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                           $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1140

REDACTED STUDENT 9179
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3399

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**       $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1141

REDACTED STUDENT 9186
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3987

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**       $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1142

REDACTED STUDENT 9188
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4084

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**       $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1143

REDACTED STUDENT 9194
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7336

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $3,050.00          $3,050.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1144

REDACTED STUDENT 9196
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4995

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1145

REDACTED STUDENT 9200
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3888

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1146

REDACTED STUDENT 9208
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7759

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,650.00                    $1,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1147

REDACTED STUDENT 9210
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7790

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1148

REDACTED STUDENT 9219
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5072

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,650.00                    $1,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1149

REDACTED STUDENT 9238
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4093

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1150

REDACTED STUDENT 9248
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5536

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $150.00          $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1151

REDACTED STUDENT 9277
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5929

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $300.00          $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1152

REDACTED STUDENT 9286
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5169

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$450.00          $450.00

2.1153

REDACTED STUDENT 9290
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2287

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00          $500.00

2.1154

REDACTED STUDENT 9297
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5985

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00          $300.00

2.1155

REDACTED STUDENT 9312
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7441

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $150.00          $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1156

REDACTED STUDENT 9314
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7909

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $2,250.00          $2,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1157

REDACTED STUDENT 9316
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7565

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $300.00          $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1158

REDACTED STUDENT 9322
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4037

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $500.00                $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1159

REDACTED STUDENT 9325
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2866

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $450.00                $450.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1160

REDACTED STUDENT 9345
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6062

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $300.00                $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 429 of 1042

2.1161

REDACTED STUDENT 9350
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4544

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $500.00      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1162

REDACTED STUDENT 9357
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3281

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $1,000.00      $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1163

REDACTED STUDENT 9370
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6738

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**      $300.00      $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1164

REDACTED STUDENT 9375
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6804

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $2,250.00    $2,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1165

REDACTED STUDENT 9390
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4431

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1166

REDACTED STUDENT 9403
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4532

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1167

REDACTED STUDENT 9408
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6271

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $2,250.00                    $2,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1168

REDACTED STUDENT 9423
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6038

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $1,650.00                    $1,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1169

REDACTED STUDENT 9461
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7264

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $3,550.00                    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
        Name
Case number *(if known)* 24-

Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 432 of 1042

2.1170

REDACTED STUDENT 9463
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6866

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1171

REDACTED STUDENT 9479
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7119

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $4,550.00          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1172

REDACTED STUDENT 9480
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5870

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | The University of the Arts | Case number *(if known)* 24- |
|--------|---------------------------|------------------------------|
| | Name | |

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 433 of 1042

2.1173

REDACTED STUDENT 9481
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7110

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $5,050.00                    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1174

REDACTED STUDENT 9486
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1727

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,150.00                    $1,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1175

REDACTED STUDENT 9516
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6743

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,275.00                    $2,275.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 434 of 1042

2.1176

REDACTED STUDENT 9541
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7104

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $13.00    $13.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1177

REDACTED STUDENT 9544
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5052

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1178

REDACTED STUDENT 9549
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3430

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,100.00    $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1179

REDACTED STUDENT 9551
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2146

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $575.00        $575.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1180

REDACTED STUDENT 9552
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7102

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $2,500.00        $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1181

REDACTED STUDENT 9556
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7386

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $4,200.00        $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 436 of 1042

2.1182

REDACTED STUDENT 9558
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5876

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $500.00            $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1183

REDACTED STUDENT 9560
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6475

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $500.00            $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1184

REDACTED STUDENT 9571
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7121

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $1,650.00            $1,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1185

REDACTED STUDENT 9581
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3968

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1186

REDACTED STUDENT 9597
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2880

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $300.00                    $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1187

REDACTED STUDENT 9619
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7841

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1188

REDACTED STUDENT 9621
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4675

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $500.00 $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1189

REDACTED STUDENT 9628
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7021

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00 $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1190

REDACTED STUDENT 9647
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
1442

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $300.00 $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1191

REDACTED STUDENT 9658
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6035

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                $150.00           $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.1192

REDACTED STUDENT 9661
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6530

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                $150.00           $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.1193

REDACTED STUDENT 9662
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6344

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**              $1,500.00         $1,500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 440 of 1042

2.1194

REDACTED STUDENT 9668
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3528

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1195

REDACTED STUDENT 9675
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4929

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $300.00          $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1196

REDACTED STUDENT 9696
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2654

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $50.00          $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1197

REDACTED STUDENT 9702
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4102

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1198

REDACTED STUDENT 9723
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4841

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1199

REDACTED STUDENT 9727
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5864

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1200

REDACTED STUDENT 9735
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7416

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,200.00        $2,200.00

2.1201

REDACTED STUDENT 9739
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6881

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,150.00        $1,150.00

2.1202

REDACTED STUDENT 9740
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2415

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,200.00        $2,200.00

2.1203

REDACTED STUDENT 9746
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
4378

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1204

REDACTED STUDENT 9775
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6481

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1205

REDACTED STUDENT 9787
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7165

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1206

REDACTED STUDENT 9797
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7065

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1207

REDACTED STUDENT 9804
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6288

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**     $4,200.00     $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1208

REDACTED STUDENT 9808
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
9074

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**     $300.00     $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1209

REDACTED STUDENT 9817
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7008

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $150.00              $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1210

REDACTED STUDENT 9825
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
2494

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $2,000.00            $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1211

REDACTED STUDENT 9844
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5323

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $300.00              $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
         Name
                                        Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 446 of 1042

2.1212

REDACTED STUDENT 9856
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6494

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $300.00     $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1213

REDACTED STUDENT 9876
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
3969

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1214

REDACTED STUDENT 9888
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6671

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1215

REDACTED STUDENT 9890
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7946

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1,125.00    $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1216

REDACTED STUDENT 9897
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5050

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $5,050.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1217

REDACTED STUDENT 9899
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7833

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $3,350.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1218

REDACTED STUDENT 9912
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5003

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $300.00          $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1219

REDACTED STUDENT 9984
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
7103

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $4,550.00          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1220

REDACTED STUDENT 9986
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
5265

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

2.1221

REDACTED STUDENT 9987
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**
6916

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                              $4,550.00              $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1222

REEDER, BROOKE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**         UNDETERMINED              $0.00
*Check all that apply.*
☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1223

REEDER, ROSAE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**         UNDETERMINED              $0.00
*Check all that apply.*
☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1224

REESE, PETER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.1225

REINFURT, JONATHAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.1226

REYER, STEPHANIE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1227

RHOADES, MATTHEW
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1228

RICE, JOSEPH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1229

RICE, JULIANNA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1230

RIECHERS, ANGELA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1231

RINDISBACHER, ALEXANDER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1232

ROBBINS, OWEN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 453 of 1042

2.1233

ROBERTS, JOSHUA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                $0.00

---

2.1234

ROBERTSON, CHRISTOPHER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                $0.00

---

2.1235

ROBERTS-REILLEY, JENNIFER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                $0.00

2.1236

RODGERS, CHRISTOPHER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                           $0.00

2.1237

RODRIGUEZ, LUZ
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                           $0.00

2.1238

ROMANSKY, HAYLEY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                           $0.00

2.1239

ROMAY, MELANIE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.1240

ROMERO, RAUL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.1241

ROONEY, WILLIAM
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1242

SACHS, SIDNEY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          $0.00

2.1243

SACK, REBECCA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          $0.00

2.1244

SAIZ PEREZ, TANIA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          $0.00

2.1245

SANDERS, LAKIESHA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1246

SANFORD, SARAH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1247

SANSONE, KIRA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1248

SAVOIA, ROSEMARY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.1249

SCHEINER, JACLYN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.1250

SCHUETTE, PAUL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1251

SCHULTZ, JUDITH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1252

SCHUTTS, BRAD
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1253

SCHWARTZ, DAVID
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1254

SCOTT, SUZANNE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED            $0.00

2.1255

SEEHERMAN, ELISA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED            $0.00

2.1256

SEN, PRIYANJALI
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED            $0.00

2.1257

SETRAKIAN, EDWARD
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1258

SEWELL, JUSTIN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1259

SHERIDAN, MICHAEL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1260

SIDLOW, STEPHANIE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                              $0.00

2.1261

SKOOG, SUSAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                              $0.00

2.1262

SMART, JOSEPH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                              $0.00

2.1263

SMITH, CODY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1264

SONSINO, MICHELLE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1265

SORRENTINO, ANNA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1266

SPENCER, LORI
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1267

SQUADRITO, JAMES
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1268

STAUFFER, ANNE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1269

STAVEN, KARL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.1270

STUHMER, MARCELINO
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.1271

SYLVESTER, GINA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1272

TATE, CAROLINE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.1273

THOMAS, DAVID
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

---

2.1274

THOMPSON, JULIA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1275

THURMAN, KATHRYN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                                    $0.00

2.1276

TOCCHET, MARK
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                                    $0.00

2.1277

TORRES, JOELY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                                    $0.00

2.1278

TUCKER, DANIEL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1279

VANHORN, ERIK
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1280

VIEIRA DA CUNHA, ELIZABETH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 469 of 1042

2.1281

WALBRIDGE, MORGAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    UNDERMINED    $0.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

---

2.1282

WALK, KERRY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    UNDERMINED    $0.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

---

2.1283

WALKER, KAITLYN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    UNDERMINED    $0.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor  The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 470 of 1042

2.1284

WALL, MICHELLE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1285

WANG, XIAOFENG
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1286

WEAVER, THOMAS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

Debtor    The University of the Arts
         Name
                                    Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 471 of 1042

2.1287

WHITE, MIRIAM
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1288

WICHRYK, ADAM
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

2.1289

WILSON, CARLA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED                    $0.00

Debtor  The University of the Arts
Name                                                    Case number *(if known)* 24-

2.1290

WOODARD, JULIANA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    UNDETERMINED                $0.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1291

YEH, LI-CHIU
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    UNDETERMINED                $0.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1292

YODER, JOANNA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    UNDETERMINED                $0.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.1293

YURKANIN, MARK
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

---

2.1294

ZARITT, JESSE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
POTENTIAL WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    $0.00

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1

12TH STREET CATERING
3312 SPRING GARDEN ST # 20
PHILADELPHIA, PA 19104-2552

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,724.04

Debtor    The University of the Arts
Name

Case number *(if known)* 24-

**3.2**

14 WA PARTNERS LP
ATTN: JACOB W. SEGAL
1425 WALNUT STREET
SUITE 300
PHILADELPIA, PA 19102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
7/29/2024

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3**

1401 WALNUT RETAIL ACQUISITION, LP
110 SOUTH 19TH ST
STE 300
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$44,028.91

**Date or dates debt was incurred**

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4**

AAA SUNFLOWER FLORIST, INC.
449 NORTH 12TH ST.
UNIT A
PHILADELPHIA, PA 19123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$670.00

**Date or dates debt was incurred**

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**

AARON VADERS-COLLINS
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$450.00

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 476 of 1042
Case number (if known) 24-

**3.6**

ABBY MOORHOUSE
C/O LYNCH CARPENTER, LLP
ATTN: GARY F. LYNCH
1133 PENN AVENUE, 5TH FLOOR
PITTSBURGH, PA 15222

**Date or dates debt was incurred**
8/13/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.7**

ABBY MOORHOUSE
WELLS MOORE SIMMONS & HUBBARD PLLC
ATTN: SETH C. LITTLE
4450 OLD CANTON RD, POBOX 1970
JACKSON, MS 39215

**Date or dates debt was incurred**
8/13/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.8**

ACE METAPHOR PODCAST TOUR/NATASHA MORELAND SPEARS

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,000.00

**3.9**

ACKER ET AL V. UNIVERSITY OF THE ARTS
C/O LEVIN SEDRAN & BERMAN PA
ATTN: NICHOLAS ELIA & DAVID C. LEVIN
510 WALNUT STREET, STE. 500
PHILADELPIA, PA 19106

**Date or dates debt was incurred**
6/6/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.10**

ACS SERVICES, LLC
831 LINCOLN AVE
UNIT D-14
W. CHESTER, PA 19380

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $18,780.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.11**

ADSTRA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $1,517.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.12**

AH-YOUNG KIM
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $25.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.13**

AIDEN ANKLI
C/O LEVIN SEDRAN & BERMAN PA
ATTN: NICHOLAS ELIA & DAVID C. LEVIN
510 WALNUT STREET, STE. 500
PHILADELPIA, PA 19106

**Date or dates debt was incurred**
6/6/2024

As of the petition filing date, the claim is:      UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  The University of the Arts
       Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 478 of 1042

**3.14**

ALEXANDRA K. COLBURN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $839.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15**

ALISON MARTINE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $56.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16**

ALLIED PIANO & FINISH LLC
3096 BRISTOL RD
WARRINGTON, PA 18976

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,580.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.17**

ALLIED UNIVERSAL SECURITY SRVS.
PO BOX 828854
PHILADELPHIA, PA 19182-8854

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13,357.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.18**

ALLISON F. WRIGHT
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

$23.85

**3.19**

ALVAREZ & MARSAL NORTH AMERICA, LLC
600 MADISON AVENUE
NEW YORK, NY 10022

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
PROFESSIONAL FEES

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED

**3.20**

AMY ANDERS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

$300.00

**3.21**

AMY M. BURNS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

$100.00

3.22

AMY TIGHE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

$137.50

3.23

ANDREA SCOTT-HARRIS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

$113.00

3.24

ANDREW E. LE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

$56.00

3.25

ANDREW M. PACK
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

$67.16

**3.26**

ANDREW PACK
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
SEVERENCE

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.27**

ANNA CRUSIS FEMINIST CHOIR
PO BOX 42277
PHILADELPHIA, PA 19101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,304.00

**3.28**

ANNA MARIA YEAKLEY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

**3.29**

ANSELM DASTNER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$170.00

3.30

ANTONIA HOWARD
[ADDRESS ON FILE]

**Date or dates debt was incurred**

_____

_____

As of the petition filing date, the claim is: $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.31

ANTWAN JONES
[ADDRESS ON FILE]

**Date or dates debt was incurred**

_____

_____

As of the petition filing date, the claim is: $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.32

ANUKAM EDWARD OPARA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

_____

_____

As of the petition filing date, the claim is: $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.33

ARAM KIM
[ADDRESS ON FILE]

**Date or dates debt was incurred**

_____

_____

As of the petition filing date, the claim is: $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.34**

ARAMARK SERVICES, INC.
ARAMARK DALLAS LOCKBOX
PO BOX 978839
DALLAS, TX 75397-8839

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $228,790.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.35**

ARCHER & GREINER P.C.
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $45,853.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.36**

ARDEN THEATRE CO
40 N 2ND ST
PHILADELPHIA, PA 19106-4504

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.37**

ARIANNA OLIVIERI
C/O LEVIN SEDRAN & BERMAN PA
ATTN: NICHOLAS ELIA & DAVID C. LEVIN
510 WALNUT STREET, STE. 500
PHILADELPIA, PA 19106

**Date or dates debt was incurred**
6/6/2024

**As of the petition filing date, the claim is:**                                    UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 484 of 1042

**3.38**

ARRAYA SOLUTIONS, INC
518 TOWNSHIP LINE RD
STE 250
BLUE BELL, PA 19422

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.39**

ASHON T. CRAWLEY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $273.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.40**

AT&T MOBILITY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $828.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.41**

AUDREY L. ELLIS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $1,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
1099 - PHD ADVISORS

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 485 of 1042

**3.42**

AZALEA V DIOMEDE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

$435.00

**3.43**

BALLARD SPAHR
PO BOX 825465
PHILADELPHIA, PA 19182-5465

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.44**

BAYMOND ANDREW MACEDONIA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$400.00

**3.45**

BELLEVUE STRATEGIES, LLC
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,704.20

3.46

BENJAMIN BARNETT

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,344.00

---

3.47

BETH COUTURE
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED

---

3.48

BETH COUTURE
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED

---

3.49

BLACKSTAR FILM FESTIVAL
1901 SOUTH 9TH STREET
BOK 414
PHILADELPHIA, PA 19148

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,624.00

**3.50**

BLUE WIZARD MUSIC LLC
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.51**

BRAD M. SCHUTTS
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC
LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is:            UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.52**

BRAD M. SCHUTTS
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is:            UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.53**

BRADLEY PHILBERT
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC
LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is:            UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.54**

BRADLEY PHILBERT
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/5/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.55**

BRADLEY PHILBERT
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.56**

BREE KLAUSER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

$192.00

---

**3.57**

BRENNA M. GEFFERS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.25

**3.58**

BRIAN GRAZIANI
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $335.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.59**

BRILLIANT GRAPHICS
400 EAGLEVIEW BLVD.
STE. 104
EXTON, PA 19341

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $24,847.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.60**

BROAD STREET COMMUNICATIONS
99 WALL ST
NEW YORK, NY 10005

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.61**

BROADWAY ARTISTS ALLIANCE, LLC
55 LEONARDVILLE RD. STE101
BELFORD, NJ 07718

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

3.62

BROADWAY INBOUND, INC.
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,311.50

3.63

BRUCE FELTON
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,723.00

3.64

BUILDING INDUSTRY ASSOCIATION OF PHILADELPHIA
1735 MARKET STREET, SUITE 432A
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,376.00

3.65

CAROLINA BLATT
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.66**

CAROLINA BLATT
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.67**

CAROLYN L. ANELLO
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.68**

CASEY MOSES
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.69**

CATHERINE COONEY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.70**

CATHERINE HORAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.71**

CATHERINE RAMIREZ
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                  $2,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.72**

CAWLEY ET AL V. THE UNIVERSITY OF THE ARTS
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/5/2024

As of the petition filing date, the claim is:                               UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.73**

CCS
PO BOX 419560
BOSTON, MA 02241-9560

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $235.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.74**

CEISLER MEDIA & ISSUE ADVOCACY
130 NORTH 18TH STREET
STE 1300
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $16,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.75**

CFEVA
237 SOUTH 18TH ST.
STE 3A
PHILADELPHIA OPEN STUDIO TOURS
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.76**

CHARIS DUKE
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.77**

CHARIS DUKE
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/5/2024

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.78**

CHARIS DUKE
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.79**

CHARLES C. BAUERMANN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$350.00

**3.80**

CHARLES HARTUNG, JR.
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

**3.81**

CHARLES L. MILLER, JR.
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.00

### 3.82

CHARLIE H. ETIENNE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $980.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.83

CHARLOTTE PROCTER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.84

CHELSEA M. DAVIS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.85

CHESTER COUNTY INTERMEDIATE UNIT
455 BOOT ROAD
DOWNINGTOWN, PA 19335

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,478.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.86**

CHISOMO SELEMANI
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.87**

CHRIS J. GASH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2,254.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.88**

CHRISTMAS, ROOSEVELT
5131 W. 139TH ST.
HAWTHORNE, CA 90250

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2,330.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.89**

CHRISTOPHER A. TOCCHET
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,019.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.90**

CHRISTOPHER P. BLUEMEL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

$470.98

**3.91**

CINTAS
PO BOX 631025
CINCINNATI, OH 45263-1025

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

$215.85

**3.92**

CITY OF PHILADELPHIA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,651.14

**3.93**

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE / WATER
PO BOX 41496
PHILADELPHIA, PA 19101-1496

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
PRO FEES / UTILITIES / OTHER RECURRING

**Is the claim subject to offset?**
☑ No

☐ Yes

$122.65

**3.94**

CLOUD CANVAS/PARIVEDA SOLUTIONS
2811 MCKINNEY AVE
SUITE 320
DALLAS, TX 75204

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3,346.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.95**

COGENT COMMUNICATIONS, INC.
PO BOX 791087
BALTIMORE, MD 21279-1087

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.96**

COLIN KENNEY
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC
LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.97**

COLIN KENNEY
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/5/2024

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.98**

COLIN KENNEY
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.99**

COLLEGENET, INC.
ATTN ACCOUNTS RECEIVABLE
805 SW BROADWAY
STE 1600
PORTLAND, OR 97205

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,123.75

---

**3.100**

COMPASS GROUP USA, INC.
TREASURY DEPARTMENT
2400 YORKMONT RD.
CHARLOTTE, NC 28217

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,502.78

---

**3.101**

COMPASS GROUP
2400 YORKMONT ROAD
CHARLOTTE, NC 28217

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LAVERSON ANNUITY PAA MERGER

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,776.51

**3.102**

COMPUTER DESIGN & INTEGRATION
PO BOX 23246
NEW YORK, NY 10087-3246

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.103**

CONSTANCE MENSH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.104**

COOLEY LLP
3 EMBARCADERO CENTER
20TH FLOOR
SAN FRANCISCO, CA 94111-4004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
PROFESSIONAL FEES

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.105**

COZEN O'CONNOR
1200 19TH STREET NW
WASHINGTON , DC 20036

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
PROFESSIONAL FEES

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.106**

CRISTINE CHORY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.107**

CRITERION PICTURES
106 SAUNDERS RD. UNIT 6
BARRIE, ON L4N 9A8

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $840.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.108**

CRW GRAPHICS
9100 PENNSAUKEN HIGHWAY
PENNSAUKEN, NJ 08110

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $16,774.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.109**

CRYSTAL RIDLEY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $157.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 502 of 1042

3.110

D.C. HUMPHRYS CO INC.
5000 PASCHALL AVENUE
PHILADELPHIA, PA 19143-5136

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $13,336.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

3.111

DAIRYS ESCOTO DE LEON
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $868.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.112

DANA GREGG
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $10,929.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.113

DANIEL C. HERTZBERG
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $2,318.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 503 of 1042

3.114

DANIEL O. TUCKER
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**                    UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

3.115

DANIEL O. TUCKER
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**                    UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

3.116

DANIEL R. FISHBACK
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.117

DARYA KHRISTICH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.118**

DAVID A. SCHWARTZ
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
$150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.119**

DAVID BRITTON
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
$100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.120**

DAVID BRONSON SMITH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
$100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.121**

DE LAGE LANDEN FINANCIAL SERVICES INC.
C/O/ STARK & STARK
ATTN: MARSHALL T. KIZNER
100 AMERICAN METRO BLVD
HAMILTON, NJ 08619

**Date or dates debt was incurred**
7/23/2024

As of the petition filing date, the claim is:
UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 505 of 1042

3.122

DEBORAH BLOCK
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

3.123

DECA MUSIC

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.00

3.124

DENIZ ORTACTEPE HART
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
1099 - PHD ADVISORS

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00

3.125

DEREK SMITH
C/O LEVIN SEDRAN & BERMAN PA
ATTN: NICHOLAS ELIA & DAVID C. LEVIN
510 WALNUT STREET, STE. 500
PHILADELPIA, PA 19106

**Date or dates debt was incurred**
6/6/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

3.126

DIANE BURKO
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.127

DONNA GOODMAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.128

DUCERA PARTNERS LLC
11 TIMES SQ
NEW YORK, NY 10036

**Date or dates debt was incurred**

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

3.129

EDITH GUTIERREZ-HAWBAKER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $165.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.130

EDUCAUSE

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $77.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

3.131

EDWARD L. VARNER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.132

ELI GOLDBERG
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.133

ELISA M. SEEHERMAN
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC
LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.134**

ELISA M. SEEHERMAN
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.135**

ELIZABETH A. CONTESSA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $225.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.136**

ELIZABETH FEINSCHREIBER
C/O LEVIN SEDRAN & BERMAN PA
ATTN: NICHOLAS ELIA & DAVID C. LEVIN
510 WALNUT STREET, STE. 500
PHILADELPIA, PA 19106

**Date or dates debt was incurred**
6/6/2024

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.137**

ELIZABETH VIEIRA DA CUNHA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.25
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.138

ELLEN W. REYNOLDS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $110.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.139

ELLUCIAN COMPANY, LLC
62578 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $398,097.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.140

EMILIO ROJAS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.141

EMILY CARRIS-DUNCAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.142

EMILY REYNOLDS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $48.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.143

ERIC FAVELA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.144

ERIC FRIEDENSOHN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.145

ERICA PEREZ
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $120.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.146**

ERICA PEREZ
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $25.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.147**

EVA SOLANO
C/O LEVIN SEDRAN & BERMAN PA
ATTN: NICHOLAS ELIA & DAVID C. LEVIN
510 WALNUT STREET, STE. 500
PHILADELPIA, PA 19106

**Date or dates debt was incurred**
6/6/2024

As of the petition filing date, the claim is:                          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.148**

EZRA R. POPKY-GOUSIE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                               $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.149**

FADI SKEIKER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                             $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
1099 - PHD ADVISORS

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  The University of the Arts
        Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 512 of 1042

**3.150**

FALL, SOULEYE
1428 W MASTER ST.
PHILADELPHIA, PA 19121

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $44.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.151**

FAST SIGNS
1701 WELSH RD
PHILADELPHIA, PA 19115

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                        $2,788.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.152**

FOX ROTHSCHILD LLP
ATTN ACCOUNTS RECEIVABLE
2000 MARKET ST.
20TH FL
PHILADELPHIA, PA 19103-3222

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                        $1,125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.153**

FRANCIS GORMLEY
C/O LEVIN SEDRAN & BERMAN PA
ATTN: NICHOLAS ELIA & DAVID C. LEVIN
510 WALNUT STREET, STE. 500
PHILADELPIA, PA 19106

**Date or dates debt was incurred**
6/6/2024

As of the petition filing date, the claim is:                      UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.154**

FRANCISCO BELLO
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.155**

FRIENDS OF RITTENHOUSE
201 SOUTH 18TH STREET, UNIT 411
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.156**

GABRIEL D. LAWRENCE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2,363.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.157**

GABRIELLE MAHLER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $182.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.158

GEE WESLEY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,500.00

3.159

GILAD I. HEKSELMAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

$300.00

3.160

GIVECAMPUS, INC.
99 M ST SE
STE 233
WASHINGTON, DC 20003

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

$28.56

3.161

GOBI LIBRARY SOLUTIONS
10 ESTES ST
IPSWICH, MA 01938

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,245.69

**3.162**

GRAHAM COOK
C/O LEVIN SEDRAN & BERMAN PA
ATTN: NICHOLAS ELIA & DAVID C. LEVIN
510 WALNUT STREET, STE. 500
PHILADELPIA, PA 19106

**Date or dates debt was incurred**
6/6/2024

**As of the petition filing date, the claim is:**                                         UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.163**

GRANT C. BOUVIER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.164**

GREATER GOOD STUDIO, LLC
3600 NORTH KEELER AVENUE
CHICAGO, IL 60641

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                             $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
1099 - PHD ADVISORS

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.165**

HANDS UP PRODUCTIONS LLC
22 MORNINGSTAR CT.
SICKLERVILLE, NJ 08081

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                               $900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.166

HANNAH B. HIGGINS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $1,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
1099 - PHD ADVISORS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.167

HANNAH L. BUSH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $224.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.168

HANNAH L. BUSH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $23.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.169

HARPERCOLLINS PUBLISHERS LLC
PO BOX 21091
NEW YORK, NY 10087-1091

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $2,336.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 517 of 1042

3.170

HEATHER CHRISTIAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.171

HEATHER PASTOR
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $15.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.172

HENRY THREADGILL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $1,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
1099 - PHD ADVISORS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.173

HER PLACE SUPPER CLUB
ATTN: AMANDA SHULMAN
1740 SAMSON STREET
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.174**

HIBBARD L. NASH, JR.
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.175**

HIRERIGHT, LLC
PO BOX 847891
DALLAS, TX 75284-7891

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $761.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.176**

HOBART ROWLAND
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $10,134.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.177**

HOGAN LOVELLS US LLP
555 THIRTEENTH ST.
WASHINGTON, WA 20004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
PROFESSIONAL FEES

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.178**

HOLLY FASCIANO
[ADDRESS ON FILE]

**Date or dates debt was incurred**
_____
_____

**As of the petition filing date, the claim is:** $25.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.179**

HURON CONSULTING SERVICES LLC
PO BOX 71223
CHICAGO, IL 60694-1223

**Date or dates debt was incurred**
_____
_____

**As of the petition filing date, the claim is:** $105,070.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.180**

IAN CALLAGHAN-KENNA
C/O SAUDER SCHELKOPF LLC
ATTN: JOSEPH G. SAUDER
1109 LANCASTER AVE
BERWYN, PA 19312

**Date or dates debt was incurred**
6/12/2024
_____

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.181**

IAN E. SAMPSON
[ADDRESS ON FILE]

**Date or dates debt was incurred**
_____
_____

**As of the petition filing date, the claim is:** $3,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.182

IAN WINSCOM
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.183

INNOVA ART USA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3,295.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

3.184

IRA HORANSKY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $28.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.185

ISAAC J. BYRNE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2,293.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 521 of 1042

**3.186**

ISAIAH ROTHFELDT
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.187**

JACOB METZGER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.188**

JACOBSWYPER ARCHITECTS, LLP
1232 CHANCELLOR STREET
PHILADELPHIA, PA 19107

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $26,249.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.189**

JACQUELINE MANNI
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC
LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 522 of 1042

**3.190**

JACQUELINE MANNI
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/5/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.191**

JACQUELINE MANNI
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.192**

JAMES D. WEDAA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

**3.193**

JAMES MCNEELY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
1099 - PHD ADVISORS

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00

Debtor    The University of the Arts
Name

Case number *(if known)* 24-

**3.194**

JANUS FILMS
250 EAST HARTSDALE AVE
STE 42
HARTSDALE, NY 10530

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.195**

JARRET MCCREARY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.196**

JEANETTE L. PADILIONI
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.197**

JEANETTE L. PADILIONI
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC
LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.198**

JEANETTE L. PADILIONI
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.199**

JEANINE M. VIVONA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.200**

JEFFREY L. PAGE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $812.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.201**

JEFFREY RUBENSTEIN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $938.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
        Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 525 of 1042

3.202

JEFFREY STEWARD
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3,772.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.203

JEFFREY T. JOHNSON
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,130.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.204

JENNIFER KAUFFMAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.205

JENNIFER SILVERMAN MITZVAH

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 526 of 1042

**3.206**

JENNY L. NEFF
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC
LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.207**

JENNY L. NEFF
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.208**

JILL MCDONALD
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.209**

JOEL W. WORFORD
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.210

JOHANNA DUNPHY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,250.00

---

3.211

JOHNATHAN T. O'DEA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.25

---

3.212

JONAH EVANS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

$158.47

---

3.213

JONATHAN D. FINEBERG
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

$594.86

3.214

JONATHAN DELGADO
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

$182.00

3.215

JONATHAN GONZALEZ
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$23.85

3.216

JORDAN SONDLER ILLUSTRATION

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

$350.00

3.217

JOSEPH A. CORDARO
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$365.57

3.218

JOSEPH COVONE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,664.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.219

JPG PHOTOGRAPHY, LLC
180 GREEN LANE
PHILADELPHIA, PA 19127-1212

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,854.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

3.220

JUAN M. PARADA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $364.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.221

JULIANNA E. RICE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.222

JUSTIN DUNCAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $6.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.223

JUSTIN K. BERNARD
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $23.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.224

KALO' MEDIA, LLC
14 MIDDLEGROUND RD.
OCALA, FL 34482

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $2,538.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

3.225

KAMEELAH J. RASHEED
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $318.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.226**

KANOPY, INC.

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,840.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.227**

KAREN JEAN LOUIS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.228**

KARL STAVEN
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC
LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.229**

KARL STAVEN
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/5/2024

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

3.230

KARL STAVEN
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

3.231

KARMELA STOHR
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$241.00

3.232

KATHERINE A. OFFUTT
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$200.00

3.233

KATHERINE ANDERSON
C/O SAUDER SCHELKOPF LLC
ATTN: JOSEPH G. SAUDER
1109 LANCASTER AVE
BERWYN, PA 19312

**Date or dates debt was incurred**
6/12/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.234**

KATHERINE GARTH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.235**

KEAST & HOOD CO.
1635 MARKET STREET
STE 1705
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $30,715.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.236**

KEITH W. HODGSON
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,708.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.237**

KEITH W. MINES
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
1099 - PHD ADVISORS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.238**

KENNETH MCGHEE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $1,841.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.239**

KEVIN MERCER
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC
LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is:                                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.240**

KEVIN MERCER
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/5/2024

As of the petition filing date, the claim is:                                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.241**

KEVIN MERCER
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is:                                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 535 of 1042

3.242

KIAMESHIA MCPHERSON
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $11.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.243

KIM BEARS-BAILEY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,051.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.244

KIM KELTER NEU
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.245

KIMMEL CENTER INC.
ATTN ACCOUNTS RECEIVABLE
1500 WALNUT ST.
17TH FL
PHILADELPHIA, PA 19102

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $19,037.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 536 of 1042

3.246

KIRSTEN BEHLING
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.247

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
1835 MARKET ST STE 1400
PHILADELPHIA, PA 19103-2945

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

3.248

KOASHINNIE S. DUPONT
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $164.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.249

KORESH SCHOOL OF DANCE/ALON KORESH
2002 RITTENHOUSE SQUARE
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,903.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.250**

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

**Date or dates debt was incurred**

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.251**

KRISTINA KNIGHT
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.252**

L. AUTUMN GNADINGER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.253**

LAJOYCE BROOKSHIRE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.254

LANCER CATERING
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $80.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**

☑ No

☐ Yes

3.255

LAURA FRAZURE
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

3.256

LAURA FRAZURE
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/5/2024

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

3.257

LAURA FRAZURE
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

3.258

LAURA GRUTZECK
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

3.259

LAURA GRUTZECK
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

3.260

LAURIN TALESE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.25

3.261

LEYNA M. BOHNING
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

Debtor    The University of the Arts
          Name

Case number *(if known)* 24-

3.262

LILY ALI-OSHATZ
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$104.63

3.263

LINDSAY A. CRAM
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,362.02

3.264

LISA D. WHITE JONES
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

$182.00

3.265

LITTLER MENDELSON PC
THREE PARKWAY, 1601 CHERRY STREE
SUITE 1400
PHILADELPHIA, PA 19102-1321

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.266**

LONGINO PUBLIC FINANCE
1401 LAWRENCE STREET
SUITE 1600
DENVER, CO 80202

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.267**

LORI SPENCER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $185.59
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.268**

LYRA BUTLER-DENMAN
C/O LEVIN SEDRAN & BERMAN PA
ATTN: NICHOLAS ELIA & DAVID C. LEVIN
510 WALNUT STREET, STE. 500
PHILADELPIA, PA 19106

**Date or dates debt was incurred**
6/6/2024

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.269**

MACMILLAN HOLDINGS, LLC

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $185.90
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

3.270

MAKAEL E. EXUM
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $315.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.271

MAMADELE FOUNDATION
224 WEST WALNUT LANE
PHILADELPHIA, PA 19144

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

3.272

MARIA J. CHRISTENSEN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $299.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.273

MARIA L. RAUSA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $182.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.274**

MARIA RENEE ISABEL ALFONSO
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $394.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.275**

MARISSA PEREL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.276**

MARK D. KOBASZ
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $600.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.277**

MARLENE RICE-WHITTAKER GAINES
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $182.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 545 of 1042

3.278

MARTA SICINSKA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                    $136.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.279

MATTHEW DAVIS WITHAM
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.280

MAXWELL J. CARTER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.281

MCCLINTOCK & ASSOCIATES PC

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                    $30,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 546 of 1042

3.282

MCDONALD HOPKINS LLC
600 SUPERIOR AVENUE
E STE 2100
CLEVELAND, OH 44114

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $24,231.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.283

MERCURY PUBLIC AFFAIRS
218 E BEARSS AVENUE
#405
TAMPA, FL 33613

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $15,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.284

METRO COMMERCIAL REAL ESTATE, INC.
ACCOUNTS RECEIVABLE
307 FELLOWSHIP RD
STE 300
MOUNT LAUREL, NJ 08054

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $298,625.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.285

MICHAEL AMENDOLA
C/O LEVIN SEDRAN & BERMAN PA
ATTN: NICHOLAS ELIA & DAVID C. LEVIN
510 WALNUT STREET, STE. 500
PHILADELPIA, PA 19106

**Date or dates debt was incurred**
6/6/2024

**As of the petition filing date, the claim is:**                        UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

3.286

MICHAEL BRENNAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.287

MICHAEL FEGREUS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $203.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.288

MICHAEL SCHNAIDT
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $4,737.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.289

MICHAEL TRUONG
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.290

MICHELE BEGLEY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.291

MICHELLE C. SONSINO
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $436.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.292

MIDTOWN VILLAGE MERCHANTS ASSOCIATION
137 SOUTH 13TH ST.
PHILADELPHIA, PA 19107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.293

MIKEL MORADO
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $23.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 549 of 1042

3.294

MIKHAIL SERGEEV
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

3.295

MIKHAIL SERGEEV
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

3.296

MIRANDA KRAMER
C/O LEVIN SEDRAN & BERMAN PA
ATTN: NICHOLAS ELIA & DAVID C. LEVIN
510 WALNUT STREET, STE. 500
PHILADELPIA, PA 19106

**Date or dates debt was incurred**
6/6/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

3.297

MIRRANDA A. GANNON
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.25

**3.298**

MOBILE ARTS, INC.
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.299**

MONIQUE JOHNS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $741.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.300**

MONROE ISENBERG
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.301**

MONTGOMERY MCCRACKEN WALKER RHOADS LLP
1105 NORTH MARKET STREET
WILMINGTON, DE 19801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
PROFESSIONAL FEES

**Is the claim subject to offset?**
☑ No

☐ Yes

3.302

MOREHOUSE ET AL V. THE UNIVERSITY OF THE ARTS
C/O LYNCH CARPENTER, LLP
ATTN: GARY F. LYNCH
1133 PENN AVENUE, 5TH FLOOR
PITTSBURGH, PA 15222

**Date or dates debt was incurred**
8/13/2024

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.303

MOREHOUSE ET AL V. THE UNIVERSITY OF THE ARTS
WELLS MOORE SIMMONS & HUBBARD PLLC
ATTN: SETH C. LITTLE
4450 OLD CANTON RD, POBOX 1970
JACKSON, MS 39215

**Date or dates debt was incurred**
8/13/2024

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.304

MORGAN HOBBS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $250.00
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.305

MORGAN, LEWIS & BOCKIUS LLP
PO BOX 8500 S-6050
PHILADELPHIA, PA 19178-6050

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,563.30
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.306

MR DANIEL E. PETERS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.307

MR. DARRYL SMITH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $23.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.308

MR. DYLAN NEUSTADTER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.309

MR. JAMAL T. ABRAMS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.310

MR. LONNIE PETERSHEIM
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $151.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.311

MR. MATTHEW S. ZIGLER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.312

MR. MICHAEL P. KEYS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $74.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.313

MR. WENDELL M. GRAY, II
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $803.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.314

MS JODI SABRA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $94.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.315

MS. ELIZABETH R. RADIGONDA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $23.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.316

MS. HALEY MILLOWAY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $142.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.317

MS. LINDSAY N. MATTER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $151.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.318

MS. MAYA ROCHE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.319

MS. MEGAN H. WADDINGTON
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $23.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.320

MS. OLIVIA C. JIA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.321

MS. SKYLER P. BRADFORD
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.322

MS. ZIA F. JAMISON-FRANK
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $53.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.323

MUSIC THEATRE PHILLY/TIMOTHY POPP
1301 LOCUST STREET
PHILADELPHIA, PA 19107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.324

NATALIE DUVALL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $597.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.325

NELNET BUSINESS SERVICES
ATTN ACCOUNTS RECEIVABLE
PO BOX 82528
LINCOLN, NE 68501-2528

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $120,811.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
NELNET - TUITION CONSUMER DISPUTES

**Is the claim subject to offset?**
☑ No

☐ Yes

3.326

NIALL N. JONES
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,243.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.327

NICHOLAS ALEXANDER THOMSON
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $32.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.328

NICK EMBREE
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

3.329

NICK EMBREE
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/5/2024

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.330**

NICK EMBREE
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**      UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.331**

NICOLE PEAK
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.332**

NILE GLOBAL, INC.
3590 NORTH FIRST STREET
STE. 300
SAN JOSE, CA 95134

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $15,437.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.333**

NINA BRACA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $25.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.334

NOMADUMA MASILELA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.335

NORA GAIR
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.336

NORA GAIR
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.337

OAK HALL INDUSTRIES, L.P.
840 UNION STREET
PO BOX 1078
SALEM, VA 24153

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $601.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.338**

ODP BUSINESS SOLUTIONS LLC
ATT BOX 633204
5050 KINGSLEY DRIVE
CINCINNATI, OH 45227

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $631.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.339**

ONE IDENTITY LLC
PO BOX 733542
DALLAS, TX 75373-3542

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $58,285.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.340**

PAOLA I. NOGUERAS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,945.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.341**

PARADIGM, INC.
2600 PERFORMANCE COURT
VIRGINIA BEACH, VA 23453

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $8,307.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.342**

PARKHURST DINING SERVICES
PO BOX 644091
PITTSBURGH, PA 15264-4091

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $775,162.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.343**

PARKHUST DINING LLC
C/O DENTONS, COHEN & GRIGSBY PC
ATTN: LAURA E. HILL
625 LIBERTY AVE, 5TH FLOOR
PITTSBURGH, PA 15222-3152

**Date or dates debt was incurred**
8/19/2024

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.344**

PATRICIA SACKS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $15.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.345**

PAUL MATUSZ
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.346**

PECO

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,023.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.347**

PECO
SUMMARY BILL PROCESSING CNTR
PO BOX 7888
PHILADELPHIA, PA 19162

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $104,160.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.348**

PENLAND SCHOOL OF CRAFTS
67 DORAS TRAIL
PO BOX 37
PENLAND, NC 28765

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,248.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.349**

PHILADELPHIA GAS WORKS

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $918.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.350

PHILADELPHIA MUSEUM OF ART

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.351

PHILADELPHIA MUSEUM OF ART
PO BOX 7646
PHILADELPHIA, PA 19101-7646

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,099.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

3.352

PHILLY ASIAN FILM FESTIVAL/ARZHANG ZAFAR
1229 CHESTNUT ST #142
PHILADELPHIA, PA 19107

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,774.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.353

PHILLY FAT CON/DONNELLE JAGEMAN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.354**

PI GAMMA MU INTERNATIONAL/UMGC
1001 MILLINGTON ST., SUITE B
WINFIELD, KS 67156

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,553.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.355**

PIG IRON THEATRE COMPANY
1417 N 2ND ST
PHILADELPHIA, PA 19122

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $264,251.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.356**

PNC BANK

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $312,056.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
P- CARD LIABILITY

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.357**

PNC BANK, N.A.

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.358**

PNC BANK, N.A.
PO BOX 821523
PHILADELPHIA, PA 19182-1523

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.359**

PRATYUSHA TUMMALA-NARRA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:              $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
1099 - PHD ADVISORS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.360**

PRELUDE SOLUTIONS, LLC
101 LINDENWOOD DR.
#225
MALVERN, PA 19355

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.361**

PRIYANJALI SEN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:              $4,089.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 566 of 1042

**3.362**

PUMA TELECOMM
ATTN ACCOUNTING
PO BOX 278408
MIRAMAR, FL 33027

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $7,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.363**

PURCHASE POWER
PO BOX 981026
BOSTON, MA 02298-1026

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $10,122.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.364**

RACHEL CAREY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $1,020.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.365**

RACHEL SHERMAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $182.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 567 of 1042

**3.366**

RAIR, INC.
7333 MILNOR ST
PHILADELPHIA, PA 19136

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.367**

RAMON J. VARGAS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.368**

REBECCA A. WIZOV
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.369**

REBECCA JEAN MURPHY
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC
LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.370**

REBECCA JEAN MURPHY
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/5/2024

**As of the petition filing date, the claim is:**    UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.371**

REBECCA JEAN MURPHY
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**    UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.372**

REBECCA MARIMUTU
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,202.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.373**

REDACTED STUDENT 0001
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.374

REDACTED STUDENT 0002
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.375

REDACTED STUDENT 0020
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.376

REDACTED STUDENT 0051
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.377

REDACTED STUDENT 0074
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $68.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.378

REDACTED STUDENT 0085
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $750.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.379

REDACTED STUDENT 0089
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2,975.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.380

REDACTED STUDENT 0120
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.381

REDACTED STUDENT 0129
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 571 of 1042

3.382

REDACTED STUDENT 0130
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $339.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.383

REDACTED STUDENT 0172
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $77.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.384

REDACTED STUDENT 0174
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $103.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.385

REDACTED STUDENT 0205
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $225.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.386

REDACTED STUDENT 0278
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $6,077.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.387

REDACTED STUDENT 0288
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.388

REDACTED STUDENT 0294
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.389

REDACTED STUDENT 0295
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.390

REDACTED STUDENT 0300
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,190.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.391

REDACTED STUDENT 0301
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.392

REDACTED STUDENT 0308
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.393

REDACTED STUDENT 0330
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $122.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.394

REDACTED STUDENT 0343
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $7,550.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.395

REDACTED STUDENT 0367
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.396

REDACTED STUDENT 0389
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $70.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.397

REDACTED STUDENT 0396
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $5,050.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.398

REDACTED STUDENT 0413
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.399

REDACTED STUDENT 0416
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.400

REDACTED STUDENT 0440
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.401

REDACTED STUDENT 0453
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.402

REDACTED STUDENT 0536
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.403

REDACTED STUDENT 0554
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.404

REDACTED STUDENT 0649
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.405

REDACTED STUDENT 0652
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.406**

REDACTED STUDENT 0655
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $23.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.407**

REDACTED STUDENT 0680
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                   $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.408**

REDACTED STUDENT 0714
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $98.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.409**

REDACTED STUDENT 0725
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                   $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.410

REDACTED STUDENT 0744
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,020.00

3.411

REDACTED STUDENT 0783
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

3.412

REDACTED STUDENT 0793
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,050.00

3.413

REDACTED STUDENT 0798
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 579 of 1042

3.414

REDACTED STUDENT 0800
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $781.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.415

REDACTED STUDENT 0803
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.416

REDACTED STUDENT 0820
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.417

REDACTED STUDENT 0826
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $37.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.418

REDACTED STUDENT 0852
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.419

REDACTED STUDENT 0870
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $176.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.420

REDACTED STUDENT 0881
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $6,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.421

REDACTED STUDENT 0883
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.422**

REDACTED STUDENT 0950
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.423**

REDACTED STUDENT 0979
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.424**

REDACTED STUDENT 0988
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.425**

REDACTED STUDENT 0994
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $190.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.426

REDACTED STUDENT 1028
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
$100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.427

REDACTED STUDENT 1036
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
$200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.428

REDACTED STUDENT 1091
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
$200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.429

REDACTED STUDENT 1097
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
$500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.430

REDACTED STUDENT 1161
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $190.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.431

REDACTED STUDENT 1175
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.432

REDACTED STUDENT 1187
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.433

REDACTED STUDENT 1206
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.434

REDACTED STUDENT 1210
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $807.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.435

REDACTED STUDENT 1213
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5,680.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.436

REDACTED STUDENT 1246
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.437

REDACTED STUDENT 1256
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.438

REDACTED STUDENT 1274
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.439

REDACTED STUDENT 1282
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $80.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.440

REDACTED STUDENT 1302
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.441

REDACTED STUDENT 1310
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.442

REDACTED STUDENT 1315
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.443

REDACTED STUDENT 1326
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.444

REDACTED STUDENT 1365
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.445

REDACTED STUDENT 1371
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.446

REDACTED STUDENT 1377
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                      $850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.447

REDACTED STUDENT 1379
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                      $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.448

REDACTED STUDENT 1438
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.449

REDACTED STUDENT 1448
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                      $375.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.450

REDACTED STUDENT 1452
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.451

REDACTED STUDENT 1474
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.452

REDACTED STUDENT 1497
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.453

REDACTED STUDENT 1500
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $38.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.454

REDACTED STUDENT 1506
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.455

REDACTED STUDENT 1510
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $90.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.456

REDACTED STUDENT 1530
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,139.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.457

REDACTED STUDENT 1537
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.458

REDACTED STUDENT 1538
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**            $71.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.459

REDACTED STUDENT 1549
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**            $30.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.460

REDACTED STUDENT 1555
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**            $243.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.461

REDACTED STUDENT 1558
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**            $2,950.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.462

REDACTED STUDENT 1568
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.463

REDACTED STUDENT 1599
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.464

REDACTED STUDENT 1626
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5,075.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.465

REDACTED STUDENT 1649
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.466

REDACTED STUDENT 1666
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.467

REDACTED STUDENT 1680
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.468

REDACTED STUDENT 1710
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.469

REDACTED STUDENT 1877
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 593 of 1042

3.470

REDACTED STUDENT 1897
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $30.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.471

REDACTED STUDENT 1945
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.472

REDACTED STUDENT 1953
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.473

REDACTED STUDENT 1957
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $30.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.474

REDACTED STUDENT 2093
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $23.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.475

REDACTED STUDENT 2113
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.476

REDACTED STUDENT 2119
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.477

REDACTED STUDENT 2130
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.478**

REDACTED STUDENT 2132
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,894.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.479**

REDACTED STUDENT 2134
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.480**

REDACTED STUDENT 2155
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.481**

REDACTED STUDENT 2187
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.482**

REDACTED STUDENT 2191
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.483**

REDACTED STUDENT 2283
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.484**

REDACTED STUDENT 2287
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.485**

REDACTED STUDENT 2290
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.486**

REDACTED STUDENT 2306
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.487**

REDACTED STUDENT 2345
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.488**

REDACTED STUDENT 2363
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.489**

REDACTED STUDENT 2392
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.490

REDACTED STUDENT 2430
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.491

REDACTED STUDENT 2436
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $25.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.492

REDACTED STUDENT 2438
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.493

REDACTED STUDENT 2457
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $810.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.494

REDACTED STUDENT 2457
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $180.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.495

REDACTED STUDENT 2462
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.496

REDACTED STUDENT 2466
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $395.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.497

REDACTED STUDENT 2487
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 600 of 1042

3.498

REDACTED STUDENT 2513
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,950.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.499

REDACTED STUDENT 2519
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $72.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.500

REDACTED STUDENT 2519
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $3,987.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.501

REDACTED STUDENT 2528
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $750.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 601 of 1042

3.502

REDACTED STUDENT 2528
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5,690.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.503

REDACTED STUDENT 2543
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.504

REDACTED STUDENT 2550
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $165.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.505

REDACTED STUDENT 2556
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.506

REDACTED STUDENT 2561
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $415.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.507

REDACTED STUDENT 2564
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                 $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.508

REDACTED STUDENT 2570
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.509

REDACTED STUDENT 2589
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:              $5,145.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.510

REDACTED STUDENT 2595
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.511

REDACTED STUDENT 2606
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.512

REDACTED STUDENT 2621
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.513

REDACTED STUDENT 2631
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $515.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.514

REDACTED STUDENT 2659
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $255.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.515

REDACTED STUDENT 2711
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $193.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.516

REDACTED STUDENT 2735
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5,680.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.517

REDACTED STUDENT 2746
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 605 of 1042

3.518

REDACTED STUDENT 2757
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.519

REDACTED STUDENT 2787
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.520

REDACTED STUDENT 2822
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $23.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.521

REDACTED STUDENT 2837
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.522

REDACTED STUDENT 2863
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

$375.00

3.523

REDACTED STUDENT 2890
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

$200.00

3.524

REDACTED STUDENT 2930
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,700.00

3.525

REDACTED STUDENT 2956
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

$72.00

3.526

REDACTED STUDENT 2975
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.527

REDACTED STUDENT 2976
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.528

REDACTED STUDENT 3077
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.529

REDACTED STUDENT 3082
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $9.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

3.530

REDACTED STUDENT 3157
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.531

REDACTED STUDENT 3165
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.532

REDACTED STUDENT 3181
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.533

REDACTED STUDENT 3201
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $8.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.534**

REDACTED STUDENT 3231
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $40.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.535**

REDACTED STUDENT 3234
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.536**

REDACTED STUDENT 3263
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $325.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.537**

REDACTED STUDENT 3329
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $221.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.538

REDACTED STUDENT 3428
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.539

REDACTED STUDENT 3453
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.540

REDACTED STUDENT 3485
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.541

REDACTED STUDENT 3500
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  The University of the Arts
        Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 612 of 1042

3.542

REDACTED STUDENT 3513
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $25.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.543

REDACTED STUDENT 3516
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $84.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.544

REDACTED STUDENT 3530
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.545

REDACTED STUDENT 3588
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 613 of 1042

3.546

REDACTED STUDENT 3614
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $20.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.547

REDACTED STUDENT 3638
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $263.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.548

REDACTED STUDENT 3638
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $157.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.549

REDACTED STUDENT 3640
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.550

REDACTED STUDENT 3654
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.551

REDACTED STUDENT 3665
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.552

REDACTED STUDENT 3744
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $530.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.553

REDACTED STUDENT 3769
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $225.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.554

REDACTED STUDENT 3779
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.555

REDACTED STUDENT 3802
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.556

REDACTED STUDENT 3838
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $47.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.557

REDACTED STUDENT 3851
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $23.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.558

REDACTED STUDENT 3875
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.559

REDACTED STUDENT 3886
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.560

REDACTED STUDENT 3887
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3,405.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.561

REDACTED STUDENT 3891
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.562

REDACTED STUDENT 3899
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5,180.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.563

REDACTED STUDENT 3902
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.564

REDACTED STUDENT 3907
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.565

REDACTED STUDENT 3913
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 618 of 1042

3.566

REDACTED STUDENT 3937
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.567

REDACTED STUDENT 3946
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $4,861.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.568

REDACTED STUDENT 3953
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.569

REDACTED STUDENT 3954
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6,624.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.570

REDACTED STUDENT 3977
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.571

REDACTED STUDENT 4055
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.572

REDACTED STUDENT 4070
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.573

REDACTED STUDENT 4083
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.574

REDACTED STUDENT 4089
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $405.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.575

REDACTED STUDENT 4101
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.576

REDACTED STUDENT 4116
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $30.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.577

REDACTED STUDENT 4144
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 621 of 1042

3.578

REDACTED STUDENT 4155
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.579

REDACTED STUDENT 4176
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,592.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.580

REDACTED STUDENT 4185
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.581

REDACTED STUDENT 4202
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $968.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.582

REDACTED STUDENT 4223
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.583

REDACTED STUDENT 4294
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.584

REDACTED STUDENT 4310
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.585

REDACTED STUDENT 4400
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $30.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.586

REDACTED STUDENT 4408
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.587

REDACTED STUDENT 4409
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $233.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.588

REDACTED STUDENT 4412
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $30.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.589

REDACTED STUDENT 4423
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $220.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | The University of the Arts | Case number *(if known)* 24- |
|--------|---------------------------|------------------------------|
|        | Name                      |                              |

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 624 of 1042

3.590

REDACTED STUDENT 4430
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $23.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.591

REDACTED STUDENT 4444
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $65.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.592

REDACTED STUDENT 4485
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $190.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.593

REDACTED STUDENT 4491
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $45.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.594

REDACTED STUDENT 4514
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.595

REDACTED STUDENT 4528
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $50.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.596

REDACTED STUDENT 4563
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.597

REDACTED STUDENT 4569
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $495.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.598

REDACTED STUDENT 4584
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $23.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.599

REDACTED STUDENT 4659
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.600

REDACTED STUDENT 4687
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.601

REDACTED STUDENT 4732
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.602

REDACTED STUDENT 4737
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $32.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.603

REDACTED STUDENT 4740
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.604

REDACTED STUDENT 4754
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.605

REDACTED STUDENT 4763
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.606

REDACTED STUDENT 4812
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $30.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.607

REDACTED STUDENT 4821
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.608

REDACTED STUDENT 4843
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.609

REDACTED STUDENT 4844
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 629 of 1042

3.610

REDACTED STUDENT 4859
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5,390.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.611

REDACTED STUDENT 4862
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.612

REDACTED STUDENT 4899
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.613

REDACTED STUDENT 4951
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.614**

REDACTED STUDENT 4960
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.615**

REDACTED STUDENT 4996
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $20.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.616**

REDACTED STUDENT 5010
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.617**

REDACTED STUDENT 5025
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,534.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  The University of the Arts
       Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 631 of 1042

3.618

REDACTED STUDENT 5063
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.619

REDACTED STUDENT 5129
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $443.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.620

REDACTED STUDENT 5129
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.621

REDACTED STUDENT 5183
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.622**

REDACTED STUDENT 5222
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.623**

REDACTED STUDENT 5231
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.624**

REDACTED STUDENT 5242
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $187.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.625**

REDACTED STUDENT 5249
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.626**

REDACTED STUDENT 5282
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.627**

REDACTED STUDENT 5289
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.628**

REDACTED STUDENT 5314
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $90.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.629**

REDACTED STUDENT 5329
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.630**

REDACTED STUDENT 5333
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $30.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.631**

REDACTED STUDENT 5335
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $20.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.632**

REDACTED STUDENT 5421
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.633**

REDACTED STUDENT 5428
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5,914.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.634

REDACTED STUDENT 5434
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.635

REDACTED STUDENT 5445
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.636

REDACTED STUDENT 5459
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.637

REDACTED STUDENT 5460
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 636 of 1042

3.638

REDACTED STUDENT 5491
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $45.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.639

REDACTED STUDENT 5507
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.640

REDACTED STUDENT 5510
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.641

REDACTED STUDENT 5534
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.642**

REDACTED STUDENT 5546
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.643**

REDACTED STUDENT 5546
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.644**

REDACTED STUDENT 5553
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.645**

REDACTED STUDENT 5558
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $7,572.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.646**

REDACTED STUDENT 5566
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.647**

REDACTED STUDENT 5667
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $40.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.648**

REDACTED STUDENT 5684
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.649**

REDACTED STUDENT 5764
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $20.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.650

REDACTED STUDENT 5817
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.651

REDACTED STUDENT 5859
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $140.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.652

REDACTED STUDENT 5903
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.653

REDACTED STUDENT 6024
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.654

REDACTED STUDENT 6043
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.655

REDACTED STUDENT 6043
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.656

REDACTED STUDENT 6076
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.657

REDACTED STUDENT 6087
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.658**

REDACTED STUDENT 6142
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.659**

REDACTED STUDENT 6173
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.660**

REDACTED STUDENT 6196
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.661**

REDACTED STUDENT 6208
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4,092.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.662

REDACTED STUDENT 6211
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $1,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.663

REDACTED STUDENT 6212
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                 $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.664

REDACTED STUDENT 6215
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                 $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.665

REDACTED STUDENT 6231
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                 $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.666**

REDACTED STUDENT 6245
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $182.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.667**

REDACTED STUDENT 6259
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.668**

REDACTED STUDENT 6272
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.669**

REDACTED STUDENT 6338
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.670

REDACTED STUDENT 6368
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.671

REDACTED STUDENT 6373
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $15.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.672

REDACTED STUDENT 6375
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.673

REDACTED STUDENT 6445
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.674

REDACTED STUDENT 6445
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $185.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.675

REDACTED STUDENT 6451
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $5,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.676

REDACTED STUDENT 6453
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $5,680.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.677

REDACTED STUDENT 6463
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.678

REDACTED STUDENT 6531
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.679

REDACTED STUDENT 6549
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.680

REDACTED STUDENT 6557
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.681

REDACTED STUDENT 6593
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $84.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.682

REDACTED STUDENT 6613
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.683

REDACTED STUDENT 6625
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.684

REDACTED STUDENT 6661
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,080.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.685

REDACTED STUDENT 6662
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.686

REDACTED STUDENT 6689
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $1,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.687

REDACTED STUDENT 6729
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.688

REDACTED STUDENT 6777
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $45.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.689

REDACTED STUDENT 6795
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $25.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.690

REDACTED STUDENT 6807
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.691

REDACTED STUDENT 6808
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.692

REDACTED STUDENT 6816
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.693

REDACTED STUDENT 6836
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.694

REDACTED STUDENT 6837
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

$725.00

3.695

REDACTED STUDENT 6911
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

$200.00

3.696

REDACTED STUDENT 6928
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

$100.00

3.697

REDACTED STUDENT 6928
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

$395.75

Debtor   The University of the Arts
        Name
                                        Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 651 of 1042

3.698

REDACTED STUDENT 6985
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.699

REDACTED STUDENT 7006
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $26.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.700

REDACTED STUDENT 7029
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.701

REDACTED STUDENT 7057
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.702**

REDACTED STUDENT 7059
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5,680.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.703**

REDACTED STUDENT 7110
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.704**

REDACTED STUDENT 7131
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $338.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.705**

REDACTED STUDENT 7143
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.706

REDACTED STUDENT 7145
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.707

REDACTED STUDENT 7160
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.708

REDACTED STUDENT 7265
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.709

REDACTED STUDENT 7271
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,975.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.710

REDACTED STUDENT 7322
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

$72.00

3.711

REDACTED STUDENT 7401
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,650.00

3.712

REDACTED STUDENT 7406
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,317.47

3.713

REDACTED STUDENT 7409
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,700.00

3.714

REDACTED STUDENT 7445
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.715

REDACTED STUDENT 7569
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.716

REDACTED STUDENT 7623
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.717

REDACTED STUDENT 7629
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.718

REDACTED STUDENT 7655
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,050.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.719

REDACTED STUDENT 7681
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $90.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.720

REDACTED STUDENT 7714
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.721

REDACTED STUDENT 7748
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.722**

REDACTED STUDENT 7758
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $4,815.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.723**

REDACTED STUDENT 7761
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.724**

REDACTED STUDENT 7767
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.725**

REDACTED STUDENT 7785
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $160.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.726

REDACTED STUDENT 7832
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.727

REDACTED STUDENT 7835
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $460.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.728

REDACTED STUDENT 7891
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.729

REDACTED STUDENT 8009
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $87.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   The University of the Arts
         Name
                                        Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 659 of 1042

3.730

REDACTED STUDENT 8125
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.731

REDACTED STUDENT 8169
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.732

REDACTED STUDENT 8169
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.733

REDACTED STUDENT 8190
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $575.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.734

REDACTED STUDENT 8330
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.735

REDACTED STUDENT 8337
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.736

REDACTED STUDENT 8464
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.737

REDACTED STUDENT 8477
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 661 of 1042

3.738

REDACTED STUDENT 8490
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $158.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.739

REDACTED STUDENT 8507
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.740

REDACTED STUDENT 8507
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.741

REDACTED STUDENT 8510
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $1,925.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.742**

REDACTED STUDENT 8523
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                            $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.743**

REDACTED STUDENT 8524
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                            $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.744**

REDACTED STUDENT 8572
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                            $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.745**

REDACTED STUDENT 8623
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                            $1,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.746

REDACTED STUDENT 8644
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,360.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.747

REDACTED STUDENT 8650
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $52.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.748

REDACTED STUDENT 8694
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,050.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.749

REDACTED STUDENT 8707
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $165.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.750**

REDACTED STUDENT 8715
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.751**

REDACTED STUDENT 8777
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.752**

REDACTED STUDENT 8777
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.753**

REDACTED STUDENT 8832
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT STIPENDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 665 of 1042

3.754

REDACTED STUDENT 8875
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.755

REDACTED STUDENT 8931
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.756

REDACTED STUDENT 8968
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $20.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.757

REDACTED STUDENT 9046
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.758

REDACTED STUDENT 9086
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.759

REDACTED STUDENT 9206
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.760

REDACTED STUDENT 9286
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $225.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.761

REDACTED STUDENT 9381
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.762

REDACTED STUDENT 9439
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $45.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.763

REDACTED STUDENT 9447
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.764

REDACTED STUDENT 9459
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.765

REDACTED STUDENT 9461
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.766**

REDACTED STUDENT 9479
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.767**

REDACTED STUDENT 9481
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.768**

REDACTED STUDENT 9498
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,749.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.769**

REDACTED STUDENT 9556
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.770**

REDACTED STUDENT 9600
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $190.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.771**

REDACTED STUDENT 9612
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $108.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.772**

REDACTED STUDENT 9654
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $375.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.773**

REDACTED STUDENT 9705
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.774

REDACTED STUDENT 9707
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                         $622.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.775

REDACTED STUDENT 9804
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                         $850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.776

REDACTED STUDENT 9810
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                         $81.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.777

REDACTED STUDENT 9897
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                         $1,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.778

REDACTED STUDENT 9910
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.779

REDACTED STUDENT 9972
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.780

REDACTED STUDENT 9984
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

3.781

REDACTED STUDENT 9987
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
STUDENT DEPOSIT

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS   Doc 1   Filed 09/13/24   Page 673 of 1042

3.782

RELX INC.
DBA LEXISNEXIS
PO BOX 9584
NEW YORK, NY 10087-4584

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $291.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

3.783

REVOLUTION RECOVERY LLC
7333 MILNOR ST
PHILADELPHIA, PA 19136

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $487.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

3.784

RICH ART

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $113.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

3.785

RICHARD C. MOYER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,432.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.786

RICHARD H. HERMAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
1099 - PHD ADVISORS

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00

---

3.787

RICHARD REIN
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.788

RICHARD REIN
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/5/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.789

RICHARD REIN
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

3.790

RICHARD TENGOWSKI
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.791

ROBIN WAGNER-PACIFICI
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
1099 - PHD ADVISORS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.792

ROGER G. BERLIN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $146.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.793

ROSANE MUNIZ ROCHA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 676 of 1042

3.794

ROSEMARY ROMETT
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $965.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.795

ROSEMARY SAVOIA
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC
LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

3.796

ROSEMARY SAVOIA
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/5/2024

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

3.797

ROSEMARY SAVOIA
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.798**

ROXANA AGHASSI
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                $8.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.799**

RPA ADVISORS, LLC
311 S. WACKER DRIVE,
SUITE 510
CHICAGO, IL 60606

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          UNDETERMINED
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
PROFESSIONAL FEES

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.800**

RYANN COOPER
C/O LEVIN SEDRAN & BERMAN PA
ATTN: NICHOLAS ELIA & DAVID C. LEVIN
510 WALNUT STREET, STE. 500
PHILADELPIA, PA 19106

**Date or dates debt was incurred**
6/6/2024

**As of the petition filing date, the claim is:**                          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.801**

SARA L. OUTING
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                $25.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 678 of 1042

**3.802**

SARAH E. JOHNSON
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $616.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.803**

SARAH FINEBERG
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
1099 - PHD ADVISORS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.804**

SARAH KONRATH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
1099 - PHD ADVISORS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.805**

SAXBYS
2005 MARKET ST
STE 810
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $87,657.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.806**

SCHULTZ & WILLIAMS, INC.
ONE PENN CENTER @ SUB STATION
1617 JFK BLVD.
STE 1700
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $59,195.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.807**

SCHUTTS ET AL V. THE UNIVERSITY OF THE ARTS
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is:                                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.808**

SCHUTTS ET AL V. THE UNIVERSITY OF THE ARTS
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

As of the petition filing date, the claim is:                                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.809**

SCOTT F. KIESLING
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
1099 - PHD ADVISORS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.810

SDC - LEAGUE HEALTH FUND
140 SYLVAN AVE.
STE 303
ENGLEWOOD CLIFFS, NJ 07632

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $1,050.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.811

SDC - LEAGUE PENSION FUND
140 SYLVAN AVE.
STE 303
ENGLEWOOD CLIFFS, NJ 07632

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $180.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.812

SHANE HANDAL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.813

SHANE MASTRONARDI
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $461.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 681 of 1042

**3.814**

SHANNON SEARS-RIVERA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.815**

SHARRONA PEARL MITZVAH

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.816**

SHERRY DYE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4,813.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.817**

SHERYL ORING
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
SEVERENCE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.818

SHOWORKS AUDIO - VISUAL, INC
730 PHILADELPHIA PIKE
WILMINGTON, DE 19809

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,959.00

---

3.819

SIDRA BELL
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,223.00

---

3.820

SIMON BONENFANT
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

$75.00

---

3.821

SIX2ENTERTAINMENT PRODUCTIONS/PHILLIP MITCHELL

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,800.00

Debtor The University of the Arts
Name
Case number (if known) 24-
Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 683 of 1042

3.822

SKILLSURVEY, INC
PO BOX 737313
DALLAS, TX 75373-7313

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,392.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

3.823

SNACKTIME PHILLY, LLC
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6,785.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.824

SOFI LENDING
P.O.BOX 654158
DALLAS, TX 75265-4150

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $13,796.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.825

SPIRAL Q LLC
1315 WALNUT STREET
PHILADELPHIA, PA 19107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.826**

STEPHANIE CAWLEY
C/O EDELSON LECHTZIN LLP
ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN
411 S. STATE STREET, SUITE N-300
NEWTOWN, PA 18940

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.827**

STEPHANIE CAWLEY
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/5/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.828**

STEPHANIE CAWLEY
C/O WILLIG WILLIAMS & DAVIDSON
ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL
1845 WALNUT STREET, 24TH FLOOR
PHILADELPIA, PA 19103

**Date or dates debt was incurred**
6/4/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.829**

STEPHANIE REYER
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,323.62

3.830

STEPHEN JONES
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $63.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.831

STEPHEN MICHAEL MACFARLANE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.832

STEPHEN R. COOKE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.833

STEWART BUSINESS SYSTEMS, LLC
PO BOX 936763
ATLANTA, GA 31193-6763

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $12,722.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    The University of the Arts
          Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 686 of 1042

3.834

STRADLEY RONON STEVENS & YOUNG LLP
2005 MARKET STREET
SUITE 2600
PHILADELPHIA, PA 19103-7018

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    UNDETERMINED
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.835

STUDENT-CURRENT
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $49.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.836

SUNGRIM PARK
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.837

TECHNOLUTIONS, INC.
157 CHURCH STREET
22ND FL
NEW HAVEN, CT 06510

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $12,269.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    The University of the Arts
Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 687 of 1042

3.838

TENARA CALEM
C/O LEVIN SEDRAN & BERMAN PA
ATTN: NICHOLAS ELIA & DAVID C. LEVIN
510 WALNUT STREET, STE. 500
PHILADELPIA, PA 19106

**Date or dates debt was incurred**
6/6/2024

**As of the petition filing date, the claim is:**    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

3.839

THE COLLEGE OF PHYSICIANS OF PHILADELPHIA
19 SOUTH 22ND STREET
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.840

THE EVOLUER HOUSE/CHERYL WADLINGTON
104 CHURCH ST
PHILADELPHIA, PA 19106-2201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,464.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No

☐ Yes

3.841

THE MITCHELL ALLEN GROUP, LLC
10066 WYECLIFF DRIVE
HIGHLANDS RANCH, CO 80126

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,462.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.842

THE WILMA THEATER
265 S BROAD ST
PHILADELPHIA, PA 19107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $248.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.843

THOMAS F. DEFRANTZ
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6,058.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.844

THOMAS KERSHAW
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.845

TIA BLASSINGAME
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.846**

TONYA D. LEE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.847**

TRACY BARTHOLOMEW
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,352.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.848**

TREYSHAWN HOSKINS
C/O LYNCH CARPENTER, LLP
ATTN: GARY F. LYNCH
1133 PENN AVENUE, 5TH FLOOR
PITTSBURGH, PA 15222

**Date or dates debt was incurred**
8/13/2024

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.849**

TREYSHAWN HOSKINS
WELLS MOORE SIMMONS & HUBBARD PLLC
ATTN: SETH C. LITTLE
4450 OLD CANTON RD, POBOX 1970
JACKSON, MS 39215

**Date or dates debt was incurred**
8/13/2024

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor The University of the Arts
Name
Case number *(if known)* 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 690 of 1042

3.850

TYLER CATANELLA
C/O LEVIN SEDRAN & BERMAN PA
ATTN: NICHOLAS ELIA & DAVID C. LEVIN
510 WALNUT STREET, STE. 500
PHILADELPIA, PA 19106

**Date or dates debt was incurred**
6/6/2024

**As of the petition filing date, the claim is:**           UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

3.851

TYMEYA THOMPSON/MONAE'S MODERN DANCE
7594A HAVEFORD AVE
PHILADELPHIA, PA 19151

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**           $1,738.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.852

UGI ENERGY SERVICES, LLC
PO BOX 827032
PHILADELPHIA, PA 19182

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**           $1,192.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRO FEES / UTILITIES / OTHER RECURRING

**Is the claim subject to offset?**
☑ No
☐ Yes

3.853

UNISA INC.
7400 E. ARAPAHOE RD.
STE 10
ENGLEWOOD, CO 80112

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**           $1,833.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

3.854

UNITED STATES NATIONAL LABOR RELATIONS BOARD, REGION 4
ATTN: KIMBERLY E, EDWARDS
100 E. PENN SQUARE, SUITE 403
PHILADELPIA, PA 19107

**Date or dates debt was incurred**
6/5/2024

**As of the petition filing date, the claim is:**                    UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

3.855

UPS
55 GLENLAKE PARKWAY, NE
ATLANTA, GA 30328

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $5,555.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No
☐ Yes

3.856

VANITY ELITE MODELS/REGINALD BUCKNER

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,228.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENTAL EVENT REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.857

VICINITY ENERGY PHILADELPHIA,

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,054.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

3.858

VILLANOVA UNIVERSITY
OFFICE OF CONFERENCE SERVICES
800 LANCASTER AVENUE
VILLANOVA, PA 19085

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $18,783.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

3.859

VISION GRAPHICS
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $8,955.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.860

VK PRESTON
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.861

WARREN C. LONGMIRE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

3.862

WERT BOOKBINDING, INC.
9975 ALLENTOWN BLVD.
GRANTVILLE, PA 17028

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

$592.00

3.863

WHITNEY MCGUIRE
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

$550.00

3.864

WILLIAM ACKER
C/O LEVIN SEDRAN & BERMAN PA
ATTN: NICHOLAS ELIA & DAVID C. LEVIN
510 WALNUT STREET, STE. 500
PHILADELPIA, PA 19106

**Date or dates debt was incurred**
6/6/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No

☐ Yes

UNDETERMINED

3.865

WILLIAM C. FINNEGAN
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

$350.00

**3.866**

WILLIAM C. HENDRIX
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.867**

WILLIAM M. MORRELL, III
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.868**

WORLDWIDE INSURANCE
PO BOX 536417
PITTSBURGH, PA 15253-5906

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2,575.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.869**

XEROX FINANCIAL SERVICES LLC
PO BOX 202882
DALLAS, TX 75320-2882

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $120,284.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OTHER A/P

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.870**

YEKATERINA MEZHIBOVSKAYA
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $575.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER 1099 - INDIVIDUALS CONTRACT WORK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.871**

YUCHEN CHANG
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $625.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.872**

ZACHARY SAVICH
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
1099 - PHD ADVISORS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.873**

ZENA M. TREDINNICK-KIRBY
[ADDRESS ON FILE]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $270.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENTS

**Is the claim subject to offset?**
☑ No
☐ Yes

3.874

ZHEN ZHANG
[ADDRESS ON FILE]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OUTSTANDING CHECK

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line _____<br><br>☐ Not listed. Explain | |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $1,130,906.33 |
| 5b. **Total claims from Part 2** | 5b. | $4,089,338.31 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $5,220,244.64 |

Fill in this information to identify the case:

Debtor name: The University of the Arts

United States Bankruptcy Court for the: District of Delaware

Case number: 24-

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** APPOINTMENT LETTER <br> **State the term remaining** 8/14/2027 <br> **List the contract number of any government contract** | KEVIN HADEN <br> [ADDRESS ON FILE] |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** MASTER SOFTWARE LICENSE, SERVICES AND SUPPORT AGREEMENT <br> **State the term remaining** UNKNOWN <br> **List the contract number of any government contract** | HYLAND SOFTWARE, INC. <br> HYLAND SOFTWARE, INC. <br> 28500 CLEMENS RD <br> 28500 CLEMENS RD <br> WESTLAKE, OH 44145 |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICES AGREEMENT <br> **State the term remaining** 6/30/2025 <br> **List the contract number of any government contract** | TECHNOLUTIONS, INC. <br> 234 CHURCH STREET <br> 15TH FL <br> NEW HAVEN, CT 06510 |

**2.4**
**State what the contract or lease is for and the nature of the debtor's interest**

WORKERS COMP INSURANCE POLICYNO. UB-1S558869-24-14-G

PHOENIX INSURANCE COMPANY
PHILADELPHIA INSURANCE COMPANIES
ATTN: JOHN W. GLOMB JR.
ONE BALA PLAZA
BALA CYNWYD, PA 19004

**State the term remaining**

6/1/2025

**List the contract number of any government contract**

**2.5**
**State what the contract or lease is for and the nature of the debtor's interest**

APPOINTMENT LETTER

KIKAU ALVARO
[ADDRESS ON FILE]

**State the term remaining**

UNKNOWN

**List the contract number of any government contract**

**2.6**
**State what the contract or lease is for and the nature of the debtor's interest**

EQUIPMENT SERVICES CONTRACT - TERRA CHILLER

ENGIE RESOURCES LLC
ATTN: DANIELLE OWEN
1360 POST OAK BLVD.
SUITE 400
HOUSTON, TX 77056

**State the term remaining**

UNKNOWN

**List the contract number of any government contract**

**2.7**
**State what the contract or lease is for and the nature of the debtor's interest**

LEASE AGREEMENT - ARTS ALLIANCE LEASE

HER PLACE SUPPER CLUB
ATTN: AMANDA SHULMAN
1740 SAMSON STREET
PHILADELPHIA, PA 19103

**State the term remaining**

12/15/2024

**List the contract number of any government contract**

**2.8**
**State what the contract or lease is for and the nature of the debtor's interest**

LEASE AGREEMENT - CHOI'S DELI LEASE

JONGMI CHOI C/O JAY'S DELI
ATTN: JONGMI CHOI
1228 SPRUCE ST.
PHILADELPHIA, PA 19102

**State the term remaining**

7/31/2026

**List the contract number of any government contract**

**2.9**
**State what the contract or lease is for and the nature of the debtor's interest**

PROPERTY INSURANCE POLICYNO. ESP1053443-00

ARCH SPECIALTY INSURANCE COMPANY
RYAN TURNER SPECIALTY
1650 ARCH STREET
26TH FLOOR
PHILADELPHIA, PA 19103

**State the term remaining**

8/12/2025

**List the contract number of any government contract**

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONALS SERVICE AGREEMENT | ON DEMAND URGENT CARE GROUP, PC / VYBE URGENT CARE 6060 RIDGE AVE, STE 100 PHILADELPHIA, PA 19120-1659 |
| | State the term remaining | 7/15/2024 | |
| | List the contract number of any government contract | | |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | ONEIDENTITY QUOTATION | ONE IDENTITY LLC ATTN: JOE KRAVITZ 20 ENTERPRISE SUITE 100 ALISO VIEJO, CA 92656 |
| | State the term remaining | 8/7/2025 | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATIVE AGREEMENT, AS AMENDED | LIBRARY OF CONGRESS ATTN: GEORGE L. DAVES 101 INDEPENDENCE AVENUE, S.E. WASHINGTON, DC 20540-9410 |
| | State the term remaining | 9/30/2024 | |
| | List the contract number of any government contract | | |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | ADIRONDACK SOLUTIONS MASTER HOSTED SERVICES AGREEMENT | ADIRONDACK SOLUTIONS, INC. ATTN: RANDI SCHWERINER, CFO P.O. BOX 8102 BRIDGEWATER, NJ 08807 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | APPOINTMENT LETTER | DONNA FAYE BURCHFIELD [ADDRESS ON FILE] |
| | State the term remaining | 7/31/2026 | |
| | List the contract number of any government contract | | |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - JPMC BROAD STREET LEASE | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ATTN: LEASE ADMINISTRATION MANAGER 1111 POLARIS PARKWAY MAIL CODE OH1-0241 COLUMBUS, OH 43240-2050 |
| | State the term remaining | 1 YEAR LATER | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | D&O INSURANCE POLICYNO. 794121112 |
| | **State the term remaining** | 8/9/2025 |
| | **List the contract number of any government contract** | |

CONTINENTAL CASUALTY COMPANY (CAN)
CNA
ATTN: RYAN RICHARDSON
100 MATSONFORD ROAD
RADNOR, PA 19807

| | | |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - INTELIGENT LOCKERS |
| | **State the term remaining** | 4/30/2029 |
| | **List the contract number of any government contract** | |

PITNEY BOWES INC
3001 SUMMER ST
STAMFORD, CT 06905

| | | |
|---|---|---|
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL LIABILITY INSURANCE POLICYNO. CGL 0234568 |
| | **State the term remaining** | 8/9/2025 |
| | **List the contract number of any government contract** | |

BERKLEY SPECIALY INSURANCE COMPANY
MAIN ADMINISTRATIVE OFFICE
7233 EAST BUTHERUS
SCOTTSDALE, AZ 85260

| | | |
|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP INSURANCE POLICY FOR DENTAL BENEFITS |
| | **State the term remaining** | UNKNOWN |
| | **List the contract number of any government contract** | |

UNITED CONCORDIA INSURANCE COMPANY
1800 CENTER STREET
SUITE 2B 220
CAMP HILL, PA 17011

| | | |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AGREEMENT |
| | **State the term remaining** | 12/31/2024 |
| | **List the contract number of any government contract** | |

RANDE BLANK
[ADDRESS ON FILE]

| | | |
|---|---|---|
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTDOCS ORDER FORM |
| | **State the term remaining** | 10/31/2026 |
| | **List the contract number of any government contract** | |

SOFTDOCS SC, LLC
PO BOX 121999
DALLAS, TX 75312-1999

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT SERVICES AGREEMENT, AS AMENDED | ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP ATTN: VP, FINANCE, ARAMARK EDUCATION ARAMARK TOWER, 24TH FLOOR ARAMARK TOWER, 24TH FLOOR 1101 MARKET STREET PHILADELPHIA, PA 19107-2988 |
|---|---|---|---|
| | State the term remaining | 6/30/2026 | |
| | List the contract number of any government contract | | |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE EXCHANGE AND ENHANCEMENT ORDER FORM | ELLUCIAN COMPANY, L.P. 2003 EDMUND HALLEY DRIVE RESTON, VA 20191 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY INSURANCE POLICYNO. TCC0001183-00 | CROSSCOVER (LLOYD'S) RYAN TURNER SPECIALTY 1650 ARCH STREET 26TH FLOOR PHILADELPHIA, PA 19103 |
|---|---|---|---|
| | State the term remaining | 8/12/2025 | |
| | List the contract number of any government contract | | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT | THE TRAVELERS INDEMNITY COMPANY ONE TOWER SQUARE HARTFORD, CT 06183 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | ENTERPRISE PLAN AGREEMENT | 8TH WALL, INC. ATTN: KEVIN STRAW 318 CAMBRIDGE AVE. PALO ALTO, CA 94306 |
|---|---|---|---|
| | State the term remaining | 8/31/2023 | |
| | List the contract number of any government contract | | |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | D&O INSURANCE POLICYNO. 01-464-63-59 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. 1271 AVE. OF THE AMERICAS FL 37 NEW YORK, NY 10020-1304 |
|---|---|---|---|
| | State the term remaining | 8/9/2025 | |
| | List the contract number of any government contract | | |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | VISA COMMNERCIAL CARD AGREEMENT | PNC BANK, NATIONAL ASSOCIATION TREASURY MANAGEMENT, ATTN: COMMERCIAL CARD OPERATIONS FIRSTSIDE CENTER 500 FIRST AVENUE PITTSBURGH, PA 15219 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK FOR SERVICEELITE | IBM CORPORATION 6303 BARFIELD RD NE ATLANTA , GA 30328-4233 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - JAY'S LEASE | JONGMI CHOI C/O JAY'S DELI ATTN: JONGMI CHOI 1228 SPRUCE ST. PHILADELPHIA, PA 19102 |
| | State the term remaining | 7/31/2016 | |
| | List the contract number of any government contract | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | INFORMER LICENSE AGREEMENT | ENTRINSIK, INC. ENTRINSIK, INC. 7501 CREEDMOOR RD. 7501 CREEDMOOR RD. SUITE 102 RALEIGH, NC 27613 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | SEPARATION AGREEMENT | JEFFREY KERN [ADDRESS ON FILE] |
| | State the term remaining | 6/30/2024 | |
| | List the contract number of any government contract | | |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | D&O INSURANCE POLICYNO. G48691274 001 | WESTCHESTER (CHUBB) WESTCHESTER PROFESSIONAL RISK ATTN: NATALIE KANDUL 11575 GREAT OAKS WAY SUITE 200 ALPHARETTA, GA 30022 |
| | State the term remaining | 6/3/2025 | |
| | List the contract number of any government contract | | |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | EXCESS LIABILITY INSURANCE POLICYNO. T22-51H | UNITED EDUCATORS INSURANCE UNITED EDUCATORS INSURANCE ATTN: LAUREN YEDLIN 7700 WISCONSIN AVE. #500 BETHESDA, MD 20814 |
| | State the term remaining | 6/1/2024 | |
| | List the contract number of any government contract | | |

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | LEGACY D&O/EPL INSURANCE POLICYNO. PHPK2558789-003 | PHILADELPHIA INSURANCE COMPANIES ATTN: JOHN W. GLOMB JR. ONE BALA PLAZA SUITE 100 BALA CYNWYD, PA 19004 |
| | State the term remaining | 6/1/2025 | |
| | List the contract number of any government contract | | |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY INSURANCE POLICYNO. ENS1000925 | MSIG SPECIALTY INSURANCE USA INC RYAN TURNER SPECIALTY 1650 ARCH STREET 26TH FLOOR PHILADELPHIA, PA 19103 |
| | State the term remaining | 8/12/2025 | |
| | List the contract number of any government contract | | |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | REGROUP SUBSCRIPTION AGREEMENT | REGROUP ATTN: MARIA FIGUEROA 709 NOE ST. 709 NOE ST. SAN FRANCISCO , CA 94114 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT, AS AMENDED | ADP, INC. ATTN: TARA ALBRITTON, SVP HCM SERVICES PO BOX 842875 PO BOX 842875 BOSTON, MA 02284-2875 |
| | State the term remaining | 3/4/2027 | |
| | List the contract number of any government contract | | |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | APPOINTMENT LETTER | ANTHONY GUIDO [ADDRESS ON FILE] |
| | State the term remaining | 8/31/2013 | |
| | List the contract number of any government contract | | |

| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT | POWERSCHOOL GROUP LLC (PEOPLE ADMIN) ATTN: GENERAL COUNSEL 150 PARKSHORE DRIVE 150 PARKSHORE DRIVE FOLSOM, CA 95630 |
| | **State the term remaining** | 6/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | D&O INSURANCE POLICYNO. 7094286514 | CONTINENTAL CASUALTY COMPANY (CAN) CNA ATTN: RYAN RICHARDSON THREE RADNOR CORPORATE CENTER 100 MATSONFORD ROAD, SUITE 200 RADNOR, PA 19087 |
| | **State the term remaining** | 8/9/2025 | |
| | **List the contract number of any government contract** | | |

| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTO INSURANCE POLICYNO. 984928931 | PROGRESSIVE WTW SOUTHEAST INC. 3407 W. DR. MLK JR. 200 TAMPA, FL 33607 |
| | **State the term remaining** | 8/9/2025 | |
| | **List the contract number of any government contract** | | |

| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | APPOINTMENT LETTER | MARK TOCCHET [ADDRESS ON FILE] |
| | **State the term remaining** | 6/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONALS SERVICE AGREEMENT | ON DEMAND URGENT CARE GROUP, PC, 6060 RIDGE AVE, STE 100 PHILADELPHIA, PA 19120-1659 |
| | **State the term remaining** | 7/21/2024 | |
| | **List the contract number of any government contract** | | |

| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | HEALTH BENEFIT PLAN / AMENDMENT | PAISBOA 301 IVEN AVENUE 301 IVEN AVENUE SUITE 315-B WAYNE, PA 19087 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | PANTHEON SYSTEMS, INC.<br>ATTN: DARIN WOLTER<br>717 CALIFORNIA STREET<br>717 CALIFORNIA STREET<br>SAN FRANCISCO , CA 94108 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY INSURANCE POLICYNO. 0100317184-0 | KINSALE INSURANCE COMPANY<br>RYAN TURNER SPECIALTY<br>1650 ARCH STREET<br>26TH FLOOR<br>PHILADELPHIA, PA 19103 |
|---|---|---|---|
| | State the term remaining | 8/12/2025 | |
| | List the contract number of any government contract | | |

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | APPOINTMENT LETTER | ELIN ELMAN<br>[ADDRESS ON FILE] |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - PROP SERIES | PITNEY BOWES INC<br>JOSEPH DORAN<br>3001 SUMMER ST<br>STAMFORD, CT 06905 |
|---|---|---|---|
| | State the term remaining | 3/31/2029 | |
| | List the contract number of any government contract | | |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | ANDREW PACK<br>[ADDRESS ON FILE] |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LICENSE AND SERVICES AGREEMENT / AMEDNMENT | UNIFYED (CAMPUS CONSORTIUM)<br>125 SOUTH CLARK STREET<br>17TH FLOOR<br>CHICAGO , IL 60603 |
|---|---|---|---|
| | State the term remaining | 4/24/2022 | |
| | List the contract number of any government contract | | |

| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | APPOINTMENT LETTER | SHERYL ORING [ADDRESS ON FILE] |
| | **State the term remaining** | 6/30/2028 | |
| | **List the contract number of any government contract** | | |

| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT, AS AMENDED | 1401 WALNUT UNIT C, LLC PEARL PROPERTIES COMMERCIAL MANAGMENT, LLC ATTN: REED J. SLOGOFF 1425 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19102 |
| | **State the term remaining** | 6/10/2027 | |
| | **List the contract number of any government contract** | | |

| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | CBA | UNITED ACADEMICS OF PHILADELPHIA AFT-PA, AFL-CIO, LOCAL 9608 601 N 12TH ST PHILADELPHIA, PA 19123 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGEMENT SERVICES AGREEMENT, AS AMENDED | ALLIEDBARTON SECURITY SERVICES LLC 1760 MARKET STREET PHILADELPHIA, PA 19103 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | APPOINTMENT LETTER | SUSAN SKOOG [ADDRESS ON FILE] |
| | **State the term remaining** | 6/30/2029 | |
| | **List the contract number of any government contract** | | |

| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT AND PLAN OF MERGER | THE PHILADELPHIA ART ALLIANCE 251 S. 18TH STREET PHILADELPHIA, PA 19103 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

Debtor  The University of the Arts
Name

Case number (if known) 24-

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | DENTAL PLAN CERTIFICATE OF COVERAGE | UNITED CONCORDIA DENTAL PLANS OF PENNSYLVANIA, INC.<br>1800 CENTER STREET<br>SUITE 2B 220<br>CAMP HILL, PA 17011 |
| --- | --- | --- | --- |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY INSURANCE POLICYNO. 7EA7XP1004052-00 | BRIDGEWAY INSURANCE COMPANY<br>BRIDGEWAY INSURANCE COMPANY<br>555 COLLEGE ROAD EAST<br>PRINCETON, NJ 08543 |
| --- | --- | --- | --- |
| | State the term remaining | 8/12/2025 | |
| | List the contract number of any government contract | | |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | LEGACY D&O/EPL INSURANCE POLICYNO. | PHILADELPHIA INSURANCE COMPANIES<br>ATTN: JOHN W. GLOMB JR.<br>ONE BALA PLAZA<br>SUITE 100<br>BALA CYNWYD, PA 19004 |
| --- | --- | --- | --- |
| | State the term remaining | 6/1/2027 | |
| | List the contract number of any government contract | | |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | FOOD SERVICE AGREEEMENT / AMENDMENT | PARKHURST DINING<br>285 E WATERFRONT DR STE 200<br>HOMSTREAD, PA 15120-5017 |
| --- | --- | --- | --- |
| | State the term remaining | 7/31/2026 | |
| | List the contract number of any government contract | | |

| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | APPOINTMENT LETTER | DIMEDIO ANNETTE<br>[ADDRESS ON FILE] |
| --- | --- | --- | --- |
| | State the term remaining | 8/31/2011 | |
| | List the contract number of any government contract | | |

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | APPOINTMENT LETTER | KARL STAVEN<br>[ADDRESS ON FILE] |
| --- | --- | --- | --- |
| | State the term remaining | 8/31/2014 | |
| | List the contract number of any government contract | | |

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | CONSTITUO SAAS AGREEMENT | CONSTITUO SOFTWARE LLC<br>PO BOX 458<br>PO BOX 458<br>W. SIMSBURY, CT 06092 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LEASE AGREEMENT | XEROX FINANCIAL SERVICES LLC<br>201 MERRITT 7<br>NORWALK, CT 06851 |
| | State the term remaining | 10/31/2025 | |
| | List the contract number of any government contract | | |

| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | CASH MANAGEMENT MASTER AGREEMENT / AMENDMENT | TD BANK, N.A<br>ONE COMMERCE SQUARE<br>UNIFYED<br>2005 MARKET ST.<br>2ND FLOOR<br>PHILADELPHIA, PA 19103 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY INSURANCE POLICYNO. YB2-L9L-478511-014 | LIBERTY MUTUAL<br>RYAN TURNER SPECIALTY<br>1650 ARCH STREET<br>26TH FLOOR<br>PHILADELPHIA, PA 19103 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | DORM ROOM MOVERS, LLC.<br>5111 N SCOTTSDALE RD STE 200<br>SCTOTTSDALE, AZ 85250 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE LEASING LISTING AGREEMENT | METRO COMMERCIAL REAL ESTATE, INC.<br>ATTN: MICHAEL GORMAN<br>50 S. 16TH STREET<br>SUITE 1700<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | 3/26/2024 | |
| | List the contract number of any government contract | | |

| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE POLICYNO. IMP F230276-00-00 | GREAT AMERICAN RYAN TURNER SPECIALTY 1650 ARCH STREET 26TH FLOOR PHILADELPHIA, PA 19103 |
| | **State the term remaining** | 8/12/2025 | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name: **The University of the Arts**

United States Bankruptcy Court for the: **District of Delaware**

Case number: **24-**

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 U OF ARTS FINANCE, LLC | 320 S. BROAD STREET PHILADELPHIA, PA 19102 | UMB BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.2 U OF ARTS FINANCE, LLC | 320 S. BROAD STREET PHILADELPHIA, PA 19102 | TD BANK, N.A | ☑ D ☐ E/F ☐ G |
| 2.3 U OF ARTS FINANCE, LLC | 320 S. BROAD STREET PHILADELPHIA, PA 19102 | UMB BANK N.A., AS REPRESENTATIVE FOR NOTEHOLDERS | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name: The University of the Arts

United States Bankruptcy Court for the: District of Delaware

Case number: 24-

☐ **Check if this is an amended filing**

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____

declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 09/12/2024 | /s/Judson. Aaron |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Judson. Aaron |
| | Printed name |
| | Chair of the Board of The University of the Arts |
| | Position or relationship to debtor |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 7 |
| The University of the Arts | ) | |
| U of Arts Finance, LLC | ) | Case No. 24- () |
| | ) | |
| Debtors. | ) | |
| | ) | |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## Introduction

The above captioned debtors and debtors-in-possession (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "***Schedules***") and Statements of Financial Affairs (the "***Statements***") with the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***"), pursuant to section 521 of title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "***Global Notes***") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("***GAAP***"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

Judson Aaron has signed each of the Schedules and Statements. Mr. Aaron is the Chair of the Board of The University of the Arts and has signing authority for each of the Debtor entities. In reviewing and signing the Schedules and Statements, Mr. Aaron has relied upon the efforts, statements and representations of various personnel employed by the Debtors and advisors. Mr. Aaron has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Furthermore, the fact that the Debtors have prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes to the rest of the Debtors' Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

**Global Notes Control.**  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("***Claim***") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.  The Debtors reserve all rights with respect to such obligations.

**Description of Cases**.  On September 13, 2024 (the "***Petition Date***"), the Debtors filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code.

**Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of June 30, 2024.  Additionally, because the book values of assets such as patents, trademarks and copyrights may materially differ from their fair market values, they are listed as unknown amounts as of the Petition Date.  Furthermore, assets which have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements, as they have no net book value.

**Personal Property – Leased**.  In the ordinary course of operations, the Debtors may lease furniture, fixtures and office equipment from certain third-party lessors for use in the daily operation of their businesses.  Nothing in the Schedules and Statements is or shall be construed as an admission regarding any determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to any such issue.

**Recharacterization**.  Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' operations. Accordingly, the Debtors reserve all rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

**Identified Property.**  Because the official forms of the Schedules do not distinguish if an asset is unavailable to satisfy creditor claims, the Debtors have endeavored in these Global Notes and accompanying Statement to highlight restricted assets wherever possible, to provide creditors more accurate information as to the assets available to satisfy their claims. The Debtors determined the best way to capture the restricted assets, while at the same time providing meaningful disclosure, is to report restricted assets in response to question 21 of the Statement as assets held for another. While some of the restricted assets are not "held for another" strictly speaking (e.g., as in a formal trust structure), the Debtors believe reporting restricted assets on the Statement, rather than on Schedule A/B is more appropriate given that their inclusion on Schedule A/B would result in a significant overstatement of assets available for distribution to

creditors. While the Debtors and its professionals have used their good faith best efforts to bifurcate restricted assets in these disclosures, the review of the Debtor's records is ongoing and may reveal additional restrictions. Accordingly, failure to identify an asset as restricted in these Global Notes, Statement or Schedules does not constitute an admission by the Debtor such asset is available to satisfy creditor claims.

**Liabilities**.   The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

**Insiders**.   For purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) officers; (c) relatives of directors or officers of the Debtors (to the extent known by the Debtors); and (e) Debtor/non-Debtor affiliates.

Academic Deans are not included as persons listed as an "insider" because they had no corporate management responsibility and are not viewed as officers of the University.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to:  (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose. The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should it be, construed as an admission that those parties are insiders for purpose of section 101(31) of the Bankruptcy Code.

**Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

**Executory Contracts**.  Although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired

nature) of the contract or lease, or an admission as to the existence or validity of any claims held by any counterparty to such contract or lease. Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

**Classifications**. Listing a claim on (a) Schedule D as "secured," (b) Schedule E as "priority," (c) Schedule F as "unsecured" or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description**. Schedules D, E and F permit each of the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtors.

**Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on account of a contract or for breaches of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, whether asserted directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "***Causes of Action***") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

**Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a.    Unknown Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the

extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c.   <u>Liens</u>.  Property and equipment listed in the Schedules are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

d.   <u>Currency</u>.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Credits and Adjustments.**  The claims of individual creditors for, among other things, goods, services, tuition deposits or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Setoffs.**  The Debtors incur certain setoffs, net payments, and other similar rights during the ordinary course of operations. These offsets and other similar rights are consistent with the ordinary course of operations at a university and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

**Estimates.**  To comply with the court forms, the Debtors were required to make estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses as of the Petition Date. The Debtors reserve all rights, but shall not be required, to amend the reported amounts of assets, revenue, and expenses to reflect changes in those estimates and assumptions.

### <u>Specific Disclosures with Respect to the Debtors' Schedules</u>

**Schedules Summary.**  Except as otherwise noted, the asset information provided herein represents the Debtors' data regarding their assets as of June 30, 2024, unless values as of the Petition Date were readily available, and the liability information provided herein represents the Debtors' data regarding their liabilities as of the close of business prior to the Petition Date.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.

**Schedule A/B 2 and A/B 3**.  Cash balances are listed as of September 12, 2024.

**Schedules A/B 59-69.**  Intangibles and Intellectual Property listed in Schedules A/B 59-69 are listed as an unknown amount. The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Schedule A/B 73.**  The Debtors have included a listing of their insurance policies in response to Question 73, however, a determination as to the surrender or refund value of each of the insurance policies has not been made and, therefore, the balance is listed as undetermined.

**Schedules A/B 74 and A/B 75.**  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, setoffs, credits, refunds, or rebates. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counterclaims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed in the Schedules. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

**Schedule D.**  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.  The amounts outstanding under the Debtors' prepetition secured credit facilities reflect principal amounts as of the Petition Date.

With respect to the Claims listed on Schedule D, reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. In addition, unless otherwise stated, the Debtors have not included on Schedule D parties that may hold liens on personal property or in connection with equipment leases. The Debtors reserve all of their rights to amend Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

**Schedule E/F.**  The Debtors' analysis of potential priority claims is ongoing and may take significant time to complete. Accordingly, some amounts on Schedule E/F may have been classified as non-priority pending conclusion of that analysis.  The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve their right to dispute the priority status of any claim on any basis.

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F. Furthermore, claims listed on Schedule E/F have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F may contain potential claims on account of pending litigation involving the Debtors. Each potential claim associated with any such pending litigation is marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the potential litigation claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

Schedule E/F may also include potential or threatened litigation claims. Any information contained in Schedule E/F with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Additionally, Schedule E/F does not include potential rejection damage Claims, of the counterparties to executory contracts and unexpired leases that may be rejected.

Schedule E/F may reflect certain tuition deposits that were provided to the Debtors prepetition by students for future classes. Certain of these deposits may have been honored or given consideration by an unrelated third-party institution. The deposits listed here do not reflect the reduction for such consideration.

**Schedule G.** Although reasonable efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors may have occurred. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects

8

such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

**Schedule H.** For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because all such Claims are contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 1 & 2.** Revenue amounts listed are through September 12, 2024

**Statement 3.** Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement 4), employees, and bankruptcy professionals (which payments appear in response to Statement 11). The amounts listed in Statement 3 reflect the Debtors' disbursements

netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtors' cash management system.

**Statement 4.** With respect to individuals, the amounts listed reflect certain payments and transfers to such individuals, including, without limitation, compensation, bonus (if any), expense reimbursement, and/or severance and the like.

Academic Deans are not included as persons listed as an "insider" because they had no corporate management responsibility and are not viewed as officers of the University.

Solely for purposes of the Schedules and Statements, the Debtors define "Insiders" to include the following: (a) directors; (b) officers; (c) relatives of directors or officers; and (e) Debtor/non-Debtor affiliates. The listing of a party as an Insider in the Schedules and Statements, however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Statement 6.**  There may be instances where such a setoff has occurred without the Debtors' knowledge.

**Statement 7.**  The Debtors reserve all rights with respect to the suits and proceedings included in Statement. 7.  Nothing contained herein shall be construed as an admission of liability or waiver of any right or defense.

**Statement 11.** Payments related to bankruptcy are reflected on the Statement of the Debtor entity that made the payment, but are for the benefit of all Debtors.   Furthermore, certain payments to professionals included on Statement 11 may not have been made in relation to bankruptcy preparation and may be included on this response.

**Statement 26d.** The Debtors have provided unaudited financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. The disclosure of each of such parties would be impractical and burdensome as the Debtors generally do not track such sharing.  Moreover, the parties with which the Debtors have shared such financial statements may be in turn further shared the financial statements with other entities without the Debtors' knowledge or consent.

**Statement 30**.  The responses to this item are included in Statement 4.

Fill in this information to identify the case:

Debtor name: The University of the Arts

United States Bankruptcy Court for the: District of Delaware

Case number: 24-

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:  Income**

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 7/1/2024 to Petition Date | ☑ Operating a business<br>☐ Other | $0.00 |
| **For prior year:** From 7/1/2023 to 6/30/2024 | ☑ Operating a business<br>☐ Other | $68,332,500.00 |
| **For the year before that:** From 7/1/2022 to 6/30/2023 | ☑ Operating a business<br>☐ Other | $62,922,334.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 7/1/2024 to Petition | Revenue from sale of Fixed Assets ** | $657,921.35 |
| **For prior year:** From 7/1/2023 to 6/30/2024 | Change in Market Value of Investments | $119,168.00 |
| **For the year before that:** From 7/1/2022 to 6/30/2023 | Private Gifts $444,127, Change in Market Value of Investments $4,358,325, Gain on Sale of Real Estate $8,770,088 | $13,572,540.00 |

**

| (**) The Debtor did not have the gain on sale calculated at the time of filing these Schedules.  The amount reported represents gross proceeds. |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1<br><br>See SOFA 3 Attachment | | $10,786,753.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1<br><br>See SOFA 4 Attachment<br><br>Relationship to debtor | | $1,222,740.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.

Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | | | |
| | Last 4 digits of account number | | |

---

**Part 3:**  **Legal Actions or Assignments**

---

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | **Name** 14 WA Partners LP v. The University of the Arts **Case number** LT-24-07-29-5954 | Landlord and Tenant Complaint | Name Philadelphia Municipal Court First Judicial District of Pennsylvania Street 1139 Chestnut Street, 10th Floor City Philadelphia  State PA  Zip 19107 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2 | **Name** Acker et al v. University of The Arts **Case number** 2:24-cv-02468 | Class Action | Name United States District Court Eastern District of Pennsylvania Street 601 Market St #2609 City Philadelphia  State PA  Zip 19106 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.3 | **Name** Anderson et al v. The University of The Arts (Former Students) **Case number** 2:24-cv-02586 | Class Action | Name United States District Court Eastern District of Pennsylvania (Philadelphia) Street 601 Market St #2609 City Philadelphia  State PA  Zip 19106 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.4 | **Name** Cawley et al v. The University Of The Arts **Case number** 2:24-cv-02445 | Warn Act Class Action | Name United States District Court Eastern District of Pennsylvania Street 601 Market St #2609 City Philadelphia  State PA  Zip 19106 | ☑ Pending ☐ On appeal ☐ Concluded |

### 7.5

**Name**
De Lage Landen Financial Services Inc. v. University of the Arts

Breach of Contract

**Case number**
240702419

Name
Court of Common Pleas of Philadelphia County Trial Division

Street
Philadelphia City Hall, Room 415

City: Philadelphia   State: PA   Zip: 19107

☑ Pending
☐ On appeal
☐ Concluded

### 7.6

**Name**
Morehouse et al v. The University of the Arts

Class Action

**Case number**
2:24-cv-04164

Name
United States District Court Eastern District of Pennsylvania

Street
601 Market St #2609

City: Philadelphia   State: PA   Zip: 19106

☑ Pending
☐ On appeal
☐ Concluded

### 7.7

**Name**
Parkhurst Dining, LLC v. The University of the Arts

Breach of Contract

**Case number**
GD-24-009326

Name
Court of Common Pleas, Allegheny County

Street
1700 Frick Building 437 Grant St

City: Pittsburgh   State: PA   Zip: 15291

☑ Pending
☐ On appeal
☐ Concluded

### 7.8

**Name**
Schutts et al v. The University of the Arts

Warn Act Class Action

**Case number**
2:24-cv-02420

Name
United States District Court Eastern District of Pennsylvania

Street
601 Market St #2609

City: Philadelphia   State: PA   Zip: 19106

☑ Pending
☐ On appeal
☐ Concluded

### 7.9

**Name**
The University Of The Arts, Non Profit Corporation

Petition to transfer endowment assets

**Case number**
1092NP of 2024

Name
Court of Common Pleas of Philadelphia County Trial Division

Street
Philadelphia City Hall, Room 415

City: Philadelphia   State: PA   Zip: 19107

☑ Pending
☐ On appeal
☐ Concluded

### 7.10

**Name**
Unfair Labor Practice

Unfair Labor Practice

**Case number**
04-CA-343706

Name
United States National Labor Relations Board, Region 4

Street
100 E. Penn Square, Suite 403

City: Philadelphia   State: PA   Zip: 19107

☑ Pending
☐ On appeal
☐ Concluded

7.11

| | | |
|---|---|---|
| **Name** Weslenette Webb v. The University of the Arts, et al | Slip and Fall | Name Court of Common Pleas of Philadelphia County Trial Division |
| **Case number** | | Street Philadelphia City Hall, Room 415 |
| | | City Philadelphia    State PA    Zip 19107 |

☑ Pending
☐ On appeal
☐ Concluded

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 Custodian's name and address _____ Street _____ City    State    Zip | Case title _____ Case number _____ Date of order or assignment _____ | Court name and address Name _____ Street _____ City    State    Zip |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 Recipient's name _____ Street _____ City    State    Zip _____ **Recipient's relationship to debtor** _____ | _____ | _____ | _____ |

## Part 5:    Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 Roof of elevator room damaged by strong winds | $145,477.00 | 1/9/2024 | $145,477.00 |

**Part 6:**  **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1** Alvarez & Marsal North America, LLC, 600 Madison Avenue, New York, NY 10022 **Email or website address** https://www.alvarezandmarsal.com/ **Who made the payment, if not debtor?** | | 7/26/2024 | $2,550,000.00 |
| **11.2** Alvarez & Marsal North America, LLC, 600 Madison Avenue, New York, NY 10022 **Email or website address** https://www.alvarezandmarsal.com/ **Who made the payment, if not debtor?** | | 9/11/2024 | $1,195,000.00 |
| **11.3** Ducera Partners LLC, 11 Times Sq, New York, NY 10036 **Email or website address** https://ducerapartners.com/ **Who made the payment, if not debtor?** | | 7/26/2024 | $332,727.48 |
| **11.4** Ducera Partners LLC, 11 Times Sq, New York, NY 10036 **Email or website address** https://ducerapartners.com/ **Who made the payment, if not debtor?** | | 9/11/2024 | $29,500.00 |
| **11.5** Hogan Lovells US LLP, 555 Thirteenth St., Washington, WA 20004 **Email or website address** https://www.hoganlovells.com/ **Who made the payment, if not debtor?** | | 7/26/2024 | $515,000.00 |

11.6

Hogan Lovells US LLP, 555 Thirteenth St.,
Washington, WA 20004

9/11/2024                          $292,500.00

**Email or website address**
https://www.hoganlovells.com/

**Who made the payment, if not debtor?**

11.7

Montgomery McCracken Walker Rhoads LLP,
1105 North Market Street, Wilmington, DE
19801

6/25/2024                          $100,000.00

**Email or website address**
https://www.mmwr.com/

**Who made the payment, if not debtor?**

11.8

Montgomery McCracken Walker Rhoads LLP,
1105 North Market Street, Wilmington, DE
19801

7/26/2024                          $607,833.00

**Email or website address**
https://www.mmwr.com/

**Who made the payment, if not debtor?**

11.9

Montgomery McCracken Walker Rhoads LLP,
1105 North Market Street, Wilmington, DE
19801

9/11/2024                          $448,000.00

**Email or website address**
https://www.mmwr.com/

**Who made the payment, if not debtor?**

11.10

Stradley Ronon Stevens & Young LLP, 2005
Market Street, Suite 2600, Philadelphia, PA
19103-7018

6/25/2024                          $100,000.00

**Email or website address**
https://www.stradley.com/

**Who made the payment, if not debtor?**

**11.11**

Stradley Ronon Stevens & Young LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103-7018     7/26/2024     $223,851.00

**Email or website address**
https://www.stradley.com/

**Who made the payment, if not debtor?**

**11.12**

Stretto, 410 Exchange, Suite 100, Irvine, CA 92602     7/16/2024     $10,000.00

**Email or website address**
https://www.stretto.com/

**Who made the payment, if not debtor?**

**11.13**

Stretto, 410 Exchange, Suite 100, Irvine, CA 92602     9/11/2024     $25,000.00

**Email or website address**
https://www.stretto.com/

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **12.1** | | | |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **13.1** | | | |
| See SOFA 13 Attachment | | | $657,921.35 |
| Relationship to debtor | | | |

| **Part 7:** | **Previous Locations** |
| --- | --- |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy | |
| --- | --- | --- | --- | --- |
| 14.1 | Street<br>1500-02 Pine Street | | From<br>1989 | to<br>January<br>2023 |
| | City<br>Philadelphia | State<br>PA    Zip<br>19102 | | |

| **Part 8:** | **Health Care Bankruptcies** |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.1 | | |
| Street<br><br>City    State    Zip | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider | **How are records kept?**<br>Check all that apply:<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.    Student information is collected and retained, including transcripts and other academic records, certain housing records, health information, and other general personally identifiable information.

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

     ☑ No. Go to Part 10.

     ☐ Yes. Fill in below:

**Name of plan** _____

**Employer identification number of the plan** _____

Has the plan been terminated?

☐ No

☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1** Name: Equiniti Trust Company, LLC<br>Street: Operations Center, PO Box 500<br>City: Newark  State: NJ  Zip: 07101 | 0001 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br><br>Investment | 9/5/2024 | $185,609.52 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **19.1** Name: _____<br>Street: _____<br>City: ____  State: __  Zip: ____ | Address: _____ | _____ | ☐ No<br>☐ Yes |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **20.1** Name Google Street 1600 Amphitheatre Parkway City Mountain View State CA Zip 94043 | Franklyn Cantor, Chief of Staff Address [Address on File] | Digital Storage | ☐ No ☑ Yes |
| **20.2** Name Ellucian Street 2003 Edmund Halley Drive City Reston State VA Zip 20191 | Franklyn Cantor, Chief of Staff Address [Address on File] | Digital Storage | ☐ No ☑ Yes |

**Part 11:** Property the Debtor Holds or Controls that the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **21.1** Endowment | SEI | Investments | $63,319,886.49 |
| **21.2** Foulke Investment Trust C/O Bryn Mawr Tr 1 E Chocolate Ave Hershey, PA 17033 | Charles Schwab | Investments | $1,534,143.77 |
| **21.3** John Morris Trust C/O Wells Fargo Wealth Management One West Fourth Street D4000-062 Winston-Salem, NC 27101 | Wells Fargo Bank | Investments | $326,713.97 |

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1 _____ Case Number _____ | Name _____ Street _____ City _____ State ___ Zip ___ | _____ | ☐ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 Name _____ Street _____ City ____ State ___ Zip ___ | Name _____ Street _____ City _____ State ___ Zip ___ | _____ | _____ |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 Name _____ Street _____ City ____ State ___ Zip ___ | Name _____ Street _____ City _____ State ___ Zip ___ | _____ | _____ |

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1

U of Arts Finance, LLC
241 Little Falls Drive
Wilmington, DE 19808

Not for Profit/Education

EIN    23-1639911

**Dates business existed**

From
7/16/2024

to
Present

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1

Chuck Avner, Assistant Vice President & Controller
[Address on File]

From
June
2024

to
Present

26a.2

Eric Leal, Vice President for Finance & Administration
[Address on File]

From
February
2024

to
June
2024

26a.3

Bryant Morgan, Interim CFO
[Address on File]

From
April
2023

to
January
2024

26a.4

Stephen Lightcap, CFO
[Address on File]

From
Jaunary
2019

to
April
2023

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1

Baker Tilly US LLP
PO Box 78975
Milwaukee, WI 53278-8975

From
See
Note

to
Present

Note: Baker Tilly was auditor for the reporting period and longer

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1 Chuck Avner, Assistant Vice President & Controller [Address on File] | |
| 26c.2 Franklyn Cantor, Chief of Staff [Address on File] | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1 See Global Notes |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| 28.1 Carol Graney [Address on File] | VP of Academic Affairs | 0 |
| 28.2 Deanna S. DeCherney [Address on File] | Member, Board of Trustees | 0 |
| 28.3 Doug Kreitzberg [Address on File] | Member, Board of Trustees | 0 |
| 28.4 Dr. Noel Mayo [Address on File] | Emeritus Member, Board of Trustees | 0 |
| 28.5 Elaine Levitt [Address on File] | Emeritus Member, Board of Trustees | 0 |
| 28.6 Eleanor L. Davis [Address on File] | Member, Board of Trustees | 0 |

28.7
Franklyn Cantor [Address on File]

Chief of Staff                          0

28.8
Harriet Weiss [Address on File]

Member, Board of Trustees              0

28.9
Joe Aristone [Address on File]

Member, Board of Trustees              0

28.10
Judson A. Aaron [Address on File]

Chair, Board of Trustees               0

28.11
Kenneth Wong [Address on File]

Member, Board of Trustees              0

28.12
Larry Reichlin [Address on File]

Member, Board of Trustees              0

28.13
Laurie Wagman [Address on File]

Emeritus Member, Board of Trustees     0

28.14
Megan Nicoletti-Walsh [Address on File]

Member, Board of Trustees              0

28.15
Nathaniel Hamilton [Address on File]

Member, Board of Trustees              0

28.16
Patricia Fowler [Address on File]

Member, Board of Trustees              0

28.17
Peter Haas [Address on File]

Member, Board of Trustees              0

28.18
Raj Tewari [Address on File]

Member, Board of Trustees              0

28.19
Ralph Citino [Address on File]

Member, Board of Trustees              0

28.20
Seth Lehr [Address on File]

Member, Board of Trustees              0

28.21
Stephen Sypherd [Address on File]

Member, Board of Trustees              0

| 28.22 | | | |
| --- | --- | --- | --- |
| | Travis Gaylord [Address on File] | Member, Board of Trustees | 0 |

| 28.23 | | | |
| --- | --- | --- | --- |
| | William Gast [Address on File] | Secretary, Board of Trustees | 0 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held | |
| --- | --- | --- | --- |
| 29.1 Andrew Pack [Address on File] | Former VP of Advancement | From January 2019 | to July 2024 |
| 29.2 Brian Effron [Address on File] | Former Vice Chair, Board of Trustees | From 2010 | to 8/15/2024 |
| 29.3 Bruce Kardon [Address on File] | Former Treasurer, Board of Trustees | From 2015 | to 7/15/2024 |
| 29.4 Bryant Morgan [Address on File] | Former Interim VP of Finance | From April 2023 | to January 2024 |
| 29.5 Ebonne Leaphart [Address on File] | Former Member, Board of Trustees | From 2017 | to July 2024 |
| 29.6 Eric Leal [Address on File] | Former VP of Finance | From February 2024 | to June 2024 |
| 29.7 James Grady c/o Alvarez & Marsal North America, LLC 600 Madison Ave New York, NY 10012 | Chief Restructuring Officer | From June 2024 | to August 2024 |
| 29.8 Judson A. Aaron [Address on File] | Former Interim President | From July 2023 | to August 2023 |
| 29.9 Katherine Gerdes c/o Alvarez & Marsal North America, LLC 600 Madison Ave New York, NY 10012 | Assistant Treasurer | From August 2024 | to Petition Date |

Debtor  The University of the Arts
       Name
Case number (if known) 24-

Case 24-12140-BLS    Doc 1    Filed 09/13/24    Page 738 of 1042

| 29.10 | | | | |
|---|---|---|---|---|
| Kerry Walk [Address on File] | Former President & Ex Officio Member, Board of Trustees | From August 2023 | to June 2024 | |

| 29.11 | | | | |
|---|---|---|---|---|
| Raymond Dombrowski c/o Alvarez & Marsal North America, LLC 600 Madison Ave New York, NY 10012 | Chief Transition Officer | From June 2024 | to Petition Date | |

| 29.12 | | | | |
|---|---|---|---|---|
| Ronald Naples [Address on File] | Former Member, Board of Trustees | From 1978 | to June 2024 | |

* The University does not deem academic deans to be officers.  Therefore, they are excluded from this schedule.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 | | | |
| See SOFA 4 Attachment | | | |

| Relationship To Debtor |
|---|
| |

**31.Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 | EIN |

**32.Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name (*) | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| ACBS | c/o Berkley Specialty Insurance Company | Main Administrative Office | 7233 East Butherus | Scottsdale | AZ | 85260 | | Vendor Payments | 6/17/2024 | $4,202.84 |
| ACBS | c/o Berkley Specialty Insurance Company | Main Administrative Office | 7233 East Butherus | Scottsdale | AZ | 85260 | | Vendor Payments | 7/15/2024 | $5,261.52 |
| ACBS | c/o Berkley Specialty Insurance Company | Main Administrative Office | 7233 East Butherus | Scottsdale | AZ | 85260 | | Vendor Payments | 8/15/2024 | $5,437.47 |
| **ACBS Total** | | | | | | | | | | **$14,901.83** |
| ADP, Inc. | PO Box 842875 | | | Boston | MA | 02284-2875 | | Payroll & Related | 7/1/2024 | $1,726.96 |
| ADP, Inc. | PO Box 842875 | | | Boston | MA | 02284-2875 | | Payroll & Related | 7/1/2024 | $3,871.03 |
| ADP, Inc. | PO Box 842875 | | | Boston | MA | 02284-2875 | | Payroll & Related | 8/5/2024 | $1,726.96 |
| ADP, Inc. | PO Box 842875 | | | Boston | MA | 02284-2875 | | Payroll & Related | 8/5/2024 | $1,369.78 |
| ADP, Inc. | PO Box 842875 | | | Boston | MA | 02284-2875 | | Payroll & Related | 9/3/2024 | $1,726.96 |
| ADP, Inc. | PO Box 842875 | | | Boston | MA | 02284-2875 | | Payroll & Related | 9/3/2024 | $622.24 |
| **ADP, Inc. Total** | | | | | | | | | | **$11,043.93** |
| Allied Universal | PO Box 828854 | | | Philadelphia | PA | 19182-8854 | | Vendor Payments | 7/12/2024 | $157,310.72 |
| Allied Universal | PO Box 828854 | | | Philadelphia | PA | 19182-8854 | | Vendor Payments | 8/15/2024 | $118,106.72 |
| Allied Universal | PO Box 828854 | | | Philadelphia | PA | 19182-8854 | | Vendor Payments | 9/5/2024 | $126,966.09 |
| **Allied Universal Total** | | | | | | | | | | **$402,383.53** |
| Aramark | Aramark Dallas Lockbox | PO Box 978839 | | Dallas | TX | 75397-8839 | | Vendor Payments | 7/5/2024 | $224,000.00 |
| Aramark | Aramark Dallas Lockbox | PO Box 978839 | | Dallas | TX | 75397-8839 | | Vendor Payments | 8/12/2024 | $224,000.00 |
| Aramark | Aramark Dallas Lockbox | PO Box 978839 | | Dallas | TX | 75397-8839 | | Vendor Payments | 9/6/2024 | $224,000.00 |
| **Aramark Total** | | | | | | | | | | **$672,000.00** |
| Ballard Spahr | PO Box 825465 | | | Philadelphia | PA | 19182-5465 | | Professional Fees | 7/19/2024 | $200,050.27 |
| Ballard Spahr | PO Box 825465 | | | Philadelphia | PA | 19182-5465 | | Professional Fees | 7/26/2024 | $5,000.00 |
| Ballard Spahr | PO Box 825465 | | | Philadelphia | PA | 19182-5465 | | Professional Fees | 8/16/2024 | $5,000.00 |
| Ballard Spahr | PO Box 825465 | | | Philadelphia | PA | 19182-5465 | | Professional Fees | 9/10/2024 | $5,000.00 |
| **Ballard Spahr Total** | | | | | | | | | | **$215,050.27** |
| Berkley Specialty Insurance Company | c/o Berkley Specialty Insurance Company | Main Administrative Office | 7233 East Butherus | Scottsdale | AZ | 85260 | | Vendor Payments | 6/17/2024 | $4,202.84 |
| Berkley Specialty Insurance Company | c/o Berkley Specialty Insurance Company | Main Administrative Office | 7233 East Butherus | Scottsdale | AZ | 85260 | | Vendor Payments | 7/15/2024 | $5,261.52 |
| Berkley Specialty Insurance Company | c/o Berkley Specialty Insurance Company | Main Administrative Office | 7233 East Butherus | Scottsdale | AZ | 85260 | | Insurance Premiums | 8/14/2024 | $17,372.40 |
| Berkley Specialty Insurance Company | c/o Berkley Specialty Insurance Company | Main Administrative Office | 7233 East Butherus | Scottsdale | AZ | 85260 | | Vendor Payments | 8/15/2024 | $5,437.47 |
| Berkley Specialty Insurance Company | c/o Berkley Specialty Insurance Company | Main Administrative Office | 7233 East Butherus | Scottsdale | AZ | 85260 | | Vendor Payments | 9/9/2024 | $5,775.00 |
| **Berkley Specialty Insurance Company  Total** | | | | | | | | | | **$38,049.23** |
| BSIC Financial Bank | c/o Berkley Specialty Insurance Company | Main Administrative Office | 7233 East Butherus | Scottsdale | AZ | 85260 | | Insurance Premiums | 8/14/2024 | $17,372.40 |
| **BSIC Financial Bank Total** | | | | | | | | | | **$17,372.40** |
| Buckeye Telecom | 1 Miranova Place | | | Columbus | OH | 43215 | | Vendor Payments | 7/18/2024 | $10,759.59 |
| **Buckeye Telecom Total** | | | | | | | | | | **$10,759.59** |
| C. Erickson And Sons, Inc. | 2200 Arch St | Ste 200 | | Philadelphia | PA | 19103 | | Vendor Payments | 7/19/2024 | $100,000.00 |
| C. Erickson And Sons, Inc. | 2200 Arch St | Ste 200 | | Philadelphia | PA | 19103 | | Vendor Payments | 7/26/2024 | $75,171.18 |
| C. Erickson And Sons, Inc. | 2200 Arch St | Ste 200 | | Philadelphia | PA | 19103 | | Vendor Payments | 8/15/2024 | $141,712.11 |
| C. Erickson And Sons, Inc. | 2200 Arch St | Ste 200 | | Philadelphia | PA | 19103 | | Vendor Payments | 8/23/2024 | $141,712.11 |
| C. Erickson And Sons, Inc. | 2200 Arch St | Ste 200 | | Philadelphia | PA | 19103 | | Vendor Payments | 9/11/2024 | $283,424.22 |
| **C. Erickson And Sons, Inc. Total** | | | | | | | | | | **$742,019.62** |
| CBRE | 50 South 16th Street, Suite 3000 | Suite 3000 | | Philadelphia | PA | 19102 | | Vendor Payments | 8/15/2024 | $30,000.00 |
| **CBRE Total** | | | | | | | | | | **$30,000.00** |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Vendor Payments | 6/26/2024 | $5,957.10 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Vendor Payments | 6/26/2024 | $78.03 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Vendor Payments | 6/26/2024 | $78.03 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Vendor Payments | 6/26/2024 | $51.85 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Vendor Payments | 6/26/2024 | $51.85 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Vendor Payments | 6/26/2024 | $51.85 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Vendor Payments | 6/26/2024 | $51.85 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Vendor Payments | 7/9/2024 | $487.62 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Vendor Payments | 7/16/2024 | $4,803.47 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Vendor Payments | 7/16/2024 | $1,818.13 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Vendor Payments | 7/16/2024 | $487.62 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Vendor Payments | 7/16/2024 | $78.03 |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name (*) | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 7/26/2024 | $159.28 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 7/26/2024 | $4,587.81 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 7/26/2024 | $308.06 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 7/26/2024 | $997.63 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 7/26/2024 | $466.11 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 7/26/2024 | $1,300.92 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 7/26/2024 | $3,637.88 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 7/26/2024 | $2,853.79 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 7/26/2024 | $1,158.62 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 7/26/2024 | $915.39 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 7/26/2024 | $137.94 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 8/15/2024 | $78.03 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 8/15/2024 | $78.03 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 8/15/2024 | $51.85 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 8/15/2024 | $51.85 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 8/15/2024 | $51.85 |
| City Of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 8/15/2024 | $487.62 |
| City of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Vendor Payments | 8/26/2024 | $300.00 |
| City of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 9/5/2024 | $1,488.71 |
| City of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 9/5/2024 | $1,530.14 |
| City of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 9/5/2024 | $2,030.20 |
| City of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 9/5/2024 | $444.08 |
| City of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 9/5/2024 | $777.96 |
| City of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 9/5/2024 | $1,094.57 |
| City of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 9/5/2024 | $78.04 |
| City of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 9/5/2024 | $51.86 |
| City of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 9/5/2024 | $51.86 |
| City of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 9/5/2024 | $51.86 |
| City of Philadelphia | 1401 John F Kennedy Boulevardfl 6 | | | Philadelphia | PA | 19102-1617 | | Utilities | 9/5/2024 | $51.86 |
| **City Of Philadelphia Total** | | | | | | | | | | **$39,269.23** |
| Cooley LLP | 3 Embarcadero Center | 20th Floor | | San Francisco | CA | 94111-4004 | | Professional Fees | 6/12/2024 | $20,000.00 |
| **Cooley LLP Total** | | | | | | | | | | **$20,000.00** |
| Cozen O'Connor | 1200 19th Street NW | | | Washington | DC | 20036 | | Professional Fees | 7/26/2024 | $204,703.30 |
| Cozen O'Connor | 1200 19th Street NW | | | Washington | DC | 20036 | | Professional Fees | 9/11/2024 | $115,000.00 |
| **Cozen O'Connor Total** | | | | | | | | | | **$319,703.30** |
| Crown Castle Fiber LLC | PO Box 32102 | | | New York | NY | 10087-2102 | | Utilities | 7/26/2024 | $10,875.32 |
| Crown Castle Fiber LLC | PO Box 32102 | | | New York | NY | 10087-2102 | | Vendor Payments | 8/22/2024 | $37,189.02 |
| **Crown Castle Fiber LLC Total** | | | | | | | | | | **$48,064.34** |
| Ellucian | 62578 Collections Center Dr. | | | Chicago | IL | 60693 | | Vendor Payments | 7/16/2024 | $79,619.52 |
| Ellucian | 62578 Collections Center Dr. | | | Chicago | IL | 60693 | | Vendor Payments | 7/16/2024 | $79,619.52 |
| **Ellucian Total** | | | | | | | | | | **$159,239.04** |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/10/2024 | $3,375.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/10/2024 | $2,250.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/10/2024 | $1,125.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/10/2024 | $1,100.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/10/2024 | $1,000.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/12/2024 | $1,125.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/13/2024 | $2,250.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/14/2024 | $2,000.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/14/2024 | $1,900.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/14/2024 | $1,000.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/14/2024 | $575.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/17/2024 | $4,500.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/17/2024 | $2,300.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/17/2024 | $2,250.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/17/2024 | $2,200.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/17/2024 | $2,200.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/17/2024 | $2,000.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/17/2024 | $1,150.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/17/2024 | $1,125.00 |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name (*) | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/17/2024 | $1,000.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/20/2024 | $575.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/20/2024 | $1,125.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/20/2024 | $1,900.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/20/2024 | $2,250.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/20/2024 | $2,250.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/20/2024 | $2,325.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/20/2024 | $3,375.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/20/2024 | $4,000.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/21/2024 | $420.55 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/21/2024 | $666.13 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/21/2024 | $904.53 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/21/2024 | $975.42 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/21/2024 | $1,028.71 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/21/2024 | $1,031.08 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/21/2024 | $1,111.79 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/21/2024 | $2,301.89 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/21/2024 | $2,305.69 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/21/2024 | $3,200.14 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/21/2024 | $4,799.02 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/21/2024 | $5,200.36 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/21/2024 | $7,000.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/21/2024 | $9,054.69 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/21/2024 | $10,000.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/25/2024 | $3,375.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/25/2024 | $2,850.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/25/2024 | $2,325.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/25/2024 | $2,250.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/25/2024 | $2,250.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/25/2024 | $2,200.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/25/2024 | $1,800.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/25/2024 | $1,650.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/25/2024 | $1,150.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/25/2024 | $1,150.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/25/2024 | $1,125.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/25/2024 | $1,100.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/25/2024 | $1,100.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/25/2024 | $1,050.00 |
| Heartland Payment Systems, LLC | 3550 Lenox Rd NE, Suite 3000 | | | Atlanta | GA | 30326 | | Vendor Payments | 6/25/2024 | $509.94 |
| **Heartland Payment Systems, LLC Total** | | | | | | | | | | **$130,109.94** |
| Klehr, Harrison, Harvey, Branzburg & Ellers LLP | 1835 Market St Ste 1400 | | | Philadelphia | PA | 19103-2945 | | | 7/19/2024 | $70,000.00 |
| **Klehr, Harrison, Harvey, Branzburg & Ellers LLP Total** | 1835 Market St Ste 1400 | | | Philadelphia | PA | 19103-2945 | | | | **$70,000.00** |
| Kramer Levin Naftalis & Frankel, LLP | 1177 Avenue of the Americas | | | New York | NY | 10036 | | | 7/19/2024 | $1,700,000.00 |
| **Kramer Levin Naftalis & Frankel, LLP Total** | 1177 Avenue of the Americas | | | New York | NY | 10036 | | | | **$1,700,000.00** |
| Littler Mendelson PC | Three Parkway, 1601 Cherry Stree | Suite 1400 | | Philadelphia | PA | 19102-1321 | | Professional Fees | 7/26/2024 | $86,434.45 |
| Littler Mendelson PC | Three Parkway, 1601 Cherry Stree | Suite 1400 | | Philadelphia | PA | 19102-1321 | | Professional Fees | 7/26/2024 | $17,657.90 |
| Littler Mendelson PC | Three Parkway, 1601 Cherry Stree | Suite 1400 | | Philadelphia | PA | 19102-1321 | | Professional Fees | 7/26/2024 | $23,587.05 |
| Littler Mendelson PC | Three Parkway, 1601 Cherry Stree | Suite 1400 | | Philadelphia | PA | 19102-1321 | | Professional Fees | 9/11/2024 | $20,000.00 |
| **Littler Mendelson PC Total** | | | | | | | | | | **$147,679.40** |
| Longino Public Finance | 1401 Lawrence Street | Suite 1600 | | Denver | CO | 80202 | | Professional Fees | 7/19/2024 | $68,167.00 |
| **Longino Public Finance Total** | | | | | | | | | | **$68,167.00** |
| McClintock & Associates PC | 1370 Washington Pike | | | Bridgeville | PA | 15107 | | Vendor Payments | 9/5/2024 | $30,000.00 |
| **McClintock & Associates PC Total** | | | | | | | | | | **$30,000.00** |
| Padliuccon | Department of Labor & Industry | Office of UC Tax Services | 651 Boas Street | Harrisburg | pa | 17121-0750 | | Payroll & Related | 6/14/2024 | $2,543.49 |
| Padliuccon | Department of Labor & Industry | Office of UC Tax Services | 651 Boas Street | Harrisburg | pa | 17121-0750 | | Payroll & Related | 7/18/2024 | $36,598.11 |
| **Padliuccon Total** | | | | | | | | | | **$39,141.60** |
| PAISBOA Health Benefit Trust | 301 Iven Avenue | Ste 315 | | Wayne | PA | 19087 | | Payroll & Related | 6/26/2024 | $180,611.90 |
| PAISBOA Health Benefit Trust | 301 Iven Avenue | Ste 315 | | Wayne | PA | 19087 | | Payroll & Related | 6/28/2024 | $180,611.90 |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name (*) | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| PAISBOA Health Benefit Trust | 301 Iven Avenue | Ste 315 | | Wayne | PA | 19087 | | Payroll & Related | 7/30/2024 | $169,133.06 |
| PAISBOA Health Benefit Trust | 301 Iven Avenue | Ste 315 | | Wayne | PA | 19087 | | Payroll & Related | 8/26/2024 | $10,543.36 |
| PAISBOA Health Benefit Trust | 301 Iven Avenue | Ste 315 | | Wayne | PA | 19087 | | Vendor Payments | 9/11/2024 | $1,066.25 |
| PAISBOA Health Benefit Trust | 301 Iven Avenue | Ste 315 | | Wayne | PA | 19087 | | Vendor Payments | 9/12/2024 | $21,417.04 |
| **PAISBOA Health Benefit Trust Total** | | | | | | | | | | **$563,383.51** |
| | | | | | | | | | | |
| Peco Energy Company | 2301 Market St # S14-2 | | | Philadelphia | PA | 19103-1338 | | Vendor Payments | 6/26/2024 | $727.87 |
| Peco Energy Company | 2301 Market St # S14-2 | | | Philadelphia | PA | 19103-1338 | | Vendor Payments | 6/26/2024 | $236.29 |
| Peco Energy Company | 2301 Market St # S14-2 | | | Philadelphia | PA | 19103-1338 | | Vendor Payments | 7/26/2024 | $112,408.40 |
| Peco Energy Company | 2301 Market St # S14-2 | | | Philadelphia | PA | 19103-1338 | | Vendor Payments | 8/5/2024 | $17,908.36 |
| Peco Energy Company | 2301 Market St # S14-2 | | | Philadelphia | PA | 19103-1338 | | Utilities | 8/15/2024 | $1,471.33 |
| Peco Energy Company | 2301 Market St # S14-2 | | | Philadelphia | PA | 19103-1338 | | Utilities | 8/15/2024 | $677.97 |
| Peco Energy Company | 2301 Market St # S14-2 | | | Philadelphia | PA | 19103-1338 | | Utilities | 8/15/2024 | $42,330.43 |
| Peco Energy Company | 2301 Market St # S14-2 | | | Philadelphia | PA | 19103-1338 | | Utilities | 8/15/2024 | $5,920.95 |
| Peco Energy Company | 2301 Market St # S14-2 | | | Philadelphia | PA | 19103-1338 | | Utilities | 9/5/2024 | $42,175.36 |
| Peco Energy Company | 2301 Market St # S14-2 | | | Philadelphia | PA | 19103-1338 | | Utilities | 9/5/2024 | $720.38 |
| Peco Energy Company | 2301 Market St # S14-2 | | | Philadelphia | PA | 19103-1338 | | Utilities | 9/5/2024 | $303.10 |
| **Peco Energy Company Total** | | | | | | | | | | **$224,880.44** |
| | | | | | | | | | | |
| Philadelphia Insurance Company | One Bala Plaza | Ste 100 | | Bala Cynwyd | PA | 19004 | | Insurance Premiums | 7/1/2024 | $32,572.25 |
| Philadelphia Insurance Company | One Bala Plaza | Ste 100 | | Bala Cynwyd | PA | 19004 | | Insurance Premiums | 7/31/2024 | $35,245.50 |
| Philadelphia Insurance Company | One Bala Plaza | Ste 100 | | Bala Cynwyd | PA | 19004 | | Utilities | 8/15/2024 | $16,731.67 |
| **Philadelphia Insurance Company Total** | | | | | | | | | | **$84,549.42** |
| | | | | | | | | | | |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/10/2024 | $1,368.07 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/11/2024 | $7,292.51 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/12/2024 | $76.09 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/13/2024 | $242.00 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/14/2024 | $5,184.14 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/17/2024 | $545.10 |
| Plansource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/17/2024 | $10,625.79 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/18/2024 | $2,256.90 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/20/2024 | $33.01 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/21/2024 | $779.71 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/24/2024 | $51.93 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/25/2024 | $378.34 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/26/2024 | $18.00 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/27/2024 | $772.67 |
| Plansource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/28/2024 | $1,152.37 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 6/28/2024 | $1,349.99 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/1/2024 | $486.95 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/2/2024 | $1,894.86 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/3/2024 | $195.63 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/5/2024 | $336.61 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/8/2024 | $4,306.94 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/9/2024 | $20.80 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/10/2024 | $90.28 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/11/2024 | $493.98 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/12/2024 | $1,153.54 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/15/2024 | $217.19 |
| Plansource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/15/2024 | $10,786.15 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/16/2024 | $461.20 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/17/2024 | $68.02 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/18/2024 | $147.50 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/19/2024 | $232.10 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/23/2024 | $595.87 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/25/2024 | $940.05 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/26/2024 | $55.98 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/29/2024 | $45.00 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/30/2024 | $709.00 |
| Plansource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 7/31/2024 | $1,354.85 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/1/2024 | $60.69 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/5/2024 | $23.00 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/6/2024 | $839.49 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/9/2024 | $57.78 |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name (*) | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/12/2024 | $67.00 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/13/2024 | $650.87 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/14/2024 | $90.00 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/15/2024 | $428.22 |
| Plansource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/15/2024 | $10,851.73 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/16/2024 | $51.65 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/19/2024 | $75.00 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/20/2024 | $215.19 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/21/2024 | $149.71 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/22/2024 | $2,526.69 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/23/2024 | $64.06 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/26/2024 | $30.00 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/27/2024 | $10.00 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/29/2024 | $50.63 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/30/2024 | $510.71 |
| Plansource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 8/30/2024 | $1,272.85 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 9/3/2024 | $479.80 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 9/4/2024 | $310.49 |
| PlanSource | PO Box 1313 | | | Orlando | FL | 32802 | | Payroll & Related | 9/9/2024 | $106.45 |
| **PlanSource Total** | | | | | | | | | | **$75,641.13** |
| | | | | | | | | | | |
| Puma Telecommunications | Attn Accounting | PO Box 278408 | | Miramar | FL | 33027 | | Vendor Payments | 7/2/2024 | $5,106.00 |
| Puma Telecommunications | Attn Accounting | PO Box 278408 | | Miramar | FL | 33027 | | Vendor Payments | 7/26/2024 | $38,723.00 |
| Puma Telecommunications | Attn Accounting | PO Box 278408 | | Miramar | FL | 33027 | | Vendor Payments | 7/31/2024 | $15,331.25 |
| Puma Telecommunications | Attn Accounting | PO Box 278408 | | Miramar | FL | 33027 | | Vendor Payments | 9/3/2024 | $15,031.25 |
| **Puma Telecommunications Total** | | | | | | | | | | **$74,191.50** |
| | | | | | | | | | | |
| RPA Advisors, LLC | 311 S. Wacker Drive, | Suite 510 | | Chicago | IL | 60606 | | | 7/19/2024 | $393,752.00 |
| **RPA Advisors, LLC Total** | | | | | | | | | | **$393,752.00** |
| | | | | | | | | | | |
| Stephano Slack, LLC | 125 Strafford Ave, | | | Wayne | PA | 19087 | | Vendor Payments | 9/5/2024 | $16,000.00 |
| **Stephano Slack, LLC Total** | | | | | | | | | | **$16,000.00** |
| | | | | | | | | | | |
| TD Bank | One Commerce Square | 2005 Market St., 2nd Fl | | Philadelphia | PA | 19103 | | Vendor Payments | 6/17/2024 | $2,520.84 |
| TD Bank | One Commerce Square | 2005 Market St., 2nd Fl | | Philadelphia | PA | 19103 | | Vendor Payments | 7/15/2024 | $3,964.87 |
| TD Bank | One Commerce Square | 2005 Market St., 2nd Fl | | Philadelphia | PA | 19103 | | Vendor Payments | 8/12/2024 | $825.00 |
| TD Bank | One Commerce Square | 2005 Market St., 2nd Fl | | Philadelphia | PA | 19103 | | Vendor Payments | 8/15/2024 | $3,626.81 |
| TD Bank | One Commerce Square | 2005 Market St., 2nd Fl | | Philadelphia | PA | 19103 | | Vendor Payments | 8/15/2024 | $1,722.30 |
| TD Bank | One Commerce Square | 2005 Market St., 2nd Fl | | Philadelphia | PA | 19103 | | Vendor Payments | 8/15/2024 | $900.00 |
| **TD Bank Total** | | | | | | | | | | **$13,559.82** |
| | | | | | | | | | | |
| Technolutions, Inc. | 157 Church Street | 22nd Fl | | New Haven | CT | 06510 | | Other Operating Disbursements | 6/10/2024 | $3,638.38 |
| Technolutions, Inc. | 157 Church Street | 22nd Fl | | New Haven | CT | 06510 | | Other Operating Disbursements | 6/13/2024 | $168.84 |
| Technolutions, Inc. | 157 Church Street | 22nd Fl | | New Haven | CT | 06510 | | Other Operating Disbursements | 6/14/2024 | $168.84 |
| Technolutions, Inc. | 157 Church Street | 22nd Fl | | New Haven | CT | 06510 | | Other Operating Disbursements | 6/14/2024 | $1,054.16 |
| Technolutions, Inc. | 157 Church Street | 22nd Fl | | New Haven | CT | 06510 | | Other Operating Disbursements | 6/17/2024 | $849.45 |
| Technolutions, Inc. | 157 Church Street | 22nd Fl | | New Haven | CT | 06510 | | Other Operating Disbursements | 6/18/2024 | $1,325.35 |
| Technolutions, Inc. | 157 Church Street | 22nd Fl | | New Haven | CT | 06510 | | Other Operating Disbursements | 6/20/2024 | $1,698.90 |
| Technolutions, Inc. | 157 Church Street | 22nd Fl | | New Haven | CT | 06510 | | Other Operating Disbursements | 6/20/2024 | $767.34 |
| Technolutions, Inc. | 157 Church Street | 22nd Fl | | New Haven | CT | 06510 | | Other Operating Disbursements | 6/21/2024 | $168.84 |
| Technolutions, Inc. | 157 Church Street | 22nd Fl | | New Haven | CT | 06510 | | Other Operating Disbursements | 6/21/2024 | $2,635.40 |
| Technolutions, Inc. | 157 Church Street | 22nd Fl | | New Haven | CT | 06510 | | Other Operating Disbursements | 6/24/2024 | $1,376.53 |
| Technolutions, Inc. | 157 Church Street | 22nd Fl | | New Haven | CT | 06510 | | Other Operating Disbursements | 6/25/2024 | $527.08 |
| Technolutions, Inc. | 157 Church Street | 22nd Fl | | New Haven | CT | 06510 | | Other Operating Disbursements | 6/26/2024 | $1,376.53 |
| Technolutions, Inc. | 157 Church Street | 22nd Fl | | New Haven | CT | 06510 | | Vendor Payments | 7/26/2024 | $7,671.00 |
| **Technolutions, Inc. Total** | | | | | | | | | | **$23,426.64** |
| | | | | | | | | | | |
| TIAA | 8500 Andrew Carnegie Blvd | | | Charlotte | NC | 28201 | | Payroll & Related | 6/18/2024 | $10,768.86 |
| TIAA | 8500 Andrew Carnegie Blvd | | | Charlotte | NC | 28201 | | Payroll & Related | 6/24/2024 | $284.09 |
| TIAA | 8500 Andrew Carnegie Blvd | | | Charlotte | NC | 28201 | | Payroll & Related | 6/27/2024 | $155,076.00 |
| TIAA | 8500 Andrew Carnegie Blvd | | | Charlotte | NC | 28201 | | Payroll & Related | 7/2/2024 | $1,835.71 |
| TIAA | 8500 Andrew Carnegie Blvd | | | Charlotte | NC | 28201 | | Payroll & Related | 7/16/2024 | $1,835.23 |
| TIAA | 8500 Andrew Carnegie Blvd | | | Charlotte | NC | 28201 | | Payroll & Related | 7/26/2024 | $284.09 |
| TIAA | 8500 Andrew Carnegie Blvd | | | Charlotte | NC | 28201 | | Payroll & Related | 7/29/2024 | $160,727.84 |
| TIAA | 8500 Andrew Carnegie Blvd | | | Charlotte | NC | 28201 | | Payroll & Related | 7/30/2024 | $3,357.82 |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name (*) | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| TIAA | 8500 Andrew Carnegie Blvd | | | Charlotte | NC | 28201 | | Payroll & Related | 8/13/2024 | $412.88 |
| TIAA | 8500 Andrew Carnegie Blvd | | | Charlotte | NC | 28201 | | Payroll & Related | 8/27/2024 | $62,416.91 |
| TIAA | 8500 Andrew Carnegie Blvd | | | Charlotte | NC | 28201 | | Payroll & Related | 8/27/2024 | $412.88 |
| TIAA | 8500 Andrew Carnegie Blvd | | | Charlotte | NC | 28201 | | Payroll & Related | 8/28/2024 | $284.09 |
| **TIAA Total** | | | | | | | | | | **$397,696.40** |
| | | | | | | | | | | |
| UMB as Collateral Agent | Attn: Global Corporate Trust | 500 Ross Street | 12th Floor | Pittsburgh | PA | 15262 | | Bridge Fees | 7/19/2024 | $1,062,173.28 |
| UMB as Collateral Agent | Attn: Global Corporate Trust | 500 Ross Street | 12th Floor | Pittsburgh | PA | 15262 | | Bridge Fees | 7/26/2024 | $218,000.00 |
| UMB as Collateral Agent | Attn: Global Corporate Trust | 500 Ross Street | 12th Floor | Pittsburgh | PA | 15262 | | Bridge Fees | 8/16/2024 | $76,000.00 |
| UMB as Collateral Agent | Attn: Global Corporate Trust | 500 Ross Street | 12th Floor | Pittsburgh | PA | 15262 | | Professional Fees | 9/10/2024 | $60,000.00 |
| **UMB as Collateral Agent Total** | | | | | | | | | | **$1,416,173.28** |
| | | | | | | | | | | |
| United Concordia | PO Box 827366 | | | Philadephia | PA | 19182-7366 | | Payroll & Related | 7/10/2024 | $12,366.89 |
| United Concordia | PO Box 827366 | | | Philadephia | PA | 19182-7366 | | Payroll & Related | 7/10/2024 | $71.92 |
| United Concordia | PO Box 827366 | | | Philadephia | PA | 19182-7366 | | Payroll & Related | 7/30/2024 | $11,980.22 |
| United Concordia | PO Box 827366 | | | Philadephia | PA | 19182-7366 | | Payroll & Related | 7/30/2024 | $35.96 |
| United Concordia | PO Box 827366 | | | Philadephia | PA | 19182-7366 | | Payroll & Related | 9/12/2014 | $2,757.13 |
| **United Concordia Total** | | | | | | | | | | **$27,212.12** |
| | | | | | | | | | | |
| Vanbridge | 1140 Avenue of the Americas | 8th Floor | | New York | NY | 10036 | | Insurance Premiums | 7/26/2024 | $311,250.00 |
| **Vanbridge Total** | | | | | | | | | | **$311,250.00** |
| | | | | | | | | | | |
| Vicinity Energy | PO Box 5018 | | | New York | NY | 10087-5018 | | Vendor Payments | 6/26/2024 | $9,585.69 |
| Vicinity Energy | PO Box 5018 | | | New York | NY | 10087-5018 | | Vendor Payments | 7/16/2024 | $2,740.12 |
| Vicinity Energy | PO Box 5018 | | | New York | NY | 10087-5018 | | Utilities | 8/15/2024 | $2,846.95 |
| **Vicinity Energy Total** | | | | | | | | | | **$15,172.76** |
| | | | | | | | | | | |
| Willis Towers Watson Northeast, Inc | PO Box 32090 | | | New York | NY | 10087-2090 | | Insurance Premiums | 6/25/2024 | $120,785.20 |
| Willis Towers Watson Northeast, Inc | PO Box 32090 | | | New York | NY | 10087-2090 | | Insurance Premiums | 6/28/2024 | $329,233.60 |
| Willis Towers Watson Northeast, Inc | PO Box 32090 | | | New York | NY | 10087-2090 | | Insurance Premiums | 8/2/2024 | $8,085.16 |
| Willis Towers Watson Northeast, Inc | PO Box 32090 | | | New York | NY | 10087-2090 | | Insurance Premiums | 8/15/2024 | $1,758,721.27 |
| Willis Towers Watson Northeast, Inc | PO Box 32090 | | | New York | NY | 10087-2090 | | Insurance Premiums | 8/27/2024 | $8,085.16 |
| **Willis Towers Watson Northeast, Inc Total** | | | | | | | | | | **$2,224,910.39** |
| | | | | | | | | | | |
| **Grand Total** | | | | | | | | | | **$10,786,753.66** |

\* Payments to insiders and bankruptcy professionals appear on SOFA 4 and SOFA 11, respectively.

**SOFA 4 ATTACHMENT**

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name (*) | Address 1 | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|
| Andrew Pack | [Address on File] | Former VP of Advancement | 9/25/2023 | $17,500.00 | Gross Regular Pay |
| Andrew Pack | [Address on File] | Former VP of Advancement | 10/25/2023 | $17,500.00 | Gross Regular Pay |
| Andrew Pack | [Address on File] | Former VP of Advancement | 11/24/2023 | $17,500.00 | Gross Regular Pay |
| Andrew Pack | [Address on File] | Former VP of Advancement | 12/18/2023 | $17,500.00 | Gross Regular Pay |
| Andrew Pack | [Address on File] | Former VP of Advancement | 1/25/2024 | $17,500.00 | Gross Regular Pay |
| Andrew Pack | [Address on File] | Former VP of Advancement | 2/23/2024 | $17,500.00 | Gross Regular Pay |
| Andrew Pack | [Address on File] | Former VP of Advancement | 3/25/2024 | $17,529.17 | Gross Regular Pay |
| Andrew Pack | [Address on File] | Former VP of Advancement | 4/25/2024 | $17,529.17 | Gross Regular Pay |
| Andrew Pack | [Address on File] | Former VP of Advancement | 4/25/2024 | $90.00 | Stipend |
| Andrew Pack | [Address on File] | Former VP of Advancement | 5/24/2024 | $17,529.17 | Gross Regular Pay |
| Andrew Pack | [Address on File] | Former VP of Advancement | 5/24/2024 | $90.00 | Stipend |
| Andrew Pack | [Address on File] | Former VP of Advancement | 6/25/2024 | $17,529.17 | Gross Regular Pay |
| Andrew Pack | [Address on File] | Former VP of Advancement | 6/25/2024 | $90.00 | Stipend |
| Andrew Pack | [Address on File] | Former VP of Advancement | 7/25/2024 | $34,788.66 | Vacation |
| **Andrew Pack Total** | | | | **$210,175.34** | |
| Carol Graney | [Address on File] | VP of Academic Affairs | 9/25/2023 | $17,062.50 | Gross Regular Pay |
| Carol Graney | [Address on File] | VP of Academic Affairs | 10/25/2023 | $17,062.50 | Gross Regular Pay |
| Carol Graney | [Address on File] | VP of Academic Affairs | 11/24/2023 | $17,062.50 | Gross Regular Pay |
| Carol Graney | [Address on File] | VP of Academic Affairs | 12/18/2023 | $17,062.50 | Gross Regular Pay |
| Carol Graney | [Address on File] | VP of Academic Affairs | 1/25/2024 | $17,062.50 | Gross Regular Pay |
| Carol Graney | [Address on File] | VP of Academic Affairs | 2/23/2024 | $17,062.50 | Gross Regular Pay |
| Carol Graney | [Address on File] | VP of Academic Affairs | 3/25/2024 | $17,062.50 | Gross Regular Pay |
| Carol Graney | [Address on File] | VP of Academic Affairs | 4/25/2024 | $17,062.50 | Gross Regular Pay |
| Carol Graney | [Address on File] | VP of Academic Affairs | 5/24/2024 | $17,062.50 | Gross Regular Pay |
| Carol Graney | [Address on File] | VP of Academic Affairs | 6/25/2024 | $17,062.50 | Gross Regular Pay |
| Carol Graney | [Address on File] | VP of Academic Affairs | 7/25/2024 | $17,062.50 | Gross Regular Pay |
| Carol Graney | [Address on File] | VP of Academic Affairs | 7/25/2024 | $32,681.25 | Vacation |
| Carol Graney | [Address on File] | VP of Academic Affairs | 8/23/2024 | $17,062.50 | Gross Regular Pay |
| Carol Graney | [Address on File] | VP of Academic Affairs | 9/10/2024 | $17,062.50 | Gross Regular Pay |
| Carol Graney | [Address on File] | VP of Academic Affairs | 9/10/2024 | $2,362.50 | Vacation |
| **Carol Graney Total** | | | | **$256,856.25** | |
| Eric Leal | [Address on File] | Former VP of Finance | 2/23/2024 | $21,666.67 | Gross Regular Pay |
| Eric Leal | [Address on File] | Former VP of Finance | 3/25/2024 | $21,666.67 | Gross Regular Pay |
| Eric Leal | [Address on File] | Former VP of Finance | 4/25/2024 | $21,666.67 | Gross Regular Pay |
| Eric Leal | [Address on File] | Former VP of Finance | 5/24/2024 | $21,666.67 | Gross Regular Pay |
| Eric Leal | [Address on File] | Former VP of Finance | 6/25/2024 | $11,000.00 | Gross Regular Pay |
| Eric Leal | [Address on File] | Former VP of Finance | 6/25/2024 | $8,000.00 | Vacation |
| **Eric Leal Total** | | | | **$105,666.68** | |
| Franklyn Cantor | [Address on File] | Chief of Staff | 9/25/2023 | $11,666.67 | Gross Regular Pay |
| Franklyn Cantor | [Address on File] | Chief of Staff | 10/25/2023 | $11,666.67 | Gross Regular Pay |
| Franklyn Cantor | [Address on File] | Chief of Staff | 11/24/2023 | $11,666.67 | Gross Regular Pay |
| Franklyn Cantor | [Address on File] | Chief of Staff | 12/18/2023 | $11,666.67 | Gross Regular Pay |
| Franklyn Cantor | [Address on File] | Chief of Staff | 1/25/2024 | $11,666.67 | Gross Regular Pay |
| Franklyn Cantor | [Address on File] | Chief of Staff | 2/23/2024 | $11,666.67 | Gross Regular Pay |

In re: The University of the Arts

**SOFA 4 ATTACHMENT**

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name (*) | Address 1 | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|
| Franklyn Cantor | [Address on File] | Chief of Staff | 3/25/2024 | $11,666.67 | Gross Regular Pay |
| Franklyn Cantor | [Address on File] | Chief of Staff | 4/9/2024 | $100.00 | Expense Reimbursement |
| Franklyn Cantor | [Address on File] | Chief of Staff | 4/25/2024 | $11,666.67 | Gross Regular Pay |
| Franklyn Cantor | [Address on File] | Chief of Staff | 5/24/2024 | $11,666.67 | Gross Regular Pay |
| Franklyn Cantor | [Address on File] | Chief of Staff | 6/25/2024 | $11,666.67 | Gross Regular Pay |
| Franklyn Cantor | [Address on File] | Chief of Staff | 7/25/2024 | $11,666.67 | Gross Regular Pay |
| Franklyn Cantor | [Address on File] | Chief of Staff | 7/25/2024 | $13,999.96 | Vacation |
| Franklyn Cantor | [Address on File] | Chief of Staff | 8/23/2024 | $11,666.67 | Gross Regular Pay |
| Franklyn Cantor | [Address on File] | Chief of Staff | 9/10/2024 | $11,666.67 | Gross Regular Pay |
| Franklyn Cantor | [Address on File] | Chief of Staff | 9/10/2024 | $2,153.85 | Vacation |
| Franklyn Cantor | [Address on File] | Chief of Staff | 9/10/2024 | $25,000.00 | Stipend |
| **Franklyn Cantor Total** | | | | **$192,920.52** | |
| Kerry Walk | [Address on File] | Former President | 9/25/2023 | $43,750.00 | Gross Regular Pay |
| Kerry Walk | [Address on File] | Former President | 9/25/2023 | $5,000.00 | Stipend |
| Kerry Walk | [Address on File] | Former President | 9/25/2023 | $2,577.88 | Tax Relocation |
| Kerry Walk | [Address on File] | Former President | 10/25/2023 | $43,750.00 | Gross Regular Pay |
| Kerry Walk | [Address on File] | Former President | 10/25/2023 | $5,000.00 | Stipend |
| Kerry Walk | [Address on File] | Former President | 11/24/2023 | $43,750.00 | Gross Regular Pay |
| Kerry Walk | [Address on File] | Former President | 11/24/2023 | $5,000.00 | Stipend |
| Kerry Walk | [Address on File] | Former President | 12/15/2023 | $736.25 | Expense Reimbursement |
| Kerry Walk | [Address on File] | Former President | 12/18/2023 | $43,750.00 | Gross Regular Pay |
| Kerry Walk | [Address on File] | Former President | 12/18/2023 | $5,000.00 | Stipend |
| Kerry Walk | [Address on File] | Former President | 1/25/2024 | $43,750.00 | Gross Regular Pay |
| Kerry Walk | [Address on File] | Former President | 1/25/2024 | $5,000.00 | Stipend |
| Kerry Walk | [Address on File] | Former President | 2/23/2024 | $43,750.00 | Gross Regular Pay |
| Kerry Walk | [Address on File] | Former President | 2/23/2024 | $5,000.00 | Stipend |
| Kerry Walk | [Address on File] | Former President | 3/25/2024 | $43,750.00 | Gross Regular Pay |
| Kerry Walk | [Address on File] | Former President | 3/25/2024 | $5,000.00 | Stipend |
| Kerry Walk | [Address on File] | Former President | 4/25/2024 | $43,750.00 | Gross Regular Pay |
| Kerry Walk | [Address on File] | Former President | 4/25/2024 | $5,000.00 | Stipend |
| Kerry Walk | [Address on File] | Former President | 5/24/2024 | $43,750.00 | Gross Regular Pay |
| Kerry Walk | [Address on File] | Former President | 5/24/2024 | $5,000.00 | Stipend |
| Kerry Walk | [Address on File] | Former President | 6/25/2024 | $4,038.46 | Gross Regular Pay |
| Kerry Walk | [Address on File] | Former President | 6/25/2024 | $923.08 | Stipend |
| Kerry Walk | [Address on File] | Former President | 6/25/2024 | $10,096.15 | Vacation |
| **Kerry Walk Total** | | | | **$457,121.82** | |
| **Grand Total** | | | | **$1,222,740.61** | |

* The University does not deem academic deans to be officers.  Therefore, they are excluded from this schedule.

**SOFA 13 ATTACHMENT**
Transfers not already listed on this statement

| Who Received the Transfer? | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Relationship to the Debtor | Transferred or Payments Received or Debts Paid In Exchange | Dates Transfer Was Made | Total Amount or Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alexandra Rella / Mudslingers | [Email on file] | | | | | | | | Ceramics Equipment | 8/30/2024 | $6,090.00 |
| **Alexandra Rella / Mudslingers Total** | | | | | | | | | | | **$6,090.00** |
| Allexis Nutini | [Email on file] | | | | | | | | Metal Foundry Equipment | 8/30/2024 | $600.00 |
| **Allexis Nutini Total** | | | | | | | | | | | **$600.00** |
| Amze Emmons / Temple | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 8/29/2024 | $5,300.00 |
| **Amze Emmons / Temple Total** | | | | | | | | | | | **$5,300.00** |
| Angelique Kopacz | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 6/27/2024 | $200.00 |
| **Angelique Kopacz Total** | | | | | | | | | | | **$200.00** |
| Anne Aspinwall | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 6/27/2024 | $1,535.00 |
| **Anne Aspinwall Total** | | | | | | | | | | | **$1,535.00** |
| Ben Quinn-Kerins | [Email on file] | | | | | | | | Metal Foundry Equipment | 8/22/2024 | $1,810.00 |
| **Ben Quinn-Kerins Total** | | | | | | | | | | | **$1,810.00** |
| Brickbat Books | [Email on file] | | | | | | | | Assorted new books | 6/24/2024 | $1,800.00 |
| **Brickbat Books Total** | | | | | | | | | | | **$1,800.00** |
| Caitlin Perkins / Lyme Academy | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 6/24/2024 | $1,625.00 |
| **Caitlin Perkins / Lyme Academy Total** | | | | | | | | | | | **$1,625.00** |
| Charles Cooper | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 6/25/2024 | $100.00 |
| **Charles Cooper Total** | | | | | | | | | | | **$100.00** |
| Chris Robertson | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 8/14/2024 | $960.00 |
| **Chris Robertson Total** | | | | | | | | | | | **$960.00** |
| Delaware Theater Company | [Email on file] | | | | | | | | Media Resource Equipment | 8/22/2024 | $10,000.00 |
| **Delaware Theater Company Total** | | | | | | | | | | | **$10,000.00** |
| Dorie Minich | [Email on file] | | | | | | | | Printmaking/Wood Equipment | | $50.00 |
| **Dorie Minich Total** | | | | | | | | | | | **$50.00** |
| Doug Bucci / Tyler | | | | | | | | | Metal Foundry Equipment | 8/28/2024 | $13,000.00 |
| **Doug Bucci / Tyler Total** | | | | | | | | | | | **$13,000.00** |
| Greg Pizzoli | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 6/24/2024 | $600.00 |
| **Greg Pizzoli Total** | | | | | | | | | | | **$600.00** |
| Gunars Prande | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 7/3/2024 | $8,000.00 |
| **Gunars Prande Total** | | | | | | | | | | | **$8,000.00** |
| Izzie Ashley | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 7/23/2024 | $40.00 |
| **Izzie Ashley Total** | | | | | | | | | | | **$40.00** |
| Jason Roberts | [Email on file] | | | | | | | | Metal Foundry Equipment | 8/30/2024 | $21,900.00 |
| **Jason Roberts Total** | | | | | | | | | | | **$21,900.00** |
| Jesse Solberg | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 6/24/2024 | $5,950.00 |
| **Jesse Solberg Total** | | | | | | | | | | | **$5,950.00** |
| Jessica Kahle | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 8/30/2024 | $785.00 |

**SOFA 13 ATTACHMENT**
Transfers not already listed on this statement

| Who Received the Transfer? | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Relationship to the Debtor | Transferred or Payments Received or Debts Paid In Exchange | Dates Transfer Was Made | Total Amount or Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jessica Kahle Total | | | | | | | | | | | $785.00 |
| John Staack | [Email on file] | | | | | | | | Metal Foundry Equipment | 7/8/2024, 8/30/2024 | $22,935.00 |
| John Staack Total | | | | | | | | | | | $22,935.00 |
| Josh Rickards | | | | | | | | | Printmaking/Wood Equipment | 6/28/2024, 7/22/2024 | $1,250.00 |
| | [Email on file] | | | | | | | | | | |
| Josh Rickards Total | | | | | | | | | | | $1,250.00 |
| Jung Hahn | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 6/25/2024 | $1,125.00 |
| Jung Hahn Total | | | | | | | | | | | $1,125.00 |
| Katie Baldwin | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 6/27/2024 | $2,111.00 |
| Katie Baldwin Total | | | | | | | | | | | $2,111.00 |
| Keith Crawford | [Email on file] | | | | | | | | Metal Foundry Equipment | 8/22/2024 | $510.00 |
| Keith Crawford Total | | | | | | | | | | | $510.00 |
| Laura Frazure | | | | | | | | | Printmaking/Wood Equipment | 7/5/2024 | $200.00 |
| Laura Frazure Total | | | | | | | | | | | $200.00 |
| Lauren Whearty | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 8/5/2024 | $1,600.00 |
| Lauren Whearty Total | | | | | | | | | | | $1,600.00 |
| Lisa Scarpello | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 6/24/2024 | $130.00 |
| Lisa Scarpello Total | | | | | | | | | | | $130.00 |
| Lori Reinhardt | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 7/3/2024 | $6,700.00 |
| Lori Reinhardt Total | | | | | | | | | | | $6,700.00 |
| Marco Federico | [Email on file] | | | | | | | | Metal Foundry Equipment | 8/29/2024 | $2,585.00 |
| Marco Federico Total | | | | | | | | | | | $2,585.00 |
| Maria Welch | [Email on file] | | | | | | | | Printmaking/Wood Equipment | | $125.00 |
| Maria Welch Total | | | | | | | | | | | $125.00 |
| Marisha Simons | | | | | | | | | Printmaking/Wood Equipment | 7/3/2024, 8/15/2024 | $10,951.00 |
| | [Email on file] | | | | | | | | | | |
| Marisha Simons Total | | | | | | | | | | | $10,951.00 |
| Mark Gibson | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 7/3/2024 | $100.00 |
| Mark Gibson Total | | | | | | | | | | | $100.00 |
| Melanie Bilenker | | | | | | | | | Printmaking/Wood Equipment | 8/21/2024 | $370.00 |
| Melanie Bilenker Total | | | | | | | | | | | $370.00 |
| Michael Grothusen | [Email on file] | | | | | | | | Metal Foundry Equipment | 7/8/2024 | $320.00 |
| Michael Grothusen Total | | | | | | | | | | | $320.00 |
| Michele Kishita | | | | | | | | | Printmaking/Wood Equipment | | $25.00 |
| Michele Kishita Total | | | | | | | | | | | $25.00 |
| Miguel Horn | [Email on file] | | | | | | | | Metal Foundry Equipment | 8/29/2024 | $2,375.00 |

**SOFA 13 ATTACHMENT**
Transfers not already listed on this statement

| Who Received the Transfer? | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Relationship to the Debtor | Transferred or Payments Received or Debts Paid In Exchange | Dates Transfer Was Made | Total Amount or Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Miguel Horn Total** | | | | | | | | | | | **$2,375.00** |
| Njena Jarvis | [Email on file] | | | | | | | | Metal Foundry Equipment | 8/30/2024 | $3,620.00 |
| **Njena Jarvis Total** | | | | | | | | | | | **$3,620.00** |
| Patty Smith | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 6/24/2024 | $600.00 |
| **Patty Smith Total** | | | | | | | | | | | **$600.00** |
| Peter Kruty | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 7/3/2024 | $665.00 |
| **Peter Kruty Total** | | | | | | | | | | | **$665.00** |
| Peter Reese | [Email on file] | | | | | | | | Printmaking/Wood Equipment | | $225.00 |
| **Peter Reese Total** | | | | | | | | | | | **$225.00** |
| Rachel Snack | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 7/2/2024 | $6,000.00 |
| **Rachel Snack Total** | | | | | | | | | | | **$6,000.00** |
| Rebecca Gilbert | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 7/3/2024 | $17,135.00 |
| **Rebecca Gilbert Total** | | | | | | | | | | | **$17,135.00** |
| Rebecca Sack | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 7/1/2024 | $250.00 |
| **Rebecca Sack Total** | | | | | | | | | | | **$250.00** |
| Sandra Davis | | | | | | | | | Printmaking/Wood Equipment | 6/27/2024 | $700.00 |
| | [Email on file] | | | | | | | | | | |
| **Sandra Davis Total** | | | | | | | | | | | **$700.00** |
| Sarah Bourne Rafferty | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 6/27/2024 | $725.00 |
| **Sarah Bourne Rafferty Total** | | | | | | | | | | | **$725.00** |
| Sarah Moody | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 7/11/2024 | $200.00 |
| **Sarah Moody Total** | | | | | | | | | | | **$200.00** |
| Scott Newman | [Email on file] | | | | | | | | Metal Foundry Equipment | 7/17/2024 | $2,600.00 |
| **Scott Newman Total** | | | | | | | | | | | **$2,600.00** |
| Sherif Habashi | [Email on file] | | | | | | | | Printmaking/Wood Equipment | 6/24/2024 | $9,275.00 |
| **Sherif Habashi Total** | | | | | | | | | | | **$9,275.00** |
| Starlite | [Email on file] | | | | | | | | Media Resource Equipment | 8/26/2024 | $39,500.00 |
| **Starlite Total** | | | | | | | | | | | **$39,500.00** |
| Steven Corey | [Email on file] | | | | | | | | Printmaking/Wood Equipment | | $1,550.00 |
| **Steven Corey Total** | | | | | | | | | | | **$1,550.00** |
| Sue White | | | | | | | | | Printmaking/Wood Equipment | 6/27/2024, 7/3/2024, 8/22/2024 | $885.00 |
| | [Email on file] | | | | | | | | | | |
| **Sue White Total** | | | | | | | | | | | **$885.00** |
| Tara O'Brien | | | | | | | | | Printmaking/Wood Equipment | 6/26/2024, 7/12/2024, 7/23/2024 | $6,420.00 |
| | [Email on file] | | | | | | | | | | |
| **Tara O'Brien Total** | | | | | | | | | | | **$6,420.00** |

**SOFA 13 ATTACHMENT**
Transfers not already listed on this statement

| Who Received the Transfer? | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Relationship to the Debtor | Transferred or Payments Received or Debts Paid In Exchange | Dates Transfer Was Made | Total Amount or Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TBD | | | | | | | | | Printmaking/Wood Equipment | Various | $1,725.00 |
| TBD | | | | | | | | | Metal Foundry Equipment | Various | $4,028.00 |
| TBD | | | | | | | | | Ceramics Equipment | Various | $5,300.00 |
| **TBD Total** | | | | | | | | | | | **$11,053.00** |
| Tyler Seelig / Cardinal Camera | [Email on file] | | | | | | | | Media Resource Equipment | 8/21/2024 | $276,811.35 |
| Tyler Seelig / Cardinal Camera | [Email on file] | | | | | | | | Computers | 8/21/2024 | $145,950.00 |
| **Tyler Seelig / Cardinal Camera Total** | | | | | | | | | | | **$422,761.35** |
| TD Bank, N.A | Attn: Michael J. Gers | 2005 Market Street | 2nd Floor | Philadelphia | PA | 19103 | | | Security Interests in Certain Property (see Schedule D) | 6/19/2023, 7/102024 | Undetermined |
| **TD Bank, N.A Total** | | | | | | | | | | | **Undetermined** |
| UA Agency, LLC | Att.: Seth Lehr | 1735 Market Street | 9th Floor | Philadelphia | PA | 19103 | | | Security Interests in Certain Property (see Schedule D) | 6/20/2024 | Undetermined |
| **UA Agency, LLC Total** | | | | | | | | | | | **Undetermined** |
| UMB Bank N.A., as representative for Noteholders | Attn: Gordon Gendler | 120 South Sixth St. | Suite 1400 | Minneapolis | MN | 55402 | | | Security Interests in Certain Property (see Schedule D) | 7/19/2024, 7/25/2024, 8/9/2024, 9/10/2024 | Undetermined |
| **UMB Bank N.A., as representative for Noteholders Total** | | | | | | | | | | | **Undetermined** |
| **Grand Total** | | | | | | | | | | | **$657,921.35** |

**Fill in this information to identify the case:**

Debtor name: **The University of the Arts**

United States Bankruptcy Court for the: District of Delaware

Case number: 24-

☐ **Check if this is an amended filing**

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
09/12/2024

/s/Judson. Aaron                                        Judson Aaron

Signature of individual signing on behalf of debtor       Printed name

Chair of the Board of The University of the Arts

Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☑ No

☐ Yes

# United States Bankruptcy Court
## District of Delaware

In re    **The University of the Arts**                                           Case No.

                                          Debtor(s)              Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chair of the Board of The University of the Arts of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 12, 2024**                    **/s/ Judson Aaron**

**Judson Aaron**/**Chair of the Board of The University of the Arts**
Signer/Title

The University of the Arts
Creditor Matrix - Redacted

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 10TH FLOOR PRODUCTIONS | | 4558 WORTH ST | STUDIO D1-B | | PHILADELPHIA | PA | 19124 | |
| 12TH STREET CATERING | | 3312 SPRING GARDEN ST # 20 | | | PHILADELPHIA | PA | 19104-2552 | |
| 12TH STREET CATERING | | 3312 SPRING GARDEN STREET | | | PHILADELPHIA | PA | 19104 | |
| 14 WA PARTNERS LP | ATTN: JACOB W. SEGAL | 1425 WALNUT STREET | SUITE 300 | | PHILADELPIA | PA | 19102 | |
| 1401 WALNUT RETAIL ACQUISITION | | 110 SOUTH 19TH ST | STE 300 | | PHILADELPHIA | PA | 19103 | |
| 1401 WALNUT UNIT C, LLC | PEARL PROPERTIES COMMERCIAL MANAGMENT, LLC | ATTN: REED J. SLOGOFF | 1425 WALNUT STREET | SUITE 300 | PHILADELPHIA | PA | 19102 | |
| 1401 WALNUT UNIT C, LLC | | 1401 WALNUT STREET | | | PHILADELPHIA | PA | 19102 | |
| 1608 WALNUT STREET ASSOC, LP | | 1608 WALNUT ST | #903 | | PHILADELPHIA | PA | 19103 | |
| 1675 FOUNDATION | C/O PEMBROKE PHILANTHROPY ADVISORS | 16 E LANCASTER AVE STE 102 | | | ARDMORE | PA | 19003-2228 | |
| 1838 BLACK METROPOLIS INC | | 4537 CANNING AVE | | | PENNSAUKEN | NJ | 08109 | |
| 1976 FOUNDATION | | 200 EAGLE RD STE 308 | | | WAYNE | PA | 19087-3115 | |
| 32 SOUNDS LLC | | 2764 ORLEANS AVE | | | NEW ORLEANS | LA | 70119 | |
| 47 BRAND LLC | | PO BOX 419648 | | | BOSTON | MA | 02241-9648 | |
| 503 CORPORATION | | 5019 MULBERRY ST | | | PHILADELPHIA | PA | 19124-1348 | |
| 8TH WALL, INC. | ATTN: KEVIN STRAW | 318 CAMBRIDGE AVE. | | | PALO ALTO | CA | 94306 | |
| 8TH WALL, LLC | | 318 CAMBRIDGE AVENUE | | | PALO ALTO | CA | 94306 | |
| A. R. WOLFSON ASSOC | | 409 SALISBURY RD | | | WYNCOTE | PA | 19095-2023 | |
| A. S. JENKS SCHOOL | | 13TH & PORTER STREETS | | | PHILADELPHIA | PA | 19148 | |
| AAA SUNFLOWER FLORIST, INC | | 449 NORTH 12TH ST. | UNIT A | | PHILADELPHIA | PA | 19123 | |
| AAJDESIGN | | 124 NORTH 3RD ST. | 2ND FL | | PHILADELPHIA | PA | 19106-1803 | |
| AANIKA ALLEN | | ADDRESS ON FILE | | | | | | |
| AARON WEBER | | ADDRESS ON FILE | | | | | | |
| AARON, JUDSON A. | | ADDRESS ON FILE | | | | | | |
| ABAMONT AND ASSOC | | 200 GARDEN CITY PLZ STE 400 | | | GARDEN CITY | NY | 11530-3340 | |
| ABBEY CAMERA, INC. | | 1417 MELON ST | | | PHILADELPHIA | PA | 19130 | |
| ABBY LYNCH | | ADDRESS ON FILE | | | | | | |
| ABBY MOORHOUSE | C/O LYNCH CARPENTER, LLP | ATTN: GARY F. LYNCH | 1133 PENN AVENUE, 5TH FLOOR | | PITTSBURGH | PA | 15222 | |
| ABBY MOORHOUSE | WELLS MOORE SIMMONS & HUBBARD PLLC | ATTN: SETH C. LITTLE | 4450 OLD CANTON RD | POBOX 1970 | JACKSON | MS | 39215 | |
| ABC - ILO LANGUES | | 65 PLACE DE THESSALIE | | | 34000 MONTPELLIER | | | FRANCE |
| ABEL, ANNIKA | | ADDRESS ON FILE | | | | | | |
| ABERDEEN STANDARD INVESTMENTS INC. | | 1900 MARKET ST | SUITE 200 | | PHILADELPHIA | PA | 19103 | |
| ABHI TARANATH | | ADDRESS ON FILE | | | | | | |
| ABIR SHUKRI | | ADDRESS ON FILE | | | | | | |
| ABRAHAM IN MOTION, INC | | PO BOX 986 | | | NEW YORK | NY | 10113 | |
| ACADEMIC HEALTHPLANS, INC | | PO BOX 1605 | | | COLLEYVILLE | TX | 76034-1605 | |
| ACBS | c/o Berkley Specialty Insurance Company | Main Administrative Office | 7233 East Butherus | | Scottsdale | AZ | 85260 | |
| ACCELERATION NETWORK FAMILY | | 440 N. BROAD ST | | | PHILADELPHIA | PA | 19130 | |
| ACCHIONE, SARAH | | ADDRESS ON FILE | | | | | | |
| ACCOMMODATION MOLLEN, INC | | 2829 CEDAR ST | | | PHILADELPHIA | PA | 19134-4211 | |
| ACKER ET AL V. UNIVERSITY OF THE ARTS | C/O LEVIN SEDRAN & BERMAN PA | ATTN: NICHOLAS ELIA & DAVID C. LEVIN | 510 WALNUT STREET | STE. 500 | PHILADELPIA | PA | 19106 | |
| ACKERMAN, CHARLEEN | | ADDRESS ON FILE | | | | | | |
| ACOGNY, GERMAINE | | ADDRESS ON FILE | | | | | | |
| ACS SERVICES, LLC | | 831 LINCOLN AVE | UNIT D-14 | | W. CHESTER | PA | 19380 | |
| ADAIR, WILLIAM | | ADDRESS ON FILE | | | | | | |
| ADAM JENKINS CONSERVATION | | ADDRESS ON FILE | | | | | | |
| ADAMS, CARA BLUE | | ADDRESS ON FILE | | | | | | |
| ADAMS, MICHAEL | | ADDRESS ON FILE | | | | | | |
| ADAMS, PATRESHETTARLINI | | ADDRESS ON FILE | | | | | | |
| ADDIE, MAYA | | ADDRESS ON FILE | | | | | | |
| ADELA COTA-GOMEZ | | ADDRESS ON FILE | | | | | | |
| ADIRONDACK SOLUTIONS, INC. | ATTN: RANDI SCHWERINER, CFO | P.O. BOX 8102 | | | BRIDGEWATER | NJ | 08807 | |
| ADMK | | 204 E WILLOW GROVE AVE | | | PHILADELPHIA | PA | 19118-2905 | |
| ADOBE SYSTEMS, INC | | 801 N 34TH ST | | | SEATTLE | WA | 98103-8882 | |
| ADP, INC | | PO BOX 842875 | | | BOSTON | MA | 02284-2875 | |
| ADP, INC. | ATTN: TARA ALBRITTON, SVP HCM SERVICES | PO BOX 842875 | PO BOX 842875 | | BOSTON | MA | 02284-2875 | |
| ADRIANA MENDEZ | | ADDRESS ON FILE | | | | | | |
| ADRIEL A. GONZALEZ | | ADDRESS ON FILE | | | | | | |
| ADRIEN BRAIM | | ADDRESS ON FILE | | | | | | |
| ADRIENNE WESTWOOD | | ADDRESS ON FILE | | | | | | |
| ADT COMMERCIAL | | PO BOX 382109 | | | PITTSBURGH | PA | 15251-8109 | |
| AENJ | | 19 SEDGEWICK DRIVE | | | MAGNOLIA | DE | 19962 | |
| AGB MEMBERSHIP | | PO BOX 418687 | | | BOSTON | MA | 02241-8687 | |
| AGB SEARCH, LLC | | 1666 K STREET N.W. | STE 1200 | | WASHINGTON | DC | 20006 | |
| AGHAZARIAN, ARAM A. | | ADDRESS ON FILE | | | | | | |
| AGUDA, OLUWAPEMI | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AGUGLIA, PHILIP M. | | ADDRESS ON FILE | | | | | | |
| AHMED, DILRUBA | | ADDRESS ON FILE | | | | | | |
| AHMED, SABA | | ADDRESS ON FILE | | | | | | |
| AICAD | | 236 HOPE STREET | | | PROVIDENCE | RI | 02906 | |
| AICUP | | 101 NORTH FRONT STREET | | | HARRISBURG | PA | 17101-1405 | |
| AIDAN MCGINTY | | ADDRESS ON FILE | | | | | | |
| AIMEE CONSOLE | | ADDRESS ON FILE | | | | | | |
| AI-WARRAK | | ADDRESS ON FILE | | | | | | |
| AKULIN-LIDERT, OLIVER J. | | ADDRESS ON FILE | | | | | | |
| ALAM, RAFAEL EMILIO | | ADDRESS ON FILE | | | | | | |
| ALAN BERNSTEIN | | ADDRESS ON FILE | | | | | | |
| ALANA HOFFMAN | | ADDRESS ON FILE | | | | | | |
| ALANA JONES | | ADDRESS ON FILE | | | | | | |
| ALBERT APPLE | | ADDRESS ON FILE | | | | | | |
| ALBERT CHAPPELL | | ADDRESS ON FILE | | | | | | |
| ALBERTA GIBSON | | ADDRESS ON FILE | | | | | | |
| ALBERTSON-ROGERS, WREN | | ADDRESS ON FILE | | | | | | |
| ALCOA FOUNDATION | | 201 ISABELLA ST | | | PITTSBURGH | PA | 15212-5827 | |
| ALEX DA CORTE LLC | | ADDRESS ON FILE | | | | | | |
| ALEXANDER LOVERDE | | ADDRESS ON FILE | | | | | | |
| ALEXANDER, ANDREW P. | | ADDRESS ON FILE | | | | | | |
| ALEXANDRA DI TROLIO | | ADDRESS ON FILE | | | | | | |
| ALEXANDRA LORINO | | ADDRESS ON FILE | | | | | | |
| ALEXIS H. NUTINI | | ADDRESS ON FILE | | | | | | |
| ALFONSO, MARIA RENEE ISABEL | | ADDRESS ON FILE | | | | | | |
| ALFRED UNIVERSITY | | 1 SAXON DRIVE | | | ALFRED | NY | 14802 | |
| ALICIA A. ROPER | | ADDRESS ON FILE | | | | | | |
| ALI-OSHATZ, LILY | | ADDRESS ON FILE | | | | | | |
| ALISON RAINEY | | ADDRESS ON FILE | | | | | | |
| ALISSA WALKER | | ADDRESS ON FILE | | | | | | |
| ALITA A. JOSEPH | | ADDRESS ON FILE | | | | | | |
| ALLAN DOMB REAL ESTATE | | 1845 WALNUT STREET | STE. 2200 | | PHILADELPHIA | PA | 19103 | |
| ALLAN PACK | | ADDRESS ON FILE | | | | | | |
| ALLEGHENY EDUCATIONAL | | 320 E. 3RD AVE. | | | TARENTUM | PA | 15084 | |
| ALLEMANN ALMQUIST & JONES | | 124 N 3RD ST FL 2 | | | PHILADELPHIA | PA | 19106-1861 | |
| ALLEN & ASSOC | | 830 WILMINGTON RD | | | SAN MATEO | CA | 94402-3334 | |
| ALLEN J. SWIRZ | | ADDRESS ON FILE | | | | | | |
| ALLEN, AANIKA | | ADDRESS ON FILE | | | | | | |
| ALLEN, DAVID | | ADDRESS ON FILE | | | | | | |
| ALLEN, DAVID F. | | ADDRESS ON FILE | | | | | | |
| ALLEN, KATHERINE L. | | ADDRESS ON FILE | | | | | | |
| ALLEN, MARK | | ADDRESS ON FILE | | | | | | |
| ALLERGIC DISEASE ASSOC, PC | | 210 ARK RD STE 109 | | | MOUNT LAUREL | NJ | 08054-3188 | |
| ALLIED PIANO & FINISH LLC | | 3096 BRISTOL RD | | | WARRINGTON | PA | 18976 | |
| ALLIED UNIVERSAL SECURITY SRVS. | | PO BOX 828854 | | | PHILADELPHIA | PA | 19182-8854 | |
| ALLIEDBARTON SECURITY SERVICES LLC | | 1760 MARKET STREET | 1760 MARKET STREET | | PHILADELPHIA | PA | 19103 | |
| ALLISON F. WRIGHT | | ADDRESS ON FILE | | | | | | |
| ALLURE PARTY RENTALS | | 1326 WEST MCNAB RD | | | FORT LAUDERDALE | FL | 33309 | |
| ALOUSH, ABEER | | ADDRESS ON FILE | | | | | | |
| ALPHEX INFORMATION SOLUTIONS | | 458 WEST ONTARIO AVE SW | | | ATLANTA | GA | 30310 | |
| ALPHONSE BOULOS | | ADDRESS ON FILE | | | | | | |
| ALSTON-WARD, TAMIA | | ADDRESS ON FILE | | | | | | |
| ALTERED INNOCENCE LLC | | 543 NORTH MADISON AVE | APT 10 | | LOS ANGELED | CA | 90004 | |
| ALTIMEZE KING | | ADDRESS ON FILE | | | | | | |
| ALTINORDU, HAYAL | | ADDRESS ON FILE | | | | | | |
| ALUSIV, INC | | 123 CHESTNUT ST STE 200 | | | PHILADELPHIA | PA | 19106-3051 | |
| ALVAREZ & MARSAL NORTH AMERICA, LLC | | 600 MADISON AVENUE | | | NEW YORK | NY | 10022 | |
| ALVAREZ, JAIME | | ADDRESS ON FILE | | | | | | |
| ALVARO, KIKAU | | ADDRESS ON FILE | | | | | | |
| ALVERNIA UNIVERSITY | | 400 SAINT BERNARDINE ST | | | READING | PA | 19607 | |
| ALVOID, TIFFANY | | ADDRESS ON FILE | | | | | | |
| ALYSSA REISE | | ADDRESS ON FILE | | | | | | |
| AMANDA ALFINEZ | | ADDRESS ON FILE | | | | | | |
| AMANDA CLAUSEN | | ADDRESS ON FILE | | | | | | |
| AMANDA GARGIULO | | ADDRESS ON FILE | | | | | | |
| AMANDA MELCZER | | ADDRESS ON FILE | | | | | | |
| AMANDA PIROLA | | ADDRESS ON FILE | | | | | | |
| AMATO, RACHEL | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AMAZE DESIGN, INC | | 171 MILK STREET | | | BOSTON | MA | 02109 | |
| AMBASSADOR TRAVEL | | 5236 VOGEL RD | STE B | | EVANSVILLE | IN | 47715 | |
| AMBER AMOROSO | | ADDRESS ON FILE | | | | | | |
| AMBER PARK | | ADDRESS ON FILE | | | | | | |
| AMBRON, MICHAEL | | ADDRESS ON FILE | | | | | | |
| AMDA COLLEGE OF PERFORMING ARTS | | 6305 YUCCA STREET | | | LOS ANGELES | CA | 90028 | |
| AMER HANINI | | ADDRESS ON FILE | | | | | | |
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA | C/O HPSO CNA | 151 N FRANKLIN STREET | | | CHICAGO | IL | 60606 | |
| AMERICAN COLLEGE DANCE | | 15 WEST MONTGOMERY AVE. | #301 | | ROCKVILLE | MD | 20850 | |
| AMERICAN DANCE FESTIVAL, INC | | PO BOX 90772 | | | DURHAM | NC | 27708 | |
| AMERICAN ENDOWMENT FOUNDATION | | 5700 DARROW RD STE 118 | | | HUDSON | OH | 44236-5026 | |
| AMERICAN INTERNATIONAL GROUP, INC. | | 1271 AVE OF THE AMERICAS | FL 37 | | NEW YORK | NY | 10020-1304 | |
| AMERICAN MASTERPIECES DANCE COLLEGE COMPONENT | | 1156 15TH ST NW STE 820 | | | WASHINGTON | DC | 20005-1773 | |
| AMERICAN RED CROSS | | TRAINING SERVICES | 25688 NETWORK PLACE | | CHICAGO | IL | 60673-1256 | |
| AMERICAN REGISTRY FOR INTERNET | | PO BOX 719477 | | | PHILADELPHIA | PA | 19171-9477 | |
| AMERICAN UNIVERSITY | STUDENT ACCOUNTS | 4400 MASSACHUSETTS AVE NW | | | WASHINGTON | DC | 20016-8017 | |
| AMERICAN UNIVERSITY | | 4400 MASSACHUSETTS AVENUE, NW | | | WASHINGTON | DC | 20016 | |
| AMIEE SALVAGGIO | | ADDRESS ON FILE | | | | | | |
| AMUDIPES BEHAVIORAL HEALTH | | 90 NORRISTOWN RD | | | BLUE BELL | PA | 19422-2802 | |
| AMUNEAL MANUFACTURING CORP. | | 4737 DARRAH ST | | | PHILADELPHIA | PA | 19124-2705 | |
| AMY DEFRUSCIO | | ADDRESS ON FILE | | | | | | |
| AMY GILLETTE | | ADDRESS ON FILE | | | | | | |
| AMY HERTZ | | ADDRESS ON FILE | | | | | | |
| AMY K. NORDSTROM | | ADDRESS ON FILE | | | | | | |
| AMY K. SCHUTT | | ADDRESS ON FILE | | | | | | |
| AMY METROKA | | ADDRESS ON FILE | | | | | | |
| AMY PARADISE | | ADDRESS ON FILE | | | | | | |
| ANANYA M. SAXENA | | ADDRESS ON FILE | | | | | | |
| AND IM THE DAME THAT CAN PROVE IT, INC | | 855 S SERRANO AVE APT 41 | | | LOS ANGELES | CA | 90005-2770 | |
| ANDERSON, ARIK B. | | ADDRESS ON FILE | | | | | | |
| ANDERSON, ASHLEY | | ADDRESS ON FILE | | | | | | |
| ANDERSON, CALVIN | | ADDRESS ON FILE | | | | | | |
| ANDERSON, JOSEPH | | ADDRESS ON FILE | | | | | | |
| ANDERSON, MELISSA | | ADDRESS ON FILE | | | | | | |
| ANDERSON-KOSOKO, JAAMIL OLAWALE | | ADDRESS ON FILE | | | | | | |
| ANDRA MEADOWS | | ADDRESS ON FILE | | | | | | |
| ANDRE BROWN | | ADDRESS ON FILE | | | | | | |
| ANDREA CORLEY | | ADDRESS ON FILE | | | | | | |
| ANDREA M. YORITA | | ADDRESS ON FILE | | | | | | |
| ANDREA MEAD | | ADDRESS ON FILE | | | | | | |
| ANDREW B. YOUNG FOUNDATION | C/O EDWIN R. BOYNTON, ESQ. | GREAT VALLEY CORPORATE CENTER | 30 VALLEY STREAM PARKWAY | | MALVERN | PA | 19355-1481 | |
| ANDREW LEUSNER | | ADDRESS ON FILE | | | | | | |
| ANDREW MULLIN | | ADDRESS ON FILE | | | | | | |
| ANDREW SAXE | | ADDRESS ON FILE | | | | | | |
| ANDREW STERN | | ADDRESS ON FILE | | | | | | |
| ANDREW W. MELLON FOUNDATION | | ADDRESS ON FILE | | | | | | |
| ANDY WARHOL FOUNDATION | | ADDRESS ON FILE | | | | | | |
| ANGELA BOONE | | ADDRESS ON FILE | | | | | | |
| ANGELA ESPINOSA | | ADDRESS ON FILE | | | | | | |
| ANGELA PACK | | ADDRESS ON FILE | | | | | | |
| ANGELA RIECHERS | | ADDRESS ON FILE | | | | | | |
| ANGELINA DEVLIN | | ADDRESS ON FILE | | | | | | |
| ANITA HILL | | ADDRESS ON FILE | | | | | | |
| ANKAMAH, ANDREW K. JR. | | ADDRESS ON FILE | | | | | | |
| ANN MARIE HERDMAN | | ADDRESS ON FILE | | | | | | |
| ANN RUCKER | | ADDRESS ON FILE | | | | | | |
| ANNA CRUSIS FEMINIST CHOIR | | PO BOX 42277 | | | PHILADELPHIA | PA | 19101 | |
| ANNA GLEITZ | | ADDRESS ON FILE | | | | | | |
| ANNA KIRSTEIN | | ADDRESS ON FILE | | | | | | |
| ANNA MARIES ACADEMY OF DANCE | | 7201 MARSDEN ST | | | PHILADELPHIA | PA | 19135-1224 | |
| ANNABEL SHERON | | ADDRESS ON FILE | | | | | | |
| ANNE GAGNON | | ADDRESS ON FILE | | | | | | |
| ANNE MILOT | | ADDRESS ON FILE | | | | | | |
| ANNE OSWALD | | ADDRESS ON FILE | | | | | | |
| ANNELISE DAHLIN | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ANNETTE GRDEN | | ADDRESS ON FILE | | | | | | |
| ANNIE FLEISCH | | ADDRESS ON FILE | | | | | | |
| ANNIE MCKENNA | | ADDRESS ON FILE | | | | | | |
| ANTENEN, EMMA | | ADDRESS ON FILE | | | | | | |
| ANTHOLOGY FILM ARCHIVES | | 32 SECOND AVE | | | NEW YORK | NY | 10003 | |
| ANTHONY BILELLO | | ADDRESS ON FILE | | | | | | |
| ANTHONY FRANK GIGANTE | | ADDRESS ON FILE | | | | | | |
| ANTHONY HARDIN | | ADDRESS ON FILE | | | | | | |
| ANTOINE GARRETT | | ADDRESS ON FILE | | | | | | |
| ANTONIA HOWARD | | ADDRESS ON FILE | | | | | | |
| ANTONIO AGOSTINI | | ADDRESS ON FILE | | | | | | |
| ANTWANE MEADOWS | | ADDRESS ON FILE | | | | | | |
| ANYA S. TRETIAKOVA | | ADDRESS ON FILE | | | | | | |
| APA MUSIC & PICTURES | | 948 THOMAS DR | | | WARMINSTER | PA | 18974-2883 | |
| APFELBAUM, ALEXIS | | ADDRESS ON FILE | | | | | | |
| APPEL, JONATHAN | | ADDRESS ON FILE | | | | | | |
| APPELL MUSIC, LP | | 28 KNOLLWOOD DR | | | CHERRY HILL | NJ | 08002-1618 | |
| APPLE FARM ARTS & MUSIC CENTER | | PO BOX 888 | 457 SHIRLEY RD | | ELMER | NJ | 08318 | |
| APPLE PRESS LTD | | 307 COMMERCE DRIVE | | | EXTON | PA | 19341 | |
| APPLE, INC | | PO BOX 281877 | | | ATLANTA | GA | 30384-1877 | |
| APPLE, KRISTA | | ADDRESS ON FILE | | | | | | |
| APPLEGATE, ANDREW R. | | ADDRESS ON FILE | | | | | | |
| APPLES STEWART | | ADDRESS ON FILE | | | | | | |
| APPLIANCE BROKERS, LTD | | 2B CORN RD | | | DAYTON | NJ | 08810-1527 | |
| APPLIGENT, INC | | 22 EAST BALTIMORE AVE. | | | LANSDOWNE | PA | 19050 | |
| APRIL INGRAM | | ADDRESS ON FILE | | | | | | |
| APRIL WHITE | | ADDRESS ON FILE | | | | | | |
| AQUATHIN CORPORATION | | 2800 W CYPRESS CREEK RD | | | FT LAUDERDALE | FL | 33309-1706 | |
| ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP | ATTN: VP, FINANCE, ARAMARK EDUCATION | ARAMARK TOWER, 24TH FLOOR | ARAMARK TOWER, 24TH FLOOR | 1101 MARKET STREET | PHILADELPHIA | PA | 19107-2988 | |
| ARAMARK SERVICES, INC. | | ARAMARK DALLAS LOCKBOX | PO BOX 978839 | | DALLAS | TX | 75397-8839 | |
| ARCADIA UNIVERSITY | COLL OF GLOBAL STUDIES | CL # 4465 | PO BOX 95000 | | PHILADELPHIA | PA | 19195-4465 | |
| ARCADIA UNIVERSITY | | 450 S. EASTON RD | | | GLENSIDE | PA | 19038 | |
| ARCH SPECIALTY INSURANCE COMPANY | RYAN TURNER SPECIALTY | 1650 ARCH STREET | 26TH FLOOR | | PHILADELPHIA | PA | 19103 | |
| ARCHER & GREINER P.C. | | 1025 LAUREL OAK RD | | | VOORHEES | NJ | 08043 | |
| ARCHER & GREINER, P.C. | | 1 CENTENNIAL SQ | | | HADDONFIELD | NJ | 08033-2454 | |
| ARCHITECTURAL FINISHES, INC | | PO BOX 3297 | | | SCRANTON | PA | 18505-0297 | |
| ARDEN THEATRE CO | | 40 N 2ND ST | | | PHILADELPHIA | PA | 19106-4504 | |
| ARDEN THEATRE CO | | 40 NORTH 2ND STREET | | | PHILADELPHIA | PA | 19106 | |
| ARENTS-JACKSON, CAROL | | ADDRESS ON FILE | | | | | | |
| ARGERAKIS, CHRISOSTOMOS | | ADDRESS ON FILE | | | | | | |
| ARISTONE, JOE | | ADDRESS ON FILE | | | | | | |
| ARKINSTALL, ELIZABETH | | ADDRESS ON FILE | | | | | | |
| ARMSTEAD, TYMBRE | | ADDRESS ON FILE | | | | | | |
| ARMSTRONG WORLD INDUSTRIES, INC | | PO BOX 3001 | | | LANCASTER | PA | 17604-3001 | |
| ARNOLD, SARA | | ADDRESS ON FILE | | | | | | |
| ARNOLD, SARA J. | | ADDRESS ON FILE | | | | | | |
| ARRAYA SOLUTIONS, INC | | 518 TOWNSHIP LINE RD | STE 250 | | BLUE BELL | PA | 19422 | |
| ART ACADEMY OF CINCINNATI | | 1212 JACKSON STREET | | | CINCINNATI | OH | 45202 | |
| ART IN TRANSIT INC | | 254 ROSES BROOK RD | | | S. KORTRIGHT | NY | 13842 | |
| ART OF EDUCATION UNIVERSITY | | 518 MAIN STREET | STE A | | OSAGE | IA | 50461 | |
| ART SERVICES | | 3600 SW 110TH AVE | | | MIAMI | FL | 33165-3538 | |
| ART SPIKOL, INC | | 1616 WALNUT ST APT 906 | | | PHILADELPHIA | PA | 19103-5303 | |
| ARTHUR CARDONICK | | ADDRESS ON FILE | | | | | | |
| ASHLEIGH HOWARD | | ADDRESS ON FILE | | | | | | |
| ASHLEY D. BLACK | | ADDRESS ON FILE | | | | | | |
| ASHLEY LOMERY | | ADDRESS ON FILE | | | | | | |
| ASHLEY SCHWAB | | ADDRESS ON FILE | | | | | | |
| ASOCIACION PUERTORRIQUENOS EN MARCHA | | 1900 N 9TH ST STE 102 | | | PHILADELPHIA | PA | 19122-2028 | |
| ASSOCIATED SPECIALTY CONTRACTING | | 98 LACRUE AVE STE 110 | | | GLEN MILLS | PA | 19342-1010 | |
| ASSOCIATION THANH LOAN - COMPA | | 182 RUE LA FAYETTE | | | 75010 PARIS | | | FRANCE |
| ASTEROID B612 | | 914 MOUNTAIN STREET | | | PHILADELPHIA | PA | 19148 | |
| ATELIER | | PO BOX 56316 | | | PHILADELPHIA | PA | 19130 | |
| ATI RESTORATION, LLC | | PO BOX 8318 | | | PASADENA | CA | 91109-8318 | |
| ATLANTIC CITY MUSICIANS UNION | | 322 WEST 48TH ST | LOCAL 661-708 A.F. OF M. | | NEW YORK | NY | 10036 | |
| ATLAS INTERPRETING | | 1120 BELFIELD AVE | | | DREXEL HILL | PA | 19026-4210 | |
| ATTIE, DOROTHY | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ATTIE, MICHAEL | | ADDRESS ON FILE | | | | | | |
| ATTIE, MICHAEL S. | | ADDRESS ON FILE | | | | | | |
| AUBREY YOUNG | | ADDRESS ON FILE | | | | | | |
| AUDIO VIDEO REPAIR INC | | 9105 COLLINS AVE | | | PENNSAUKEN | NJ | 08110 | |
| AUDIO VISUAL CENTER | | 220 N LEXINGTON AVE | | | HAVERTOWN | PA | 19083-5006 | |
| AUDREY KLEEMAN | | ADDRESS ON FILE | | | | | | |
| AUGUSTO ECONA TORRES | | ADDRESS ON FILE | | | | | | |
| AUSTIN LAMONT RESIDUARY TRUST | | DECHERT LLPCIRA CENTRE | 2929 ARCH ST STE 400 | | PHILADELPHIA | PA | 19104-2808 | |
| AUTHORITY MEDIA | | 2500 SILVERADO TRAIL NORTH | | | ST. HELENA | CA | 94574 | |
| AUTISM EXPRESSED | | 1549 S. 13TH STREET | | | PHILADELPHIA | PA | 19147 | |
| AUTOMATIC DATA PROCESSING | | 1125 VIRGINIA DRIVE | | | FT WASHINGTON | PA | 19034-3203 | |
| AUTUMN YEARS MAGAZINE | | 51 BERKSHIRE PL | | | ALLENDALE | NJ | 07401-2005 | |
| AVENUE OF THE ARTS, INC | | 123 SOUTH BROAD STREET | STE 2035 | | PHILADELPHIA | PA | 19109 | |
| AVERY MARTIN | | ADDRESS ON FILE | | | | | | |
| AWEAU, TANYA A. | | ADDRESS ON FILE | | | | | | |
| AYDEN S. FLINT | | ADDRESS ON FILE | | | | | | |
| AZEEZ, DAVID M. | | ADDRESS ON FILE | | | | | | |
| B AND K ARTS, LLC | | 527 SOUTH 16TH STREET | | | PHILADELPHIA | PA | 19146-1646 | |
| B&H PHOTO-VIDEO | | REMITTANCE PROCESSING CENTER | PO BOX 28072 | | NEW YORK | NY | 10087-8072 | |
| B. PROUD PHOTOGRAPHY, INC | | 1420 HAMILTON STREET | | | WILMINGTON | DE | 19806 | |
| B.W. BASTIAN FOUNDATION | | ADDRESS ON FILE | | | | | | |
| BACHMAN, TREVOR | | ADDRESS ON FILE | | | | | | |
| BACON, BRIAN | | ADDRESS ON FILE | | | | | | |
| BAI BRANDS LLC | | 1800 EAST STATE STREET | | | TRENTON | NJ | 08609 | |
| BAILEY, REN | | ADDRESS ON FILE | | | | | | |
| BAKER SOUND STUDIOS | | 1821 RANSTEAD ST | | | PHILADELPHIA | PA | 19103 | |
| BAKER TILLY US, LLP | | PO BOX 78975 | | | MILWAUKEE | WI | 53278-8975 | |
| BAKER, ANNELISE | | ADDRESS ON FILE | | | | | | |
| BAKER, DASHAWN | | ADDRESS ON FILE | | | | | | |
| BAKST, LAUREN | | ADDRESS ON FILE | | | | | | |
| BAKST, LAUREN G. | | ADDRESS ON FILE | | | | | | |
| BALDWIN WALLACE UNIVERSITY | | 275 EASTLAND RD | | | BEREA | OH | 44017 | |
| BALL, SHERONDA | | ADDRESS ON FILE | | | | | | |
| BALLARD SPAHR LLP | | PO BOX 825465 | | | PHILADELPHIA | PA | 19182-5465 | |
| BALLARD, KIRSTYN C. | | ADDRESS ON FILE | | | | | | |
| BALLETX | | 1923 WASHINGTON AVENUE | | | PHILADELPHIA | PA | 19146 | |
| BAMKOLE, KAREN | | ADDRESS ON FILE | | | | | | |
| BANG-JENSEN, NELL | | ADDRESS ON FILE | | | | | | |
| BANK OF AMERICA | | 1600 JOHN F KENNEDY BLVD STE 1100 | | | PHILADELPHIA | PA | 19103-2807 | |
| BANK OF NEW YORK MELLON | | ONE WALL STREET | | | NEW YORK | NY | 10286 | |
| BANK ONE FOUNDATION | | PO BOX 7396 | | | PRINCETON | NJ | 08543-7396 | |
| BARBARA AND EDWARD LESHIN | | ADDRESS ON FILE | | | | | | |
| BARBARA BARTHOLOMEW | | ADDRESS ON FILE | | | | | | |
| BARBARA BAYLIFF | | ADDRESS ON FILE | | | | | | |
| BARBARA G. RAINVILLE | | ADDRESS ON FILE | | | | | | |
| BARBARA GEMS | | ADDRESS ON FILE | | | | | | |
| BARBARA I. FINDLER | | ADDRESS ON FILE | | | | | | |
| BARBARA IVES | | ADDRESS ON FILE | | | | | | |
| BARBARA MARTYSKA | | ADDRESS ON FILE | | | | | | |
| BARBARA RUBY | | ADDRESS ON FILE | | | | | | |
| BARBARA WINKLER | | ADDRESS ON FILE | | | | | | |
| BARBOUR, TIFFANI K. | | ADDRESS ON FILE | | | | | | |
| BARDZIK, RICHARD | | ADDRESS ON FILE | | | | | | |
| BARGER, JOHN | | ADDRESS ON FILE | | | | | | |
| BARGER, JOHN W. | | ADDRESS ON FILE | | | | | | |
| BARLAND, DANIEL | | ADDRESS ON FILE | | | | | | |
| BARNETT, GEORGIA | | ADDRESS ON FILE | | | | | | |
| BARRAS, SUSAN | | ADDRESS ON FILE | | | | | | |
| BARRE, SUSAN B. | | ADDRESS ON FILE | | | | | | |
| BARRETT, LISA | | ADDRESS ON FILE | | | | | | |
| BARRINGTON, ERIKA | | ADDRESS ON FILE | | | | | | |
| BARRY YACHES | | ADDRESS ON FILE | | | | | | |
| BARRY, MARINA | | ADDRESS ON FILE | | | | | | |
| BARTHOLOMEW, TRACY | | ADDRESS ON FILE | | | | | | |
| BASON, TIMOTHY N. | | ADDRESS ON FILE | | | | | | |
| BASS, BENJAMIN | | ADDRESS ON FILE | | | | | | |
| BASS, BENJAMIN HARRY | | ADDRESS ON FILE | | | | | | |
| BATASTINI ORTHODONTICS | | 69 BERLIN RD | | | CHERRY HILL | NJ | 08034-3572 | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BATSON-EDWARDS, CURTIS | | ADDRESS ON FILE | | | | | | |
| BATTLE, NANIRIAH R. | | ADDRESS ON FILE | | | | | | |
| BAUDER AUDIO SYSTEMS INC | | 1196 EASTON RD. | | | HORSHAM | PA | 19044 | |
| BAUMGARTNER, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| BAURIEDEL, GABRIEL | | ADDRESS ON FILE | | | | | | |
| BAYNARD, MAURICE | | ADDRESS ON FILE | | | | | | |
| BAYONA, CLAUDIA | | ADDRESS ON FILE | | | | | | |
| BAZEMORE ENTERPRISES | | 324 FAWN HILL LN | | | PENN VALLEY | PA | 19072-1107 | |
| BC&B GRAPHICS, INC | | 7040 COLONICAL HIGHWAY | | | PENNSAUKEN | NJ | 08109 | |
| BDH FOUNDATION | | 10025 CEDARFIELD CT | | | HENRICO | VA | 23233-1935 | |
| BEAL, ANDREW LYCH | | ADDRESS ON FILE | | | | | | |
| BEARS-BAILEY, KIM | | ADDRESS ON FILE | | | | | | |
| BEATRIS STOWELL | | ADDRESS ON FILE | | | | | | |
| BEAUMONT, BARBARA | | ADDRESS ON FILE | | | | | | |
| BEAVER, JESSICA | | ADDRESS ON FILE | | | | | | |
| BECCA MATHESON | | ADDRESS ON FILE | | | | | | |
| BECK, MELINDA | | ADDRESS ON FILE | | | | | | |
| BECK, MEREDITH | | ADDRESS ON FILE | | | | | | |
| BECK, TRACEY RAE | | ADDRESS ON FILE | | | | | | |
| BECKER & FRONDORF | | 1500 WALNUT ST STE 1910 | | | PHILADELPHIA | PA | 19102-3509 | |
| BECKER, JAMES | | ADDRESS ON FILE | | | | | | |
| BECKMAN, RICHARD | | ADDRESS ON FILE | | | | | | |
| BECKY HORANSKY | | ADDRESS ON FILE | | | | | | |
| BECKY LINSZ | | ADDRESS ON FILE | | | | | | |
| BECKY LYNCH | | ADDRESS ON FILE | | | | | | |
| BEEKS, SHAWN C. | | ADDRESS ON FILE | | | | | | |
| BEGLEY, MICHELE | | ADDRESS ON FILE | | | | | | |
| BEHLING, KIRSTEN | | ADDRESS ON FILE | | | | | | |
| BEISWENGER, RACHEL L. | | ADDRESS ON FILE | | | | | | |
| BEITER, JEFFREY | | ADDRESS ON FILE | | | | | | |
| BELL, LARISA | | ADDRESS ON FILE | | | | | | |
| BELL, PATRICIA | | ADDRESS ON FILE | | | | | | |
| BELL, SIDRA | | ADDRESS ON FILE | | | | | | |
| BELLENOIT, ROSS | | ADDRESS ON FILE | | | | | | |
| BELLEVUE STRATEGIES, LLC | | 200 SOUTH BROAD STREET | STE 410 | | PHILADELPHIA | PA | 19102 | |
| BELLINGER SOUNDS LLC | | 1910 MCCLELLAN ST. | | | PHILADELPHIA | PA | 19145 | |
| BELLINGER, TYLER J. | | ADDRESS ON FILE | | | | | | |
| BELLO, FRANCISCO | | ADDRESS ON FILE | | | | | | |
| BEN FRANKLIN TECHNOLOGY CENTER OF SE PA. | | 3526 MARKET ST | | | PHILADELPHIA | PA | 19104-3303 | |
| BENALCAZAR, GINA | | ADDRESS ON FILE | | | | | | |
| BENBASSAT, JULIE | | ADDRESS ON FILE | | | | | | |
| BENDER, HAYLEY | | ADDRESS ON FILE | | | | | | |
| BENDER, JEFFREY | | ADDRESS ON FILE | | | | | | |
| BENDER, TAMARA J. | | ADDRESS ON FILE | | | | | | |
| BENEFICIAL BANK | | 1818 MARKET STREET | | | PHILADELPHIA | PA | 19103 | |
| BENJAMIN STERN | | ADDRESS ON FILE | | | | | | |
| BENJAMIN, NIA-SAMARA C. | | ADDRESS ON FILE | | | | | | |
| BENNINGTON COLLEGE | | ONE COLLEGE DRIVE | | | BENNINGTON | VT | 05201-6003 | |
| BENSON, CHAKA | | ADDRESS ON FILE | | | | | | |
| BERENS-TATE CONSULTING GROUP, | | 10050 REGENCY CIRCLE | STE 110 | | OMAHA | NE | 68114-3721 | |
| BERESIN, ANNA | | ADDRESS ON FILE | | | | | | |
| BERGMAN, MATTHEW | | ADDRESS ON FILE | | | | | | |
| BERKE, NORMA | | ADDRESS ON FILE | | | | | | |
| BERKLEE ONLINE | | 855 BOYLSTON ST | | | BOSTON | MA | 02116 | |
| BERKLEY SPECIALTY INSURANCE COMPANY | C/O BERKLEY SPECIALTY INSURANCE COMPANY | MAIN ADMINISTRATIVE OFFICE | 7233 EAST BUTHERUS | | SCOTTSDALE | AZ | 85260 | |
| BERKLEY SPECIALY INSURANCE COMPANY | | MAIN ADMINISTRATIVE OFFICE | 7233 EAST BUTHERUS | | SCOTTSDALE | AZ | 85260 | |
| BERKOWITZ, MARNI B. | | ADDRESS ON FILE | | | | | | |
| BERLEANT, ARNOLD | | ADDRESS ON FILE | | | | | | |
| BERLIN BELL-LEVAN | | ADDRESS ON FILE | | | | | | |
| BERLIN, ROGER G. | | ADDRESS ON FILE | | | | | | |
| BERLIN, ROGER G. | | ADDRESS ON FILE | | | | | | |
| BERMAN, MARY | | ADDRESS ON FILE | | | | | | |
| BERNARD, CARA | | ADDRESS ON FILE | | | | | | |
| BERNSTEIN, PETER | | ADDRESS ON FILE | | | | | | |
| BERWIND CORPORATION | | 1500 MARKET STREET3000 CENTRE SQUARE WEST | | | PHILADELPHIA | PA | 19102-2107 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BESKRONE, STEVE | | ADDRESS ON FILE | | | | | | |
| BEST, MARK | | ADDRESS ON FILE | | | | | | |
| BEST, PAUL D. | | ADDRESS ON FILE | | | | | | |
| BETH FOREMAN | | ADDRESS ON FILE | | | | | | |
| BETTS, ELANA | | ADDRESS ON FILE | | | | | | |
| BETTS, JAMES | | ADDRESS ON FILE | | | | | | |
| BEVELY PELLETIER | | ADDRESS ON FILE | | | | | | |
| BEVERLY MURPHY | | ADDRESS ON FILE | | | | | | |
| BEVINGTON, EMILY L. | | ADDRESS ON FILE | | | | | | |
| BEY, ANGELA A. | | ADDRESS ON FILE | | | | | | |
| BEYONDTRUST CORPORATION | | PO BOX 734433 | | | DALLAS | TX | 75373-4433 | |
| BIALEK HEALTHCARE & RESEARCH ENVIRONMENTS | | 30 W GUDE DR STE 150 | | | ROCKVILLE | MD | 20850-1167 | |
| BIESIADECKI, LAURA | | ADDRESS ON FILE | | | | | | |
| BIG WORLD PICTURES | | 2501 SOUTH LA SALLE GARDENS | | | DETROIT | MI | 48206 | |
| BILGER, LUKE | | ADDRESS ON FILE | | | | | | |
| BILL REILLY | | ADDRESS ON FILE | | | | | | |
| BILLIAU, ANDREW | | ADDRESS ON FILE | | | | | | |
| BINDING101.COM | | ONE MALTESE DRIVE | | | TOTOWA | NJ | 07512 | |
| BINSWANGER CO | | THREE LOGAN SQ | 1717 ARCH ST FL 51 | | PHILADELPHIA | PA | 19103-2725 | |
| BIZICH, JASON | | ADDRESS ON FILE | | | | | | |
| BLACKBAUD, INC | | PO BOX 844827 | | | BOSTON | MA | 02284-4827 | |
| BLACKNEY HAYES ARCHITECTS | | 150 S INDEPENDENCE MALL W STE 1250 | | | PHILADELPHIA | PA | 19106-3404 | |
| BLACKSTAR FILM FESTIVAL | | 1901 SOUTH 9TH STREET | BOK 414 | | PHILADELPHIA | PA | 19148 | |
| BLACKSTONE LAUNCHPAD | | UNIVERSITY CITY SCIENCE CENTER | 3711 MARKET STREET, 8TH FL | | PHILADELPHIA | PA | 19104 | |
| BLAGRAVE, PATRICK | | ADDRESS ON FILE | | | | | | |
| BLAKE, SEAMUS | | ADDRESS ON FILE | | | | | | |
| BLANK, RANDE | | ADDRESS ON FILE | | | | | | |
| BLASSER, KATHLEEN | | ADDRESS ON FILE | | | | | | |
| BLASSINGAME, TIA | | ADDRESS ON FILE | | | | | | |
| BLERD LLC | | 1000 DIXON RD | | | ELKINS PARK | PA | 19027 | |
| BLICK ART MATERIALS | | 1849 GREEN BAY RD STE 310 | | | HIGHLAND PARK | IL | 60035-3168 | |
| BLICK ART MATERIALS | | 6910 EAGLE WAY | | | CHICAGO | IL | 60678-1069 | |
| BLOCK, DEBORAH | | ADDRESS ON FILE | | | | | | |
| BLOOMFIELD, ANTHONY | | ADDRESS ON FILE | | | | | | |
| BLOSSOM KAN | | ADDRESS ON FILE | | | | | | |
| BLUE FLOWER ARTS, LLC | | PO BOX 461 | | | NORTHAMPTON | MA | 01061 | |
| BLUE WIZARD MUSIC LLC | | 49 E MAIN ST, NO. 1 | | | BEACON | NY | 12508 | |
| BLUEMEL, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| BLUEMEL, CHRISTOPHER P. | | ADDRESS ON FILE | | | | | | |
| BLUM, LESLIE | | ADDRESS ON FILE | | | | | | |
| BLUPATH DESIGN | | 1005 S 7TH ST | | | PHILADELPHIA | PA | 19147-4804 | |
| BO BREDA | | ADDRESS ON FILE | | | | | | |
| BOB GREENE | | ADDRESS ON FILE | | | | | | |
| BODDY, WENDY | | ADDRESS ON FILE | | | | | | |
| BOEING CO | | PO BOX 3723 | | | PRINCETON | NJ | 08543-3723 | |
| BOGGAN, SHANNON | | ADDRESS ON FILE | | | | | | |
| BOHRENS MOVING & STORAGE | | 3 APPLEGATE DRIVE SOUTH | | | ROBBINSVILLE | NJ | 08691 | |
| BOLGER, JAMES | | ADDRESS ON FILE | | | | | | |
| BOLLENBACK, PAUL | | ADDRESS ON FILE | | | | | | |
| BONDON, ELIZABETH | | ADDRESS ON FILE | | | | | | |
| BONEFANT, SIMON | | ADDRESS ON FILE | | | | | | |
| BONENFANT, SIMON | | ADDRESS ON FILE | | | | | | |
| BONNIE BOYCE | | ADDRESS ON FILE | | | | | | |
| BOOKER, LLOYD E. | | ADDRESS ON FILE | | | | | | |
| BOOTH HERITAGE FOUNDATION, INC | | 4107 LAKEPLACE LN | | | AUSTIN | TX | 78746-1623 | |
| BORISH, JENNIFER | | ADDRESS ON FILE | | | | | | |
| BOROWER, JESSE | | ADDRESS ON FILE | | | | | | |
| BORRELLI, KATHLEEN M. | | ADDRESS ON FILE | | | | | | |
| BOSMAN, CORIE | | ADDRESS ON FILE | | | | | | |
| BOSTON, LOWELL | | ADDRESS ON FILE | | | | | | |
| BOURGAULT, THOMAS | | ADDRESS ON FILE | | | | | | |
| BOUVIER, GRANT C. | | ADDRESS ON FILE | | | | | | |
| BOWDEN, AMBER | | ADDRESS ON FILE | | | | | | |
| BOWEN, HALEY | | ADDRESS ON FILE | | | | | | |
| BOWEN, SHERYL P. | | ADDRESS ON FILE | | | | | | |
| BOWIE, JESSICA M. | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BOWMAN, CHRISTINE E. | | ADDRESS ON FILE | | | | | | |
| BOYKIN, HOPE | | ADDRESS ON FILE | | | | | | |
| BOYLAN, EAMON | | ADDRESS ON FILE | | | | | | |
| BRACA, NINA | | ADDRESS ON FILE | | | | | | |
| BRAD M. SCHUTTS | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| BRAD M. SCHUTTS | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| BRAD PAUL | | ADDRESS ON FILE | | | | | | |
| BRAD SIMMONS | | ADDRESS ON FILE | | | | | | |
| BRADLEY PHILBERT | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| BRADLEY PHILBERT | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| BRADLEY PHILBERT | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| BRADSHAW, PHIL | | ADDRESS ON FILE | | | | | | |
| BRANDON M. LEVENTHAL | | ADDRESS ON FILE | | | | | | |
| BRANDON, LUKE | | ADDRESS ON FILE | | | | | | |
| BRASLAVSKY, ALEX | | ADDRESS ON FILE | | | | | | |
| BRENDA CRUTCHER | | ADDRESS ON FILE | | | | | | |
| BRENNA, ARIEL | | ADDRESS ON FILE | | | | | | |
| BRENNAN, JOSEPH | | ADDRESS ON FILE | | | | | | |
| BRENNAN, KEVIN | | ADDRESS ON FILE | | | | | | |
| BRENNAN, KRISTEN | | ADDRESS ON FILE | | | | | | |
| BRENNAN, TERRENCE | | ADDRESS ON FILE | | | | | | |
| BRENNTAG SPECIALTIES | | 5700 TACONY ST | | | PHILADELPHIA | PA | 19135-4312 | |
| BRENT, JACOB | | ADDRESS ON FILE | | | | | | |
| BRENT, JACOB | | ADDRESS ON FILE | | | | | | |
| BRESSLERGROUP | | THE MARKETPLACE DESIGN CENTER | 2400 MARKET STREET, STE 1-2 | | PHILADELPHIA | PA | 19103-3031 | |
| BRETT FELDMAN | | ADDRESS ON FILE | | | | | | |
| BREWER, APRIL | | ADDRESS ON FILE | | | | | | |
| BREWER, ROBIN | | ADDRESS ON FILE | | | | | | |
| BREWER, ROBIN C. | | ADDRESS ON FILE | | | | | | |
| BREY, TIMOTHY | | ADDRESS ON FILE | | | | | | |
| BREY, TIMOTHY J. | | ADDRESS ON FILE | | | | | | |
| BREYMEIER, JOSEPH A. | | ADDRESS ON FILE | | | | | | |
| BREZINSKI PROJECT, LLC | | 64 EAST 11TH ST. | APT 1203 | | NEW YORK | NY | 10029 | |
| BRIAN C. SCHMIDT | | ADDRESS ON FILE | | | | | | |
| BRIAN M. KELLY | | ADDRESS ON FILE | | | | | | |
| BRIAN RODIN | | ADDRESS ON FILE | | | | | | |
| BRIAN SLEZAK | | ADDRESS ON FILE | | | | | | |
| BRIANA MASON | | ADDRESS ON FILE | | | | | | |
| BRIANNA KING | | ADDRESS ON FILE | | | | | | |
| BRIDGES, WILLIAM I. | | ADDRESS ON FILE | | | | | | |
| BRIDGET DENNIN | | ADDRESS ON FILE | | | | | | |
| BRIDGET FARRELL | | ADDRESS ON FILE | | | | | | |
| BRIDGET OMASTA | | ADDRESS ON FILE | | | | | | |
| BRIDGEWAY INSURANCE COMPANY | BRIDGEWAY INSURANCE COMPANY | 555 COLLEGE ROAD EAST | | | PRINCETON | NJ | 08543 | |
| BRILLIANT GRAPHICS | | 400 EAGLEVIEW BLVD. | STE. 104 | | EXTON | PA | 19341 | |
| BRIND, IRA | | ADDRESS ON FILE | | | | | | |
| BRINNEL, HAILEY | | ADDRESS ON FILE | | | | | | |
| BRISTOL-MYERS SQUIBB CO | | 245 PARK AVENUE | | | NEW YORK | NY | 10154 | |
| BRITISH FILM INSTITUTE | | 21 STEPHEN ST. | | | LONDON | | | UNITED KINGDOM |
| BRITT, JAMES | | ADDRESS ON FILE | | | | | | |
| BRITT, JAMES E. JR. | | ADDRESS ON FILE | | | | | | |
| BRITTON, LOIS | | ADDRESS ON FILE | | | | | | |
| BRO ROCK, INC | | 18 STATION AVE | | | BERWYN | PA | 19312-1323 | |
| BROAD STREET COMMUNICATIONS | | 99 WALL ST | | | NEW YORK | NY | 10005 | |
| BROADWAY ARTISTS ALLIANCE, LLC | | 55 LEONARDVILLE RD. STE101 | | | BELFORD | NJ | 07718 | |
| BROADWAY INBOUND, INC | | 234 WEST 44TH ST. | 5TH FL | | NEW YORK | NY | 10036 | |
| BROCK, ASHLEY R. | | ADDRESS ON FILE | | | | | | |
| BROCKS FIRE PROTECTION | | 3529 W 3RD ST | | | TRAINER | PA | 19061-5109 | |
| BRODART CO. | | L-3544 | | | COLUMBUS | OH | 43260-0001 | |
| BRODERICK, PETER | | ADDRESS ON FILE | | | | | | |
| BRONWYN LLEWELLYN | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BROOKE REEDER | | ADDRESS ON FILE | | | | | | |
| BROOKS, KELSEY | | ADDRESS ON FILE | | | | | | |
| BROOKS, LEONARD | | ADDRESS ON FILE | | | | | | |
| BROOKSHIRE, LAJOYCE | | ADDRESS ON FILE | | | | | | |
| BROOMFIELD, CHAUNDRE | | ADDRESS ON FILE | | | | | | |
| BROWN BROTHERS HARRIMAN & CO. | | 1013 CENTRE RD STE 101 | | | WILMINGTON | DE | 19805-1265 | |
| BROWN, AMY | | ADDRESS ON FILE | | | | | | |
| BROWN, BRIAN | | ADDRESS ON FILE | | | | | | |
| BROWN, COADY | | ADDRESS ON FILE | | | | | | |
| BROWN, ELIZABETH | | ADDRESS ON FILE | | | | | | |
| BROWN, KATHLEEN | | ADDRESS ON FILE | | | | | | |
| BROWN, KATHLEEN N. | | ADDRESS ON FILE | | | | | | |
| BROWN, KIMBERLY | | ADDRESS ON FILE | | | | | | |
| BROWN, LUCAS | | ADDRESS ON FILE | | | | | | |
| BROWN, LYNETTE | | ADDRESS ON FILE | | | | | | |
| BROWN, TIMOTHY | | ADDRESS ON FILE | | | | | | |
| BROWNING, ARDEN BENDLER | | ADDRESS ON FILE | | | | | | |
| BROWNING, CHARLES | | ADDRESS ON FILE | | | | | | |
| BROWNPARTNERS | | 1616 WALNUT ST STE 1918 | | | PHILADELPHIA | PA | 19103 | |
| BRUBAKER, STEVEN | | ADDRESS ON FILE | | | | | | |
| BRUCE E. BROOKS & ASSOC | | 2209 CHESTNUT ST. | | | PHILADELPHIA | PA | 19103 | |
| BRUCE FISCHER | | ADDRESS ON FILE | | | | | | |
| BRUCE FOSTER | | ADDRESS ON FILE | | | | | | |
| BRUINSMA, HAILEY | | ADDRESS ON FILE | | | | | | |
| BRUNO BARROS | | ADDRESS ON FILE | | | | | | |
| BRYANT, MARCUS A. | | ADDRESS ON FILE | | | | | | |
| BSIC FINANCIAL BANK | C/O BERKLEY SPECIALTY INSURANCE COMPANY | MAIN ADMINISTRATIVE OFFICE | 7233 EAST BUTHERUS | | SCOTTSDALE | AZ | 85260 | |
| BT INSTALLATIONS | | 168 CHARLES STREET | | | SOUTHAMPTON | PA | 18966 | |
| BUCCI, LISBETH | | ADDRESS ON FILE | | | | | | |
| BUCCI, LISBETH M. | | ADDRESS ON FILE | | | | | | |
| BUCHANAN, CLAUDIA | | ADDRESS ON FILE | | | | | | |
| BUCHANAN, CLAUDIA E. | | ADDRESS ON FILE | | | | | | |
| BUCHMAN, LINDSAY | | ADDRESS ON FILE | | | | | | |
| BUCK BAYLIFF | | ADDRESS ON FILE | | | | | | |
| BUCKEYE TELECOM | | 1 MIRANOVA PLACE | | | COLUMBUS | OH | 43215 | |
| BUCKS COUNTY COMMUNITY COLLEGE | | 275 SWAMP RD | | | NEWTON | PA | 18940 | |
| BUDDENDORF, WILLIAM | | ADDRESS ON FILE | | | | | | |
| BUDDHA STRETCH LLC | | 108-136 DR. MARTIN LUTHER | KING JR. BLVD 509B | | NEWARK | NJ | 07104 | |
| BUDNER, JEFFREY D. | | ADDRESS ON FILE | | | | | | |
| BUETTLER, JEFFREY | | ADDRESS ON FILE | | | | | | |
| BUILDING INDUSTRY ASSOCIATION OF PHILADELPHIA | | 1735 MARKET STREET, SUITE 432A | | | PHILADELPHIA | PA | 19103 | |
| BURCHERI, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| BURCHFIELD, DONNA FAYE | | ADDRESS ON FILE | | | | | | |
| BUREAU OF CONSUMER PROTECTION | | HARRISBURG OFFICE | 15TH FL | STRAWBERRY SQUARE | HARRISBURG | PA | 17120 | |
| BURGESS, MATTHEW J. | | ADDRESS ON FILE | | | | | | |
| BURKE, HANNAH | | ADDRESS ON FILE | | | | | | |
| BURKE, SIOBHAN | | ADDRESS ON FILE | | | | | | |
| BURKO, DIANE | | ADDRESS ON FILE | | | | | | |
| BURLAN, NANCY | | ADDRESS ON FILE | | | | | | |
| BURNHAM, LAUREN | | ADDRESS ON FILE | | | | | | |
| BURNS, LOREN | | ADDRESS ON FILE | | | | | | |
| BURNS, LOREN CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| BURNSOO SONG | | ADDRESS ON FILE | | | | | | |
| BURSESE, STEPHANIE | | ADDRESS ON FILE | | | | | | |
| BURT, STEPHANIE | | ADDRESS ON FILE | | | | | | |
| BURTON, DECCLAN | | ADDRESS ON FILE | | | | | | |
| BURTON, GEORGE III | | ADDRESS ON FILE | | | | | | |
| BUSH, HANNAH | | ADDRESS ON FILE | | | | | | |
| BUSHEY, TRISTAN T. | | ADDRESS ON FILE | | | | | | |
| BUTLER, FRED | | ADDRESS ON FILE | | | | | | |
| BY, CHARLENNA | | ADDRESS ON FILE | | | | | | |
| BYARD, JILLIAN | | ADDRESS ON FILE | | | | | | |
| BYNDER LLC | | 321 SUMMER ST. | 1ST FL | | BOSTON | MA | 02210 | |
| BYRDSONG, SAMANTHA | | ADDRESS ON FILE | | | | | | |
| BYRNE, ISAAC | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BYRNE, ISAAC J. | | ADDRESS ON FILE | | | | | | |
| BYRON KARABATSOS | | ADDRESS ON FILE | | | | | | |
| C&G PARTNERS | | 116 E 16TH ST FL 10 | | | NEW YORK | NY | 10003-2112 | |
| C. ERICKSON AND SONS, INC | | 2200 ARCH ST | STE 200 | | PHILADELPHIA | PA | 19103 | |
| C. R. WALDMAN GRAPHIC COMM | | 9100 PENNSAUKEN HWY | | | PENNSAUKEN | NJ | 08110-1206 | |
| C. TED KALTWASSER | | ADDRESS ON FILE | | | | | | |
| CADE, MAYA | | ADDRESS ON FILE | | | | | | |
| CAILIN DALEY | | ADDRESS ON FILE | | | | | | |
| CAITLIN CREWS | | ADDRESS ON FILE | | | | | | |
| CAITLIN MCLAUGHLIN | | ADDRESS ON FILE | | | | | | |
| CALABRO, KAITLIN | | ADDRESS ON FILE | | | | | | |
| CALABRO, KAITLIN MARIE | | ADDRESS ON FILE | | | | | | |
| CALHOUN ASSOC, INC | | 6850 HIBBS LN | | | LEVITTOWN | PA | 19057-4309 | |
| CALIFORNIA COLLEGE OF THE ARTS | | 1111 EIGHTH ST | | | SAN FRANCISCO | CA | 94107 | |
| CALIFORNIA INSTITUTE OF THE ARTS | | 24700 MCBEAN PARKWAY | | | VALENCIA | CA | 91355 | |
| CALLISON, DAVID | | ADDRESS ON FILE | | | | | | |
| CALLOWAY, NATHANIEL O. II | | ADDRESS ON FILE | | | | | | |
| CALLOWHILL CAPITAL ADVISORS, | | 325 CHESTNUT STREET | STE. 800 | | PHILADELPHIA | PA | 19106 | |
| CALVIN WATSON | | ADDRESS ON FILE | | | | | | |
| CAMILLE GRANT | | ADDRESS ON FILE | | | | | | |
| CAMPAIGN MONITOR PTY LTD | | DEPT LA 24535 | | | PASADENA | CA | 91185-4535 | |
| CAMPBELL SOUP CO | | 1 CAMPBELL PL | | | CAMDEN | NJ | 08103-1701 | |
| CAMPBELL, JOSHUA | | ADDRESS ON FILE | | | | | | |
| CAMPBELL, JOSHUA A. | | ADDRESS ON FILE | | | | | | |
| CAMPUS PHILLY | | 1515 MARKET ST STE 830 | | | PHILADELPHIA | PA | 19102-1909 | |
| CAMYAR, ISA | | ADDRESS ON FILE | | | | | | |
| CANALES, TAYSHA | | ADDRESS ON FILE | | | | | | |
| CANDY MAGGIONCALDA | | ADDRESS ON FILE | | | | | | |
| CANTOR, FRANKLYN | | ADDRESS ON FILE | | | | | | |
| CAPITAL AREA INTERMEDIATE UNIT | | 55 MILLER ST. | | | ENOLA | PA | 17025-1640 | |
| CAPONE PRODUCTIONS | | 967 QUEENS HIGHWAY | | | ACCORD | NY | 12404 | |
| CAPORASO, RUDOLPH | | ADDRESS ON FILE | | | | | | |
| CAPPY, MATTHEW R. | | ADDRESS ON FILE | | | | | | |
| CARBONE SMOLAN ASSOC | | 22 WEST 19TH STREET10TH FL | | | NEW YORK | NY | 10011-4204 | |
| CARBONE, DENISE | | ADDRESS ON FILE | | | | | | |
| CARDONICK, MARIANN | | ADDRESS ON FILE | | | | | | |
| CAREER CONCEPTS, INC | | 721 ARBOR WAY - STE. 180 | | | BLUE BELL | PA | 19422 | |
| CAREERSPOTS LLC | | PO BOX 154 | | | NEWTOWN SQUARE | PA | 19073 | |
| CAREN DEMYEN | | ADDRESS ON FILE | | | | | | |
| CARESSE FERRARO | | ADDRESS ON FILE | | | | | | |
| CAREY DEPALMA | | ADDRESS ON FILE | | | | | | |
| CAREY, RACHEL | | ADDRESS ON FILE | | | | | | |
| CARFAGNO, ANDREW | | ADDRESS ON FILE | | | | | | |
| CARIBOU CAFE | | 1126 WALNUT STREET | | | PHILADELPHIA | PA | 19107 | |
| CARL N. FOLTZ 196 | | ADDRESS ON FILE | | | | | | |
| CARLANO, JOHN J. | | ADDRESS ON FILE | | | | | | |
| CARMEN BIGIO | | ADDRESS ON FILE | | | | | | |
| CARMONA, JENNICA | | ADDRESS ON FILE | | | | | | |
| CARNARD, TRACEY | | ADDRESS ON FILE | | | | | | |
| CAROL ABRUZZI | | ADDRESS ON FILE | | | | | | |
| CAROL ARENTS-JACKSON | | ADDRESS ON FILE | | | | | | |
| CAROL CONTE | | ADDRESS ON FILE | | | | | | |
| CAROL PROVINE | | ADDRESS ON FILE | | | | | | |
| CAROL RAINEY | | ADDRESS ON FILE | | | | | | |
| CAROL SONSINO | | ADDRESS ON FILE | | | | | | |
| CAROLINE PROVINE | | ADDRESS ON FILE | | | | | | |
| CAROLYN JOHNSON | | ADDRESS ON FILE | | | | | | |
| CAROLYN ONEILL | | ADDRESS ON FILE | | | | | | |
| CAROLYN RAINVILLE | | ADDRESS ON FILE | | | | | | |
| CARPENTER, PAUL | | ADDRESS ON FILE | | | | | | |
| CARPETSMITH | | 7819 TORRESDALE AVENUE | | | PHILADELPHIA | PA | 19136-3333 | |
| CARR & DUFF, INC | | 2100 BYBERRY RD. | | | HUNTINGDON VALLEY | PA | 19006-3598 | |
| CARRIE A. REID | | ADDRESS ON FILE | | | | | | |
| CARROLL, DANIEL JOSEPH GILES | | ADDRESS ON FILE | | | | | | |
| CARTAGENA, MELANIE | | ADDRESS ON FILE | | | | | | |
| CARTER, MAXWELL J. | | ADDRESS ON FILE | | | | | | |
| CARUTHERS, DONALD M. | | ADDRESS ON FILE | | | | | | |
| CARY, LORENE | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CASERTA, MARK | | ADDRESS ON FILE | | | | | | |
| CASERTA, MARK F. | | ADDRESS ON FILE | | | | | | |
| CASON, THOMAS | | ADDRESS ON FILE | | | | | | |
| CASSANDRA WHETSTONE | | ADDRESS ON FILE | | | | | | |
| CASTELLANOS, JAQUEN | | ADDRESS ON FILE | | | | | | |
| CASTILLO, SEBASTIAN | | ADDRESS ON FILE | | | | | | |
| CASTRO, ECEM K. | | ADDRESS ON FILE | | | | | | |
| CAT R. RAMIREZ | | ADDRESS ON FILE | | | | | | |
| CATANOSO, HANNAH | | ADDRESS ON FILE | | | | | | |
| CATE SEWALL | | ADDRESS ON FILE | | | | | | |
| CATERERS IN THE PARK, LLC | | 540 MILL ST | | | BELLEVILLE | NJ | 07109-1604 | |
| CATHERINE CANNELLA | | ADDRESS ON FILE | | | | | | |
| CATHERINE NAVARRO | | ADDRESS ON FILE | | | | | | |
| CATHERINE R. AND ANTHONY A. CLIFTON FOUNDATION | | ADDRESS ON FILE | | | | | | |
| CATHRYN MCCLOSKEY | | ADDRESS ON FILE | | | | | | |
| CAVIN-MORRIS GALLERY | | 210 11TH AVE RM 201 | | | NEW YORK | NY | 10001-1210 | |
| CAWLEY ET AL V. THE UNIVERSITY OF THE ARTS | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| CAWLEY, STEPHANIE | | ADDRESS ON FILE | | | | | | |
| CAWLEY, STEPHANIE | | ADDRESS ON FILE | | | | | | |
| CCS | | PO BOX 419560 | | | BOSTON | MA | 02241-9560 | |
| CDW COMPUTER CENTERS, INC | | 200 N MILWAUKEE AVE | | | VERNON HILLS | IL | 60061-1577 | |
| CDW GOVERNMENT | | 75 REMITTANCE DRIVE | STE 1515 | | CHICAGO | IL | 60675-1515 | |
| CEDAR CREST COLLEGE | | 100 COLLEGE DR | | | ALLENTOWN | PA | 18104-6132 | |
| CEDAR HOLLOW SALES, INC | | 1101 CHURCH RD | | | MALVERN | PA | 19355 | |
| CEISLER MEDIA & ISSUE ADVOCACY | | 130 NORTH 18TH STREET | STE 1300 | | PHILADELPHIA | PA | 19103 | |
| CELESTE WOHL | | ADDRESS ON FILE | | | | | | |
| CERTAPRO PAINTERS | | 910 NORTH YORK RD | | | WILLOW GROVE | PA | 19090 | |
| CFEVA | | 237 SOUTH 18TH ST. | STE 3A | PHILADELPHIA OPEN STUDIO TOURS | PHILADELPHIA | PA | 19103 | |
| CHACON, JOSE ANTONIO D. | | ADDRESS ON FILE | | | | | | |
| CHAMBER OF COMMERCE FOR | | 200 SOUTH BROAD ST | STE 700 | | PHILADELPHIA | PA | 19102 | |
| CHAMBERLAIN, MARTHA | | ADDRESS ON FILE | | | | | | |
| CHANCELLOR APARTMENTS | | 206 S 13TH ST | | | PHILADELPHIA | PA | 19107 | |
| CHANDRA HANCOCK | | ADDRESS ON FILE | | | | | | |
| CHANG, ASHLEY | | ADDRESS ON FILE | | | | | | |
| CHANG, YUCHEN | | ADDRESS ON FILE | | | | | | |
| CHANGE PARTNERS | | 219 GREENBRIAR LN | | | HAVERTOWN | PA | 19083-2847 | |
| CHAPIN, JULIE K. | | ADDRESS ON FILE | | | | | | |
| CHARIS DUKE | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| CHARIS DUKE | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| CHARIS DUKE | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| CHARLES D. OLIVO | | ADDRESS ON FILE | | | | | | |
| CHARLES E. ELLIS TRUST | | ADDRESS ON FILE | | | | | | |
| CHARLES HARRIS | | ADDRESS ON FILE | | | | | | |
| CHARLES HARTUNG, CHARLES JR. | | ADDRESS ON FILE | | | | | | |
| CHARLES HONEYMAN | | ADDRESS ON FILE | | | | | | |
| CHARLES L. MILLER, JR. | | ADDRESS ON FILE | | | | | | |
| CHARLES MCMONAGLE | | ADDRESS ON FILE | | | | | | |
| CHARLIE FLIPPEN | | ADDRESS ON FILE | | | | | | |
| CHARLOTTE DALEY | | ADDRESS ON FILE | | | | | | |
| CHARON, ALEC | | ADDRESS ON FILE | | | | | | |
| CHARY, ELLAROSE | | ADDRESS ON FILE | | | | | | |
| CHECA-GISMERO, PALOMA | | ADDRESS ON FILE | | | | | | |
| CHELLISHA TURNER | | ADDRESS ON FILE | | | | | | |
| CHELSEA M. DAVIS | | ADDRESS ON FILE | | | | | | |
| CHENERY, MATTHEW | | ADDRESS ON FILE | | | | | | |
| CHENG PRESTON, GABRIEL YI | | ADDRESS ON FILE | | | | | | |
| CHENKIN, BEATRICE | | ADDRESS ON FILE | | | | | | |
| CHERYL THOMAS | | ADDRESS ON FILE | | | | | | |
| CHESTER COUNTY INTERMEDIATE UNIT | | 455 BOOT ROAD | | | DOWNINGTOWN | PA | 19335 | |
| CHESTER, JORDAN | | ADDRESS ON FILE | | | | | | |
| CHEZ DANCE STUDIO | | 224 FRIES MILL RD | | | TURNERSVILLE | NJ | 08012-2025 | |
| CHIPOTLE MEXICAN GRILL | | 1401 WYNKOOP ST STE 500 | | | DENVER | CO | 80202-1729 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CHLOE DEON | | ADDRESS ON FILE | | | | | | |
| CHORY, CRISTINE | | ADDRESS ON FILE | | | | | | |
| CHRIS LAMBO | | ADDRESS ON FILE | | | | | | |
| CHRIS MCDONNELL | | ADDRESS ON FILE | | | | | | |
| CHRIS NORDSTROM | | ADDRESS ON FILE | | | | | | |
| CHRIS ROE | | ADDRESS ON FILE | | | | | | |
| CHRISTENSEN, MARIA | | ADDRESS ON FILE | | | | | | |
| CHRISTENSEN, MARIA J. | | ADDRESS ON FILE | | | | | | |
| CHRISTIAN J. OATTS | | ADDRESS ON FILE | | | | | | |
| CHRISTIAN R. & MARY F. LINDBACK FOUNDATION | C/O DUANE MORRIS LLP | 30 S 17TH ST FL 5 | | | PHILADELPHIA | PA | 19103-4196 | |
| CHRISTIAN, HEATHER | | ADDRESS ON FILE | | | | | | |
| CHRISTINA MEADOWS | | ADDRESS ON FILE | | | | | | |
| CHRISTINA ZANI | | ADDRESS ON FILE | | | | | | |
| CHRISTINE DEFEO | | ADDRESS ON FILE | | | | | | |
| CHRISTINE DYE | | ADDRESS ON FILE | | | | | | |
| CHRISTINE EISENMANN | | ADDRESS ON FILE | | | | | | |
| CHRISTINE FREY | | ADDRESS ON FILE | | | | | | |
| CHRISTINE JANSEN | | ADDRESS ON FILE | | | | | | |
| CHRISTINE PAVLICEK | | ADDRESS ON FILE | | | | | | |
| CHRISTINE RADCLIFF | | ADDRESS ON FILE | | | | | | |
| CHRISTINE REILLY | | ADDRESS ON FILE | | | | | | |
| CHRISTINE WRIGHT | | ADDRESS ON FILE | | | | | | |
| CHRISTINE ZERANCE | | ADDRESS ON FILE | | | | | | |
| CHRISTMAS, ROOSEVELT | | ADDRESS ON FILE | | | | | | |
| CHRISTOPHER ADORNATO | | ADDRESS ON FILE | | | | | | |
| CHRISTOPHER BONCIMINO | | ADDRESS ON FILE | | | | | | |
| CHRISTOPHER M. CASAZZA | | ADDRESS ON FILE | | | | | | |
| CHUBB | | 436 WALNUT ST | | | PHILADELPHIA | PA | 19106-3703 | |
| CHUBB GROUP OF INSURANCE COMPANIES | | 202B HALL'S MILL ROAD | | | WHITEHOUSE STATION | NJ | 08889 | |
| CHUNG, BELINDA | | ADDRESS ON FILE | | | | | | |
| CHUNG, CHRISTINA | | ADDRESS ON FILE | | | | | | |
| CHUONG, JASON | | ADDRESS ON FILE | | | | | | |
| CHUTE MASTER ENVIRONMENTAL | | 1640 VAUXHALL RD | | | UNION | NJ | 07083-3413 | |
| CIANFRANO, VERONICA | | ADDRESS ON FILE | | | | | | |
| CICCONI, ASHLEIGH | | ADDRESS ON FILE | | | | | | |
| CIERVO, MICHAEL | | ADDRESS ON FILE | | | | | | |
| CIERVO, MICHAEL J. | | ADDRESS ON FILE | | | | | | |
| CINDY ARCHER | | ADDRESS ON FILE | | | | | | |
| CINDY HOOSE | | ADDRESS ON FILE | | | | | | |
| CINEDELPHIA ENTERTAINMENT LLC | | 531 NORTH 12TH STREET | | | PHILADELPHIA | PA | 19123 | |
| CINESPEAK | | 6251 WEBSTER STREET | | | PHILADELPHIA | PA | 19143 | |
| CIRCLE SQUARE STUDIOS | | 812 E THOMPSON ST | | | PHILADELPHIA | PA | 19125 | |
| CIRCO ZERO | | 2842 FOLSOM ST. | | | SAN FRANCISCO | CA | 94110 | |
| CIRINO, STEPHEN | | ADDRESS ON FILE | | | | | | |
| CIRINO, STEPHEN R. | | ADDRESS ON FILE | | | | | | |
| CIRO ELECTRICAL SUPPLY CO. | | 1740 JACKSON ST | | | PHILADELPHIA | PA | 19145-3835 | |
| CITATION GRAPHICS, INC | | 7025 CENTRAL HWY | | | PENNSAUKEN | NJ | 08109-4312 | |
| CITE DE MEMOIRE | | 30-32 RUE DE LA PLAINE | | | 75020 PARIS | | | FRANCE |
| CITINO, RALPH | | ADDRESS ON FILE | | | | | | |
| CITIZENS BANK | | 1701 JOHN F KENNEDY BLVD FL 22 | | | PHILADELPHIA | PA | 19103-2849 | |
| CITIZENS FOR THE ARTS IN PENNSYLVANIA | | 100 NORTH CAMERON STREETSTE 108-A | | | HARRISBURG | PA | 17102-2179 | |
| CITRIX SYSTEMS, INC | | CLOUD COLLECTIONS | PO BOX 936497 | | ATLANTA | GA | 31193-6497 | |
| CITY OF PHILADELPHIA | | 1401 JOHN F KENNEDY BOULEVARDFL 6 | | | PHILADELPHIA | PA | 19102-1617 | |
| CITY OF PHILADELPHIA | | DEPARTMENT OF REVENUE / WATER | PO BOX 41496 | | PHILADELPHIA | PA | 19101-1496 | |
| CITY OF PHILADELPHIA | | MUNICIPAL SERVICES BUILDING | PUBLIC SERVICES CONCOURSE | 1401 JOHN F. KENNEDY BLVD | PHILADELPHIA | PA | 19102 | |
| CITY OF PHILADELPHIA | | PHILADELPHIA DEPARTMENT OF REVENUE | PO BOX 8409 | | PHILADELPHIA | PA | 19105 | |
| CITY OF PHILADELPHIA DEPARTMENT OF REVENUE | | PO BOX 8409 | | | PHILADELPHIA | PA | 19105 | |
| CITY OF PHILADELPHIA DEPT. OF | | B61 CITY HALL | | | PHILADELPHIA | PA | 19107 | |
| CITY PLANTER | | 814 NORTH 4TH STREET | | | PHILADELPHIA | PA | 19123 | |
| CLAIBORNE, JAMES E. JR. | | ADDRESS ON FILE | | | | | | |
| CLAIR ODELL GROUP | | 1620 BETHLEHEM PIKE | | | FLOURTOWN | PA | 19031 | |
| CLARK, CORNELL | | ADDRESS ON FILE | | | | | | |
| CLAUDIA PAUL | | ADDRESS ON FILE | | | | | | |
| CLAUS, MADISON | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CLAYBORN, CAMERON | | ADDRESS ON FILE | | | | | | |
| CLEAR SOUND INC | | 546 PENN STREET | | | YEADON | PA | 19050 | |
| CLEAR TOUCH INTERACTIVE INC | | 1100 THOUSAND OAKS BLVD | | | GREENVILLE | SC | 29607 | |
| CLEIGHTON, KAREN | | ADDRESS ON FILE | | | | | | |
| CLEIGHTON, KAREN A. | | ADDRESS ON FILE | | | | | | |
| CLEMENS CONSTUCTION CO., INC | | 1438 WALNUT ST | | | PHILADELPHIA | PA | 19102-4016 | |
| CLEMENS, NOBUHLE R. | | ADDRESS ON FILE | | | | | | |
| CLIFT, JULIA | | ADDRESS ON FILE | | | | | | |
| CLINTON HILL/ALLEN TRAN FOUNDATION | | 37545 LOS COCOS DR E | | | RANCHO MIRAGE | CA | 92270-2119 | |
| CLOUD CANVAS/PARIVEDA SOLUTIONS | | 2811 MCKINNEY AVE | SUITE 320 | | DALLAS | TX | 75204 | |
| CLOUD GEHSHAN ASSOC | | 444 N 3RD ST STE 601 | | | PHILADELPHIA | PA | 19123-4151 | |
| CM BURROUGHS | | 4250 NORTH MARINE DRIVE | APT #2707 | | CHICAGO | IL | 60613 | |
| CMS GILBRETH PACKAGING SYSTEMS, INC | | 8 INTERPLEX DR STE 219 | | | FEASTERVILLE TREVOSE | PA | 19053-6980 | |
| CMW ENTERTAINMENT LLC | | 1500 WILLOWBROOK BLVD | STE 110 #4606 | | WAYNE | NJ | 07470 | |
| CNI SALES, INC | CORPORATE NETWORKING | PO BOX 180 | 2960 SKIPPACK PIKE | | WORCESTER | PA | 19490 | |
| CNI SALES, INC | | 2960 SKIPPACK PIKEPO BOX 180 | | | WORCESTER | PA | 19490-0180 | |
| COASTAL COMM GROUP | | 6820C N CRESCENT BLVD | | | PENNSAUKEN | NJ | 08110-1540 | |
| COCKERM, SHEMEKA | | ADDRESS ON FILE | | | | | | |
| COFFEY, DEBORAH | | ADDRESS ON FILE | | | | | | |
| COGENT COMMUNICATIONS, INC. | | 2450 N ST NW | | | WASHINGTON | DC | 20037 | |
| COGENT COMMUNICATIONS, INC. | | PO BOX 791087 | | | BALTIMORE | MD | 21279-1087 | |
| COHEN KOTLER | | ADDRESS ON FILE | | | | | | |
| COHEN, STEPHANIE OSIN | | ADDRESS ON FILE | | | | | | |
| COHEN, YVE LARIS | | ADDRESS ON FILE | | | | | | |
| COLADONATO, STEPHANIE | | ADDRESS ON FILE | | | | | | |
| COLANERI, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| COLBURN, ALEXANDRA | | ADDRESS ON FILE | | | | | | |
| COLBURN, ALEXANDRA K. | | ADDRESS ON FILE | | | | | | |
| COLE, ALYSSA | | ADDRESS ON FILE | | | | | | |
| COLEMAN CAMPBELL INC | | PO BOX 354 | | | HIGHLAND FALLS | NY | 10928 | |
| COLEMAN, MARGARET | | ADDRESS ON FILE | | | | | | |
| COLGATE-PALMOLIVE CO | | 300 PARK AVENUE | | | NEW YORK | NY | 10022 | |
| COLIN KENNEY | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| COLIN KENNEY | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| COLIN KENNEY | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| COLLALTO, LAUREN | | ADDRESS ON FILE | | | | | | |
| COLLECTIVE SPEAKERS LLC | | PO BOX 803 | | | WINDSOR | CO | 80550 | |
| COLLEGE FOR CREATIVE STUDIES | | 201 E KIRBY | | | DETROIT | MI | 48202 | |
| COLLEGENET, INC. | ATTN ACCOUNTS RECEIVABLE | 805 SW BROADWAY | STE 1600 | | PORTLAND | OR | 97205 | |
| COLLEGIATE ENTERPRISE | | 3 CENTENNIAL DRIVE | STE. 320 | | PEABODY | MA | 01960 | |
| COLLIER, BRANDY NICOLE | | ADDRESS ON FILE | | | | | | |
| COLLINS, ARDITH | | ADDRESS ON FILE | | | | | | |
| COLLINS, ARDITH J. | | ADDRESS ON FILE | | | | | | |
| COLLINS, JAKE | | ADDRESS ON FILE | | | | | | |
| COLLINS, LAUREN J. | | ADDRESS ON FILE | | | | | | |
| COLLINS-ACHILLE, SHANI | | ADDRESS ON FILE | | | | | | |
| COLONIAL ELECTRIC SUPPLY CO. | | 417 CALLOWHILL STREET | | | PHILADELPHIA | PA | 19123-4018 | |
| COLON-NAVA, AMALIA G. | | ADDRESS ON FILE | | | | | | |
| COLORADO STATE BANK AND TRUST | | BOKF, NA | | | TULSA | OK | 74192-0001 | |
| COLWES, BRANDON | | ADDRESS ON FILE | | | | | | |
| COMMANDER JAMES H. BATEMAN | | ADDRESS ON FILE | | | | | | |
| COMMERCE CAPITAL MARKETS, INC | | 2005 MARKET ST | | | PHILADELPHIA | PA | 19103-7042 | |
| COMMONWEALTH CONSULTING GROUPS | | 210 W WASHINGTON SQ APT 11SW | | | PHILADELPHIA | PA | 19106-3509 | |
| COMMONWEALTH OF PA-USTIF | | 901 NORTH 7TH STREET | | | HARRISBURG | PA | 17102 | |
| COMMONWEALTH OF PENNSYLVANIA | | 333 MARKET STREET | | | HARRISBURG | PA | 17120-0001 | |
| COMMONWEALTH OF PENNSYLVANIA | | DEPARTMENT OF STATE | UNCLAIMED PROPERTY | PO BOX 783473 | PHILADELPHIA | PA | 19178-3473 | |
| COMMONWEALTH OF PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | | CHARITABLE TRUSTS AND ORGANIZATIONS SECTION | 14TH FL | STRAWBERRY SQUARE | HARRISBURG | PA | 17120 | |
| COMMUNITY COLLEGE OF PHILADELPHIA | | 1700 SPRING GARDEN STREET | | | PHILADELPHIA | PA | 19130 | |
| COMMUNITY FIRST ABSTRACT | | 550 TOWNSHIP LINE RD STE 350 | | | BLUE BELL | PA | 19422-2734 | |
| COMPASS GROUP | | 2400 YORKMONT ROAD | | | CHARLOTTE | NC | 28217 | |
| COMPASS GROUP USA, INC. | | TREASURY DEPARTMENT | 2400 YORKMONT RD. | | CHARLOTTE | NC | 28217 | |
| COMPOSING ROOM, INC. | | 5001 SOUTHWEST AVE | | | ST. LOUIS | MO | 63110 | |
| COMPUTER DESIGN & INTEGRATION | | PO BOX 23246 | | | NEW YORK | NY | 10087-3246 | |
| CONCETTA MATTIONI | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CONESTOGA VALLEY HIGH SCHOOL | | 2110 HORSESHOE RD | | | LANCASTER | PA | 17601 | |
| CONNELLY FOUNDATION | | 100 FRONT ST STE 1450 | | | W CNSHOHOCKEN | PA | 19428-2873 | |
| CONNIE WOOLFORD | | ADDRESS ON FILE | | | | | | |
| CONQUER THE SOIL | | 1993 BRIAN WAY | | | DECATUR | GA | 30033 | |
| CONSERVEST CAPITAL ADVISORS, INC | | 257 E. LANCASTER AVE. | | | WYNNEWOOD | PA | 19096 | |
| CONSOLATI, CLAUDIA | | ADDRESS ON FILE | | | | | | |
| CONSTANCE MENSH | | 1241 EAST FLETCHER STREET | | | PHILADELPHIA | PA | 19125 | |
| CONSTITUO SOFTWARE LLC | | PO BOX 458 | PO BOX 458 | | W. SIMSBURY | CT | 06092 | |
| CONSTITUO SOFTWARE LLC | | PO BOX 458 | | | W. SIMSBURY | CT | 06092 | |
| CONSTON FOUNDATION | | 41 CONSHOHOCKEN STATE RD APT 612 | | | BALA CYNWYD | PA | 19004-2417 | |
| CONSULATE GENERAL OF SWITZERLAND | | 633 3RD AVE FL 30 | | | NEW YORK | NY | 10017-8164 | |
| CONTESSA, ELIZABETH A. | | ADDRESS ON FILE | | | | | | |
| CONTINENTAL CASUALTY COMPANY (CAN) | CNA | ATTN: RYAN RICHARDSON | 100 MATSONFORD ROAD | | RADNOR | PA | 19807 | |
| CONTINENTAL CASUALTY COMPANY (CAN) | CNA | ATTN: RYAN RICHARDSON | THREE RADNOR CORPORATE CENTER | 100 MATSONFORD ROAD | RADNOR | PA | 19087 | |
| CONTINUING THE LEGACY DANCE FOUNDATION | | 330 SHADYBROOK LANE | UNIT D | | LAS VEGAS | NV | 89107 | |
| COOKE BROWN LLC | | 871 SEVEN OAKS BLVD. | STE 220 | | SMYMA | TN | 37167 | |
| COOKE, COURTNEY | | ADDRESS ON FILE | | | | | | |
| COOLEY LLP | | 3 EMBARCADERO CENTER | 20TH FLOOR | | SAN FRANCISCO | CA | 94111-4004 | |
| COONEY, CATHERINE | | ADDRESS ON FILE | | | | | | |
| COOPER, JACOB | | ADDRESS ON FILE | | | | | | |
| COOPER-HACKMAN, ANAIS | | ADDRESS ON FILE | | | | | | |
| COOPER-RAMSEY, SAVANNAH | | ADDRESS ON FILE | | | | | | |
| COOVER, RODERICK | | ADDRESS ON FILE | | | | | | |
| COPY, MEDIA | | ADDRESS ON FILE | | | | | | |
| CORDARO, JOSEPH | | ADDRESS ON FILE | | | | | | |
| CORDARO, JOSEPH A. | | ADDRESS ON FILE | | | | | | |
| COREY SCIARRILLO | | ADDRESS ON FILE | | | | | | |
| CORRALES, LANA | | ADDRESS ON FILE | | | | | | |
| CORSILLI, JENNIFER | | ADDRESS ON FILE | | | | | | |
| CORTI, DANIEL | | ADDRESS ON FILE | | | | | | |
| COSMIC RAYS FOUNDATION | | 16 DAVIE CIRCLE | | | CHAPE HILL | NC | 27514 | |
| COSTA, NICHOLAS M. | | ADDRESS ON FILE | | | | | | |
| COTTMAN, RUFUS A. | | ADDRESS ON FILE | | | | | | |
| COUNCIL OF INDEPENDENT | | ONE DUPONT CIRCLE | NW | STE 320 | WASHINGTON | DC | 20036-1142 | |
| COURTNEY E. TUCKER | | ADDRESS ON FILE | | | | | | |
| COURTNEY, MATTHEW | | ADDRESS ON FILE | | | | | | |
| COURTNEY, MATTHEW N. | | ADDRESS ON FILE | | | | | | |
| COURTNEY, MICHAEL | | ADDRESS ON FILE | | | | | | |
| COURTNEY, MICHAEL L. | | ADDRESS ON FILE | | | | | | |
| COUWENBERG, ANNET | | ADDRESS ON FILE | | | | | | |
| COVERDALE, BRANCHE | | ADDRESS ON FILE | | | | | | |
| COVERDALE, BRANCHE K. | | ADDRESS ON FILE | | | | | | |
| COVONE, JOSEPH | | ADDRESS ON FILE | | | | | | |
| COWARD-GILMORE, ANTOINETTE | | ADDRESS ON FILE | | | | | | |
| COWEN, JAMES | | ADDRESS ON FILE | | | | | | |
| COX, AIMEE M. | | ADDRESS ON FILE | | | | | | |
| COX, CHRISTINE | | ADDRESS ON FILE | | | | | | |
| CRAFT IN AMERICA | | 1120 S ROBERTSON BLVD STE 301 | | | LOS ANGELES | CA | 90035-1471 | |
| CRAFT PRO MASONRY RESTORATION INC | | 69 ZIMMERMAN LANE | UNIT A | | HULMEVILLE | PA | 19047 | |
| CRAFTNOW PHILADELPHIA | | 100 SOUTH JUNIPER ST. | OFFICE 510 | | PHILADELPHIA | PA | 19107 | |
| CRAIG DARE | | ADDRESS ON FILE | | | | | | |
| CRAIG KAISAND | | ADDRESS ON FILE | | | | | | |
| CRAM, LINDSAY | | ADDRESS ON FILE | | | | | | |
| CRAM, LINDSAY A. | | ADDRESS ON FILE | | | | | | |
| CRAWFORD-SILVA, PIA E. | | ADDRESS ON FILE | | | | | | |
| CRAWLEY, ASHON T. | | ADDRESS ON FILE | | | | | | |
| CREATIVE ACTS LEARNING CENTER | | 6634 EASTON AVE | NW | | WAHINGTON | DC | 20012 | |
| CREATIVE CORPORATE TRAINING | | 909 10TH AVENUE | APT 2 | | PROSPECT PARK | PA | 19076 | |
| CREDITS AND INCENTIVES CORP. | | 155 CANDELERO DR APT B7 | | | HUMACAO | PR | 00791-6175 | |
| CRERAND, PAUL | | ADDRESS ON FILE | | | | | | |
| CRESA PARTNERS BOSTON | | 200 STATE ST FL 13 | | | BOSTON | MA | 02109-2605 | |
| CRESS, RICHARD | | ADDRESS ON FILE | | | | | | |
| CRESS, RICHARD B. | | ADDRESS ON FILE | | | | | | |
| CRESTLEA FOUNDATION | | 100 W 10TH ST STE 1109 | | | WILMINGTON | DE | 19801-1694 | |
| CREWS, CAITLIN | | ADDRESS ON FILE | | | | | | |
| CRICHTON, KYLE | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CRISTOFARO, MARC | | ADDRESS ON FILE | | | | | | |
| CRITERION LABORATORIES INC | | 400 STREET RD | | | BENSALEM | PA | 19020 | |
| CRITERION PICTURES | | 106 SAUNDERS RD. UNIT 6 | | | BARRIE | ON | L4N 9A8 | CANADA |
| CROSSCOVER (LLOYD'S) | RYAN TURNER SPECIALTY | 1650 ARCH STREET | 26TH FLOOR | | PHILADELPHIA | PA | 19103 | |
| CROTHAMEL, JENNIFER | | ADDRESS ON FILE | | | | | | |
| CROTHAMEL, NICHOLAS | | ADDRESS ON FILE | | | | | | |
| CROWN CASTLE FIBER LLC | | 8020 KATY FREEWAY | | | HOUSTON | TX | 77024 | |
| CROWN CASTLE FIBER LLC | | PO BOX 32102 | | | NEW YORK | NY | 10087-2102 | |
| CRUICKSHANK, NICHOLAS | | ADDRESS ON FILE | | | | | | |
| CRW GRAPHICS | | 9100 PENNSAUKEN HIGHWAY | | | PENNSAUKEN | NJ | 08110 | |
| CRW GRAPHICS | | 9100 PENNSAUKEN HWY | | | PENNSAUKEN | NJ | 08110-1206 | |
| CRYER, ANNA | | ADDRESS ON FILE | | | | | | |
| CRYSTAL DUKES | | ADDRESS ON FILE | | | | | | |
| CRYSTAL GRAY | | ADDRESS ON FILE | | | | | | |
| CRYSTAL RIDLEY | | ADDRESS ON FILE | | | | | | |
| CSG GLOBAL CONSULTING | | 5185 CAMPUS DRIVE | STE. 400 | | PLYMOUTH MEETING | PA | 19462 | |
| CUMBERBATCH, CHANTEL T. | | ADDRESS ON FILE | | | | | | |
| CUNNINGHAM PIANO CO, INC | | 5423 GERMANTOWN AVE | | | PHILADELPHIA | PA | 19144-2223 | |
| CUNZO, CAROLINE DE | | ADDRESS ON FILE | | | | | | |
| CURCIO, PAUL | | ADDRESS ON FILE | | | | | | |
| CURRIE, BENJAMIN | | ADDRESS ON FILE | | | | | | |
| CURTIS INSTITUTE OF MUSIC | | 1726 LOCUST ST | | | PHILADELPHIA | PA | 19103-6107 | |
| CURTIS, DAVID E. | | ADDRESS ON FILE | | | | | | |
| CURTIUS, MATTHEW | | ADDRESS ON FILE | | | | | | |
| CUSHMAN & WAKEFIELD OF PENNSYLVANIA | | 1717 ARCH ST FL 30 | | | PHILADELPHIA | PA | 19103-2749 | |
| CUTTING EDGE ENTERTAINMENT | | 161 TOMLINSON RD. | | | HUNTINGDON VALLEY | PA | 19006 | |
| CYNTHIA LANDRUM | | ADDRESS ON FILE | | | | | | |
| CYNTHIA WILSON | | ADDRESS ON FILE | | | | | | |
| CYNTHIA WYSE | | ADDRESS ON FILE | | | | | | |
| D. HENDRICK EZERMAN FOUNDATION | | PO BOX 3226 | | | LANCASTER | PA | 17604-3226 | |
| D.C. HUMPHRYS CO INC. | | 5000 PASCHALL AVENUE | | | PHILADELPHIA | PA | 19143-5136 | |
| D3 DEVELOPMENT | | 1714 MEMPHIS ST APT 114 | | | PHILADELPHIA | PA | 19125-2714 | |
| DAFNE YACHIN | | ADDRESS ON FILE | | | | | | |
| DAGILIS, HELEN | | ADDRESS ON FILE | | | | | | |
| DAHAB, SOPHIA | | ADDRESS ON FILE | | | | | | |
| DAHLGREN, ANDREW | | ADDRESS ON FILE | | | | | | |
| DAMERON, WILLIAM | | ADDRESS ON FILE | | | | | | |
| DAMIAN CAMPBELL | | ADDRESS ON FILE | | | | | | |
| DAMICO, AMANDA | | ADDRESS ON FILE | | | | | | |
| DAMIEN MCCAFFERY | | ADDRESS ON FILE | | | | | | |
| DAN & CHERYL GRABON | | ADDRESS ON FILE | | | | | | |
| DAN AND ANITA JONES | | ADDRESS ON FILE | | | | | | |
| DAN BOSIN ASSOC | | 136 NORTH 3RD STREET | | | PHILADELPHIA | PA | 19106 | |
| DANA, ZAINA | | ADDRESS ON FILE | | | | | | |
| DANCEMEDIA PUBLICATIONS, LLC | | PO BOX 96441 | | | CHARLOTTE | NC | 28296-0441 | |
| DANFORD, AMY K. | | ADDRESS ON FILE | | | | | | |
| DANGELO, ADRIENNE | | ADDRESS ON FILE | | | | | | |
| DANIEL BASSO | | ADDRESS ON FILE | | | | | | |
| DANIEL D. WEEKES | | ADDRESS ON FILE | | | | | | |
| DANIEL DUFFY | | ADDRESS ON FILE | | | | | | |
| DANIEL GINN | | ADDRESS ON FILE | | | | | | |
| DANIEL HERTZBERG | | ADDRESS ON FILE | | | | | | |
| DANIEL J. MCCARTHY | | ADDRESS ON FILE | | | | | | |
| DANIEL M. TABAS FAMILY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| DANIEL MARTZ | | ADDRESS ON FILE | | | | | | |
| DANIEL NUTTERS | | ADDRESS ON FILE | | | | | | |
| DANIEL O. TUCKER | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| DANIEL O. TUCKER | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| DANIEL WORTH | | ADDRESS ON FILE | | | | | | |
| DANIELLE AMATO | | ADDRESS ON FILE | | | | | | |
| DANIELLE KLAVINS | | ADDRESS ON FILE | | | | | | |
| DANIELS, DAVID | | ADDRESS ON FILE | | | | | | |
| DANIELSEN, SARA | | ADDRESS ON FILE | | | | | | |
| DANIN, BARBARA | | ADDRESS ON FILE | | | | | | |
| DANTONIO, SAMANTHA | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DAPHNE WILLIAMS FOX | | ADDRESS ON FILE | | | | | | |
| DARIA KULAKOVA | | ADDRESS ON FILE | | | | | | |
| DARIAN SCALAMONI | | ADDRESS ON FILE | | | | | | |
| DARLENE JAMESON | | ADDRESS ON FILE | | | | | | |
| DARNAIL LYLES | | ADDRESS ON FILE | | | | | | |
| DARRYL DICKERSON | | ADDRESS ON FILE | | | | | | |
| DARYN DAVIDSON | | ADDRESS ON FILE | | | | | | |
| DAS, JAYATRI | | ADDRESS ON FILE | | | | | | |
| DASTNER, ANSELM | | ADDRESS ON FILE | | | | | | |
| DÄSTNER, ANSELM | | ADDRESS ON FILE | | | | | | |
| DAURIA, NICHOLAS L. | | ADDRESS ON FILE | | | | | | |
| DAVE DEHART | | ADDRESS ON FILE | | | | | | |
| DAVENPORT, GEHIA | | ADDRESS ON FILE | | | | | | |
| DAVID BAYLIFF | | ADDRESS ON FILE | | | | | | |
| DAVID BRONSON SMITH | | ADDRESS ON FILE | | | | | | |
| DAVID C. MARKOWSKI | | ADDRESS ON FILE | | | | | | |
| DAVID CUTLER INDUSTRIES | | PO BOX 218 | 124 GREENWOOD AVE | | WYNCOTE | PA | 19095-1514 | |
| DAVID GIBSON | | ADDRESS ON FILE | | | | | | |
| DAVID GREENBERG | | ADDRESS ON FILE | | | | | | |
| DAVID HART | | ADDRESS ON FILE | | | | | | |
| DAVID KRAGSETH | | ADDRESS ON FILE | | | | | | |
| DAVID LOVE | | ADDRESS ON FILE | | | | | | |
| DAVID MADSON | | ADDRESS ON FILE | | | | | | |
| DAVID MCBROWN | | ADDRESS ON FILE | | | | | | |
| DAVID OCCHINO | | ADDRESS ON FILE | | | | | | |
| DAVID SAMBOLIN | | ADDRESS ON FILE | | | | | | |
| DAVID TOMASSI | | ADDRESS ON FILE | | | | | | |
| DAVID VALENTINO | | ADDRESS ON FILE | | | | | | |
| DAVID, WAYNE | | ADDRESS ON FILE | | | | | | |
| DAVIDSON, RACHEL | | ADDRESS ON FILE | | | | | | |
| DAVIES, CYNTHIA | | ADDRESS ON FILE | | | | | | |
| DAVIS, AKEEM | | ADDRESS ON FILE | | | | | | |
| DAVIS, AKEEM | | ADDRESS ON FILE | | | | | | |
| DAVIS, BRIDGETT | | ADDRESS ON FILE | | | | | | |
| DAVIS, ELEANOR L. | | ADDRESS ON FILE | | | | | | |
| DAVIS, MATTHEW | | ADDRESS ON FILE | | | | | | |
| DAWN MCALLISTER | | ADDRESS ON FILE | | | | | | |
| DAWN SPRINGER | | ADDRESS ON FILE | | | | | | |
| DAWNA NERON | | ADDRESS ON FILE | | | | | | |
| DAWSON, MICHAEL | | ADDRESS ON FILE | | | | | | |
| DAWSON, MICHAEL | | ADDRESS ON FILE | | | | | | |
| DCA, INC | | 1250 EASTON RD | | | HORSHAM | PA | 19044-1416 | |
| DE LA TORRE, NATALIA | | ADDRESS ON FILE | | | | | | |
| DE LAGE LANDEN FINANCIAL SERVICES INC. | C/O/ STARK & STARK | ATTN: MARSHALL T. KIZNER | 100 AMERICAN METRO BLVD | | HAMILTON | NJ | 08619 | |
| DE LEON, DAIRYS ESCOTO | | ADDRESS ON FILE | | | | | | |
| DE SEVE, KAREN | | ADDRESS ON FILE | | | | | | |
| DEAL, JORDAN E. JR. | | ADDRESS ON FILE | | | | | | |
| DEAN BARBARA ELLIOTT | | ADDRESS ON FILE | | | | | | |
| DEANN MCDANIEL | | ADDRESS ON FILE | | | | | | |
| DEASY, KELLY | | ADDRESS ON FILE | | | | | | |
| DEBBI LYN GREBLER | | ADDRESS ON FILE | | | | | | |
| DEBBIE COFFEY | | ADDRESS ON FILE | | | | | | |
| DEBBIE FRATTARI | | ADDRESS ON FILE | | | | | | |
| DEBBIE WINKELMAN | | ADDRESS ON FILE | | | | | | |
| DEBI SCHWARTZ | | ADDRESS ON FILE | | | | | | |
| DEBONIS, JOSHUA | | ADDRESS ON FILE | | | | | | |
| DEBORAH A. LOVE | | ADDRESS ON FILE | | | | | | |
| DEBORAH C. WOODBURY | | ADDRESS ON FILE | | | | | | |
| DEBORAH DUFFY | | ADDRESS ON FILE | | | | | | |
| DEBORAH LOEBACH | | ADDRESS ON FILE | | | | | | |
| DEBORAH YOUNG | | ADDRESS ON FILE | | | | | | |
| DEBRA GIOIA | | ADDRESS ON FILE | | | | | | |
| DEBRA SANCHEZ | | ADDRESS ON FILE | | | | | | |
| DECAUMETTE, PATRICK | | ADDRESS ON FILE | | | | | | |
| DECLAN BURTON | | ADDRESS ON FILE | | | | | | |
| DEEP FOCUS PRODUCTIONS, INC | | 2506 MICHELTORENA ST. | | | LOS ANGELES | CA | 90039 | |
| DEFRANTZ, THOMAS F. | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DEGLER-WHITING, INC | | PO BOX 26683 | | | COLLEGEVILLE | PA | 19426 | |
| DEKANALOG INC | | 194 LEFFERTS AVENUE | | | BROOKLYN | NY | 11225 | |
| DEKEISHA HOWARD | | ADDRESS ON FILE | | | | | | |
| DEL VALLE PRODUCTIONS, INC | | 4775 COLLIINS AVENUE | STE 3603 | | MIAMI BEACH | FL | 33140 | |
| DELAWARE ART MUSEUM | | 2301 KENTMERE PKWY | | | WILMINGTON | DE | 19806-2019 | |
| DELAWARE COUNTY COMMUNITY COLLEGE | | 901 S MEDIA LINE RD | | | MEDIA | PA | 19063 | |
| DELAWARE VALLEY LEGACY FUND | | 1234 MARKET ST STE 1800 | | | PHILADELPHIA | PA | 19107-3704 | |
| DEL-CON ELECTRIC | | 7 MATHER AVE | | | BROOMALL | PA | 19008-3032 | |
| DELGADO, JONATHAN | | ADDRESS ON FILE | | | | | | |
| DELICH, JOSEPH | | ADDRESS ON FILE | | | | | | |
| DELL MARKETING LP | C/O DELL USA LP | PO BOX 643561 | | | PITTSBURGH | PA | 15264-3561 | |
| DELOPOULOS, ELENI | | ADDRESS ON FILE | | | | | | |
| DELUCA, DESIREE | | ADDRESS ON FILE | | | | | | |
| DEMIAN RESNICK | | ADDRESS ON FILE | | | | | | |
| DENIA LASSO | | ADDRESS ON FILE | | | | | | |
| DENISE ALLEN | | ADDRESS ON FILE | | | | | | |
| DENISE MCFADDEN | | ADDRESS ON FILE | | | | | | |
| DENISE ROCKTASCHEL | | ADDRESS ON FILE | | | | | | |
| DENMAN, JOHN | | ADDRESS ON FILE | | | | | | |
| DENNIS MCLAUGHLIN | | ADDRESS ON FILE | | | | | | |
| DENNIS SUTTON | | ADDRESS ON FILE | | | | | | |
| DENSON, ROBERT | | ADDRESS ON FILE | | | | | | |
| DENZER, BENJAMIN A. | | ADDRESS ON FILE | | | | | | |
| DEON BERLACK | | ADDRESS ON FILE | | | | | | |
| DEPAUL, ADAM | | ADDRESS ON FILE | | | | | | |
| DEREK TUCKER | | ADDRESS ON FILE | | | | | | |
| DERMIK LABORATORIES, IN | | PO BOX 1200 | | | COLLEGEVILLE | PA | 19426-0107 | |
| DERRICK C. JAQUES | | ADDRESS ON FILE | | | | | | |
| DESANTIS, ANTHONY J. | | ADDRESS ON FILE | | | | | | |
| DESIDERIO, JOHN | | ADDRESS ON FILE | | | | | | |
| DESIREE COLLINS | | ADDRESS ON FILE | | | | | | |
| DESOUZA, AMANDA | | ADDRESS ON FILE | | | | | | |
| DETWILER, DAVID | | ADDRESS ON FILE | | | | | | |
| DEUTSCH, CAITLIN | | ADDRESS ON FILE | | | | | | |
| DEVINE, MATTHEW | | ADDRESS ON FILE | | | | | | |
| DEVITO, THERESA | | ADDRESS ON FILE | | | | | | |
| DEVOE, BRENNAN | | ADDRESS ON FILE | | | | | | |
| DEVON KAJATT | | ADDRESS ON FILE | | | | | | |
| DEZELON, NICOLE | | ADDRESS ON FILE | | | | | | |
| DG ENERGY SOLUTIONS | | 1669 UNION ST, STE 200 | | | SAN DIEGO | CA | 92101 | |
| DI VENTI, JONATHAN | | ADDRESS ON FILE | | | | | | |
| DI VENTI, JONATHAN J. | | ADDRESS ON FILE | | | | | | |
| DIACONT, HEATHER | | ADDRESS ON FILE | | | | | | |
| DIANA MCBRIDE | | ADDRESS ON FILE | | | | | | |
| DIANE ABLES | | ADDRESS ON FILE | | | | | | |
| DIANE R. RUFF | | ADDRESS ON FILE | | | | | | |
| DIAZ, ALEX DOS | | ADDRESS ON FILE | | | | | | |
| DIAZ, DARREN | | ADDRESS ON FILE | | | | | | |
| DIAZ, DORIANA | | ADDRESS ON FILE | | | | | | |
| DIAZ, FRANK | | ADDRESS ON FILE | | | | | | |
| DIBBLE, BENJAMIN | | ADDRESS ON FILE | | | | | | |
| DIBBLE, BENJAMIN D. | | ADDRESS ON FILE | | | | | | |
| DIBERARDINIS, MAURA R. | | ADDRESS ON FILE | | | | | | |
| DICCIANI, MARC | | ADDRESS ON FILE | | | | | | |
| DICKER, ERICA | | ADDRESS ON FILE | | | | | | |
| DIDOMENICO, JOSEPH | | ADDRESS ON FILE | | | | | | |
| DIEGO RIVERA PRIHODOVA, BARBORA | | ADDRESS ON FILE | | | | | | |
| DIEHL, JACQUELYN | | ADDRESS ON FILE | | | | | | |
| DIERKSHEIDE, ALEXIS B. | | ADDRESS ON FILE | | | | | | |
| DIGITAL ARCHITECTURE, LLC | | PO BOX 674728 | | | DALLAS | TX | 75267-4704 | |
| DIGITAL THETRE (US) LLC | | DEPT CH 14499 | | | PALATINE | IL | 60055-4499 | |
| DIGITAS HEALTH | | 100 E PENN SQ FL 11 SOUTH | | | PHILADELPHIA | PA | 19107-3325 | |
| DILLON RAND | | ADDRESS ON FILE | | | | | | |
| DILLON, ROBERT E. | | ADDRESS ON FILE | | | | | | |
| DIMARCO, CHRISTA | | ADDRESS ON FILE | | | | | | |
| DIMARCO, CHRISTA R. | | ADDRESS ON FILE | | | | | | |
| DIMEDIO, ANNETTE | | ADDRESS ON FILE | | | | | | |
| DINA KRESSLER | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DINA LAURA | | ADDRESS ON FILE | | | | | | |
| DINEEN, NORAH | | ADDRESS ON FILE | | | | | | |
| DIOMEDE, AZALEA V. | | ADDRESS ON FILE | | | | | | |
| DIONYSIA CLOVIS | | ADDRESS ON FILE | | | | | | |
| DIRECT AIR LLC | | 2431 REED ST | | | PHILADELPHIA | PA | 19146-4000 | |
| DISABILITY PRIDE PHILADELPHIA | | 1500 PAGE STREET | 338 | | PHILADELPHIA | PA | 19121 | |
| DISPENZA, RACHEL A. | | ADDRESS ON FILE | | | | | | |
| DIXIE JUNK | | ADDRESS ON FILE | | | | | | |
| DIXON, TAMASHA | | ADDRESS ON FILE | | | | | | |
| DJANA BELL | | ADDRESS ON FILE | | | | | | |
| DJS ASSOC | | 10 MERION WAY | | | W. DEPTFORD | NJ | 08051 | |
| DK ROCKWELL | | ADDRESS ON FILE | | | | | | |
| DLT SOLUTIONS, LLC. | | PO BOX 743359 | | | ATLANTA | GA | 30374-3359 | |
| DOHERTY, SARAH | | ADDRESS ON FILE | | | | | | |
| DOLAN, BARBARA | | ADDRESS ON FILE | | | | | | |
| DOLCI PECCATI LLC | | 274 NE 59TH STREET | | | MIAMI | FL | 33137 | |
| DOLFINGER-MCMAHON FOUNDATION | C/O DUANE MORRIS, LLP | 30 S 17TH ST FL 5 | | | PHILADELPHIA | PA | 19103-4196 | |
| DOLIVEUX, MAELLE | | ADDRESS ON FILE | | | | | | |
| DOLLARTON CONSTRUCTION CO. | | PO BOX 219 | | | CHELTENHAM | PA | 19012-0219 | |
| DOLORES UNK | | ADDRESS ON FILE | | | | | | |
| DOMINGUEZ, PATRICIA | | ADDRESS ON FILE | | | | | | |
| DON GLANDEN | | ADDRESS ON FILE | | | | | | |
| DON LOWING | | ADDRESS ON FILE | | | | | | |
| DON WALDMAN | | ADDRESS ON FILE | | | | | | |
| DONA KRYSTOSEK | | ADDRESS ON FILE | | | | | | |
| DONAHUE, JOHN M. | | ADDRESS ON FILE | | | | | | |
| DONALD A. DEVLIN & ASSOC, P.C. | | 417 N HADDON AVE | | | HADDONFIELD | NJ | 08033-1701 | |
| DONALD SMITH | | ADDRESS ON FILE | | | | | | |
| DONALDSON-WHEATLEY, SHARON | | ADDRESS ON FILE | | | | | | |
| DONALDSON-WHEATLEY, SHARON S. | | ADDRESS ON FILE | | | | | | |
| DONNA BERNIER | | ADDRESS ON FILE | | | | | | |
| DONNA DELICH | | ADDRESS ON FILE | | | | | | |
| DONNA LYMPER | | ADDRESS ON FILE | | | | | | |
| DONNAMARIE ALCOTT | | ADDRESS ON FILE | | | | | | |
| DONNELLY, NICOLE | | ADDRESS ON FILE | | | | | | |
| DONNELLY, SHELBY | | ADDRESS ON FILE | | | | | | |
| DONNELLY, SHELBY | | ADDRESS ON FILE | | | | | | |
| DONNETT, NATHANIEL | | ADDRESS ON FILE | | | | | | |
| DONNIE MCCLESKEY | | ADDRESS ON FILE | | | | | | |
| DONOVAN, CHRISTINE | | ADDRESS ON FILE | | | | | | |
| DOOLITTLE, JAMES E. | | ADDRESS ON FILE | | | | | | |
| DOREEN MINICH | | ADDRESS ON FILE | | | | | | |
| DOREEN SAYEGH | | ADDRESS ON FILE | | | | | | |
| DORM ROOM MOVERS, LLC. | | 5111 N SCOTTSDALE RD STE 200 | | | SCTOTTSDALE | AZ | 85250 | |
| DOROTHEA FIELDS | | ADDRESS ON FILE | | | | | | |
| DOROTHY ATKINSON | | ADDRESS ON FILE | | | | | | |
| DOUBLE ARROW INC | C/O DIPERNA ASSOCIATES | 31 HUSON YARDS | FL 11, STE 26 | | NEW YORK | NY | 10001 | |
| DOUCETTE, PHILIP A. | | ADDRESS ON FILE | | | | | | |
| DOUGHERTY ELECTRIC, INC | | 145 MORRIS ST | | | PHILADELPHIA | PA | 19148-1312 | |
| DOUGLAS BOHR | | ADDRESS ON FILE | | | | | | |
| DOUGLAS FYFE | | ADDRESS ON FILE | | | | | | |
| DOUGLAS PURCELL | | ADDRESS ON FILE | | | | | | |
| DOUGLAS WILLIAMS | | ADDRESS ON FILE | | | | | | |
| DOUGLAS, ALBERTA | | ADDRESS ON FILE | | | | | | |
| DOUGLAS, MARGARET | | ADDRESS ON FILE | | | | | | |
| DOUGLAS, MARGARET E. | | ADDRESS ON FILE | | | | | | |
| DOVE, ALFRED L. | | ADDRESS ON FILE | | | | | | |
| DOW JONES & CO., INC | | PO BOX 8857 | | | PRINCETON | NJ | 08543-8857 | |
| DOWELL, JOHN E. JR. | | ADDRESS ON FILE | | | | | | |
| DOWNBEAT | | 188 WEST INDUSTRIAL DRIVE | STE 310 | | ELMHURST | IL | 60126 | |
| DOWNING, LAUREN E. | | ADDRESS ON FILE | | | | | | |
| DR. A. R. CRANE-OKADA, PH.D. | | ADDRESS ON FILE | | | | | | |
| DR. ABELARDO LECHTER, PH.D. | | ADDRESS ON FILE | | | | | | |
| DR. ADELE SCHEELE, PH.D. | | ADDRESS ON FILE | | | | | | |
| DR. ADELINE C. BETHANY 1957 | | ADDRESS ON FILE | | | | | | |
| DR. ALAN J. MILLER | | ADDRESS ON FILE | | | | | | |
| DR. ALAN P. BERG | | ADDRESS ON FILE | | | | | | |
| DR. ALLAN S. ABRAMS, M.D. | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DR. AND MRS. ALLEN H. ALEXANDER | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. ALLEN HAIMES | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. HERBERT MOSS | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. HERMAN H. GOLDSTINE | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. IRWIN BECKER | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. JOSEPH KOZIELSKI, M.D. | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. JOSEPH NEWMEYER | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. JULIAN D. FREEMAN | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. KENNETH H. MAURER | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. LAWRENCE ROSNER | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. LEONARD M. LODISH | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. LEONARD S. RUBIN | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. LESTER LUBORSKY | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. MARK SIRKIN | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. MARVIN FUCHS | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. MICHAEL B. FINEBERG | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. MILTON GOODSTEIN | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. PAUL C. BRUCKER | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. PERRY OTTENBERG | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. RAYMOND BERKOWITZ | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. RICHARD M. JAY | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. ROBERT DREYFUSS | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. ROBERT M. SCHWARTZMAN | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. RONALD LIEBMAN | | ADDRESS ON FILE | | | | | | |
| DR. AND MRS. SIDNEY SAULL | | ADDRESS ON FILE | | | | | | |
| DR. ANDREA J. CLEARFIELD 1984 | | ADDRESS ON FILE | | | | | | |
| DR. ANDREW ORDOVER | | ADDRESS ON FILE | | | | | | |
| DR. ANGELO A. ANDONAKAKIS, D.O. 1979 | | ADDRESS ON FILE | | | | | | |
| DR. ANNE I. DAVENPORT | | ADDRESS ON FILE | | | | | | |
| DR. ANNETTE DIMEDIO | | ADDRESS ON FILE | | | | | | |
| DR. ARNON DREYFUSS | | ADDRESS ON FILE | | | | | | |
| DR. B. SCHNEIDER, M.D. | | ADDRESS ON FILE | | | | | | |
| DR. BARBARA J. LORRY | | ADDRESS ON FILE | | | | | | |
| DR. BRAD FENTON | | ADDRESS ON FILE | | | | | | |
| DR. BRIAN MARKEY | | ADDRESS ON FILE | | | | | | |
| DR. BRUCE NORTHRUP | | ADDRESS ON FILE | | | | | | |
| DR. BRUCE ROMANCZUK, M.D. | | ADDRESS ON FILE | | | | | | |
| DR. BURTON EISENBERG | | ADDRESS ON FILE | | | | | | |
| DR. BYRON M. GASTON | | ADDRESS ON FILE | | | | | | |
| DR. CARL J. MINNITI, JR. | | ADDRESS ON FILE | | | | | | |
| DR. CARLENE LAWSON | | ADDRESS ON FILE | | | | | | |
| DR. CAROL D. LEWIS | | ADDRESS ON FILE | | | | | | |
| DR. CHARLES F. PENNACCHIO, PH.D. | | ADDRESS ON FILE | | | | | | |
| DR. CHARLES W. NICHOLS, M.D. | | ADDRESS ON FILE | | | | | | |
| DR. CONSTANTIN COPE | | ADDRESS ON FILE | | | | | | |
| DR. CRYSTAL L. SAMUELS 2007 | | ADDRESS ON FILE | | | | | | |
| DR. D. J. MALDONATO | | ADDRESS ON FILE | | | | | | |
| DR. DALE FAIGENBAUM 1969 | | ADDRESS ON FILE | | | | | | |
| DR. DOUGLAS MEDLIN | | ADDRESS ON FILE | | | | | | |
| DR. DWIGHT J. HARTZELL | | ADDRESS ON FILE | | | | | | |
| DR. EDWARD SLEEPER | | ADDRESS ON FILE | | | | | | |
| DR. ELIZABETH SWING | | ADDRESS ON FILE | | | | | | |
| DR. FEI GAO | | ADDRESS ON FILE | | | | | | |
| DR. FRANCINE DEUTSCH | | ADDRESS ON FILE | | | | | | |
| DR. FRANÇOIS LOUIS | | ADDRESS ON FILE | | | | | | |
| DR. FRANK TIBILETTI, M.D. | | ADDRESS ON FILE | | | | | | |
| DR. GARY J. ANDERSON | | ADDRESS ON FILE | | | | | | |
| DR. GENE E. TODD | | ADDRESS ON FILE | | | | | | |
| DR. GERALD ENTINE | | ADDRESS ON FILE | | | | | | |
| DR. GLORIA B. BALABAN | | ADDRESS ON FILE | | | | | | |
| DR. GREGORY DAUGUSTINE | | ADDRESS ON FILE | | | | | | |
| DR. GREGORY NAYOR | | ADDRESS ON FILE | | | | | | |
| DR. HARRIS P. MILLER | | ADDRESS ON FILE | | | | | | |
| DR. HARRY GLASS | | ADDRESS ON FILE | | | | | | |
| DR. HARRY ROSENTHAL | | ADDRESS ON FILE | | | | | | |
| DR. HARVEY EISENBERG | | ADDRESS ON FILE | | | | | | |
| DR. HERBERT KEAN | | ADDRESS ON FILE | | | | | | |
| DR. HILARY KOPROWSKI | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DR. HOPE BLECHER | | ADDRESS ON FILE | | | | | | |
| DR. ISAAC DJERASSI | | ADDRESS ON FILE | | | | | | |
| DR. JAMES KARUSTIS | | ADDRESS ON FILE | | | | | | |
| DR. JAY S. ROSEN, M.D. | | ADDRESS ON FILE | | | | | | |
| DR. JERRY WIND | | ADDRESS ON FILE | | | | | | |
| DR. JOHANNA SCHOSS 1995 | | ADDRESS ON FILE | | | | | | |
| DR. JOHN A. DULIK 1965 | | ADDRESS ON FILE | | | | | | |
| DR. JOHN B. KLOMP 1967 | | ADDRESS ON FILE | | | | | | |
| DR. JOHN M. BAKER, JR. | | ADDRESS ON FILE | | | | | | |
| DR. JOHN W. ZAMARRA, M.D. | | ADDRESS ON FILE | | | | | | |
| DR. JORDAN LIEBERMAN | | ADDRESS ON FILE | | | | | | |
| DR. JOSEPH E. MCGRORY | | ADDRESS ON FILE | | | | | | |
| DR. JOSEPH G. ROSENFELD | | ADDRESS ON FILE | | | | | | |
| DR. JOSEPH S. GONNELLA | | ADDRESS ON FILE | | | | | | |
| DR. JULIET LUTHER | | ADDRESS ON FILE | | | | | | |
| DR. KARL F. RUGART, JR. | | ADDRESS ON FILE | | | | | | |
| DR. KATHERINE M. GORDON-CLARK, PH.D. | | ADDRESS ON FILE | | | | | | |
| DR. KATHRYN G. LEE 1974 | | ADDRESS ON FILE | | | | | | |
| DR. KATHY U. MARTIN | | ADDRESS ON FILE | | | | | | |
| DR. KENNETH C. KALETA | | ADDRESS ON FILE | | | | | | |
| DR. KERRI HAUPT 2001 | | ADDRESS ON FILE | | | | | | |
| DR. KIM S. MOLLO 1991 | | ADDRESS ON FILE | | | | | | |
| DR. KIRK E. PILLOW, PH.D. | | ADDRESS ON FILE | | | | | | |
| DR. LEE A. BENDER | | ADDRESS ON FILE | | | | | | |
| DR. LESTER H. WURTELE | | ADDRESS ON FILE | | | | | | |
| DR. LLOYD BROTMAN | | ADDRESS ON FILE | | | | | | |
| DR. LORRAINE C. KING, M.D. | | ADDRESS ON FILE | | | | | | |
| DR. LOUIS W. SCHWARTZ | | ADDRESS ON FILE | | | | | | |
| DR. M. L. BURKE | | ADDRESS ON FILE | | | | | | |
| DR. MARC S. LEVINE | | ADDRESS ON FILE | | | | | | |
| DR. MARGARET RUSH | | ADDRESS ON FILE | | | | | | |
| DR. MARIA DE SANTIS | | ADDRESS ON FILE | | | | | | |
| DR. MARK GENTILE | | ADDRESS ON FILE | | | | | | |
| DR. MARTIN A. NOVELLI | | ADDRESS ON FILE | | | | | | |
| DR. MARY L. POLAN | | ADDRESS ON FILE | | | | | | |
| DR. MICHAEL L. PEDICIN 1968 | | ADDRESS ON FILE | | | | | | |
| DR. MICHAEL ZUCKERMAN | | ADDRESS ON FILE | | | | | | |
| DR. MILTON L. ROCK | | ADDRESS ON FILE | | | | | | |
| DR. MYRNA N. LINSENBERG | | ADDRESS ON FILE | | | | | | |
| DR. MYRON E. RESNICK | | ADDRESS ON FILE | | | | | | |
| DR. NATHAN SCHNALL | | ADDRESS ON FILE | | | | | | |
| DR. NEIL D. WETZEL 1982 | | ADDRESS ON FILE | | | | | | |
| DR. NEIL J. KLEINMAN | | ADDRESS ON FILE | | | | | | |
| DR. NOEL MAYO 1960 | | ADDRESS ON FILE | | | | | | |
| DR. PATRICK M. JONES, PH.D. | | ADDRESS ON FILE | | | | | | |
| DR. PATSY B. ROWE 1970 | | ADDRESS ON FILE | | | | | | |
| DR. PAUL BOGOSIAN | | ADDRESS ON FILE | | | | | | |
| DR. PAUL PETERSEN | | ADDRESS ON FILE | | | | | | |
| DR. PAUL R. HERMANY | | ADDRESS ON FILE | | | | | | |
| DR. PETER STAMBLER | | ADDRESS ON FILE | | | | | | |
| DR. PORTIA HAMILTON-SPERR | | ADDRESS ON FILE | | | | | | |
| DR. R. B. NOONE | | ADDRESS ON FILE | | | | | | |
| DR. RACHEL RONDINELLI | | ADDRESS ON FILE | | | | | | |
| DR. RAMONA WIS | | ADDRESS ON FILE | | | | | | |
| DR. RICHARD F. SPARK, M.D. | | ADDRESS ON FILE | | | | | | |
| DR. RICHARD SATAVA | | ADDRESS ON FILE | | | | | | |
| DR. RICHARD THOMAS | | ADDRESS ON FILE | | | | | | |
| DR. RICHARD VIGILANTE | | ADDRESS ON FILE | | | | | | |
| DR. ROBERT A. LEFFERS | | ADDRESS ON FILE | | | | | | |
| DR. ROBERT BALL | | ADDRESS ON FILE | | | | | | |
| DR. ROBERT HILBRONNER | | ADDRESS ON FILE | | | | | | |
| DR. ROBERT L. SIEGLE, M.D. | | ADDRESS ON FILE | | | | | | |
| DR. ROBERT ST. CYR | | ADDRESS ON FILE | | | | | | |
| DR. ROBERT STEINER | | ADDRESS ON FILE | | | | | | |
| DR. ROBERT STERN | | ADDRESS ON FILE | | | | | | |
| DR. ROBERT WALDECK | | ADDRESS ON FILE | | | | | | |
| DR. ROGER H. SHEINKIN | | ADDRESS ON FILE | | | | | | |
| DR. ROSEMARY A. STEVENS | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DR. RUSSEL E. KAUFMAN | | ADDRESS ON FILE | | | | | | |
| DR. RUSSELL W. SCHAEDLER | | ADDRESS ON FILE | | | | | | |
| DR. RUTH PERLMUTTER | | ADDRESS ON FILE | | | | | | |
| DR. SHARON GILBERT | | ADDRESS ON FILE | | | | | | |
| DR. SHIRNETT WILLIAMSON | | ADDRESS ON FILE | | | | | | |
| DR. SOL LUBIN | | ADDRESS ON FILE | | | | | | |
| DR. STEPHEN KOCH | | ADDRESS ON FILE | | | | | | |
| DR. SUSAN K. LESHNOFF 1972 | | ADDRESS ON FILE | | | | | | |
| DR. TERRY APPLEBAUM | | ADDRESS ON FILE | | | | | | |
| DR. THERESA DOLAN | | ADDRESS ON FILE | | | | | | |
| DR. TIM LACHMAN | | ADDRESS ON FILE | | | | | | |
| DR. TOBY ZINMAN | | ADDRESS ON FILE | | | | | | |
| DR. TODD BJERKE | | ADDRESS ON FILE | | | | | | |
| DR. VIVEK SAILAM | | ADDRESS ON FILE | | | | | | |
| DR. WILLIAM S. TASMAN | | ADDRESS ON FILE | | | | | | |
| DR. WILLYS K. SILVERS | | ADDRESS ON FILE | | | | | | |
| DR. YALE E. GOLDMAN | | ADDRESS ON FILE | | | | | | |
| DRANOFF FAMILY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| DRANOFF PROPERTIES | | 755 S BROAD ST | | | PHILADELPHIA | PA | 19147-2571 | |
| DRASS, JESSICA | | ADDRESS ON FILE | | | | | | |
| DREXEL UNIVERSITY | | 3141 CHESTNUT ST, MAIN 102 | | | PHILADELPHIA | PA | 19104-2816 | |
| DREXEL UNIVERSITY | | MAIN BUILDING | ROOM 212 | 3141 CHESTNUT STREET | PHILADELPHIA | PA | 19104 | |
| DRISCOLL FAMILY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| DRUCKER, VICTORIA | | ADDRESS ON FILE | | | | | | |
| DSOUZA, RHEA MICHELLE | | ADDRESS ON FILE | | | | | | |
| DUCERA PARTNERS LLC | | 11 TIMES SQ | | | NEW YORK | NY | 10036 | |
| DUFFY PIANO MOVING & STORAGE | | 1206 AMOSLAND RD | | | PROSPECT PARK | PA | 19076 | |
| DUFFY, DEBORAH | | ADDRESS ON FILE | | | | | | |
| DUFFY, MARIANNE | | ADDRESS ON FILE | | | | | | |
| DUFFY, MARTIN | | ADDRESS ON FILE | | | | | | |
| DUGAN, JACQUELINE | | ADDRESS ON FILE | | | | | | |
| DUGGAN, SCOTT | | ADDRESS ON FILE | | | | | | |
| DUGUID, LAUREN | | ADDRESS ON FILE | | | | | | |
| DUKE, CHARIS | | ADDRESS ON FILE | | | | | | |
| DUKE, CHARIS | | ADDRESS ON FILE | | | | | | |
| DUKE, MARIELLE | | ADDRESS ON FILE | | | | | | |
| DULIK, JOHN | | ADDRESS ON FILE | | | | | | |
| DUNN, MEAGHAN | | ADDRESS ON FILE | | | | | | |
| DUNPHY, JOHANNA | | ADDRESS ON FILE | | | | | | |
| DUNYA, JEANNINE OSAYANDE | | ADDRESS ON FILE | | | | | | |
| DUPONT, SIDNEY | | ADDRESS ON FILE | | | | | | |
| DUSTYN HALL | | ADDRESS ON FILE | | | | | | |
| DUVALL, MATTHEW | | ADDRESS ON FILE | | | | | | |
| DUVALL, NATALIE | | ADDRESS ON FILE | | | | | | |
| DUWON, NAJEE | | ADDRESS ON FILE | | | | | | |
| DYLAN, JACK | | ADDRESS ON FILE | | | | | | |
| DYNAMIC VISUAL SOLUTIONS LLC | | 257 BRYAN RD | | | DANIA BEACH | FL | 33004 | |
| E. I. DUPONT DE NEMOURS & CO | | DUPONT PAYMENT SERVICES | PO BOX 80040 | | WILMINGTON | DE | 19880-0040 | |
| EAGLES TOURING CO II FOREIGN, | | 15760 VENTURA BLVD. | STE 1020 | | ENCINO | CA | 91436 | |
| EARL C. STOCKDON | | ADDRESS ON FILE | | | | | | |
| EASTECH CHEMICAL, INC | | 5700 TACONY ST | | | PHILADELPHIA | PA | 19135-4312 | |
| EBARVIA, TRICIA M. | | ADDRESS ON FILE | | | | | | |
| EBSCO INFORMATION SERVICES | | PAYMENT PROCESSING CENTER | PO BOX 204661 | | DALLAS | TX | 75320-4661 | |
| ECKERT, SARAH | | ADDRESS ON FILE | | | | | | |
| ECKMAN-LAWN, ALEXANDER | | ADDRESS ON FILE | | | | | | |
| ECOLE FRANCAISE INTERNATIONALE DE PHILADELPHIE | | 150 N HIGHLAND AVE | | | BALA CYNWYD | PA | 19004-3026 | |
| ECONA, AUGUSTO | | ADDRESS ON FILE | | | | | | |
| ED SAMBUCCI | | ADDRESS ON FILE | | | | | | |
| EDISON J. LOPEZ | | ADDRESS ON FILE | | | | | | |
| EDMUND CROOKS | | ADDRESS ON FILE | | | | | | |
| EDNEY, HARBOUR | | ADDRESS ON FILE | | | | | | |
| EDWARD AMENDOLA | | ADDRESS ON FILE | | | | | | |
| EDWARD DUNCAN | | ADDRESS ON FILE | | | | | | |
| EDWARD HESTON ELEMENTARY SCHOOL | | 1621 N. 54TH ST | | | PHILADELPHIA | PA | 19131 | |
| EDWARD L. VARNER | | ADDRESS ON FILE | | | | | | |
| EDWIN B. GARRIGUES FOUNDATION | C/O DUANE MORRIS LLP | 30 S 17TH ST FL 5 | | | PHILADELPHIA | PA | 19103-4196 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| EDWIN CINTRON | | ADDRESS ON FILE | | | | | | |
| EDWIN SANTIAGO | | ADDRESS ON FILE | | | | | | |
| EF INSTITUTE FOR CULTURAL EXCH EF STUDY ABROAD | | 2 EDUCATION CIRCLE | | | CAMBRIDGE | MA | 02141 | |
| EFFRON, BRIAN | | ADDRESS ON FILE | | | | | | |
| EGGERS, LINZI M. | | ADDRESS ON FILE | | | | | | |
| EGNER, JESSE J. | | ADDRESS ON FILE | | | | | | |
| EIES, MARTHA | | ADDRESS ON FILE | | | | | | |
| EILEEN BERNSTEIN | | ADDRESS ON FILE | | | | | | |
| EILEEN SALAZAR | | ADDRESS ON FILE | | | | | | |
| EILEEN TARITY | | ADDRESS ON FILE | | | | | | |
| EINHORN, JEFFREY | | ADDRESS ON FILE | | | | | | |
| EINSTEIN HEALTHCARE NETWORK | | 5501 OLD YORK RD | | | PHILADELPHIA | PA | 19141 | |
| EISENBERG CASTING LLC | | 115 OAKWOOD RD EAST | | | WATCHUNG | NJ | 07069 | |
| EISENMANN, CHRISTINE | | ADDRESS ON FILE | | | | | | |
| ELAINE BOWMAN | | ADDRESS ON FILE | | | | | | |
| ELAINE TURNER | | ADDRESS ON FILE | | | | | | |
| ELANA BETTS | | ADDRESS ON FILE | | | | | | |
| ELDREDGE, INC | | 898 FERNHILL RD. | | | W. CHESTER | PA | 19380-4256 | |
| ELEANOR OUDSHOORN | | ADDRESS ON FILE | | | | | | |
| ELECTRONIC INK | | 1 SOUTH BROAD STREET, FL 19 | | | PHILADELPHIA | PA | 19107 | |
| ELFANT WISSAHICKON REALTORS | | 8039 GERMANTOWN AVE | | | PHILADELPHIA | PA | 19118 | |
| ELI D. GOSS | | ADDRESS ON FILE | | | | | | |
| ELI, QUINN | | ADDRESS ON FILE | | | | | | |
| ELIAS HILL | | ADDRESS ON FILE | | | | | | |
| ELISA M. SEEHERMAN | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| ELISA M. SEEHERMAN | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| ELISA PHILLIPS | | ADDRESS ON FILE | | | | | | |
| ELISE DANH | | ADDRESS ON FILE | | | | | | |
| ELIZABETH GUTIERREZ | | ADDRESS ON FILE | | | | | | |
| ELIZABETH MARCHESE | | ADDRESS ON FILE | | | | | | |
| ELIZABETH MONAGHAN | | ADDRESS ON FILE | | | | | | |
| ELIZABETH RAINVILLE | | ADDRESS ON FILE | | | | | | |
| ELLEN K. MARTIN | | ADDRESS ON FILE | | | | | | |
| ELLEN ROSENBERG NUTTERS | | ADDRESS ON FILE | | | | | | |
| ELLIOT JACOBY | | ADDRESS ON FILE | | | | | | |
| ELLIOTT, DOUGLAS E. | | ADDRESS ON FILE | | | | | | |
| ELLIOTT-LEWIS CORPORATION | | 2900 BLACK LAKE PL | | | PHILADELPHIA | PA | 19154-1018 | |
| ELLIS, AUDREY L. | | ADDRESS ON FILE | | | | | | |
| ELLUCIAN COMPANY, L.P. | | 2003 EDMUND HALLEY DRIVE | 2003 EDMUND HALLEY DRIVE | | RESTON | VA | 20191 | |
| ELLUCIAN COMPANY, LP | | 62578 COLLECTIONS CENTER DR. | | | CHICAGO | IL | 60693 | |
| ELY, WAYNE A. | | ADDRESS ON FILE | | | | | | |
| EMANUEL, SUSAN | | ADDRESS ON FILE | | | | | | |
| EMBREE, NICK | | ADDRESS ON FILE | | | | | | |
| EMBREE, NICK | | ADDRESS ON FILE | | | | | | |
| EMCOR GROUP, FLUIDICS, INC | | 9815 ROOSEVELT BLVD STE A | | | PHILADELPHIA | PA | 19114-1035 | |
| EMERGENT, LLC | | 4525 MAIN STREET | STE. 1500 | | VIRGINIA BEACH | VA | 23462 | |
| EMERSON GROUP | | 304 HARPER DR. | STE 100 | | MOORESTOWN | NJ | 08057 | |
| EMERSON, REID & CO | | 630 W GERMANTOWN PIKE STE 215 | | | PLYMOUTH MTNG | PA | 19462-1069 | |
| EMILIO ROJAS | | ADDRESS ON FILE | | | | | | |
| EMILY CARRIS-DUNCAN | | ADDRESS ON FILE | | | | | | |
| EMIRATES FOUNDATION | | PO BOX 111445 | MEZZANINE FL, AL MAMOURA BUILDING | 4TH & 15TH STREETS | ABU DHABI | | | UNITED ARAB EMIRATES |
| EMMETT, RYAN M. | | ADDRESS ON FILE | | | | | | |
| EMOND, DANIEL HENRI | | ADDRESS ON FILE | | | | | | |
| EMPLOYEES COMMUNITY SERVICE FUND | | PO BOX 61826 | | | KING OF PRUSSIA | PA | 19406-8826 | |
| ENCORE SERIES, INC | | 252 S 16TH ST | | | PHILADELPHIA | PA | 19102-3334 | |
| ENCOURA LLC | | 75 REMITTANCE DR. DEPT 1020 | | | CHICAGO | IL | 60675-1020 | |
| ENGIE RESOURCES LLC | ATTN: DANIELLE OWEN | 1360 POST OAK BLVD. | SUITE 400 | | HOUSTON | TX | 77056 | |
| ENGIE RESOURCES LLC | | 1111 OLD EAGLE SCHOOL RD | | | WAYNE | PA | 19087 | |
| ENGIE RESOURCES LLC | | 1360 POST OAK | STE 400 | | HOUSTON | TX | 77056-3831 | |
| ENGIE RESOURCES LLC | | PO BOX 841680 | | | DALLAS | TX | 75284-1680 | |
| ENOS, ANTHONY | | ADDRESS ON FILE | | | | | | |
| ENOS, VIENNA | | ADDRESS ON FILE | | | | | | |
| ENPOINTE MANAGEMENT, LLC | | 102 NE 109TH STREET | | | MIAMI SHORES | FL | 33161 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ENTERTAINMENT TRANSPORT | | 218 BEACH 100 STREET | | | ROCKAWAY PARK | NY | 11694 | |
| ENTRINSIK, INC | | 7721 SIX FORKS RD. | STE 100 | | RALEIGH | NC | 27615 | |
| ENTRINSIK, INC. | ENTRINSIK, INC. | 7501 CREEDMOOR RD. | 7501 CREEDMOOR RD. | SUITE 102 | RALEIGH | NC | 27613 | |
| ENVIRONMENTAL INTERNATIONAL CORPORATION | | 4350 FAIRFAX DR STE 300 | | | ARLINGTON | VA | 22203-1619 | |
| ENVIRONMENTAL PROTECTION AGENCY | | 1200 PENNSYLVANIA AVENUE N.W. | | | WASHINGTON | DC | 20460 | |
| ENVISION | | 25 STATE ST STE 301 | | | NEWBURYPORT | MA | 01950-6611 | |
| ERIC ASCALON | | ADDRESS ON FILE | | | | | | |
| ERIC FRIEDENSOHN | | ADDRESS ON FILE | | | | | | |
| ERIC H. BUTTELMAN | | ADDRESS ON FILE | | | | | | |
| ERIC PORTER DESIGN | | PO BOX 416 | | | CHERRY HILL | NJ | 08003-0416 | |
| ERIC QUINN | | ADDRESS ON FILE | | | | | | |
| ERIC SEIDEL | | ADDRESS ON FILE | | | | | | |
| ERIC STAPLER | | ADDRESS ON FILE | | | | | | |
| ERICA BLANTON | | ADDRESS ON FILE | | | | | | |
| ERICA RAWLS | | ADDRESS ON FILE | | | | | | |
| ERIK DULOISY | | ADDRESS ON FILE | | | | | | |
| ERIKA ZELLER | | ADDRESS ON FILE | | | | | | |
| ERIN BENDER | | ADDRESS ON FILE | | | | | | |
| ERNE, ELAINE | | ADDRESS ON FILE | | | | | | |
| ERNIE KARPOLAS | | ADDRESS ON FILE | | | | | | |
| ESCOTO DE LEON, DAIRYS | | ADDRESS ON FILE | | | | | | |
| ESPIE, DANIEL | | ADDRESS ON FILE | | | | | | |
| ESPIE, DANIEL JAMES | | ADDRESS ON FILE | | | | | | |
| ESPIE, STEPHANIE | | ADDRESS ON FILE | | | | | | |
| ESTATE OF HARRIET P. HUGHES | | ADDRESS ON FILE | | | | | | |
| ESTATE OF HOWARD AND ELAINE ALBER | | ALEXAND & PELLI, LLC1608 WALNUT ST STE 900 | | | PHILADELPHIA | PA | 19103-5451 | |
| ESTATE OF JOHN W. MERRIAM | | ADDRESS ON FILE | | | | | | |
| ESTATE OF MARIAN C. SMITH | C/O GERHARD & GERHARD | 222 S EASTON RD STE 104 | | | GLENSIDE | PA | 19038-3918 | |
| ESTATE OF MICHAEL F. MOREKEN | C/O LAW OFFICE OF TURREY A. KEPLER | 534 SWEDE ST | | | NORRISTOWN | PA | 19401-4807 | |
| ESTATE OF MIRIAM ROTHMAN | | PO BOX 679 | | | READING | PA | 19603-0679 | |
| ESTATE OF OSCAR E. MERTZ, JR. | | ADDRESS ON FILE | | | | | | |
| ESTATE OF SYLVIA EGNAL | | ADDRESS ON FILE | | | | | | |
| ESTEVEZ-MCMURTRY, OLGA | | ADDRESS ON FILE | | | | | | |
| ESTHER GOWEN HOOD MUSIC SCHOLARSHIP | | PO BOX 185 | | | PITTSBURGH | PA | 15230-0185 | |
| ESTHER GOWEN HOOD MUSIC SCHOLARSHIP FUND | | ADDRESS ON FILE | | | | | | |
| ESTHER SIDDIQUIE | | ADDRESS ON FILE | | | | | | |
| ETABLISSEMENT NATIONAL DU CENT | | 1 RUE VICTOR HUGO | | | 93507 PANTIN | | | FRANCE |
| ETIENNE, CHARLIE H. | | ADDRESS ON FILE | | | | | | |
| EUBANKS, ROBIN | | ADDRESS ON FILE | | | | | | |
| EUGENE ONEILL THEATER CENTER | | 305 GREAT NECK RD | | | WATERFORD | CT | 06385-3825 | |
| EVA MOORE | | ADDRESS ON FILE | | | | | | |
| EVAN SCHONER | | ADDRESS ON FILE | | | | | | |
| EVANS, ALEXANDRA N. | | ADDRESS ON FILE | | | | | | |
| EVANS, JONAH | | ADDRESS ON FILE | | | | | | |
| EVANS, STEPHANIE | | ADDRESS ON FILE | | | | | | |
| EVANS, STEPHANIE E. | | ADDRESS ON FILE | | | | | | |
| EVANS, TOMMIE | | ADDRESS ON FILE | | | | | | |
| EVELYN CARTER | | ADDRESS ON FILE | | | | | | |
| EVERETT, SANDRA | | ADDRESS ON FILE | | | | | | |
| EVERYTHING BUT SOUND | | 1255 NORTH FAIRFIELD RD | STE. 201-2 | | BEAVERCREEK | OH | 45432 | |
| EWING, BRIAN L. | | ADDRESS ON FILE | | | | | | |
| EWING, SAMUEL | | ADDRESS ON FILE | | | | | | |
| EXECUTIVE LIFT LLC | | 7 BURRELL LANE | | | CINNAMINSON | NJ | 08077 | |
| EXPRESSWAY CINEMA RENTALS | | 3449 WEST INDIANA AVE | | | PHILADELPHIA | PA | 19132 | |
| EXUM, MAKAEL E. | | ADDRESS ON FILE | | | | | | |
| EZ LIVING CONCEPTS, LLC | | 2947 DUTTON MILL RD. | | | ASTON | PA | 19014 | |
| EZOLD, ERICA | | ADDRESS ON FILE | | | | | | |
| EZRA R. POPKY-GOUSIE | | ADDRESS ON FILE | | | | | | |
| F.C. HAAB | | ADDRESS ON FILE | | | | | | |
| FADI SKEIKER | | ADDRESS ON FILE | | | | | | |
| FAIR, KENNETH S. | | ADDRESS ON FILE | | | | | | |
| FALL, SOULEYE | | ADDRESS ON FILE | | | | | | |
| FALLON WARD | | ADDRESS ON FILE | | | | | | |
| FALLON, SUZANNE | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| FALVEY ENERGY ENGINEERING, PC | | 142 DECATUR RD | | | HAVERTOWN | PA | 19083-1106 | |
| FAMILY PLANNING COUNCIL | | ADDRESS ON FILE | | | | | | |
| FANTASMA, INC | | 1 EAST ERIE STREET | STE. 525-2298 | | CHICAGO | IL | 60611 | |
| FARAH, DANIEL | | ADDRESS ON FILE | | | | | | |
| FARLEY, MELANIE | | ADDRESS ON FILE | | | | | | |
| FARR, CHRIS | | ADDRESS ON FILE | | | | | | |
| FASCIANO, HOLLY | | ADDRESS ON FILE | | | | | | |
| FASCIANO, JOSEPH | | ADDRESS ON FILE | | | | | | |
| FAST SIGNS | | 1701 WELSH RD | | | PHILADELPHIA | PA | 19115 | |
| FASTRACK CONSTRUCTION | | 175 COMMERCE DR STE 200 | | | FORT WASHINGTON | PA | 19034-2424 | |
| FATIMA CONTEH | | ADDRESS ON FILE | | | | | | |
| FAYE, MALICK | | ADDRESS ON FILE | | | | | | |
| FEDERAL DEPARTMENT OF ENERGY | | 1000 INDEPENDENCE AVE SW | | | WASHINGTON | DC | 20585-0001 | |
| FEDERAL INSURANCE COMPANY | C/O CHUBB GROUP OF INSURANCE COMPANIES | 436 WALNUT STREET | | | PHILADELPHIA | PA | 19106 | |
| FEDERAL INSURANCE COMPANY | | CAPITAL CENTER | 251 NORTH ILLINOIS, STE 1100 | | INDIANAPOLIS | IN | 46204-1927 | |
| FEDOROWYCZ, NORA L. | | ADDRESS ON FILE | | | | | | |
| FEGREUS, MICHAEL | | ADDRESS ON FILE | | | | | | |
| FEIN, MICHAEL | | ADDRESS ON FILE | | | | | | |
| FEINGOLD, JUDITH MARIAN | | ADDRESS ON FILE | | | | | | |
| FEJKO, PAUL | | ADDRESS ON FILE | | | | | | |
| FELDMAN, KHAI | | ADDRESS ON FILE | | | | | | |
| FELICIA MAYO | | ADDRESS ON FILE | | | | | | |
| FELICITY ZHANG | | ADDRESS ON FILE | | | | | | |
| FELMETH, DEBORAH H. | | ADDRESS ON FILE | | | | | | |
| FELTMAN, MATTHEW | | ADDRESS ON FILE | | | | | | |
| FELTON, BRUCE | | ADDRESS ON FILE | | | | | | |
| FENTON, MIKAELA | | ADDRESS ON FILE | | | | | | |
| FERGUSON, CHARLES | | ADDRESS ON FILE | | | | | | |
| FERRELL, ALEC | | ADDRESS ON FILE | | | | | | |
| FERRI, DAVID A. | | ADDRESS ON FILE | | | | | | |
| FERRON, ANTONIO TROY | | ADDRESS ON FILE | | | | | | |
| FESSENDEN HALL INCORPORATED | | 1050 SHERMAN AVE | | | PENNSAUKEN | NJ | 08110-2617 | |
| FIDELITY INVESTMENTS CHARITABLE GIFT FUND | | PO BOX 770001 | | | CINCINNATI | OH | 45277-0053 | |
| FIDYK, STEVE | | ADDRESS ON FILE | | | | | | |
| FIELD, NINA | | ADDRESS ON FILE | | | | | | |
| FIELDS, DEVON S. | | ADDRESS ON FILE | | | | | | |
| FIFIELD, JASON | | ADDRESS ON FILE | | | | | | |
| FIFTYFIVE DESIGN ASSOC | | 55 MOUNT AIRY RD | | | BASKING RIDGE | NJ | 07920-2013 | |
| FIGUERAS, DAMIEN T. | | ADDRESS ON FILE | | | | | | |
| FILIOS, ELIZABETH A. | | ADDRESS ON FILE | | | | | | |
| FILIPOWSKA, ROKSANA | | ADDRESS ON FILE | | | | | | |
| FILM MOVEMENT LLC | | 237 WEST 35TH ST. | STE. 303 | | NEW YORK | NY | 10001 | |
| FINEBERG, JONATHAN | | ADDRESS ON FILE | | | | | | |
| FINEBERG, JONATHAN D. | | ADDRESS ON FILE | | | | | | |
| FINEBERG, SARAH | | ADDRESS ON FILE | | | | | | |
| FINNAREN & HALEY, INC | | 2041 W OREGON AVE | | | PHILADELPHIA | PA | 19145-4224 | |
| FIRNHABER, JAMES | | ADDRESS ON FILE | | | | | | |
| FIRNHABER, JAMES R. | | ADDRESS ON FILE | | | | | | |
| FIRST UNION FOUNDATION, PA 4385 | | 1339 CHESTNUT ST FL 13 | | | PHILADELPHIA | PA | 19107-3520 | |
| FISHBACK, DANIEL R. | | ADDRESS ON FILE | | | | | | |
| FISHEL, DANIEL K. | | ADDRESS ON FILE | | | | | | |
| FISHER, SARA | | ADDRESS ON FILE | | | | | | |
| FITCH RATINGS, INC | | PO BOX 14580 | | | DES MOINES | IA | 50306 | |
| FIVE TOWNS COLLEGE | | 305 NORTH SERVICE RD | | | DIX HILLS | NY | 11746 | |
| FLAK, JOHN | | ADDRESS ON FILE | | | | | | |
| FLAMM, MARA | | ADDRESS ON FILE | | | | | | |
| FLANNEL & HAMMER LLC | | 259 SOUTH FARRAGUT ST. | | | PHILADELPHIA | PA | 19139 | |
| FLANNERY, KATE | | ADDRESS ON FILE | | | | | | |
| FLASH GRAPHICS, INC | | 3682 DOGWOOD LANE | | | DOYLESTOWN | PA | 18902 | |
| FLATH, REGINA | | ADDRESS ON FILE | | | | | | |
| FLORENCE KUPFERER | | ADDRESS ON FILE | | | | | | |
| FLORIDA STATE UNIVERSITY | | A2500 UNIVERSITY CENTER | 282 CHAMPIONS WAY | | TALLAHASSEE | FL | 32306-2400 | |
| FLOWER, SAMANTHA | | ADDRESS ON FILE | | | | | | |
| FLOWER, SANDRA | | ADDRESS ON FILE | | | | | | |
| FMI DIRECT MAIL ADVERTISING | | 2100 KUBACH RD. | | | PHILADELPHIA | PA | 19116 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| FOGLE, DAVID W. | | ADDRESS ON FILE | | | | | | |
| FOLEY, THOMAS | | ADDRESS ON FILE | | | | | | |
| FOREMAN, JAMISON | | ADDRESS ON FILE | | | | | | |
| FORSELL, VINCENT | | ADDRESS ON FILE | | | | | | |
| FORSELL, VINCENT E. | | ADDRESS ON FILE | | | | | | |
| FORTUNE, HEATHER | | ADDRESS ON FILE | | | | | | |
| FOSNOCHT THOMAS A. III | | ADDRESS ON FILE | | | | | | |
| FOSNOCHT, THOMAS | | ADDRESS ON FILE | | | | | | |
| FOSTER, BRIAN | | ADDRESS ON FILE | | | | | | |
| FOSTER, CAITLIN | | ADDRESS ON FILE | | | | | | |
| FOSTER, JULIANNA | | ADDRESS ON FILE | | | | | | |
| FOSTER, STEPHEN | | ADDRESS ON FILE | | | | | | |
| FOWLER, LARRY | | ADDRESS ON FILE | | | | | | |
| FOWLER, PATRICIA | | ADDRESS ON FILE | | | | | | |
| FOX ROTHSCHILD | | ADDRESS ON FILE | | | | | | |
| FOX ROTHSCHILD LLP | ATTN ACCOUNTS RECEIVABLE | 2000 MARKET ST. | 20TH FL | | PHILADELPHIA | PA | 19103-3222 | |
| FOX, AMY L. | | ADDRESS ON FILE | | | | | | |
| FOX, KRISTINA M. | | ADDRESS ON FILE | | | | | | |
| FOX, ROBERT | | ADDRESS ON FILE | | | | | | |
| FRAATZ, JAMES | | ADDRESS ON FILE | | | | | | |
| FRAMELINE, INC | | 145 9TH STREET | STE 300 | | SAN FRANCISCO | CA | 94103 | |
| FRAN CIOCARI | | ADDRESS ON FILE | | | | | | |
| FRANCIS A. MOLENDA, JR. | | ADDRESS ON FILE | | | | | | |
| FRANK BRESNAN | | ADDRESS ON FILE | | | | | | |
| FRANK CLAY | | ADDRESS ON FILE | | | | | | |
| FRANK, CHARLES | | ADDRESS ON FILE | | | | | | |
| FRANKLIN SECURITY SYSTEMS | | 30 BELTZ RD | | | TELFORD | PA | 18969-1401 | |
| FRANKLYN CANTOR | | ADDRESS ON FILE | | | | | | |
| FRASER, FANA | | ADDRESS ON FILE | | | | | | |
| FRAZURE, LAURA | | ADDRESS ON FILE | | | | | | |
| FRED CURCHACK | | ADDRESS ON FILE | | | | | | |
| FREDERICK J. ROSENAU FOUNDATION | | ADDRESS ON FILE | | | | | | |
| FREDERICK, VELONZA | | ADDRESS ON FILE | | | | | | |
| FREEMAN MATHIS & GARY LLP | | ACCOUNTS RECEIVABLES | 100 GALLERIA PKWY | STE 1600 | ATLANTA | GA | 30339-5948 | |
| FREEMAN, ROSE | | ADDRESS ON FILE | | | | | | |
| FREEMAN, TANIKA | | ADDRESS ON FILE | | | | | | |
| FREQUENCY PRODUCTIONS LLC | | 201 HINKSON BLVD | STE 100 | | RIDLEY PARK | PA | 19078 | |
| FREYJA SACK | | ADDRESS ON FILE | | | | | | |
| FRIED BROTHERS INC | | 467 NORTH 7TH STREET | | | PHILADELPHIA | PA | 19123 | |
| FRIED, MARGARET | | ADDRESS ON FILE | | | | | | |
| FRIEDMAN, LESLIE | | ADDRESS ON FILE | | | | | | |
| FRIEDMAN, LESLIE A. | | ADDRESS ON FILE | | | | | | |
| FRIENDS OF RITTENHOUSE | | 201 SOUTH 18TH STREET, UNIT 411 | | | PHILADELPHIA | PA | 19103 | |
| FRIERSON, LAURIN | | ADDRESS ON FILE | | | | | | |
| FRINGEARTS | | 140 N COLUMBUS BLVD | | | PHILADELPHIA | PA | 19106-2001 | |
| FRINGEARTS | | 140 NORTH COLUMBUS BLVD | | | PHILADELPHIA | PA | 19106 | |
| FRISBEE, JOHN K. | | ADDRESS ON FILE | | | | | | |
| FRISCH, MEGAN | | ADDRESS ON FILE | | | | | | |
| FRITZ, ABAGAIL | | ADDRESS ON FILE | | | | | | |
| FRITZ, KATHERINE | | ADDRESS ON FILE | | | | | | |
| FRITZ, KATHERINE | | ADDRESS ON FILE | | | | | | |
| FRYE, LESLEE J. | | ADDRESS ON FILE | | | | | | |
| FS INVESTMENTS | | 201 ROUSE BLVD | | | PHILADELPHIA | PA | 19112-1902 | |
| FULL FORCE PROMOTIONS, LLC | | 239 RACE STREET | 1ST FL | | PHILADELPHIA | PA | 19106 | |
| FULL SAIL UNIVERSITY | | 3300 UNIVERSITY BLVD | | | WINTER PARK | FL | 32792 | |
| FULLER, ANINA P. | | ADDRESS ON FILE | | | | | | |
| FULLERTON, TRACY | | ADDRESS ON FILE | | | | | | |
| FUMAGALLI, ALESSANDRA | | ADDRESS ON FILE | | | | | | |
| FUNG, ALBERT | | ADDRESS ON FILE | | | | | | |
| FUNG, ALBERT | | ADDRESS ON FILE | | | | | | |
| FUNKY SOLE FUNDAMENTALS LLC | | 5622 CHRISTIAN STREET | | | PHILADELPHIA | PA | 19143 | |
| G&T ERECTORS, L.L.C. | | 8 ROBERT DR | | | WEST WINDSOR | NJ | 08550-3021 | |
| GABRIELLE MANDEL | | ADDRESS ON FILE | | | | | | |
| GABRIELLE ROULHAC | | ADDRESS ON FILE | | | | | | |
| GAGIS, JENNIFER | | ADDRESS ON FILE | | | | | | |
| GAIL A. TUCKER | | ADDRESS ON FILE | | | | | | |
| GAIL BARRINGER | | ADDRESS ON FILE | | | | | | |
| GAIL ELLIS | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| GAIL HAMLETT | | ADDRESS ON FILE | | | | | | |
| GAINES, MARLENE RICE-WHITTAKER | | ADDRESS ON FILE | | | | | | |
| GAIR, NORA | | ADDRESS ON FILE | | | | | | |
| GALASSO, CHRISTINA | | ADDRESS ON FILE | | | | | | |
| GALERIE LELONG | | ADDRESS ON FILE | | | | | | |
| GALES MEDIA, LLC | | 1575 FOOTE STREET | NE UNIT B | | ATLANTA | GA | 30307 | |
| GALLAGHER BENEFITS SERVICES | | ONE COMMERCE SQUARE | 2005 MARKET ST STE 710 | | PHILADELPHIA | PA | 19103 | |
| GALLAGHER, MATTHEW | | ADDRESS ON FILE | | | | | | |
| GALLAGHER, SIOBHAN | | ADDRESS ON FILE | | | | | | |
| GALLANT, ELISE | | ADDRESS ON FILE | | | | | | |
| GAMBONE, LINDSAY | | ADDRESS ON FILE | | | | | | |
| GAMERO SANTOS, DILMAR | | ADDRESS ON FILE | | | | | | |
| GAMERO SANTOS, DILMAR M. | | ADDRESS ON FILE | | | | | | |
| GANESH, CHITRA | | ADDRESS ON FILE | | | | | | |
| GANNON, MIRRANDA | | ADDRESS ON FILE | | | | | | |
| GANNON, MIRRANDA A. | | ADDRESS ON FILE | | | | | | |
| GANSKI, JASON | | ADDRESS ON FILE | | | | | | |
| GANSKY, JOSHUA | | ADDRESS ON FILE | | | | | | |
| GARCIA, ANA | | ADDRESS ON FILE | | | | | | |
| GARDNER, CIERA J. | | ADDRESS ON FILE | | | | | | |
| GARFIELD REFINING CO | | 810 E CAYUGA ST | | | PHILADELPHIA | PA | 19124-3857 | |
| GARRARD, KELLEY | | ADDRESS ON FILE | | | | | | |
| GARSIDE, JOANNE | | ADDRESS ON FILE | | | | | | |
| GARTH, KATHERINE | | ADDRESS ON FILE | | | | | | |
| GARTNER, TROY R. | | ADDRESS ON FILE | | | | | | |
| GARY HONABACH | | ADDRESS ON FILE | | | | | | |
| GARY JETER | | ADDRESS ON FILE | | | | | | |
| GARY SINGER | | ADDRESS ON FILE | | | | | | |
| GARY TURNER | | ADDRESS ON FILE | | | | | | |
| GARZON, LUCIA | | ADDRESS ON FILE | | | | | | |
| GASH, CHRIS | | ADDRESS ON FILE | | | | | | |
| GASH, CHRIS J. | | ADDRESS ON FILE | | | | | | |
| GASPARSKA, AGNIESZKA | | ADDRESS ON FILE | | | | | | |
| GAST, WILLIAM | | ADDRESS ON FILE | | | | | | |
| GATES, HENRY L. JR. | | ADDRESS ON FILE | | | | | | |
| GATLIN, RENEE | | ADDRESS ON FILE | | | | | | |
| GAWEL, BRENDON J. | | ADDRESS ON FILE | | | | | | |
| GAY, ANDREA | | ADDRESS ON FILE | | | | | | |
| GAYLE ERICKSON | | ADDRESS ON FILE | | | | | | |
| GAYLE VANGROFSKY | | ADDRESS ON FILE | | | | | | |
| GAYLORD, TRAVIS | | ADDRESS ON FILE | | | | | | |
| GAZDOWICZ, GREGORY | | ADDRESS ON FILE | | | | | | |
| GBAKIMA, JASSARATU | | ADDRESS ON FILE | | | | | | |
| GDLOFT, LLC | | CRANE ARTS BLDG | STUDIO 402 | 1400 NORTH AMERICAN STREET | PHILADELPHIA | PA | 19122 | |
| GE AUDIO VISUAL | | 121 SW NORTH RIVER DRIVE | | | MIAMI | FL | 33130 | |
| GEE, MARTIN | | ADDRESS ON FILE | | | | | | |
| GEE, MARTIN T. | | ADDRESS ON FILE | | | | | | |
| GEFFERS, BRENNA | | ADDRESS ON FILE | | | | | | |
| GEFFERS, BRENNA M. | | ADDRESS ON FILE | | | | | | |
| GELB FOUNDATION | | 111 PELLER AVE | | | SCRANTON | PA | 18505-2833 | |
| GELLERSTEIN, SAM L. | | ADDRESS ON FILE | | | | | | |
| GENE KUPFERER | | ADDRESS ON FILE | | | | | | |
| GENERAL ELECTRIC COMPANY | | 1 NEUMANN WAY | | | CINCINNATI | OH | 45215 | |
| GENERAL EXHIBITS, INC | | 2038 WASHINGTON AVE | | | PHILADELPHIA | PA | 19146-2832 | |
| GENSERVE LLC | | PO BOX 23974 | | | NEW YORK | NY | 10087-3974 | |
| GEOFFREY MCKONLY FURNITURE | | 11 MAPLE STREET | | | SOUTHAMPTON | MA | 01073 | |
| GEORGE BENO | | ADDRESS ON FILE | | | | | | |
| GEORGE W. RENTSCHLER FOUNDATION | | ADDRESS ON FILE | | | | | | |
| GEORGE, MICHAEL | | ADDRESS ON FILE | | | | | | |
| GEORGE, RAMI | | ADDRESS ON FILE | | | | | | |
| GEORGIAN COURT UNIVERSITY | | 900 LAKEWOOD AVE | | | LAKEWOOD | NJ | 08701 | |
| GEPHART, SARAH | | ADDRESS ON FILE | | | | | | |
| GERALD KIM | | ADDRESS ON FILE | | | | | | |
| GERALD MERGEN | | ADDRESS ON FILE | | | | | | |
| GERALYN SCHAD | | ADDRESS ON FILE | | | | | | |
| GERARD EISTERHOLD | | ADDRESS ON FILE | | | | | | |
| GERASIMOS KARABATSOS | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| GERSHMAN, ERIC | | ADDRESS ON FILE | | | | | | |
| GERTH, JEANNIE | | ADDRESS ON FILE | | | | | | |
| GETACCEPTD LLC | | PO BOX 935823 | | | ATLANTA | GA | 31193-5823 | |
| GETZ, DANIEL | | ADDRESS ON FILE | | | | | | |
| GHANT, MARIAH | | ADDRESS ON FILE | | | | | | |
| GHANT, MARIAH T. | | ADDRESS ON FILE | | | | | | |
| GIAMO, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| GIAMO, CHRISTOPHER W. | | ADDRESS ON FILE | | | | | | |
| GIANGRANDI, DANIEL | | ADDRESS ON FILE | | | | | | |
| GIANT DREAM PRODUCTION | | 220 ROSENHAYN AVE | | | BRIDGETON | NJ | 00802 | |
| GIGUERE, RALPH | | ADDRESS ON FILE | | | | | | |
| GIL ISAACS | | ADDRESS ON FILE | | | | | | |
| GILAD I. HEKSELMAN | | ADDRESS ON FILE | | | | | | |
| GILBERT, CATHERINE | | ADDRESS ON FILE | | | | | | |
| GILBERT, CHARLES | | ADDRESS ON FILE | | | | | | |
| GILBERT, CHARLES | | ADDRESS ON FILE | | | | | | |
| GILBERT, DYLAN | | ADDRESS ON FILE | | | | | | |
| GILBERT, REBECCA | | ADDRESS ON FILE | | | | | | |
| GILBERT-MERRILL, JENA | | ADDRESS ON FILE | | | | | | |
| GILLIGAN, YANCEY | | ADDRESS ON FILE | | | | | | |
| GINSBERG, TATIANA S. | | ADDRESS ON FILE | | | | | | |
| GIORDANO, LUCAS | | ADDRESS ON FILE | | | | | | |
| GIOVANNI WHITE | | ADDRESS ON FILE | | | | | | |
| GIQUINTO, ALISON | | ADDRESS ON FILE | | | | | | |
| GIROUX, CHLOE M. | | ADDRESS ON FILE | | | | | | |
| GITTELSOHN, ELLIOTT | | ADDRESS ON FILE | | | | | | |
| GIUSEPPE SCATURCHIO | | ADDRESS ON FILE | | | | | | |
| GIUSTO, GINA | | ADDRESS ON FILE | | | | | | |
| GIUSTO, GINA M. | | ADDRESS ON FILE | | | | | | |
| GIVECAMPUS, INC. | | 99 M ST SE | STE 233 | | WASHINGTON | DC | 20003 | |
| GIVESMART US, INC | | DEPT 2145 | PO BOX 122145 | | DALLAS | TX | 75312-2145 | |
| GLACCUM, KEVIN | | ADDRESS ON FILE | | | | | | |
| GLACE, JILLIAN | | ADDRESS ON FILE | | | | | | |
| GLACE, JILLIAN L. | | ADDRESS ON FILE | | | | | | |
| GLANDEN, WILLIAM | | ADDRESS ON FILE | | | | | | |
| GLASS ALLIANCE OF LOS ANGELES | | 1505 SKYLARK LN | | | LOS ANGELES | CA | 90069-1233 | |
| GLAUBITZ, JOHN T. | | ADDRESS ON FILE | | | | | | |
| GLAXOSMITHKLINE | MATCHING GIFTS PROGRAM | PO BOX 7185 | | | PRINCETON | NJ | 08543-7185 | |
| GLAZE, SEAN D. | | ADDRESS ON FILE | | | | | | |
| GLENN KNIGHT | | ADDRESS ON FILE | | | | | | |
| GLENN RINNIER | | ADDRESS ON FILE | | | | | | |
| GLENN TAMERIUS | | ADDRESS ON FILE | | | | | | |
| GLICKMAN, BERKOVITZ, LEVINSON & WEINER | | 7111 VALLEY GREEN RD | | | FT WASHINGTON | PA | 19034-2207 | |
| GLISSON, MEREDITH | | ADDRESS ON FILE | | | | | | |
| GLOBE THEATRE | | 21 NEW GLOBE WALK | | | BANKSIDE LONDON, SEI 9DT | | | UNITED KINGDOM |
| GLORIA EASLEY | | ADDRESS ON FILE | | | | | | |
| GLYDER, KIMBERLY | | ADDRESS ON FILE | | | | | | |
| GNADINGER, L | | ADDRESS ON FILE | | | | | | |
| GNADINGER, L. AUTUMN | | ADDRESS ON FILE | | | | | | |
| GO WELSH, INC | | PO BOX 4103 | | | LANCASTER | PA | 17604-4103 | |
| GOBI LIBRARY SOLUTIONS | | 10 ESTES ST | | | IPSWICH | MA | 01938 | |
| GODDARD, GILLIAN | | ADDRESS ON FILE | | | | | | |
| GOETTNER, JENNIFER | | ADDRESS ON FILE | | | | | | |
| GOINDEN, MARIE L. WILLIAMS | | ADDRESS ON FILE | | | | | | |
| GOLD MEDAL DISPOSAL | | 1770 HURFFVILLE RD | | | SEWELL | NJ | 08080-4260 | |
| GOLDEN, JACK | | ADDRESS ON FILE | | | | | | |
| GOLDEN, JACK C. | | ADDRESS ON FILE | | | | | | |
| GOLDENBERG, LEIGH | | ADDRESS ON FILE | | | | | | |
| GOLDMAN, JEFFREY | | ADDRESS ON FILE | | | | | | |
| GOLDMAN, JEFFREY S. | | ADDRESS ON FILE | | | | | | |
| GOLDMAN, MADELAINE | | ADDRESS ON FILE | | | | | | |
| GOLDMAN, SANDER | | ADDRESS ON FILE | | | | | | |
| GOLDMAN, TYLER | | ADDRESS ON FILE | | | | | | |
| GOLDSMITHS COLLEGE - UNIVERSIT | | LEWISHAM WAY | NEW CROSS | | LONDON SE14 6NW | | | UNITED KINGDOM |
| GOLDSTEIN-LEVITAS, NATASHA | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| GOMEZ, MARIA | | ADDRESS ON FILE | | | | | | |
| GONZALEZ, CANDY A. | | ADDRESS ON FILE | | | | | | |
| GONZALEZ, CHRISTY | | ADDRESS ON FILE | | | | | | |
| GONZALEZ, JEZABETH | | ADDRESS ON FILE | | | | | | |
| GONZALEZ, JONATHAN | | ADDRESS ON FILE | | | | | | |
| GOODWIN, DEBORAH | | ADDRESS ON FILE | | | | | | |
| GOODWIN, JUNE | | ADDRESS ON FILE | | | | | | |
| GOPIE-SALEEM, KERECE | | ADDRESS ON FILE | | | | | | |
| GORDIN & BERGER | | 1760 MARKET ST STE 600 | | | PHILADELPHIA | PA | 19103-4105 | |
| GORDON GROUP ELECTRIC | | 1701A LORETTA AVE | | | FEASTERVILLE TREVOSE | PA | 19053-7312 | |
| GORDON, TRACY | | ADDRESS ON FILE | | | | | | |
| GRAHAM PARTNERS, INC | | 3611 W CHESTER PIKE BLDG 2 STE 200 | | | NEWTOWN SQ | PA | 19073-2323 | |
| GRAHAM, LAKESHA | | ADDRESS ON FILE | | | | | | |
| GRANATO, JOSEPH | | ADDRESS ON FILE | | | | | | |
| GRANEY, CAROL | | ADDRESS ON FILE | | | | | | |
| GRANT MCCLURE | | ADDRESS ON FILE | | | | | | |
| GRANT THORNTON LLP | | 2001 MARKET STREETTWO COMMERCE SQ STE 3100 | | | PHILADELPHIA | PA | 19103 | |
| GRANT, HENRY | | ADDRESS ON FILE | | | | | | |
| GRAPHIC ARTS, INC | | 4100 CHESTNUT ST | | | PHILADELPHIA | PA | 19104-3013 | |
| GRAPHICS, VISION | | ADDRESS ON FILE | | | | | | |
| GRASS, BERRY | | ADDRESS ON FILE | | | | | | |
| GRASS, CAMELLIA-BERRY | | ADDRESS ON FILE | | | | | | |
| GRASSHOPPER FILM, LLC | | 420 EAST 54 ST. | #3503 | | NEW YORK | NY | 10022 | |
| GRAVINA-WOHLLEB, JACQUELINE | | ADDRESS ON FILE | | | | | | |
| GRAY DAY SYSTEMS LLC | | 613 PELICAN CRST | | | BELLE CHASSE | LA | 70037-1831 | |
| GRAY, JACK | | ADDRESS ON FILE | | | | | | |
| GRAY, MS NAOMI | | ADDRESS ON FILE | | | | | | |
| GRAY, SEAN | | ADDRESS ON FILE | | | | | | |
| GRAY, WENDELL M. II | | ADDRESS ON FILE | | | | | | |
| GRAZIANI, BRIAN | | ADDRESS ON FILE | | | | | | |
| GREAT AMERICAN | RYAN TURNER SPECIALTY | 1650 ARCH STREET | 26TH FLOOR | | PHILADELPHIA | PA | 19103 | |
| GREAT AMERICAN INSURANCE GROUP | | ENVIRONMENTAL DIVISION | 111 BROADWAY | | NEW YORK | NY | 10006 | |
| GREATER GOOD STUDIO, LLC | | 3600 NORTH KEELER AVENUE | | | CHICAGO | IL | 60641 | |
| GREATER HOUSTON COMMUNITY FOUNDATION | | 5120 WOODWAY DR STE 6000 | | | HOUSTON | TX | 77056-1791 | |
| GREATER PHILADELPHIA CULTURAL | | 1315 WALNUT ST | STE 732 | | PHILADELPHIA | PA | 19107 | |
| GREATER PHILADELPHIA CULTURAL ALLIANCE | | 1315 WALNUT ST STE 732 | | | PHILADELPHIA | PA | 19107-4733 | |
| GREATER PHILADELPHIA FILM OFFICE | | ONE PARKWAY BUILDING | 1515 ARCH STREET, 11TH FL | | PHILADELPHIA | PA | 19102 | |
| GREATER PHILADELPHIA TOURISM MARKETING CORPORATION | | 30 S 17TH ST STE 2010 | | | PHILADELPHIA | PA | 19103-4005 | |
| GRECO, JOANN | | ADDRESS ON FILE | | | | | | |
| GREEN FIG NYC LLC | | 570 10TH AVENUE | | | NEW YORK | NY | 10036 | |
| GREEN, JULIE | | ADDRESS ON FILE | | | | | | |
| GREEN, JULIE-ANN C. | | ADDRESS ON FILE | | | | | | |
| GREEN, SAMUEL | | ADDRESS ON FILE | | | | | | |
| GREENBERG, DAVID | | ADDRESS ON FILE | | | | | | |
| GREENBURG, JENNIFER | | ADDRESS ON FILE | | | | | | |
| GREENBURG, JENNIFER | | ADDRESS ON FILE | | | | | | |
| GREENE, DOUG | | ADDRESS ON FILE | | | | | | |
| GREENLAND, THERESE | | ADDRESS ON FILE | | | | | | |
| GREENLAND, THERESE B. | | ADDRESS ON FILE | | | | | | |
| GREENWALD, MAGGIE | | ADDRESS ON FILE | | | | | | |
| GREG HYDE | | ADDRESS ON FILE | | | | | | |
| GREG STRASSBERG | | ADDRESS ON FILE | | | | | | |
| GREGG, DANA | | ADDRESS ON FILE | | | | | | |
| GREGORY CORRADO | | ADDRESS ON FILE | | | | | | |
| GREGORY WILSON | | ADDRESS ON FILE | | | | | | |
| GRETCHEN FOSTER | | ADDRESS ON FILE | | | | | | |
| GRETJEN CLAUSING | | ADDRESS ON FILE | | | | | | |
| GRINBERG, BENJAMIN R. | | ADDRESS ON FILE | | | | | | |
| GRINBERG, MELANIE | | ADDRESS ON FILE | | | | | | |
| GROEN, AMANDA | | ADDRESS ON FILE | | | | | | |
| GRUTZA, JENNIFER | | ADDRESS ON FILE | | | | | | |
| GRUTZECK, LAURA | | ADDRESS ON FILE | | | | | | |
| GRUTZECK, LAURA | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| GRYPHON ENTERTAINMENT INC | | 251 DAFFODIL DRIVE | | | E. STROUDSBURG | PA | 18301 | |
| GU, YIKUI | | ADDRESS ON FILE | | | | | | |
| GUARDIOLA, MATTHEW | | ADDRESS ON FILE | | | | | | |
| GUAY, RICHARD | | ADDRESS ON FILE | | | | | | |
| GUBIN, HARRIS | | ADDRESS ON FILE | | | | | | |
| GUEDES, KODY | | ADDRESS ON FILE | | | | | | |
| GUERRO, HARRY S. | | ADDRESS ON FILE | | | | | | |
| GUIDO, ANTHONY | | ADDRESS ON FILE | | | | | | |
| GUIDO, ANTHONY | | ADDRESS ON FILE | | | | | | |
| GUIGAR, BRADLEY | | ADDRESS ON FILE | | | | | | |
| GUILIANO, CHRISTINE R. | | ADDRESS ON FILE | | | | | | |
| GUILMARTIN, STEPHANIE | | ADDRESS ON FILE | | | | | | |
| GURRY, SAMANTHA L. | | ADDRESS ON FILE | | | | | | |
| GURTON-WATCHER, ANNA | | ADDRESS ON FILE | | | | | | |
| GURY, ALBERT | | ADDRESS ON FILE | | | | | | |
| GUTIERREZ, NAPOLEON | | ADDRESS ON FILE | | | | | | |
| GUTIERREZ, STEVEN | | ADDRESS ON FILE | | | | | | |
| GUTIERREZ-HAWBAKER, EDITH | | ADDRESS ON FILE | | | | | | |
| GUYER, MICHAEL E. | | ADDRESS ON FILE | | | | | | |
| GWINN, BRANDON J. | | ADDRESS ON FILE | | | | | | |
| H. GRACE FULLER | | ADDRESS ON FILE | | | | | | |
| H.F. LENFEST FOUNDATION | | ADDRESS ON FILE | | | | | | |
| HAAS, PETER | | ADDRESS ON FILE | | | | | | |
| HAAVIK-MACKINNON, AMY | | ADDRESS ON FILE | | | | | | |
| HACHETTE BOOK GROUP | | PO BOX 8828 | JFK STATION | | BOSTON | MA | 02114-8828 | |
| HADDON HEIGHTS BOARD OF EDUCATION AND ADMINISTRATION | | 316 7TH AVE # A | | | HADDON HGTS | NJ | 08035-1828 | |
| HADDON SECURITY, INC | | PO BOX 8665 | | | HADDON TOWNSHIP | NJ | 08108-8665 | |
| HADEN, KEVIN | | ADDRESS ON FILE | | | | | | |
| HAGAN & ASSOC | | 502 DARBY RD | | | HAVERTOWN | PA | 19083-4604 | |
| HAGAN, ANNE | | ADDRESS ON FILE | | | | | | |
| HAHN, TAMARA | | ADDRESS ON FILE | | | | | | |
| HAIDLE, ELIZABETH | | ADDRESS ON FILE | | | | | | |
| HAIRSTON, AMY | | ADDRESS ON FILE | | | | | | |
| HAL JONES | | ADDRESS ON FILE | | | | | | |
| HALEY HARTLINE | | ADDRESS ON FILE | | | | | | |
| HALF, ROBERT | | ADDRESS ON FILE | | | | | | |
| HAMILTON FAMILY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| HAMILTON, HANNA | | ADDRESS ON FILE | | | | | | |
| HAMILTON, KEVIN | | ADDRESS ON FILE | | | | | | |
| HAMILTON, LARRY | | ADDRESS ON FILE | | | | | | |
| HAMMEL, ALICE | | ADDRESS ON FILE | | | | | | |
| HAMMILL & GILLESPIE, INC | | PO BOX 104 | | | LIVINGSTON | NJ | 07039-0104 | |
| HAMMOND, VALERIE A. | | ADDRESS ON FILE | | | | | | |
| HANDLEY-BYRNE, KEAVY | | ADDRESS ON FILE | | | | | | |
| HANDS UP PRODUCTIONS LLC | | 22 MORNINGSTAR CT. | | | SICKLERVILLE | NJ | 08081 | |
| HANGLEY ARONCHICK SEGAL & PUDLIN | | 1 LOGAN SQ FL 27 | | | PHILADELPHIA | PA | 19103-6910 | |
| HANNAH ALLEN | | ADDRESS ON FILE | | | | | | |
| HANSON, KEVIN | | ADDRESS ON FILE | | | | | | |
| HARABARU, NICOLE F. | | ADDRESS ON FILE | | | | | | |
| HARBISON, PATRICK LEWIS | | ADDRESS ON FILE | | | | | | |
| HARCUM COLLEGE | | 750 MONTGOMERY AVENUE | | | BRYN MAWR | PA | 19010 | |
| HARMONY LODGE NO. 5 | | PO BOX 22384 | | | PHILADELPHIA | PA | 19110-2384 | |
| HARNTICHEK, HARRY | | ADDRESS ON FILE | | | | | | |
| HARPERCOLLINS PUBLISHERS LLC | | PO BOX 21091 | | | NEW YORK | NY | 10087-1091 | |
| HARRIETTS BOOKSHOP | | 258 EAST GIRARD AVE | | | PHILADELPHIA | PA | 19125 | |
| HARRINGTON DESIGN STUDIO, LLC | | PO BOX 38 | | | BIRCHRUNVILLE | PA | 19421 | |
| HARRINGTON, DYLAN | | ADDRESS ON FILE | | | | | | |
| HARRIS, CHARYN | | ADDRESS ON FILE | | | | | | |
| HARRIS, JORDAN | | ADDRESS ON FILE | | | | | | |
| HARRIS, MORA | | ADDRESS ON FILE | | | | | | |
| HARRIS, ZAKIYA | | ADDRESS ON FILE | | | | | | |
| HARRISON, JONAH | | ADDRESS ON FILE | | | | | | |
| HARTLEY, NEILL | | ADDRESS ON FILE | | | | | | |
| HARTMAN, JOSHUA | | ADDRESS ON FILE | | | | | | |
| HARTT, DAVID | | ADDRESS ON FILE | | | | | | |
| HARVEY STEFANOWICZ | | ADDRESS ON FILE | | | | | | |
| HASEGAWA, RIE | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| HAWORTH, CURT | | ADDRESS ON FILE | | | | | | |
| HAY, ROSEMARY | | ADDRESS ON FILE | | | | | | |
| HAYES, KELLY ANNE | | ADDRESS ON FILE | | | | | | |
| HAYLEY MCKNIGHT | | ADDRESS ON FILE | | | | | | |
| HAYNES, ROCHELLE | | ADDRESS ON FILE | | | | | | |
| HEADHUNTER SYSTEMS LTD | | LOCKBOX #5313 | PO BOX 660367 | | DALLAS | TX | 75266-0367 | |
| HEALEY, JAIMIE | | ADDRESS ON FILE | | | | | | |
| HEALTHCARE ADMINISTRATIVE PARTNERS, LLC | | 112 CHESLEY DRIVE | | | MEDIA | PA | 19063 | |
| HEALTHCARE PROVIDERS SERVICE ORGANIZATION | | 1100 VIRGINIA DRIVE | STE. 250 | | FORT WASHINGTON | PA | 19034 | |
| HEALTHEQUITY, INC | | 15 W SCENIC POINTE DR | | | DRAPER | UT | 84020 | |
| HEALY, KATHARINE | | ADDRESS ON FILE | | | | | | |
| HEAPS, SAMANTHA | | ADDRESS ON FILE | | | | | | |
| HEARTLAND PAYMENT SYSTEMS, LLC | | 3550 LENOX RD NE, SUITE 3000 | | | ATLANTA | GA | 30326 | |
| HEATHER BRITTAIN | | ADDRESS ON FILE | | | | | | |
| HEATHER MCKAY | | ADDRESS ON FILE | | | | | | |
| HEAVEY, CAL E. | | ADDRESS ON FILE | | | | | | |
| HEAVY WATER LTD | | 270 NORTH AVE STE 709 | | | NEW ROCHELLE | NY | 10801-5130 | |
| HECKSTALL, MIA | | ADDRESS ON FILE | | | | | | |
| HEDDEN, THOMAS | | ADDRESS ON FILE | | | | | | |
| HEETER, JENNIFER | | ADDRESS ON FILE | | | | | | |
| HEISHMAN, ALLISON | | ADDRESS ON FILE | | | | | | |
| HELEN GREEN | | ADDRESS ON FILE | | | | | | |
| HELEN H. ZUCKERMAN | | ADDRESS ON FILE | | | | | | |
| HELEN SIMONEAU DANSE, INC | | 193 MESEROLE STREET | #1 | | BROOKLYN | NY | 11206 | |
| HELENA A. GRADY | | ADDRESS ON FILE | | | | | | |
| HELENA RAINVILLE | | ADDRESS ON FILE | | | | | | |
| HELENE ABRAMOWITZ | | ADDRESS ON FILE | | | | | | |
| HELMSTETTER, CYNTHIA R. | | ADDRESS ON FILE | | | | | | |
| HEMMINGS, MARGUERITE | | ADDRESS ON FILE | | | | | | |
| HENAGHAN, ADAM | | ADDRESS ON FILE | | | | | | |
| HENDERSHOT, JOHN | | ADDRESS ON FILE | | | | | | |
| HENDERSON, JOSEPH | | ADDRESS ON FILE | | | | | | |
| HENDRIX, WILLIAM C. | | ADDRESS ON FILE | | | | | | |
| HENDRY, JENNIFER D. | | ADDRESS ON FILE | | | | | | |
| HENRIETTA HEISLER | | ADDRESS ON FILE | | | | | | |
| HENRY BERNSTEIN | | ADDRESS ON FILE | | | | | | |
| HENRY NIAS FOUNDATION SCHOLARSHIP | | ADDRESS ON FILE | | | | | | |
| HENRY NIAS FOUNDATION, INC | | 2636 W MORSE AVE | | | CHICAGO | IL | 60645-4517 | |
| HENRY WINNIK | | ADDRESS ON FILE | | | | | | |
| HENRY, SHELDON | | ADDRESS ON FILE | | | | | | |
| HER PLACE | ATTN: AMANDA SHULMAN | 1740 SAMSON STREET | | | PHILADELPHIA | PA | 19103 | |
| HER PLACE SUPPER CLUB | ATTN AMANDA SHULMAN | 1740 SAMSON STREET | | | PHILADELPHIA | PA | 19103 | |
| HER PLACE SUPPER CLUB | ATTN: AMANDA SHULMAN | 1740 SAMSON STREET | | | PHILADELPHIA | PA | 19103 | |
| HERB ALPERT FOUNDATION | | 1414 6TH ST | | | SANTA MONICA | CA | 90401-2510 | |
| HERMAN, DAKOTA | | ADDRESS ON FILE | | | | | | |
| HERMAN, GLENN | | ADDRESS ON FILE | | | | | | |
| HERMAN, RICHARD H. | | ADDRESS ON FILE | | | | | | |
| HERMAN, TERRY | | ADDRESS ON FILE | | | | | | |
| HERNANDEZ, SCARLET | | ADDRESS ON FILE | | | | | | |
| HERTZBERG, DANIEL | | ADDRESS ON FILE | | | | | | |
| HERTZBERG, DANIEL C. | | ADDRESS ON FILE | | | | | | |
| HESSERT CONSTRUCTION | | 15 W STOW RD | | | MARLTON | NJ | 08053-3116 | |
| HETHERINGTON, CHRISTOPHER J | | ADDRESS ON FILE | | | | | | |
| HIIBEL, MILLIE | | ADDRESS ON FILE | | | | | | |
| HIRERIGHT, LLC | | PO BOX 847891 | | | DALLAS | TX | 75284-7891 | |
| HIRTLE, CALLAGHAN & CO., INC | | FIVE TOWER BRIDGE | 300 BARR HARBOR DR STE 500 | | W CNSHOHOCKEN | PA | 19428-2984 | |
| HISLOP, TERI L. | | ADDRESS ON FILE | | | | | | |
| HISTORIC GERMANTOWN | | 5501 GERMANTOWN AVE | | | PHILADELPHIA | PA | 19144-2225 | |
| HISTORICAL SOCIETY OF TACONY | | 4819 LONGSHORE AVE FL 2 | | | PHILADELPHIA | PA | 19135-2333 | |
| HMS SCHOOL FOR CHILDREN WITH CEREBRAL PALSY | | 4400 BALTIMORE AVE | | | PHILADELPHIA | PA | 19104 | |
| HO, JESSICA | | ADDRESS ON FILE | | | | | | |
| HO, WING-SZE | | ADDRESS ON FILE | | | | | | |
| HOBERMAN, MUNRO | | ADDRESS ON FILE | | | | | | |
| HODGSON, KEITH | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| HOEVENAAR, JEREMY F. | | ADDRESS ON FILE | | | | | | |
| HOFF, JAMES | | ADDRESS ON FILE | | | | | | |
| HOFFMANN, PETER | | ADDRESS ON FILE | | | | | | |
| HOFFMANN, PETER A. | | ADDRESS ON FILE | | | | | | |
| HOGAN LOVELLS US LLP | | 555 THIRTEENTH ST. | | | WASHINGTON | WA | 20004 | |
| HOKE, RACHEL | | ADDRESS ON FILE | | | | | | |
| HOKE, VALERIE | | ADDRESS ON FILE | | | | | | |
| HOLLANDER, JENNIFER | | ADDRESS ON FILE | | | | | | |
| HOLLEMAN, TROY | | ADDRESS ON FILE | | | | | | |
| HOLLY L. LENTZ | | ADDRESS ON FILE | | | | | | |
| HOLLY MOLENDA | | ADDRESS ON FILE | | | | | | |
| HOLLY N. GILBREATH | | ADDRESS ON FILE | | | | | | |
| HOLLY SCHOR | | ADDRESS ON FILE | | | | | | |
| HOLT, ROBERT B. | | ADDRESS ON FILE | | | | | | |
| HOLT-BILES, RACHEL | | ADDRESS ON FILE | | | | | | |
| HOLUM, SOLVEIG | | ADDRESS ON FILE | | | | | | |
| HOMELAND INSURANCE COMPANY OF DELAWARE | C/O RESILIENCE CYBER INSURANCE SOLUTIONS | 275 MADISON AVE | STE 902 | | NEW YORK | NY | 10016 | |
| HOO, AUDREY | | ADDRESS ON FILE | | | | | | |
| HOOD, COLLEEN | | ADDRESS ON FILE | | | | | | |
| HOOVER, THERESA | | ADDRESS ON FILE | | | | | | |
| HOOVER, THERESA A. | | ADDRESS ON FILE | | | | | | |
| HOPE ANNE HART | | ADDRESS ON FILE | | | | | | |
| HOPELY, RYAN | | ADDRESS ON FILE | | | | | | |
| HORAN, CATHERINE | | ADDRESS ON FILE | | | | | | |
| HORANSKY, IRA | | ADDRESS ON FILE | | | | | | |
| HORI, ALLEN | | ADDRESS ON FILE | | | | | | |
| HORI, ALLEN | | ADDRESS ON FILE | | | | | | |
| HORN, MIGUEL | | ADDRESS ON FILE | | | | | | |
| HOUCK, REBECCA | | ADDRESS ON FILE | | | | | | |
| HOVE, CHARLETTE | | ADDRESS ON FILE | | | | | | |
| HOWARD A. WOLF AND MARTHA R. WOLF FUND | C/O COZEN OCONNOR | 1900 MARKET ST | | | PHILADELPHIA | PA | 19103-3508 | |
| HOWARD, DEANNA CHARLOTTE | | ADDRESS ON FILE | | | | | | |
| HOWARD, JUDITH A. | | ADDRESS ON FILE | | | | | | |
| HOWZE, WHITNEY | | ADDRESS ON FILE | | | | | | |
| HSU, JASON | | ADDRESS ON FILE | | | | | | |
| HSU, SAINE | | ADDRESS ON FILE | | | | | | |
| HU, JOSEPH | | ADDRESS ON FILE | | | | | | |
| HUANG, YINGHENG | | ADDRESS ON FILE | | | | | | |
| HUDSON B. SCATTERGOOD | | ADDRESS ON FILE | | | | | | |
| HUDSON, SUZANNE | | ADDRESS ON FILE | | | | | | |
| HUGHES AND ASSOC | | COURT PLAZA NORTH | 25 MAIN ST STE 205 | | HACKENSACK | NJ | 07601-7085 | |
| HUGHES, NICHOLAS | | ADDRESS ON FILE | | | | | | |
| HUMAN+NATURE | | 870 N 28TH ST APT 201 | | | PHILADELPHIA | PA | 19130-1729 | |
| HUNT, LOREN | | ADDRESS ON FILE | | | | | | |
| HUNTER, JARED | | ADDRESS ON FILE | | | | | | |
| HUONG RASHID | | ADDRESS ON FILE | | | | | | |
| HURLEY, JOHN | | ADDRESS ON FILE | | | | | | |
| HURLEY, JOHN M. JR. | | ADDRESS ON FILE | | | | | | |
| HURON CONSULTING SERVICES LLC | | PO BOX 71223 | | | CHICAGO | IL | 60694-1223 | |
| HUTCH TRAVER | | ADDRESS ON FILE | | | | | | |
| HUTCHISON HARRIS, HEATHER | | ADDRESS ON FILE | | | | | | |
| HYDE, RYAN | | ADDRESS ON FILE | | | | | | |
| HYDE, RYAN A. | | ADDRESS ON FILE | | | | | | |
| HYLAND SOFTWARE, INC | | PO BOX 846261 | | | DALLAS | TX | 75284-6261 | |
| HYLAND SOFTWARE, INC. | HYLAND SOFTWARE, INC. | 28500 CLEMENS RD | 28500 CLEMENS RD | | WESTLAKE | OH | 44145 | |
| HYMAN, DENISE | | ADDRESS ON FILE | | | | | | |
| HYPERALLERGIC MEDIA, INC | | 181 NORTH 11TH ST. | STE. 302 | | BROOKLYN | NY | 11211 | |
| HYPERION BANK | | 199 W GIRARD AVE | | | PHILADELPHIA | PA | 19123 | |
| HYUN-JOU LEE | | ADDRESS ON FILE | | | | | | |
| IATSE NATIONAL BENEFIT FUNDS | | 29 WEST 38TH ST. | 15TH FL | | NEW YORK | NY | 10018 | |
| IBARLUCEA, BIANCA | | ADDRESS ON FILE | | | | | | |
| IBM CORPORATION | | 6303 BARFIELD RD NE | 6303 BARFIELD RD NE | | ATLANTA | GA | 30328-4233 | |
| IBM CORPORATION MATCHING GRANT PROGRAM | | BLDG 203PO BOX 12195 | | | RESEARCH TRIANGLE PARK | NC | 27709-2195 | |
| IBOY, DAVID | | ADDRESS ON FILE | | | | | | |
| IBOY, DAVID S. | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ICEBOX PROJECT SPACE LLC | | 1400 NORTH AMERICAN ST. | | | PHILADELPHIA | PA | 19122 | |
| ICI-CENTRE CHOREGRAPHIQUE NATI | | AGORA BLVD | LOUIS BALNC | | 34000 MONTPELLIER | | | FRANCE |
| IDA TRAMMELL | | ADDRESS ON FILE | | | | | | |
| IDALIA VASQUEZ PHOTOGRAPHY | | 267 LAURISTON ST. | | | PHILADELPHIA | PA | 19128 | |
| IFDA PHILADELPHIA | | 2400 MARKET STREET, STE 400A | | | PHILADELPHIA | PA | 19103 | |
| IGNARRI-LUMMIS ARCHITECTS | | 601 CHAPEL AVE E | | | CHERRY HILL | NJ | 08034-1454 | |
| IKON OFFICE SOLUTIONS | | 1760 MARKET STREET | | | PHILADELPHIA | PA | 19103-4134 | |
| ILLADEL ALL STARS | | 1718 SOUTH 4TH STREET | | | PHILADELPHIA | PA | 19148 | |
| ILLUMINATE HOLLYWOOD | ATTN ACCOUNTS RECEIVABLE | 10900 VENTURA BLVD | | | STUDIO CITY | CA | 91604 | |
| IMAGINE STONE PRODUCTIONS, LLC | | 200 ROBAT ST. | | | PHILADELPHIA | PA | 19120 | |
| IMAGING SYSTEMS, INC | | 7040 COLONIAL HWY | | | PENNSAUKEN | NJ | 08109-4306 | |
| IMEG CONSULTANTS CORP | ATTN ACCOUNTS RECEIVABLE | 623 26TH STREET | | | ROCK ISLAND | IL | 61201 | |
| IMS TECHNOLOGY SERVICE, INC | | 3055 MCCANN FARM DRIVE | | | GARNET VALLEY | PA | 19060 | |
| IMSO CHOI | | ADDRESS ON FILE | | | | | | |
| INCLUSION, INC | | 8014 OLSON MEMORIAL HWY | #602 | | MINNEAPOLIS | MN | 55427 | |
| INDEPENDENCE BLUE CROSS | | 1901 MARKET ST FL 38 | | | PHILADELPHIA | PA | 19103-1465 | |
| INDEPENDENCE SEAPORT MUSEUM | | 211 SOUTH COLUMBUS BLVD | | | PHILADELPHIA | PA | 19106 | |
| INDEPENDENCE VISITOR CENTER CORPORATION | | 1 N INDEPENDENCE MALL W | | | PHILADELPHIA | PA | 19106-1518 | |
| INDEPENDENT CONTRACT FLOORING LLC | | 2705 CLEMENS RD | STE A102 | | HATFIELD | PA | 19440 | |
| INGRAM, ANGEL | | ADDRESS ON FILE | | | | | | |
| INITIATIVE, ASIAN ARTS | | ADDRESS ON FILE | | | | | | |
| INNISS, CHARLES | | ADDRESS ON FILE | | | | | | |
| INNISS, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| INNOVATIVE INTERFACE INC | | PO BOX 74008010 | | | CHICAGO | IL | 60674-8010 | |
| INSPIRED IMPACT, INC | | 180 CYPRESS WAY | E F241 | | NAPLES | FL | 34110 | |
| INSTITUTE FOR THE ARTS | | PO BOX 10610 | | | WINSTON SALEM | NC | 27108-0610 | |
| INSTRUCTURE, INC | | PO BOX 7410958 | | | CHICAGO | IL | 60674-0958 | |
| INTELLECTSPACE CORPORATION | | 133 QUEEN ANNE AVE N. STE. 100 | | | SEATTLE | WA | 98109 | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 | | 1719 SPRING GARDEN ST | | | PHILADELPHIA | PA | 19130-3915 | |
| INTERNATIONAL HOUSE OF PHILADELPHIA | | 3701 CHESTNUT ST | | | PHILADELPHIA | PA | 19104-3104 | |
| INTERROBANG DESIGN | | 2385 HUNTINGTON RD | | | RICHMOND | VT | 05477-9750 | |
| INTERSCHOLASTIC ESPORTS, LLC | | 100 PINE ST. | PO BOX 1166 | | HARRISBURG | PA | 17108 | |
| INTERSECTION MEDIA, LLC | | PO BOX 5465 | | | WHITE PLAINS | NY | 10602-5465 | |
| INWOOD, MICHAEL | | ADDRESS ON FILE | | | | | | |
| INWOOD, MICHAEL P. | | ADDRESS ON FILE | | | | | | |
| IRELAND, BETH | | ADDRESS ON FILE | | | | | | |
| IRENE PEREZ KOSTRZEWA | | ADDRESS ON FILE | | | | | | |
| ISAAC & CAROL AUERBACH FAMILY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| ISAAC C. ATTIE | | ADDRESS ON FILE | | | | | | |
| ISAACSON MILLER, INC | | DEPARTMENT 1700 | PO BOX 4106 | | WOBURN | MA | 01888-4106 | |
| ISABEL A. AGOSTINI | | ADDRESS ON FILE | | | | | | |
| ISABEL OVESCA | | ADDRESS ON FILE | | | | | | |
| ISELY, SAMANTHA | | ADDRESS ON FILE | | | | | | |
| ISIAHNETTA BURTON | | ADDRESS ON FILE | | | | | | |
| I-SITE WEB DESIGN | | 15 S 3RD ST STE 200 | | | PHILADELPHIA | PA | 19106-2848 | |
| ISON, DANIEL | | ADDRESS ON FILE | | | | | | |
| ITALIAN BISTRO | | 211 S BROAD ST | | | PHILADELPHIA | PA | 19107-5324 | |
| IV. WILMER WILSON | | ADDRESS ON FILE | | | | | | |
| IVEY, CACHET | | ADDRESS ON FILE | | | | | | |
| IZZY GIBSON | | ADDRESS ON FILE | | | | | | |
| J. N. PHILLIPS CASTING | | 5535 LENA ST | | | PHILADELPHIA | PA | 19144-2232 | |
| J.E. CALDWELL & CO. | | JUNIPER & CHESTNUT STREETS | | | PHILADELPHIA | PA | 19102 | |
| J.F. MARTIN, INC | | 4170 RICHMOND STREET | | | PHILADELPHIA | PA | 19137-1908 | |
| J.J. WHITE INCORPORATED | | 5500 BINGHAM ST | | | PHILADELPHIA | PA | 19120-2103 | |
| J.P. JAY ASSOC, INC | | 1313 ROTH AVE. | | | ALLENTOWN | PA | 18102 | |
| J.P. MORGAN SECURITIES, INC | | 60 WALL ST | | | NEW YORK | NY | 10005-2807 | |
| J.P. MORGAN TRUST CO, NATIONAL ASSOCIATION | | ONE LIBERTY PLACE | 1650 MARKET ST | STE 4700 | PHILADELPHIA | PA | 19103 | |
| JACK & JILL OF AMERICA | | PO BOX 27094 | | | PHILADELPHIA | PA | 19118-0094 | |
| JACK FIDLER | | ADDRESS ON FILE | | | | | | |
| JACKI PHIPPS | | ADDRESS ON FILE | | | | | | |
| JACKIE BARNUM | | ADDRESS ON FILE | | | | | | |
| JACKSON, DANIEL | | ADDRESS ON FILE | | | | | | |
| JACKSON, JEHBREAL MUHAMMAD | | ADDRESS ON FILE | | | | | | |
| JACKSON, KATHI | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| JACKSON, KEENYA | | ADDRESS ON FILE | | | | | | |
| JACKSON, SHAWN | | ADDRESS ON FILE | | | | | | |
| JACKSON, TANNA | | ADDRESS ON FILE | | | | | | |
| JACKSON, TANYA | | ADDRESS ON FILE | | | | | | |
| JACLYN CONNELL | | ADDRESS ON FILE | | | | | | |
| JACOBS MUSIC CO | | 1718 CHESTNUT ST | | | PHILADELPHIA | PA | 19103-5120 | |
| JACOBS MUSIC CO., INC | | 90 BARCLAY FARM | SHOPPING CENTER | | CHERRY HILL | NJ | 08034 | |
| JACOBS, BRYAN | | ADDRESS ON FILE | | | | | | |
| JACOBSWYPER ARCHITECTS, LLP | | 1232 CHANCELLOR STREET | | | PHILADELPHIA | PA | 19107 | |
| JACQUELINE DIFRANCO | | ADDRESS ON FILE | | | | | | |
| JACQUELINE MANNI | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| JACQUELINE MANNI | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| JACQUELINE MANNI | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| JACQUELINE MCDOUGALL | | ADDRESS ON FILE | | | | | | |
| JACQUELINE MCGHEE-RUTLEDGE | | ADDRESS ON FILE | | | | | | |
| JACQUELINE OAKES | | ADDRESS ON FILE | | | | | | |
| JAFFE, ERIC W. | | ADDRESS ON FILE | | | | | | |
| JAFFE, FRANK | | ADDRESS ON FILE | | | | | | |
| JAIN, JUSTIN | | ADDRESS ON FILE | | | | | | |
| JAMES BEEBE | | ADDRESS ON FILE | | | | | | |
| JAMES CHAPPELL | | ADDRESS ON FILE | | | | | | |
| JAMES D. DEAN | | ADDRESS ON FILE | | | | | | |
| JAMES DOWD | | ADDRESS ON FILE | | | | | | |
| JAMES EGINS | | ADDRESS ON FILE | | | | | | |
| JAMES JENNINGS | | ADDRESS ON FILE | | | | | | |
| JAMES LARSON PAINITING | | 316 MINCK AVE | | | WEST BERLIN | NJ | 08091-1405 | |
| JAMES NOWELL | | ADDRESS ON FILE | | | | | | |
| JAMES PARRISH | | ADDRESS ON FILE | | | | | | |
| JAMES T. SHEFFER | | ADDRESS ON FILE | | | | | | |
| JAMES TURK | | ADDRESS ON FILE | | | | | | |
| JAMF SOFTWARE, LLC | | PO BOX 74007550 | | | CHICAGO | IL | 60674-7550 | |
| JAMIE CARDOSI | | ADDRESS ON FILE | | | | | | |
| JAMIE NAVONE | | ADDRESS ON FILE | | | | | | |
| JAN HILDRETH | | ADDRESS ON FILE | | | | | | |
| JAN LAFLEUR | | ADDRESS ON FILE | | | | | | |
| JAN STOUT | | ADDRESS ON FILE | | | | | | |
| JANE BUTLER | | ADDRESS ON FILE | | | | | | |
| JANE STAUD | | ADDRESS ON FILE | | | | | | |
| JANELL GOTIER | | ADDRESS ON FILE | | | | | | |
| JANIS, MELINDA | | ADDRESS ON FILE | | | | | | |
| JANNEY MONTGOMERY SCOTT LLC | | 1717 ARCH ST LBBY 3 | | | PHILADELPHIA | PA | 19103-2713 | |
| JANUS FILMS | | 250 EAST HARTSDALE AVE | STE 42 | | HARTSDALE | NY | 10530 | |
| JARBOE, JOHN | | ADDRESS ON FILE | | | | | | |
| JARRET MCCREARY | | ADDRESS ON FILE | | | | | | |
| JARRETT, JAIME | | ADDRESS ON FILE | | | | | | |
| JARROD MADARA | | ADDRESS ON FILE | | | | | | |
| JASON CIACCIA | | ADDRESS ON FILE | | | | | | |
| JASON FARRAR | | ADDRESS ON FILE | | | | | | |
| JASON HSU | | ADDRESS ON FILE | | | | | | |
| JASON KARABATSOS | | ADDRESS ON FILE | | | | | | |
| JASON LEACH | | ADDRESS ON FILE | | | | | | |
| JASON PLETT | | ADDRESS ON FILE | | | | | | |
| JASON SCHULER | | ADDRESS ON FILE | | | | | | |
| JAVIAN, MARY | | ADDRESS ON FILE | | | | | | |
| JAY DELLA VALLE | | ADDRESS ON FILE | | | | | | |
| JAY-MARIA BAR, INC | | 347 S 13TH ST # 49 | | | PHILADELPHIA | PA | 19107-5918 | |
| JAYS DELI INC | | 1228 SPRUCE ST | | | PHILADELPHIA | PA | 19107-5919 | |
| JAYS DELI, INC | ATTN JONGMI CHOI | 1228 SPRUCE ST | | | PHILADELPHIA | PA | 19107 | |
| JAYS DELI, INC | C/O SHAW & ROSEMAN, P.C. | ATTN ANDREW B. SHAW | 1831 CHESTNUT ST, STE 802 | | PHILADELPHIA | PA | 19103 | |
| JDM SONSULTANTS LLC | | 601 LIBERTY STREET | | | WATSONTOWN | PA | 17777 | |
| JDOG CORPORATE SERVICES, LLC | | 605 LAKESIDE AVE | | | HAVERTOWN | PA | 19083 | |
| J-DOGS, INC | | 413 BLOOMFIELD DRIVE | STE 5 | | W. BERLIN | NJ | 08091 | |
| JEAN E. BRUBAKER CHARITABLE GIFT FUND AT SCHWAB CHARITABLE | C/O JEAN E. BRUBAKER | 2125 CYPRESS ST | | | PHILADELPHIA | PA | 19103-6507 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| JEAN M. BENTLEY | | ADDRESS ON FILE | | | | | | |
| JEAN SHEKHTER | | ADDRESS ON FILE | | | | | | |
| JEANETTE L. PADILIONI | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| JEANETTE L. PADILIONI | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| JEANNETTE NORRIS | | ADDRESS ON FILE | | | | | | |
| JEAN-PIERRE, RALPH | | ADDRESS ON FILE | | | | | | |
| JEDLINSKI, TAYLOR R. | | ADDRESS ON FILE | | | | | | |
| JEFF GOLDMAN | | ADDRESS ON FILE | | | | | | |
| JEFF WATKINSON | | ADDRESS ON FILE | | | | | | |
| JEFFERSON FAMILY & COMMUNITY MEDICE | | 1015 WALNUT ST. | STE. 405 | | PHILADELPHIA | PA | 19107 | |
| JEFFREY A. BROWN | | ADDRESS ON FILE | | | | | | |
| JEFFREY BONFIELD | | ADDRESS ON FILE | | | | | | |
| JEFFREY BRUSH | | ADDRESS ON FILE | | | | | | |
| JEFFREY GALL | | ADDRESS ON FILE | | | | | | |
| JEFFREY MESSIER | | ADDRESS ON FILE | | | | | | |
| JEFFREY RUBENSTEIN | | ADDRESS ON FILE | | | | | | |
| JEFFREY S. SPENCER | | ADDRESS ON FILE | | | | | | |
| JEFFREY SCHNEIDER | | ADDRESS ON FILE | | | | | | |
| JEFFREY YOUNG | | ADDRESS ON FILE | | | | | | |
| JELKS, LEVITICUS | | ADDRESS ON FILE | | | | | | |
| JEN MCNEW | | ADDRESS ON FILE | | | | | | |
| JENKINS, ANGELA | | ADDRESS ON FILE | | | | | | |
| JENKINS, ANGELA R. | | ADDRESS ON FILE | | | | | | |
| JENKINS, KIMBERLY | | ADDRESS ON FILE | | | | | | |
| JENKINS, SHAYLA-VIE | | ADDRESS ON FILE | | | | | | |
| JENNIE ALWOOD | | ADDRESS ON FILE | | | | | | |
| JENNIE BERKSON | | ADDRESS ON FILE | | | | | | |
| JENNIFER COKER | | ADDRESS ON FILE | | | | | | |
| JENNIFER EVANS | | ADDRESS ON FILE | | | | | | |
| JENNIFER KIM | | ADDRESS ON FILE | | | | | | |
| JENNIFER LEMING | | ADDRESS ON FILE | | | | | | |
| JENNIFER MCGINN | | ADDRESS ON FILE | | | | | | |
| JENNIFER MORRISSEY | | ADDRESS ON FILE | | | | | | |
| JENNIFER NICHOLS | | ADDRESS ON FILE | | | | | | |
| JENNIFER NIESSNER | | ADDRESS ON FILE | | | | | | |
| JENNIFER R. REYNOLDS | | ADDRESS ON FILE | | | | | | |
| JENNIFER UIHLEIN | | ADDRESS ON FILE | | | | | | |
| JENNINGS, KELLY | | ADDRESS ON FILE | | | | | | |
| JESSICA SHEPHERD | | ADDRESS ON FILE | | | | | | |
| JESSIE OLDHAM | | ADDRESS ON FILE | | | | | | |
| JESUS SANCHEZ | | ADDRESS ON FILE | | | | | | |
| JEWISH FEDERATION OF GREATER PHILADELPHIA | | 2100 ARCH ST FL 1 | | | PHILADELPHIA | PA | 19103-1300 | |
| JIKYUNG KIM | | ADDRESS ON FILE | | | | | | |
| JILL BIALY | | ADDRESS ON FILE | | | | | | |
| JILL LEVY | | ADDRESS ON FILE | | | | | | |
| JILL MANNES | | ADDRESS ON FILE | | | | | | |
| JILL ONEIL | | ADDRESS ON FILE | | | | | | |
| JILL SOMER | | ADDRESS ON FILE | | | | | | |
| JILMA LASSO | | ADDRESS ON FILE | | | | | | |
| JIM CARDOSI | | ADDRESS ON FILE | | | | | | |
| JIMENA PAZ | | ADDRESS ON FILE | | | | | | |
| JIMÉNEZ, ANA G. | | ADDRESS ON FILE | | | | | | |
| JIMMY R WILSON | | ADDRESS ON FILE | | | | | | |
| JIRGIL FINESTONE | | ADDRESS ON FILE | | | | | | |
| JIYOUNG CHUNG | | ADDRESS ON FILE | | | | | | |
| JK ENTERPRISE | | 656 DELSEA DR N | | | GLASSBORO | NJ | 08028-1419 | |
| JO T. SWORDS | | ADDRESS ON FILE | | | | | | |
| JOAN FEIGHAN | | ADDRESS ON FILE | | | | | | |
| JOAN KELLY | | ADDRESS ON FILE | | | | | | |
| JOANNE KRUMEL | | ADDRESS ON FILE | | | | | | |
| JOCELYN M. GOODE | | ADDRESS ON FILE | | | | | | |
| JODI MATA | | ADDRESS ON FILE | | | | | | |
| JOE CAMPBELL | | ADDRESS ON FILE | | | | | | |
| JOEL A. KRACKOW | | ADDRESS ON FILE | | | | | | |
| JOEL R. MARUCHECK | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| JOEL W. WORFORD | | ADDRESS ON FILE | | | | | | |
| JOHANNA MARSHALL | | ADDRESS ON FILE | | | | | | |
| JOHN CALVITTI CO | | 3200 SCOTTS LN | | | PHILADELPHIA | PA | 19129-1527 | |
| JOHN FLAK | | ADDRESS ON FILE | | | | | | |
| JOHN MAHER | | ADDRESS ON FILE | | | | | | |
| JOHN MORRIS TRUST | C/O WELLS FARGO WEALTH MANAGEMENT | ONE WEST FOURTH STREETD4000-062 | | | WINSTON-SALEM | NC | 27101 | |
| JOHN ODONNELL | | ADDRESS ON FILE | | | | | | |
| JOHN ROTONDO | | ADDRESS ON FILE | | | | | | |
| JOHN SCHAFFER | | ADDRESS ON FILE | | | | | | |
| JOHN SPOONER | | ADDRESS ON FILE | | | | | | |
| JOHN, PREYA | | ADDRESS ON FILE | | | | | | |
| JOHNS, DARYL | | ADDRESS ON FILE | | | | | | |
| JOHNS, MONIQUE | | ADDRESS ON FILE | | | | | | |
| JOHNSON, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| JOHNSON, DION | | ADDRESS ON FILE | | | | | | |
| JOHNSON, GREGORY E. | | ADDRESS ON FILE | | | | | | |
| JOHNSON, JASMINE | | ADDRESS ON FILE | | | | | | |
| JOHNSON, JEFFREY T. | | ADDRESS ON FILE | | | | | | |
| JOHNSON, JOHNNY | | ADDRESS ON FILE | | | | | | |
| JOHNSON, KENDALL & JOHNSON | | ROUTE 413 & DOUBLEWOODS | | | LANGHORNE | PA | 19047 | |
| JOHNSON, RYAN | | ADDRESS ON FILE | | | | | | |
| JOHNSON, SARAH | | ADDRESS ON FILE | | | | | | |
| JOHNSON, SARAH E. | | ADDRESS ON FILE | | | | | | |
| JOHNSON, SARENA | | ADDRESS ON FILE | | | | | | |
| JOHNSON, SARENA L. | | ADDRESS ON FILE | | | | | | |
| JOHNSON-WOOTEN, TAMIA | | ADDRESS ON FILE | | | | | | |
| JOHNSON-WOOTEN, TAMIA Y. | | ADDRESS ON FILE | | | | | | |
| JOJO KARLIN | | ADDRESS ON FILE | | | | | | |
| JOLENE M. MOLLERICK | | ADDRESS ON FILE | | | | | | |
| JO-LOUISE ALLEN | | ADDRESS ON FILE | | | | | | |
| JON BJORNSON | | ADDRESS ON FILE | | | | | | |
| JONATHAN GONZALEZ | | ADDRESS ON FILE | | | | | | |
| JONATHAN LOVITZ | | ADDRESS ON FILE | | | | | | |
| JONES, CHARLES | | ADDRESS ON FILE | | | | | | |
| JONES, CHARLES HOUSTON | | ADDRESS ON FILE | | | | | | |
| JONES, CYEDAH | | ADDRESS ON FILE | | | | | | |
| JONES, JESSE | | ADDRESS ON FILE | | | | | | |
| JONES, LANCIA | | ADDRESS ON FILE | | | | | | |
| JONES, MICAH | | ADDRESS ON FILE | | | | | | |
| JONES, NATHANIEL | | ADDRESS ON FILE | | | | | | |
| JONES, NIALL | | ADDRESS ON FILE | | | | | | |
| JONES, NIALL N. | | ADDRESS ON FILE | | | | | | |
| JONES, REBECCA A. | | ADDRESS ON FILE | | | | | | |
| JONES, WAYSON R. | | ADDRESS ON FILE | | | | | | |
| JONES, WESLEY | | ADDRESS ON FILE | | | | | | |
| JONES, WESLEY M. | | ADDRESS ON FILE | | | | | | |
| JONES-OBRIEN, ANGELA | | ADDRESS ON FILE | | | | | | |
| JONETTA WALKER | | ADDRESS ON FILE | | | | | | |
| JONGMI CHOI C/O JAY'S DELI | ATTN: JONGMI CHOI | 1228 SPRUCE ST. | | | PHILADELPHIA | PA | 19102 | |
| JORDAN, VERNON A. III | | ADDRESS ON FILE | | | | | | |
| JOSE P. INVESTORS LP | | 263 S. 15TH STREET | | | PHILADELPHIA | PA | 19102 | |
| JOSEPH CAIRNS, JR. & ERNESTINE BACON CAIRNS TRUST | C/O BNY MELLON WEALTH MANAGEMENT | 1735 MARKET ST FL 8 | | | PHILADELPHIA | PA | 19103-7505 | |
| JOSEPH CORREALE | | ADDRESS ON FILE | | | | | | |
| JOSEPH CRANE | | ADDRESS ON FILE | | | | | | |
| JOSEPH DABBAH | | ADDRESS ON FILE | | | | | | |
| JOSEPH MIZZONI | | ADDRESS ON FILE | | | | | | |
| JOSEPH SCHWARTZ | | ADDRESS ON FILE | | | | | | |
| JOSEPH SERNIO | | ADDRESS ON FILE | | | | | | |
| JOSEPH TALBOT | | ADDRESS ON FILE | | | | | | |
| JOSEPH WERBICKAS | | ADDRESS ON FILE | | | | | | |
| JOSEPH, BARRY | | ADDRESS ON FILE | | | | | | |
| JOSEPH, ZACHARY | | ADDRESS ON FILE | | | | | | |
| JOSEPH, ZACHARY | | ADDRESS ON FILE | | | | | | |
| JOSH WEINBERG | | ADDRESS ON FILE | | | | | | |
| JOSHUA YOUNG | | ADDRESS ON FILE | | | | | | |
| JOURNEYED.COM. INC | ATTN ACCOUNTS RECEIVABLE | PO BOX 732357 | | | DALLAS | TX | 75373-2357 | |
| JOVIN, NAOMIEH | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| JOY FOX | | ADDRESS ON FILE | | | | | | |
| JOY LAI | | ADDRESS ON FILE | | | | | | |
| JOY MANNING | | ADDRESS ON FILE | | | | | | |
| JOY REEDER | | ADDRESS ON FILE | | | | | | |
| JOYCE & SEWARD JOHNSON | | ADDRESS ON FILE | | | | | | |
| JP VARADY | | ADDRESS ON FILE | | | | | | |
| JPG PHOTOGRAPHY, LLC | | 180 GREEN LANE | | | PHILADELPHIA | PA | 19127-1212 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | ATTN LEASE ADMINISTRATION MANAGER | 1111 POLARIS PARKWAY | STE 1J, OH1-0241 | | COLUMBUS | OH | 43240 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | ATTN REAL ESTATE COUNSEL | 1111 POLARIS PARKWAY | STE 1J, OH1-0241 | | COLUMBUS | OH | 43240 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | ATTN REAL ESTATE STRATEGIC PLAN DIRECTOR | 237 PARK AVENUE | 12TH FL, NY1-R120 | | NEW YORK | NY | 10017-3140 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | ATTN: LEASE ADMINISTRATION MANAGER | 1111 POLARIS PARKWAY | MAIL CODE OH1-0241 | | COLUMBUS | OH | 43240-2050 | |
| JPMORGAN CHASE FOUNDATION MATCHING GIFT PROGRAM | | PO BOX 7899 | | | PRINCETON | NJ | 08543-7899 | |
| JUDD, THOMAS | | ADDRESS ON FILE | | | | | | |
| JUDE MCGINN | | ADDRESS ON FILE | | | | | | |
| JUDGE GREGORY SLEET | | ADDRESS ON FILE | | | | | | |
| JUDITH COY | | ADDRESS ON FILE | | | | | | |
| JUDITH FRAZURE | | ADDRESS ON FILE | | | | | | |
| JUDSON AARON FUND AT SCHWAB CHARITABLE | C/O AARON JUDSON | 815 FITZWATER ST | | | PHILADELPHIA | PA | 19147-2836 | |
| JUDY SILLEN ALLENCREST LOCATIONS | | 41 EASTPORT CT | | | RED BANK | NJ | 07701-5431 | |
| JULIA STAAS | | ADDRESS ON FILE | | | | | | |
| JULIAN DRUCKER | | ADDRESS ON FILE | | | | | | |
| JULIAN, MELANIE | | ADDRESS ON FILE | | | | | | |
| JULIANNE ALZAMORA | | ADDRESS ON FILE | | | | | | |
| JULIETTE ANGOVE | | ADDRESS ON FILE | | | | | | |
| JUMATATU M POE | | ADDRESS ON FILE | | | | | | |
| JUNIOR, NICOLE | | ADDRESS ON FILE | | | | | | |
| JURGLANIS, MARLA | | ADDRESS ON FILE | | | | | | |
| JURI CHINCHILLA | | ADDRESS ON FILE | | | | | | |
| JUSKA, ELISE | | ADDRESS ON FILE | | | | | | |
| JUSTIN C. PANDELO | | ADDRESS ON FILE | | | | | | |
| JUSTIN C. SCHILLING | | ADDRESS ON FILE | | | | | | |
| JUSTIN K. BERNARD | | ADDRESS ON FILE | | | | | | |
| JUSTIN KRON | | ADDRESS ON FILE | | | | | | |
| JUSTIN ZOCHOWSKI | | ADDRESS ON FILE | | | | | | |
| KAGAN IMPORTS LLC | | 3500 SCOTTS LANE | UNIT A09 | | PHILADELPHIA | PA | 19129 | |
| KAHLE, JESSICA | | ADDRESS ON FILE | | | | | | |
| KAI CHAN | | ADDRESS ON FILE | | | | | | |
| KAILA C. THOMAS | | ADDRESS ON FILE | | | | | | |
| KAILEI CAGGINS | | ADDRESS ON FILE | | | | | | |
| KAITLIN CALABRÒ | | ADDRESS ON FILE | | | | | | |
| KAL & LUCILLE RUDMAN FOUNDATION | | ADDRESS ON FILE | | | | | | |
| KALO' MEDIA, LLC | | 14 MIDDLEGROUND RD. | | | OCALA | FL | 34482 | |
| KAMINSKI, MARY KATHERINE | | ADDRESS ON FILE | | | | | | |
| KAMPERT, ROSE | | ADDRESS ON FILE | | | | | | |
| KAMPERT, ROSE M. | | ADDRESS ON FILE | | | | | | |
| KAMYA, KALULE | | ADDRESS ON FILE | | | | | | |
| KANACH, REBECCA | | ADDRESS ON FILE | | | | | | |
| KANE COMM, LLC | | 572 WHITEHEAD RD | STE. 201 | | TRENTON | NJ | 08619 | |
| KANE, BRIGETTE | | ADDRESS ON FILE | | | | | | |
| KANI RELEASING LLC | | 100 CONGRESS STREET | | | BRIDGEPORT | CT | 06604 | |
| KANI, HEATHER M. | | ADDRESS ON FILE | | | | | | |
| KARABATSOS, BYRON | | ADDRESS ON FILE | | | | | | |
| KARDON, BRUCE | | ADDRESS ON FILE | | | | | | |
| KAREN & HERBERT LOTMAN FOUNDATION | | ONE TOWER BRIDGE | 100 FRONT ST STE 300 | | W CNSHOHOCKEN | PA | 19428-2894 | |
| KAREN CALLOW | | ADDRESS ON FILE | | | | | | |
| KAREN COFFIELD | | ADDRESS ON FILE | | | | | | |
| KAREN DOYLE | | ADDRESS ON FILE | | | | | | |
| KAREN LAROCCO | | ADDRESS ON FILE | | | | | | |
| KAREN MATTESSICH | | ADDRESS ON FILE | | | | | | |
| KAREN OLDHAM | | ADDRESS ON FILE | | | | | | |
| KAREN ROCCO | | ADDRESS ON FILE | | | | | | |
| KAREN STAUB | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| KAREN TITUS | | ADDRESS ON FILE | | | | | | |
| KAREN VUILLERMET | | ADDRESS ON FILE | | | | | | |
| KAREN WHITE RICKETTS | | ADDRESS ON FILE | | | | | | |
| KAREN WYMAN | | ADDRESS ON FILE | | | | | | |
| KARL FLESCH | | ADDRESS ON FILE | | | | | | |
| KARL STAVEN | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| KARL STAVEN | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| KARL STAVEN | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| KARYN HOBFOLL | | ADDRESS ON FILE | | | | | | |
| KATE MORROW | | ADDRESS ON FILE | | | | | | |
| KATE QUINN | | ADDRESS ON FILE | | | | | | |
| KATHARINE FARRELL | | ADDRESS ON FILE | | | | | | |
| KATHERINE BULIFANT | | ADDRESS ON FILE | | | | | | |
| KATHERINE OGILVIE | | ADDRESS ON FILE | | | | | | |
| KATHERINEALEXANDRA FOUNDATION | | PO BOX 431 | | | DEVAULT | PA | 19432-0431 | |
| KATHLEEN ACHENBACH | | ADDRESS ON FILE | | | | | | |
| KATHLEEN BURKE | | ADDRESS ON FILE | | | | | | |
| KATHLEEN BUTLER | | ADDRESS ON FILE | | | | | | |
| KATHLEEN DESTEFANO | | ADDRESS ON FILE | | | | | | |
| KATHLEEN RHEIN | | ADDRESS ON FILE | | | | | | |
| KATHLEEN STRUBLE | | ADDRESS ON FILE | | | | | | |
| KATHRYN TORNELLI | | ADDRESS ON FILE | | | | | | |
| KATIE CLARK | | ADDRESS ON FILE | | | | | | |
| KATIE DEVINE | | ADDRESS ON FILE | | | | | | |
| KATIE GRAZIER | | ADDRESS ON FILE | | | | | | |
| KATIE MANCHER | | ADDRESS ON FILE | | | | | | |
| KATIE MCQUAIL | | ADDRESS ON FILE | | | | | | |
| KATIE PAONE | | ADDRESS ON FILE | | | | | | |
| KATIE SULLIVAN | | ADDRESS ON FILE | | | | | | |
| KATRINA DOUGAN | | ADDRESS ON FILE | | | | | | |
| KAULFERS, MEGAN | | ADDRESS ON FILE | | | | | | |
| KAULFERS, MEGAN A. | | ADDRESS ON FILE | | | | | | |
| KB VANHORN | | ADDRESS ON FILE | | | | | | |
| KEARNS, TYLER J. | | ADDRESS ON FILE | | | | | | |
| KEAST & HOOD CO. | | 1635 MARKET STREET | STE 1705 | | PHILADELPHIA | PA | 19103 | |
| KEENE, ELIZABETH | | ADDRESS ON FILE | | | | | | |
| KEGLER-BRANCH, MARCUS K. | | ADDRESS ON FILE | | | | | | |
| KEIDY CALDWELL | | ADDRESS ON FILE | | | | | | |
| KEISHA BYRD | | ADDRESS ON FILE | | | | | | |
| KEITH GORDON | | ADDRESS ON FILE | | | | | | |
| KEITH SHARP | | ADDRESS ON FILE | | | | | | |
| KELBERG, MICHAEL | | ADDRESS ON FILE | | | | | | |
| KELILIKI, KRISTINE | | ADDRESS ON FILE | | | | | | |
| KELLI SIMONS | | ADDRESS ON FILE | | | | | | |
| KELLI SUMMERS | | ADDRESS ON FILE | | | | | | |
| KELLUM, GLENN | | ADDRESS ON FILE | | | | | | |
| KELLY & MASSA PHOTOGRAPHY | | 407 HARRISON ST. | | | RIDLEY PARK | PA | 19078 | |
| KELLY QUINN | | ADDRESS ON FILE | | | | | | |
| KELLY SHAW | | ADDRESS ON FILE | | | | | | |
| KELLY SWORDS | | ADDRESS ON FILE | | | | | | |
| KELLY, AIME | | ADDRESS ON FILE | | | | | | |
| KELLY, BONNIE L. | | ADDRESS ON FILE | | | | | | |
| KELLY, DANIEL | | ADDRESS ON FILE | | | | | | |
| KEN RICHMAN | | ADDRESS ON FILE | | | | | | |
| KENDORSKI, HOLLY L. | | ADDRESS ON FILE | | | | | | |
| KENNEDY HEALTH SYSTEM | | 18 E LAUREL RD | | | STRATFORD | NJ | 08084-1327 | |
| KENNEDY LE | | ADDRESS ON FILE | | | | | | |
| KENNEDY, CANDRA | | ADDRESS ON FILE | | | | | | |
| KENNETH BUTLER | | ADDRESS ON FILE | | | | | | |
| KENNEY, COLIN | | ADDRESS ON FILE | | | | | | |
| KENNEY, COLIN | | ADDRESS ON FILE | | | | | | |
| KENNEY, COLIN M. | | ADDRESS ON FILE | | | | | | |
| KENT, ALEXA | | ADDRESS ON FILE | | | | | | |
| KEPPLE, DUANE | | ADDRESS ON FILE | | | | | | |
| KERBER, RONALD | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| KERI KOMORN | | ADDRESS ON FILE | | | | | | |
| KERN, JEFFREY | | ADDRESS ON FILE | | | | | | |
| KERSHETSKY, JULIA | | ADDRESS ON FILE | | | | | | |
| KERSHETSKY, JULIA L. | | ADDRESS ON FILE | | | | | | |
| KEVA MILLER | | ADDRESS ON FILE | | | | | | |
| KEVIN BOYLE | | ADDRESS ON FILE | | | | | | |
| KEVIN HADEN | | ADDRESS ON FILE | | | | | | |
| KEVIN HANSON | | ADDRESS ON FILE | | | | | | |
| KEVIN MCDONNELL | | ADDRESS ON FILE | | | | | | |
| KEVIN MERCER | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| KEVIN MERCER | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| KEVIN MERCER | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| KEVIN ROSENFIELD | | ADDRESS ON FILE | | | | | | |
| KEY CHANGE INC | | 255 SOUTH 46TH STREET | | | PHILADELPHIA | PA | 19139 | |
| KEYSTONE FIRE & SECURITY LOCKBOX ALARM | | PO BOX 737545 | | | DALLAS | TX | 75373 | |
| KEYSTONE PROPERTY GROUP LP | | 601 WALNUT STREET | | | PHILADELPHIA | PA | 19106 | |
| KHRISTICH, DARYA | | ADDRESS ON FILE | | | | | | |
| KIAH MUSIC, LLC | | 49 MUSIC SQ. W. STE 503 | | | NASHVILLE | TN | 37203 | |
| KIDD, SUSANNAH L. | | ADDRESS ON FILE | | | | | | |
| KIERAN, JONATHAN | | ADDRESS ON FILE | | | | | | |
| KIESLING, SCOTT F. | | ADDRESS ON FILE | | | | | | |
| KILEY, MICHAEL | | ADDRESS ON FILE | | | | | | |
| KILPATRICK, JEFFREY | | ADDRESS ON FILE | | | | | | |
| KIM HANSEN-OHMAN | | ADDRESS ON FILE | | | | | | |
| KIM LEONE | | ADDRESS ON FILE | | | | | | |
| KIM ROWLAND | | ADDRESS ON FILE | | | | | | |
| KIM, AH-YOUNG | | ADDRESS ON FILE | | | | | | |
| KIM, ARAM | | ADDRESS ON FILE | | | | | | |
| KIM, EUGEN | | ADDRESS ON FILE | | | | | | |
| KIM, JIHYE | | ADDRESS ON FILE | | | | | | |
| KIM, JONATHAN | | ADDRESS ON FILE | | | | | | |
| KIM, JUNG-EUN | | ADDRESS ON FILE | | | | | | |
| KIM, RA | | ADDRESS ON FILE | | | | | | |
| KIM, SIMON Y. | | ADDRESS ON FILE | | | | | | |
| KIMBERLY FELTNER | | ADDRESS ON FILE | | | | | | |
| KIMBERLY H. & DOUGLAS B. WENDELL DONOR ACCOUNT @ MS GIFT INC | C/O KIMBERLY AND DOUGLAS WENDELL | 31 FRANKLIN RODGERS RD | | | HINGHAM | MA | 02043-2665 | |
| KIMBERLY KEPPLE | | ADDRESS ON FILE | | | | | | |
| KIMBERLY LADLEY | | ADDRESS ON FILE | | | | | | |
| KIMBERLY LOFTUS | | ADDRESS ON FILE | | | | | | |
| KIMBERLY MAKOE | | ADDRESS ON FILE | | | | | | |
| KIMMEL CENTER INC. | ATTN ACCOUNTS RECEIVABLE | 1500 WALNUT ST. | 17TH FL | | PHILADELPHIA | PA | 19102 | |
| KIMMEL, CHRISTINA A. | | ADDRESS ON FILE | | | | | | |
| KINDERMAN, WILLIAM A. | | ADDRESS ON FILE | | | | | | |
| KINEMATHEK, STIFTUNG DEUTSCHE | | POTSDAMER STR.2 | | | 10785 BERLIN | | | GERMANY |
| KINETIC SOFTWARE, INC | | 4000 WEST MONTROSE AVE. | #505 | | CHICAGO | IL | 60641 | |
| KING, ALONZO | | ADDRESS ON FILE | | | | | | |
| KINLAW, SARAH | | ADDRESS ON FILE | | | | | | |
| KINSALE INSURANCE COMPANY | RYAN TURNER SPECIALTY | 1650 ARCH STREET | 26TH FLOOR | | PHILADELPHIA | PA | 19103 | |
| KIRKWOOD PRINTING CO LLC | | 904 MAIN STREET | | | WILMINGTON | MA | 01887 | |
| KIRSTEN MEGGINSON | | ADDRESS ON FILE | | | | | | |
| KITINAY PRODUCTIONS, INC | | PO BOX 56533 | | | PHILADELPHIA | PA | 19111 | |
| KLAUSER, BREE | | ADDRESS ON FILE | | | | | | |
| KLEEMAN, ZOE | | ADDRESS ON FILE | | | | | | |
| KLEEMAN, ZOE A. | | ADDRESS ON FILE | | | | | | |
| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | | 1835 MARKET ST STE 1400 | | | PHILADELPHIA | PA | 19103-2945 | |
| KLEIMAN, MICHELLE | | ADDRESS ON FILE | | | | | | |
| KLEINMAN, STEVEN | | ADDRESS ON FILE | | | | | | |
| KLENZOID, INC | | PO BOX 389 | | | CONSHOHOCKEN | PA | 19428-0389 | |
| KLOPFENSTEIN ART EQUIPMENT MANUFACTURING | | 201 EAST FIFTH STREET | | | MANSFIELD | OH | 44902 | |
| KLORFINE FOUNDATION | | 1450 MADRONA DR | | | SEATTLE | WA | 98122-3518 | |
| KLUSENER, ANTON | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| KNAPTON, WILLIAM | | ADDRESS ON FILE | | | | | | |
| KNIGHT, HOPE | | ADDRESS ON FILE | | | | | | |
| KNIGHT, JOAQUIN | | ADDRESS ON FILE | | | | | | |
| KNOBLAUCH, KIRSTEN | | ADDRESS ON FILE | | | | | | |
| KNOTT, DAVID | | ADDRESS ON FILE | | | | | | |
| KNOTT, DAVID E. | | ADDRESS ON FILE | | | | | | |
| KO NIIZUMA | | ADDRESS ON FILE | | | | | | |
| KOBASA, RACHEL | | ADDRESS ON FILE | | | | | | |
| KOBASZ, MARK | | ADDRESS ON FILE | | | | | | |
| KOBASZ, MARK D. | | ADDRESS ON FILE | | | | | | |
| KOCH, JEFFREY | | ADDRESS ON FILE | | | | | | |
| KOCIBA, MAYA | | ADDRESS ON FILE | | | | | | |
| KOLB, LENA | | ADDRESS ON FILE | | | | | | |
| KOLBINSKI, JOHN W. | | ADDRESS ON FILE | | | | | | |
| KOLLAR, JACQUELIN | | ADDRESS ON FILE | | | | | | |
| KOMORN, KRIS | | ADDRESS ON FILE | | | | | | |
| KONNER, CAMERON J. | | ADDRESS ON FILE | | | | | | |
| KONNOR, CAMERON | | ADDRESS ON FILE | | | | | | |
| KOON, MATTHEW | | ADDRESS ON FILE | | | | | | |
| KOPLIN, JOSHUA | | ADDRESS ON FILE | | | | | | |
| KOPPE, CONNIE | | ADDRESS ON FILE | | | | | | |
| KOREAN CULTURAL SERVICE NEW YORK | | 460 PARK AVE | | | NEW YORK | NY | 10022 | |
| KORESH SCHOOL OF DANCE/ALON KORESH | | 2002 RITTENHOUSE SQUARE | | | PHILADELPHIA | PA | 19103 | |
| KOSIK, ALLISON | | ADDRESS ON FILE | | | | | | |
| KOSOKO, JAAMIL OLAWALE | | ADDRESS ON FILE | | | | | | |
| KOUMARAS, ALYSSA M. | | ADDRESS ON FILE | | | | | | |
| KRACHT, LAUREN | | ADDRESS ON FILE | | | | | | |
| KRAHL, HOLLI | | ADDRESS ON FILE | | | | | | |
| KRAINES, THOMAS | | ADDRESS ON FILE | | | | | | |
| KRAJC, ZDENO | | ADDRESS ON FILE | | | | | | |
| KRAMER FAMILY FUND, INC | | 1900 FROST RD STE 111 | | | BRISTOL | PA | 19007-1519 | |
| KRAMER LEVIN NAFTALIS & FRANKEL, LLP | | 1177 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036 | |
| KRAMER/MARKS ARCHITECTS | | 8203 GLADSTONE RD | | | WYNDMOOR | PA | 19118 | |
| KRASNER, DREW | | ADDRESS ON FILE | | | | | | |
| KRAUSE, JON | | ADDRESS ON FILE | | | | | | |
| KREG SPEIRS | | ADDRESS ON FILE | | | | | | |
| KREINER, TROY C. | | ADDRESS ON FILE | | | | | | |
| KREITZBERG, DOUG | | ADDRESS ON FILE | | | | | | |
| KREMMYDA, ERATO A. | | ADDRESS ON FILE | | | | | | |
| KREMP FLORIST, INC | | PO BOX 457 | 220 DAVISVILLE RD. | | WILLOW GROVE | PA | 19090 | |
| KREMSER, VALERIA | | ADDRESS ON FILE | | | | | | |
| KREMSER, VALERIA H. | | ADDRESS ON FILE | | | | | | |
| KRI PROJECTS LLC | | 41 EICHELBERGER STREET | | | SAINT LOUIS | MO | 63111 | |
| KRIS KOMORN | | ADDRESS ON FILE | | | | | | |
| KRIS MORAN LLC | | 13 SOUTH ELLIOTT PLACE | | | BROOKLYN | NY | 11217 | |
| KRISTEN HOOTON | | ADDRESS ON FILE | | | | | | |
| KRISTIN NEWPHER | | ADDRESS ON FILE | | | | | | |
| KRISTINA E. ROBOLD | | ADDRESS ON FILE | | | | | | |
| KRISTINA JOHNSON | | ADDRESS ON FILE | | | | | | |
| KROM, NICOLE | | ADDRESS ON FILE | | | | | | |
| KROMCHAD, JAIME | | ADDRESS ON FILE | | | | | | |
| KROMCHAD, JAIME M. | | ADDRESS ON FILE | | | | | | |
| KUENZI, NATALIE | | ADDRESS ON FILE | | | | | | |
| KUHNE, DAFI | | ADDRESS ON FILE | | | | | | |
| KUNIK, TESS M. | | ADDRESS ON FILE | | | | | | |
| KURT FEDDE | | ADDRESS ON FILE | | | | | | |
| KURTAS, BRIAN D. | | ADDRESS ON FILE | | | | | | |
| KUTZTOWN UNIVERSITY OF PENNSYLVANIA | | 15200 KUTZTOWN RD | | | KUTZTOWN | PA | 19530 | |
| KYU, ILYSSA | | ADDRESS ON FILE | | | | | | |
| L2 PARTRIDGE INC | | THREE LOGAN SQUARE | 1717 ARCH ST #200 | | PHILADELPHIA | PA | 19103 | |
| LA NAPOULE ART FOUNDATION | | 191 UNIVERSITY BOULE | STE 576 | | DENVOR | CO | 80206 | |
| LA SALLE UNIVERSITY | | 1900 WEST OLNEY AVENUE | | | PHILADELPHIA | PA | 19141 | |
| LAB GRAPHICS | | ADDRESS ON FILE | | | | | | |
| LACAVA, VINCENT | | ADDRESS ON FILE | | | | | | |
| LACAVA, VINCENT F. | | ADDRESS ON FILE | | | | | | |
| LACHANCE-DUFFY, CATHERINE | | ADDRESS ON FILE | | | | | | |
| LADIES OF HIP-HOP | | 23 PRESCOTT STREET | | | JERSEY CITY | NJ | 07304 | |
| LADLEY, KIMBERLY | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| LADYMAN, ASHLEY | | ADDRESS ON FILE | | | | | | |
| LAHNEMANN, LORI | | ADDRESS ON FILE | | | | | | |
| LAIDLER, YAZZMEEN Z. | | ADDRESS ON FILE | | | | | | |
| LAKE RESEARCH PARTNERS | | 1101 17TH ST. NW | SUITE 301 | | WASHINGTON | DC | 20036 | |
| LAKE, BRANDON | | ADDRESS ON FILE | | | | | | |
| LALENA SARTON | | ADDRESS ON FILE | | | | | | |
| LAM, AARON | | ADDRESS ON FILE | | | | | | |
| LAMB, KIRSTIN | | ADDRESS ON FILE | | | | | | |
| LAMB-CASON, WUNNEANATSU | | ADDRESS ON FILE | | | | | | |
| LAMBELET, ANNE M. | | ADDRESS ON FILE | | | | | | |
| LAMEO, JENNIFER | | ADDRESS ON FILE | | | | | | |
| LANCER CATERING | | AT THE PHILADELPHIA ZOO | 3400 WEST GIRARD AVE | | PHILADELPHIA | PA | 19104 | |
| LAND SERVICES USA, INC | | 1835 MARKET STREET | STE 420 | | PHILADELPHIA | PA | 19103 | |
| LANE, JUEL D. | | ADDRESS ON FILE | | | | | | |
| LANE, JUEL DEMETRIUS | | ADDRESS ON FILE | | | | | | |
| LANETTE BLACK | | ADDRESS ON FILE | | | | | | |
| LANGFORD, ZACHARY | | ADDRESS ON FILE | | | | | | |
| LANGFORD, ZACHARY F. | | ADDRESS ON FILE | | | | | | |
| LANGHORNE CARPET CO | | PO BOX 7175 | | | PENNDEL | PA | 19047-7175 | |
| LANGOL, STEFANI | | ADDRESS ON FILE | | | | | | |
| LANGOL, STEFANI M. | | ADDRESS ON FILE | | | | | | |
| LANGONE, SIRI C. | | ADDRESS ON FILE | | | | | | |
| LANZI BURKE & ASSOC | | 449 HURFFVILLE CROSSKEYS RD UNIT 2 | | | SEWELL | NJ | 08080-9369 | |
| LARA HARTIN | | ADDRESS ON FILE | | | | | | |
| LARRY FRANKLIN | | ADDRESS ON FILE | | | | | | |
| LARRY HORODNER | | ADDRESS ON FILE | | | | | | |
| LARRY LOCKE FILMS, LLC | | 77 NORTH WATER STREET | #202 | | NORWALK | CT | 06854 | |
| LARRY STAUB | | ADDRESS ON FILE | | | | | | |
| LARSEN, CHRISTINE | | ADDRESS ON FILE | | | | | | |
| LASSEN, FELIPE A. | | ADDRESS ON FILE | | | | | | |
| LASTER, MARIE C. | | ADDRESS ON FILE | | | | | | |
| LAUCKS, SETH | | ADDRESS ON FILE | | | | | | |
| LAURA DEFEO | | ADDRESS ON FILE | | | | | | |
| LAURA DOLL | | ADDRESS ON FILE | | | | | | |
| LAURA FRAZURE | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| LAURA FRAZURE | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| LAURA FRAZURE | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| LAURA GRUTZECK | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| LAURA GRUTZECK | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPHIA | PA | 19103 | |
| LAURA JUELKE | | ADDRESS ON FILE | | | | | | |
| LAURA SMYCZEK | | ADDRESS ON FILE | | | | | | |
| LAUREL TUCKER | | ADDRESS ON FILE | | | | | | |
| LAUREN ANDERSON | | ADDRESS ON FILE | | | | | | |
| LAUREN BAKST | | ADDRESS ON FILE | | | | | | |
| LAUREN CONCAR-SHEEDY | | ADDRESS ON FILE | | | | | | |
| LAUREN TUCKER | | ADDRESS ON FILE | | | | | | |
| LAURINO, MARIA | | ADDRESS ON FILE | | | | | | |
| LAWRENCE, GABRIEL | | ADDRESS ON FILE | | | | | | |
| LAWRENCE, GABRIEL D. | | ADDRESS ON FILE | | | | | | |
| LAWTON, SAADIA | | ADDRESS ON FILE | | | | | | |
| LAWTON, SAADIA N. | | ADDRESS ON FILE | | | | | | |
| LAWTON, THOMAS | | ADDRESS ON FILE | | | | | | |
| LE PAPILLON BEAUTY SALON INC | | 610 OLD YORK RD, STE 110 | | | JENKINTOWN | PA | 19046 | |
| LE, ANDREW E. | | ADDRESS ON FILE | | | | | | |
| LEACH, JENNIFER | | ADDRESS ON FILE | | | | | | |
| LEACH, ZACHARY | | ADDRESS ON FILE | | | | | | |
| LEACH, ZACHARY A. JR. | | ADDRESS ON FILE | | | | | | |
| LEAGUE OF WOMEN VOTERS | | 123 SOUTH BROAD ST. | STE 2830 | | PHILADELPHIA | PA | 19109 | |
| LEAH MACDONALD | | ADDRESS ON FILE | | | | | | |
| LEAH PAYNE | | ADDRESS ON FILE | | | | | | |
| LEAL, ERIC | | ADDRESS ON FILE | | | | | | |
| LEAPHART, EBONNE | | ADDRESS ON FILE | | | | | | |
| LEASCA, CATHERINE C. | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| LEAYM-FERNANDEZ, MELISSA J. | | ADDRESS ON FILE | | | | | | |
| LEE BUSH | | ADDRESS ON FILE | | | | | | |
| LEE KAZISTA | | ADDRESS ON FILE | | | | | | |
| LEE, CHERYL | | ADDRESS ON FILE | | | | | | |
| LEE, SUEYEUN JULIETTE | | ADDRESS ON FILE | | | | | | |
| LEE, TONYA | | ADDRESS ON FILE | | | | | | |
| LEE, TONYA D. | | ADDRESS ON FILE | | | | | | |
| LEHR, SETH | | ADDRESS ON FILE | | | | | | |
| LEIGH ENGELHARDT | | ADDRESS ON FILE | | | | | | |
| LEILA CARTIER | | ADDRESS ON FILE | | | | | | |
| LEKCHAUM, CHAIDAN | | ADDRESS ON FILE | | | | | | |
| LEMONADE PRODUCTION CO | | 3118 RICHMOND STREET | UNIT 7 | | PHILADELPHIA | PA | 19134 | |
| LEMONS LLC | | 244 5TH AVENUE | N290 | | NEW YORK | NY | 10001 | |
| LENORE G. TAWNEY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| LENT, PATRICIA NEIL | | ADDRESS ON FILE | | | | | | |
| LEONARD SCHWALM | | ADDRESS ON FILE | | | | | | |
| LEONARD SPLENDORIA | | ADDRESS ON FILE | | | | | | |
| LEONARD, AMY | | ADDRESS ON FILE | | | | | | |
| LEONARD, THOMAS | | ADDRESS ON FILE | | | | | | |
| LEONARDO FERNANDEZ | | ADDRESS ON FILE | | | | | | |
| LEONARDO LOPEZ | | ADDRESS ON FILE | | | | | | |
| LEONOV-KENNY, INNA | | ADDRESS ON FILE | | | | | | |
| LES FINCHER | | ADDRESS ON FILE | | | | | | |
| LESEUR, LEANDRA | | ADDRESS ON FILE | | | | | | |
| LESEUR, LEANDRA R. | | ADDRESS ON FILE | | | | | | |
| LESLIE FRIEDMAN | | ADDRESS ON FILE | | | | | | |
| LESLIE GORDON | | ADDRESS ON FILE | | | | | | |
| LESLIE KAHAN | | ADDRESS ON FILE | | | | | | |
| LESLIE MORISSETTE | | ADDRESS ON FILE | | | | | | |
| LESLIE WISE | | ADDRESS ON FILE | | | | | | |
| LESLYE FRIEDBERG | | ADDRESS ON FILE | | | | | | |
| LEVIN TRAVER | | ADDRESS ON FILE | | | | | | |
| LEVINE, EVAN COREY | | ADDRESS ON FILE | | | | | | |
| LEVIS, JOHN | | ADDRESS ON FILE | | | | | | |
| LEWIS, CHRISTIAN M. | | ADDRESS ON FILE | | | | | | |
| LEWIS, DONNA | | ADDRESS ON FILE | | | | | | |
| LEX VAUTRIN | | ADDRESS ON FILE | | | | | | |
| LEYBA, ASHLEY | | ADDRESS ON FILE | | | | | | |
| LIACOURAS & SMITH, LLP | | 1515 MARKET STREET | STE 810 | | PHILADELPHIA | PA | 19102 | |
| LIAM TRAVER | | ADDRESS ON FILE | | | | | | |
| LIBERATORE, LINDA | | ADDRESS ON FILE | | | | | | |
| LIBERTY BUILDING SUPPLY & MILLWORK, INC | | 1116 S 7TH ST # 20 | | | PHILADELPHIA | PA | 19147-4830 | |
| LIBERTY FILM GROUP INC | | 790 RIVERSIDE DRIVE | #9J | | NEW YORK | NY | 10032 | |
| LIBERTY MUTUAL | RYAN TURNER SPECIALTY | 1650 ARCH STREET | 26TH FLOOR | | PHILADELPHIA | PA | 19103 | |
| LIBERTY MUTUAL | | 150 LIBERTY WAY | | | DOVER | NH | 03820-9320 | |
| LIBERTY PROPERTY TRUST | | 500 CHESTERFIELD PKWY | | | MALVERN | PA | 19355-8707 | |
| LIBERTY VENTURE PARTNERS | | 2005 MARKET ST # 1 | | | PHILADELPHIA | PA | 19103-7042 | |
| LIBRARTS | | 17 RUE DU REFUGE | | | 3400 MONTPELLIER | | | FRANCE |
| LIBRARY OF CONGRESS | ATTN: GEORGE L. DAVES | 101 INDEPENDENCE AVENUE, S.E. | | | WASHINGTON | DC | 20540-9410 | |
| LIBRARY OF CONGRESS | | 101 INDEPENDENCE AVENUE, S.E. | | | WASHINGTON | DC | 20540-1300 | |
| LIBRARY PASS INC | | 5114 BALCONES WOODS DR. | STE. 307-311 | | AUSTIN | TX | 78759 | |
| LICENSE TO LOVE LLC | | 6311 KENNEDY BLVD | #1 | | N. BERGEN | NJ | 07047 | |
| LIEBERMAN, VALERIE H. | | ADDRESS ON FILE | | | | | | |
| LIGHTCAP, STEPHEN | | ADDRESS ON FILE | | | | | | |
| LIGIA RAVE-SLOVIC | | ADDRESS ON FILE | | | | | | |
| LIMA CO | | 9050 STATE RD | | | PHILADELPHIA | PA | 19136-1615 | |
| LINCKE, PATRICK | | ADDRESS ON FILE | | | | | | |
| LINDA BURRELL-WARR | | ADDRESS ON FILE | | | | | | |
| LINDA LIBERATORE | | ADDRESS ON FILE | | | | | | |
| LINDA WALCK | | ADDRESS ON FILE | | | | | | |
| LINDNER, JOHN | | ADDRESS ON FILE | | | | | | |
| LINDNER, JOHN B. | | ADDRESS ON FILE | | | | | | |
| LINDO, LEILA N. | | ADDRESS ON FILE | | | | | | |
| LINDSAY, LEVONNE | | ADDRESS ON FILE | | | | | | |
| LINDSAY, LEVONNE D. | | ADDRESS ON FILE | | | | | | |
| LINDSEY, RAY | | ADDRESS ON FILE | | | | | | |
| LINEMAN, MARGARET A. | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| LIPKIN, LEONARD | | ADDRESS ON FILE | | | | | | |
| LIPMAN, ROSS | | ADDRESS ON FILE | | | | | | |
| LISA BOLAND | | ADDRESS ON FILE | | | | | | |
| LISA BUTLER | | ADDRESS ON FILE | | | | | | |
| LISA CHILDS | | ADDRESS ON FILE | | | | | | |
| LISA DEFEO | | ADDRESS ON FILE | | | | | | |
| LISA HENRIQUES | | ADDRESS ON FILE | | | | | | |
| LISA M VASQUEZ | | ADDRESS ON FILE | | | | | | |
| LISA ROSE | | ADDRESS ON FILE | | | | | | |
| LISA SOLOMON | | ADDRESS ON FILE | | | | | | |
| LISA YOUNG | | ADDRESS ON FILE | | | | | | |
| LISS GLOBAL | | 7746 DUNGAN RD | | | PHILADELPHIA | PA | 19111-2733 | |
| LITTLE RED FISH | | 2026 SPRUCE ST | | | PHILADELPHIA | PA | 19103-6524 | |
| LITTLER MENDELSON P.C. | | 1601 CHERRY ST | UNIT 1400 | | PHILADELPHIA | PA | 19102 | |
| LITTLER MENDELSON PC | | PO BOX 207137 | | | DALLAS | TX | 75320-7137 | |
| LIU, ANNI | | ADDRESS ON FILE | | | | | | |
| LIZ INK, INC | | 561 SPRING MILLS RD | | | MILFORD | NJ | 08848-1949 | |
| LIZANN LEUSNER | | ADDRESS ON FILE | | | | | | |
| LLOYD, JORDAN | | ADDRESS ON FILE | | | | | | |
| LLOYD, JORDAN D. | | ADDRESS ON FILE | | | | | | |
| LLOYD'S AMERICA, INC | ATTN: LEGAL DEPARTMENT | 280 PARK AVENUE | EAST TOWER | 25TH FL | NEW YORK | NY | 10017 | |
| LOAIZA, ALEXIS | | ADDRESS ON FILE | | | | | | |
| LOCKS FAMILY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| LOCKSTADT, ALLEGRA | | ADDRESS ON FILE | | | | | | |
| LOEPER AND ASSOC | | 604 N 3RD ST | | | HARRISBURG | PA | 17101 | |
| LOEWEN, DANIELLE | | ADDRESS ON FILE | | | | | | |
| LOKADOT | | 2101 MARKET ST UNIT 806 | | | PHILADELPHIA | PA | 19103-1357 | |
| LOMAX FAMILY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| LOMAX, MELISSA | | ADDRESS ON FILE | | | | | | |
| LOMAX, MELISSA A. | | ADDRESS ON FILE | | | | | | |
| LOMBARDELLI, NICHOLAS | | ADDRESS ON FILE | | | | | | |
| LOMBARDELLI, NICHOLAS P. | | ADDRESS ON FILE | | | | | | |
| LON WOLF | | ADDRESS ON FILE | | | | | | |
| LONG LIFE TREATED WOOD, INC | | PO BOX 340 | | | HEBRON | MD | 21830-0340 | |
| LONGINO PUBLIC FINANCE | | 1401 LAWRENCE STREET | SUITE 1600 | | DENVER | CO | 80202 | |
| LONGMIRE, WARREN C. | | ADDRESS ON FILE | | | | | | |
| LONGO, KIT A. | | ADDRESS ON FILE | | | | | | |
| LOOM PRODUCTIONS NYC LLC | | 1416 SOUTH BANCROFT STREET | | | PHILADELPHIA | PA | 19146 | |
| LOPEZ, DAMARIS | | ADDRESS ON FILE | | | | | | |
| LOPRESTI, PAUL C. | | ADDRESS ON FILE | | | | | | |
| LORI PETERSEN | | ADDRESS ON FILE | | | | | | |
| LOR-MAR MECHANICAL SERVICE LLC | | 6710-A WESTFIELD AVE. | | | PENNSAUKEN | NJ | 08110 | |
| LORRAINE KISSLING | | ADDRESS ON FILE | | | | | | |
| LORRAINE MILLER | | ADDRESS ON FILE | | | | | | |
| LOTZ, TERESA | | ADDRESS ON FILE | | | | | | |
| LOUDEN, SHARON | | ADDRESS ON FILE | | | | | | |
| LOUIS J. CATALDO, JR. | | ADDRESS ON FILE | | | | | | |
| LOUIS N. CASSETT FOUNDATION | | ADDRESS ON FILE | | | | | | |
| LOUIS NAYOVITZ FOUNDATION | | ADDRESS ON FILE | | | | | | |
| LOUIS SERLENGA | | ADDRESS ON FILE | | | | | | |
| LOUIS, KAREN JEAN | | ADDRESS ON FILE | | | | | | |
| LOURDES MEDICAL GROUP | | 63 KRESSON RD | | | CHERRY HILL | NJ | 08034 | |
| LOURDES ROMERO | | ADDRESS ON FILE | | | | | | |
| LOVEIS H. WISE | | ADDRESS ON FILE | | | | | | |
| LOWER MERION HIGH SCHOOL JAZZ BAND | | 547 SUSSEX RD | | | WYNNEWOOD | PA | 19096 | |
| LOZITO, CINDY | | ADDRESS ON FILE | | | | | | |
| LUCA, ALYSSA | | ADDRESS ON FILE | | | | | | |
| LUCY C. SWORDS | | ADDRESS ON FILE | | | | | | |
| LUDWIG, DAVID | | ADDRESS ON FILE | | | | | | |
| LUDWIG, ELISA | | ADDRESS ON FILE | | | | | | |
| LUDWIG, STEVE | | ADDRESS ON FILE | | | | | | |
| LUJAN, JUSTIN | | ADDRESS ON FILE | | | | | | |
| LUNA, BRITTANY A. | | ADDRESS ON FILE | | | | | | |
| LUNSFORD, DONALD | | ADDRESS ON FILE | | | | | | |
| LURA-SMITH, LESLIE | | ADDRESS ON FILE | | | | | | |
| LURA-SMITH, LESLIE S. | | ADDRESS ON FILE | | | | | | |
| LUTES, JENNIFER | | ADDRESS ON FILE | | | | | | |
| LUTRON ELECTRONICS CO., INC | | 7200 SUTER RD | | | COOPERSBURG | PA | 18036-1249 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| LUTTRELL, CAROL | | ADDRESS ON FILE | | | | | | |
| LYFORD, GEORGE | | ADDRESS ON FILE | | | | | | |
| LYNN JANKIEWICZ | | ADDRESS ON FILE | | | | | | |
| LYNN MARSDEN-ATLASS | | ADDRESS ON FILE | | | | | | |
| LYNN TOMLINSON | | ADDRESS ON FILE | | | | | | |
| LYNX INVESTMENT ADVISORY, INC | | 1100 CONNECTICUT AVENUE, NORTH WEST | | | WASHINGTON | DC | 20036-4101 | |
| LYONS, ROBERT | | ADDRESS ON FILE | | | | | | |
| LYRASIS | | CL #900077 | PO BOX 100125 | | COLUMBIA | SC | 29202-3125 | |
| M&M LODGING, LLC | | 435 LAUREL STREET | | | LEE | MA | 01238 | |
| M. CRAMER & ASSOC LLC | | 229 NORTH 12TH STREET | | | PHILADELPHIA | PA | 19107 | |
| M. HOLLAND CO | | 400 SKOKIE BLVD STE 600 | | | NORTHBROOK | IL | 60062-7906 | |
| M. SCHNOLL AND SONS, INCORPORATED | | 3151 WEIKEL ST | | | PHILADELPHIA | PA | 19134-3809 | |
| M.L. SHEAN | | ADDRESS ON FILE | | | | | | |
| MA, EUGENE | | ADDRESS ON FILE | | | | | | |
| MAAS, JEREMY | | ADDRESS ON FILE | | | | | | |
| MACBAIN, ANTHONY | | ADDRESS ON FILE | | | | | | |
| MACDONALD, BLAIR | | ADDRESS ON FILE | | | | | | |
| MACEDONIA, BAYMOND ANDREW | | ADDRESS ON FILE | | | | | | |
| MACFARLANE, STEPHEN MICHAEL | | ADDRESS ON FILE | | | | | | |
| MACK, TASHINA | | ADDRESS ON FILE | | | | | | |
| MACKIN IMAGING SYSTEMS CORP. | | 2500 PEARL BUCK RD | | | BRISTOL | PA | 19007-6811 | |
| MACKLIN, SOPHIE | | ADDRESS ON FILE | | | | | | |
| MACLAREN, RONALD | | ADDRESS ON FILE | | | | | | |
| MACYS FOUNDATION | | 7 WEST 7TH STREET | | | CINCINNATI | OH | 45202 | |
| MADAK, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| MADELAINE MILLER-STRAUSS | | ADDRESS ON FILE | | | | | | |
| MADELINE PANELLI | | ADDRESS ON FILE | | | | | | |
| MADELON ISBELL | | ADDRESS ON FILE | | | | | | |
| MAGGIE A. NORDSTROM | | ADDRESS ON FILE | | | | | | |
| MAHER, WILLIAM | | ADDRESS ON FILE | | | | | | |
| MAHER, WILLIAM E. | | ADDRESS ON FILE | | | | | | |
| MAHLER, GABRIELLE | | ADDRESS ON FILE | | | | | | |
| MAIN LINE ART CENTER | | OLD BUCK RD & LANCASTERUE | | | HAVERFORD | PA | 19041 | |
| MAIN LINE KETTLEBELLS | | 17 S VALLEY RD | | | PAOLI | PA | 19301-1407 | |
| MAINE COLLEGE OF ART AND DESIGN | | 522 CONGRESS STREET | | | PORTLAND | ME | 04101 | |
| MAIRA, DESIREE B. | | ADDRESS ON FILE | | | | | | |
| MAISEY, DANIELLE | | ADDRESS ON FILE | | | | | | |
| MAJIK FOUNDATION | | 1106 STACKHOUSE MILL RD | | | NEWTOWN SQUARE | PA | 19073-2726 | |
| MAJULE, GLORIA P. | | ADDRESS ON FILE | | | | | | |
| MALANDRA, ALLYSON | | ADDRESS ON FILE | | | | | | |
| MALIK BURNETT | | ADDRESS ON FILE | | | | | | |
| MALISZEWSKI, MARY | | ADDRESS ON FILE | | | | | | |
| MALISZEWSKI, MARY E. | | ADDRESS ON FILE | | | | | | |
| MALMARK BELLS INC | | 5712 EASTON RD. | PO BOX 1200 | | PLUMSTEADVILLE | PA | 18949 | |
| MALONE, GREG | | ADDRESS ON FILE | | | | | | |
| MAMADELE FOUNDATION | | ADDRESS ON FILE | | | | | | |
| MANBECK, ZACHARY A. | | ADDRESS ON FILE | | | | | | |
| MANCHESS, GREGORY | | ADDRESS ON FILE | | | | | | |
| MANCINA FAMILY TRUST | | ADDRESS ON FILE | | | | | | |
| MANDALA, ADAM M. | | ADDRESS ON FILE | | | | | | |
| MANDRACCHIA, CHRISTEN | | ADDRESS ON FILE | | | | | | |
| MANDY MUNNELL | | ADDRESS ON FILE | | | | | | |
| MANFREDIE GONZALEZ | | ADDRESS ON FILE | | | | | | |
| MANN, STACEY | | ADDRESS ON FILE | | | | | | |
| MANNI, JACQUELINE | | ADDRESS ON FILE | | | | | | |
| MANNI, JACQUELINE | | ADDRESS ON FILE | | | | | | |
| MAPLE, JAMON | | ADDRESS ON FILE | | | | | | |
| MAPLES, BREYANNA | | ADDRESS ON FILE | | | | | | |
| MAPSON, JESSE W. III | | ADDRESS ON FILE | | | | | | |
| MARCIA CARNES | | ADDRESS ON FILE | | | | | | |
| MARCIA L. DIAMANT | | ADDRESS ON FILE | | | | | | |
| MARCIVE, INC | | PO BOX 47508 | | | SAN ANTONIO | TX | 78265-7508 | |
| MARGARET ANNE BUTTERFIELD | | ADDRESS ON FILE | | | | | | |
| MARGARET FREELS | | ADDRESS ON FILE | | | | | | |
| MARGARET STEVENS | | ADDRESS ON FILE | | | | | | |
| MARGARET WHITFORD | | ADDRESS ON FILE | | | | | | |
| MARGUERITE RODGERS INTERIOR DESIGN | | 2131 N AMERICAN ST | | | PHILADELPHIA | PA | 19122-1606 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MARIA HILL | | ADDRESS ON FILE | | | | | | |
| MARIA KERRIDGE | | ADDRESS ON FILE | | | | | | |
| MARIA RAHA | | ADDRESS ON FILE | | | | | | |
| MARIAH VAN SCIVER | | ADDRESS ON FILE | | | | | | |
| MARIAN MAIER | | ADDRESS ON FILE | | | | | | |
| MARIANNA KARABATSOS | | ADDRESS ON FILE | | | | | | |
| MARIANNE PANKOK | | ADDRESS ON FILE | | | | | | |
| MARICLE, SHARON | | ADDRESS ON FILE | | | | | | |
| MARIE GIBSON | | ADDRESS ON FILE | | | | | | |
| MARIE LOPRESTI | | ADDRESS ON FILE | | | | | | |
| MARIMUTU, REBECCA | | ADDRESS ON FILE | | | | | | |
| MARINO, ANTHONY | | ADDRESS ON FILE | | | | | | |
| MARK & LEONA TAYLOR TRUST FUND | | ADDRESS ON FILE | | | | | | |
| MARK GAZZILLI | | ADDRESS ON FILE | | | | | | |
| MARK GOLCZEWSKI | | ADDRESS ON FILE | | | | | | |
| MARK KANIEFF | | ADDRESS ON FILE | | | | | | |
| MARK LUDAS | | ADDRESS ON FILE | | | | | | |
| MARK R. NICOLETTI, SR. | | ADDRESS ON FILE | | | | | | |
| MARK, JAMES | | ADDRESS ON FILE | | | | | | |
| MARK, SUSAN A. | | ADDRESS ON FILE | | | | | | |
| MARLENE OMLOR | | ADDRESS ON FILE | | | | | | |
| MARLIN MILLER, JR. FAMILY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| MARLO GADDIS | | ADDRESS ON FILE | | | | | | |
| MARLO TUATY | | ADDRESS ON FILE | | | | | | |
| MARRERO, CHRISTINA | | ADDRESS ON FILE | | | | | | |
| MARRIE WATTS | | ADDRESS ON FILE | | | | | | |
| MARSH U. S. | | ADDRESS ON FILE | | | | | | |
| MARTHA CROSS | | ADDRESS ON FILE | | | | | | |
| MARTHA GRAHAM CENTER OF CONTEMPORARY DANCE INC | | 55 BETHUNE STREET | | | NEW YORK | NY | 10014 | |
| MARTIN, CELESTE | | ADDRESS ON FILE | | | | | | |
| MARTIN, JOANNE | | ADDRESS ON FILE | | | | | | |
| MARTIN, SEAN | | ADDRESS ON FILE | | | | | | |
| MARTINE, ALISON | | ADDRESS ON FILE | | | | | | |
| MARTINEZ, TIRESIA | | ADDRESS ON FILE | | | | | | |
| MARTINEZ-BRIGGS, ANTHONY | | ADDRESS ON FILE | | | | | | |
| MARTIN-OSHIA, TROY | | ADDRESS ON FILE | | | | | | |
| MARTZ, JOSEPH | | ADDRESS ON FILE | | | | | | |
| MARY ARNDTSEN | | ADDRESS ON FILE | | | | | | |
| MARY BERMAN | | ADDRESS ON FILE | | | | | | |
| MARY FISHER | | ADDRESS ON FILE | | | | | | |
| MARY GLASSCOCK | | ADDRESS ON FILE | | | | | | |
| MARY K. HEGARTY | | ADDRESS ON FILE | | | | | | |
| MARY MORISSETTE | | ADDRESS ON FILE | | | | | | |
| MARYANN MCKENNA | | ADDRESS ON FILE | | | | | | |
| MARYDENISE APPIO | | ADDRESS ON FILE | | | | | | |
| MARYJO W. COVELLONE | | ADDRESS ON FILE | | | | | | |
| MARYLAND INSTITUTE COLLEGE OF ART | | 1300 W MOUNT ROYAL AVE | | | BALTIMORE | MD | 21217 | |
| MARYWOOD UNIVERSITY | | 2300 ADAMS AVENUE | | | SCRANTON | PA | 18509 | |
| MARZELL, REGINA | | ADDRESS ON FILE | | | | | | |
| MASONRY PRESERVATION GROUP, INC | | 706 W MAPLE AVE | | | MERCHANTVILLE | NJ | 08109-1822 | |
| MASRI, JULIUS | | ADDRESS ON FILE | | | | | | |
| MASRI, JULIUS | | ADDRESS ON FILE | | | | | | |
| MASTERS LEGACY PLANNING, INC | | 650 NEW RD STE B | | | LINWOOD | NJ | 08221-1252 | |
| MASTIN, AARON | | ADDRESS ON FILE | | | | | | |
| MASTRONARDI, SHANE | | ADDRESS ON FILE | | | | | | |
| MATARAZZO, DANIEL | | ADDRESS ON FILE | | | | | | |
| MATE, DANIEL B. | | ADDRESS ON FILE | | | | | | |
| MATTEI, CHRISTINA | | ADDRESS ON FILE | | | | | | |
| MATTESON, PAUL | | ADDRESS ON FILE | | | | | | |
| MATTHEW E. KANIA | | ADDRESS ON FILE | | | | | | |
| MATTHEW FLEISCHMAN | | ADDRESS ON FILE | | | | | | |
| MATTHEW GREENWALD & ASSOC | | 4201 CONNECTICUT AVE NW STE 620 | | | WASHINGTON | DC | 20008-1163 | |
| MATTHEW I. LEWIS | | ADDRESS ON FILE | | | | | | |
| MATTHEW J. LAMB | | ADDRESS ON FILE | | | | | | |
| MATTHEW WITSCHONKE | | ADDRESS ON FILE | | | | | | |
| MATTHEW, JOANN | | ADDRESS ON FILE | | | | | | |
| MATTHEWS, PAUL | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MATTHEWS, SARAH | | ADDRESS ON FILE | | | | | | |
| MATTINGLY, EMILY | | ADDRESS ON FILE | | | | | | |
| MATTIONI, CONCETTA | | ADDRESS ON FILE | | | | | | |
| MATUSHESKI, JAMES | | ADDRESS ON FILE | | | | | | |
| MAU, ELIZABETH SOUTHARD | | ADDRESS ON FILE | | | | | | |
| MAUCKINGBIRD THEATRE CO | | 209 N 4TH ST APT E5 | | | PHILADELPHIA | PA | 19106-1857 | |
| MAUNDER, PATRICIA | | ADDRESS ON FILE | | | | | | |
| MAURICE BAYNARD | | ADDRESS ON FILE | | | | | | |
| MAURICE HAYNES | | ADDRESS ON FILE | | | | | | |
| MAURICE ROHRBACH FUND FOR SWISS-AMERICAN CULTURAL EXCHANGE | C/O NEW HELVETIC SOCIETY, PENNSYLVANIA CHAPTER | 142 COMMONWEALTH DR | | | NEWTOWN | PA | 18940-2316 | |
| MAURY CLAY | | ADDRESS ON FILE | | | | | | |
| MAXON COMPUTER, INC | | 515 MARIN STREET | STE. 322 | | THOUSAND OAKS | CA | 91360 | |
| MAXWELL STRAWBRIDGE FOUNDATION | C/O WOLF, BLOCK, SCHORR & SOLIS-COHEN | 1650 ARCH ST FL 22 | | | PHILADELPHIA | PA | 19103-2003 | |
| MAYO, NOEL | | ADDRESS ON FILE | | | | | | |
| MAZZA, NICHOLAS F. | | ADDRESS ON FILE | | | | | | |
| MAZZOCCHI, LUIGI F. | | ADDRESS ON FILE | | | | | | |
| MAZZOTTA, SALVATORE A. JR. | | ADDRESS ON FILE | | | | | | |
| MAZZY FAYE TRAVER | | ADDRESS ON FILE | | | | | | |
| MCALISTER LAMASCUS, KENNEDY | | ADDRESS ON FILE | | | | | | |
| MCALISTER, KENNEDY | | ADDRESS ON FILE | | | | | | |
| MCALLISTER, MICHAEL M. | | ADDRESS ON FILE | | | | | | |
| MCANALLY, ELIZABETH ANN | | ADDRESS ON FILE | | | | | | |
| MCBRIDE, NICHOLAS | | ADDRESS ON FILE | | | | | | |
| MCBRIDE, NICHOLAS R. | | ADDRESS ON FILE | | | | | | |
| MCCLENDON, FORREST | | ADDRESS ON FILE | | | | | | |
| MCCLINTOCK & ASSOCIATES PC | | 1370 WASHINGTON PIKE | | | BRIDGEVILLE | PA | 15107 | |
| MCCORMACK, CAITLIN T. | | ADDRESS ON FILE | | | | | | |
| MCCORMACK, THOMAS A. | | ADDRESS ON FILE | | | | | | |
| MCCREA, CATHERINE | | ADDRESS ON FILE | | | | | | |
| MCCREARY, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| MCCREE, JORDAN M. | | ADDRESS ON FILE | | | | | | |
| MCDANIEL, PATRICK | | ADDRESS ON FILE | | | | | | |
| MCDEVITT, FRANCIS T. | | ADDRESS ON FILE | | | | | | |
| MCDONALD HOPKINS LLC | | 600 SUPERIOR AVENUE | E STE 2100 | | CLEVELAND | OH | 44114 | |
| MCDONALD UNIFORM CO. | | 3019 DARNELL ROAD | | | PHILADELPHIA | PA | 19154 | |
| MCDONALD, JILL | | ADDRESS ON FILE | | | | | | |
| MCDONALD, MATTHEW | | ADDRESS ON FILE | | | | | | |
| MCDONALD, MEREDITH | | ADDRESS ON FILE | | | | | | |
| MCDONNELL, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| MCDONOUGH, CASEY | | ADDRESS ON FILE | | | | | | |
| MCDONOUGH, CASEY M. | | ADDRESS ON FILE | | | | | | |
| MCFARLANE, TIMOTHY | | ADDRESS ON FILE | | | | | | |
| MCGAHEY, ANNA N. | | ADDRESS ON FILE | | | | | | |
| MCGILLINS OLDE ALE HOUSE | | 1310 DRURY ST | | | PHILADELPHIA | PA | 19107-4520 | |
| MCGINN, JENNIFER | | ADDRESS ON FILE | | | | | | |
| MCGINNIS, LUCAS | | ADDRESS ON FILE | | | | | | |
| MCGLYNN, JUSTIN | | ADDRESS ON FILE | | | | | | |
| MCGONIGAL TRUST | | 233 ELEANOR RD | | | PITTSFIELD | MA | 01201-5837 | |
| MCGRATH MUNIZ, PATRICK V. | | ADDRESS ON FILE | | | | | | |
| MCGREEVEY, JOHN F. | | ADDRESS ON FILE | | | | | | |
| MCJONES DESIGN LLC | | 185 STINE DRIVE | | | COLLEGEVILLE | PA | 19426 | |
| MCKENZIE, LATISHA | | ADDRESS ON FILE | | | | | | |
| MCKENZIE, MOBRIE | | ADDRESS ON FILE | | | | | | |
| MCKESSON MEDICAL-SURGICAL | | PO BOX 936279 | | | ATLANTA | GA | 31193-6279 | |
| MCLAUGHLIN, TIMOTHY | | ADDRESS ON FILE | | | | | | |
| MCLEAN CONTRIBUTIONSHIP | | 945 EAST HAVERFORD RD | | | BRYN MAWR | PA | 19010-3814 | |
| MCLEAN, TYEESHA | | ADDRESS ON FILE | | | | | | |
| MCLEARY, ERIN | | ADDRESS ON FILE | | | | | | |
| MCLEARY, ERIN H. | | ADDRESS ON FILE | | | | | | |
| MCM BRANDS | | 145 CANE CREEK INDUSTRIAL PARK RD | STE 315 | | FLETCHER | NC | 28732 | |
| MCMILLAN, OZANA | | ADDRESS ON FILE | | | | | | |
| MCNEELY, JAMES | | ADDRESS ON FILE | | | | | | |
| MCNEESE, KANDYCE | | ADDRESS ON FILE | | | | | | |
| MCNETT, DENNIS | | ADDRESS ON FILE | | | | | | |
| MCPHERSON, KIAMESHIA | | ADDRESS ON FILE | | | | | | |
| MCQUEEN, MATTHEW D. | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MCQUISTON, ANDREW | | ADDRESS ON FILE | | | | | | |
| MCQUISTON, ANDREW E. | | ADDRESS ON FILE | | | | | | |
| MCRAE, LAUREN M. | | ADDRESS ON FILE | | | | | | |
| MDS CARPET AND FLOORING INC | | 457 PENN STREET | | | YEADON | PA | 19050 | |
| MEAD, ELIZABETH | | ADDRESS ON FILE | | | | | | |
| MECHANICS, AUDIO | | ADDRESS ON FILE | | | | | | |
| MECLEARY, KELLIE A. | | ADDRESS ON FILE | | | | | | |
| MEDAREX | | PO BOX 2236 | | | PRINCETON | NJ | 08543-2236 | |
| MEDICAL BILLING GROUP | | 1719 E 12TH ST, #3 | | | BROOKLYN | NY | 11229 | |
| MEDINA, NICOLE | | ADDRESS ON FILE | | | | | | |
| MEDLOCK, CELESTE | | ADDRESS ON FILE | | | | | | |
| MEGAN MCLAUGHLIN | | ADDRESS ON FILE | | | | | | |
| MEGAN MONAGHAN | | ADDRESS ON FILE | | | | | | |
| MEGAN S. DOLDRON | | ADDRESS ON FILE | | | | | | |
| MEHGAN ABDEL-MONEIM | | ADDRESS ON FILE | | | | | | |
| MEHRTENS, SEAN | | ADDRESS ON FILE | | | | | | |
| MEHTA, RAHUL | | ADDRESS ON FILE | | | | | | |
| MEHTA, RAHUL K. | | ADDRESS ON FILE | | | | | | |
| MEISHAN PAN | | ADDRESS ON FILE | | | | | | |
| MELANIE MILLAND | | ADDRESS ON FILE | | | | | | |
| MELBA LURIA | | ADDRESS ON FILE | | | | | | |
| MELE, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| MELINDA CIVITELLA | | ADDRESS ON FILE | | | | | | |
| MELISSA HIGGINS | | ADDRESS ON FILE | | | | | | |
| MELISSA MORALES | | ADDRESS ON FILE | | | | | | |
| MELISSA RADA | | ADDRESS ON FILE | | | | | | |
| MELISSA WILSON | | ADDRESS ON FILE | | | | | | |
| MELLO-HEMSLEY, CHRISTINE | | ADDRESS ON FILE | | | | | | |
| MELLON BANK | | 1735 MARKET STREET | | | PHILADELPHIA | PA | 19103-7501 | |
| MERCEDES BENZ OF DEVON | | 214 W LANCASTER AVE | | | DEVON | PA | 19333-1506 | |
| MERCEDES KORTZ | | ADDRESS ON FILE | | | | | | |
| MERCER, KEVIN | | ADDRESS ON FILE | | | | | | |
| MERCER, KEVIN | | ADDRESS ON FILE | | | | | | |
| MERCIER, DOMINIC | | ADDRESS ON FILE | | | | | | |
| MERCURY PUBLIC AFFAIRS | | 218 E BEARSS AVENUE | #405 | | TAMPA | FL | 33613 | |
| MEREDITH DIDDERICH | | ADDRESS ON FILE | | | | | | |
| MEREDITH HOME AND SCHOOL ASSOCIATION | | 5TH AND FITZWATER STREETS | | | PHILADELPHIA | PA | 19147 | |
| MERINSKY, KEVIN | | ADDRESS ON FILE | | | | | | |
| MERLIN THURMAN | | ADDRESS ON FILE | | | | | | |
| MERON LITTLE | | ADDRESS ON FILE | | | | | | |
| MERTZ, CAROLYN | | ADDRESS ON FILE | | | | | | |
| METCALFE ARCHITECTURE & DESIGN | | 211 N 13TH ST STE 503 | | | PHILADELPHIA | PA | 19107-1628 | |
| METRO BUILDING, INC | | 3025 DICKINSON ST | | | PHILADELPHIA | PA | 19146-3530 | |
| METRO COMMERCIAL REAL ESTATE, INC. | ATTN: MICHAEL GORMAN | 50 S. 16TH STREET | SUITE 1700 | | PHILADELPHIA | PA | 19102 | |
| METRO COMMERCIAL REAL ESTATE, INC. | | ACCOUNTS RECEIVABLE | 307 FELLOWSHIP RD | STE 300 | MOUNT LAUREL | NJ | 08054 | |
| METROPOLIS POST INC | | 115 WEST 30TH ST | ROOM 1209 | | NEW YORK | NY | 10001 | |
| METROPOLITAN FLAG & BANNER CO. | | PO BOX 585 | | | WESTTOWN | PA | 19395-0585 | |
| MEYER AND ASSOC | | 18 WASHINGTON AVE | | | CHATHAM | NJ | 07928-2101 | |
| MEYER, STEVEN | | ADDRESS ON FILE | | | | | | |
| MEZHIBOVSKAYA, YEKATERINA | | ADDRESS ON FILE | | | | | | |
| MGA PARTNERS ARCHITECTS | | 234 MARKET STREET | | | PHILADELPHIA | PA | 19106-2816 | |
| MGG CONCEPTS, INC | | PO BOX 171 | | | BELLMAWR | NJ | 08099-0171 | |
| MICAHS PRINTING | | 1055 WESTLAKES DRIVE | STE 300 | | BERWYN | PA | 19312 | |
| MICELI, ANTHONY | | ADDRESS ON FILE | | | | | | |
| MICHAEL A. FUCCI | | ADDRESS ON FILE | | | | | | |
| MICHAEL BAKER CORPORATION | | AIRSIDE BUSINESS PARK100 AIRSIDE DR | | | MOON TOWNSHIP | PA | 15108-2783 | |
| MICHAEL BRENNAN | | ADDRESS ON FILE | | | | | | |
| MICHAEL COLLINS | | ADDRESS ON FILE | | | | | | |
| MICHAEL DAVIS | | ADDRESS ON FILE | | | | | | |
| MICHAEL DEFEO | | ADDRESS ON FILE | | | | | | |
| MICHAEL DEPRETA | | ADDRESS ON FILE | | | | | | |
| MICHAEL HEATH | | ADDRESS ON FILE | | | | | | |
| MICHAEL HORSBURGH | | ADDRESS ON FILE | | | | | | |
| MICHAEL LAYTON | | ADDRESS ON FILE | | | | | | |
| MICHAEL LIDDY EVENT FUND | | ADDRESS ON FILE | | | | | | |
| MICHAEL MCGRAIL | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MICHAEL MERGEN | | ADDRESS ON FILE | | | | | | |
| MICHAEL PARANICH | | ADDRESS ON FILE | | | | | | |
| MICHAEL QUINSLER | | ADDRESS ON FILE | | | | | | |
| MICHAEL SINGLETON | | ADDRESS ON FILE | | | | | | |
| MICHAEL TRUONG | | ADDRESS ON FILE | | | | | | |
| MICHAEL VEZZA | | ADDRESS ON FILE | | | | | | |
| MICHAEL WEINBERG | | ADDRESS ON FILE | | | | | | |
| MICHELE MANGINI | | ADDRESS ON FILE | | | | | | |
| MICHELE MARTINEZ-SINGER | | ADDRESS ON FILE | | | | | | |
| MICHELLE AND ERIC FLATT | | ADDRESS ON FILE | | | | | | |
| MICHELLE SAMPSON | | ADDRESS ON FILE | | | | | | |
| MICHELLE SETTLES | | ADDRESS ON FILE | | | | | | |
| MICKELSON, EMILY MORGAN | | ADDRESS ON FILE | | | | | | |
| MICROSOFT MATCHING GIFTS PROGRAM | | PO BOX 7405 | | | PRINCETON | NJ | 08543-7405 | |
| MID AMERICA GROUP | | ONE COMMERCE SQUARE | 2005 MARKET ST FL 7 | | PHILADELPHIA | PA | 19103-7062 | |
| MIDDLE STATES COMMISSION ON HIGHER EDUCATION | C/O NORTHWEST REGISTERED AGENT, LLC | 502 W. 7TH STREET | STE 100 | | ERIE | PA | 16502 | |
| MIDDLE STATES COMMISSION ON HIGHER EDUCATION | | 3624 MARKET ST | STE 2 WEST | | PHILADELPHIA | PA | 19104-2680 | |
| MIDTOWN VILLAGE MERCHANTS ASSOCIATION | | 137 SOUTH 13TH ST. | | | PHILADELPHIA | PA | 19107 | |
| MIKE MULLEN | | ADDRESS ON FILE | | | | | | |
| MIKEL MORADO | | ADDRESS ON FILE | | | | | | |
| MIKEY MORADO | | ADDRESS ON FILE | | | | | | |
| MIKEY SMITH | | ADDRESS ON FILE | | | | | | |
| MIKHAIL SERGEEV | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| MIKHAIL SERGEEV | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| MIKSITZ, ANTHONY | | ADDRESS ON FILE | | | | | | |
| MILBANK MEMORIAL FUND | | 645 MADISON AVE FL 15 | | | NEW YORK | NY | 10022-1010 | |
| MILBLY, JESSICA A. | | ADDRESS ON FILE | | | | | | |
| MILEKIC, SLAVOLJUB | | ADDRESS ON FILE | | | | | | |
| MILESTONE FILM & VIDEO, INC | | 38 GEORGE STREET | | | HARRINGTON PARK | NJ | 07640 | |
| MILEY WALKER | | ADDRESS ON FILE | | | | | | |
| MILLER DRAKE 197 | | ADDRESS ON FILE | | | | | | |
| MILLER, DON R. | | ADDRESS ON FILE | | | | | | |
| MILLER, TERESA | | ADDRESS ON FILE | | | | | | |
| MINES, KEITH W. | | ADDRESS ON FILE | | | | | | |
| MINICH, DOREEN | | ADDRESS ON FILE | | | | | | |
| MINICH, DOREEN M. | | ADDRESS ON FILE | | | | | | |
| MINNEAPOLIS COLLEGE OF ART AND DESIGN | | 2501 STEVENS AVENUE | | | MINNEAPOLIS | MN | 55404 | |
| MINOU MINOUSKI | | ADDRESS ON FILE | | | | | | |
| MIRA BELLE | | ADDRESS ON FILE | | | | | | |
| MIRABILE, MONICA J. | | ADDRESS ON FILE | | | | | | |
| MIRIAM MORTKO | | ADDRESS ON FILE | | | | | | |
| MISHA NEIDORFLER | | ADDRESS ON FILE | | | | | | |
| MISRA, RUPANANDA | | ADDRESS ON FILE | | | | | | |
| MISS ALISON BRUYETTE | | ADDRESS ON FILE | | | | | | |
| MISS MARILYN L. STEINBRIGHT | | ADDRESS ON FILE | | | | | | |
| MISS MAUDE T. DE SCHAUENSEE | | ADDRESS ON FILE | | | | | | |
| MITCHELL, JEFFREY L. | | ADDRESS ON FILE | | | | | | |
| MLP ENTERPRISES, INC | | PO BOX 11611 | | | PHILADELPHIA | PA | 19116-0611 | |
| MMPARTNERS LLC | | 2517-19 WEST GIRARD AVE | | | PHILADELPHIA | PA | 19130 | |
| MOBILE ARTS, INC | | 801 NORTH VENETIAN DR | APT 906 | | MIAMI BEACH | FL | 33139 | |
| MOBLEY, BRIDGET | | ADDRESS ON FILE | | | | | | |
| MOCK, KIERSTEN | | ADDRESS ON FILE | | | | | | |
| MOCKRIN, JESSICA | | ADDRESS ON FILE | | | | | | |
| MOE, HSIANG CHIN | | ADDRESS ON FILE | | | | | | |
| MOKGOTHO, NARE | | ADDRESS ON FILE | | | | | | |
| MOLHOLT, ANDREW BALAZS | | ADDRESS ON FILE | | | | | | |
| MOLLYSUE WEDDING | | ADDRESS ON FILE | | | | | | |
| MOMOH, NAOMI I. | | ADDRESS ON FILE | | | | | | |
| MONAGHAN, ELIZABETH | | ADDRESS ON FILE | | | | | | |
| MONARCH BOILER CONSTRUCTION CO. INC | | PO BOX 282 | | | BLACKWOOD | NJ | 08012-0282 | |
| MONFITZ CONSULTING LLC | | PO BOX 3193 | | | ALLENTOWN | PA | 18106 | |
| MONICA MONIZ | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MONIQUE REESE | | ADDRESS ON FILE | | | | | | |
| MONO CASES | | ADDRESS ON FILE | | | | | | |
| MONROE ISENBERG | | ADDRESS ON FILE | | | | | | |
| MONTCLAIR FILM FESTIVAL, INC | | 41 WATCHUNG PLAZA | #345 | | MONTCLAIR | NJ | 07042 | |
| MONTCLAIR STATE UNIVERSITY | | 1 NORMAL AVE | | | MONTCLAIR | NJ | 07043 | |
| MONTECARLO, JASMINE | | ADDRESS ON FILE | | | | | | |
| MONTEIRO, CHALVAR | | ADDRESS ON FILE | | | | | | |
| MONTGOMERY, CONRAD | | ADDRESS ON FILE | | | | | | |
| MONTGOMERY, MCCRACKEN, WALKER | | 1735 MARKET ST | | | PHILADELPHIA | PA | 19103-7505 | |
| MONTGOMERY, MCCRACKEN, WALKER & RHOADS | | 1735 MARKET ST FL 21 | | | PHILADELPHIA | PA | 19103-7505 | |
| MONTGOMERY, MONICA | | ADDRESS ON FILE | | | | | | |
| MONTGOMERY, MONICA O. | | ADDRESS ON FILE | | | | | | |
| MONTICCHIO, DAVID | | ADDRESS ON FILE | | | | | | |
| MONTPELLIER DANSE ASSOCIATION | | 18 RUE SAINTE URSULE 117 | | | 34000 MONTPELLIER | | | CANADA |
| MONTSERRAT COLLEGE OF ART | | 23 ESSEX STREET | | | BEVERLY | MA | 01915 | |
| MONUMENT LAB, INC | | 1617 JFK BLVD. | FL 20 | | PHILADELPHIA | PA | 19103 | |
| MOON, CYBELE E. | | ADDRESS ON FILE | | | | | | |
| MOORE COLLEGE OF ART & DESIGN | ATTN REFOCUS | 1916 RACE STREET | | | PHILDELPHIA | PA | 19103 | |
| MOORE COLLEGE OF ART AND DESIGN | | 1916 RACE STREET | | | PHILADELPHIA | PA | 19103 | |
| MOORE, H. GREGORY | | ADDRESS ON FILE | | | | | | |
| MOORE, LAWRENCE | | ADDRESS ON FILE | | | | | | |
| MOORE, RHONDA | | ADDRESS ON FILE | | | | | | |
| MOQTADERI, EMILY MITRA | | ADDRESS ON FILE | | | | | | |
| MOQTADERI, HEATHER | | ADDRESS ON FILE | | | | | | |
| MOQTADERI, HEATHER G. | | ADDRESS ON FILE | | | | | | |
| MORADO, MIKEL | | ADDRESS ON FILE | | | | | | |
| MORALES, MELISSA | | ADDRESS ON FILE | | | | | | |
| MORAVIAN UNIVERSITY | | 1200 MAIN STREET | | | BETHLEHEM | PA | 18018 | |
| MORCOS KEY | | 213 WEIRFIELD STREET | | | BROOKLYN | NY | 11221 | |
| MOREHOUSE ET AL V. THE UNIVERSITY OF THE ARTS | C/O LYNCH CARPENTER, LLP | ATTN: GARY F. LYNCH | 1133 PENN AVENUE, 5TH FLOOR | | PITTSBURGH | PA | 15222 | |
| MOREHOUSE ET AL V. THE UNIVERSITY OF THE ARTS | WELLS MOORE SIMMONS & HUBBARD PLLC | ATTN: SETH C. LITTLE | 4450 OLD CANTON RD | POBOX 1970 | JACKSON | MS | 39215 | |
| MORENO, ALFONSO GUTIERREZ | | ADDRESS ON FILE | | | | | | |
| MORGAN SHEKHTER | | ADDRESS ON FILE | | | | | | |
| MORGAN STANLEY | | 1650 MARKET ST FL 42 | | | PHILADELPHIA | PA | 19103-7232 | |
| MORGAN STANLEY SMITH BARNEY | | 2 LOGAN SQ FL 14 | | | PHILADELPHIA | PA | 19103-2742 | |
| MORGAN, BRYANT T. | | ADDRESS ON FILE | | | | | | |
| MORGAN, GARRICK VAUGHAN | | ADDRESS ON FILE | | | | | | |
| MORGAN, LATANYA | | ADDRESS ON FILE | | | | | | |
| MORO, DIANA | | ADDRESS ON FILE | | | | | | |
| MORO, DIANA L. | | ADDRESS ON FILE | | | | | | |
| MORRELL, WILLIAM M. III | | ADDRESS ON FILE | | | | | | |
| MORRIS, CATHERINE | | ADDRESS ON FILE | | | | | | |
| MORRIS, ERICA | | ADDRESS ON FILE | | | | | | |
| MORRIS, ERICA W. | | ADDRESS ON FILE | | | | | | |
| MORRIS, LATASHA S. | | ADDRESS ON FILE | | | | | | |
| MORRIS, TAYLOR | | ADDRESS ON FILE | | | | | | |
| MORRISON, MICHAEL | | ADDRESS ON FILE | | | | | | |
| MORTON, MONNA | | ADDRESS ON FILE | | | | | | |
| MOSES, CASEY | | ADDRESS ON FILE | | | | | | |
| MOTZER, TIMOTHY | | ADDRESS ON FILE | | | | | | |
| MOUHAMMAD TORSHIZI | | ADDRESS ON FILE | | | | | | |
| MOVEMENT RESEARCH, INC | | 150 FIRST AVE | | | NEW YORK | NY | 10009 | |
| MOVERS SPECIALTY SERVICE, INC | | 211 COMMERCE DR | | | MONTGOMERYVILLE | PA | 18936-9641 | |
| MOWERY, SUNNYLEE | | ADDRESS ON FILE | | | | | | |
| MOYER DESIGN INC | | 17301 REDWOOD SPRINGS DR | | | FORT BRAGG | CA | 95437-7722 | |
| MOYER, STEVEN T. | | ADDRESS ON FILE | | | | | | |
| MR. A. L. DOERING | | ADDRESS ON FILE | | | | | | |
| MR. A. ROBERT GLOESER | | ADDRESS ON FILE | | | | | | |
| MR. AARON S. GOLDBLATT 1980 | | ADDRESS ON FILE | | | | | | |
| MR. AARON WEBER 2014 | | ADDRESS ON FILE | | | | | | |
| MR. ABIB S. JOHNSON 2000 | | ADDRESS ON FILE | | | | | | |
| MR. ADAM BAKER 2003 | | ADDRESS ON FILE | | | | | | |
| MR. ADAM COWLES | | ADDRESS ON FILE | | | | | | |
| MR. ADAM F. KANTORSKI, JR. 1985 | | ADDRESS ON FILE | | | | | | |
| MR. ADAM KAUFFMAN | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. ADAM Z. TANSKI 2006 | | ADDRESS ON FILE | | | | | | |
| MR. ADRIAN J. MOODY, ESQ. | | ADDRESS ON FILE | | | | | | |
| MR. AL PASCHALL | | ADDRESS ON FILE | | | | | | |
| MR. ALAN B. LUNDY 1962 | | ADDRESS ON FILE | | | | | | |
| MR. ALAN B. MILLER | | ADDRESS ON FILE | | | | | | |
| MR. ALAN E. COON 1995 | | ADDRESS ON FILE | | | | | | |
| MR. ALAN FRANKEL | | ADDRESS ON FILE | | | | | | |
| MR. ALAN HERMAN 1966 | | ADDRESS ON FILE | | | | | | |
| MR. ALAN I. RUBIN | | ADDRESS ON FILE | | | | | | |
| MR. ALAN J. KLAWANS 1954 | | ADDRESS ON FILE | | | | | | |
| MR. ALAN L. REED, ESQ. | | ADDRESS ON FILE | | | | | | |
| MR. ALAN L. SPIELMAN, ESQ. | | ADDRESS ON FILE | | | | | | |
| MR. ALAN M. RUBIN | | ADDRESS ON FILE | | | | | | |
| MR. ALAN S. GOLDSTEIN 1962 | | ADDRESS ON FILE | | | | | | |
| MR. ALAN SMITH | | ADDRESS ON FILE | | | | | | |
| MR. ALBERT C. DEVITO 1958 | | ADDRESS ON FILE | | | | | | |
| MR. ALBERT D. WAGMAN | | ADDRESS ON FILE | | | | | | |
| MR. ALBERT S. LANDSMAN | | ADDRESS ON FILE | | | | | | |
| MR. ALBERT WACHLIN | | ADDRESS ON FILE | | | | | | |
| MR. ALEX ISBELL | | ADDRESS ON FILE | | | | | | |
| MR. ALEX P. DAKOGLOU 2002 | | ADDRESS ON FILE | | | | | | |
| MR. ALEX TJOUMAKARIS | | ADDRESS ON FILE | | | | | | |
| MR. ALEXANDER B. GLOVER | | ADDRESS ON FILE | | | | | | |
| MR. ALEXANDER DERKAS 1949 | | ADDRESS ON FILE | | | | | | |
| MR. ALEXANDER POLAKOV 1996 | | ADDRESS ON FILE | | | | | | |
| MR. ALEXANDER SILVERMAN | | ADDRESS ON FILE | | | | | | |
| MR. ALFRED HARRISON, III | | ADDRESS ON FILE | | | | | | |
| MR. ALFRED HOWARD, JR. | | ADDRESS ON FILE | | | | | | |
| MR. ALFRED O. DRECHSEL | | ADDRESS ON FILE | | | | | | |
| MR. ALFRED W. BLATTER | | ADDRESS ON FILE | | | | | | |
| MR. ALLAN WEINBERG 1956 | | ADDRESS ON FILE | | | | | | |
| MR. ALLEN C. YOUNG 1962 | | ADDRESS ON FILE | | | | | | |
| MR. ALLEN H. HALBER 1969 | | ADDRESS ON FILE | | | | | | |
| MR. ALLEN P. RADWAY 1999 | | ADDRESS ON FILE | | | | | | |
| MR. ALLEN R. WEXLER 1961 | | ADDRESS ON FILE | | | | | | |
| MR. ALVIN P. GUTMAN | | ADDRESS ON FILE | | | | | | |
| MR. AMERICO J. TADDEO 1956 | | ADDRESS ON FILE | | | | | | |
| MR. AND DR. RANDY GOLD | | ADDRESS ON FILE | | | | | | |
| MR. AND DR. STEVEN H. PURDY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ADOLPH PIPERNO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ADRIAN DEMARCO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. AL C. RINALDI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. AL STEFAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ALAN J. KAPLAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ALAN P. SMITH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ALAN W. MARGOLIS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ALBERT E. ROEMER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ALBERT M. GUTMAKER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ALBERT REIGER, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ALBERT RIEGER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ALBERT SCHWAB | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ALBERT T. FRENZEL, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ALFRED R. PIETRZAK | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ALLAN KATZ | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ALLYN JACOBSON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ANDREW J. WALKO, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ANGELO A. DIGIACOMO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ANGELO A. TRUGLIO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ANGELO P. BENEDETTO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ANISS AZZOUNI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ANTHONY BIANCOSINO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ANTHONY C. SALICANDRO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ANTHONY C. ZAMPINO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ANTHONY L. ALAIMO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ANTHONY PLAKIS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ANTHONY SCARDINO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ARMOND A. NOVELLI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ARNOLD HOFFMAN | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. AND MRS. ARNOLD M. HARRIS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ARNULF REICHERT | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ARTHUR BEAUMONT | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ARTHUR HADLEY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ARTHUR HATTLER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ARTHUR J. BLATT | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ARTHUR J. MOMJIAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ARTHUR L. YOUNG | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ARTHUR MORGAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ARTHUR ROGOT | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BERNARD B. BROWNSTEIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BERNARD DIAMOND | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BERNARD HAFTEL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BERNARD M. SEKULA | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BERNARD SCHWARTZ | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BERNARD THOMPSON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BERNERD GREENBAUM | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BILL BERENATO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BILL NORRIS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BOBBY RYDELL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BRIAN G. HARRISON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BRIAN P. SHEEHAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BRIAN R. MOORES | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BRUCE L. EUGLEY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BURTON ROSAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. BYRON BELL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. C.D. SELL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CARL H. MEYER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CARL RUZICKA | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CHARLES A. RIZZI, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CHARLES F. DEL ROSSO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CHARLES F. GUINAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CHARLES G. ROETZ | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CHARLES J. GRECO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CHARLES KAHN, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CHARLES L. WOODRUFF | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CHARLES NAGELE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CHARLES O. SIMPSON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CHARLES P. RAUSCHER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CHARLES W. MAGNESON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CHRIS BARONE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CHRISTOPHER G. MARTUCCI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CHRISTOPHER J. COSGROVE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CLEMENT DEROSA | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. CURT J. STROHACKER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. D. DONALD JAMIESON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DANIEL HORNE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DANIEL J. EGAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DANIEL J. MCCARDLE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DANIEL SHAPIRO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DANIEL T. BOWEN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DANNY NOBLE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DAVE PENNOCK | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DAVID D. DUFFIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DAVID H. LIPSON, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DAVID J. HALBE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DAVID J. ROBKIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DAVID K. ERICKSON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DAVID KETTNER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DAVID M. SKLAROFF | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DAVID PATINO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DAVID PERRY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DAVID SALABA | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DENNIS CARTER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DENNIS R. SUPLEE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DOMINIC M. AQUILINO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DOMINICK BENEDETTO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DOMINICK CANCELLARICH | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. AND MRS. DONALD AMON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DONALD G. HUGUES | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DONALD J. ROEMER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DONALD J. WOLFE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DONALD M. ATKINSON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. DORON M. TISSER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. E. L. COATES | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. EARL GARDNER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. EARNEST L. BROWN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. EDWARD C. DOBROWOLSKI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. EDWARD C. PHILLIPS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. EDWARD G. CYZEWSKI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. EDWARD G. MORRISON, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. EDWARD M. ZAMISKIE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. EDWARD R. MANLEY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. EDWARD SCHWARTZ | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. EDWARD SNITZER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. EDWIN GOLDSTEIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. EDWIN MAHONEY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ELLIOT MARKOFF | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ELLIOT UNTERBERGER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. EMANUEL WEINSTEIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ERNEST ELGART | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ERWIN STRASMICH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. EUGENE S. SMITH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. FADLOU SHEHADI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. FRANCIS J. DIETER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. FRANCIS M. POWER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. FRANCIS M. SMITH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. FRANK AGOSTINO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. FRANK AMBROSE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. FRANK C. MC GLINN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. FREDERICK BOWEN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. FREDERICK JOHNSON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. FREDRIC J. ROBINSON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. G. LEE BOHS, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. G. WAYNE RENNEISEN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GARY CARDAMONE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GARY D. CHARLESWORTH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GARY M. WALSKO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GARY PLEFKA | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GARY T. SMITH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GARY VINCIGUERRA | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GENE DI VINCENZO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GEORGE CAIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GEORGE GOLDSTONE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GEORGE H. BLOOM, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GEORGE H. ISPHORDING | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GEORGE H. MARCUS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GEORGE M. DAVIS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GERALD J. MCLAUGHLIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GERALD KLUGMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GERARD KELLY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GORDON B. HEAL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GORDON B. HEAL, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GREGG FRANCIS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GREGGORY B. MENDENHALL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. GREGORY V. MELITI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HANS KOMPAUER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HARRIS ZIMMERMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HARRISON K. MILLER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HARRY C. LAWLOR | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HARRY COHEN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HARRY R. RIVELL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HARRY W. MURRAY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HARVEY LEVITAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HARVEY N. SHAPIRO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HELMUT ADAMIETZ | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. AND MRS. HENRY F. OREILLY, III | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HENRY J. BROWN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HERBERT LEWIS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HERBERT M. HADLEY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HERBERT S. WILF | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HILLARD MADWAY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HOWARD E. HORENSTEIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HOWARD HATOFF | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HOWARD HURTIG | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HOWARD M. CASPER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HOWARD M. JAFFE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HOWARD SITRON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HUGH M. BULLARD | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HUGO J. FINARELLI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. HY ROSNER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. IAN COMISKY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. IRA KATZ | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. IRVING BOGEN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. IRVING MAITIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. IRWIN SHAPIRO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. J. MORTON SORK | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JACK FARBER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JACK RUBIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES A. SCHRIVER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES F. MULLER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES F. SOUKUP | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES H. GODSEY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES HARP | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES J. CREEDON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES J. EDELEN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES J. MC GUGAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES JEFFERS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES L. CHAPMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES L. RYAN, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES M. MCNEILL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES R. COCHRAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES R. MEYER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES R. RIVELL, SR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES R. WARD | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES RIVELL, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES RIZZO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAMES SCHWARZWALDER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JASON SIMON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAY BARSKY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAY H. TOLSON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAY NICHOLS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAY O. HARTIG | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JAY SEGAL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JEFF P. PINYAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JEROME D. GLUCKMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JEROME J. NEFF | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JEROME MARSHALL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JERRY ALTUS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JESSEL ROTHFIELD | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JIM & TRISHA NOWICKI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JIM THORNTON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOE C. GOWDEY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOEL A. VANUCCI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN A. KEANE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN B. MUELLER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN BECKER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN BRINDEL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN C. CARR | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN C. PALMER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN C. SHATTUCK | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN D. PITNEY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN DURANTE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN E. FLAHERTY | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. AND MRS. JOHN F. BURKE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN HEE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN J. BIELEC, III | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN J. FRIEL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN J. RASMUS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN K. HOOTEN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN K. OBRIEN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN L. DEMPSEY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN P. BINGENHEIMER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN P. DAVEY, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN R. MCCLERNAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN ROSOLIA | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN SAMMET | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN SCHUSTER, III | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN SERAFIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN T. MCLOUGHLIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN W. JAMISON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOHN W. PARKER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JONATHAN SCHULL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH BOWMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH C. LAGROSSA | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH C. MOGILL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH COOPER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH D. TARSIA | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH E. DANGELO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH HELMLINGER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH J. DEVINE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH J. KELLY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH J. MEINTEL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH J. NEALIS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH JONIEC | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH M. KRAMMER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH NERO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH O. BENNETT | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH R. SIMON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH ROSEN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH SHEKEL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH T. BURNS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JOSEPH T. FALLON, SR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. JULIUS GINSBURG | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. KENNETH DEROLF | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. KENNETH ROSENBERG | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. KENNETH S. KAISERMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. KEVIN C. COSTELLO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. KEVIN CARACCIOLO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. KEVIN F. BEATTY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. KINGSLEY SEMLER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. KULENDU BOLE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LANCE FUNSTON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LARRY GOLDBERG | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LAWRENCE A. NESS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LAWRENCE CASCIANO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LAWRENCE DOUGHERTY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LAWRENCE F. ABRAMOVITZ | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LEE L. ROMM | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LEE SHAFER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LEO KATZ | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LEON LUSTERMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LEONARD C. PLOENER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LEONARD FELDMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LEONARD R. KLAUS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LEONARD VOYNOW | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LEWIS G. LAMPLUGH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LOU DORFSMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LOUIS A. MANCINI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LOUIS E. SELTZER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LOUIS F. DEVLIEGER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. LOUIS R. LIBERIO | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. AND MRS. LUKE RICHARDSON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. M. F. PARRISH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. M. WAYNE JOHNSON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MALCOLM M. BLUMBERG | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MANFRED GALGON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MANFRED P. SCHURER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARC S. CORNBLATT | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARK C. BEATTY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARK C. WESOSKI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARK DRIADON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARK E. RUBENSTEIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARK I. KLUGER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARK L. KIRSZNER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARK W. OBRIEN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARSHALL A. BERNSTEIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARSHALL LITTMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARTIN B. MALONY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARTIN B. RAAB | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARTIN H. SCHULTZ | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARTIN SHINDLER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARTIN SUSSMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MARVIN E. BLACK | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MATT CLARK | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MATTHEW D. DUPEE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MATTHEW J. FANELLI, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MAURICE W. HAHN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MAX A. KOCH, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MAX COHEN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MELVIN ROBERTSON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MICHAEL B. ALBERT | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MICHAEL B. PAVEL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MICHAEL DRAKE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MICHAEL F. DAILEY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MICHAEL F. WRIGHT | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MICHAEL J. MANZI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MICHAEL J. MCGUGAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MICHAEL J. MCKENNA | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MICHAEL MCCURDY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MICHAEL R. GROTHMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MICHAEL ROTKO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MICHAEL W. LAPERGOLA | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MICHAEL W. SPEIDEL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MOREYE NUSBAUM | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MORT WALKER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. MYER SCHWARTZ | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. NEIL CARVER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. NEWLIN BOOTH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. NICHOLAS J. HILOSKY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. NORMAN D. LEEBRON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. NORMAN GROSS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. NORMAN MARINOFF | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. OREST KINDRACHUK | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. OZZIE KRUG | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. P.J. BAGLEY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. PAUL DEEGAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. PAUL HORNING | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. PAUL J. SIERACKI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. PAUL J. SYNNAMON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. PAUL K. GOLDBERG | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. PAUL MCKELVIE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. PAUL SILBERBERG | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. PAUL TAUFER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. PERRY F. RICHMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. PETER D. CRAWFORD | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. PETER HEARN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. PETER NOCITO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. PETER T. FALCHETTA | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. R. HYMAN | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. AND MRS. RANDY AYOOB | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RAYMOND J. HANSELL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RAYMOND J. SHOEMAKER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD A. SWINNEY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD COLLIER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD F. GULAS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD FALCONE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD FOWLER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD J. FLASTER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD L. TREVLYN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD M. BROWN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD M. MELTZER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD N. DOWNING | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD PRENDERGAST | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD R. MOORE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD ROMANO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD S. WEBB | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD SALAMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD SCHAD | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RICHARD W. STRAUSS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT A. GRIFFITH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT A. SICA | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT A. SNODGRASS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT BENSON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT BILLER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT BLUMENTHAL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT CLASTER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT DE HAAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT DECKER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT E. DANIELS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT EAMER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT F. HASKELL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT GRANT, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT H. STROUSE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT J. CORCORAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT J. LEONETTI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT J. OLDRATI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT KELLY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT L. AMON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT L. HARTLEY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT L. STRAIGHT | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT MCFADDEN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT MCINTYRE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT P. KRAUSS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT POLLACK | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT S. BASS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT SHERMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT WEINBERG | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROBERT WEKLER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROGER H. STANLEY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROLAND WEINERT | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RON TUCKER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RONALD ADELMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RONALD DUBIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RONALD E. RICE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RONALD F. SMITH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RONALD J. PRITCHETT | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RONALD MELTZER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RONALD POLLACK | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RONALD R. HARDY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RONALD S. LIEBMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RONN AKINS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROY A. SUPERIOR | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROY ALLEN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROY PEREZ-DAPLE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ROY R. BITTERLICH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. RUSSELL D. MEHRTENS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. S. PHILIP RANDOLPH, III | | ADDRESS ON FILE | | | | | | |


| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. AND MRS. SAL A. PAOLANTONIO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SAM DENNIS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SAMUEL A. LEIBMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SAMUEL AND MIALSHA BROWN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SAMUEL CURCHACK | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SAMUEL NASH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SAMUEL RABINOWITZ | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SAMUEL WELCOVITZ | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SCOTT MCCAW | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SENDER HOFFMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SEYMOUR Z. MANN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SHELDON M. LEWIS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SHERMAN FRANK | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SIDNEY E. GOSSER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SIDNEY OFFIT | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SIDNEY W. ALBERT | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SOL KATZ | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SOL STEINGARD | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. SPENCER H. HERMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STANLEY BORNSTEIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STANLEY W. COHEN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STEPHEN C. REICH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STEPHEN FINGERET | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STEPHEN GREENBERG | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STEPHEN I. GOLDSTEIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STEPHEN J. MILLER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STEPHEN LAROUCHE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STEPHEN N. SHAPIRO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STEPHEN W. WOLFROM | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STEVE JUSICK | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STEVE PASQUINI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STEVEN J. COPER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STEVEN J. MYNAUGH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STEVEN M. KOSZELAK | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. STEVEN R. WILLIAMS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. THOMAS C. MOORE, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. THOMAS DOWNING, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. THOMAS DUNNE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. THOMAS E. MAAS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. THOMAS F. MCLAUGHLIN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. THOMAS FLEMING | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. THOMAS H. BAKER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. THOMAS J. DIROCCO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. THOMAS J. FARRELL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. THOMAS J. GIACABETTI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. THOMAS W. GRUNSTRA | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. THOMAS WALLACE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. TIMOTHY J. BURNAZ | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. TIMOTHY P. MCGOVERN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. TOM MAKOVSKY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. VINCENT E. CANNIZZARO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. VINCENT SCULLI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. VITO CASIELLO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WALTER FAIR | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WALTER J. FOX, JR. | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WALTER R. SZYCHULSKI | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WARREN RIVELL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILBUR A. GEIGER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILBUR L. KIPNES | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILBUR S. HALL | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILFRED WILLIAMS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM A. ROSOFF | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM AUST | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM BOWMAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM C. BUSARELLO | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM CHAMBERS | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM DIFLORIO | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. AND MRS. WILLIAM E. ROCHELLE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM E. SONON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM F. GARTON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM H. HALLAHAN | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM H. HELFAND | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM KREWSON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM L. BAY | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM M. OAKES | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM MEURER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM MOORE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM MUNICH | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM P. KLAUDER | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM P. MORRISON | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM QUAILE | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WILLIAM SWIFT | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. WOLFGANG RAPP | | ADDRESS ON FILE | | | | | | |
| MR. AND MRS. ZDZISLAW J. KONOPELSKY | | ADDRESS ON FILE | | | | | | |
| MR. ANDRE V. DANAO 1972 | | ADDRESS ON FILE | | | | | | |
| MR. ANDRES GONZALEZ 2011 | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW BUTRICA | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW CARR | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW COX | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW D. REMENTER 2004 | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW E. BROWN 1978 | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW E. MCQUISTON 2011 | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW FRIED | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW ISKOWITZ 1990 | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW J. BASILE | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW KLEEMAN | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW MOCERI, JR. | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW PACK | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW PAP | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW PEARLSTEIN | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW R. HOROWITZ | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW R. WHEELER 2001 | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW S. KAHN | | ADDRESS ON FILE | | | | | | |
| MR. ANDREW VELASQUEZ | | ADDRESS ON FILE | | | | | | |
| MR. ANDY KEISER | | ADDRESS ON FILE | | | | | | |
| MR. ANGELO BIER | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY A. DEGREGORIO, IV 2011 | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY B. CLARK | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY B. MUIDERMAN | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY C. SALICANDRO 1975 | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY CELENZA | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY COCCIA 1987 | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY CULPEPPER | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY D. CARDILLO | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY D. CORCETTO 1954 | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY DAMIANI | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY G. KYRIAKAKIS | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY J. BONANNO | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY J. DESANTIS 1985 | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY J. SCIOLLA, JR. | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY L. MICELI 1982 | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY LEVATO, JR. | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY PIRES | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY R. ALBERTO | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY SANSOTTA 1969 | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY SINISCALCO | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY VISCO 1970 | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY W. DARNELL 1999 | | ADDRESS ON FILE | | | | | | |
| MR. ANTHONY YOUNG | | ADDRESS ON FILE | | | | | | |
| MR. ANTONIO C. SCOTT 1989 | | ADDRESS ON FILE | | | | | | |
| MR. ANTONIO C. WRIGHT 2018 | | ADDRESS ON FILE | | | | | | |
| MR. ARNOLD NEWMAN | | ADDRESS ON FILE | | | | | | |
| MR. ARNOLD ROTH 1950 | | ADDRESS ON FILE | | | | | | |
| MR. ART SPIKOL 1962 | | ADDRESS ON FILE | | | | | | |
| MR. ARTHUR EDELL | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. ARTHUR KARAFIN | | ADDRESS ON FILE | | | | | | |
| MR. ARTHUR KLEIN | | ADDRESS ON FILE | | | | | | |
| MR. ARTHUR L. TAYLOR 1990 | | ADDRESS ON FILE | | | | | | |
| MR. ARTHUR M. CHARRINGTON, III | | ADDRESS ON FILE | | | | | | |
| MR. ARTHUR P. LEIBY 1979 | | ADDRESS ON FILE | | | | | | |
| MR. ARTHUR S. HILLMAN 1966 | | ADDRESS ON FILE | | | | | | |
| MR. AUGUSTE ELDER 1992 | | ADDRESS ON FILE | | | | | | |
| MR. AUGUSTINO J. RUSSO | | ADDRESS ON FILE | | | | | | |
| MR. AVE PILDAS | | ADDRESS ON FILE | | | | | | |
| MR. B. ANDREW SCHMUCKER | | ADDRESS ON FILE | | | | | | |
| MR. BAIN ZIETLOW 1997 | | ADDRESS ON FILE | | | | | | |
| MR. BARRY E. MOSCOWITZ | | ADDRESS ON FILE | | | | | | |
| MR. BARRY FEINBERG | | ADDRESS ON FILE | | | | | | |
| MR. BARRY G. SEELIG 1966 | | ADDRESS ON FILE | | | | | | |
| MR. BARRY J. HALLENBECK 1983 | | ADDRESS ON FILE | | | | | | |
| MR. BARRY L. WEISMAN | | ADDRESS ON FILE | | | | | | |
| MR. BARRY M. EISENBERG | | ADDRESS ON FILE | | | | | | |
| MR. BARRY MILBERG | | ADDRESS ON FILE | | | | | | |
| MR. BARRY PARKER | | ADDRESS ON FILE | | | | | | |
| MR. BARRY R. CASTLE 1965 | | ADDRESS ON FILE | | | | | | |
| MR. BASIL A. BALDINO | | ADDRESS ON FILE | | | | | | |
| MR. BAZIL A. FINDLAY 1991 | | ADDRESS ON FILE | | | | | | |
| MR. BEAU VAN DONKELAAR 1998 | | ADDRESS ON FILE | | | | | | |
| MR. BEN FISCHER | | ADDRESS ON FILE | | | | | | |
| MR. BEN HAWKINS | | ADDRESS ON FILE | | | | | | |
| MR. BEN P. KUYPER 2011 | | ADDRESS ON FILE | | | | | | |
| MR. BENEDICT R. DANGIO 1955 | | ADDRESS ON FILE | | | | | | |
| MR. BENJAMIN ALEXANDER | | ADDRESS ON FILE | | | | | | |
| MR. BENJAMIN D. DIBBLE 2000 | | ADDRESS ON FILE | | | | | | |
| MR. BENJAMIN D. GREENFIELD 1991 | | ADDRESS ON FILE | | | | | | |
| MR. BENJAMIN E. ZUCKERMAN | | ADDRESS ON FILE | | | | | | |
| MR. BENJAMIN F. BROTMAN 2013 | | ADDRESS ON FILE | | | | | | |
| MR. BENJAMIN HARTER-MURPHY 2014 | | ADDRESS ON FILE | | | | | | |
| MR. BENJAMIN MICALE | | ADDRESS ON FILE | | | | | | |
| MR. BENJAMIN PRAGER 1998 | | ADDRESS ON FILE | | | | | | |
| MR. BENJAMIN STRAUSS | | ADDRESS ON FILE | | | | | | |
| MR. BERNARD D. GOLLOTTI 1985 | | ADDRESS ON FILE | | | | | | |
| MR. BERNARD JACOBSON | | ADDRESS ON FILE | | | | | | |
| MR. BERNARD M. CORONA 1960 | | ADDRESS ON FILE | | | | | | |
| MR. BERNARD N. BROWNSTEIN 1957 | | ADDRESS ON FILE | | | | | | |
| MR. BERNARD W. GROFF | | ADDRESS ON FILE | | | | | | |
| MR. BERWYN HUNG 1997 | | ADDRESS ON FILE | | | | | | |
| MR. BETH MCELROY | | ADDRESS ON FILE | | | | | | |
| MR. BILL KELLER | | ADDRESS ON FILE | | | | | | |
| MR. BILL PILLING 1970 | | ADDRESS ON FILE | | | | | | |
| MR. BILL ROSE | | ADDRESS ON FILE | | | | | | |
| MR. BLAKE JENNELLE | | ADDRESS ON FILE | | | | | | |
| MR. BOB W. WESCOTT 1953 | | ADDRESS ON FILE | | | | | | |
| MR. BRAD CANNING | | ADDRESS ON FILE | | | | | | |
| MR. BRADFORD A. KEAR 1991 | | ADDRESS ON FILE | | | | | | |
| MR. BRADFORD G. BAL | | ADDRESS ON FILE | | | | | | |
| MR. BRADLEY E. GAST 1973 | | ADDRESS ON FILE | | | | | | |
| MR. BRADLEY K. MOSS | | ADDRESS ON FILE | | | | | | |
| MR. BRAHM WENGER | | ADDRESS ON FILE | | | | | | |
| MR. BRANDON R. SAX 2014 | | ADDRESS ON FILE | | | | | | |
| MR. BRENT FRIEDMAN | | ADDRESS ON FILE | | | | | | |
| MR. BRENTON MCCLOSKEY | | ADDRESS ON FILE | | | | | | |
| MR. BRETT BARENHOLTZ | | ADDRESS ON FILE | | | | | | |
| MR. BRETT BARRICK | | ADDRESS ON FILE | | | | | | |
| MR. BRETT FOXMAN | | ADDRESS ON FILE | | | | | | |
| MR. BRETT KRASNOV | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN A. STONE 2011 | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN BIGGS | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN C. JOHNS | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN C. OBERG 2004 | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN D. VASILIK 1989 | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN DEMBOW | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN DEROSS | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. BRIAN EFFRON | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN G. BAGNALL | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN HAINSTOCK | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN HAMILTON | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN J. CALLAHAN 1988 | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN J. VOGT | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN L. CLEMENTS 2010 | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN LINCICOME | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN M. ELSTEIN 2012 | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN P. MULVIHILL | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN PASTOR | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN PETERSON | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN STONE 1985 | | ADDRESS ON FILE | | | | | | |
| MR. BRIAN YETZER | | ADDRESS ON FILE | | | | | | |
| MR. BRITTON MURDOCH | | ADDRESS ON FILE | | | | | | |
| MR. BROOK J. LENFEST | | ADDRESS ON FILE | | | | | | |
| MR. BRUCE A. STIGLICH 1973 | | ADDRESS ON FILE | | | | | | |
| MR. BRUCE F. BOGNER | | ADDRESS ON FILE | | | | | | |
| MR. BRUCE I. MEADER | | ADDRESS ON FILE | | | | | | |
| MR. BRUCE J. RANSONE 1999 | | ADDRESS ON FILE | | | | | | |
| MR. BRUCE J. SANTINO 1980 | | ADDRESS ON FILE | | | | | | |
| MR. BRUCE JERNICK | | ADDRESS ON FILE | | | | | | |
| MR. BRUCE KARDON | | ADDRESS ON FILE | | | | | | |
| MR. BRUCE KARLIN | | ADDRESS ON FILE | | | | | | |
| MR. BRUCE LETO | | ADDRESS ON FILE | | | | | | |
| MR. BRUCE LEVSON | | ADDRESS ON FILE | | | | | | |
| MR. BRUCE M. BAKER 1968 | | ADDRESS ON FILE | | | | | | |
| MR. BRUCE R. IACONO 1978 | | ADDRESS ON FILE | | | | | | |
| MR. BRUCE RAUFFENBART 1973 | | ADDRESS ON FILE | | | | | | |
| MR. BRUCE SCHIMMEL | | ADDRESS ON FILE | | | | | | |
| MR. BRUCE W. BULGER 1971 | | ADDRESS ON FILE | | | | | | |
| MR. BRYAN DANSBERRY | | ADDRESS ON FILE | | | | | | |
| MR. BRYAN PRINCIPE | | ADDRESS ON FILE | | | | | | |
| MR. BRYN BARNARD | | ADDRESS ON FILE | | | | | | |
| MR. BURTON E. VAN DEUSEN 1971 | | ADDRESS ON FILE | | | | | | |
| MR. BURTON HERSH | | ADDRESS ON FILE | | | | | | |
| MR. C. BAIRD BROWN | | ADDRESS ON FILE | | | | | | |
| MR. C. R. CLIFTON | | ADDRESS ON FILE | | | | | | |
| MR. C. R. WYSS | | ADDRESS ON FILE | | | | | | |
| MR. C. T. LEWIS 1988 | | ADDRESS ON FILE | | | | | | |
| MR. CALVIN WATSON | | ADDRESS ON FILE | | | | | | |
| MR. CAMERON J. ZONFRILLI 2005 | | ADDRESS ON FILE | | | | | | |
| MR. CARL ANDERSON | | ADDRESS ON FILE | | | | | | |
| MR. CARL E. HANSON | | ADDRESS ON FILE | | | | | | |
| MR. CARL G. MAGNUSSON | | ADDRESS ON FILE | | | | | | |
| MR. CARL GILBERT | | ADDRESS ON FILE | | | | | | |
| MR. CARL J. GENNA, JR. 1960 | | ADDRESS ON FILE | | | | | | |
| MR. CARLOS GARCIA | | ADDRESS ON FILE | | | | | | |
| MR. CARMEN DEE | | ADDRESS ON FILE | | | | | | |
| MR. CARSON FOX | | ADDRESS ON FILE | | | | | | |
| MR. CASEY M. MCDONOUGH 2015 | | ADDRESS ON FILE | | | | | | |
| MR. CEDRIC N. ELMER 1966 | | ADDRESS ON FILE | | | | | | |
| MR. CHAD L. SCHEIFELE 2009 | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES A. KEENAN 1988 | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES A. PHILLIPS 1993 | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES B. GRACE, JR. | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES BROWNING | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES CONWELL | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES DALY | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES E. HOLLINGER | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES E. MATHER, III | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES E. ROSNER 1966 | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES FIGLOW | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES J. EISER | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES J. ESSIG 1963 | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES J. GALLAGHER | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES J. ORTIZ 2004 | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES J. WALTER, III | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. CHARLES K. WHITE | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES L. GILBERT | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES MCCAFFERTY, JR. | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES N. MORE 1976 | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES R. FLEXON, JR. | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES R. LEWIS, JR. 1983 | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES S. TOTARO, JR. 1968 | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES SEELIG | | ADDRESS ON FILE | | | | | | |
| MR. CHARLES W. RUDY, III 1991 | | ADDRESS ON FILE | | | | | | |
| MR. CHRIS B. WEHBA 2014 | | ADDRESS ON FILE | | | | | | |
| MR. CHRIS HALLENBECK | | ADDRESS ON FILE | | | | | | |
| MR. CHRIS J. MEYER | | ADDRESS ON FILE | | | | | | |
| MR. CHRIS MOORE | | ADDRESS ON FILE | | | | | | |
| MR. CHRIS MYERS | | ADDRESS ON FILE | | | | | | |
| MR. CHRIS OATES | | ADDRESS ON FILE | | | | | | |
| MR. CHRIS OLSEN | | ADDRESS ON FILE | | | | | | |
| MR. CHRIS PESOTSKI | | ADDRESS ON FILE | | | | | | |
| MR. CHRIS T. FARR 1994 | | ADDRESS ON FILE | | | | | | |
| MR. CHRISOPHER ALBANESE | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTIAN C. PATCHELL, JR. 1995 | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTIAN G. WISE 1987 | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTIAN M. MUNOZ 1996 | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTINE MORRIS 2010 | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER A. CASTILLO 2014 | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER BECHEN | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER C. DARWAY 1970 | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER ERTELT | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER G. MURRAY | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER H. MICH 1994 | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER J. HOUSTON 2006 | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER J. ROBERTSON 2012 | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER J. ROONEY 2001 | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER JANIS | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER M. MANION | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER P. GARVIN | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER QUAILE | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER R. HOWIE | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER R. TAYLOR | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER RANSOM 1982 | | ADDRESS ON FILE | | | | | | |
| MR. CHRISTOPHER SACCO | | ADDRESS ON FILE | | | | | | |
| MR. CLARENCE E. COX | | ADDRESS ON FILE | | | | | | |
| MR. CLARENCE TRENDA | | ADDRESS ON FILE | | | | | | |
| MR. CLEMMER MONTAGUE | | ADDRESS ON FILE | | | | | | |
| MR. CLIFFORD BERMAN | | ADDRESS ON FILE | | | | | | |
| MR. CLIFFORD STEVENS | | ADDRESS ON FILE | | | | | | |
| MR. CLIFTON H. ANDERSON 1969 | | ADDRESS ON FILE | | | | | | |
| MR. CLINTON G. SHARMAN | | ADDRESS ON FILE | | | | | | |
| MR. COLLETTE A. TOMPKINS 2014 | | ADDRESS ON FILE | | | | | | |
| MR. CONNOR B. SENNING 2013 | | ADDRESS ON FILE | | | | | | |
| MR. CRAIG BROWNLIE | | ADDRESS ON FILE | | | | | | |
| MR. CRAIG D. THOMAS 1976 | | ADDRESS ON FILE | | | | | | |
| MR. CRAIG T. PARRILLO 2005 | | ADDRESS ON FILE | | | | | | |
| MR. CURTIS A. NOUCHI 2012 | | ADDRESS ON FILE | | | | | | |
| MR. CURTIS E. BROWN 1970 | | ADDRESS ON FILE | | | | | | |
| MR. D. C. LE VINE | | ADDRESS ON FILE | | | | | | |
| MR. DALE E. MOYER 1969 | | ADDRESS ON FILE | | | | | | |
| MR. DALE E. SHIFFER | | ADDRESS ON FILE | | | | | | |
| MR. DAMASO GALLMAN | | ADDRESS ON FILE | | | | | | |
| MR. DAN DRAKE | | ADDRESS ON FILE | | | | | | |
| MR. DAN H. ONEIL 2010 | | ADDRESS ON FILE | | | | | | |
| MR. DAN HALBERSTADT | | ADDRESS ON FILE | | | | | | |
| MR. DAN HOLMES | | ADDRESS ON FILE | | | | | | |
| MR. DAN O. DAILEY 1969 | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL A. LEVINSON 1982 | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL A. ORLOCK | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL A. SINGER 1995 | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL A. SLOANE 2001 | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL B. KESSLER | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. DANIEL CLAYMAN | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL DISKIN | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL E. BACINE | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL FANTY, JR. | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL G. DESLAURIER 2000 | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL G. RUVIN | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL H. FARR, SR. | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL H. JOCZ 1966 | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL J. GALLAGHER | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL J. MARAKOWSKI | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL K. CROSS 2014 | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL K. FISHEL 2009 | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL KWON 2008 | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL M. KELLY 2004 | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL NOWAKOWSKI | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL OBRIEN | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL P. MULLER 1998 | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL P. SACKS | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL PARSONS | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL SACK | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL SAVIN | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL SMURLO | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL SOUTHERLAND | | ADDRESS ON FILE | | | | | | |
| MR. DANIEL TUCKER | | ADDRESS ON FILE | | | | | | |
| MR. DANIELLE BODINE | | ADDRESS ON FILE | | | | | | |
| MR. DANNE A. WOO 2004 | | ADDRESS ON FILE | | | | | | |
| MR. DARRYL SMITH | | ADDRESS ON FILE | | | | | | |
| MR. DAVE WALDRON | | ADDRESS ON FILE | | | | | | |
| MR. DAVID A. HORNING, JR. | | ADDRESS ON FILE | | | | | | |
| MR. DAVID A. HORNING, SR. | | ADDRESS ON FILE | | | | | | |
| MR. DAVID A. MILLER | | ADDRESS ON FILE | | | | | | |
| MR. DAVID A. RHODES 1963 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID ABELSOHN | | ADDRESS ON FILE | | | | | | |
| MR. DAVID BELITSKY | | ADDRESS ON FILE | | | | | | |
| MR. DAVID BERENBAUM | | ADDRESS ON FILE | | | | | | |
| MR. DAVID C. ST. JOHN 1979 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID CHILKOTOWSKY | | ADDRESS ON FILE | | | | | | |
| MR. DAVID COFF | | ADDRESS ON FILE | | | | | | |
| MR. DAVID COLMAN | | ADDRESS ON FILE | | | | | | |
| MR. DAVID COMBERG | | ADDRESS ON FILE | | | | | | |
| MR. DAVID COX | | ADDRESS ON FILE | | | | | | |
| MR. DAVID CUKOR | | ADDRESS ON FILE | | | | | | |
| MR. DAVID D. MERRILL | | ADDRESS ON FILE | | | | | | |
| MR. DAVID D. OLDHAM, ESQ. 2001 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID E. RUE 1962 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID E. SCHPOK 1988 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID F. LOWE 1978 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID FEIGENBAUM | | ADDRESS ON FILE | | | | | | |
| MR. DAVID G. BOOTH | | ADDRESS ON FILE | | | | | | |
| MR. DAVID G. BRAGIN | | ADDRESS ON FILE | | | | | | |
| MR. DAVID GUTWIRTH | | ADDRESS ON FILE | | | | | | |
| MR. DAVID H. BURTON | | ADDRESS ON FILE | | | | | | |
| MR. DAVID H. SUTCLIFFE | | ADDRESS ON FILE | | | | | | |
| MR. DAVID H. WICE | | ADDRESS ON FILE | | | | | | |
| MR. DAVID HARTL | | ADDRESS ON FILE | | | | | | |
| MR. DAVID HOLVECK | | ADDRESS ON FILE | | | | | | |
| MR. DAVID HOPKINS | | ADDRESS ON FILE | | | | | | |
| MR. DAVID J. BENDER 2003 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID J. CUNEO | | ADDRESS ON FILE | | | | | | |
| MR. DAVID J. SCHLEINKOFER 1973 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID J. WINIGRAD | | ADDRESS ON FILE | | | | | | |
| MR. DAVID L. DAVIS 1963 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID LOVE | | ADDRESS ON FILE | | | | | | |
| MR. DAVID M. BOLLAR 1995 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID M. EWING 1968 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID M. FEHR 1999 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID M. FIEDLER 1988 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID M. MCFADDEN | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. DAVID NOBLE | | ADDRESS ON FILE | | | | | | |
| MR. DAVID PACHMAN 1962 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID PILLOW | | ADDRESS ON FILE | | | | | | |
| MR. DAVID R. GLYN | | ADDRESS ON FILE | | | | | | |
| MR. DAVID RAPONE | | ADDRESS ON FILE | | | | | | |
| MR. DAVID RASNER | | ADDRESS ON FILE | | | | | | |
| MR. DAVID RIESSEN | | ADDRESS ON FILE | | | | | | |
| MR. DAVID ROSS | | ADDRESS ON FILE | | | | | | |
| MR. DAVID S. LORRY | | ADDRESS ON FILE | | | | | | |
| MR. DAVID S. MCCAFFERTY | | ADDRESS ON FILE | | | | | | |
| MR. DAVID SCHONER | | ADDRESS ON FILE | | | | | | |
| MR. DAVID SCHONER, SR. | | ADDRESS ON FILE | | | | | | |
| MR. DAVID SCHWARTZ 2016 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID SELTZER | | ADDRESS ON FILE | | | | | | |
| MR. DAVID SLATOFF 1983 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID SUISMAN | | ADDRESS ON FILE | | | | | | |
| MR. DAVID T. LEHMAN 1935 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID TIMBERLINE | | ADDRESS ON FILE | | | | | | |
| MR. DAVID TOSHER 1970 | | ADDRESS ON FILE | | | | | | |
| MR. DAVID VASSALLO | | ADDRESS ON FILE | | | | | | |
| MR. DAVID WASHINGTON 1954 | | ADDRESS ON FILE | | | | | | |
| MR. DENIS T. WETTLAUFER 1976 | | ADDRESS ON FILE | | | | | | |
| MR. DENNIS DEICHERT | | ADDRESS ON FILE | | | | | | |
| MR. DENNIS E. KELLY | | ADDRESS ON FILE | | | | | | |
| MR. DENNIS L. LORELL | | ADDRESS ON FILE | | | | | | |
| MR. DENNIS R. WASKO 1979 | | ADDRESS ON FILE | | | | | | |
| MR. DEREK K. HARGREAVES | | ADDRESS ON FILE | | | | | | |
| MR. DEREK WESTFALL | | ADDRESS ON FILE | | | | | | |
| MR. DERRICK MANCINI | | ADDRESS ON FILE | | | | | | |
| MR. DERRICK WEST | | ADDRESS ON FILE | | | | | | |
| MR. DEVIN A. SIDELL 2007 | | ADDRESS ON FILE | | | | | | |
| MR. DOMINIC M. MERCIER | | ADDRESS ON FILE | | | | | | |
| MR. DON D. SALKALN | | ADDRESS ON FILE | | | | | | |
| MR. DONALD A. BANKS | | ADDRESS ON FILE | | | | | | |
| MR. DONALD A. DEVLIN | | ADDRESS ON FILE | | | | | | |
| MR. DONALD ASTON | | ADDRESS ON FILE | | | | | | |
| MR. DONALD B. COHEN | | ADDRESS ON FILE | | | | | | |
| MR. DONALD C. MOYER 1970 | | ADDRESS ON FILE | | | | | | |
| MR. DONALD COOPER | | ADDRESS ON FILE | | | | | | |
| MR. DONALD D. DEENEY | | ADDRESS ON FILE | | | | | | |
| MR. DONALD E. BEATTY | | ADDRESS ON FILE | | | | | | |
| MR. DONALD E. BEINEMAN, ED.D | | ADDRESS ON FILE | | | | | | |
| MR. DONALD J. SHANOSKY 1959 | | ADDRESS ON FILE | | | | | | |
| MR. DONALD JAMES HAGER | | ADDRESS ON FILE | | | | | | |
| MR. DONALD KREUTZER | | ADDRESS ON FILE | | | | | | |
| MR. DONALD R. CHITTUM, JR. | | ADDRESS ON FILE | | | | | | |
| MR. DONALD RHOADS | | ADDRESS ON FILE | | | | | | |
| MR. DONALD T T. WILLIAMS 1992 | | ADDRESS ON FILE | | | | | | |
| MR. DONALD T. CAMERA 1977 | | ADDRESS ON FILE | | | | | | |
| MR. DOUG KREITZBERG | | ADDRESS ON FILE | | | | | | |
| MR. DOUGLAS W. MELLOR | | ADDRESS ON FILE | | | | | | |
| MR. DUSTIN C. REAM 2008 | | ADDRESS ON FILE | | | | | | |
| MR. DWAYNE EDGHILL | | ADDRESS ON FILE | | | | | | |
| MR. DWIGHT SULLIVAN | | ADDRESS ON FILE | | | | | | |
| MR. DYLAN NEUSTADTER | | ADDRESS ON FILE | | | | | | |
| MR. E. JAMES MAURER | | ADDRESS ON FILE | | | | | | |
| MR. E. JOSEPH HUMMEL, JR. | | ADDRESS ON FILE | | | | | | |
| MR. EARL B. LEWIS | | ADDRESS ON FILE | | | | | | |
| MR. EARL PARKER | | ADDRESS ON FILE | | | | | | |
| MR. ED E. GOLDBERG 1968 | | ADDRESS ON FILE | | | | | | |
| MR. ED MCBRIDE | | ADDRESS ON FILE | | | | | | |
| MR. EDDIE WINSTEAD | | ADDRESS ON FILE | | | | | | |
| MR. EDGARDO BURGOS | | ADDRESS ON FILE | | | | | | |
| MR. EDMOND H. CARTER, JR. | | ADDRESS ON FILE | | | | | | |
| MR. EDMUND D. VEZINHO | | ADDRESS ON FILE | | | | | | |
| MR. EDMUND PUCHES 1972 | | ADDRESS ON FILE | | | | | | |
| MR. EDMUND R. NICHOLS 1954 | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD A. FELDMAN 1976 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. EDWARD A. WILLIAMS 2000 | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD B. LEE | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD B. PUTNAM | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD BECKER | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD BORIA 1985 | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD C. DICENZO | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD CICCORICCO | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD COLKER 1949 | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD DIGIANDOMENICO, JR. | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD ETKINS 1969 | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD F. COHEN | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD FLANAGAN | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD G. BAKER | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD J. HARTMANN 1949 | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD J. SKIRKIE, JR. | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD KAISER | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD L. VANDENBERG 1991 | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD L. WITKOWSKI | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD LAWLER | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD M. CUNNINGHAM | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD M. DRINKER | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD M. LETVEN 1954 | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD M. SATELL | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD M. ZUCZEK | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD MCMAHON | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD O. MCERLEAN | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD OBRIEN 1973 | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD P. CHALLENGER 1958 | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD P. CHESLOCK 1965 | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD P. COXEY 1963 | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD P. GLISSON | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD PANEK | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD R. TUFTE | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD R. ZUCCA, JR. 1968 | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD W. MACKIN | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD W. MOONEY 2010 | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD WHEELER | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD WIGGIN | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD YOUNG | | ADDRESS ON FILE | | | | | | |
| MR. EDWARD ZARITT | | ADDRESS ON FILE | | | | | | |
| MR. EGIDIO DIMARCANTONIO | | ADDRESS ON FILE | | | | | | |
| MR. ELLIOT G. BAUM 1995 | | ADDRESS ON FILE | | | | | | |
| MR. ELLIOT I. RHODESIDE 1966 | | ADDRESS ON FILE | | | | | | |
| MR. ELLIOTT BERGER | | ADDRESS ON FILE | | | | | | |
| MR. ELLIOTT CAGGINS | | ADDRESS ON FILE | | | | | | |
| MR. ERIC D. GRAY 2008 | | ADDRESS ON FILE | | | | | | |
| MR. ERIC FISHER | | ADDRESS ON FILE | | | | | | |
| MR. ERIC J. SHELTON 2014 | | ADDRESS ON FILE | | | | | | |
| MR. ERIC R. BRADDOCK 2008 | | ADDRESS ON FILE | | | | | | |
| MR. ERIC T. FRANTZ | | ADDRESS ON FILE | | | | | | |
| MR. ERICK SAHLER | | ADDRESS ON FILE | | | | | | |
| MR. ERIK A. SAYLES 1993 | | ADDRESS ON FILE | | | | | | |
| MR. ERIK A. TORKELLS | | ADDRESS ON FILE | | | | | | |
| MR. ERNEST R. SHAPIRO | | ADDRESS ON FILE | | | | | | |
| MR. ERNEST SCHELLER, JR. | | ADDRESS ON FILE | | | | | | |
| MR. ERNEST TEDINO | | ADDRESS ON FILE | | | | | | |
| MR. ERWIN GALGON | | ADDRESS ON FILE | | | | | | |
| MR. ESTEVAN MAAS | | ADDRESS ON FILE | | | | | | |
| MR. EUGENE A. BOLT, JR. | | ADDRESS ON FILE | | | | | | |
| MR. EUGENE FLEISHMAN | | ADDRESS ON FILE | | | | | | |
| MR. EUGENE H. BAYARD | | ADDRESS ON FILE | | | | | | |
| MR. EUGENE H. GOSFIELD | | ADDRESS ON FILE | | | | | | |
| MR. EUGENE J. KRALL 1965 | | ADDRESS ON FILE | | | | | | |
| MR. EUGENE L. CLEAVER | | ADDRESS ON FILE | | | | | | |
| MR. EUGENE ORLANDO 2008 | | ADDRESS ON FILE | | | | | | |
| MR. EUGENE R. SAMUELSON 1961 | | ADDRESS ON FILE | | | | | | |
| MR. EVAN AUCHARD | | ADDRESS ON FILE | | | | | | |
| MR. EVAN E. SOLOT 1967 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. EVAN H. WOLDOW 1992 | | ADDRESS ON FILE | | | | | | |
| MR. EVERETT W. FRANK 1987 | | ADDRESS ON FILE | | | | | | |
| MR. FABIAN A. BROWN 2001 | | ADDRESS ON FILE | | | | | | |
| MR. FABIAN ULITSKY | | ADDRESS ON FILE | | | | | | |
| MR. FABIO PEREZ-POLO 1970 | | ADDRESS ON FILE | | | | | | |
| MR. FARHUD BATMANGLICH 1974 | | ADDRESS ON FILE | | | | | | |
| MR. FERNANDO RODRIGUEZ | | ADDRESS ON FILE | | | | | | |
| MR. FLOYD A. HASKINS | | ADDRESS ON FILE | | | | | | |
| MR. FORREST J. SNYDER | | ADDRESS ON FILE | | | | | | |
| MR. FRAN MCLAUGHLIN | | ADDRESS ON FILE | | | | | | |
| MR. FRANCIS ABBOTT, JR. | | ADDRESS ON FILE | | | | | | |
| MR. FRANCIS IACOBUCCI | | ADDRESS ON FILE | | | | | | |
| MR. FRANCIS J. COTE | | ADDRESS ON FILE | | | | | | |
| MR. FRANCIS J. MIRABELLO | | ADDRESS ON FILE | | | | | | |
| MR. FRANCIS X. ZANE | | ADDRESS ON FILE | | | | | | |
| MR. FRANK A. MAZZEO | | ADDRESS ON FILE | | | | | | |
| MR. FRANK DEMONSI | | ADDRESS ON FILE | | | | | | |
| MR. FRANK FARNSCHLADER | | ADDRESS ON FILE | | | | | | |
| MR. FRANK G. CHESTER | | ADDRESS ON FILE | | | | | | |
| MR. FRANK GALUSZKA | | ADDRESS ON FILE | | | | | | |
| MR. FRANK GILL | | ADDRESS ON FILE | | | | | | |
| MR. FRANK GROBELNY 1963 | | ADDRESS ON FILE | | | | | | |
| MR. FRANK GUINAN | | ADDRESS ON FILE | | | | | | |
| MR. FRANK J. HUTTINGER 1970 | | ADDRESS ON FILE | | | | | | |
| MR. FRANK J. NOSEK | | ADDRESS ON FILE | | | | | | |
| MR. FRANK J. ZADLO 1966 | | ADDRESS ON FILE | | | | | | |
| MR. FRANK K. SCIMONE | | ADDRESS ON FILE | | | | | | |
| MR. FRANK K. UPHAM | | ADDRESS ON FILE | | | | | | |
| MR. FRANK KEY | | ADDRESS ON FILE | | | | | | |
| MR. FRANK M. ANZALONE | | ADDRESS ON FILE | | | | | | |
| MR. FRANK M. THOMAS, JR. | | ADDRESS ON FILE | | | | | | |
| MR. FRANK NARDI | | ADDRESS ON FILE | | | | | | |
| MR. FRANK P. MORABITO | | ADDRESS ON FILE | | | | | | |
| MR. FRANK R. METZ 1949 | | ADDRESS ON FILE | | | | | | |
| MR. FRANK RIVELLINI | | ADDRESS ON FILE | | | | | | |
| MR. FRANK RUBINO | | ADDRESS ON FILE | | | | | | |
| MR. FRANK SCHLUPP | | ADDRESS ON FILE | | | | | | |
| MR. FRANK T. DASCANIO | | ADDRESS ON FILE | | | | | | |
| MR. FRANK TOMASSETTI | | ADDRESS ON FILE | | | | | | |
| MR. FRANK ZACHARY | | ADDRESS ON FILE | | | | | | |
| MR. FRANKLYN RODGERS | | ADDRESS ON FILE | | | | | | |
| MR. FRANZ RABAUER | | ADDRESS ON FILE | | | | | | |
| MR. FRED J. LIVEZEY 1967 | | ADDRESS ON FILE | | | | | | |
| MR. FRED L. HUDSON | | ADDRESS ON FILE | | | | | | |
| MR. FRED W. WILSON 1978 | | ADDRESS ON FILE | | | | | | |
| MR. FREDERIC BROWN | | ADDRESS ON FILE | | | | | | |
| MR. FREDERICK A. HOFFMAN | | ADDRESS ON FILE | | | | | | |
| MR. FREDERICK R. ERK | | ADDRESS ON FILE | | | | | | |
| MR. FREDRIC A. TATOR 1970 | | ADDRESS ON FILE | | | | | | |
| MR. G. M. STAKIAS | | ADDRESS ON FILE | | | | | | |
| MR. GAETANO VITTI | | ADDRESS ON FILE | | | | | | |
| MR. GARRETT L. HENDRICKS 1999 | | ADDRESS ON FILE | | | | | | |
| MR. GARY A. WILLIAMS 1960 | | ADDRESS ON FILE | | | | | | |
| MR. GARY BRYANT | | ADDRESS ON FILE | | | | | | |
| MR. GARY FUJITA 1978 | | ADDRESS ON FILE | | | | | | |
| MR. GARY H. MITCHELL | | ADDRESS ON FILE | | | | | | |
| MR. GARY L. ANDERSON 1967 | | ADDRESS ON FILE | | | | | | |
| MR. GARY L. LEHMAN 1970 | | ADDRESS ON FILE | | | | | | |
| MR. GARY SAMPSON | | ADDRESS ON FILE | | | | | | |
| MR. GARY SEGAL | | ADDRESS ON FILE | | | | | | |
| MR. GARY T. SKUTNIK | | ADDRESS ON FILE | | | | | | |
| MR. GENE TERRUSO | | ADDRESS ON FILE | | | | | | |
| MR. GEOFFERY P. NICHOLS | | ADDRESS ON FILE | | | | | | |
| MR. GEOFFREY BEATTY 1999 | | ADDRESS ON FILE | | | | | | |
| MR. GEOFFREY W. KERSHNER 2000 | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE A. BEACH 1958 | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE A. SCHWAB 2008 | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE A. WEYMOUTH | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. GEORGE AKERLEY 1973 | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE C. HOEZ | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE DUHIGG | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE E. OBREMSKI 1970 | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE FISHER, III | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE H. KENTON 1963 | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE HEIN | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE HOLEY | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE I. TYNDALL, JR. 1970 | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE J. BRILTS 1969 | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE M. PLESKO 1993 | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE M. SCHWAB | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE R. RISER | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE ROWLAND, III | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE W. MOORE | | ADDRESS ON FILE | | | | | | |
| MR. GEORGE W. PITRA | | ADDRESS ON FILE | | | | | | |
| MR. GERALD B. RORER | | ADDRESS ON FILE | | | | | | |
| MR. GERALD F. BECKER 1963 | | ADDRESS ON FILE | | | | | | |
| MR. GERALD MAYO | | ADDRESS ON FILE | | | | | | |
| MR. GERALD R. GREENFIELD | | ADDRESS ON FILE | | | | | | |
| MR. GERALD VEASLEY | | ADDRESS ON FILE | | | | | | |
| MR. GERALD VUOCOLO | | ADDRESS ON FILE | | | | | | |
| MR. GERARD H. HOVAGIMYAN 1972 | | ADDRESS ON FILE | | | | | | |
| MR. GERARD J. QUINLAN | | ADDRESS ON FILE | | | | | | |
| MR. GIACOMO F. CIMINELLO 1999 | | ADDRESS ON FILE | | | | | | |
| MR. GILBERT B. COHEN 1953 | | ADDRESS ON FILE | | | | | | |
| MR. GILBERTO GONZALEZ 1999 | | ADDRESS ON FILE | | | | | | |
| MR. GLENN DAVIES | | ADDRESS ON FILE | | | | | | |
| MR. GLENN DOERRMAN | | ADDRESS ON FILE | | | | | | |
| MR. GLENN MANKO | | ADDRESS ON FILE | | | | | | |
| MR. GLENN PORTER | | ADDRESS ON FILE | | | | | | |
| MR. GOETZ UNGER | | ADDRESS ON FILE | | | | | | |
| MR. GORDON H. LACHEEN 1963 | | ADDRESS ON FILE | | | | | | |
| MR. GREG CUCCO | | ADDRESS ON FILE | | | | | | |
| MR. GREG E. JOHNSON, MPA | | ADDRESS ON FILE | | | | | | |
| MR. GREGG R. KLEIN | | ADDRESS ON FILE | | | | | | |
| MR. GREGORY C. PAONE 1990 | | ADDRESS ON FILE | | | | | | |
| MR. GREGORY GRIMES | | ADDRESS ON FILE | | | | | | |
| MR. GREGORY M. MURPHY | | ADDRESS ON FILE | | | | | | |
| MR. GREGORY P. LEEBER | | ADDRESS ON FILE | | | | | | |
| MR. H. BERNARD CLEFF 1950 | | ADDRESS ON FILE | | | | | | |
| MR. H. CLEVE CORNER, JR. | | ADDRESS ON FILE | | | | | | |
| MR. H. DANIEL WEBSTER | | ADDRESS ON FILE | | | | | | |
| MR. H. E. CURTIS 1953 | | ADDRESS ON FILE | | | | | | |
| MR. H. J. CLINE | | ADDRESS ON FILE | | | | | | |
| MR. H. J. FOSTER | | ADDRESS ON FILE | | | | | | |
| MR. H. WILLIAM CYPHERS, III | | ADDRESS ON FILE | | | | | | |
| MR. HAL YOH | | ADDRESS ON FILE | | | | | | |
| MR. HANS BOMBECK | | ADDRESS ON FILE | | | | | | |
| MR. HANS U. ALLEMANN | | ADDRESS ON FILE | | | | | | |
| MR. HARLAN WILSON | | ADDRESS ON FILE | | | | | | |
| MR. HAROLD B. STEVENS | | ADDRESS ON FILE | | | | | | |
| MR. HAROLD BERESIN | | ADDRESS ON FILE | | | | | | |
| MR. HAROLD HAMBROSE | | ADDRESS ON FILE | | | | | | |
| MR. HAROLD HONICKMAN | | ADDRESS ON FILE | | | | | | |
| MR. HAROLD L. YOH, JR. | | ADDRESS ON FILE | | | | | | |
| MR. HAROLD M. WILLIAMS | | ADDRESS ON FILE | | | | | | |
| MR. HAROLD ROSENBLUTH | | ADDRESS ON FILE | | | | | | |
| MR. HARRIS A. KIVITZ 1969 | | ADDRESS ON FILE | | | | | | |
| MR. HARRIS FOGEL | | ADDRESS ON FILE | | | | | | |
| MR. HARRY A. SHORT, JR. | | ADDRESS ON FILE | | | | | | |
| MR. HARRY E. HILL, III | | ADDRESS ON FILE | | | | | | |
| MR. HARRY HAAGEN | | ADDRESS ON FILE | | | | | | |
| MR. HARRY I. NAAR 1968 | | ADDRESS ON FILE | | | | | | |
| MR. HARRY L. EABY 1963 | | ADDRESS ON FILE | | | | | | |
| MR. HARRY MAZOK | | ADDRESS ON FILE | | | | | | |
| MR. HARRY MCNAUGHT 1949 | | ADDRESS ON FILE | | | | | | |
| MR. HARRY SATINSKY | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. HARRY W. RIVKIN | | ADDRESS ON FILE | | | | | | |
| MR. HARVEY D. BONNER 1952 | | ADDRESS ON FILE | | | | | | |
| MR. HARVEY KIMMEL | | ADDRESS ON FILE | | | | | | |
| MR. HAVEN S. KESLING, JR. | | ADDRESS ON FILE | | | | | | |
| MR. HENRI F. MAMET 1967 | | ADDRESS ON FILE | | | | | | |
| MR. HENRY F. MORLEY | | ADDRESS ON FILE | | | | | | |
| MR. HENRY ISBELL, JR. | | ADDRESS ON FILE | | | | | | |
| MR. HENRY J. EVANS 1966 | | ADDRESS ON FILE | | | | | | |
| MR. HENRY JONES | | ADDRESS ON FILE | | | | | | |
| MR. HENRY OREJUELA | | ADDRESS ON FILE | | | | | | |
| MR. HERB J. BASS | | ADDRESS ON FILE | | | | | | |
| MR. HERB LIPTON | | ADDRESS ON FILE | | | | | | |
| MR. HERBERT B. SMITH, JR. | | ADDRESS ON FILE | | | | | | |
| MR. HERBERT FINKELSTEIN | | ADDRESS ON FILE | | | | | | |
| MR. HERBERT HIGHFIELD | | ADDRESS ON FILE | | | | | | |
| MR. HERBERT J. JACOBS 1956 | | ADDRESS ON FILE | | | | | | |
| MR. HERBERT MANDEL 1948 | | ADDRESS ON FILE | | | | | | |
| MR. HERBERT R. QUAILE | | ADDRESS ON FILE | | | | | | |
| MR. HERIBERTO PEREZ 1998 | | ADDRESS ON FILE | | | | | | |
| MR. HERMAN ROTTENBERG | | ADDRESS ON FILE | | | | | | |
| MR. HERMAN STEIN | | ADDRESS ON FILE | | | | | | |
| MR. HOWARD A. GOLDBERG 1971 | | ADDRESS ON FILE | | | | | | |
| MR. HOWARD C. TURNER | | ADDRESS ON FILE | | | | | | |
| MR. HOWARD DOSSICK | | ADDRESS ON FILE | | | | | | |
| MR. HOWARD FISCHER | | ADDRESS ON FILE | | | | | | |
| MR. HOWARD G. BELK 1981 | | ADDRESS ON FILE | | | | | | |
| MR. HOWARD H. SILVERMAN | | ADDRESS ON FILE | | | | | | |
| MR. HOWARD I. GROSSMAN | | ADDRESS ON FILE | | | | | | |
| MR. HOWARD J. CAPLAN | | ADDRESS ON FILE | | | | | | |
| MR. HOWARD J. SACKS | | ADDRESS ON FILE | | | | | | |
| MR. HOWARD KRAMER | | ADDRESS ON FILE | | | | | | |
| MR. HOWARD LIEBOFF | | ADDRESS ON FILE | | | | | | |
| MR. HOYT EMMONS | | ADDRESS ON FILE | | | | | | |
| MR. HRATCH BABIKIAN 1983 | | ADDRESS ON FILE | | | | | | |
| MR. HUGH D. SCOTT | | ADDRESS ON FILE | | | | | | |
| MR. HUGH M. PURCELL, JR. 1952 | | ADDRESS ON FILE | | | | | | |
| MR. HUGO SANCHEZ | | ADDRESS ON FILE | | | | | | |
| MR. I. M. COSLOV | | ADDRESS ON FILE | | | | | | |
| MR. IAN BOHORQUEZ | | ADDRESS ON FILE | | | | | | |
| MR. IAN FROMAN | | ADDRESS ON FILE | | | | | | |
| MR. ILSE VIEHWEGER | | ADDRESS ON FILE | | | | | | |
| MR. IMRI J. MERRITT 2003 | | ADDRESS ON FILE | | | | | | |
| MR. IRA BRIND | | ADDRESS ON FILE | | | | | | |
| MR. ISAAC J. RUTH 2012 | | ADDRESS ON FILE | | | | | | |
| MR. IVAN GURAL | | ADDRESS ON FILE | | | | | | |
| MR. IVAN M. POPKIN | | ADDRESS ON FILE | | | | | | |
| MR. JACK BLISS 1959 | | ADDRESS ON FILE | | | | | | |
| MR. JACK HURDES 1977 | | ADDRESS ON FILE | | | | | | |
| MR. JACK I. WEAVER 1946 | | ADDRESS ON FILE | | | | | | |
| MR. JACK LINDGASTER | | ADDRESS ON FILE | | | | | | |
| MR. JACK POLSENBERG | | ADDRESS ON FILE | | | | | | |
| MR. JACK WILLIS | | ADDRESS ON FILE | | | | | | |
| MR. JACOB GRUBER | | ADDRESS ON FILE | | | | | | |
| MR. JACOB P. SOMMERS 2013 | | ADDRESS ON FILE | | | | | | |
| MR. JACOB SCHULZ | | ADDRESS ON FILE | | | | | | |
| MR. JAIME A. HERRERA 2008 | | ADDRESS ON FILE | | | | | | |
| MR. JAIME SALM 2001 | | ADDRESS ON FILE | | | | | | |
| MR. JAKE P. GARRISON | | ADDRESS ON FILE | | | | | | |
| MR. JAMAL T. ABRAMS | | ADDRESS ON FILE | | | | | | |
| MR. JAMES A. CAPUTO | | ADDRESS ON FILE | | | | | | |
| MR. JAMES A. GODORECCI | | ADDRESS ON FILE | | | | | | |
| MR. JAMES A. MAHONEY, JR. 1958 | | ADDRESS ON FILE | | | | | | |
| MR. JAMES B. FLYNN 2010 | | ADDRESS ON FILE | | | | | | |
| MR. JAMES B. JORDAN 1962 | | ADDRESS ON FILE | | | | | | |
| MR. JAMES BACON 2009 | | ADDRESS ON FILE | | | | | | |
| MR. JAMES BATTLE | | ADDRESS ON FILE | | | | | | |
| MR. JAMES BLUMENSTOCK | | ADDRESS ON FILE | | | | | | |
| MR. JAMES BYRD | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. JAMES C. KILIK | | ADDRESS ON FILE | | | | | | |
| MR. JAMES CAVUNIS | | ADDRESS ON FILE | | | | | | |
| MR. JAMES D. HOWEY | | ADDRESS ON FILE | | | | | | |
| MR. JAMES D. MAKINS 1968 | | ADDRESS ON FILE | | | | | | |
| MR. JAMES D. MAST | | ADDRESS ON FILE | | | | | | |
| MR. JAMES DIMAURO | | ADDRESS ON FILE | | | | | | |
| MR. JAMES DODDY 1969 | | ADDRESS ON FILE | | | | | | |
| MR. JAMES E. GEHRINGER | | ADDRESS ON FILE | | | | | | |
| MR. JAMES E. JONES 1960 | | ADDRESS ON FILE | | | | | | |
| MR. JAMES E. MCCRONE | | ADDRESS ON FILE | | | | | | |
| MR. JAMES E. THOMAS 1963 | | ADDRESS ON FILE | | | | | | |
| MR. JAMES EISEMAN, JR. | | ADDRESS ON FILE | | | | | | |
| MR. JAMES ENGELBART 1995 | | ADDRESS ON FILE | | | | | | |
| MR. JAMES F. BEACH | | ADDRESS ON FILE | | | | | | |
| MR. JAMES F. NORTH | | ADDRESS ON FILE | | | | | | |
| MR. JAMES G. FULTON, JR. 1972 | | ADDRESS ON FILE | | | | | | |
| MR. JAMES G. MALLOY 1978 | | ADDRESS ON FILE | | | | | | |
| MR. JAMES G. STEVENS 1996 | | ADDRESS ON FILE | | | | | | |
| MR. JAMES GRYBOWSKI | | ADDRESS ON FILE | | | | | | |
| MR. JAMES H. BROMLEY | | ADDRESS ON FILE | | | | | | |
| MR. JAMES H. PEPE | | ADDRESS ON FILE | | | | | | |
| MR. JAMES J. DOTZMAN | | ADDRESS ON FILE | | | | | | |
| MR. JAMES J. DOUGHERTY | | ADDRESS ON FILE | | | | | | |
| MR. JAMES J. MCATEE | | ADDRESS ON FILE | | | | | | |
| MR. JAMES J. ONEILL | | ADDRESS ON FILE | | | | | | |
| MR. JAMES K. GOODWIN | | ADDRESS ON FILE | | | | | | |
| MR. JAMES KOBAK | | ADDRESS ON FILE | | | | | | |
| MR. JAMES KORSH | | ADDRESS ON FILE | | | | | | |
| MR. JAMES L. ABRAMSON | | ADDRESS ON FILE | | | | | | |
| MR. JAMES L. BURROUGH | | ADDRESS ON FILE | | | | | | |
| MR. JAMES MARCHISELLO, JR. | | ADDRESS ON FILE | | | | | | |
| MR. JAMES MIGLIORI | | ADDRESS ON FILE | | | | | | |
| MR. JAMES P. COSTELLO | | ADDRESS ON FILE | | | | | | |
| MR. JAMES P. COWEN 2001 | | ADDRESS ON FILE | | | | | | |
| MR. JAMES P. OMALLEY 1984 | | ADDRESS ON FILE | | | | | | |
| MR. JAMES P. VAIL | | ADDRESS ON FILE | | | | | | |
| MR. JAMES P. VESEY, C.P.A. | | ADDRESS ON FILE | | | | | | |
| MR. JAMES PENZA | | ADDRESS ON FILE | | | | | | |
| MR. JAMES PICKETT | | ADDRESS ON FILE | | | | | | |
| MR. JAMES QUAILE | | ADDRESS ON FILE | | | | | | |
| MR. JAMES R. LANDGRAF | | ADDRESS ON FILE | | | | | | |
| MR. JAMES ROE | | ADDRESS ON FILE | | | | | | |
| MR. JAMES ROWE 1987 | | ADDRESS ON FILE | | | | | | |
| MR. JAMES STRATTON | | ADDRESS ON FILE | | | | | | |
| MR. JAMES TOPPER | | ADDRESS ON FILE | | | | | | |
| MR. JAMES V. PRICE | | ADDRESS ON FILE | | | | | | |
| MR. JAMES W. CUMMINGS | | ADDRESS ON FILE | | | | | | |
| MR. JAMES W. PAQUET | | ADDRESS ON FILE | | | | | | |
| MR. JAMES WELLS | | ADDRESS ON FILE | | | | | | |
| MR. JAMES YARMIE | | ADDRESS ON FILE | | | | | | |
| MR. JAMIL A. MANGAN 2002 | | ADDRESS ON FILE | | | | | | |
| MR. JAN C. ALMQUIST 1981 | | ADDRESS ON FILE | | | | | | |
| MR. JARED LOFTUS | | ADDRESS ON FILE | | | | | | |
| MR. JASON ANDERSON | | ADDRESS ON FILE | | | | | | |
| MR. JASON CEVERA 2005 | | ADDRESS ON FILE | | | | | | |
| MR. JASON CHUONG 2008 | | ADDRESS ON FILE | | | | | | |
| MR. JASON CULLEN | | ADDRESS ON FILE | | | | | | |
| MR. JASON KNOUFT | | ADDRESS ON FILE | | | | | | |
| MR. JASON ROBINSON 1992 | | ADDRESS ON FILE | | | | | | |
| MR. JAY J. BOWDEN, III 1990 | | ADDRESS ON FILE | | | | | | |
| MR. JAY K. SNYDERMAN | | ADDRESS ON FILE | | | | | | |
| MR. JAY THOMAS | | ADDRESS ON FILE | | | | | | |
| MR. JEFF CARPENTER | | ADDRESS ON FILE | | | | | | |
| MR. JEFF EINHORN | | ADDRESS ON FILE | | | | | | |
| MR. JEFF HAYWARD | | ADDRESS ON FILE | | | | | | |
| MR. JEFF M. CARMI 2008 | | ADDRESS ON FILE | | | | | | |
| MR. JEFF TUJETSCH | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY A. LUTSKY | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. JEFFREY BEACHELL | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY C. RYDER | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY COOPER | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY CREWE | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY D. PETTY 1964 | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY E. GOULD 1988 | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY H. BIRNBAUM | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY HONICKMAN | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY J. HECKEL | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY KRAMER | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY M. DARROHN 1983 | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY P. ORLEANS | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY ROTWITT | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY S. BERENBAUM | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY S. ENSSLEN 1989 | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY S. THOMAS 1969 | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY VERNAM | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY WESTPHAL | | ADDRESS ON FILE | | | | | | |
| MR. JEFFREY ZARNOCH 1984 | | ADDRESS ON FILE | | | | | | |
| MR. JERALD BROWNSTEIN | | ADDRESS ON FILE | | | | | | |
| MR. JEREMY C. LARDIERI 2007 | | ADDRESS ON FILE | | | | | | |
| MR. JEREMY HEYMSFELD | | ADDRESS ON FILE | | | | | | |
| MR. JEREMY J. GRENHART 2003 | | ADDRESS ON FILE | | | | | | |
| MR. JEREMY LYAUTEY | | ADDRESS ON FILE | | | | | | |
| MR. JEROME CLOUD 1978 | | ADDRESS ON FILE | | | | | | |
| MR. JEROME KAPLAN, ESQ. | | ADDRESS ON FILE | | | | | | |
| MR. JEROME KELLNER | | ADDRESS ON FILE | | | | | | |
| MR. JEROME KURTZ | | ADDRESS ON FILE | | | | | | |
| MR. JEROME MANDEL | | ADDRESS ON FILE | | | | | | |
| MR. JEROME P. MULHERN 1980 | | ADDRESS ON FILE | | | | | | |
| MR. JEROME ROBBINS | | ADDRESS ON FILE | | | | | | |
| MR. JERROLD ELKINS 1967 | | ADDRESS ON FILE | | | | | | |
| MR. JERRY ALTEN 1955 | | ADDRESS ON FILE | | | | | | |
| MR. JERRY BUCKLEY | | ADDRESS ON FILE | | | | | | |
| MR. JERRY L. KUYPER | | ADDRESS ON FILE | | | | | | |
| MR. JERRY S. ABRAMS 1973 | | ADDRESS ON FILE | | | | | | |
| MR. JESS A. WEINER | | ADDRESS ON FILE | | | | | | |
| MR. JIM M. KRAUS | | ADDRESS ON FILE | | | | | | |
| MR. JIMMY BRUNO | | ADDRESS ON FILE | | | | | | |
| MR. JIRI SEGER 2004 | | ADDRESS ON FILE | | | | | | |
| MR. JOE A. FELICETTI | | ADDRESS ON FILE | | | | | | |
| MR. JOE MARRELLA | | ADDRESS ON FILE | | | | | | |
| MR. JOE MOONEY | | ADDRESS ON FILE | | | | | | |
| MR. JOE STEWART 1976 | | ADDRESS ON FILE | | | | | | |
| MR. JOE ZINK | | ADDRESS ON FILE | | | | | | |
| MR. JOEL BAKER-FELTY | | ADDRESS ON FILE | | | | | | |
| MR. JOEL E. REALBERG | | ADDRESS ON FILE | | | | | | |
| MR. JOEL KATZ | | ADDRESS ON FILE | | | | | | |
| MR. JOHN & LEONE YERKES | | ADDRESS ON FILE | | | | | | |
| MR. JOHN A. DVI-VARDHANA 1993 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN A. HUBER | | ADDRESS ON FILE | | | | | | |
| MR. JOHN A. JESURUN 1972 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN A. KRYNICK 1980 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN A. ROSS 2017 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN A. SMITH | | ADDRESS ON FILE | | | | | | |
| MR. JOHN ANDREACIO | | ADDRESS ON FILE | | | | | | |
| MR. JOHN AUSTIN | | ADDRESS ON FILE | | | | | | |
| MR. JOHN BASTIAN 1984 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN BIANCHI | | ADDRESS ON FILE | | | | | | |
| MR. JOHN BLANKE, III | | ADDRESS ON FILE | | | | | | |
| MR. JOHN BORGES 1965 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN C. BYTHROW 1953 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN C. KENNEDY 1978 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN C. OBERG | | ADDRESS ON FILE | | | | | | |
| MR. JOHN C. WARE 1988 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN CRAYTON | | ADDRESS ON FILE | | | | | | |
| MR. JOHN D. SIMON, JR. 1982 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN DERHAM | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. JOHN DEWITT | | ADDRESS ON FILE | | | | | | |
| MR. JOHN DOYLE | | ADDRESS ON FILE | | | | | | |
| MR. JOHN E. CONNOLLY 1988 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN E. OLLMAN 1967 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN F. BOSIO 1989 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN F. FLANAGAN | | ADDRESS ON FILE | | | | | | |
| MR. JOHN F. NEBESNEY 1963 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN F. TROXELL, JR. 1971 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN FINLEY | | ADDRESS ON FILE | | | | | | |
| MR. JOHN FRIEL | | ADDRESS ON FILE | | | | | | |
| MR. JOHN G. DELOOF | | ADDRESS ON FILE | | | | | | |
| MR. JOHN G. ESPOSITO | | ADDRESS ON FILE | | | | | | |
| MR. JOHN G. FINK | | ADDRESS ON FILE | | | | | | |
| MR. JOHN G. GIST 1961 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN G. KRUPPA 1979 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN G. MCKERNAN 2010 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN GROTHUSEN | | ADDRESS ON FILE | | | | | | |
| MR. JOHN H. DAVIES | | ADDRESS ON FILE | | | | | | |
| MR. JOHN H. DONALDSON | | ADDRESS ON FILE | | | | | | |
| MR. JOHN H. MCFADDEN | | ADDRESS ON FILE | | | | | | |
| MR. JOHN HARE | | ADDRESS ON FILE | | | | | | |
| MR. JOHN J. BURNS 1993 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN J. CARLANO 1978 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN J. COLL, JR. | | ADDRESS ON FILE | | | | | | |
| MR. JOHN J. FILIZZOLA 2004 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN J. HUBBARD 1961 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN J. HULKA | | ADDRESS ON FILE | | | | | | |
| MR. JOHN J. KORMANSKI 1979 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN J. MCTAGUE | | ADDRESS ON FILE | | | | | | |
| MR. JOHN J. MOKE, JR. | | ADDRESS ON FILE | | | | | | |
| MR. JOHN J. RENDZIA, JR. 1986 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN J. SANDONE | | ADDRESS ON FILE | | | | | | |
| MR. JOHN J. VAN DER WATER 1964 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN JONES | | ADDRESS ON FILE | | | | | | |
| MR. JOHN K. BINSWANGER | | ADDRESS ON FILE | | | | | | |
| MR. JOHN KIRBY | | ADDRESS ON FILE | | | | | | |
| MR. JOHN L. CHINNERY 1985 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN LANGEL | | ADDRESS ON FILE | | | | | | |
| MR. JOHN MANZONI | | ADDRESS ON FILE | | | | | | |
| MR. JOHN MCCUSKER | | ADDRESS ON FILE | | | | | | |
| MR. JOHN MEICHT | | ADDRESS ON FILE | | | | | | |
| MR. JOHN NICOLL-SENFT | | ADDRESS ON FILE | | | | | | |
| MR. JOHN P. FORRESTEL, JR. 1981 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN P. SHACOCHIS | | ADDRESS ON FILE | | | | | | |
| MR. JOHN P. TALBOT | | ADDRESS ON FILE | | | | | | |
| MR. JOHN PFAHL | | ADDRESS ON FILE | | | | | | |
| MR. JOHN POGLINCO | | ADDRESS ON FILE | | | | | | |
| MR. JOHN R. FARINA | | ADDRESS ON FILE | | | | | | |
| MR. JOHN R. FROCK | | ADDRESS ON FILE | | | | | | |
| MR. JOHN R. LEONE | | ADDRESS ON FILE | | | | | | |
| MR. JOHN R. MCGAHEY 1965 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN R. NOONAN | | ADDRESS ON FILE | | | | | | |
| MR. JOHN R. SEBASTIAN 1963 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN R. UROFSKY | | ADDRESS ON FILE | | | | | | |
| MR. JOHN S. LEVIS 1980 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN S. MIDDLETON | | ADDRESS ON FILE | | | | | | |
| MR. JOHN SKIDMORE 1985 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN SLIVINSKI | | ADDRESS ON FILE | | | | | | |
| MR. JOHN STACHNIK | | ADDRESS ON FILE | | | | | | |
| MR. JOHN T. CORRADO | | ADDRESS ON FILE | | | | | | |
| MR. JOHN T. COULTER | | ADDRESS ON FILE | | | | | | |
| MR. JOHN T. CULLEN | | ADDRESS ON FILE | | | | | | |
| MR. JOHN T. EBY | | ADDRESS ON FILE | | | | | | |
| MR. JOHN T. WELSH, III 2005 | | ADDRESS ON FILE | | | | | | |
| MR. JOHN THOMPKINS | | ADDRESS ON FILE | | | | | | |
| MR. JOHN WOODIN | | ADDRESS ON FILE | | | | | | |
| MR. JOHN ZUCCARINI 1970 | | ADDRESS ON FILE | | | | | | |
| MR. JOHNNIE HOBBS | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. JOHNNY IRIZARRY 1983 | | ADDRESS ON FILE | | | | | | |
| MR. JON E. RIIS | | ADDRESS ON FILE | | | | | | |
| MR. JON G. LUTTER 1957 | | ADDRESS ON FILE | | | | | | |
| MR. JONATHAN BASSMAN | | ADDRESS ON FILE | | | | | | |
| MR. JONATHAN BRAMS | | ADDRESS ON FILE | | | | | | |
| MR. JONATHAN D. REINFURT 2002 | | ADDRESS ON FILE | | | | | | |
| MR. JONATHAN FINEBERG | | ADDRESS ON FILE | | | | | | |
| MR. JONATHAN M. ELLIS 1982 | | ADDRESS ON FILE | | | | | | |
| MR. JONATHAN R. BALLARD | | ADDRESS ON FILE | | | | | | |
| MR. JONATHAN R. BARKAT 1994 | | ADDRESS ON FILE | | | | | | |
| MR. JONATHON FRANCIS | | ADDRESS ON FILE | | | | | | |
| MR. JONNY R. SHAW 1989 | | ADDRESS ON FILE | | | | | | |
| MR. JORDAN A. ROCKFORD 2000 | | ADDRESS ON FILE | | | | | | |
| MR. JORDAN BEIL | | ADDRESS ON FILE | | | | | | |
| MR. JOSE CLAUDIO 1983 | | ADDRESS ON FILE | | | | | | |
| MR. JOSE RODRIGUEZ | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH A. CAPUTO | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH A. CHIARO, JR. | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH A. DANGELO | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH A. DOUGHERTY, JR. 1984 | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH A. NICHOLSON, A.I.A. 1971 | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH ACCETTA 1982 | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH B. JULIAN | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH B. TOBENS 2003 | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH BOBROWICZ | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH BOLES, JR. | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH D. JACKSON | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH DICARO | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH G. SEIDMAN | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH GILBERG | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH H. BURKE | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH H. WEISS | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH HOGAN | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH J. BENDINGER | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH J. BURKE | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH J. VETTORI 1978 | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH J. ZIEMBA | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH L. DACREMA 2005 | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH L. SANTORO 1974 | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH L. WENRICH 2007 | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH LOIACONO, JR. | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH M. DIRAGO, JR. 1962 | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH M. KRAMER 1947 | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH M. MANKO | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH M. ONEILL | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH M. SMITH | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH P. KEARNS | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH P. NIDOH | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH P. OBRIEN | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH P. WALSH | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH R. DIDOMENICO 1993 | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH R. SOPRANI 1972 | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH RISHEL | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH ROTELLA 1970 | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH ROTH | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH T. FALLON, JR. 1974 | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH T. QUAILE | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH W. DEVINE | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH W. OBRIEN | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH W. RAPONE 1978 | | ADDRESS ON FILE | | | | | | |
| MR. JOSEPH WAKS | | ADDRESS ON FILE | | | | | | |
| MR. JOSH E. LEVITAS 2000 | | ADDRESS ON FILE | | | | | | |
| MR. JOSHUA A. BANKES 2001 | | ADDRESS ON FILE | | | | | | |
| MR. JOSHUA J. MCKIBBIN 2007 | | ADDRESS ON FILE | | | | | | |
| MR. JP BEATTIE 2010 | | ADDRESS ON FILE | | | | | | |
| MR. JUDSON A. AARON 1981 | | ADDRESS ON FILE | | | | | | |
| MR. JUSTIN A. MITCHELL 2001 | | ADDRESS ON FILE | | | | | | |
| MR. JUSTIN D. PEKERA 2002 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. JUSTIN E. JAIN 2004 | | ADDRESS ON FILE | | | | | | |
| MR. JUSTIN FORGET | | ADDRESS ON FILE | | | | | | |
| MR. JUSTIN LUJAN | | ADDRESS ON FILE | | | | | | |
| MR. JUSTIN R. PETERS 1991 | | ADDRESS ON FILE | | | | | | |
| MR. KA MAN CHEUNG | | ADDRESS ON FILE | | | | | | |
| MR. KAL RUDMAN | | ADDRESS ON FILE | | | | | | |
| MR. KARL CLOUTING 1984 | | ADDRESS ON FILE | | | | | | |
| MR. KARL E. CARTER 1986 | | ADDRESS ON FILE | | | | | | |
| MR. KARL G. KOSLOWSKI 1963 | | ADDRESS ON FILE | | | | | | |
| MR. KARL STAVEN | | ADDRESS ON FILE | | | | | | |
| MR. KARL V. WESTMAN 1977 | | ADDRESS ON FILE | | | | | | |
| MR. KEITH A. SPAAR 1986 | | ADDRESS ON FILE | | | | | | |
| MR. KEITH B. FRED 1977 | | ADDRESS ON FILE | | | | | | |
| MR. KEITH GODARD | | ADDRESS ON FILE | | | | | | |
| MR. KEITH H. WATANABE 2002 | | ADDRESS ON FILE | | | | | | |
| MR. KEITH HODGSON | | ADDRESS ON FILE | | | | | | |
| MR. KEITH J. THOMPSON 2002 | | ADDRESS ON FILE | | | | | | |
| MR. KEITH N. KERMIZIAN | | ADDRESS ON FILE | | | | | | |
| MR. KELLY D. BRYAN 1976 | | ADDRESS ON FILE | | | | | | |
| MR. KEN BURK 1980 | | ADDRESS ON FILE | | | | | | |
| MR. KENNETH BODZIOCH | | ADDRESS ON FILE | | | | | | |
| MR. KENNETH C. OHLBAUM 1963 | | ADDRESS ON FILE | | | | | | |
| MR. KENNETH C. WILSEY, JR. 1978 | | ADDRESS ON FILE | | | | | | |
| MR. KENNETH D. CARBONE 1973 | | ADDRESS ON FILE | | | | | | |
| MR. KENNETH G. DALEY 1963 | | ADDRESS ON FILE | | | | | | |
| MR. KENNETH GOLDENBERG | | ADDRESS ON FILE | | | | | | |
| MR. KENNETH HANSON | | ADDRESS ON FILE | | | | | | |
| MR. KENNETH HIEBERT | | ADDRESS ON FILE | | | | | | |
| MR. KENNETH J. YANOVIAK | | ADDRESS ON FILE | | | | | | |
| MR. KENNETH LEWIS | | ADDRESS ON FILE | | | | | | |
| MR. KENNETH LLOYD | | ADDRESS ON FILE | | | | | | |
| MR. KENNETH M. BIEBER | | ADDRESS ON FILE | | | | | | |
| MR. KENNETH P. BALIN | | ADDRESS ON FILE | | | | | | |
| MR. KENNETH PLAGEMAN | | ADDRESS ON FILE | | | | | | |
| MR. KENNETH WONG | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN B. KORN 2007 | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN B. MURPHY | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN BLUM | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN CARROLL | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN F. DONOHOE | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN GILLESPIE | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN GRIESE | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN J. COOPER | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN J. LYONS | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN J. NICHOLAS 2000 | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN J. QUINN 1973 | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN KENNEDY | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN LISEWSKI | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN LUONG 2005 | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN MACCONNELL | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN MCCANDLESS | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN MCMILLAN | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN MERINSKY | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN P. BRENNAN | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN P. RAY | | ADDRESS ON FILE | | | | | | |
| MR. KEVIN R. WRIGHT 2012 | | ADDRESS ON FILE | | | | | | |
| MR. KHYBER C. JONES 2011 | | ADDRESS ON FILE | | | | | | |
| MR. KIKAU ALVARO | | ADDRESS ON FILE | | | | | | |
| MR. KIRK MAZZEO 2003 | | ADDRESS ON FILE | | | | | | |
| MR. KLAUS ABENDROTH | | ADDRESS ON FILE | | | | | | |
| MR. KURT M. SCHANBACHER | | ADDRESS ON FILE | | | | | | |
| MR. KURT M. SOUKUP | | ADDRESS ON FILE | | | | | | |
| MR. KYLE SKRINAK 1984 | | ADDRESS ON FILE | | | | | | |
| MR. LAMMERT B. EDZAENGA | | ADDRESS ON FILE | | | | | | |
| MR. LANCE KENNEY | | ADDRESS ON FILE | | | | | | |
| MR. LARRY CHIRLIN | | ADDRESS ON FILE | | | | | | |
| MR. LARRY J. DONAHUE 1975 | | ADDRESS ON FILE | | | | | | |
| MR. LARRY ROBIN | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. LARRY ROTH | | ADDRESS ON FILE | | | | | | |
| MR. LARRY S. KRAMER | | ADDRESS ON FILE | | | | | | |
| MR. LARRY S. REICHLIN | | ADDRESS ON FILE | | | | | | |
| MR. LARRY SLESINGER | | ADDRESS ON FILE | | | | | | |
| MR. LARRY WILSON | | ADDRESS ON FILE | | | | | | |
| MR. LAURENCE BACH 1969 | | ADDRESS ON FILE | | | | | | |
| MR. LAURENCE KATZ | | ADDRESS ON FILE | | | | | | |
| MR. LAVONNE E. STRAND 1989 | | ADDRESS ON FILE | | | | | | |
| MR. LAWRENCE A. FOSTER | | ADDRESS ON FILE | | | | | | |
| MR. LAWRENCE CALLAWAY | | ADDRESS ON FILE | | | | | | |
| MR. LAWRENCE F. MAGID | | ADDRESS ON FILE | | | | | | |
| MR. LAWRENCE LUDWIG | | ADDRESS ON FILE | | | | | | |
| MR. LAWRENCE TOLLIVER | | ADDRESS ON FILE | | | | | | |
| MR. LEE SANDERSON | | ADDRESS ON FILE | | | | | | |
| MR. LEE SEELIG | | ADDRESS ON FILE | | | | | | |
| MR. LEE SHUGHART | | ADDRESS ON FILE | | | | | | |
| MR. LEO WEISZ 1933 | | ADDRESS ON FILE | | | | | | |
| MR. LEON A. ZMROCZEK | | ADDRESS ON FILE | | | | | | |
| MR. LEON H. SPEROW | | ADDRESS ON FILE | | | | | | |
| MR. LEON L. RONES | | ADDRESS ON FILE | | | | | | |
| MR. LEON ROWE | | ADDRESS ON FILE | | | | | | |
| MR. LEON TRZASKAWKA 2027 | | ADDRESS ON FILE | | | | | | |
| MR. LEONARD CICCOTELLO | | ADDRESS ON FILE | | | | | | |
| MR. LEONARD D. FURMAN | | ADDRESS ON FILE | | | | | | |
| MR. LEONARD EVELEV | | ADDRESS ON FILE | | | | | | |
| MR. LEONARD I. KORMAN | | ADDRESS ON FILE | | | | | | |
| MR. LEONARD LANIVICH 1970 | | ADDRESS ON FILE | | | | | | |
| MR. LEONARD LIPKIN | | ADDRESS ON FILE | | | | | | |
| MR. LEONARD ROSENFELD | | ADDRESS ON FILE | | | | | | |
| MR. LEONARD SHORE | | ADDRESS ON FILE | | | | | | |
| MR. LEONARD STRAUSE | | ADDRESS ON FILE | | | | | | |
| MR. LEONARDO C. GONZALES, II 1993 | | ADDRESS ON FILE | | | | | | |
| MR. LERIUS LOUISSAINT | | ADDRESS ON FILE | | | | | | |
| MR. LESTER ROSENFELD | | ADDRESS ON FILE | | | | | | |
| MR. LEW EPSTEIN | | ADDRESS ON FILE | | | | | | |
| MR. LEWIS C. PELL | | ADDRESS ON FILE | | | | | | |
| MR. LEWIS CHAPMAN | | ADDRESS ON FILE | | | | | | |
| MR. LEWIS H. TRAVER | | ADDRESS ON FILE | | | | | | |
| MR. LEWIS KEPPOL | | ADDRESS ON FILE | | | | | | |
| MR. LEWIS M. EPSTEIN 1976 | | ADDRESS ON FILE | | | | | | |
| MR. LEWIS SILVER | | ADDRESS ON FILE | | | | | | |
| MR. LONNIE PETERSHEIM | | ADDRESS ON FILE | | | | | | |
| MR. LOUIS BLUVER | | ADDRESS ON FILE | | | | | | |
| MR. LOUIS BROAD | | ADDRESS ON FILE | | | | | | |
| MR. LOUIS C. MARTINO, JR. 1952 | | ADDRESS ON FILE | | | | | | |
| MR. LOUIS KUNTZ | | ADDRESS ON FILE | | | | | | |
| MR. LOUIS M. MARINARO 1974 | | ADDRESS ON FILE | | | | | | |
| MR. LOUIS M. RICCIO 1961 | | ADDRESS ON FILE | | | | | | |
| MR. LOUIS MAURER | | ADDRESS ON FILE | | | | | | |
| MR. LOUIS P. BERNEMAN | | ADDRESS ON FILE | | | | | | |
| MR. LOUIS P. DAMORE | | ADDRESS ON FILE | | | | | | |
| MR. LOUIS R. MARRANI 1963 | | ADDRESS ON FILE | | | | | | |
| MR. LOUIS ROGNONI, III | | ADDRESS ON FILE | | | | | | |
| MR. LOWELL J. BOSTON 1988 | | ADDRESS ON FILE | | | | | | |
| MR. LOWELL MORGEN | | ADDRESS ON FILE | | | | | | |
| MR. LUIGI BOGNI | | ADDRESS ON FILE | | | | | | |
| MR. LUIS CASTANEDA | | ADDRESS ON FILE | | | | | | |
| MR. LUIS M. DUARTE 1992 | | ADDRESS ON FILE | | | | | | |
| MR. LUIS MELO | | ADDRESS ON FILE | | | | | | |
| MR. MALCOLM L. LAZIN | | ADDRESS ON FILE | | | | | | |
| MR. MANNY D. POKOTILOW | | ADDRESS ON FILE | | | | | | |
| MR. MANUEL FERNANDEZ | | ADDRESS ON FILE | | | | | | |
| MR. MARC A. WILLIAMS 1977 | | ADDRESS ON FILE | | | | | | |
| MR. MARC BARNETT 1968 | | ADDRESS ON FILE | | | | | | |
| MR. MARC CROUSILLAT 2013 | | ADDRESS ON FILE | | | | | | |
| MR. MARC FERTIK | | ADDRESS ON FILE | | | | | | |
| MR. MARC G. CANNON 2008 | | ADDRESS ON FILE | | | | | | |
| MR. MARC GRAINER | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. MARC J. DICCIANI 1975 | | ADDRESS ON FILE | | | | | | |
| MR. MARC S. LEVITT 1996 | | ADDRESS ON FILE | | | | | | |
| MR. MARCELINO STUHMER | | ADDRESS ON FILE | | | | | | |
| MR. MARCELLO A. LUZI | | ADDRESS ON FILE | | | | | | |
| MR. MARCO NOCELLA | | ADDRESS ON FILE | | | | | | |
| MR. MARDIG BOYADJIAN | | ADDRESS ON FILE | | | | | | |
| MR. MARIO PELUSO | | ADDRESS ON FILE | | | | | | |
| MR. MARIO RUGERIO | | ADDRESS ON FILE | | | | | | |
| MR. MARK A. DONNOLO 1985 | | ADDRESS ON FILE | | | | | | |
| MR. MARK A. JAMES 1987 | | ADDRESS ON FILE | | | | | | |
| MR. MARK A. MUROWANY | | ADDRESS ON FILE | | | | | | |
| MR. MARK A. ROMERO 2012 | | ADDRESS ON FILE | | | | | | |
| MR. MARK D. SYLVESTER 1987 | | ADDRESS ON FILE | | | | | | |
| MR. MARK E. HENION 1979 | | ADDRESS ON FILE | | | | | | |
| MR. MARK F. ANDREW | | ADDRESS ON FILE | | | | | | |
| MR. MARK F. CANTWELL | | ADDRESS ON FILE | | | | | | |
| MR. MARK F. CASERTA 2010 | | ADDRESS ON FILE | | | | | | |
| MR. MARK GARGIULO 1985 | | ADDRESS ON FILE | | | | | | |
| MR. MARK GOLDSTEIN 1960 | | ADDRESS ON FILE | | | | | | |
| MR. MARK J. MURPHY 1979 | | ADDRESS ON FILE | | | | | | |
| MR. MARK J. TOCCHET | | ADDRESS ON FILE | | | | | | |
| MR. MARK KASPER | | ADDRESS ON FILE | | | | | | |
| MR. MARK L. SCHNAPPER | | ADDRESS ON FILE | | | | | | |
| MR. MARK LANGFORD | | ADDRESS ON FILE | | | | | | |
| MR. MARK LYNDERS | | ADDRESS ON FILE | | | | | | |
| MR. MARK MCCALLUM | | ADDRESS ON FILE | | | | | | |
| MR. MARK MCGONIGLE | | ADDRESS ON FILE | | | | | | |
| MR. MARK MONACELLI | | ADDRESS ON FILE | | | | | | |
| MR. MARK MONTAGUE | | ADDRESS ON FILE | | | | | | |
| MR. MARK MORRIS | | ADDRESS ON FILE | | | | | | |
| MR. MARK NEWPORT | | ADDRESS ON FILE | | | | | | |
| MR. MARK PAUL | | ADDRESS ON FILE | | | | | | |
| MR. MARK RISING | | ADDRESS ON FILE | | | | | | |
| MR. MARK S. COOPERSTEIN 1979 | | ADDRESS ON FILE | | | | | | |
| MR. MARK SPILLER | | ADDRESS ON FILE | | | | | | |
| MR. MARK STECKEL | | ADDRESS ON FILE | | | | | | |
| MR. MARK T. WANGBERG 1999 | | ADDRESS ON FILE | | | | | | |
| MR. MARK W. HASTINGS 1981 | | ADDRESS ON FILE | | | | | | |
| MR. MARK W. REIFSNYDER | | ADDRESS ON FILE | | | | | | |
| MR. MARK W. ZABEL | | ADDRESS ON FILE | | | | | | |
| MR. MARK WEINBERG | | ADDRESS ON FILE | | | | | | |
| MR. MARK WEISS | | ADDRESS ON FILE | | | | | | |
| MR. MARSHALL HAMMER | | ADDRESS ON FILE | | | | | | |
| MR. MARSHALL J. MALTZMAN | | ADDRESS ON FILE | | | | | | |
| MR. MARTIN A. SNYDER | | ADDRESS ON FILE | | | | | | |
| MR. MARTIN COHEN | | ADDRESS ON FILE | | | | | | |
| MR. MARTIN FISHER | | ADDRESS ON FILE | | | | | | |
| MR. MARTIN J. ZELDIN | | ADDRESS ON FILE | | | | | | |
| MR. MARTIN MAGER | | ADDRESS ON FILE | | | | | | |
| MR. MARTIN RAYALA | | ADDRESS ON FILE | | | | | | |
| MR. MARTIN W. FIELD | | ADDRESS ON FILE | | | | | | |
| MR. MARVIN A. GROSS | | ADDRESS ON FILE | | | | | | |
| MR. MARVIN ALBERT | | ADDRESS ON FILE | | | | | | |
| MR. MARVIN BERMAN | | ADDRESS ON FILE | | | | | | |
| MR. MARVIN BROWN 1965 | | ADDRESS ON FILE | | | | | | |
| MR. MARVIN COMISKY, ESQ. | | ADDRESS ON FILE | | | | | | |
| MR. MARVIN D. GINSBERG | | ADDRESS ON FILE | | | | | | |
| MR. MARVIN F. MITCHNECK 1951 | | ADDRESS ON FILE | | | | | | |
| MR. MARVIN FINK | | ADDRESS ON FILE | | | | | | |
| MR. MARVIN GREENBAUM | | ADDRESS ON FILE | | | | | | |
| MR. MARVIN H. FISHER | | ADDRESS ON FILE | | | | | | |
| MR. MARVIN LEVIN | | ADDRESS ON FILE | | | | | | |
| MR. MARVIN WERMAN | | ADDRESS ON FILE | | | | | | |
| MR. MARY GRAHAM | | ADDRESS ON FILE | | | | | | |
| MR. MATHEW E. BUONOMANO | | ADDRESS ON FILE | | | | | | |
| MR. MATHEW MELTZER | | ADDRESS ON FILE | | | | | | |
| MR. MATT CIEPLINSKI | | ADDRESS ON FILE | | | | | | |
| MR. MATT CURTIUS | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. MATTHEW ALLEN | | ADDRESS ON FILE | | | | | | |
| MR. MATTHEW BENNETT 1961 | | ADDRESS ON FILE | | | | | | |
| MR. MATTHEW D. MARHEFKA 1970 | | ADDRESS ON FILE | | | | | | |
| MR. MATTHEW E. HLUBNY 1999 | | ADDRESS ON FILE | | | | | | |
| MR. MATTHEW H. LIDDLE 1991 | | ADDRESS ON FILE | | | | | | |
| MR. MATTHEW H. VARRATO 2002 | | ADDRESS ON FILE | | | | | | |
| MR. MATTHEW J. CUNNIFF 1965 | | ADDRESS ON FILE | | | | | | |
| MR. MATTHEW JACKS 1986 | | ADDRESS ON FILE | | | | | | |
| MR. MATTHEW M. GALLAGHER 2001 | | ADDRESS ON FILE | | | | | | |
| MR. MATTHEW N. COURTNEY 1984 | | ADDRESS ON FILE | | | | | | |
| MR. MATTHEW S. SCHNEIDER 2007 | | ADDRESS ON FILE | | | | | | |
| MR. MAURICE BARTIKOFSKY 1972 | | ADDRESS ON FILE | | | | | | |
| MR. MAURICE CALHOUN | | ADDRESS ON FILE | | | | | | |
| MR. MAURICE E. GREEN | | ADDRESS ON FILE | | | | | | |
| MR. MEL MARMER 1970 | | ADDRESS ON FILE | | | | | | |
| MR. MELVIN N. MILLER | | ADDRESS ON FILE | | | | | | |
| MR. MERRILL A. SPECTOR 1977 | | ADDRESS ON FILE | | | | | | |
| MR. MERVYN J. MELROSE | | ADDRESS ON FILE | | | | | | |
| MR. MICAH C. JONES 1999 | | ADDRESS ON FILE | | | | | | |
| MR. MICAH ZIMRING 1985 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL A. BIELLO 1973 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL A. GRUBER 1973 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL A. KLOPP 1998 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL A. TYSON 2011 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL A. ZACCAGNI | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL ATTIE | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL BURKE 2014 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL C. LEBLANC | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL CHARLES 1968 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL CIERVO | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL COCHRAN | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL D. CEFARATTI, JR. 1996 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL D. TRANQUILLO | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL DONDIEGO | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL E. GUINN 1966 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL FARINA | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL FINUOLI 1997 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL FIORILLO | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL G. GALAN 1976 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL G. MCFADDEN 2009 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL GUMENY | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL HOGAN | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL INTOCCIA | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL J. BARBELLA 1987 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL J. CEMPROLA 2006 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL J. FOY, IV 1997 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL J. FRAIN | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL J. FRIED | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL J. GOOCH | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL J. PACIFICO 2015 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL J. PAULLEY | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL J. SCHELLER | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL J. WARD 2005 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL K. NEWMAN 2005 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL KUNCEVICH 1945 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL KUNCIO | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL KURGANSKY 1971 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL L. COURTNEY 2001 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL L. NORRIS | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL L. TEMIN | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL MADIGAN | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL MARIE | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL MILLER | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL MIZRAHI 2014 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL MOOSLIN | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL NEFF | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL NERO | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL OBERLE | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. MICHAEL P. CINQUE 1983 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL P. HENEGHAN 2006 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL P. KEYS | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL P. LUCAS 1967 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL POSNER | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL R. CATALANO | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL R. TECOSKY | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL ROHDE | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL ROMERO | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL ROSSMAN | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL S. KENNEDY 1991 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL S. LERNER | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL S. PRENDERGAST 2006 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL S. PROTEVI | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL SEELIG | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL T. QUAILE 1980 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL WILTZ | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL WOLLMAN 1942 | | ADDRESS ON FILE | | | | | | |
| MR. MICHAEL WOODS | | ADDRESS ON FILE | | | | | | |
| MR. MIGUEL ANGEL CORZO | | ADDRESS ON FILE | | | | | | |
| MR. MIKE ROMANKIEWICZ | | ADDRESS ON FILE | | | | | | |
| MR. MIKHAIL SERGEEV | | ADDRESS ON FILE | | | | | | |
| MR. MILES E. YEUNG 2014 | | ADDRESS ON FILE | | | | | | |
| MR. MILTON ROSS | | ADDRESS ON FILE | | | | | | |
| MR. MITCHELL BENSON | | ADDRESS ON FILE | | | | | | |
| MR. MITCHELL GERBER | | ADDRESS ON FILE | | | | | | |
| MR. MITCHELL SCHWARZER | | ADDRESS ON FILE | | | | | | |
| MR. MITCHELL WEIN | | ADDRESS ON FILE | | | | | | |
| MR. MORRIS A. CHOMITZ | | ADDRESS ON FILE | | | | | | |
| MR. MORTON B. STEIN | | ADDRESS ON FILE | | | | | | |
| MR. MORTON L. SOFFER | | ADDRESS ON FILE | | | | | | |
| MR. MOSES M. RODRIGUES 2008 | | ADDRESS ON FILE | | | | | | |
| MR. MURRAY SPAIN | | ADDRESS ON FILE | | | | | | |
| MR. MYREON B. ARSLAN 1995 | | ADDRESS ON FILE | | | | | | |
| MR. MYRON R. BRODY 1965 | | ADDRESS ON FILE | | | | | | |
| MR. NATHAN ECKSTUT | | ADDRESS ON FILE | | | | | | |
| MR. NEAL M. KRUGER 1974 | | ADDRESS ON FILE | | | | | | |
| MR. NED P. IANACONE 2015 | | ADDRESS ON FILE | | | | | | |
| MR. NEIL BOROWSKY | | ADDRESS ON FILE | | | | | | |
| MR. NHIEU D. DO 2006 | | ADDRESS ON FILE | | | | | | |
| MR. NICHOLAS C. HUHN 2014 | | ADDRESS ON FILE | | | | | | |
| MR. NICHOLAS C. MONTENEGRO | | ADDRESS ON FILE | | | | | | |
| MR. NICHOLAS CARDILLO 2002 | | ADDRESS ON FILE | | | | | | |
| MR. NICHOLAS J. SPADACCINI | | ADDRESS ON FILE | | | | | | |
| MR. NICHOLAS J. WHITTAKER 2010 | | ADDRESS ON FILE | | | | | | |
| MR. NICHOLAS P. MURPHY 2007 | | ADDRESS ON FILE | | | | | | |
| MR. NICHOLAS SPADACCINI | | ADDRESS ON FILE | | | | | | |
| MR. NICK EMBREE | | ADDRESS ON FILE | | | | | | |
| MR. NICK KLINE | | ADDRESS ON FILE | | | | | | |
| MR. NICK SELCH | | ADDRESS ON FILE | | | | | | |
| MR. NIJEL C. TAYLOR 2014 | | ADDRESS ON FILE | | | | | | |
| MR. NILES LEWANDOWSKI | | ADDRESS ON FILE | | | | | | |
| MR. NOAH HERMAN | | ADDRESS ON FILE | | | | | | |
| MR. NOEL G. MILES, JR. 1962 | | ADDRESS ON FILE | | | | | | |
| MR. NORMAN C. SPRATT 1992 | | ADDRESS ON FILE | | | | | | |
| MR. NORMAN J. BRODY | | ADDRESS ON FILE | | | | | | |
| MR. NORMAN L. BARR, JR. | | ADDRESS ON FILE | | | | | | |
| MR. NORMAN MICHAELS | | ADDRESS ON FILE | | | | | | |
| MR. NORMAN SPIELBERG 1975 | | ADDRESS ON FILE | | | | | | |
| MR. NORMAN THOMASES | | ADDRESS ON FILE | | | | | | |
| MR. NORMAN TOMASES 1952 | | ADDRESS ON FILE | | | | | | |
| MR. NORMAN U. COHN | | ADDRESS ON FILE | | | | | | |
| MR. OLA CANNON 1975 | | ADDRESS ON FILE | | | | | | |
| MR. OLEG DJIMBINOV 2007 | | ADDRESS ON FILE | | | | | | |
| MR. OLIVER B. TOMLIN | | ADDRESS ON FILE | | | | | | |
| MR. OSWALDO ZACCAGNI | | ADDRESS ON FILE | | | | | | |
| MR. OSWIN B. FINDLAY | | ADDRESS ON FILE | | | | | | |
| MR. OWEN MCGOLDRICK 1983 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. P. CARPENTER DEWEY | | ADDRESS ON FILE | | | | | | |
| MR. P. RICHARD FRIEDER | | ADDRESS ON FILE | | | | | | |
| MR. PABLO BAUTISTA | | ADDRESS ON FILE | | | | | | |
| MR. PANAGIOTIS KALLINTERIS 1997 | | ADDRESS ON FILE | | | | | | |
| MR. PARRY JONES | | ADDRESS ON FILE | | | | | | |
| MR. PAT CANNING | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK A. CARLIN | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK A. DETWILER 1990 | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK A. SHIRK 1997 | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK B. HURLEY | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK CASERTA | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK DEMARCO | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK M. MCDONOUGH | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK M. MERCURI 1975 | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK MANION | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK MCDONNELL | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK MCKAY | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK R. FORTE | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK SCHARFF | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK T. CABRY 2017 | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK TYNE | | ADDRESS ON FILE | | | | | | |
| MR. PATRICK Z. GARNER 2005 | | ADDRESS ON FILE | | | | | | |
| MR. PAUL A. MARRO 2002 | | ADDRESS ON FILE | | | | | | |
| MR. PAUL ATKINS 1986 | | ADDRESS ON FILE | | | | | | |
| MR. PAUL BUCKLEY | | ADDRESS ON FILE | | | | | | |
| MR. PAUL CAHN | | ADDRESS ON FILE | | | | | | |
| MR. PAUL D. SNYDER 1966 | | ADDRESS ON FILE | | | | | | |
| MR. PAUL D. SPIKER 1979 | | ADDRESS ON FILE | | | | | | |
| MR. PAUL E. HECK | | ADDRESS ON FILE | | | | | | |
| MR. PAUL E. ROHSNER, JR., A.I.A. 1977 | | ADDRESS ON FILE | | | | | | |
| MR. PAUL EFROS | | ADDRESS ON FILE | | | | | | |
| MR. PAUL F. COLOMBO 1998 | | ADDRESS ON FILE | | | | | | |
| MR. PAUL GANSKY | | ADDRESS ON FILE | | | | | | |
| MR. PAUL H. KING 1978 | | ADDRESS ON FILE | | | | | | |
| MR. PAUL J. ANGELONI 1992 | | ADDRESS ON FILE | | | | | | |
| MR. PAUL J. EMMA 1967 | | ADDRESS ON FILE | | | | | | |
| MR. PAUL K. MILLER | | ADDRESS ON FILE | | | | | | |
| MR. PAUL M. CURCI | | ADDRESS ON FILE | | | | | | |
| MR. PAUL M. SNIDER | | ADDRESS ON FILE | | | | | | |
| MR. PAUL MANGIONE | | ADDRESS ON FILE | | | | | | |
| MR. PAUL MELMON | | ADDRESS ON FILE | | | | | | |
| MR. PAUL O. WILSON 1962 | | ADDRESS ON FILE | | | | | | |
| MR. PAUL ORSELLI | | ADDRESS ON FILE | | | | | | |
| MR. PAUL POLAKOW | | ADDRESS ON FILE | | | | | | |
| MR. PAUL RUBIN | | ADDRESS ON FILE | | | | | | |
| MR. PAUL SMITH | | ADDRESS ON FILE | | | | | | |
| MR. PAUL W. NIEMCZURA | | ADDRESS ON FILE | | | | | | |
| MR. PAULA PANTANO | | ADDRESS ON FILE | | | | | | |
| MR. PERRIN C. HAMILTON | | ADDRESS ON FILE | | | | | | |
| MR. PERRY MONASTERO | | ADDRESS ON FILE | | | | | | |
| MR. PETER A. BENOLIEL | | ADDRESS ON FILE | | | | | | |
| MR. PETER A. NACCARATO | | ADDRESS ON FILE | | | | | | |
| MR. PETER A. PIVEN | | ADDRESS ON FILE | | | | | | |
| MR. PETER BERTINI 1979 | | ADDRESS ON FILE | | | | | | |
| MR. PETER C. ZIMMERMAN | | ADDRESS ON FILE | | | | | | |
| MR. PETER COMPO | | ADDRESS ON FILE | | | | | | |
| MR. PETER COTTER | | ADDRESS ON FILE | | | | | | |
| MR. PETER F. WONSOWSKI 2002 | | ADDRESS ON FILE | | | | | | |
| MR. PETER G. KALIVAS 1988 | | ADDRESS ON FILE | | | | | | |
| MR. PETER H. ZIMMERMAN | | ADDRESS ON FILE | | | | | | |
| MR. PETER HAAS | | ADDRESS ON FILE | | | | | | |
| MR. PETER J. BERGERIS | | ADDRESS ON FILE | | | | | | |
| MR. PETER KASPER | | ADDRESS ON FILE | | | | | | |
| MR. PETER KRUTY | | ADDRESS ON FILE | | | | | | |
| MR. PETER MERCHANT | | ADDRESS ON FILE | | | | | | |
| MR. PETER R. GASCOYNE 1987 | | ADDRESS ON FILE | | | | | | |
| MR. PETER R. KERY 1984 | | ADDRESS ON FILE | | | | | | |
| MR. PETER R. REYNOLDS | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. PETER ROSE | | ADDRESS ON FILE | | | | | | |
| MR. PETER VASQUEZ | | ADDRESS ON FILE | | | | | | |
| MR. PETER Y. SOLMSSEN | | ADDRESS ON FILE | | | | | | |
| MR. PHIL GIORDANO | | ADDRESS ON FILE | | | | | | |
| MR. PHIL LEVY | | ADDRESS ON FILE | | | | | | |
| MR. PHILIP ALPERSON | | ADDRESS ON FILE | | | | | | |
| MR. PHILIP C. BURTON 1968 | | ADDRESS ON FILE | | | | | | |
| MR. PHILIP C. HENDERSON | | ADDRESS ON FILE | | | | | | |
| MR. PHILIP COPELAND | | ADDRESS ON FILE | | | | | | |
| MR. PHILIP J. EITZEN 1952 | | ADDRESS ON FILE | | | | | | |
| MR. PHILIP J. HARVEY | | ADDRESS ON FILE | | | | | | |
| MR. PHILIP MOMBERGER | | ADDRESS ON FILE | | | | | | |
| MR. PHILIP S. PANG | | ADDRESS ON FILE | | | | | | |
| MR. PHILIP SCHULMAN 1959 | | ADDRESS ON FILE | | | | | | |
| MR. PHILIP V. TASCONE 1961 | | ADDRESS ON FILE | | | | | | |
| MR. PHILLIPS ENGELKE 1967 | | ADDRESS ON FILE | | | | | | |
| MR. PRABHAKAR MARUVADA | | ADDRESS ON FILE | | | | | | |
| MR. QUINN BAURIEDEL | | ADDRESS ON FILE | | | | | | |
| MR. QUINN D. TETTERTON 1987 | | ADDRESS ON FILE | | | | | | |
| MR. R. DAVID OREHOWSKY, JR. 1984 | | ADDRESS ON FILE | | | | | | |
| MR. RAJ TEWARI | | ADDRESS ON FILE | | | | | | |
| MR. RALPH A. BUCK | | ADDRESS ON FILE | | | | | | |
| MR. RALPH C. GIGUERE 1980 | | ADDRESS ON FILE | | | | | | |
| MR. RALPH CITINO, C.P.A. | | ADDRESS ON FILE | | | | | | |
| MR. RALPH COOK | | ADDRESS ON FILE | | | | | | |
| MR. RALPH M. QUINN | | ADDRESS ON FILE | | | | | | |
| MR. RALPH PALLARINO | | ADDRESS ON FILE | | | | | | |
| MR. RALPH V. CLAYMAN | | ADDRESS ON FILE | | | | | | |
| MR. RANDY FLYNN | | ADDRESS ON FILE | | | | | | |
| MR. RANDY M. ATKINSON | | ADDRESS ON FILE | | | | | | |
| MR. RANDY W. GRANGER 1970 | | ADDRESS ON FILE | | | | | | |
| MR. RAY DORMAN | | ADDRESS ON FILE | | | | | | |
| MR. RAYMOND ALLISON | | ADDRESS ON FILE | | | | | | |
| MR. RAYMOND E. MAJEWSKI | | ADDRESS ON FILE | | | | | | |
| MR. RAYMOND G. PERELMAN | | ADDRESS ON FILE | | | | | | |
| MR. RAYMOND K. DAVIS 2011 | | ADDRESS ON FILE | | | | | | |
| MR. REID N. CARRESCIA 2012 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD A. DEFEO 1956 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD A. FINK | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD B. CLIFF 1961 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD BILLINGS | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD BRAEMER | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD C. STEVENS | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD CAVALLARO | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD CUNEO | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD D. COSSENTINO 2006 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD D. MECHANIK 1968 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD E. SMITH-BEVERLY 2006 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD F. FANELLI 1977 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD F. WAGNER 1981 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD FARNUM | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD FELTON | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD FLINT | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD G. GIACONIA | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD G. MONTELEONE 2002 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD GALLO | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD HEINRICH | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD HOUGH, III | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD J. BOVA 1963 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD J. CATTAFESTA, JR. 1983 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD J. GELLES | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD J. GROLLER 1975 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD J. HILLMAN | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD J. SNYDER | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD KASILOWSKI | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD L. STOPPLEWORTH | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD LARZELERE | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD LAWN | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. RICHARD M. ANDERSON 1985 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD M. KLINGAMAN | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD M. LONGO | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD MAYO | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD MILLER | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD MINA | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD N. LENTINO | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD NOE | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD O. ROLAND 1976 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD P. BEW 1965 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD S. FRANK | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD S. LAW 2008 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD S. WOLFE | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD SHREVE | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD STULMAN | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD T. WALTER 1955 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD V. HOTCHKISS 1987 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD W. LINDSTROM | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD W. LOWNES 1972 | | ADDRESS ON FILE | | | | | | |
| MR. RICHARD W. STRAUSS | | ADDRESS ON FILE | | | | | | |
| MR. RICK R. LANDESBERG 1973 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT A. BARISH 1966 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT A. FISHER | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT A. MUZERALL | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT A. PEDRO | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT A. WINEMILLER | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT A. ZIEGLER 1992 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT ALIG | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT BARROWAY | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT C. HENNING 1982 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT C. HUNSICKER 1963 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT CASSETTA | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT D. GORCHOV | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT D. JONES 1985 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT D. LURYE 1982 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT D. MCNEIL | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT D. SCHAEFFER | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT DEVLIN | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT E. CLARKE | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT E. ENDERS 1961 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT E. GROSSMAN 1964 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT E. HAUT 1990 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT E. ROUSE, JR. | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT G. ALLEN, III 1985 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT G. LITTLE, JR. 1981 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT G. MCCURDY | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT GALLOP | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT GARFINKLE | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT GIARDINI | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT GREENE | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT GREGORY | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT H. FINNIGAN | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT HALLENBECK | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT HANNUM, JR. | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT J. BYRD 1966 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT J. FLECK 1947 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT J. IGNARRI | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT J. MCNAMARA | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT K. YAGURA 1965 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT KETTELL | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT L. BURCH | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT L. FISCHER 1976 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT L. KEIGHTON | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT L. SMITH 1967 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT LEE | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT LIEBERMAN | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT LIMA | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT M. CAPLAN | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. ROBERT M. DIETER | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT M. SCHWARTZ, ESQ. | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT MOSS-VREELAND 1972 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT N. DEVINCENT | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT OPPECKER 1982 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT P. CHACKO 1997 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT P. LOVETT, JR. 1972 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT P. MANSILLA | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT PERIH | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT PERKINS | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT PICKERING | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT POLLACK | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT R. BACHMAN | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT S. BEERMAN 1988 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT S. MCALLISTER 1979 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT SACK | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT SAULS | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT SCHROEDER 1993 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT SHOMO | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT STEIN | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT TIFFANY | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT W. ARNOLD | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT W. MOORE | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT W. QUAILE, JR. 1975 | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT W. ROBAR | | ADDRESS ON FILE | | | | | | |
| MR. ROBERT W. SCHREITER | | ADDRESS ON FILE | | | | | | |
| MR. ROBERTO HAYER | | ADDRESS ON FILE | | | | | | |
| MR. RODNEY A. WILSON, JR. 1992 | | ADDRESS ON FILE | | | | | | |
| MR. RODNEY GREEN | | ADDRESS ON FILE | | | | | | |
| MR. RODRIGO SALVINO | | ADDRESS ON FILE | | | | | | |
| MR. ROGER A. LEONARD, JR. | | ADDRESS ON FILE | | | | | | |
| MR. ROGER A. PETERSEN 1996 | | ADDRESS ON FILE | | | | | | |
| MR. ROGER L. BOMGARDNER | | ADDRESS ON FILE | | | | | | |
| MR. ROGER R. REMINGTON | | ADDRESS ON FILE | | | | | | |
| MR. ROGER ROTH | | ADDRESS ON FILE | | | | | | |
| MR. ROGER W. HERRELL, ESQ. | | ADDRESS ON FILE | | | | | | |
| MR. ROGER W. LACY | | ADDRESS ON FILE | | | | | | |
| MR. ROLAND E. BYE | | ADDRESS ON FILE | | | | | | |
| MR. RON RUMFORD 1984 | | ADDRESS ON FILE | | | | | | |
| MR. RONALD C. QUAVE | | ADDRESS ON FILE | | | | | | |
| MR. RONALD E. SPICER 1957 | | ADDRESS ON FILE | | | | | | |
| MR. RONALD GOLUB | | ADDRESS ON FILE | | | | | | |
| MR. RONALD J. CHRZANOWSKI | | ADDRESS ON FILE | | | | | | |
| MR. RONALD J. NAPLES | | ADDRESS ON FILE | | | | | | |
| MR. RONALD L. CANTOR | | ADDRESS ON FILE | | | | | | |
| MR. RONALD L. CAPLAN | | ADDRESS ON FILE | | | | | | |
| MR. RONALD L. KOLBE | | ADDRESS ON FILE | | | | | | |
| MR. RONALD L. SMITH 1994 | | ADDRESS ON FILE | | | | | | |
| MR. RONALD MARCHESSAULT, JR. | | ADDRESS ON FILE | | | | | | |
| MR. RONALD MARTIN | | ADDRESS ON FILE | | | | | | |
| MR. RONALD P. KERBER 1980 | | ADDRESS ON FILE | | | | | | |
| MR. RONALD REIGHN | | ADDRESS ON FILE | | | | | | |
| MR. RONALD RUMFORD | | ADDRESS ON FILE | | | | | | |
| MR. RONALD S. ELOWITZ 1986 | | ADDRESS ON FILE | | | | | | |
| MR. ROREE IRIS-WILLIAMS | | ADDRESS ON FILE | | | | | | |
| MR. RORY T. DONOVAN 2010 | | ADDRESS ON FILE | | | | | | |
| MR. ROSS H. LEVINE 1994 | | ADDRESS ON FILE | | | | | | |
| MR. ROSS RICHARDS | | ADDRESS ON FILE | | | | | | |
| MR. ROWLAND RICKETTS | | ADDRESS ON FILE | | | | | | |
| MR. ROY E. ROBERTSON | | ADDRESS ON FILE | | | | | | |
| MR. RUBEN C. GASPAR 1972 | | ADDRESS ON FILE | | | | | | |
| MR. RUSSEL SALVINO | | ADDRESS ON FILE | | | | | | |
| MR. RYAN A. BERARDI 2014 | | ADDRESS ON FILE | | | | | | |
| MR. RYAN D. COBOURN 1999 | | ADDRESS ON FILE | | | | | | |
| MR. RYAN D. LAUER 2006 | | ADDRESS ON FILE | | | | | | |
| MR. RYAN E. THACKER 2004 | | ADDRESS ON FILE | | | | | | |
| MR. RYAN EBERSOLE | | ADDRESS ON FILE | | | | | | |
| MR. RYAN M. DUNLEAVY 2002 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. RYAN M. PENN 2012 | | ADDRESS ON FILE | | | | | | |
| MR. RYAN T. TOUHEY 2009 | | ADDRESS ON FILE | | | | | | |
| MR. S. E. RHOADS | | ADDRESS ON FILE | | | | | | |
| MR. S. RONALD MORLEY 1950 | | ADDRESS ON FILE | | | | | | |
| MR. SALVADOR B. ORARA 2005 | | ADDRESS ON FILE | | | | | | |
| MR. SALVATORE D. FANELLI | | ADDRESS ON FILE | | | | | | |
| MR. SALVATORE L. NISTICO 2001 | | ADDRESS ON FILE | | | | | | |
| MR. SALVATORE POLIZZOTTO | | ADDRESS ON FILE | | | | | | |
| MR. SAM MINTZ-STRAUS | | ADDRESS ON FILE | | | | | | |
| MR. SAMUEL A. SCHAFER 1953 | | ADDRESS ON FILE | | | | | | |
| MR. SAMUEL E. NALBAND 2007 | | ADDRESS ON FILE | | | | | | |
| MR. SAMUEL HERB | | ADDRESS ON FILE | | | | | | |
| MR. SAMUEL J. SHIAVO | | ADDRESS ON FILE | | | | | | |
| MR. SAMUEL MACKEY | | ADDRESS ON FILE | | | | | | |
| MR. SAMUEL PEREZ | | ADDRESS ON FILE | | | | | | |
| MR. SAMUEL R. MARSHALL | | ADDRESS ON FILE | | | | | | |
| MR. SAMUEL W. BUTTERMORE | | ADDRESS ON FILE | | | | | | |
| MR. SANDERS FRITH-BROWN | | ADDRESS ON FILE | | | | | | |
| MR. SANDERSON CAESAR 1969 | | ADDRESS ON FILE | | | | | | |
| MR. SANDY AUSTIN | | ADDRESS ON FILE | | | | | | |
| MR. SAUL A. FINEMAN 1978 | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT A. KASSELMANN 1985 | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT A. MIKUS 1986 | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT BARSKY | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT BENDER | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT CALDWELL | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT D. BARNABIE | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT F. DEFELICE | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT FOXMAN | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT KIP 1999 | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT KLAUM | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT M. JENKINS | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT MOTTER | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT MURRAY | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT R. FEUER 1976 | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT RANTOVICH | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT SCHECHTER | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT SHERMAN | | ADDRESS ON FILE | | | | | | |
| MR. SCOTT STAHLER 1970 | | ADDRESS ON FILE | | | | | | |
| MR. SEAN BECKER | | ADDRESS ON FILE | | | | | | |
| MR. SEAN F. URIE 2005 | | ADDRESS ON FILE | | | | | | |
| MR. SEAN G. RYNKEWICZ 2018 | | ADDRESS ON FILE | | | | | | |
| MR. SEAN LENNON | | ADDRESS ON FILE | | | | | | |
| MR. SEAN M. BRADLEY 2009 | | ADDRESS ON FILE | | | | | | |
| MR. SEAN N. ELIAS 2008 | | ADDRESS ON FILE | | | | | | |
| MR. SEAN P. NIXON 1983 | | ADDRESS ON FILE | | | | | | |
| MR. SEAN T. BUFFINGTON | | ADDRESS ON FILE | | | | | | |
| MR. SETH D. KRAMER 1996 | | ADDRESS ON FILE | | | | | | |
| MR. SETH GERSHBERG | | ADDRESS ON FILE | | | | | | |
| MR. SETH J. LEHR | | ADDRESS ON FILE | | | | | | |
| MR. SEYMOUR MEDNICK 1948 | | ADDRESS ON FILE | | | | | | |
| MR. SEYMOUR WOODNICK 1949 | | ADDRESS ON FILE | | | | | | |
| MR. SHELDON H. KREVIT 1977 | | ADDRESS ON FILE | | | | | | |
| MR. SHELDON PINE | | ADDRESS ON FILE | | | | | | |
| MR. SHELDON STEINBERG | | ADDRESS ON FILE | | | | | | |
| MR. SHEPARD HARRIS 1983 | | ADDRESS ON FILE | | | | | | |
| MR. SHERIF B. HABASHI 1994 | | ADDRESS ON FILE | | | | | | |
| MR. SIDNEY LEVOV | | ADDRESS ON FILE | | | | | | |
| MR. SIDNEY WALLACE | | ADDRESS ON FILE | | | | | | |
| MR. SIMON D. PRIOLEAU 1957 | | ADDRESS ON FILE | | | | | | |
| MR. SOL SHAMILZADEH | | ADDRESS ON FILE | | | | | | |
| MR. STACEY GILL | | ADDRESS ON FILE | | | | | | |
| MR. STACY A. BLOCK | | ADDRESS ON FILE | | | | | | |
| MR. STAMATIS N. BURPULIS 1968 | | ADDRESS ON FILE | | | | | | |
| MR. STANLEY B. REICHLIN | | ADDRESS ON FILE | | | | | | |
| MR. STANLEY G. TIMSON, JR. 1958 | | ADDRESS ON FILE | | | | | | |
| MR. STANLEY J. LASKOWSKI | | ADDRESS ON FILE | | | | | | |
| MR. STANLEY JANUS | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. STEFAN KUNZ | | ADDRESS ON FILE | | | | | | |
| MR. STEFF GEISSBUHLER | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN A. CRYSTAL | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN B. GEER | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN BERENSON | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN D. MIGNOGNA 1980 | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN DIMARCO | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN DOWICZ | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN F. MOPPERT 1979 | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN IWANCZUK 1973 | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN J. ERDODY | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN JAY | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN LIGHTCAP | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN M. BOYLES, SR. | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN M. BUCHKO | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN M. DEPINO 2000 | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN M. GUNTER 2013 | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN M. SINCLAIR | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN M. TARANTAL | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN MAIOCCO | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN MULLIN | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN R. BASHORE 2006 | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN R. BECKER | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN R. SCHAFFZIN 1966 | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN Z. COHEN 1964 | | ADDRESS ON FILE | | | | | | |
| MR. STEPHEN ZABLOTNY 1970 | | ADDRESS ON FILE | | | | | | |
| MR. STEVE HARBERGER | | ADDRESS ON FILE | | | | | | |
| MR. STEVE M. RESNICK | | ADDRESS ON FILE | | | | | | |
| MR. STEVEN ANTINOFF | | ADDRESS ON FILE | | | | | | |
| MR. STEVEN BESKRONE | | ADDRESS ON FILE | | | | | | |
| MR. STEVEN C. FLAMM 1985 | | ADDRESS ON FILE | | | | | | |
| MR. STEVEN G. PRUSKY | | ADDRESS ON FILE | | | | | | |
| MR. STEVEN KLEINMAN | | ADDRESS ON FILE | | | | | | |
| MR. STEVEN L. GRAF | | ADDRESS ON FILE | | | | | | |
| MR. STEVEN M. KATZ | | ADDRESS ON FILE | | | | | | |
| MR. STEVEN MIKAMI | | ADDRESS ON FILE | | | | | | |
| MR. STEVEN P. MCKENNA | | ADDRESS ON FILE | | | | | | |
| MR. STEVEN PANCHERI 1985 | | ADDRESS ON FILE | | | | | | |
| MR. STEVEN SOOJIAN | | ADDRESS ON FILE | | | | | | |
| MR. STEVENS E. BROOKS | | ADDRESS ON FILE | | | | | | |
| MR. STEWART JOON J. THOMAS 1987 | | ADDRESS ON FILE | | | | | | |
| MR. STU L. SATALOF | | ADDRESS ON FILE | | | | | | |
| MR. STUART D. ZIMRING | | ADDRESS ON FILE | | | | | | |
| MR. STUART SAMUELS | | ADDRESS ON FILE | | | | | | |
| MR. SUSAN THOMPSON | | ADDRESS ON FILE | | | | | | |
| MR. SYDNEY THAYER | | ADDRESS ON FILE | | | | | | |
| MR. TAEWAN AN 2010 | | ADDRESS ON FILE | | | | | | |
| MR. TAGE LILJA 1987 | | ADDRESS ON FILE | | | | | | |
| MR. TAINE PECHET | | ADDRESS ON FILE | | | | | | |
| MR. TAKAKO LEWIS | | ADDRESS ON FILE | | | | | | |
| MR. TAMAR KISILEVITZ | | ADDRESS ON FILE | | | | | | |
| MR. TERRENCE L. SIMPSON | | ADDRESS ON FILE | | | | | | |
| MR. TERRY K. CARKNER | | ADDRESS ON FILE | | | | | | |
| MR. TERRY TERRUSO | | ADDRESS ON FILE | | | | | | |
| MR. TEVIS GOLDHAFT | | ADDRESS ON FILE | | | | | | |
| MR. THEODOR BLACK 1993 | | ADDRESS ON FILE | | | | | | |
| MR. THEODORE A. COCUZZA 2012 | | ADDRESS ON FILE | | | | | | |
| MR. THEODORE A. XARAS 1967 | | ADDRESS ON FILE | | | | | | |
| MR. THEODORE CROSS | | ADDRESS ON FILE | | | | | | |
| MR. THEODORE R. ARONSON | | ADDRESS ON FILE | | | | | | |
| MR. THEODORE T. NEWBOLD | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS A. DEENEY | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS A. FERGUSON | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS A. HAHN 1981 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS A. KANE | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS A. MACIAG 1985 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS BRANNAN | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS BURRITT | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. THOMAS BUTTER 1975 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS CELLA | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS D. PORETT | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS E. HALPIN 1989 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS E. ROMANO | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS FETTERMAN 1968 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS FORD | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS G. FOLEY 2003 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS G. SIECK | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS GALLAGHER | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS H. CARNWATH | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS H. NICHOLAS 1965 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS H. VICKERS, III | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS J. LECHAIX | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS J. PALMER 2005 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS J. SPATA | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS KACIN | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS L. CULLEN | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS M. JACKSON 1972 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS M. MILES 1975 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS M. QUAILE 1976 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS MCGOVERN | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS MCKINLEY | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS MELLON | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS MERRILL | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS MILLS 2003 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS MOLTER | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS MORLEY | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS R. HOOD 1953 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS R. UHL, JR. 1987 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS RUSSO | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS S. DONAHUE 1973 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS WEINKLE 1982 | | ADDRESS ON FILE | | | | | | |
| MR. THOMAS WEISS | | ADDRESS ON FILE | | | | | | |
| MR. TIM ARNOLD | | ADDRESS ON FILE | | | | | | |
| MR. TIM FOSTER | | ADDRESS ON FILE | | | | | | |
| MR. TIM JACKSON | | ADDRESS ON FILE | | | | | | |
| MR. TIM L. POTTS 2017 | | ADDRESS ON FILE | | | | | | |
| MR. TIM PILKUS | | ADDRESS ON FILE | | | | | | |
| MR. TIM POPP | | ADDRESS ON FILE | | | | | | |
| MR. TIMOTHY BAKA | | ADDRESS ON FILE | | | | | | |
| MR. TIMOTHY CANNON | | ADDRESS ON FILE | | | | | | |
| MR. TIMOTHY F. BURKE 1990 | | ADDRESS ON FILE | | | | | | |
| MR. TIMOTHY J. GARTON 1995 | | ADDRESS ON FILE | | | | | | |
| MR. TIMOTHY J. PIXTON 2000 | | ADDRESS ON FILE | | | | | | |
| MR. TIMOTHY J. SAMARA 1990 | | ADDRESS ON FILE | | | | | | |
| MR. TIMOTHY J. WALSH, JR. 2007 | | ADDRESS ON FILE | | | | | | |
| MR. TIMOTHY KAASTAD | | ADDRESS ON FILE | | | | | | |
| MR. TIMOTHY P. DAY 1999 | | ADDRESS ON FILE | | | | | | |
| MR. TIMOTHY P. OBRIEN | | ADDRESS ON FILE | | | | | | |
| MR. TIMOTHY QUINN | | ADDRESS ON FILE | | | | | | |
| MR. TIMOTHY S. MURPHY 2007 | | ADDRESS ON FILE | | | | | | |
| MR. TOBY SNIDER | | ADDRESS ON FILE | | | | | | |
| MR. TODD M. LAMBRUGO 1991 | | ADDRESS ON FILE | | | | | | |
| MR. TODD S. OMOHUNDRO 1990 | | ADDRESS ON FILE | | | | | | |
| MR. TODD WALTERS | | ADDRESS ON FILE | | | | | | |
| MR. TOM D. LULEVITCH 1965 | | ADDRESS ON FILE | | | | | | |
| MR. TOM HOUSTON | | ADDRESS ON FILE | | | | | | |
| MR. TOM PERKINS | | ADDRESS ON FILE | | | | | | |
| MR. TOM SNYDER | | ADDRESS ON FILE | | | | | | |
| MR. TOMMIE-WAHEED EVANS | | ADDRESS ON FILE | | | | | | |
| MR. TOWNSEND WENTZ 1963 | | ADDRESS ON FILE | | | | | | |
| MR. TRAVIS GAYLORD | | ADDRESS ON FILE | | | | | | |
| MR. TREVOR M. YOUNG 2006 | | ADDRESS ON FILE | | | | | | |
| MR. ULDIS ZEMITIS 1961 | | ADDRESS ON FILE | | | | | | |
| MR. UYOATA UDI 2016 | | ADDRESS ON FILE | | | | | | |
| MR. VICTOR A. APREA 1983 | | ADDRESS ON FILE | | | | | | |
| MR. VICTOR C. INFORTUNA | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. VICTOR KEEN | | ADDRESS ON FILE | | | | | | |
| MR. VINCENT CIAVARDINI | | ADDRESS ON FILE | | | | | | |
| MR. VINCENT DELUCCIA | | ADDRESS ON FILE | | | | | | |
| MR. VINCENT GALKO | | ADDRESS ON FILE | | | | | | |
| MR. VINCENT J. CUCINOTTA 1966 | | ADDRESS ON FILE | | | | | | |
| MR. VINCENT J. LANZA | | ADDRESS ON FILE | | | | | | |
| MR. VINCENT J. LEUSNER | | ADDRESS ON FILE | | | | | | |
| MR. VINCENT J. MUSSOLINO, JR. 1988 | | ADDRESS ON FILE | | | | | | |
| MR. VITO MASSA | | ADDRESS ON FILE | | | | | | |
| MR. VUONG H. TONG 2008 | | ADDRESS ON FILE | | | | | | |
| MR. W. JEFF CULBERT | | ADDRESS ON FILE | | | | | | |
| MR. W. R. GAGNE | | ADDRESS ON FILE | | | | | | |
| MR. WALTER B. DULAK | | ADDRESS ON FILE | | | | | | |
| MR. WALTER MAINOR | | ADDRESS ON FILE | | | | | | |
| MR. WARREN BAKLEY 1959 | | ADDRESS ON FILE | | | | | | |
| MR. WARREN DAVIS | | ADDRESS ON FILE | | | | | | |
| MR. WARREN E. HUFF 1969 | | ADDRESS ON FILE | | | | | | |
| MR. WARREN SEELIG | | ADDRESS ON FILE | | | | | | |
| MR. WAYNE G. DAVID 2002 | | ADDRESS ON FILE | | | | | | |
| MR. WAYNE J. EHRET | | ADDRESS ON FILE | | | | | | |
| MR. WENDELL A. HOWLETT, JR. 2001 | | ADDRESS ON FILE | | | | | | |
| MR. WESLEY M. HEILMAN, III 1958 | | ADDRESS ON FILE | | | | | | |
| MR. WILLARD L. BOYD | | ADDRESS ON FILE | | | | | | |
| MR. WILLI KUNZ | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM A. BOTHELL 1964 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM A. GRAHAM, III | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM A. MASI 1979 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM A. RAWLEY 1971 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM ALBERT | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM B. SKLAROFF 1956 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM B. SURASKY 1949 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM BIRD 1963 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM CARABASI | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM D. GERHARD 1997 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM D. GETZOW 1953 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM D. GLANDEN | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM D. PARRY | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM DEBUONO | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM E. BOWEN | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM E. HOBLIN | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM F. CULLEN | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM F. JENNINGS 1968 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM F. NOVAK | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM F. ODONNELL | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM FENNELL | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM G. DORSEY | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM G. KEITH | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM G. KREBS 1966 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM G. WHITE 1967 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM GALGON | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM HOLLAND | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM J. CHERTOK | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM J. JORDAN, JR. | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM J. PUSEY 1974 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM K. PLUMMER 1941 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM KIRKLAND | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM KIRKPATRICK 2018 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM L. GAGLIARDI | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM L. WILKINSON 1987 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM LONGHAUSER | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM M. ERWIN 1979 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM M. WHETZEL | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM MALONEY | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM MCCOY | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM MCINTYRE | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM PIETRANGELO | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM POWER | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM R. GAST 1968 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MR. WILLIAM R. HAHN | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM S. WEIRMAN | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM STELLFOX | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM T. THOMPSON 1999 | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM TERRY | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM W. GOADE | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM WHETZEL | | ADDRESS ON FILE | | | | | | |
| MR. WILLIAM Y. GILES | | ADDRESS ON FILE | | | | | | |
| MR. ZACH F. LANGFORD 2017 | | ADDRESS ON FILE | | | | | | |
| MR. ZACHARY H. RUBIN 2010 | | ADDRESS ON FILE | | | | | | |
| MRS. ADELAIDE M. MARTIN 1955 | | ADDRESS ON FILE | | | | | | |
| MRS. ADRIENE FLYNN | | ADDRESS ON FILE | | | | | | |
| MRS. ADRIENNE BERKMAN | | ADDRESS ON FILE | | | | | | |
| MRS. ADRIENNE FISHER | | ADDRESS ON FILE | | | | | | |
| MRS. ALEXA G. HAWKINS | | ADDRESS ON FILE | | | | | | |
| MRS. ALEXANDRA NEWELL | | ADDRESS ON FILE | | | | | | |
| MRS. ALEXANDRA TAYLOR | | ADDRESS ON FILE | | | | | | |
| MRS. ALICE WALKER | | ADDRESS ON FILE | | | | | | |
| MRS. ALIKI L. BRANDENBERG 1951 | | ADDRESS ON FILE | | | | | | |
| MRS. ALISON ROCHFORD | | ADDRESS ON FILE | | | | | | |
| MRS. ALMA O. COHEN | | ADDRESS ON FILE | | | | | | |
| MRS. AMANDA JARON 1993 | | ADDRESS ON FILE | | | | | | |
| MRS. AMANDA MAIN | | ADDRESS ON FILE | | | | | | |
| MRS. AMY GIFFORD-KNAPP 1989 | | ADDRESS ON FILE | | | | | | |
| MRS. AMY MERIN | | ADDRESS ON FILE | | | | | | |
| MRS. AMY P. GROVE 1994 | | ADDRESS ON FILE | | | | | | |
| MRS. ANDREA BUKAY 1978 | | ADDRESS ON FILE | | | | | | |
| MRS. ANDREA C. FACCIOLO | | ADDRESS ON FILE | | | | | | |
| MRS. ANDREA GLIDDEN 1970 | | ADDRESS ON FILE | | | | | | |
| MRS. ANGELA HAWKES BOONE | | ADDRESS ON FILE | | | | | | |
| MRS. ANGELA RADA | | ADDRESS ON FILE | | | | | | |
| MRS. ANGELINA GUEVARA | | ADDRESS ON FILE | | | | | | |
| MRS. ANGIE CIMATU | | ADDRESS ON FILE | | | | | | |
| MRS. ANI N. GEDICKIAN BARBER 1980 | | ADDRESS ON FILE | | | | | | |
| MRS. ANITA LERMAN | | ADDRESS ON FILE | | | | | | |
| MRS. ANITA READY | | ADDRESS ON FILE | | | | | | |
| MRS. ANN MARIE SITZMANN | | ADDRESS ON FILE | | | | | | |
| MRS. ANNA BERESIN | | ADDRESS ON FILE | | | | | | |
| MRS. ANNA HAVERILLA | | ADDRESS ON FILE | | | | | | |
| MRS. ANNAMARIE CATTIE | | ADDRESS ON FILE | | | | | | |
| MRS. ANNE K. WHITEHEAD, R.N. | | ADDRESS ON FILE | | | | | | |
| MRS. ANNE KAPLAN | | ADDRESS ON FILE | | | | | | |
| MRS. ANNE KYLE | | ADDRESS ON FILE | | | | | | |
| MRS. ANNE M. WAYNE | | ADDRESS ON FILE | | | | | | |
| MRS. ANNE S. DORSEY | | ADDRESS ON FILE | | | | | | |
| MRS. ANNE SCHUSLER | | ADDRESS ON FILE | | | | | | |
| MRS. ANNETTE HENDRIX | | ADDRESS ON FILE | | | | | | |
| MRS. ANNETTE WOOLARD-PROVINE | | ADDRESS ON FILE | | | | | | |
| MRS. ANNIKA ABEL | | ADDRESS ON FILE | | | | | | |
| MRS. APRIL D. YEZZI | | ADDRESS ON FILE | | | | | | |
| MRS. APRIL INGRAM | | ADDRESS ON FILE | | | | | | |
| MRS. APRIL MCBRIDE | | ADDRESS ON FILE | | | | | | |
| MRS. ARLEEN COATES | | ADDRESS ON FILE | | | | | | |
| MRS. ARLEEN R. WOLF 1963 | | ADDRESS ON FILE | | | | | | |
| MRS. ARLENE CAPLAN | | ADDRESS ON FILE | | | | | | |
| MRS. ARVELA O. COOPER 1965 | | ADDRESS ON FILE | | | | | | |
| MRS. ASHLEY N. COENEN 2010 | | ADDRESS ON FILE | | | | | | |
| MRS. AUDREY D. WALTERS 1951 | | ADDRESS ON FILE | | | | | | |
| MRS. AUDREY KAPLAN | | ADDRESS ON FILE | | | | | | |
| MRS. AUDRIETTA IZLAR | | ADDRESS ON FILE | | | | | | |
| MRS. AURORA M. GOLD 1952 | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA A. SYLK 1981 | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA D. BROWN 1948 | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA D. SCHWAB 1974 | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA DUDEK | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA EBERLEIN | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA GLICKMAN 1963 | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA H. BROWN 1961 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MRS. BARBARA I. HOROWITZ 1980 | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA J. BARNES | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA J. GASPERINI | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA J. MATYBELL 1957 | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA L. ROTHACKER 1967 | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA LACHER | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA M. SHREIBMAN 1980 | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA PASSEN | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA ROSEN 1953 | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA S. MIMNAUGH 1958 | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA S. WEISS 1947 | | ADDRESS ON FILE | | | | | | |
| MRS. BARBARA STEINBERG | | ADDRESS ON FILE | | | | | | |
| MRS. BECK L. GUSLER 2008 | | ADDRESS ON FILE | | | | | | |
| MRS. BERNARD M. BORISH | | ADDRESS ON FILE | | | | | | |
| MRS. BERNICE ANDERSON 1954 | | ADDRESS ON FILE | | | | | | |
| MRS. BETH A. BENNER 1955 | | ADDRESS ON FILE | | | | | | |
| MRS. BETH DAGLE | | ADDRESS ON FILE | | | | | | |
| MRS. BETH I. BECKER 1999 | | ADDRESS ON FILE | | | | | | |
| MRS. BETH JACOBY 1987 | | ADDRESS ON FILE | | | | | | |
| MRS. BETH LEWIS | | ADDRESS ON FILE | | | | | | |
| MRS. BETTIANNE P. PETTINATI-LONGINOTTI 1987 | | ADDRESS ON FILE | | | | | | |
| MRS. BETTY A. LEX 1951 | | ADDRESS ON FILE | | | | | | |
| MRS. BETTY CARLSON-JAMESON | | ADDRESS ON FILE | | | | | | |
| MRS. BETTY MOHRFELD 1933 | | ADDRESS ON FILE | | | | | | |
| MRS. BEVERLY B. HATTERSLEY | | ADDRESS ON FILE | | | | | | |
| MRS. BEVERLY GERBERICH | | ADDRESS ON FILE | | | | | | |
| MRS. BEVERLY MOSKOWITZ | | ADDRESS ON FILE | | | | | | |
| MRS. BONNIE HORN | | ADDRESS ON FILE | | | | | | |
| MRS. BONNIE L. COCHILL 1987 | | ADDRESS ON FILE | | | | | | |
| MRS. BRENDA D. NEAL-LEE 1985 | | ADDRESS ON FILE | | | | | | |
| MRS. BRIGITTE COOPERMAN | | ADDRESS ON FILE | | | | | | |
| MRS. BRITA P. GWINN | | ADDRESS ON FILE | | | | | | |
| MRS. BRYNA S. SCOTT | | ADDRESS ON FILE | | | | | | |
| MRS. CANDY SYSTRA | | ADDRESS ON FILE | | | | | | |
| MRS. CARO ROCK | | ADDRESS ON FILE | | | | | | |
| MRS. CAROL B. BLANK | | ADDRESS ON FILE | | | | | | |
| MRS. CAROL M. BALDWIN 1953 | | ADDRESS ON FILE | | | | | | |
| MRS. CAROL M. JACKSON | | ADDRESS ON FILE | | | | | | |
| MRS. CAROLE B. SHEFFIELD, ESQ. 1974 | | ADDRESS ON FILE | | | | | | |
| MRS. CAROLINE B. CAESAR-LINN | | ADDRESS ON FILE | | | | | | |
| MRS. CAROLINE G. ZIEGLER | | ADDRESS ON FILE | | | | | | |
| MRS. CAROLINE S. HELMUTH | | ADDRESS ON FILE | | | | | | |
| MRS. CAROLINE S. ROSSY 2008 | | ADDRESS ON FILE | | | | | | |
| MRS. CAROLYN J. BOXMEYER 1978 | | ADDRESS ON FILE | | | | | | |
| MRS. CAROLYN WAGNER | | ADDRESS ON FILE | | | | | | |
| MRS. CAROLYNN H. HONDO FEDOR 1975 | | ADDRESS ON FILE | | | | | | |
| MRS. CARYN J. LEVITSKY 1971 | | ADDRESS ON FILE | | | | | | |
| MRS. CATHARINE W. HARDING 1963 | | ADDRESS ON FILE | | | | | | |
| MRS. CATHERINE F. CORRADO | | ADDRESS ON FILE | | | | | | |
| MRS. CATHERINE L. WRIGHT 1979 | | ADDRESS ON FILE | | | | | | |
| MRS. CATHERINE MARICH | | ADDRESS ON FILE | | | | | | |
| MRS. CATHLEEN HOBSON | | ADDRESS ON FILE | | | | | | |
| MRS. CATHY ATCHISON | | ADDRESS ON FILE | | | | | | |
| MRS. CECELIA LANE | | ADDRESS ON FILE | | | | | | |
| MRS. CHANTAL M. REITER-BURNS | | ADDRESS ON FILE | | | | | | |
| MRS. CHARLOTTE GIORDANO 1976 | | ADDRESS ON FILE | | | | | | |
| MRS. CHERYL DONOVAN | | ADDRESS ON FILE | | | | | | |
| MRS. CHERYL GOLDSLEGER 1973 | | ADDRESS ON FILE | | | | | | |
| MRS. CHERYL HARDING | | ADDRESS ON FILE | | | | | | |
| MRS. CHERYL KEIPER | | ADDRESS ON FILE | | | | | | |
| MRS. CHERYL MITCHELL 1983 | | ADDRESS ON FILE | | | | | | |
| MRS. CHERYL SARGENT | | ADDRESS ON FILE | | | | | | |
| MRS. CHEYENNE L. PANZETER 2002 | | ADDRESS ON FILE | | | | | | |
| MRS. CHRISTINA P. DAY 1999 | | ADDRESS ON FILE | | | | | | |
| MRS. CHRISTINE GILHOOLEY | | ADDRESS ON FILE | | | | | | |
| MRS. CHRISTINE J. WASHINGTON | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MRS. CHRISTINE M. CATHERS DONOHUE 1993 | | ADDRESS ON FILE | | | | | | |
| MRS. CHRISTINE R. WETZEL 1982 | | ADDRESS ON FILE | | | | | | |
| MRS. CHRISTINE RUNQUIST | | ADDRESS ON FILE | | | | | | |
| MRS. CINDY LAZOR | | ADDRESS ON FILE | | | | | | |
| MRS. CLAIRE R. BELKOVSKY 1980 | | ADDRESS ON FILE | | | | | | |
| MRS. CLARA HOLLANDER | | ADDRESS ON FILE | | | | | | |
| MRS. CLAUDIA BAYONA-STRAUSS | | ADDRESS ON FILE | | | | | | |
| MRS. COLLEEN PATZER | | ADDRESS ON FILE | | | | | | |
| MRS. CONIANN J. LOBRON 1985 | | ADDRESS ON FILE | | | | | | |
| MRS. CONNIE PELTZ | | ADDRESS ON FILE | | | | | | |
| MRS. CONSUELO G. RAMOS-DEYESSO | | ADDRESS ON FILE | | | | | | |
| MRS. CYNTHIA D. FRIEDMAN 1978 | | ADDRESS ON FILE | | | | | | |
| MRS. CYNTHIA M. KRYSIAK 1996 | | ADDRESS ON FILE | | | | | | |
| MRS. CYNTHIA STEIN | | ADDRESS ON FILE | | | | | | |
| MRS. DALE PARENTI 1980 | | ADDRESS ON FILE | | | | | | |
| MRS. DANETTE MCKINLEY | | ADDRESS ON FILE | | | | | | |
| MRS. DAWN KLARIN | | ADDRESS ON FILE | | | | | | |
| MRS. DAWN WOODRUM | | ADDRESS ON FILE | | | | | | |
| MRS. DEBBIE C. CAMPBELL GOODYEAR 1978 | | ADDRESS ON FILE | | | | | | |
| MRS. DEBORAH J. MCSORLEY-KERY 1988 | | ADDRESS ON FILE | | | | | | |
| MRS. DEBORAH KEHOE 1981 | | ADDRESS ON FILE | | | | | | |
| MRS. DEBORAH L. KAPLAN 1979 | | ADDRESS ON FILE | | | | | | |
| MRS. DEBORAH SCHWARTZMAN | | ADDRESS ON FILE | | | | | | |
| MRS. DEBRA CORVALAN | | ADDRESS ON FILE | | | | | | |
| MRS. DEBRA KINEAVY | | ADDRESS ON FILE | | | | | | |
| MRS. DEBRA MCDERMOTT | | ADDRESS ON FILE | | | | | | |
| MRS. DEBRA U. GUERRIERI-EVANS | | ADDRESS ON FILE | | | | | | |
| MRS. DEIDRE FERRELL | | ADDRESS ON FILE | | | | | | |
| MRS. DENISE ERNST | | ADDRESS ON FILE | | | | | | |
| MRS. DENISE M. HECKBERT 1976 | | ADDRESS ON FILE | | | | | | |
| MRS. DERIDRA M. BURDEN 1990 | | ADDRESS ON FILE | | | | | | |
| MRS. DIANA L. FOX 1965 | | ADDRESS ON FILE | | | | | | |
| MRS. DIANA M. FANELLI-BRENNAN 1978 | | ADDRESS ON FILE | | | | | | |
| MRS. DIANA T. SOORIKIAN 1950 | | ADDRESS ON FILE | | | | | | |
| MRS. DIANE BENI | | ADDRESS ON FILE | | | | | | |
| MRS. DIANE HORNER | | ADDRESS ON FILE | | | | | | |
| MRS. DIANE L. FACTOR 1962 | | ADDRESS ON FILE | | | | | | |
| MRS. DIANE STECKEL | | ADDRESS ON FILE | | | | | | |
| MRS. DIANE T. FOXMAN 1953 | | ADDRESS ON FILE | | | | | | |
| MRS. DIANNA POLIZANO | | ADDRESS ON FILE | | | | | | |
| MRS. DIANNE A. MOORE | | ADDRESS ON FILE | | | | | | |
| MRS. DOLORES A. ALTAMURO 1953 | | ADDRESS ON FILE | | | | | | |
| MRS. DOLORES A. JONES 1957 | | ADDRESS ON FILE | | | | | | |
| MRS. DOLORES ADRIANCE | | ADDRESS ON FILE | | | | | | |
| MRS. DONNA C. FOXEN | | ADDRESS ON FILE | | | | | | |
| MRS. DONNA HARTMAN | | ADDRESS ON FILE | | | | | | |
| MRS. DONNA HOFFMAN | | ADDRESS ON FILE | | | | | | |
| MRS. DONNA KISH | | ADDRESS ON FILE | | | | | | |
| MRS. DONNA PACIFICO | | ADDRESS ON FILE | | | | | | |
| MRS. DONNA PILATO | | ADDRESS ON FILE | | | | | | |
| MRS. DONNA SMITH | | ADDRESS ON FILE | | | | | | |
| MRS. DOREEN ZION | | ADDRESS ON FILE | | | | | | |
| MRS. DORIS H. REILLY 1951 | | ADDRESS ON FILE | | | | | | |
| MRS. DOROTHEA PINTO | | ADDRESS ON FILE | | | | | | |
| MRS. DOROTHEA R. URBAN 1956 | | ADDRESS ON FILE | | | | | | |
| MRS. DOROTHY A. DAUB-GROSSMAN 1975 | | ADDRESS ON FILE | | | | | | |
| MRS. DOROTHY B. BROWNING 1982 | | ADDRESS ON FILE | | | | | | |
| MRS. DOROTHY L. FORSYTH 1949 | | ADDRESS ON FILE | | | | | | |
| MRS. DOROTHY LASUCHIN 1970 | | ADDRESS ON FILE | | | | | | |
| MRS. DOROTHY W. HAWKE 1952 | | ADDRESS ON FILE | | | | | | |
| MRS. E. BEVERLY PURCELL 1960 | | ADDRESS ON FILE | | | | | | |
| MRS. EDIE LEWIS | | ADDRESS ON FILE | | | | | | |
| MRS. EDITH G. PARNUM | | ADDRESS ON FILE | | | | | | |
| MRS. EDITH J. SIMPSON 1947 | | ADDRESS ON FILE | | | | | | |
| MRS. EDITH KOHN | | ADDRESS ON FILE | | | | | | |
| MRS. EILEEN A. LOUGHREY-LIPPL 1965 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MRS. EILEEN C. STREMBA 1970 | | ADDRESS ON FILE | | | | | | |
| MRS. EILEEN E. MILLER 1977 | | ADDRESS ON FILE | | | | | | |
| MRS. EILEEN M. GRABOSKY | | ADDRESS ON FILE | | | | | | |
| MRS. EILEEN P. WARD 1987 | | ADDRESS ON FILE | | | | | | |
| MRS. EILEEN ROSENAU | | ADDRESS ON FILE | | | | | | |
| MRS. EILEEN VELEZ | | ADDRESS ON FILE | | | | | | |
| MRS. ELAINE DEDOMENICO | | ADDRESS ON FILE | | | | | | |
| MRS. ELAINE J. KLAWANS 1954 | | ADDRESS ON FILE | | | | | | |
| MRS. ELAINE M. FRIEDLANDER 1972 | | ADDRESS ON FILE | | | | | | |
| MRS. ELAINE S. VREENEGOOR 1950 | | ADDRESS ON FILE | | | | | | |
| MRS. ELEANOR C. PRIMIANO | | ADDRESS ON FILE | | | | | | |
| MRS. ELEANOR L. DAVIS | | ADDRESS ON FILE | | | | | | |
| MRS. ELINOR A. VEIT 1959 | | ADDRESS ON FILE | | | | | | |
| MRS. ELISA SEEHERMAN | | ADDRESS ON FILE | | | | | | |
| MRS. ELIZABETH HOPEWELL | | ADDRESS ON FILE | | | | | | |
| MRS. ELIZABETH K. KNAPP | | ADDRESS ON FILE | | | | | | |
| MRS. ELIZABETH K. RADIGONDA 2007 | | ADDRESS ON FILE | | | | | | |
| MRS. ELIZABETH L. KEMPF 1956 | | ADDRESS ON FILE | | | | | | |
| MRS. ELIZABETH R. HAMILTON 1988 | | ADDRESS ON FILE | | | | | | |
| MRS. ELIZABETH RENNEBAUM | | ADDRESS ON FILE | | | | | | |
| MRS. ELIZABETH Y. EABY 1965 | | ADDRESS ON FILE | | | | | | |
| MRS. ELLEN BIRCKNER 1985 | | ADDRESS ON FILE | | | | | | |
| MRS. ELLEN G. CLARK 1969 | | ADDRESS ON FILE | | | | | | |
| MRS. ELLEN L. MOOMJY 1976 | | ADDRESS ON FILE | | | | | | |
| MRS. ELLEN SIEGEL | | ADDRESS ON FILE | | | | | | |
| MRS. EMILY A. GUGLIELMI 1965 | | ADDRESS ON FILE | | | | | | |
| MRS. EMILY A. SINGER 1985 | | ADDRESS ON FILE | | | | | | |
| MRS. EMILY C. RILEY | | ADDRESS ON FILE | | | | | | |
| MRS. ESTELLE SNELLENBERG | | ADDRESS ON FILE | | | | | | |
| MRS. ESTHER K. SHATZ | | ADDRESS ON FILE | | | | | | |
| MRS. EVA PARISI | | ADDRESS ON FILE | | | | | | |
| MRS. FLORANCE KERBER | | ADDRESS ON FILE | | | | | | |
| MRS. FRAN STOW | | ADDRESS ON FILE | | | | | | |
| MRS. FRANCES L. BACA 2005 | | ADDRESS ON FILE | | | | | | |
| MRS. FRANCES R. FISH | | ADDRESS ON FILE | | | | | | |
| MRS. FRANCESCA GANS-PFISTER | | ADDRESS ON FILE | | | | | | |
| MRS. FRANCINE M. SHORE 1965 | | ADDRESS ON FILE | | | | | | |
| MRS. FREDA GELLERSTEIN | | ADDRESS ON FILE | | | | | | |
| MRS. FREDA K. SACKS | | ADDRESS ON FILE | | | | | | |
| MRS. GAIL GATTO | | ADDRESS ON FILE | | | | | | |
| MRS. GAIL J. SIDEWATER 1966 | | ADDRESS ON FILE | | | | | | |
| MRS. GAIL K. KUSHNER 1975 | | ADDRESS ON FILE | | | | | | |
| MRS. GAIL M. BROWN 1965 | | ADDRESS ON FILE | | | | | | |
| MRS. GEMMA FINDLAY | | ADDRESS ON FILE | | | | | | |
| MRS. GERALDINE C. BORS 1953 | | ADDRESS ON FILE | | | | | | |
| MRS. GERALDINE M. WATSON | | ADDRESS ON FILE | | | | | | |
| MRS. GERI SEMEL | | ADDRESS ON FILE | | | | | | |
| MRS. GERTRUDE MCCORMICK | | ADDRESS ON FILE | | | | | | |
| MRS. GERTRUDE WEINBERG | | ADDRESS ON FILE | | | | | | |
| MRS. GIACINTA A. WALTON 1977 | | ADDRESS ON FILE | | | | | | |
| MRS. GIANINE D. ROSENBLUM | | ADDRESS ON FILE | | | | | | |
| MRS. GINA GIACHERO | | ADDRESS ON FILE | | | | | | |
| MRS. GINIA D. WEXLER | | ADDRESS ON FILE | | | | | | |
| MRS. GLORIA WILLIAMS-INNISS | | ADDRESS ON FILE | | | | | | |
| MRS. GRACE C. CIOCCA 1963 | | ADDRESS ON FILE | | | | | | |
| MRS. GRACE H. PARSONS | | ADDRESS ON FILE | | | | | | |
| MRS. GUNTA K. PLOSTNIEKS 1964 | | ADDRESS ON FILE | | | | | | |
| MRS. HARRIET G. WEISS | | ADDRESS ON FILE | | | | | | |
| MRS. HEATHER BOVAT | | ADDRESS ON FILE | | | | | | |
| MRS. HEATHER BRADBURY | | ADDRESS ON FILE | | | | | | |
| MRS. HEATHER SALLIS | | ADDRESS ON FILE | | | | | | |
| MRS. HEATHER SCHREMPF-WHITE | | ADDRESS ON FILE | | | | | | |
| MRS. HEIDI HENDRICKSON 1996 | | ADDRESS ON FILE | | | | | | |
| MRS. HEIDI R. FERNANDEZ | | ADDRESS ON FILE | | | | | | |
| MRS. HEIDI STILTNER | | ADDRESS ON FILE | | | | | | |
| MRS. HELEN BALL | | ADDRESS ON FILE | | | | | | |
| MRS. HELEN BONSAL | | ADDRESS ON FILE | | | | | | |
| MRS. HELENE B. VAN BEUREN | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MRS. HOLLIS H. REED 1947 | | ADDRESS ON FILE | | | | | | |
| MRS. HOLLY TIMBERLINE | | ADDRESS ON FILE | | | | | | |
| MRS. IDA CANTWELL | | ADDRESS ON FILE | | | | | | |
| MRS. IDA M. HARDESTER | | ADDRESS ON FILE | | | | | | |
| MRS. ILENE B. PRICE 1985 | | ADDRESS ON FILE | | | | | | |
| MRS. INGRID ZABEL | | ADDRESS ON FILE | | | | | | |
| MRS. IRENE B. KATZ | | ADDRESS ON FILE | | | | | | |
| MRS. ISABEL E. SHERMAN 1964 | | ADDRESS ON FILE | | | | | | |
| MRS. ISABELLA B. HIRSCH | | ADDRESS ON FILE | | | | | | |
| MRS. J.J. LAWSON | | ADDRESS ON FILE | | | | | | |
| MRS. JACQUELINE FAULCON 1962 | | ADDRESS ON FILE | | | | | | |
| MRS. JACQUELINE GARCIA | | ADDRESS ON FILE | | | | | | |
| MRS. JACQUELINE SMALDORE | | ADDRESS ON FILE | | | | | | |
| MRS. JACQUELYN GUALTIERI | | ADDRESS ON FILE | | | | | | |
| MRS. JAN BLOCK | | ADDRESS ON FILE | | | | | | |
| MRS. JANE B. DOUGHERTY 1976 | | ADDRESS ON FILE | | | | | | |
| MRS. JANE G. PEPPER | | ADDRESS ON FILE | | | | | | |
| MRS. JANE H. TAMACCIO 1960 | | ADDRESS ON FILE | | | | | | |
| MRS. JANE PILLER-WILSON 1983 | | ADDRESS ON FILE | | | | | | |
| MRS. JANET B. DEVRIES | | ADDRESS ON FILE | | | | | | |
| MRS. JANET H. BURGENTS 1964 | | ADDRESS ON FILE | | | | | | |
| MRS. JANET KAWADA | | ADDRESS ON FILE | | | | | | |
| MRS. JANET QUAILE | | ADDRESS ON FILE | | | | | | |
| MRS. JANIE P. CAMARCA 1980 | | ADDRESS ON FILE | | | | | | |
| MRS. JANINE CAPPELLO 1986 | | ADDRESS ON FILE | | | | | | |
| MRS. JANNA ZAIDSPINER | | ADDRESS ON FILE | | | | | | |
| MRS. JAYNE M. KRENSEL 1987 | | ADDRESS ON FILE | | | | | | |
| MRS. JAYNE NORCROSS | | ADDRESS ON FILE | | | | | | |
| MRS. JEAN GATEWOOD 1983 | | ADDRESS ON FILE | | | | | | |
| MRS. JEAN JOHNSON 1944 | | ADDRESS ON FILE | | | | | | |
| MRS. JEAN MUNDY | | ADDRESS ON FILE | | | | | | |
| MRS. JEAN R. LOWENSTEIN 1950 | | ADDRESS ON FILE | | | | | | |
| MRS. JEAN S. STEPHENSON 1947 | | ADDRESS ON FILE | | | | | | |
| MRS. JEAN T. DE SAINT PHALLE 1970 | | ADDRESS ON FILE | | | | | | |
| MRS. JEAN TURKOT 1946 | | ADDRESS ON FILE | | | | | | |
| MRS. JEANETTE PINKNEY 1974 | | ADDRESS ON FILE | | | | | | |
| MRS. JEN CORRIGAN | | ADDRESS ON FILE | | | | | | |
| MRS. JENNIE SORBELLO | | ADDRESS ON FILE | | | | | | |
| MRS. JENNIFER A. KOZAK 1989 | | ADDRESS ON FILE | | | | | | |
| MRS. JENNIFER A. MCINTIRE 1998 | | ADDRESS ON FILE | | | | | | |
| MRS. JENNIFER BUTLER | | ADDRESS ON FILE | | | | | | |
| MRS. JENNIFER DUNDON | | ADDRESS ON FILE | | | | | | |
| MRS. JENNIFER GALLAGHER | | ADDRESS ON FILE | | | | | | |
| MRS. JENNIFER KRAUSE | | ADDRESS ON FILE | | | | | | |
| MRS. JENNIFER L. BORISH | | ADDRESS ON FILE | | | | | | |
| MRS. JENNIFER LEONE VORDERMARK | | ADDRESS ON FILE | | | | | | |
| MRS. JENNIFER M. HOOPES 2002 | | ADDRESS ON FILE | | | | | | |
| MRS. JENNIFER PETAGNO | | ADDRESS ON FILE | | | | | | |
| MRS. JENNIFER R. WEIGAND-WATKINSON 1990 | | ADDRESS ON FILE | | | | | | |
| MRS. JENNIFER VOGEL | | ADDRESS ON FILE | | | | | | |
| MRS. JENNIFER W. BRADLEY 1973 | | ADDRESS ON FILE | | | | | | |
| MRS. JENNIFER Y. ALMEIDA | | ADDRESS ON FILE | | | | | | |
| MRS. JESSICA BEST | | ADDRESS ON FILE | | | | | | |
| MRS. JESSICA HAMILTON | | ADDRESS ON FILE | | | | | | |
| MRS. JILL BERKMAN | | ADDRESS ON FILE | | | | | | |
| MRS. JILL MILLER | | ADDRESS ON FILE | | | | | | |
| MRS. JOAN FORTE | | ADDRESS ON FILE | | | | | | |
| MRS. JOAN JOHNSON | | ADDRESS ON FILE | | | | | | |
| MRS. JOAN LINENBROKER 1972 | | ADDRESS ON FILE | | | | | | |
| MRS. JOAN M. MELEGA | | ADDRESS ON FILE | | | | | | |
| MRS. JOAN S. BEYER 1961 | | ADDRESS ON FILE | | | | | | |
| MRS. JOANNA HENDRICKSON | | ADDRESS ON FILE | | | | | | |
| MRS. JOANNE N. FLYNN 2008 | | ADDRESS ON FILE | | | | | | |
| MRS. JOANNE REAM 1987 | | ADDRESS ON FILE | | | | | | |
| MRS. JOANNE SCHWARTZ 1960 | | ADDRESS ON FILE | | | | | | |
| MRS. JODI L. CALLAHAN 1987 | | ADDRESS ON FILE | | | | | | |
| MRS. JOHANNE CRAWFORD | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MRS. JOHN H. HOVSEPIAN | | ADDRESS ON FILE | | | | | | |
| MRS. JOLENE SCHWARTZ | | ADDRESS ON FILE | | | | | | |
| MRS. JOSEPHINE T. FRIEDMAN 1951 | | ADDRESS ON FILE | | | | | | |
| MRS. JOSLYNE A. BRAUNFELD 2002 | | ADDRESS ON FILE | | | | | | |
| MRS. JOY MC DONALD 1949 | | ADDRESS ON FILE | | | | | | |
| MRS. JOY WEISSMAN | | ADDRESS ON FILE | | | | | | |
| MRS. JOYCE C. BARRETT | | ADDRESS ON FILE | | | | | | |
| MRS. JOYCE MERMINI | | ADDRESS ON FILE | | | | | | |
| MRS. JOYCE WERTHAUER | | ADDRESS ON FILE | | | | | | |
| MRS. JOYCELYN JOHNSON | | ADDRESS ON FILE | | | | | | |
| MRS. JUDITH A. BOWER | | ADDRESS ON FILE | | | | | | |
| MRS. JUDITH BUBAR 1962 | | ADDRESS ON FILE | | | | | | |
| MRS. JUDITH K. GOLDEN 1988 | | ADDRESS ON FILE | | | | | | |
| MRS. JUDITH KAPLAN 1967 | | ADDRESS ON FILE | | | | | | |
| MRS. JUDITH M. XARAS 1967 | | ADDRESS ON FILE | | | | | | |
| MRS. JUDITH S. SPORKIN 1955 | | ADDRESS ON FILE | | | | | | |
| MRS. JUDITH SKOOGFORS-PRIP 1955 | | ADDRESS ON FILE | | | | | | |
| MRS. JUDY POTE | | ADDRESS ON FILE | | | | | | |
| MRS. JUDY SCOTT | | ADDRESS ON FILE | | | | | | |
| MRS. JULIA A. UNGER 1980 | | ADDRESS ON FILE | | | | | | |
| MRS. JULIA BUZZARD | | ADDRESS ON FILE | | | | | | |
| MRS. JULIE HABERFELD | | ADDRESS ON FILE | | | | | | |
| MRS. JULIE J. BRYAN | | ADDRESS ON FILE | | | | | | |
| MRS. KAREN A. FISCO | | ADDRESS ON FILE | | | | | | |
| MRS. KAREN H. EUBANK | | ADDRESS ON FILE | | | | | | |
| MRS. KAREN LOTMAN | | ADDRESS ON FILE | | | | | | |
| MRS. KAREN M. AYERS | | ADDRESS ON FILE | | | | | | |
| MRS. KAREN NEWMAN | | ADDRESS ON FILE | | | | | | |
| MRS. KATHARINE D. NEMEC 1988 | | ADDRESS ON FILE | | | | | | |
| MRS. KATHERINE H. HIGGINS 1991 | | ADDRESS ON FILE | | | | | | |
| MRS. KATHIE JEFFRIES | | ADDRESS ON FILE | | | | | | |
| MRS. KATHLEEN CHIN | | ADDRESS ON FILE | | | | | | |
| MRS. KATHLEEN F. CHAPMAN 1972 | | ADDRESS ON FILE | | | | | | |
| MRS. KATHLEEN GRECO 1979 | | ADDRESS ON FILE | | | | | | |
| MRS. KATHLEEN HOWLEY | | ADDRESS ON FILE | | | | | | |
| MRS. KATHLEEN J. MOORE 1988 | | ADDRESS ON FILE | | | | | | |
| MRS. KATHLEEN PENDER | | ADDRESS ON FILE | | | | | | |
| MRS. KATHRYN C. WEBBER | | ADDRESS ON FILE | | | | | | |
| MRS. KATHRYN E. KRALL 1965 | | ADDRESS ON FILE | | | | | | |
| MRS. KATHRYN RHODES | | ADDRESS ON FILE | | | | | | |
| MRS. KATHRYN SAMPSON | | ADDRESS ON FILE | | | | | | |
| MRS. KATHY GUERIN | | ADDRESS ON FILE | | | | | | |
| MRS. KATHY SACHS | | ADDRESS ON FILE | | | | | | |
| MRS. KATIE THURMAN | | ADDRESS ON FILE | | | | | | |
| MRS. KELLEY BLAINE | | ADDRESS ON FILE | | | | | | |
| MRS. KELLIE FARRELL | | ADDRESS ON FILE | | | | | | |
| MRS. KENDRA M. BEAVIS 2002 | | ADDRESS ON FILE | | | | | | |
| MRS. KHARA FLINT | | ADDRESS ON FILE | | | | | | |
| MRS. KIANA COWDERY 2013 | | ADDRESS ON FILE | | | | | | |
| MRS. KIM LETOURNEAU | | ADDRESS ON FILE | | | | | | |
| MRS. KIM W. MEACHAM | | ADDRESS ON FILE | | | | | | |
| MRS. KIMBERLY A. BOWER 1988 | | ADDRESS ON FILE | | | | | | |
| MRS. KIMBERLY AMBRUSO | | ADDRESS ON FILE | | | | | | |
| MRS. KIMBERLY ATTANASIO | | ADDRESS ON FILE | | | | | | |
| MRS. KRISTEN GALDIERI | | ADDRESS ON FILE | | | | | | |
| MRS. KRISTEN WESCOTT | | ADDRESS ON FILE | | | | | | |
| MRS. KRISTINA B. LAMOUR SANSONE 1991 | | ADDRESS ON FILE | | | | | | |
| MRS. KRISTINA MCSALIS | | ADDRESS ON FILE | | | | | | |
| MRS. KRISTINE DUKE | | ADDRESS ON FILE | | | | | | |
| MRS. LAURA ANDRUSKI | | ADDRESS ON FILE | | | | | | |
| MRS. LAURA M. SAMPSON 1988 | | ADDRESS ON FILE | | | | | | |
| MRS. LAURA YOUNG | | ADDRESS ON FILE | | | | | | |
| MRS. LAUREN ALZAMORA | | ADDRESS ON FILE | | | | | | |
| MRS. LAUREN R. VILLANUEVA | | ADDRESS ON FILE | | | | | | |
| MRS. LAURIN TALESE 2004 | | ADDRESS ON FILE | | | | | | |
| MRS. LEA MCDONALD | | ADDRESS ON FILE | | | | | | |
| MRS. LEE M. BERG | | ADDRESS ON FILE | | | | | | |
| MRS. LENORE STEIN | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MRS. LEONE G. SCHOENBERG 1953 | | ADDRESS ON FILE | | | | | | |
| MRS. LESLIE DOUCETTE | | ADDRESS ON FILE | | | | | | |
| MRS. LESLIE HAYES 1977 | | ADDRESS ON FILE | | | | | | |
| MRS. LESLIE LEDERHANDLER | | ADDRESS ON FILE | | | | | | |
| MRS. LESLIE S. MATTHEWS | | ADDRESS ON FILE | | | | | | |
| MRS. LI CHIU YEH | | ADDRESS ON FILE | | | | | | |
| MRS. LILLIAN S. KOSLOFF | | ADDRESS ON FILE | | | | | | |
| MRS. LINDA CONNOLLY-SCHONER | | ADDRESS ON FILE | | | | | | |
| MRS. LINDA E. GIST 1966 | | ADDRESS ON FILE | | | | | | |
| MRS. LINDA HALL | | ADDRESS ON FILE | | | | | | |
| MRS. LINDA P. STOUDT 1972 | | ADDRESS ON FILE | | | | | | |
| MRS. LINDA S. HUGHES 1975 | | ADDRESS ON FILE | | | | | | |
| MRS. LISA A. PATANE 1985 | | ADDRESS ON FILE | | | | | | |
| MRS. LISA GLOSSON | | ADDRESS ON FILE | | | | | | |
| MRS. LISA HICKEY | | ADDRESS ON FILE | | | | | | |
| MRS. LISA RILEY | | ADDRESS ON FILE | | | | | | |
| MRS. LISA ROBERTS | | ADDRESS ON FILE | | | | | | |
| MRS. LISA YOUNG | | ADDRESS ON FILE | | | | | | |
| MRS. LISA YOUNG | | ADDRESS ON FILE | | | | | | |
| MRS. LIZETTE SENATORE 1991 | | ADDRESS ON FILE | | | | | | |
| MRS. LOIS GROFF | | ADDRESS ON FILE | | | | | | |
| MRS. LORAINE TERRELL | | ADDRESS ON FILE | | | | | | |
| MRS. LORALEE WEST | | ADDRESS ON FILE | | | | | | |
| MRS. LORI WRIGHT | | ADDRESS ON FILE | | | | | | |
| MRS. LORIE HEARING | | ADDRESS ON FILE | | | | | | |
| MRS. LORNA BYERS | | ADDRESS ON FILE | | | | | | |
| MRS. LOUISE C. SIMPSON 1959 | | ADDRESS ON FILE | | | | | | |
| MRS. LOUISE JOHNSTON | | ADDRESS ON FILE | | | | | | |
| MRS. LOUISE M. MCDONNEL 1964 | | ADDRESS ON FILE | | | | | | |
| MRS. LOUISE W. WIENER | | ADDRESS ON FILE | | | | | | |
| MRS. LYDIA T. ARTYMIW 1973 | | ADDRESS ON FILE | | | | | | |
| MRS. LYN ROSS | | ADDRESS ON FILE | | | | | | |
| MRS. LYNDA F. ABRAHAM-BRAFF 1979 | | ADDRESS ON FILE | | | | | | |
| MRS. LYNN K. HITSCHLER 1963 | | ADDRESS ON FILE | | | | | | |
| MRS. LYNNE C. CLIBANOFF 1967 | | ADDRESS ON FILE | | | | | | |
| MRS. LYNNE M. INCIARDI 1987 | | ADDRESS ON FILE | | | | | | |
| MRS. LYNNE P. ELLICK | | ADDRESS ON FILE | | | | | | |
| MRS. LYNNE SULLIVAN | | ADDRESS ON FILE | | | | | | |
| MRS. MABEL BROWN | | ADDRESS ON FILE | | | | | | |
| MRS. MADELINE P. DOUGHERTY 1972 | | ADDRESS ON FILE | | | | | | |
| MRS. MARA WANSONG | | ADDRESS ON FILE | | | | | | |
| MRS. MARCELLA L. DEYSHER | | ADDRESS ON FILE | | | | | | |
| MRS. MARGARET A. FITZGERALD | | ADDRESS ON FILE | | | | | | |
| MRS. MARGARET OCONNOR | | ADDRESS ON FILE | | | | | | |
| MRS. MARGARET SHORT | | ADDRESS ON FILE | | | | | | |
| MRS. MARGUERITE LENFEST | | ADDRESS ON FILE | | | | | | |
| MRS. MARI M. SHAW | | ADDRESS ON FILE | | | | | | |
| MRS. MARIA FORLENZA-OSTER | | ADDRESS ON FILE | | | | | | |
| MRS. MARIA HILL | | ADDRESS ON FILE | | | | | | |
| MRS. MARIA K. VANDERBILT | | ADDRESS ON FILE | | | | | | |
| MRS. MARIE C. LEVINE 1985 | | ADDRESS ON FILE | | | | | | |
| MRS. MARIE CHIDIAC | | ADDRESS ON FILE | | | | | | |
| MRS. MARIE DECAPRIO | | ADDRESS ON FILE | | | | | | |
| MRS. MARIE LIBERTO | | ADDRESS ON FILE | | | | | | |
| MRS. MARIE POMPEANO | | ADDRESS ON FILE | | | | | | |
| MRS. MARIE ROBSON | | ADDRESS ON FILE | | | | | | |
| MRS. MARIE SMOYER | | ADDRESS ON FILE | | | | | | |
| MRS. MARILYN BARNETT 1968 | | ADDRESS ON FILE | | | | | | |
| MRS. MARILYN K. KAUFF 1963 | | ADDRESS ON FILE | | | | | | |
| MRS. MARILYN R. GINSBURG | | ADDRESS ON FILE | | | | | | |
| MRS. MARILYN SCHER | | ADDRESS ON FILE | | | | | | |
| MRS. MARJORIE DRENNAN 1948 | | ADDRESS ON FILE | | | | | | |
| MRS. MARJORIE GARDNER | | ADDRESS ON FILE | | | | | | |
| MRS. MARJORIE L. GRAFF 1972 | | ADDRESS ON FILE | | | | | | |
| MRS. MARSHA UPSHAW 2000 | | ADDRESS ON FILE | | | | | | |
| MRS. MARTHA E. KERCH 1978 | | ADDRESS ON FILE | | | | | | |
| MRS. MARTHA M. ERLEBACHER | | ADDRESS ON FILE | | | | | | |
| MRS. MARTHA MERTZ SCHAFER | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MRS. MARTHA MORRIS | | ADDRESS ON FILE | | | | | | |
| MRS. MARY ANN G. STENGEL 1966 | | ADDRESS ON FILE | | | | | | |
| MRS. MARY C. BANGS 1970 | | ADDRESS ON FILE | | | | | | |
| MRS. MARY DENISE MORELL | | ADDRESS ON FILE | | | | | | |
| MRS. MARY E. ARROWOOD | | ADDRESS ON FILE | | | | | | |
| MRS. MARY E. BODE 1951 | | ADDRESS ON FILE | | | | | | |
| MRS. MARY ELLEN URQUHART | | ADDRESS ON FILE | | | | | | |
| MRS. MARY L. YODER 1987 | | ADDRESS ON FILE | | | | | | |
| MRS. MARY PALILONIS | | ADDRESS ON FILE | | | | | | |
| MRS. MARY REGINA S. BORGIA 1982 | | ADDRESS ON FILE | | | | | | |
| MRS. MARY S. DEMBO 1985 | | ADDRESS ON FILE | | | | | | |
| MRS. MARY WILLIS BAKER | | ADDRESS ON FILE | | | | | | |
| MRS. MAUDIE C. FREEMAN | | ADDRESS ON FILE | | | | | | |
| MRS. MAVIS L. SCULLY 1987 | | ADDRESS ON FILE | | | | | | |
| MRS. MAXINE I. SADOFF | | ADDRESS ON FILE | | | | | | |
| MRS. MELANIE PAYKOS 1979 | | ADDRESS ON FILE | | | | | | |
| MRS. MICHELE C. BARNES 1984 | | ADDRESS ON FILE | | | | | | |
| MRS. MICHELE CACCAVARO | | ADDRESS ON FILE | | | | | | |
| MRS. MICHELE SEENARINE | | ADDRESS ON FILE | | | | | | |
| MRS. MICHELLE A. MULLEN 2003 | | ADDRESS ON FILE | | | | | | |
| MRS. MICHELLE D. DILLON 1980 | | ADDRESS ON FILE | | | | | | |
| MRS. MICHELLE LADD | | ADDRESS ON FILE | | | | | | |
| MRS. MICHELLE MCFARLAND | | ADDRESS ON FILE | | | | | | |
| MRS. MICHELLE PRICE | | ADDRESS ON FILE | | | | | | |
| MRS. MICHELLE R. WURTZ 1990 | | ADDRESS ON FILE | | | | | | |
| MRS. MICHELLE REEVES | | ADDRESS ON FILE | | | | | | |
| MRS. MICHELLE WATSON | | ADDRESS ON FILE | | | | | | |
| MRS. MILLIE BERG | | ADDRESS ON FILE | | | | | | |
| MRS. MIRA ZERGANI | | ADDRESS ON FILE | | | | | | |
| MRS. MIRIAM A. SCHNEIROV | | ADDRESS ON FILE | | | | | | |
| MRS. MIRIAM C. WAGNER 1948 | | ADDRESS ON FILE | | | | | | |
| MRS. MIRIAM S. SPECTOR | | ADDRESS ON FILE | | | | | | |
| MRS. MOLLY WALLSCHLAEGER 1968 | | ADDRESS ON FILE | | | | | | |
| MRS. MONIQUE WALBRIDGE | | ADDRESS ON FILE | | | | | | |
| MRS. MYRA KLARMAN 1987 | | ADDRESS ON FILE | | | | | | |
| MRS. MYRL CATELLI | | ADDRESS ON FILE | | | | | | |
| MRS. NANCY A. KIRSTEIN 1953 | | ADDRESS ON FILE | | | | | | |
| MRS. NANCY A. PELHAM FOULKE 1967 | | ADDRESS ON FILE | | | | | | |
| MRS. NANCY C. BARNES 1955 | | ADDRESS ON FILE | | | | | | |
| MRS. NANCY HARRIS | | ADDRESS ON FILE | | | | | | |
| MRS. NANCY J. HAMBLETON-TORRENTE 1981 | | ADDRESS ON FILE | | | | | | |
| MRS. NANCY MCGEE 1961 | | ADDRESS ON FILE | | | | | | |
| MRS. NANCY SOUTHWORTH 1971 | | ADDRESS ON FILE | | | | | | |
| MRS. NAOMI KESSLER | | ADDRESS ON FILE | | | | | | |
| MRS. NATALIE J. BRENNAN 1970 | | ADDRESS ON FILE | | | | | | |
| MRS. NATALIE THOMPSON 1960 | | ADDRESS ON FILE | | | | | | |
| MRS. NATALIE WALEIK | | ADDRESS ON FILE | | | | | | |
| MRS. NELLY SKULSKY | | ADDRESS ON FILE | | | | | | |
| MRS. NICOLE A. MERKENS 1994 | | ADDRESS ON FILE | | | | | | |
| MRS. NICOLE FUTORAN | | ADDRESS ON FILE | | | | | | |
| MRS. NILA ARONOW | | ADDRESS ON FILE | | | | | | |
| MRS. NINA S. RAKE 1964 | | ADDRESS ON FILE | | | | | | |
| MRS. NISSAN BERNSTIEN 1955 | | ADDRESS ON FILE | | | | | | |
| MRS. NORMA A. GRIFFITH 1967 | | ADDRESS ON FILE | | | | | | |
| MRS. NORMA W. COUPE 1975 | | ADDRESS ON FILE | | | | | | |
| MRS. NOVELDA H. FERGUSON 1952 | | ADDRESS ON FILE | | | | | | |
| MRS. PAMELA HAMILTON | | ADDRESS ON FILE | | | | | | |
| MRS. PATRICIA A. JOHNSON 1978 | | ADDRESS ON FILE | | | | | | |
| MRS. PATRICIA A. MASTER | | ADDRESS ON FILE | | | | | | |
| MRS. PATRICIA A. PLASMIER | | ADDRESS ON FILE | | | | | | |
| MRS. PATRICIA BEAHAN | | ADDRESS ON FILE | | | | | | |
| MRS. PATRICIA FINN | | ADDRESS ON FILE | | | | | | |
| MRS. PATRICIA FOWLER | | ADDRESS ON FILE | | | | | | |
| MRS. PATRICIA KLARA | | ADDRESS ON FILE | | | | | | |
| MRS. PATRICIA LESKI | | ADDRESS ON FILE | | | | | | |
| MRS. PATRICIA S. WINTER | | ADDRESS ON FILE | | | | | | |
| MRS. PATRICIA SHER | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MRS. PATRICIA V. GROOMS 1948 | | ADDRESS ON FILE | | | | | | |
| MRS. PATRICK FORREST | | ADDRESS ON FILE | | | | | | |
| MRS. PAULA A. GIMBLETTE 1970 | | ADDRESS ON FILE | | | | | | |
| MRS. PAULINE RICHMAN | | ADDRESS ON FILE | | | | | | |
| MRS. PAULINE TRIFARO | | ADDRESS ON FILE | | | | | | |
| MRS. PEGGY A. SCHNEEBELI | | ADDRESS ON FILE | | | | | | |
| MRS. PEGGY ZABLOTNY 1970 | | ADDRESS ON FILE | | | | | | |
| MRS. PENELOPE E. MALISH 1977 | | ADDRESS ON FILE | | | | | | |
| MRS. PHYLLIS H. NEWMAN 1962 | | ADDRESS ON FILE | | | | | | |
| MRS. PHYLLIS RABINEAU | | ADDRESS ON FILE | | | | | | |
| MRS. PHYLLYS B. FLEMING 1984 | | ADDRESS ON FILE | | | | | | |
| MRS. POLLY G. MCKENNA-CRESS 1995 | | ADDRESS ON FILE | | | | | | |
| MRS. RACHEL SPENCE | | ADDRESS ON FILE | | | | | | |
| MRS. REBA F. LORRY | | ADDRESS ON FILE | | | | | | |
| MRS. REGINA M. LEDGERWOOD 2004 | | ADDRESS ON FILE | | | | | | |
| MRS. REGINA PIRROCCO | | ADDRESS ON FILE | | | | | | |
| MRS. RENEE KLEIN | | ADDRESS ON FILE | | | | | | |
| MRS. RICHARD KENDALL | | ADDRESS ON FILE | | | | | | |
| MRS. RITA KARPO 1960 | | ADDRESS ON FILE | | | | | | |
| MRS. RITA M. DI RENZO | | ADDRESS ON FILE | | | | | | |
| MRS. ROBERTA OLSEN SIEGFRIEDT | | ADDRESS ON FILE | | | | | | |
| MRS. ROBIN DRECHEN | | ADDRESS ON FILE | | | | | | |
| MRS. ROBIN R. MCGEEVER 1979 | | ADDRESS ON FILE | | | | | | |
| MRS. RONNIE J. SCHWAM | | ADDRESS ON FILE | | | | | | |
| MRS. ROSALIA J. NOCERINO 1995 | | ADDRESS ON FILE | | | | | | |
| MRS. ROSALIE COHEN | | ADDRESS ON FILE | | | | | | |
| MRS. ROSALIE M. SHERMAN 1968 | | ADDRESS ON FILE | | | | | | |
| MRS. ROSALYN WALLACH BAKER | | ADDRESS ON FILE | | | | | | |
| MRS. ROSEANN M. GATTO 1982 | | ADDRESS ON FILE | | | | | | |
| MRS. ROSINA FELDMAN | | ADDRESS ON FILE | | | | | | |
| MRS. ROSLYN APPELL | | ADDRESS ON FILE | | | | | | |
| MRS. ROXANNE SPATOCCO 1963 | | ADDRESS ON FILE | | | | | | |
| MRS. RUTH CHALFIN | | ADDRESS ON FILE | | | | | | |
| MRS. RUTH GOLDBERG | | ADDRESS ON FILE | | | | | | |
| MRS. RUTH POMERANTZ | | ADDRESS ON FILE | | | | | | |
| MRS. SADIE M. BAGHURST 1951 | | ADDRESS ON FILE | | | | | | |
| MRS. SALLY BIANK | | ADDRESS ON FILE | | | | | | |
| MRS. SAMANTHA ORLEANS | | ADDRESS ON FILE | | | | | | |
| MRS. SANDRA F. TSANTILIS | | ADDRESS ON FILE | | | | | | |
| MRS. SANDRA M. RIDGELY 1958 | | ADDRESS ON FILE | | | | | | |
| MRS. SARA NAGAI 1988 | | ADDRESS ON FILE | | | | | | |
| MRS. SARAH E. DI GIOIA | | ADDRESS ON FILE | | | | | | |
| MRS. SAREVA NAOR 1969 | | ADDRESS ON FILE | | | | | | |
| MRS. SHELIA TOUB | | ADDRESS ON FILE | | | | | | |
| MRS. SHELLEY DELAURENTIS | | ADDRESS ON FILE | | | | | | |
| MRS. SHERI SHELDON | | ADDRESS ON FILE | | | | | | |
| MRS. SHIRLEE S. SCHACHTEL 1949 | | ADDRESS ON FILE | | | | | | |
| MRS. SHIRLEY CONSTON | | ADDRESS ON FILE | | | | | | |
| MRS. SIGRID BOVENSIEPEN-GEISSBUHLER | | ADDRESS ON FILE | | | | | | |
| MRS. SONDRA MYERS | | ADDRESS ON FILE | | | | | | |
| MRS. STELLA J. ALLEN | | ADDRESS ON FILE | | | | | | |
| MRS. STEPHANIE C. MAGUIRE | | ADDRESS ON FILE | | | | | | |
| MRS. STEPHANIE CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| MRS. STEPHANIE JOYCE | | ADDRESS ON FILE | | | | | | |
| MRS. STEPHANIE KROK | | ADDRESS ON FILE | | | | | | |
| MRS. SUE KARR | | ADDRESS ON FILE | | | | | | |
| MRS. SUEYUN LOCKS | | ADDRESS ON FILE | | | | | | |
| MRS. SUSAN HYDE | | ADDRESS ON FILE | | | | | | |
| MRS. SUSAN J. KWASNICK 1974 | | ADDRESS ON FILE | | | | | | |
| MRS. SUSAN J. MELNIK 1992 | | ADDRESS ON FILE | | | | | | |
| MRS. SUSAN JAFFE | | ADDRESS ON FILE | | | | | | |
| MRS. SUSAN K. KLEHR 1992 | | ADDRESS ON FILE | | | | | | |
| MRS. SUSAN LARSON | | ADDRESS ON FILE | | | | | | |
| MRS. SUSAN N. QUINN 1991 | | ADDRESS ON FILE | | | | | | |
| MRS. SUSAN SHAPIRO-KURCBART 1967 | | ADDRESS ON FILE | | | | | | |
| MRS. SUSAN W. CATHERWOOD | | ADDRESS ON FILE | | | | | | |
| MRS. SUSAN YARRINGTON | | ADDRESS ON FILE | | | | | | |
| MRS. SUZANNE A. SCHRIVER 1986 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MRS. SUZANNE MARINELL | | ADDRESS ON FILE | | | | | | |
| MRS. SUZANNE S. GLOVER 1990 | | ADDRESS ON FILE | | | | | | |
| MRS. SUZANNE SCOTT | | ADDRESS ON FILE | | | | | | |
| MRS. SYLVIA L. COHEN | | ADDRESS ON FILE | | | | | | |
| MRS. TANYA A. PARETCHAN 1972 | | ADDRESS ON FILE | | | | | | |
| MRS. TERESA B. POITRAS 1985 | | ADDRESS ON FILE | | | | | | |
| MRS. TERESA COURAGE | | ADDRESS ON FILE | | | | | | |
| MRS. TERESA L. GRAGG 1985 | | ADDRESS ON FILE | | | | | | |
| MRS. TERRYANN TURTOLA | | ADDRESS ON FILE | | | | | | |
| MRS. THERESA PHILLIPS 1956 | | ADDRESS ON FILE | | | | | | |
| MRS. THERESA QUINN | | ADDRESS ON FILE | | | | | | |
| MRS. THERESA ROLLINS | | ADDRESS ON FILE | | | | | | |
| MRS. THERESE B. GREENLAND | | ADDRESS ON FILE | | | | | | |
| MRS. TOBY A. SOFFER | | ADDRESS ON FILE | | | | | | |
| MRS. TOBY M. ROTMAN 1961 | | ADDRESS ON FILE | | | | | | |
| MRS. TOBY MEYER 1965 | | ADDRESS ON FILE | | | | | | |
| MRS. TONI GOLDBERG | | ADDRESS ON FILE | | | | | | |
| MRS. TONYA SONSINI | | ADDRESS ON FILE | | | | | | |
| MRS. TRACEY M. SOSLOW | | ADDRESS ON FILE | | | | | | |
| MRS. TRACY MIANULLI | | ADDRESS ON FILE | | | | | | |
| MRS. TRACY WANAMAKER | | ADDRESS ON FILE | | | | | | |
| MRS. TRICIA BELL | | ADDRESS ON FILE | | | | | | |
| MRS. TRISHA SCHLACKMAN | | ADDRESS ON FILE | | | | | | |
| MRS. VALLA AMSTERDAM | | ADDRESS ON FILE | | | | | | |
| MRS. VERONICA I. LESNIAK | | ADDRESS ON FILE | | | | | | |
| MRS. VICKY KELLY | | ADDRESS ON FILE | | | | | | |
| MRS. VICTORIA A. DUCLOS BARRETT 1984 | | ADDRESS ON FILE | | | | | | |
| MRS. VICTORIA A. STANBACH 1990 | | ADDRESS ON FILE | | | | | | |
| MRS. VICTORIA H. FOX 1968 | | ADDRESS ON FILE | | | | | | |
| MRS. VICTORIA HAIRSTON | | ADDRESS ON FILE | | | | | | |
| MRS. VICTORIA JOHNSON | | ADDRESS ON FILE | | | | | | |
| MRS. VICTORIA PENDRAGON 1968 | | ADDRESS ON FILE | | | | | | |
| MRS. VILMA BURGOS-TORRES | | ADDRESS ON FILE | | | | | | |
| MRS. VIRGINIA B. PERRY 1940 | | ADDRESS ON FILE | | | | | | |
| MRS. VIRGINIA L. LEVESQUE | | ADDRESS ON FILE | | | | | | |
| MRS. WENDY TURNER | | ADDRESS ON FILE | | | | | | |
| MRS. WILLIAM BERNARD | | ADDRESS ON FILE | | | | | | |
| MS. A. CELESTE HARDESTER | | ADDRESS ON FILE | | | | | | |
| MS. ABIGAIL FOULK 2010 | | ADDRESS ON FILE | | | | | | |
| MS. ADELE CRANE | | ADDRESS ON FILE | | | | | | |
| MS. ADRIANA GARCIA HOARD | | ADDRESS ON FILE | | | | | | |
| MS. AGNES M. SPEIDEL | | ADDRESS ON FILE | | | | | | |
| MS. AILAUNA C. JOHNSON 1987 | | ADDRESS ON FILE | | | | | | |
| MS. AIME D. KELLY 2009 | | ADDRESS ON FILE | | | | | | |
| MS. AKIMI O. VALHOULI | | ADDRESS ON FILE | | | | | | |
| MS. AKIRA HEDRICK 2016 | | ADDRESS ON FILE | | | | | | |
| MS. ALEX MOEDE | | ADDRESS ON FILE | | | | | | |
| MS. ALEXA EGER 2017 | | ADDRESS ON FILE | | | | | | |
| MS. ALEXA J. WILDER 2017 | | ADDRESS ON FILE | | | | | | |
| MS. ALEXANDRA RIPP | | ADDRESS ON FILE | | | | | | |
| MS. ALEXANDRA TORRES 2008 | | ADDRESS ON FILE | | | | | | |
| MS. ALEXANDRA VITALE 2015 | | ADDRESS ON FILE | | | | | | |
| MS. ALEXIS STATHIS 2017 | | ADDRESS ON FILE | | | | | | |
| MS. ALICE E. STOCK 1990 | | ADDRESS ON FILE | | | | | | |
| MS. ALICE SIMSAR | | ADDRESS ON FILE | | | | | | |
| MS. ALICIA M. RICHMAN-BIELLO 2020 | | ADDRESS ON FILE | | | | | | |
| MS. ALIDA L. FISH | | ADDRESS ON FILE | | | | | | |
| MS. ALISHA B. CHERRY-DUBB 1996 | | ADDRESS ON FILE | | | | | | |
| MS. ALISHA WASHINGTON | | ADDRESS ON FILE | | | | | | |
| MS. ALISON GULCZYNSKI | | ADDRESS ON FILE | | | | | | |
| MS. ALLEANNA C. HARRIS 2015 | | ADDRESS ON FILE | | | | | | |
| MS. ALLEGRA E. BURNETTE 1995 | | ADDRESS ON FILE | | | | | | |
| MS. ALLISON J. GEWERTZ 2002 | | ADDRESS ON FILE | | | | | | |
| MS. ALLISON MILLARD | | ADDRESS ON FILE | | | | | | |
| MS. ALYSSA HARGROVE 2012 | | ADDRESS ON FILE | | | | | | |
| MS. ALYSSA N. CLINKSCALES 2017 | | ADDRESS ON FILE | | | | | | |
| MS. AMANDA DAVID 2002 | | ADDRESS ON FILE | | | | | | |
| MS. AMANDA HESS | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. AMANDA KARLIN | | ADDRESS ON FILE | | | | | | |
| MS. AMANDA L. COLLETT 2002 | | ADDRESS ON FILE | | | | | | |
| MS. AMANDA L. MANDELL 2004 | | ADDRESS ON FILE | | | | | | |
| MS. AMANDA MELCZER | | ADDRESS ON FILE | | | | | | |
| MS. AMANDA N. KMETTPENDRY 2013 | | ADDRESS ON FILE | | | | | | |
| MS. AMANDA S. MILZ 2012 | | ADDRESS ON FILE | | | | | | |
| MS. AMANDA SMIT-PETERS | | ADDRESS ON FILE | | | | | | |
| MS. AMANDA T. BLACK | | ADDRESS ON FILE | | | | | | |
| MS. AMBER GAUL 2017 | | ADDRESS ON FILE | | | | | | |
| MS. AMEE J. POLLACK 1994 | | ADDRESS ON FILE | | | | | | |
| MS. AMY B. GOLDBAS | | ADDRESS ON FILE | | | | | | |
| MS. AMY B. WENSLOW 1987 | | ADDRESS ON FILE | | | | | | |
| MS. AMY BROWN | | ADDRESS ON FILE | | | | | | |
| MS. AMY CORDAY | | ADDRESS ON FILE | | | | | | |
| MS. AMY H. GOLDMAN | | ADDRESS ON FILE | | | | | | |
| MS. AMY J. GARCIA 1985 | | ADDRESS ON FILE | | | | | | |
| MS. AMY L. JARED 1986 | | ADDRESS ON FILE | | | | | | |
| MS. ANAT ESHEL 2014 | | ADDRESS ON FILE | | | | | | |
| MS. ANDREA BELL | | ADDRESS ON FILE | | | | | | |
| MS. ANDREA DONAHUE | | ADDRESS ON FILE | | | | | | |
| MS. ANDREA HARTLEY | | ADDRESS ON FILE | | | | | | |
| MS. ANDREA JONES-DAVIS | | ADDRESS ON FILE | | | | | | |
| MS. ANDREA L. SHUMSKY 1982 | | ADDRESS ON FILE | | | | | | |
| MS. ANDREA M. SAVIDGE 2014 | | ADDRESS ON FILE | | | | | | |
| MS. ANDREA S. EMMONS 1980 | | ADDRESS ON FILE | | | | | | |
| MS. ANDREA S. MARKS 1983 | | ADDRESS ON FILE | | | | | | |
| MS. ANGEL KELLEY | | ADDRESS ON FILE | | | | | | |
| MS. ANGELA JONES-OBRIEN | | ADDRESS ON FILE | | | | | | |
| MS. ANGELA SWEIGART | | ADDRESS ON FILE | | | | | | |
| MS. ANGELA T. JESELNICK 1984 | | ADDRESS ON FILE | | | | | | |
| MS. ANGELA VENTUS | | ADDRESS ON FILE | | | | | | |
| MS. ANGELINA JULIANO | | ADDRESS ON FILE | | | | | | |
| MS. ANGIE MCCLOSKEY | | ADDRESS ON FILE | | | | | | |
| MS. ANISA HAIDARY | | ADDRESS ON FILE | | | | | | |
| MS. ANITA DART BODELL | | ADDRESS ON FILE | | | | | | |
| MS. ANITA KEYS | | ADDRESS ON FILE | | | | | | |
| MS. ANITA LOVITT 1970 | | ADDRESS ON FILE | | | | | | |
| MS. ANITA P. SHETH 2012 | | ADDRESS ON FILE | | | | | | |
| MS. ANITA R. CHANDLER 2005 | | ADDRESS ON FILE | | | | | | |
| MS. ANN AKIF | | ADDRESS ON FILE | | | | | | |
| MS. ANN B. ROSSILLI 1974 | | ADDRESS ON FILE | | | | | | |
| MS. ANN JOZWIAK | | ADDRESS ON FILE | | | | | | |
| MS. ANN M. MITCHELL 1968 | | ADDRESS ON FILE | | | | | | |
| MS. ANN MARIE BLACKWELL | | ADDRESS ON FILE | | | | | | |
| MS. ANN MARIE DOMINIK 1985 | | ADDRESS ON FILE | | | | | | |
| MS. ANN P. WESSMAN | | ADDRESS ON FILE | | | | | | |
| MS. ANN S. HARTZELL | | ADDRESS ON FILE | | | | | | |
| MS. ANN TEGNELL | | ADDRESS ON FILE | | | | | | |
| MS. ANNA F. FINE FOER 1980 | | ADDRESS ON FILE | | | | | | |
| MS. ANNA J. LADD 2016 | | ADDRESS ON FILE | | | | | | |
| MS. ANNA K. MIDDLETON | | ADDRESS ON FILE | | | | | | |
| MS. ANNA L. WERT | | ADDRESS ON FILE | | | | | | |
| MS. ANNA M. COWAN | | ADDRESS ON FILE | | | | | | |
| MS. ANNA M. RISING 2015 | | ADDRESS ON FILE | | | | | | |
| MS. ANNA R. CRIDER 2001 | | ADDRESS ON FILE | | | | | | |
| MS. ANNA TORMA | | ADDRESS ON FILE | | | | | | |
| MS. ANNAMARIE E. PHILLIPS | | ADDRESS ON FILE | | | | | | |
| MS. ANNE BEIDLER | | ADDRESS ON FILE | | | | | | |
| MS. ANNE BRYSON | | ADDRESS ON FILE | | | | | | |
| MS. ANNE C. WREN 1986 | | ADDRESS ON FILE | | | | | | |
| MS. ANNE D. BUTTERFIELD | | ADDRESS ON FILE | | | | | | |
| MS. ANNE D. SCHWARTZ | | ADDRESS ON FILE | | | | | | |
| MS. ANNE E. HENRY | | ADDRESS ON FILE | | | | | | |
| MS. ANNE GHORY-GOODMAN | | ADDRESS ON FILE | | | | | | |
| MS. ANNE H. VAN ARKEL | | ADDRESS ON FILE | | | | | | |
| MS. ANNE L. SCIOLLA 1986 | | ADDRESS ON FILE | | | | | | |
| MS. ANNE MAE EGAN | | ADDRESS ON FILE | | | | | | |
| MS. ANNE MASSONI | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. ANNE S. BELOV 1977 | | ADDRESS ON FILE | | | | | | |
| MS. ANNE STANDISH | | ADDRESS ON FILE | | | | | | |
| MS. ANNE T. LIGHTFOOT | | ADDRESS ON FILE | | | | | | |
| MS. ANNETTE LUPOLI | | ADDRESS ON FILE | | | | | | |
| MS. ANNETTE R. CARLO 1993 | | ADDRESS ON FILE | | | | | | |
| MS. ANNIE WILLIAMS | | ADDRESS ON FILE | | | | | | |
| MS. ANNMARIE LOCKHART | | ADDRESS ON FILE | | | | | | |
| MS. ANTOINETTE N. STARR | | ADDRESS ON FILE | | | | | | |
| MS. APRIL GREIMAN | | ADDRESS ON FILE | | | | | | |
| MS. APRIL SMITH-WILKINS | | ADDRESS ON FILE | | | | | | |
| MS. ARIEL E. COLEMAN-TURNER 2004 | | ADDRESS ON FILE | | | | | | |
| MS. ARIEL WEISS | | ADDRESS ON FILE | | | | | | |
| MS. ARITTY J. NEWTON 1985 | | ADDRESS ON FILE | | | | | | |
| MS. ARLENE C. HAYDEN 1970 | | ADDRESS ON FILE | | | | | | |
| MS. ARLENE HWANG | | ADDRESS ON FILE | | | | | | |
| MS. ARLINE J. LOTMAN, ESQ. | | ADDRESS ON FILE | | | | | | |
| MS. ARMENA D. JEHANIAN 1992 | | ADDRESS ON FILE | | | | | | |
| MS. ASHLEY F. JONES 2010 | | ADDRESS ON FILE | | | | | | |
| MS. ASHLEY J. ALTMAN | | ADDRESS ON FILE | | | | | | |
| MS. ASHLEY PIGFORD | | ADDRESS ON FILE | | | | | | |
| MS. ASTRID BOWLBY | | ADDRESS ON FILE | | | | | | |
| MS. AUDREY B. SIMMONS 2017 | | ADDRESS ON FILE | | | | | | |
| MS. AUDREY HARRELL | | ADDRESS ON FILE | | | | | | |
| MS. AUDREY QUICK | | ADDRESS ON FILE | | | | | | |
| MS. B. PROUD | | ADDRESS ON FILE | | | | | | |
| MS. BANITA D. AMBROSE 1993 | | ADDRESS ON FILE | | | | | | |
| MS. BAO-TRAN D. HUYNH 2007 | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA A. MCGEE | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA A. TENENBAUM | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA ATTIE | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA BEAUMONT | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA C. KIRK | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA DORNAY | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA E. HINDMAN | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA E. SOFFER | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA GESSHEL 1964 | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA H. LEMBER 1963 | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA I. NAGIN 1984 | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA JUDD | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA L. RISHEL 1961 | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA L. SOSSON 1971 | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA ONEY | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA P. DANIN | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA ROESSNER | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA RUSSELL | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA S. KRETCHMAR | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA S. ROSENBERG 1972 | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA T. COLLAUTT | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA THOMAS | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA WALLACE | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA WERNER | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA WILLIAMS | | ADDRESS ON FILE | | | | | | |
| MS. BARBARA WISNOFF | | ADDRESS ON FILE | | | | | | |
| MS. BARI PALLARINO 2021 | | ADDRESS ON FILE | | | | | | |
| MS. BEATRICE SINGER | | ADDRESS ON FILE | | | | | | |
| MS. BEATRICE WEIDNER 1963 | | ADDRESS ON FILE | | | | | | |
| MS. BECCA GUTWIRTH | | ADDRESS ON FILE | | | | | | |
| MS. BELINDA BREMNER | | ADDRESS ON FILE | | | | | | |
| MS. BELLA SCHAFER | | ADDRESS ON FILE | | | | | | |
| MS. BERNICE HALPERN | | ADDRESS ON FILE | | | | | | |
| MS. BESS BIELUCZYK | | ADDRESS ON FILE | | | | | | |
| MS. BESSIE R. BRIDGES 1948 | | ADDRESS ON FILE | | | | | | |
| MS. BESSIE Y. GREEN | | ADDRESS ON FILE | | | | | | |
| MS. BETH A. TWISS-HOUTING | | ADDRESS ON FILE | | | | | | |
| MS. BETH A. YANCI | | ADDRESS ON FILE | | | | | | |
| MS. BETH E. FREDERICK | | ADDRESS ON FILE | | | | | | |
| MS. BETH HACKET | | ADDRESS ON FILE | | | | | | |
| MS. BETH HARE | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. BETH I. VAN WHY 2006 | | ADDRESS ON FILE | | | | | | |
| MS. BETHANY A. FRANZ 2004 | | ADDRESS ON FILE | | | | | | |
| MS. BETHANY K. HARTSHORN 1996 | | ADDRESS ON FILE | | | | | | |
| MS. BETSY G. WOLLENSACK 1985 | | ADDRESS ON FILE | | | | | | |
| MS. BETSY MIRAGLIA | | ADDRESS ON FILE | | | | | | |
| MS. BETTE W. CAPLAN | | ADDRESS ON FILE | | | | | | |
| MS. BETTY FUSSELL | | ADDRESS ON FILE | | | | | | |
| MS. BETTY L. MARCHANT 1992 | | ADDRESS ON FILE | | | | | | |
| MS. BETTY MUSSER | | ADDRESS ON FILE | | | | | | |
| MS. BETTY S. GREENE 1979 | | ADDRESS ON FILE | | | | | | |
| MS. BEVERLY A. WEHR 1986 | | ADDRESS ON FILE | | | | | | |
| MS. BEVERLY P. AGARD 1973 | | ADDRESS ON FILE | | | | | | |
| MS. BEVERLY POLIN | | ADDRESS ON FILE | | | | | | |
| MS. BIANCA C. CEVOLI 2008 | | ADDRESS ON FILE | | | | | | |
| MS. BONNIE A. PECK | | ADDRESS ON FILE | | | | | | |
| MS. BONNIE C. RANDALL 1967 | | ADDRESS ON FILE | | | | | | |
| MS. BRENDA A. RIDLEY | | ADDRESS ON FILE | | | | | | |
| MS. BRENDA ERICKSON | | ADDRESS ON FILE | | | | | | |
| MS. BRENDA Y. GARATE 2011 | | ADDRESS ON FILE | | | | | | |
| MS. BRIE A. NEFF | | ADDRESS ON FILE | | | | | | |
| MS. BRIEON M. LEVIN 2006 | | ADDRESS ON FILE | | | | | | |
| MS. BRIGID MCCARTHY 1971 | | ADDRESS ON FILE | | | | | | |
| MS. BRITTANY D. MEYER 2015 | | ADDRESS ON FILE | | | | | | |
| MS. BRITTANY R. HOFLER 2009 | | ADDRESS ON FILE | | | | | | |
| MS. CAITLIN GOLD | | ADDRESS ON FILE | | | | | | |
| MS. CAITLIN RIGGSBEE 2017 | | ADDRESS ON FILE | | | | | | |
| MS. CAMILLE SERAFINA | | ADDRESS ON FILE | | | | | | |
| MS. CAROL A. GRAMINSKI | | ADDRESS ON FILE | | | | | | |
| MS. CAROL A. MAGER, ESQ. | | ADDRESS ON FILE | | | | | | |
| MS. CAROL D. WESTFALL | | ADDRESS ON FILE | | | | | | |
| MS. CAROL H. GRANEY | | ADDRESS ON FILE | | | | | | |
| MS. CAROL J. STAFFORD | | ADDRESS ON FILE | | | | | | |
| MS. CAROL KIRK | | ADDRESS ON FILE | | | | | | |
| MS. CAROL L. KEGLEY 1992 | | ADDRESS ON FILE | | | | | | |
| MS. CAROL L. MOORE | | ADDRESS ON FILE | | | | | | |
| MS. CAROL L. SEXTON 1970 | | ADDRESS ON FILE | | | | | | |
| MS. CAROL L. SMITH 1973 | | ADDRESS ON FILE | | | | | | |
| MS. CAROL L. WRIGHT 1985 | | ADDRESS ON FILE | | | | | | |
| MS. CAROL O. ALLEN 1992 | | ADDRESS ON FILE | | | | | | |
| MS. CAROL R. ASHTON-HERGENHAN 1971 | | ADDRESS ON FILE | | | | | | |
| MS. CAROL RIDYARD | | ADDRESS ON FILE | | | | | | |
| MS. CAROL SAINDON | | ADDRESS ON FILE | | | | | | |
| MS. CAROL WOOLFORD | | ADDRESS ON FILE | | | | | | |
| MS. CAROLE A. DAVIS | | ADDRESS ON FILE | | | | | | |
| MS. CAROLE ABERCAUPH 1966 | | ADDRESS ON FILE | | | | | | |
| MS. CAROLE H. GRAVAGNO | | ADDRESS ON FILE | | | | | | |
| MS. CAROLINE E. LEUSNER 2017 | | ADDRESS ON FILE | | | | | | |
| MS. CAROLINE HASSLER | | ADDRESS ON FILE | | | | | | |
| MS. CAROLINE JACOBUS | | ADDRESS ON FILE | | | | | | |
| MS. CAROLYN C. TEDHOLM | | ADDRESS ON FILE | | | | | | |
| MS. CAROLYN HEATON | | ADDRESS ON FILE | | | | | | |
| MS. CAROLYN J. PATEK | | ADDRESS ON FILE | | | | | | |
| MS. CAROLYN L. DOLL-GEIGER 1972 | | ADDRESS ON FILE | | | | | | |
| MS. CAROLYN MACLEISH | | ADDRESS ON FILE | | | | | | |
| MS. CAROLYN ROBINSON | | ADDRESS ON FILE | | | | | | |
| MS. CAROLYN SMITH | | ADDRESS ON FILE | | | | | | |
| MS. CARRIE L. SUSINO 2003 | | ADDRESS ON FILE | | | | | | |
| MS. CARSON MISCHEL | | ADDRESS ON FILE | | | | | | |
| MS. CARYN M. HALL 1997 | | ADDRESS ON FILE | | | | | | |
| MS. CARYN S. GUBIN | | ADDRESS ON FILE | | | | | | |
| MS. CASEY HAMBLETT | | ADDRESS ON FILE | | | | | | |
| MS. CASEY R. BIALEK 2014 | | ADDRESS ON FILE | | | | | | |
| MS. CASSANDRA A. STAFFORD 2007 | | ADDRESS ON FILE | | | | | | |
| MS. CASSANDRA J. COOPER 2014 | | ADDRESS ON FILE | | | | | | |
| MS. CASSANDRA PEDERSEN 2003 | | ADDRESS ON FILE | | | | | | |
| MS. CATHARINE F. ISHII | | ADDRESS ON FILE | | | | | | |
| MS. CATHERINE KODAT | | ADDRESS ON FILE | | | | | | |
| MS. CATHERINE LAMELA | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. CATHERINE LOGAN | | ADDRESS ON FILE | | | | | | |
| MS. CATHERINE MARTIN | | ADDRESS ON FILE | | | | | | |
| MS. CATHERINE MISSIMER | | ADDRESS ON FILE | | | | | | |
| MS. CATHERINE MURPHY BERARDINO | | ADDRESS ON FILE | | | | | | |
| MS. CATHERINE PETRINO 2014 | | ADDRESS ON FILE | | | | | | |
| MS. CATHERINE V. CALDICOTT | | ADDRESS ON FILE | | | | | | |
| MS. CATHERINE WHITE | | ADDRESS ON FILE | | | | | | |
| MS. CATHEY M. KENNEDY | | ADDRESS ON FILE | | | | | | |
| MS. CATHY J. KYLE 1980 | | ADDRESS ON FILE | | | | | | |
| MS. CECELIA ROBERTS | | ADDRESS ON FILE | | | | | | |
| MS. CECILIA GALLO | | ADDRESS ON FILE | | | | | | |
| MS. CELIA BOLDER | | ADDRESS ON FILE | | | | | | |
| MS. CELIC N. MELENDEZ 2010 | | ADDRESS ON FILE | | | | | | |
| MS. CEMEATRIA BROWN | | ADDRESS ON FILE | | | | | | |
| MS. CHANDRA CAGGINS 1998 | | ADDRESS ON FILE | | | | | | |
| MS. CHARLENE JOHNSON | | ADDRESS ON FILE | | | | | | |
| MS. CHARLENE M. NORRIS | | ADDRESS ON FILE | | | | | | |
| MS. CHARLOTTE L. MARTIN 1985 | | ADDRESS ON FILE | | | | | | |
| MS. CHARLOTTE MYERS | | ADDRESS ON FILE | | | | | | |
| MS. CHARLOTTE S. RIGGS 2003 | | ADDRESS ON FILE | | | | | | |
| MS. CHELSEA BIEMILLER | | ADDRESS ON FILE | | | | | | |
| MS. CHERAE GRIMES 2017 | | ADDRESS ON FILE | | | | | | |
| MS. CHERYL BROCK 1970 | | ADDRESS ON FILE | | | | | | |
| MS. CHERYL HAINES | | ADDRESS ON FILE | | | | | | |
| MS. CHERYL K. HINES 1981 | | ADDRESS ON FILE | | | | | | |
| MS. CHERYL L. CARSON 1999 | | ADDRESS ON FILE | | | | | | |
| MS. CHERYL M. HAZZARD 1972 | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTA R. DIMARCO 2001 | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTEL TURINGAN | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINA BRUNO | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINA C. MCGOVERN 1989 | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINA F. ROBERTSON | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINA HENDRICKSON | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINA K. VAN EMBDEN 2002 | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINA LAROCCA | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINA M. CRIBB 2007 | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINA M. LEWIS 2007 | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINA M. WOLKEN 2013 | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINE A. BUSHEY 1986 | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINE D. OBRIEN-MASE 1994 | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINE FOX | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINE HADER | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINE HIEBERT 1982 | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINE KRUEGER | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINE M. ZAPATA 2011 | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINE N. CANTERA 1975 | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINE P. REEVES | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINE R. BAILEY 2008 | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINE RAD | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINE WRIGHT | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINE WRIGHT | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTINE ZELINSKY | | ADDRESS ON FILE | | | | | | |
| MS. CHRISTY B. GONZALEZ 2001 | | ADDRESS ON FILE | | | | | | |
| MS. CINDY MARTELL | | ADDRESS ON FILE | | | | | | |
| MS. CLAIRE DILULLO | | ADDRESS ON FILE | | | | | | |
| MS. CLAIRE HESS 1978 | | ADDRESS ON FILE | | | | | | |
| MS. CLAIRE M. MARSCHAK 1979 | | ADDRESS ON FILE | | | | | | |
| MS. CLAIRE V. VLIET | | ADDRESS ON FILE | | | | | | |
| MS. CLAIRE WILKES | | ADDRESS ON FILE | | | | | | |
| MS. CLAUDIA COHEN | | ADDRESS ON FILE | | | | | | |
| MS. CLAUDIA CONSOLATI | | ADDRESS ON FILE | | | | | | |
| MS. CLAUDIA MILLS | | ADDRESS ON FILE | | | | | | |
| MS. CLAUDIA RUTH LAWSON | | ADDRESS ON FILE | | | | | | |
| MS. CLETA HIGGINS | | ADDRESS ON FILE | | | | | | |
| MS. COLETTE M. LEFEVRE 1984 | | ADDRESS ON FILE | | | | | | |
| MS. COLLEEN A. ROSCHER 2006 | | ADDRESS ON FILE | | | | | | |
| MS. COLLEEN HAMMOND | | ADDRESS ON FILE | | | | | | |
| MS. COLLEEN M. REDWOOD | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. COLLEEN MCLAUGHLIN 2012 | | ADDRESS ON FILE | | | | | | |
| MS. COLLEEN NUNEZ WHITMAN | | ADDRESS ON FILE | | | | | | |
| MS. CONNIE BLOOD | | ADDRESS ON FILE | | | | | | |
| MS. CONNIE ISBELL | | ADDRESS ON FILE | | | | | | |
| MS. CONSTANCE OBER | | ADDRESS ON FILE | | | | | | |
| MS. CORINE BRADLEY | | ADDRESS ON FILE | | | | | | |
| MS. CORINNE CALESSO 1975 | | ADDRESS ON FILE | | | | | | |
| MS. COURTNEY R. LAW 2003 | | ADDRESS ON FILE | | | | | | |
| MS. CRYSTAL ALBRIGHT | | ADDRESS ON FILE | | | | | | |
| MS. CRYSTAL E. LAMBERT 2007 | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA A. CROW 1993 | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA A. JAY | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA BOYER | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA BULLOCK | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA DAVIES | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA E. KANE 2002 | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA FLETCHER | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA HOLSTAD | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA KEEGIN | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA M. DICKEY 1992 | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA M. GALLAGHER 1972 | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA MURRAY-HOLMES | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA PULLEY | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA R. HELMSTETTER 2009 | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA SCHIRA | | ADDRESS ON FILE | | | | | | |
| MS. CYNTHIA T. TAYLOR 1974 | | ADDRESS ON FILE | | | | | | |
| MS. DANA A. KRESZSWICK 1994 | | ADDRESS ON FILE | | | | | | |
| MS. DANASHA OBRIEN | | ADDRESS ON FILE | | | | | | |
| MS. DANIELA GALDI 2008 | | ADDRESS ON FILE | | | | | | |
| MS. DANIELA LIEN 2008 | | ADDRESS ON FILE | | | | | | |
| MS. DANIELLE C. ACERRA 1998 | | ADDRESS ON FILE | | | | | | |
| MS. DANIELLE DIMSTON 1979 | | ADDRESS ON FILE | | | | | | |
| MS. DANIELLE M. ADAMS 2006 | | ADDRESS ON FILE | | | | | | |
| MS. DANIELLE MAISEY 1997 | | ADDRESS ON FILE | | | | | | |
| MS. DANIELLE PATTERSON | | ADDRESS ON FILE | | | | | | |
| MS. DANIELLE STEIN | | ADDRESS ON FILE | | | | | | |
| MS. DANIELLE YOUNG 2005 | | ADDRESS ON FILE | | | | | | |
| MS. DAPHNE FELTEN-GREEN | | ADDRESS ON FILE | | | | | | |
| MS. DARLENE M. BOSTON | | ADDRESS ON FILE | | | | | | |
| MS. DAWN A. CALZADA | | ADDRESS ON FILE | | | | | | |
| MS. DAWN BOWEN | | ADDRESS ON FILE | | | | | | |
| MS. DAWN STEINFELD | | ADDRESS ON FILE | | | | | | |
| MS. DEANGELA L. DUFF | | ADDRESS ON FILE | | | | | | |
| MS. DEANNA MCLAUGHLIN 1995 | | ADDRESS ON FILE | | | | | | |
| MS. DEBORA SNOWDEN | | ADDRESS ON FILE | | | | | | |
| MS. DEBORAH CURTISS, 3RD 1983 | | ADDRESS ON FILE | | | | | | |
| MS. DEBORAH E. WILLIS 1975 | | ADDRESS ON FILE | | | | | | |
| MS. DEBORAH EL-PLATT | | ADDRESS ON FILE | | | | | | |
| MS. DEBORAH EUSTICE | | ADDRESS ON FILE | | | | | | |
| MS. DEBORAH HASOU | | ADDRESS ON FILE | | | | | | |
| MS. DEBORAH LARKIN KRAMER | | ADDRESS ON FILE | | | | | | |
| MS. DEBORAH WARNER | | ADDRESS ON FILE | | | | | | |
| MS. DEBRA A. DADARIO | | ADDRESS ON FILE | | | | | | |
| MS. DEBRA A. FISCHER | | ADDRESS ON FILE | | | | | | |
| MS. DEBRA BERNIER | | ADDRESS ON FILE | | | | | | |
| MS. DEBRA DRODVILLO | | ADDRESS ON FILE | | | | | | |
| MS. DEBRA L. VALENCIA 1981 | | ADDRESS ON FILE | | | | | | |
| MS. DEBRA SPARK | | ADDRESS ON FILE | | | | | | |
| MS. DEBRA VALENTI-EPSTEIN, ESQ. 1976 | | ADDRESS ON FILE | | | | | | |
| MS. DEIDRE MITCHELLI | | ADDRESS ON FILE | | | | | | |
| MS. DELORES KRAMER | | ADDRESS ON FILE | | | | | | |
| MS. DENA NIHART | | ADDRESS ON FILE | | | | | | |
| MS. DENA SUKOL | | ADDRESS ON FILE | | | | | | |
| MS. DENA WOODALL | | ADDRESS ON FILE | | | | | | |
| MS. DENEEN WASHINGTON | | ADDRESS ON FILE | | | | | | |
| MS. DENI ANDERSON | | ADDRESS ON FILE | | | | | | |
| MS. DENISE JACKSON | | ADDRESS ON FILE | | | | | | |
| MS. DENISE L. AMSES 1980 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. DENISE L. PHILIPBAR 2013 | | ADDRESS ON FILE | | | | | | |
| MS. DENISE LOUALLO | | ADDRESS ON FILE | | | | | | |
| MS. DENISE M. CARBONE 1991 | | ADDRESS ON FILE | | | | | | |
| MS. DENISE VOLK | | ADDRESS ON FILE | | | | | | |
| MS. DESIREE MITCHELL 1983 | | ADDRESS ON FILE | | | | | | |
| MS. DIANA L. KAUZLARICH 1993 | | ADDRESS ON FILE | | | | | | |
| MS. DIANA M. GERVASI 2007 | | ADDRESS ON FILE | | | | | | |
| MS. DIANA M. KOBAR 1981 | | ADDRESS ON FILE | | | | | | |
| MS. DIANE BURKO | | ADDRESS ON FILE | | | | | | |
| MS. DIANE C. JONES | | ADDRESS ON FILE | | | | | | |
| MS. DIANE E. SANDERS 2009 | | ADDRESS ON FILE | | | | | | |
| MS. DIANE K. APFELBAUM | | ADDRESS ON FILE | | | | | | |
| MS. DIANE L. EMERSON 1990 | | ADDRESS ON FILE | | | | | | |
| MS. DIANE L. PEPE 2012 | | ADDRESS ON FILE | | | | | | |
| MS. DIANE M. DIGIACOMO 1980 | | ADDRESS ON FILE | | | | | | |
| MS. DIANE M. KAE | | ADDRESS ON FILE | | | | | | |
| MS. DIANE MARIE ROSELLI 1970 | | ADDRESS ON FILE | | | | | | |
| MS. DIANE SOVEL | | ADDRESS ON FILE | | | | | | |
| MS. DIANE VANDERSLICE | | ADDRESS ON FILE | | | | | | |
| MS. DIANE WALSH | | ADDRESS ON FILE | | | | | | |
| MS. DIANE WILIKOFSKY | | ADDRESS ON FILE | | | | | | |
| MS. DIANNA F. BANKS 1969 | | ADDRESS ON FILE | | | | | | |
| MS. DINA M. DITARANTO 2011 | | ADDRESS ON FILE | | | | | | |
| MS. DOLLIE J. MORGAN 1946 | | ADDRESS ON FILE | | | | | | |
| MS. DONNA FAYE BURCHFIELD | | ADDRESS ON FILE | | | | | | |
| MS. DONNA J. DORN 1964 | | ADDRESS ON FILE | | | | | | |
| MS. DONNA J. GLOBUS 2010 | | ADDRESS ON FILE | | | | | | |
| MS. DONNA K. GILL | | ADDRESS ON FILE | | | | | | |
| MS. DONNA M. OWENS | | ADDRESS ON FILE | | | | | | |
| MS. DONNA ROSENTHAL | | ADDRESS ON FILE | | | | | | |
| MS. DORAY WALLA | | ADDRESS ON FILE | | | | | | |
| MS. DORIS BRENMAN | | ADDRESS ON FILE | | | | | | |
| MS. DORIS ELLINGTON | | ADDRESS ON FILE | | | | | | |
| MS. DOROTHY A. ATTIE 1959 | | ADDRESS ON FILE | | | | | | |
| MS. DOROTHY A. BECKER | | ADDRESS ON FILE | | | | | | |
| MS. DOROTHY A. KIRSCHNER | | ADDRESS ON FILE | | | | | | |
| MS. DOROTHY E. FUNDERWHITE 1993 | | ADDRESS ON FILE | | | | | | |
| MS. DOROTHY G. BARNES | | ADDRESS ON FILE | | | | | | |
| MS. DOROTHY HUGHES | | ADDRESS ON FILE | | | | | | |
| MS. DOROTHY NERENBERG | | ADDRESS ON FILE | | | | | | |
| MS. DOROTHY VEREEN | | ADDRESS ON FILE | | | | | | |
| MS. DOSHANNA D. BELL 2008 | | ADDRESS ON FILE | | | | | | |
| MS. EBONNE RUFFINS LEAPHART | | ADDRESS ON FILE | | | | | | |
| MS. EDITH BRODSKY 1973 | | ADDRESS ON FILE | | | | | | |
| MS. EILEEN D. NEFF 1972 | | ADDRESS ON FILE | | | | | | |
| MS. EILEEN EIDELSON | | ADDRESS ON FILE | | | | | | |
| MS. EILEEN ELLIOTT | | ADDRESS ON FILE | | | | | | |
| MS. EILEEN FLANAGAN | | ADDRESS ON FILE | | | | | | |
| MS. EILEEN G. WALDMAN | | ADDRESS ON FILE | | | | | | |
| MS. EILEEN MAROLLA | | ADDRESS ON FILE | | | | | | |
| MS. EILLEN J. BORETH | | ADDRESS ON FILE | | | | | | |
| MS. ELAINA S. SPILOVE | | ADDRESS ON FILE | | | | | | |
| MS. ELAINE C. LEVITT | | ADDRESS ON FILE | | | | | | |
| MS. ELAINE G. CHU 1985 | | ADDRESS ON FILE | | | | | | |
| MS. ELAINE GROTHUSEN | | ADDRESS ON FILE | | | | | | |
| MS. ELAINE GURIAN | | ADDRESS ON FILE | | | | | | |
| MS. ELAINE IVKER 1962 | | ADDRESS ON FILE | | | | | | |
| MS. ELAINE LAMANO | | ADDRESS ON FILE | | | | | | |
| MS. ELAINE LINDY | | ADDRESS ON FILE | | | | | | |
| MS. ELAINE MANGEL | | ADDRESS ON FILE | | | | | | |
| MS. ELEANOR D. THOMPSON | | ADDRESS ON FILE | | | | | | |
| MS. ELEANOR E. EVANS 1975 | | ADDRESS ON FILE | | | | | | |
| MS. ELEANOR STAPLES | | ADDRESS ON FILE | | | | | | |
| MS. ELENA FELICIANO | | ADDRESS ON FILE | | | | | | |
| MS. ELENA KOEBEL | | ADDRESS ON FILE | | | | | | |
| MS. ELISA WEBER | | ADDRESS ON FILE | | | | | | |
| MS. ELISABETH AGRO | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH A. GREBE 1989 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. ELIZABETH A. ISAAC | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH ANN BURNETT | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH B. BOYD 2008 | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH BOGLE 1954 | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH BOURQUE | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH CRONEY | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH G. DAVISON 1963 | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH G. ULMER | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH HELLING 1976 | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH J. MEAD 1985 | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH LICHT | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH M. BURKHAUSER | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH MC KENNA 1984 | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH O. PORTER | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH R. RADIGONDA | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH RALEIGH | | ADDRESS ON FILE | | | | | | |
| MS. ELIZABETH SACCARDI | | ADDRESS ON FILE | | | | | | |
| MS. ELLE J. CHYUN 2007 | | ADDRESS ON FILE | | | | | | |
| MS. ELLEN BAUM | | ADDRESS ON FILE | | | | | | |
| MS. ELLEN C. ELMAN 1995 | | ADDRESS ON FILE | | | | | | |
| MS. ELLEN CHUSE 1967 | | ADDRESS ON FILE | | | | | | |
| MS. ELLEN G. ROBERTS 1981 | | ADDRESS ON FILE | | | | | | |
| MS. ELLEN J. BARBARA 1985 | | ADDRESS ON FILE | | | | | | |
| MS. ELLEN M. SOFFER 1981 | | ADDRESS ON FILE | | | | | | |
| MS. ELLEN MAGENHEIM | | ADDRESS ON FILE | | | | | | |
| MS. ELLEN N. FLOCCO | | ADDRESS ON FILE | | | | | | |
| MS. ELLEN ROGOFF | | ADDRESS ON FILE | | | | | | |
| MS. ELLEN ROSENBERG | | ADDRESS ON FILE | | | | | | |
| MS. ELLEN STEINER | | ADDRESS ON FILE | | | | | | |
| MS. ELODIE R. RAGAN | | ADDRESS ON FILE | | | | | | |
| MS. ELSA LEONARD | | ADDRESS ON FILE | | | | | | |
| MS. ELSIE KOGEL | | ADDRESS ON FILE | | | | | | |
| MS. ELSIE N. FREEMAN | | ADDRESS ON FILE | | | | | | |
| MS. EMILY A. ANGELUCCI 2017 | | ADDRESS ON FILE | | | | | | |
| MS. EMILY M. KNIERIEM 2018 | | ADDRESS ON FILE | | | | | | |
| MS. EMILY PRITCHARD | | ADDRESS ON FILE | | | | | | |
| MS. EMMA K. ANDRIATCH 2017 | | ADDRESS ON FILE | | | | | | |
| MS. ERIKA L. GEHRINGER 2005 | | ADDRESS ON FILE | | | | | | |
| MS. ERIN CALLOWAY | | ADDRESS ON FILE | | | | | | |
| MS. ERIN E. SELLNOW 2000 | | ADDRESS ON FILE | | | | | | |
| MS. ERIN I. CONDRON 2000 | | ADDRESS ON FILE | | | | | | |
| MS. ERIN P. PAGLIA 2001 | | ADDRESS ON FILE | | | | | | |
| MS. ERINN L. HART 2003 | | ADDRESS ON FILE | | | | | | |
| MS. ESTEFANIA GARCIA 2013 | | ADDRESS ON FILE | | | | | | |
| MS. ESTHER COHEN | | ADDRESS ON FILE | | | | | | |
| MS. ESTHER S. HELINEK | | ADDRESS ON FILE | | | | | | |
| MS. ETHEL C. KESLER | | ADDRESS ON FILE | | | | | | |
| MS. EUGENIA B. GONZALEZ 1983 | | ADDRESS ON FILE | | | | | | |
| MS. EVA COHEN | | ADDRESS ON FILE | | | | | | |
| MS. EVA ENNIST | | ADDRESS ON FILE | | | | | | |
| MS. EVA NARDELLI | | ADDRESS ON FILE | | | | | | |
| MS. EVE M. CONWAY | | ADDRESS ON FILE | | | | | | |
| MS. EVELYN D. MC LAURIN 1963 | | ADDRESS ON FILE | | | | | | |
| MS. EVELYN HARVITZ | | ADDRESS ON FILE | | | | | | |
| MS. EVELYN HIRATA 1983 | | ADDRESS ON FILE | | | | | | |
| MS. EVELYN J. JANSON | | ADDRESS ON FILE | | | | | | |
| MS. EVELYN PENZA | | ADDRESS ON FILE | | | | | | |
| MS. EVELYN ROSEN | | ADDRESS ON FILE | | | | | | |
| MS. F. K. HUEBNER | | ADDRESS ON FILE | | | | | | |
| MS. FAITH M. PATANE 2006 | | ADDRESS ON FILE | | | | | | |
| MS. FARRAH BAROW | | ADDRESS ON FILE | | | | | | |
| MS. FAY G. LAWTON | | ADDRESS ON FILE | | | | | | |
| MS. FELICE TEBBE | | ADDRESS ON FILE | | | | | | |
| MS. FELICIA WITOMSKI 1979 | | ADDRESS ON FILE | | | | | | |
| MS. FLEURY MACKIE | | ADDRESS ON FILE | | | | | | |
| MS. FLO B. PERKINS 1974 | | ADDRESS ON FILE | | | | | | |
| MS. FLORA SCHNALL | | ADDRESS ON FILE | | | | | | |
| MS. FLORENCE A. SNYDER | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. FLORENCE REPPY | | ADDRESS ON FILE | | | | | | |
| MS. FRAN R. GIBSON 1973 | | ADDRESS ON FILE | | | | | | |
| MS. FRAN REED | | ADDRESS ON FILE | | | | | | |
| MS. FRANCES A. MCELHILL | | ADDRESS ON FILE | | | | | | |
| MS. FRANCES A. ZAMISKIE | | ADDRESS ON FILE | | | | | | |
| MS. FRANCES J. FANELLI 1965 | | ADDRESS ON FILE | | | | | | |
| MS. FRANCES M. COATES | | ADDRESS ON FILE | | | | | | |
| MS. FRANCES R. MAYS 1978 | | ADDRESS ON FILE | | | | | | |
| MS. FRANCES W. GOLDMAN | | ADDRESS ON FILE | | | | | | |
| MS. FRANCESCA FADGEN | | ADDRESS ON FILE | | | | | | |
| MS. FRANCESCA L. SCHWAB 1969 | | ADDRESS ON FILE | | | | | | |
| MS. GABRIELA NERI 1985 | | ADDRESS ON FILE | | | | | | |
| MS. GABRIELLE M. GOZO 2009 | | ADDRESS ON FILE | | | | | | |
| MS. GAIL FOX 1983 | | ADDRESS ON FILE | | | | | | |
| MS. GAIL H. KIESTER 1981 | | ADDRESS ON FILE | | | | | | |
| MS. GAIL KASS | | ADDRESS ON FILE | | | | | | |
| MS. GAIL P. LILLEBERG-SHEA | | ADDRESS ON FILE | | | | | | |
| MS. GEENA TEODECKI | | ADDRESS ON FILE | | | | | | |
| MS. GEHIA DAVENPORT 1994 | | ADDRESS ON FILE | | | | | | |
| MS. GENNIFER BIRNBACH | | ADDRESS ON FILE | | | | | | |
| MS. GEORGEANN S. BLAHA | | ADDRESS ON FILE | | | | | | |
| MS. GEORGIA GUTHRIE 2011 | | ADDRESS ON FILE | | | | | | |
| MS. GERALDINE MCTEAR | | ADDRESS ON FILE | | | | | | |
| MS. GERALEE WOOD | | ADDRESS ON FILE | | | | | | |
| MS. GERRIE SINATRA | | ADDRESS ON FILE | | | | | | |
| MS. GIGI A. MCGEE 1981 | | ADDRESS ON FILE | | | | | | |
| MS. GINA KAMENTSKY 1981 | | ADDRESS ON FILE | | | | | | |
| MS. GINA L. HICKS 1995 | | ADDRESS ON FILE | | | | | | |
| MS. GINA M. GIUSTO 2017 | | ADDRESS ON FILE | | | | | | |
| MS. GINA MOSCATELLI | | ADDRESS ON FILE | | | | | | |
| MS. GINGER TOMASETTI | | ADDRESS ON FILE | | | | | | |
| MS. GINNY VANDERSLICE | | ADDRESS ON FILE | | | | | | |
| MS. GLORIA CORREA | | ADDRESS ON FILE | | | | | | |
| MS. GLORIA DAVIS-DELANCY | | ADDRESS ON FILE | | | | | | |
| MS. GLORIA DISHER | | ADDRESS ON FILE | | | | | | |
| MS. GLORIA HAMPTON | | ADDRESS ON FILE | | | | | | |
| MS. GLORIA M. PENA 2005 | | ADDRESS ON FILE | | | | | | |
| MS. GRACE M. SONGOLO | | ADDRESS ON FILE | | | | | | |
| MS. GRACE SZCZECH 2014 | | ADDRESS ON FILE | | | | | | |
| MS. GRAYCE A. HESS | | ADDRESS ON FILE | | | | | | |
| MS. GRETA CARLTON | | ADDRESS ON FILE | | | | | | |
| MS. GRETCHEN DYKSTRA | | ADDRESS ON FILE | | | | | | |
| MS. GRETHE WITTROCK | | ADDRESS ON FILE | | | | | | |
| MS. GWEN M. HOUSTON | | ADDRESS ON FILE | | | | | | |
| MS. HAILEY HARRIGAN | | ADDRESS ON FILE | | | | | | |
| MS. HALEY A. MONSON 2017 | | ADDRESS ON FILE | | | | | | |
| MS. HALEY MILLOWAY | | ADDRESS ON FILE | | | | | | |
| MS. HALEY PANKRATZ | | ADDRESS ON FILE | | | | | | |
| MS. HALEY R. MEUSHAW 1986 | | ADDRESS ON FILE | | | | | | |
| MS. HANNAH BERLINER | | ADDRESS ON FILE | | | | | | |
| MS. HANNAH BURKE | | ADDRESS ON FILE | | | | | | |
| MS. HANNAH GROTHUSEN | | ADDRESS ON FILE | | | | | | |
| MS. HANNAH Y. AGOSTA 2014 | | ADDRESS ON FILE | | | | | | |
| MS. HARRIET K. FEINSTEIN 1962 | | ADDRESS ON FILE | | | | | | |
| MS. HARRIET L. GUTERMUTH | | ADDRESS ON FILE | | | | | | |
| MS. HARRIET L. LERMAN | | ADDRESS ON FILE | | | | | | |
| MS. HARRIET S. ACKERMAN 1984 | | ADDRESS ON FILE | | | | | | |
| MS. HARRIET S. RICKARDS | | ADDRESS ON FILE | | | | | | |
| MS. HARRIET SIMON | | ADDRESS ON FILE | | | | | | |
| MS. HEATHER BUCKLEY 1998 | | ADDRESS ON FILE | | | | | | |
| MS. HEATHER EXLEY | | ADDRESS ON FILE | | | | | | |
| MS. HEATHER HAGELGANS | | ADDRESS ON FILE | | | | | | |
| MS. HEDI KYLE | | ADDRESS ON FILE | | | | | | |
| MS. HEDY R. PHILIBERT | | ADDRESS ON FILE | | | | | | |
| MS. HELEN CLARK | | ADDRESS ON FILE | | | | | | |
| MS. HELEN DANGELO | | ADDRESS ON FILE | | | | | | |
| MS. HELEN DRUTT ENGLISH | | ADDRESS ON FILE | | | | | | |
| MS. HELEN E. DIMEDIO | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. HELEN M. SHANNON | | ADDRESS ON FILE | | | | | | |
| MS. HELEN S. KIRSCHNER | | ADDRESS ON FILE | | | | | | |
| MS. HELEN W. MERCER | | ADDRESS ON FILE | | | | | | |
| MS. HELENA MCHALE | | ADDRESS ON FILE | | | | | | |
| MS. HELENE KAFKA | | ADDRESS ON FILE | | | | | | |
| MS. HENRIETTA M. MUSTOKOFF 1968 | | ADDRESS ON FILE | | | | | | |
| MS. HILARY JAY | | ADDRESS ON FILE | | | | | | |
| MS. HILDEGARD I. KRUEGER | | ADDRESS ON FILE | | | | | | |
| MS. HOLLI MILLMAN | | ADDRESS ON FILE | | | | | | |
| MS. ILONA E. AHEARN 2000 | | ADDRESS ON FILE | | | | | | |
| MS. IMMACULATA M. DIBENEDETTO | | ADDRESS ON FILE | | | | | | |
| MS. IMMI STORRS | | ADDRESS ON FILE | | | | | | |
| MS. INESSA SKORODINSKY 1997 | | ADDRESS ON FILE | | | | | | |
| MS. INGE H. DRUCKREY | | ADDRESS ON FILE | | | | | | |
| MS. INNIS H. SHOEMAKER | | ADDRESS ON FILE | | | | | | |
| MS. IRENE L. LICHON | | ADDRESS ON FILE | | | | | | |
| MS. IRENE M. KLEMAS 1980 | | ADDRESS ON FILE | | | | | | |
| MS. IRIS M. HENRY-AIKEN | | ADDRESS ON FILE | | | | | | |
| MS. IVY SCHNOLL | | ADDRESS ON FILE | | | | | | |
| MS. IVY SILVER | | ADDRESS ON FILE | | | | | | |
| MS. JACKIE DELANEY | | ADDRESS ON FILE | | | | | | |
| MS. JACLYN B. BASHOFF 2000 | | ADDRESS ON FILE | | | | | | |
| MS. JACQUELINE BURNS | | ADDRESS ON FILE | | | | | | |
| MS. JACQUELINE KAHN-TRAUBERMAN 1975 | | ADDRESS ON FILE | | | | | | |
| MS. JACQUELINE M. DAVENPORT | | ADDRESS ON FILE | | | | | | |
| MS. JACQUELINE SPINA | | ADDRESS ON FILE | | | | | | |
| MS. JACQUELINE VENNERI | | ADDRESS ON FILE | | | | | | |
| MS. JACQUELYN BENNETT | | ADDRESS ON FILE | | | | | | |
| MS. JACQUELYN L. GILLETTI | | ADDRESS ON FILE | | | | | | |
| MS. JAMIE K. STERN | | ADDRESS ON FILE | | | | | | |
| MS. JAMIE L. SIMONS 2006 | | ADDRESS ON FILE | | | | | | |
| MS. JAN BERMAN | | ADDRESS ON FILE | | | | | | |
| MS. JAN C. BALTZELL 1971 | | ADDRESS ON FILE | | | | | | |
| MS. JAN H. BRESNICK | | ADDRESS ON FILE | | | | | | |
| MS. JANE F. BENNETT 1968 | | ADDRESS ON FILE | | | | | | |
| MS. JANE HUGHES | | ADDRESS ON FILE | | | | | | |
| MS. JANE MARTIN 1978 | | ADDRESS ON FILE | | | | | | |
| MS. JANE R. KENT 1974 | | ADDRESS ON FILE | | | | | | |
| MS. JANET FELSTEN 1973 | | ADDRESS ON FILE | | | | | | |
| MS. JANET FROELICH | | ADDRESS ON FILE | | | | | | |
| MS. JANET GAMBLE | | ADDRESS ON FILE | | | | | | |
| MS. JANET K. GRACE 1983 | | ADDRESS ON FILE | | | | | | |
| MS. JANET L. HOOPES | | ADDRESS ON FILE | | | | | | |
| MS. JANET MOORE | | ADDRESS ON FILE | | | | | | |
| MS. JANET SANTORO | | ADDRESS ON FILE | | | | | | |
| MS. JANET U. EPSTEIN | | ADDRESS ON FILE | | | | | | |
| MS. JANICE E. MARKHAM 1989 | | ADDRESS ON FILE | | | | | | |
| MS. JANICE FINN | | ADDRESS ON FILE | | | | | | |
| MS. JANICE M. BAIADA 2007 | | ADDRESS ON FILE | | | | | | |
| MS. JANICE M. ENGELKE 1982 | | ADDRESS ON FILE | | | | | | |
| MS. JANICE MCLAURIN | | ADDRESS ON FILE | | | | | | |
| MS. JANICE ROTH 1949 | | ADDRESS ON FILE | | | | | | |
| MS. JANINE M. WYSZYNSKI 2014 | | ADDRESS ON FILE | | | | | | |
| MS. JAYME D. SMITH 2001 | | ADDRESS ON FILE | | | | | | |
| MS. JAYNE VENEZIANO | | ADDRESS ON FILE | | | | | | |
| MS. JEAN BROOKS | | ADDRESS ON FILE | | | | | | |
| MS. JEAN M. PLOUGH 1970 | | ADDRESS ON FILE | | | | | | |
| MS. JEAN MURPHY | | ADDRESS ON FILE | | | | | | |
| MS. JEAN R. GUZZI 2004 | | ADDRESS ON FILE | | | | | | |
| MS. JEAN WALKER 1983 | | ADDRESS ON FILE | | | | | | |
| MS. JEANETTE GUTIERREZ | | ADDRESS ON FILE | | | | | | |
| MS. JEANINE DITOMASSO 1995 | | ADDRESS ON FILE | | | | | | |
| MS. JEANNE BRESCIANI | | ADDRESS ON FILE | | | | | | |
| MS. JEANNE F. JAFFE | | ADDRESS ON FILE | | | | | | |
| MS. JEANNE S. GAUGHAN | | ADDRESS ON FILE | | | | | | |
| MS. JEANNE STEINER | | ADDRESS ON FILE | | | | | | |
| MS. JEANNETTE D. HODGKINS 2009 | | ADDRESS ON FILE | | | | | | |
| MS. JEANNIE E. PEARCE | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. JEANNIE M. INGIOSI 2016 | | ADDRESS ON FILE | | | | | | |
| MS. JEN STROH | | ADDRESS ON FILE | | | | | | |
| MS. JENNA MANG | | ADDRESS ON FILE | | | | | | |
| MS. JENNA SAVAGE 2015 | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER B. LONG 1993 | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER BERNSTEIN | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER C. MACMILLAN 2006 | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER EDWARDS | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER GREENBURG | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER HARVEY | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER HIRSH | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER JANCZEWSKI | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER KAUFMAN 1990 | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER L. CRAIG 2005 | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER L. DETWILER 1994 | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER L. SCHICK 2002 | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER M. DESNOUEE 1988 | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER STEWART-SMITH | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER W. ROSNER 1979 | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER WELSH | | ADDRESS ON FILE | | | | | | |
| MS. JENNIFER ZAYLEA | | ADDRESS ON FILE | | | | | | |
| MS. JERI L. FROEHLICH 1980 | | ADDRESS ON FILE | | | | | | |
| MS. JERI M. COATES | | ADDRESS ON FILE | | | | | | |
| MS. JERI PACKMAN | | ADDRESS ON FILE | | | | | | |
| MS. JERRICA BLANKENSHIP 2012 | | ADDRESS ON FILE | | | | | | |
| MS. JESSICA APRILE | | ADDRESS ON FILE | | | | | | |
| MS. JESSICA CRESSMAN | | ADDRESS ON FILE | | | | | | |
| MS. JESSICA K. HRINIAK 2017 | | ADDRESS ON FILE | | | | | | |
| MS. JESSICA KAHLE | | ADDRESS ON FILE | | | | | | |
| MS. JESSICA N. FIORE 2003 | | ADDRESS ON FILE | | | | | | |
| MS. JESSICA R. VOGT 2008 | | ADDRESS ON FILE | | | | | | |
| MS. JESSICA SHANDOR | | ADDRESS ON FILE | | | | | | |
| MS. JESSICA SMITH | | ADDRESS ON FILE | | | | | | |
| MS. JIAYIN YU 2012 | | ADDRESS ON FILE | | | | | | |
| MS. JILL E. CUCCI SMITH 1994 | | ADDRESS ON FILE | | | | | | |
| MS. JILL K. WIDRA | | ADDRESS ON FILE | | | | | | |
| MS. JILL M. GUSMAN 1987 | | ADDRESS ON FILE | | | | | | |
| MS. JILL M. WILSON 2015 | | ADDRESS ON FILE | | | | | | |
| MS. JILL MADERER | | ADDRESS ON FILE | | | | | | |
| MS. JILL MANNING | | ADDRESS ON FILE | | | | | | |
| MS. JILL ODEGAARD | | ADDRESS ON FILE | | | | | | |
| MS. JILL S. PEARSON 2001 | | ADDRESS ON FILE | | | | | | |
| MS. JILL VALECCE | | ADDRESS ON FILE | | | | | | |
| MS. JIVA B. RANKINS 1986 | | ADDRESS ON FILE | | | | | | |
| MS. JO ANNE D. ALEXANDER | | ADDRESS ON FILE | | | | | | |
| MS. JO STEALEY | | ADDRESS ON FILE | | | | | | |
| MS. JOAN A. BRUNO | | ADDRESS ON FILE | | | | | | |
| MS. JOAN F. JAFFE | | ADDRESS ON FILE | | | | | | |
| MS. JOAN GRIFF | | ADDRESS ON FILE | | | | | | |
| MS. JOAN J. CASSEL | | ADDRESS ON FILE | | | | | | |
| MS. JOAN L. GARBEIL 1965 | | ADDRESS ON FILE | | | | | | |
| MS. JOAN LYONS | | ADDRESS ON FILE | | | | | | |
| MS. JOAN M. MOTTOLA | | ADDRESS ON FILE | | | | | | |
| MS. JOAN SWEENEY | | ADDRESS ON FILE | | | | | | |
| MS. JOAN T. CAMPBELL | | ADDRESS ON FILE | | | | | | |
| MS. JOAN TOPAZ | | ADDRESS ON FILE | | | | | | |
| MS. JOANN DURR | | ADDRESS ON FILE | | | | | | |
| MS. JOANN L. SMITH | | ADDRESS ON FILE | | | | | | |
| MS. JOANN MALANDRO | | ADDRESS ON FILE | | | | | | |
| MS. JOANN MC LAUGHLIN | | ADDRESS ON FILE | | | | | | |
| MS. JOANN VERDI | | ADDRESS ON FILE | | | | | | |
| MS. JOANNE BARTLETT | | ADDRESS ON FILE | | | | | | |
| MS. JOANNE C. OLSON 1951 | | ADDRESS ON FILE | | | | | | |
| MS. JOANNE CRYSTLE 1972 | | ADDRESS ON FILE | | | | | | |
| MS. JOANNE FALLON | | ADDRESS ON FILE | | | | | | |
| MS. JOANNE OBRIEN 1988 | | ADDRESS ON FILE | | | | | | |
| MS. JOANNE TAYLOR | | ADDRESS ON FILE | | | | | | |
| MS. JODI BECKWITH | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. JODI L. FORLIZZI 1984 | | ADDRESS ON FILE | | | | | | |
| MS. JODY L. SWEITZER 1995 | | ADDRESS ON FILE | | | | | | |
| MS. JOHANNA THOMPSON | | ADDRESS ON FILE | | | | | | |
| MS. JOSEPHINE BURRI | | ADDRESS ON FILE | | | | | | |
| MS. JOSEPHINE C. MANDEVILLE | | ADDRESS ON FILE | | | | | | |
| MS. JOSEPHINE M. POTH | | ADDRESS ON FILE | | | | | | |
| MS. JOY BERMAN | | ADDRESS ON FILE | | | | | | |
| MS. JOY SAVILLE | | ADDRESS ON FILE | | | | | | |
| MS. JOYCE AVILA | | ADDRESS ON FILE | | | | | | |
| MS. JOYCE C. SMITH | | ADDRESS ON FILE | | | | | | |
| MS. JOYCE COHEN | | ADDRESS ON FILE | | | | | | |
| MS. JOYCE E. MANTYLA | | ADDRESS ON FILE | | | | | | |
| MS. JOYCE WALLACE | | ADDRESS ON FILE | | | | | | |
| MS. JUDITH A. SCHAECHTER | | ADDRESS ON FILE | | | | | | |
| MS. JUDITH AVERGON | | ADDRESS ON FILE | | | | | | |
| MS. JUDITH C. WOOD 1980 | | ADDRESS ON FILE | | | | | | |
| MS. JUDITH GROSS | | ADDRESS ON FILE | | | | | | |
| MS. JUDITH LOVE | | ADDRESS ON FILE | | | | | | |
| MS. JUDITH M. SEIFFERT | | ADDRESS ON FILE | | | | | | |
| MS. JUDITH SCHULTZ | | ADDRESS ON FILE | | | | | | |
| MS. JUDITH SISKIND | | ADDRESS ON FILE | | | | | | |
| MS. JUDY BUCHANAN | | ADDRESS ON FILE | | | | | | |
| MS. JUDY H. RAND | | ADDRESS ON FILE | | | | | | |
| MS. JUDY MYERSON | | ADDRESS ON FILE | | | | | | |
| MS. JUDY WEISMAN | | ADDRESS ON FILE | | | | | | |
| MS. JULI N. JACKSON 2005 | | ADDRESS ON FILE | | | | | | |
| MS. JULIA CROSSAN | | ADDRESS ON FILE | | | | | | |
| MS. JULIA E. BORST BRAZAS 1997 | | ADDRESS ON FILE | | | | | | |
| MS. JULIA E. KENT 1986 | | ADDRESS ON FILE | | | | | | |
| MS. JULIA GOLDIN | | ADDRESS ON FILE | | | | | | |
| MS. JULIA L. CALHOUN | | ADDRESS ON FILE | | | | | | |
| MS. JULIA L. COLTON 1994 | | ADDRESS ON FILE | | | | | | |
| MS. JULIA OLFF | | ADDRESS ON FILE | | | | | | |
| MS. JULIAN M. PRIMIANO 2014 | | ADDRESS ON FILE | | | | | | |
| MS. JULIANNA FOSTER 2006 | | ADDRESS ON FILE | | | | | | |
| MS. JULIE A. MICKIEWICZ | | ADDRESS ON FILE | | | | | | |
| MS. JULIE MAKOVSKY | | ADDRESS ON FILE | | | | | | |
| MS. JULIE MARIE SEIBERT 2008 | | ADDRESS ON FILE | | | | | | |
| MS. JUNE B. TRENNER | | ADDRESS ON FILE | | | | | | |
| MS. JUNE KREBS 1954 | | ADDRESS ON FILE | | | | | | |
| MS. JUSTINE M. DIRUBBO 2008 | | ADDRESS ON FILE | | | | | | |
| MS. KAITLYN WALKER | | ADDRESS ON FILE | | | | | | |
| MS. KAMILAH S. BENJAMIN 2010 | | ADDRESS ON FILE | | | | | | |
| MS. KANDYCE MCNEESE | | ADDRESS ON FILE | | | | | | |
| MS. KAREN A. OLEJARZ | | ADDRESS ON FILE | | | | | | |
| MS. KAREN BERMUDEZ | | ADDRESS ON FILE | | | | | | |
| MS. KAREN BROWN | | ADDRESS ON FILE | | | | | | |
| MS. KAREN DAROFF | | ADDRESS ON FILE | | | | | | |
| MS. KAREN L. POLLARD 2001 | | ADDRESS ON FILE | | | | | | |
| MS. KAREN MAUCH | | ADDRESS ON FILE | | | | | | |
| MS. KAREN OLESON | | ADDRESS ON FILE | | | | | | |
| MS. KAREN S. NORRIS | | ADDRESS ON FILE | | | | | | |
| MS. KAREN SALER 1964 | | ADDRESS ON FILE | | | | | | |
| MS. KAREN T. NUGENT 1988 | | ADDRESS ON FILE | | | | | | |
| MS. KAREN T. STEWART | | ADDRESS ON FILE | | | | | | |
| MS. KAREN TOTON | | ADDRESS ON FILE | | | | | | |
| MS. KAREN ZIEMBA | | ADDRESS ON FILE | | | | | | |
| MS. KARIN KROCHMAL 1984 | | ADDRESS ON FILE | | | | | | |
| MS. KARIN L. EISEN 1980 | | ADDRESS ON FILE | | | | | | |
| MS. KARLY TUFENKJIAN 2013 | | ADDRESS ON FILE | | | | | | |
| MS. KAROLYN OBRIEN | | ADDRESS ON FILE | | | | | | |
| MS. KARYN KAHN 1984 | | ADDRESS ON FILE | | | | | | |
| MS. KAT MUSCIANESI | | ADDRESS ON FILE | | | | | | |
| MS. KATE KRAMER | | ADDRESS ON FILE | | | | | | |
| MS. KATE M. CARR 2002 | | ADDRESS ON FILE | | | | | | |
| MS. KATELIN A. WALSKO 2008 | | ADDRESS ON FILE | | | | | | |
| MS. KATHERINE BISONO 2011 | | ADDRESS ON FILE | | | | | | |
| MS. KATHERINE D. CRONE | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. KATHERINE E. HAIRE 2010 | | ADDRESS ON FILE | | | | | | |
| MS. KATHERINE FLANNERY 1987 | | ADDRESS ON FILE | | | | | | |
| MS. KATHERINE GLOVER | | ADDRESS ON FILE | | | | | | |
| MS. KATHERINE HALL | | ADDRESS ON FILE | | | | | | |
| MS. KATHERINE MORROW | | ADDRESS ON FILE | | | | | | |
| MS. KATHERINE S. TERRY 2017 | | ADDRESS ON FILE | | | | | | |
| MS. KATHERINE SKOPOWSKI | | ADDRESS ON FILE | | | | | | |
| MS. KATHI J. PATON | | ADDRESS ON FILE | | | | | | |
| MS. KATHIE A. KLINGLER | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN A. BALDWIN 2004 | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN A. HILL 1982 | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN A. MAXWELL | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN BURKE 1990 | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN BYRNE | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN C. MARTIN 1969 | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN DAWSON | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN DOLAN | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN DUGGAN | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN M. CARACCIOLO | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN M. DIPAOLA 1985 | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN M. SHAY | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN MANGAN | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN MCDONNELL | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN MCNULTY | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN R. PERDICARO | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN S. SELTZER 1969 | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN SCULLION | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN SULLIVAN | | ADDRESS ON FILE | | | | | | |
| MS. KATHLEEN WOLK | | ADDRESS ON FILE | | | | | | |
| MS. KATHRYN A. ROGERS 1969 | | ADDRESS ON FILE | | | | | | |
| MS. KATHRYN E. NARROW 1970 | | ADDRESS ON FILE | | | | | | |
| MS. KATHRYN HILL | | ADDRESS ON FILE | | | | | | |
| MS. KATHRYN MCLANEY | | ADDRESS ON FILE | | | | | | |
| MS. KATHRYN MEDINA | | ADDRESS ON FILE | | | | | | |
| MS. KATHRYN PANNEPACKER | | ADDRESS ON FILE | | | | | | |
| MS. KATHRYN S. SHAGAS 1982 | | ADDRESS ON FILE | | | | | | |
| MS. KATHRYN SCHMUECKER, 3RD | | ADDRESS ON FILE | | | | | | |
| MS. KATHY KUHL 1972 | | ADDRESS ON FILE | | | | | | |
| MS. KATHY L. ROSE 1971 | | ADDRESS ON FILE | | | | | | |
| MS. KATHY MELENDEZ | | ADDRESS ON FILE | | | | | | |
| MS. KATHY SALCHOW | | ADDRESS ON FILE | | | | | | |
| MS. KATHY WHITE | | ADDRESS ON FILE | | | | | | |
| MS. KATIE A. JACKSON 2002 | | ADDRESS ON FILE | | | | | | |
| MS. KATIE CANGELOSI | | ADDRESS ON FILE | | | | | | |
| MS. KATIE M. DONOVAN 2006 | | ADDRESS ON FILE | | | | | | |
| MS. KATIE S. COHEN | | ADDRESS ON FILE | | | | | | |
| MS. KATYA M. ROELSE 1997 | | ADDRESS ON FILE | | | | | | |
| MS. KAY HARTUNG 1974 | | ADDRESS ON FILE | | | | | | |
| MS. KAY MOON | | ADDRESS ON FILE | | | | | | |
| MS. KAYLA N. MILLER 2013 | | ADDRESS ON FILE | | | | | | |
| MS. KELIE MILEY | | ADDRESS ON FILE | | | | | | |
| MS. KELLIE CARLIN | | ADDRESS ON FILE | | | | | | |
| MS. KELLLIE A. LIND | | ADDRESS ON FILE | | | | | | |
| MS. KELLY CONNOR | | ADDRESS ON FILE | | | | | | |
| MS. KELLY DEASY | | ADDRESS ON FILE | | | | | | |
| MS. KELLY DEWEES | | ADDRESS ON FILE | | | | | | |
| MS. KELLY FERNANDEZ | | ADDRESS ON FILE | | | | | | |
| MS. KELLY K. SALCHOW | | ADDRESS ON FILE | | | | | | |
| MS. KELLY KLINZING | | ADDRESS ON FILE | | | | | | |
| MS. KELLY RICKERT | | ADDRESS ON FILE | | | | | | |
| MS. KELLYANN A. BURNS 1990 | | ADDRESS ON FILE | | | | | | |
| MS. KENDRA SMITH | | ADDRESS ON FILE | | | | | | |
| MS. KERI FERLAND | | ADDRESS ON FILE | | | | | | |
| MS. KERRY FADER | | ADDRESS ON FILE | | | | | | |
| MS. KIM FINK | | ADDRESS ON FILE | | | | | | |
| MS. KIM GLINKIN | | ADDRESS ON FILE | | | | | | |
| MS. KIM J. BROWN 2005 | | ADDRESS ON FILE | | | | | | |
| MS. KIM Y. BEARS-BAILEY 1984 | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. KIMBERLY A. QUAILE | | ADDRESS ON FILE | | | | | | |
| MS. KIMBERLY K. WEILER 1986 | | ADDRESS ON FILE | | | | | | |
| MS. KIMBERLY MCWILLIAMS | | ADDRESS ON FILE | | | | | | |
| MS. KIMBERLY R. PESCH 2006 | | ADDRESS ON FILE | | | | | | |
| MS. KIMBERLY RESNECK | | ADDRESS ON FILE | | | | | | |
| MS. KIMBERLY WEINBERG | | ADDRESS ON FILE | | | | | | |
| MS. KIRA M. RIZZUTO 2014 | | ADDRESS ON FILE | | | | | | |
| MS. KIRSTEN MEGGINSON | | ADDRESS ON FILE | | | | | | |
| MS. KOTOE K. TSUKIYAMA 2001 | | ADDRESS ON FILE | | | | | | |
| MS. KRIS TROXELL | | ADDRESS ON FILE | | | | | | |
| MS. KRISTA APPLE | | ADDRESS ON FILE | | | | | | |
| MS. KRISTEN MADSEN | | ADDRESS ON FILE | | | | | | |
| MS. KRISTEN N. RAFFAELE 2015 | | ADDRESS ON FILE | | | | | | |
| MS. KRISTEN R. BOWER 1992 | | ADDRESS ON FILE | | | | | | |
| MS. KRISTIN DUFRAIN | | ADDRESS ON FILE | | | | | | |
| MS. KRISTIN M. SCRENCI 2017 | | ADDRESS ON FILE | | | | | | |
| MS. KRISTIN NOWAKOWSKI | | ADDRESS ON FILE | | | | | | |
| MS. KRISTINA A. FOX 2005 | | ADDRESS ON FILE | | | | | | |
| MS. KRISTINA DUROCHER | | ADDRESS ON FILE | | | | | | |
| MS. KRISTINA SMITH | | ADDRESS ON FILE | | | | | | |
| MS. KRISTINE KESSLER COX | | ADDRESS ON FILE | | | | | | |
| MS. KRISTY GOTHAM | | ADDRESS ON FILE | | | | | | |
| MS. KRYSTAL P. GORMAN 2015 | | ADDRESS ON FILE | | | | | | |
| MS. KRYSTYN SATKO 2011 | | ADDRESS ON FILE | | | | | | |
| MS. KYMORA T. PRUITT 2021 | | ADDRESS ON FILE | | | | | | |
| MS. L.S R. RENE 2009 | | ADDRESS ON FILE | | | | | | |
| MS. LACY PITCHFORD | | ADDRESS ON FILE | | | | | | |
| MS. LANE BRENNER | | ADDRESS ON FILE | | | | | | |
| MS. LANNY BERGNER | | ADDRESS ON FILE | | | | | | |
| MS. LAURA A. BOONHAM | | ADDRESS ON FILE | | | | | | |
| MS. LAURA B. MULITZ 2001 | | ADDRESS ON FILE | | | | | | |
| MS. LAURA DUPRE 1997 | | ADDRESS ON FILE | | | | | | |
| MS. LAURA E. AYD 2005 | | ADDRESS ON FILE | | | | | | |
| MS. LAURA E. ZIMMARO 2009 | | ADDRESS ON FILE | | | | | | |
| MS. LAURA GOLDING | | ADDRESS ON FILE | | | | | | |
| MS. LAURA H. DAVIS 1974 | | ADDRESS ON FILE | | | | | | |
| MS. LAURA J. EITZEN 1985 | | ADDRESS ON FILE | | | | | | |
| MS. LAURA J. ZARROW 1988 | | ADDRESS ON FILE | | | | | | |
| MS. LAURA SMITH | | ADDRESS ON FILE | | | | | | |
| MS. LAURA WILLIAMSON | | ADDRESS ON FILE | | | | | | |
| MS. LAUREN BLANCHARD 2002 | | ADDRESS ON FILE | | | | | | |
| MS. LAUREN CATALANO | | ADDRESS ON FILE | | | | | | |
| MS. LAUREN CUOCO | | ADDRESS ON FILE | | | | | | |
| MS. LAUREN E. DUGUID 2010 | | ADDRESS ON FILE | | | | | | |
| MS. LAUREN GREENFIELD | | ADDRESS ON FILE | | | | | | |
| MS. LAUREN J. CHAIKA 2010 | | ADDRESS ON FILE | | | | | | |
| MS. LAUREN K. BECK 2008 | | ADDRESS ON FILE | | | | | | |
| MS. LAUREN K. SMEDLEY 2010 | | ADDRESS ON FILE | | | | | | |
| MS. LAUREN MCEWEN | | ADDRESS ON FILE | | | | | | |
| MS. LAUREN R. CRIST 2001 | | ADDRESS ON FILE | | | | | | |
| MS. LAUREN TRACY | | ADDRESS ON FILE | | | | | | |
| MS. LAURIE A. CUCCO | | ADDRESS ON FILE | | | | | | |
| MS. LAURIE ERMENTROUT 1981 | | ADDRESS ON FILE | | | | | | |
| MS. LAURIE L. SNYDER 1996 | | ADDRESS ON FILE | | | | | | |
| MS. LAURIE WAGMAN | | ADDRESS ON FILE | | | | | | |
| MS. LEAH WALTON | | ADDRESS ON FILE | | | | | | |
| MS. LEEANN IELMINI | | ADDRESS ON FILE | | | | | | |
| MS. LEIGH DALE | | ADDRESS ON FILE | | | | | | |
| MS. LEILANI L. DUKE | | ADDRESS ON FILE | | | | | | |
| MS. LEONA FISHER | | ADDRESS ON FILE | | | | | | |
| MS. LEONDRIA COX | | ADDRESS ON FILE | | | | | | |
| MS. LESIA A. SOCHOR 1974 | | ADDRESS ON FILE | | | | | | |
| MS. LESLIE A. MAIETTA 2002 | | ADDRESS ON FILE | | | | | | |
| MS. LESLIE A. RESCORLA | | ADDRESS ON FILE | | | | | | |
| MS. LESLIE CRAWFORD | | ADDRESS ON FILE | | | | | | |
| MS. LESLIE GUITY | | ADDRESS ON FILE | | | | | | |
| MS. LESLIE KRAMER | | ADDRESS ON FILE | | | | | | |
| MS. LESLIE L. PONTZ | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. LESLIE MILK | | ADDRESS ON FILE | | | | | | |
| MS. LESLIE R. SMOLAN 1975 | | ADDRESS ON FILE | | | | | | |
| MS. LESLIE RITTER | | ADDRESS ON FILE | | | | | | |
| MS. LESLIE ZAVODNICK | | ADDRESS ON FILE | | | | | | |
| MS. LIA COOK | | ADDRESS ON FILE | | | | | | |
| MS. LIBBY ROWE | | ADDRESS ON FILE | | | | | | |
| MS. LILLIAN L. MARKLEY 1966 | | ADDRESS ON FILE | | | | | | |
| MS. LILLIAN P. MULLIN | | ADDRESS ON FILE | | | | | | |
| MS. LINDA A. HARRISON | | ADDRESS ON FILE | | | | | | |
| MS. LINDA A. KEELS, ED.D 1991 | | ADDRESS ON FILE | | | | | | |
| MS. LINDA A. PROCACCINO 1980 | | ADDRESS ON FILE | | | | | | |
| MS. LINDA CICCOTELLI | | ADDRESS ON FILE | | | | | | |
| MS. LINDA DIETER | | ADDRESS ON FILE | | | | | | |
| MS. LINDA HENDERSON | | ADDRESS ON FILE | | | | | | |
| MS. LINDA L. RILEY | | ADDRESS ON FILE | | | | | | |
| MS. LINDA MUSSER | | ADDRESS ON FILE | | | | | | |
| MS. LINDA P. MONTAGUE | | ADDRESS ON FILE | | | | | | |
| MS. LINDA PENN | | ADDRESS ON FILE | | | | | | |
| MS. LINDA PERDICARO | | ADDRESS ON FILE | | | | | | |
| MS. LINDA R. BAILEY | | ADDRESS ON FILE | | | | | | |
| MS. LINDA SCHATZ | | ADDRESS ON FILE | | | | | | |
| MS. LINDA SMITH | | ADDRESS ON FILE | | | | | | |
| MS. LINDSAY GALDI | | ADDRESS ON FILE | | | | | | |
| MS. LINDSAY N. MATTER | | ADDRESS ON FILE | | | | | | |
| MS. LINDSEY N. OSTAFY 2005 | | ADDRESS ON FILE | | | | | | |
| MS. LINNAE DA SILVA 2000 | | ADDRESS ON FILE | | | | | | |
| MS. LISA BROWNSTEIN | | ADDRESS ON FILE | | | | | | |
| MS. LISA C. HOLLEY 1992 | | ADDRESS ON FILE | | | | | | |
| MS. LISA C. OROPALLO-MEKARZEL 1986 | | ADDRESS ON FILE | | | | | | |
| MS. LISA DI LODORICO | | ADDRESS ON FILE | | | | | | |
| MS. LISA DIRENZO-KOOB | | ADDRESS ON FILE | | | | | | |
| MS. LISA E. DERRICKSON | | ADDRESS ON FILE | | | | | | |
| MS. LISA FORTE | | ADDRESS ON FILE | | | | | | |
| MS. LISA GODFREY | | ADDRESS ON FILE | | | | | | |
| MS. LISA HALL | | ADDRESS ON FILE | | | | | | |
| MS. LISA HALLAM | | ADDRESS ON FILE | | | | | | |
| MS. LISA HATRAK | | ADDRESS ON FILE | | | | | | |
| MS. LISA HECHT | | ADDRESS ON FILE | | | | | | |
| MS. LISA HEYMAN | | ADDRESS ON FILE | | | | | | |
| MS. LISA LARUSSO | | ADDRESS ON FILE | | | | | | |
| MS. LISA M. BARDARSON | | ADDRESS ON FILE | | | | | | |
| MS. LISA M. CHAE 1987 | | ADDRESS ON FILE | | | | | | |
| MS. LISA M. OSTER 1999 | | ADDRESS ON FILE | | | | | | |
| MS. LISA MOUNT | | ADDRESS ON FILE | | | | | | |
| MS. LISA ROGERS | | ADDRESS ON FILE | | | | | | |
| MS. LISA SCHOFIELD | | ADDRESS ON FILE | | | | | | |
| MS. LISA SHACKMAN | | ADDRESS ON FILE | | | | | | |
| MS. LISA SHULOCK | | ADDRESS ON FILE | | | | | | |
| MS. LISA SMALL | | ADDRESS ON FILE | | | | | | |
| MS. LISA SZYKMAN | | ADDRESS ON FILE | | | | | | |
| MS. LISBETH BUCCI | | ADDRESS ON FILE | | | | | | |
| MS. LISLE HUMMERSTON | | ADDRESS ON FILE | | | | | | |
| MS. LIZ K. WALDIE 2018 | | ADDRESS ON FILE | | | | | | |
| MS. LOIS E. HABER | | ADDRESS ON FILE | | | | | | |
| MS. LOIS MCKENNA | | ADDRESS ON FILE | | | | | | |
| MS. LOIS REINHART | | ADDRESS ON FILE | | | | | | |
| MS. LOIS SATALOF | | ADDRESS ON FILE | | | | | | |
| MS. LORETTA A. THOMPSON 2003 | | ADDRESS ON FILE | | | | | | |
| MS. LORETTA S. CORCORAN | | ADDRESS ON FILE | | | | | | |
| MS. LORI A. JOHNSON 1996 | | ADDRESS ON FILE | | | | | | |
| MS. LORI B. SPENCER 1990 | | ADDRESS ON FILE | | | | | | |
| MS. LORI HUNTER | | ADDRESS ON FILE | | | | | | |
| MS. LORI KESLOWITZ | | ADDRESS ON FILE | | | | | | |
| MS. LORI MALIN | | ADDRESS ON FILE | | | | | | |
| MS. LORI ROGERS | | ADDRESS ON FILE | | | | | | |
| MS. LORI SMULL | | ADDRESS ON FILE | | | | | | |
| MS. LORNA SHEPARD | | ADDRESS ON FILE | | | | | | |
| MS. LORRAINE A. MCGONIGLE | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. LORRAINE E. JARRELL 2003 | | ADDRESS ON FILE | | | | | | |
| MS. LORRAINE M. TINDARO 1984 | | ADDRESS ON FILE | | | | | | |
| MS. LORRAINE MONTGOMERY | | ADDRESS ON FILE | | | | | | |
| MS. LORRAINE P. ZACCAGNI | | ADDRESS ON FILE | | | | | | |
| MS. LORRAINE ROMANO | | ADDRESS ON FILE | | | | | | |
| MS. LOTTIE A. MORLEY | | ADDRESS ON FILE | | | | | | |
| MS. LOUISE ESPY | | ADDRESS ON FILE | | | | | | |
| MS. LOUISE M. REEVES 1951 | | ADDRESS ON FILE | | | | | | |
| MS. LUCILLE MARCHISELLO | | ADDRESS ON FILE | | | | | | |
| MS. LUCY SUEVO | | ADDRESS ON FILE | | | | | | |
| MS. LUCY VENABLE | | ADDRESS ON FILE | | | | | | |
| MS. LUZETTE LEHMAN 1983 | | ADDRESS ON FILE | | | | | | |
| MS. LYDIA J. PRACHER | | ADDRESS ON FILE | | | | | | |
| MS. LYN BOOCOCK-TAYLOR | | ADDRESS ON FILE | | | | | | |
| MS. LYNDALEA B. VANTINE 1984 | | ADDRESS ON FILE | | | | | | |
| MS. LYNN A. FYLAK 1992 | | ADDRESS ON FILE | | | | | | |
| MS. LYNN LEIBOWITZ | | ADDRESS ON FILE | | | | | | |
| MS. LYNN M. NACMIAS 1971 | | ADDRESS ON FILE | | | | | | |
| MS. LYNN M. THOMPSON 1979 | | ADDRESS ON FILE | | | | | | |
| MS. LYNNE ODONNELL | | ADDRESS ON FILE | | | | | | |
| MS. MABEL BALLARD | | ADDRESS ON FILE | | | | | | |
| MS. MADELAINE D. GOLD 1975 | | ADDRESS ON FILE | | | | | | |
| MS. MADELINE NOBLE | | ADDRESS ON FILE | | | | | | |
| MS. MADISON C. CLAUS 2017 | | ADDRESS ON FILE | | | | | | |
| MS. MAGDALENA KIPINIAK | | ADDRESS ON FILE | | | | | | |
| MS. MAGDALENA TRUCHAN | | ADDRESS ON FILE | | | | | | |
| MS. MAGGIE BOYD | | ADDRESS ON FILE | | | | | | |
| MS. MAGGIE LEININGER | | ADDRESS ON FILE | | | | | | |
| MS. MANDIE J. AYARS | | ADDRESS ON FILE | | | | | | |
| MS. MARA A. SCRUPE | | ADDRESS ON FILE | | | | | | |
| MS. MARA CIERVO | | ADDRESS ON FILE | | | | | | |
| MS. MARA FLAMM | | ADDRESS ON FILE | | | | | | |
| MS. MARA H. SKOV | | ADDRESS ON FILE | | | | | | |
| MS. MARA J. HERMAN 2007 | | ADDRESS ON FILE | | | | | | |
| MS. MARCIA A. SCOTT | | ADDRESS ON FILE | | | | | | |
| MS. MARCIA SOFLEY | | ADDRESS ON FILE | | | | | | |
| MS. MARCIA WEISS | | ADDRESS ON FILE | | | | | | |
| MS. MARCY L. GORDON 2008 | | ADDRESS ON FILE | | | | | | |
| MS. MARCY MERITZ | | ADDRESS ON FILE | | | | | | |
| MS. MARGARET BARNEY | | ADDRESS ON FILE | | | | | | |
| MS. MARGARET BOYD | | ADDRESS ON FILE | | | | | | |
| MS. MARGARET CUMMINS | | ADDRESS ON FILE | | | | | | |
| MS. MARGARET E. CASEY 2005 | | ADDRESS ON FILE | | | | | | |
| MS. MARGARET GAVEN | | ADDRESS ON FILE | | | | | | |
| MS. MARGARET KNIGHT | | ADDRESS ON FILE | | | | | | |
| MS. MARGARET ROSS LINK | | ADDRESS ON FILE | | | | | | |
| MS. MARGE P. BULMER | | ADDRESS ON FILE | | | | | | |
| MS. MARGERY RUPERT | | ADDRESS ON FILE | | | | | | |
| MS. MARGIT NAHRA | | ADDRESS ON FILE | | | | | | |
| MS. MARGO BORTEN | | ADDRESS ON FILE | | | | | | |
| MS. MARGOT ZALKIND 1966 | | ADDRESS ON FILE | | | | | | |
| MS. MARGUERITE L. BROWN | | ADDRESS ON FILE | | | | | | |
| MS. MARGUERITE V. RODGERS 1977 | | ADDRESS ON FILE | | | | | | |
| MS. MARIA HAMILTON | | ADDRESS ON FILE | | | | | | |
| MS. MARIA N. GOAS | | ADDRESS ON FILE | | | | | | |
| MS. MARIA NEVELSON | | ADDRESS ON FILE | | | | | | |
| MS. MARIA OVERETON | | ADDRESS ON FILE | | | | | | |
| MS. MARIA R. BALDERRAMA | | ADDRESS ON FILE | | | | | | |
| MS. MARIA WATSON | | ADDRESS ON FILE | | | | | | |
| MS. MARIA WIBLE | | ADDRESS ON FILE | | | | | | |
| MS. MARIAN MADARA-NEWMYER 1976 | | ADDRESS ON FILE | | | | | | |
| MS. MARIANA BETANCOURT 2008 | | ADDRESS ON FILE | | | | | | |
| MS. MARIANN CARDONICK | | ADDRESS ON FILE | | | | | | |
| MS. MARIANNE C. EVANS 2011 | | ADDRESS ON FILE | | | | | | |
| MS. MARIANNE F. IRVIN 1969 | | ADDRESS ON FILE | | | | | | |
| MS. MARIANNE STOBER | | ADDRESS ON FILE | | | | | | |
| MS. MARIANNE WEATHERUP | | ADDRESS ON FILE | | | | | | |
| MS. MARIE A. AZCUETA 2009 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. MARIE GARAFANO 1964 | | ADDRESS ON FILE | | | | | | |
| MS. MARIE HUARD | | ADDRESS ON FILE | | | | | | |
| MS. MARILE MARSHALL | | ADDRESS ON FILE | | | | | | |
| MS. MARILUZ POLANCO | | ADDRESS ON FILE | | | | | | |
| MS. MARILYN BARRETT | | ADDRESS ON FILE | | | | | | |
| MS. MARILYN HENRION | | ADDRESS ON FILE | | | | | | |
| MS. MARILYN PAPPAS | | ADDRESS ON FILE | | | | | | |
| MS. MARILYN ROSEMAN | | ADDRESS ON FILE | | | | | | |
| MS. MARILYN Z. KUTLER | | ADDRESS ON FILE | | | | | | |
| MS. MARION RITACCO | | ADDRESS ON FILE | | | | | | |
| MS. MARISOL GONZALEZ | | ADDRESS ON FILE | | | | | | |
| MS. MARISSA EMMONS | | ADDRESS ON FILE | | | | | | |
| MS. MARISSA KRETZMER | | ADDRESS ON FILE | | | | | | |
| MS. MARJORIE A. CONGRAM | | ADDRESS ON FILE | | | | | | |
| MS. MARJORIE A. UDELL | | ADDRESS ON FILE | | | | | | |
| MS. MARJORIE B. LEVY 1969 | | ADDRESS ON FILE | | | | | | |
| MS. MARJORIE D. PURYEAR | | ADDRESS ON FILE | | | | | | |
| MS. MARJORIE FLANAGAN | | ADDRESS ON FILE | | | | | | |
| MS. MARJORIE GORMAN | | ADDRESS ON FILE | | | | | | |
| MS. MARJORIE M. GOODMAN | | ADDRESS ON FILE | | | | | | |
| MS. MARJORIE N. RASKIN | | ADDRESS ON FILE | | | | | | |
| MS. MARJORIE RICHMAN | | ADDRESS ON FILE | | | | | | |
| MS. MARJORIE SHIEKMAN | | ADDRESS ON FILE | | | | | | |
| MS. MARLENE E. MILLER 1956 | | ADDRESS ON FILE | | | | | | |
| MS. MARLENE MOSCOWITZ | | ADDRESS ON FILE | | | | | | |
| MS. MARLENE QUADROS | | ADDRESS ON FILE | | | | | | |
| MS. MARSHA EVERTON | | ADDRESS ON FILE | | | | | | |
| MS. MARSHA M. SCHAMBER 1990 | | ADDRESS ON FILE | | | | | | |
| MS. MARSHA RHEUBOTTOM | | ADDRESS ON FILE | | | | | | |
| MS. MARTA BOGDANOFF | | ADDRESS ON FILE | | | | | | |
| MS. MARTA WILLETT 1991 | | ADDRESS ON FILE | | | | | | |
| MS. MARTHA CHAMBERLAIN | | ADDRESS ON FILE | | | | | | |
| MS. MARTHA GITTENS | | ADDRESS ON FILE | | | | | | |
| MS. MARTHA RONES | | ADDRESS ON FILE | | | | | | |
| MS. MARTHA SALEM-LEASCA | | ADDRESS ON FILE | | | | | | |
| MS. MARTHA Y. BENARI 2004 | | ADDRESS ON FILE | | | | | | |
| MS. MARY A. TYSON | | ADDRESS ON FILE | | | | | | |
| MS. MARY ANN COX | | ADDRESS ON FILE | | | | | | |
| MS. MARY ANN GRUBER | | ADDRESS ON FILE | | | | | | |
| MS. MARY B. GALBRAITH 1967 | | ADDRESS ON FILE | | | | | | |
| MS. MARY D. DODGE 2012 | | ADDRESS ON FILE | | | | | | |
| MS. MARY DAILY | | ADDRESS ON FILE | | | | | | |
| MS. MARY DUDLEY | | ADDRESS ON FILE | | | | | | |
| MS. MARY E. FETTERMAN 1986 | | ADDRESS ON FILE | | | | | | |
| MS. MARY E. MCGUIRE | | ADDRESS ON FILE | | | | | | |
| MS. MARY E. NELSON | | ADDRESS ON FILE | | | | | | |
| MS. MARY E. SMULL 1995 | | ADDRESS ON FILE | | | | | | |
| MS. MARY ENO | | ADDRESS ON FILE | | | | | | |
| MS. MARY F. PHELAN | | ADDRESS ON FILE | | | | | | |
| MS. MARY FRANCES F. GIUNTA | | ADDRESS ON FILE | | | | | | |
| MS. MARY I. MCCARTAN | | ADDRESS ON FILE | | | | | | |
| MS. MARY K. MORRIS 1957 | | ADDRESS ON FILE | | | | | | |
| MS. MARY L. CASTALDI | | ADDRESS ON FILE | | | | | | |
| MS. MARY L. MULLEN | | ADDRESS ON FILE | | | | | | |
| MS. MARY LOU HARROLD | | ADDRESS ON FILE | | | | | | |
| MS. MARY LYONS 2024 | | ADDRESS ON FILE | | | | | | |
| MS. MARY MARTIN | | ADDRESS ON FILE | | | | | | |
| MS. MARY PAT COYLE 2008 | | ADDRESS ON FILE | | | | | | |
| MS. MARY PATTEN | | ADDRESS ON FILE | | | | | | |
| MS. MARY POLSON | | ADDRESS ON FILE | | | | | | |
| MS. MARY SYCZ | | ADDRESS ON FILE | | | | | | |
| MS. MARY TORRIERI 1999 | | ADDRESS ON FILE | | | | | | |
| MS. MARY TROOST | | ADDRESS ON FILE | | | | | | |
| MS. MARYA PARRAL | | ADDRESS ON FILE | | | | | | |
| MS. MARYANN C. THERANGER | | ADDRESS ON FILE | | | | | | |
| MS. MARYANN LEVESQUE 1979 | | ADDRESS ON FILE | | | | | | |
| MS. MARYLOUISE MARINO 1990 | | ADDRESS ON FILE | | | | | | |
| MS. MARYSUE FLICK | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. MAUREEN KING 1980 | | ADDRESS ON FILE | | | | | | |
| MS. MAUREEN MCQUIGGAN | | ADDRESS ON FILE | | | | | | |
| MS. MAUREEN NEVILLE | | ADDRESS ON FILE | | | | | | |
| MS. MAUREEN POPP | | ADDRESS ON FILE | | | | | | |
| MS. MAXINE GAIBER | | ADDRESS ON FILE | | | | | | |
| MS. MAXINE MONTILUS 2004 | | ADDRESS ON FILE | | | | | | |
| MS. MAXX PASSION 2005 | | ADDRESS ON FILE | | | | | | |
| MS. MAYA ROCHE | | ADDRESS ON FILE | | | | | | |
| MS. MAYA THOMPSON 1993 | | ADDRESS ON FILE | | | | | | |
| MS. MECHELE V. ABRAHAM 2012 | | ADDRESS ON FILE | | | | | | |
| MS. MEG NORTH 2001 | | ADDRESS ON FILE | | | | | | |
| MS. MEGAN M. DOHERTY 2015 | | ADDRESS ON FILE | | | | | | |
| MS. MEGAN S. FRISCH 2008 | | ADDRESS ON FILE | | | | | | |
| MS. MEGHAN C. PORTER 2008 | | ADDRESS ON FILE | | | | | | |
| MS. MEGHAN J. CARTER 2001 | | ADDRESS ON FILE | | | | | | |
| MS. MEL JON D. ANTLER BAYLEY 2013 | | ADDRESS ON FILE | | | | | | |
| MS. MELANIE L. PULLEY 2008 | | ADDRESS ON FILE | | | | | | |
| MS. MELANIE MATTHIEU | | ADDRESS ON FILE | | | | | | |
| MS. MELANIE MOWINSKI 2006 | | ADDRESS ON FILE | | | | | | |
| MS. MELANIE R. EINBUND 1968 | | ADDRESS ON FILE | | | | | | |
| MS. MELANIE ROMAY | | ADDRESS ON FILE | | | | | | |
| MS. MELANIE W. HOPKINS | | ADDRESS ON FILE | | | | | | |
| MS. MELISSA A. JOHNSON 2008 | | ADDRESS ON FILE | | | | | | |
| MS. MELISSA ASH | | ADDRESS ON FILE | | | | | | |
| MS. MELISSA HEINLY | | ADDRESS ON FILE | | | | | | |
| MS. MELISSA L. COLEY 2009 | | ADDRESS ON FILE | | | | | | |
| MS. MELISSA MEADE | | ADDRESS ON FILE | | | | | | |
| MS. MEREDITH A. MCGOVERN-COOPER 2001 | | ADDRESS ON FILE | | | | | | |
| MS. MERRY S. CONSTANTINO 1979 | | ADDRESS ON FILE | | | | | | |
| MS. MIA R. BOHLEMAN 2007 | | ADDRESS ON FILE | | | | | | |
| MS. MIA T. BOSNA 1996 | | ADDRESS ON FILE | | | | | | |
| MS. MICHAELA SPELLMAN 2015 | | ADDRESS ON FILE | | | | | | |
| MS. MICHELE D. HEE | | ADDRESS ON FILE | | | | | | |
| MS. MICHELE M. HELIAS-WILLEM 1982 | | ADDRESS ON FILE | | | | | | |
| MS. MICHELE RICCIUTI | | ADDRESS ON FILE | | | | | | |
| MS. MICHELE WILSON | | ADDRESS ON FILE | | | | | | |
| MS. MICHELLE COBB | | ADDRESS ON FILE | | | | | | |
| MS. MICHELLE CONLEY | | ADDRESS ON FILE | | | | | | |
| MS. MICHELLE J. LOVE | | ADDRESS ON FILE | | | | | | |
| MS. MICHELLE K. PENNINGTON | | ADDRESS ON FILE | | | | | | |
| MS. MICHELLE K. WALL | | ADDRESS ON FILE | | | | | | |
| MS. MICHELLE KAUFMAN | | ADDRESS ON FILE | | | | | | |
| MS. MICHELLE L. CINLEMIS | | ADDRESS ON FILE | | | | | | |
| MS. MICHELLE LA PERRIÈRE | | ADDRESS ON FILE | | | | | | |
| MS. MICHELLE MCCORD | | ADDRESS ON FILE | | | | | | |
| MS. MICHELLE N. KILLMER 2011 | | ADDRESS ON FILE | | | | | | |
| MS. MICHELLE N. NICHOLS 2007 | | ADDRESS ON FILE | | | | | | |
| MS. MICHELLE NUTINI | | ADDRESS ON FILE | | | | | | |
| MS. MICHELLE S. FISHKIN 2017 | | ADDRESS ON FILE | | | | | | |
| MS. MICHELLE SAMOUR | | ADDRESS ON FILE | | | | | | |
| MS. MICHELLE SONSINO | | ADDRESS ON FILE | | | | | | |
| MS. MIK PHILLIPS 2021 | | ADDRESS ON FILE | | | | | | |
| MS. MIKAELA M. FENTON 2017 | | ADDRESS ON FILE | | | | | | |
| MS. MILDRED CHRUPCALA | | ADDRESS ON FILE | | | | | | |
| MS. MINA SMITH-SEGAL 1964 | | ADDRESS ON FILE | | | | | | |
| MS. MINNA AAPARYTI 1990 | | ADDRESS ON FILE | | | | | | |
| MS. MINNA RESNICK 1968 | | ADDRESS ON FILE | | | | | | |
| MS. MIRA S. ADORNETTO 2000 | | ADDRESS ON FILE | | | | | | |
| MS. MIRA WRIGHT | | ADDRESS ON FILE | | | | | | |
| MS. MIRIAM BONNER | | ADDRESS ON FILE | | | | | | |
| MS. MIRIAM E. SUSHMAN 1982 | | ADDRESS ON FILE | | | | | | |
| MS. MISSY LEMONS | | ADDRESS ON FILE | | | | | | |
| MS. MISU AN | | ADDRESS ON FILE | | | | | | |
| MS. MOLLY E. GONZALEZ 1998 | | ADDRESS ON FILE | | | | | | |
| MS. MOLLY HANNAN | | ADDRESS ON FILE | | | | | | |
| MS. MONICA A. MAJOR 2011 | | ADDRESS ON FILE | | | | | | |
| MS. MONICA D. HALEY | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. MONICA HENNESSY 1989 | | ADDRESS ON FILE | | | | | | |
| MS. MONICA MATHIEU | | ADDRESS ON FILE | | | | | | |
| MS. MONICA R. MORRIS 2015 | | ADDRESS ON FILE | | | | | | |
| MS. MONICA R. OCONNELL-EDWARDS 1998 | | ADDRESS ON FILE | | | | | | |
| MS. MONIQUE CARROLL | | ADDRESS ON FILE | | | | | | |
| MS. MURIEL WOLGIN | | ADDRESS ON FILE | | | | | | |
| MS. MYRA ANN J. REICHEL 1971 | | ADDRESS ON FILE | | | | | | |
| MS. MYRA MIMLITSCH-GRAY 1984 | | ADDRESS ON FILE | | | | | | |
| MS. MYSZKA LEWIS | | ADDRESS ON FILE | | | | | | |
| MS. NADIA HIRONAKA 1997 | | ADDRESS ON FILE | | | | | | |
| MS. NAMRATA D. KALOLA 2004 | | ADDRESS ON FILE | | | | | | |
| MS. NAN WOLLMAN 1986 | | ADDRESS ON FILE | | | | | | |
| MS. NANCY A. PARRY | | ADDRESS ON FILE | | | | | | |
| MS. NANCY B. KANTRA 1979 | | ADDRESS ON FILE | | | | | | |
| MS. NANCY BAUM | | ADDRESS ON FILE | | | | | | |
| MS. NANCY BURLAN | | ADDRESS ON FILE | | | | | | |
| MS. NANCY C. ELLIOTT 1975 | | ADDRESS ON FILE | | | | | | |
| MS. NANCY CIPOLLINI | | ADDRESS ON FILE | | | | | | |
| MS. NANCY CITRINO 1992 | | ADDRESS ON FILE | | | | | | |
| MS. NANCY E. PHILLIPS | | ADDRESS ON FILE | | | | | | |
| MS. NANCY E. SMITH 1975 | | ADDRESS ON FILE | | | | | | |
| MS. NANCY F. OGDEN | | ADDRESS ON FILE | | | | | | |
| MS. NANCY G. HELLER | | ADDRESS ON FILE | | | | | | |
| MS. NANCY G. RING 2010 | | ADDRESS ON FILE | | | | | | |
| MS. NANCY HAYS | | ADDRESS ON FILE | | | | | | |
| MS. NANCY M. BESS | | ADDRESS ON FILE | | | | | | |
| MS. NANCY M. HARTNER-DONNELLY 1989 | | ADDRESS ON FILE | | | | | | |
| MS. NANCY MARIANI | | ADDRESS ON FILE | | | | | | |
| MS. NANCY MAYER | | ADDRESS ON FILE | | | | | | |
| MS. NANCY MIDDLEBROOK | | ADDRESS ON FILE | | | | | | |
| MS. NANCY NAHRGANG 1984 | | ADDRESS ON FILE | | | | | | |
| MS. NANCY PAGLIA | | ADDRESS ON FILE | | | | | | |
| MS. NANCY RUTHERFORD | | ADDRESS ON FILE | | | | | | |
| MS. NANCY S. ALLEN 1981 | | ADDRESS ON FILE | | | | | | |
| MS. NANCY SHIFFRIN | | ADDRESS ON FILE | | | | | | |
| MS. NANCY WOLCOTT | | ADDRESS ON FILE | | | | | | |
| MS. NAOMI GOLDBERG | | ADDRESS ON FILE | | | | | | |
| MS. NATALIE R. STRAUSS | | ADDRESS ON FILE | | | | | | |
| MS. NATALIE STECKEL | | ADDRESS ON FILE | | | | | | |
| MS. NATASHA J. GOLDSTEIN-LEVITAS 2000 | | ADDRESS ON FILE | | | | | | |
| MS. NAZANIN DANA 1980 | | ADDRESS ON FILE | | | | | | |
| MS. NICOLE C. FERRIOLA | | ADDRESS ON FILE | | | | | | |
| MS. NICOLE C. GIRROIR 2014 | | ADDRESS ON FILE | | | | | | |
| MS. NICOLE G. TECCE 2008 | | ADDRESS ON FILE | | | | | | |
| MS. NICOLE GRAY | | ADDRESS ON FILE | | | | | | |
| MS. NICOLE LAPEYROLERIE | | ADDRESS ON FILE | | | | | | |
| MS. NICOLE M. KEATING | | ADDRESS ON FILE | | | | | | |
| MS. NICOLE R. HEWITT | | ADDRESS ON FILE | | | | | | |
| MS. NIKKI PATTERSON | | ADDRESS ON FILE | | | | | | |
| MS. NIKOLLA DYSHNIKU 2008 | | ADDRESS ON FILE | | | | | | |
| MS. NIMET HABACHY | | ADDRESS ON FILE | | | | | | |
| MS. NINA MARIE HARTMAN 2018 | | ADDRESS ON FILE | | | | | | |
| MS. NISHA J. DENT 2010 | | ADDRESS ON FILE | | | | | | |
| MS. NORMA E. BERKE 1948 | | ADDRESS ON FILE | | | | | | |
| MS. NORMA M. MEYER 1968 | | ADDRESS ON FILE | | | | | | |
| MS. NURY MARCELINO | | ADDRESS ON FILE | | | | | | |
| MS. ODARKA P. STOCKERT | | ADDRESS ON FILE | | | | | | |
| MS. OLAWA T. GIBSON 2005 | | ADDRESS ON FILE | | | | | | |
| MS. OLIVIA A. DIEHL-REED 2012 | | ADDRESS ON FILE | | | | | | |
| MS. OLIVIA C. JIA | | ADDRESS ON FILE | | | | | | |
| MS. OLIVIA M. EDLUND 2010 | | ADDRESS ON FILE | | | | | | |
| MS. OSCEOLA DAVIS-SMITH 1970 | | ADDRESS ON FILE | | | | | | |
| MS. PAGE W. RIDGEWAY 2014 | | ADDRESS ON FILE | | | | | | |
| MS. PAM PAULSON | | ADDRESS ON FILE | | | | | | |
| MS. PAM REIT | | ADDRESS ON FILE | | | | | | |
| MS. PAMELA BECKER | | ADDRESS ON FILE | | | | | | |
| MS. PAMELA BUDZ 1975 | | ADDRESS ON FILE | | | | | | |
| MS. PAMELA DESROSIERS | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. PAMELA E. BENNETT 1982 | | ADDRESS ON FILE | | | | | | |
| MS. PAMELA KERR | | ADDRESS ON FILE | | | | | | |
| MS. PAMELA KLEMM | | ADDRESS ON FILE | | | | | | |
| MS. PAMELA NASH | | ADDRESS ON FILE | | | | | | |
| MS. PAMELA P. LAWS | | ADDRESS ON FILE | | | | | | |
| MS. PAMELA ROSADO | | ADDRESS ON FILE | | | | | | |
| MS. PAMELA SZELL 2009 | | ADDRESS ON FILE | | | | | | |
| MS. PAMELA YORK | | ADDRESS ON FILE | | | | | | |
| MS. PAT DWYER | | ADDRESS ON FILE | | | | | | |
| MS. PATRICE ARMSTEAD | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA A. CASCIO 1982 | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA A. LANDES 1980 | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA A. MAUNDER 2006 | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA AUTENRIETH | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA B. ABLETT | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA B. MCGINN | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA C. KENT 1963 | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA CASEY | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA E. WARD HARRIS 1997 | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA F. HARNER | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA HAYDEN | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA L. FRANCE 1978 | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA L. KERR 1989 | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA L. QUAILE | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA LIPMAN | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA MOSS-VREELAND 1972 | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA REGAN | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA SHEEHY | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA STEWART | | ADDRESS ON FILE | | | | | | |
| MS. PATRICIA WALDYGO 1973 | | ADDRESS ON FILE | | | | | | |
| MS. PATRONYA SANKS | | ADDRESS ON FILE | | | | | | |
| MS. PATTI KING | | ADDRESS ON FILE | | | | | | |
| MS. PATTY M. SMITH 1980 | | ADDRESS ON FILE | | | | | | |
| MS. PAULA ADAMS | | ADDRESS ON FILE | | | | | | |
| MS. PAULA BECKER | | ADDRESS ON FILE | | | | | | |
| MS. PAULA WENGERD | | ADDRESS ON FILE | | | | | | |
| MS. PAULETTE OSKARSSON | | ADDRESS ON FILE | | | | | | |
| MS. PAULITA TREZEVANT | | ADDRESS ON FILE | | | | | | |
| MS. PEARL LEE 1974 | | ADDRESS ON FILE | | | | | | |
| MS. PEGGY BEANE | | ADDRESS ON FILE | | | | | | |
| MS. PEGGY WACHS | | ADDRESS ON FILE | | | | | | |
| MS. PENELOPE ASHMAN | | ADDRESS ON FILE | | | | | | |
| MS. PENELOPE P. KRUGER | | ADDRESS ON FILE | | | | | | |
| MS. PENNY L. YOCUM 1996 | | ADDRESS ON FILE | | | | | | |
| MS. PENNY SKOOG | | ADDRESS ON FILE | | | | | | |
| MS. PETER TOFT | | ADDRESS ON FILE | | | | | | |
| MS. PHENON G. FINLEY-SMILEY 1981 | | ADDRESS ON FILE | | | | | | |
| MS. PHOEBE ADAMS 1976 | | ADDRESS ON FILE | | | | | | |
| MS. PHYLLIS HALPERN | | ADDRESS ON FILE | | | | | | |
| MS. PHYLLIS P. KENNEDY | | ADDRESS ON FILE | | | | | | |
| MS. PHYLLIS PURVES-SMITH | | ADDRESS ON FILE | | | | | | |
| MS. RACHEL BLISS | | ADDRESS ON FILE | | | | | | |
| MS. RACHEL K. HAINES 2011 | | ADDRESS ON FILE | | | | | | |
| MS. RACHEL KLEINMAN | | ADDRESS ON FILE | | | | | | |
| MS. RACHEL L. NEITZKE 2017 | | ADDRESS ON FILE | | | | | | |
| MS. RACHEL ROBINSON | | ADDRESS ON FILE | | | | | | |
| MS. RACHEL ZIMMERMAN | | ADDRESS ON FILE | | | | | | |
| MS. RAINA STINSON | | ADDRESS ON FILE | | | | | | |
| MS. RANA A. SIEGEL 2001 | | ADDRESS ON FILE | | | | | | |
| MS. RANDE BLANK | | ADDRESS ON FILE | | | | | | |
| MS. RAQUEL XAMANI-ICART | | ADDRESS ON FILE | | | | | | |
| MS. REBECCA A. GILBERT 2002 | | ADDRESS ON FILE | | | | | | |
| MS. REBECCA C. HARVEY 1991 | | ADDRESS ON FILE | | | | | | |
| MS. REBECCA ELMAN | | ADDRESS ON FILE | | | | | | |
| MS. REBECCA J. MAZEROSKI 2011 | | ADDRESS ON FILE | | | | | | |
| MS. REBECCA J. SLOAN POTASH 1994 | | ADDRESS ON FILE | | | | | | |
| MS. REBECCA KAHLER-REIS | | ADDRESS ON FILE | | | | | | |
| MS. REBECCA MAYS | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. REBECCA SACK | | ADDRESS ON FILE | | | | | | |
| MS. REBECCA STEVENS | | ADDRESS ON FILE | | | | | | |
| MS. REGINA FOX | | ADDRESS ON FILE | | | | | | |
| MS. REGINA FRIED | | ADDRESS ON FILE | | | | | | |
| MS. REGINA K. BARTHMAIER 1989 | | ADDRESS ON FILE | | | | | | |
| MS. REGINA STEAD | | ADDRESS ON FILE | | | | | | |
| MS. RENEE ARTIGES | | ADDRESS ON FILE | | | | | | |
| MS. RENEE JONES | | ADDRESS ON FILE | | | | | | |
| MS. RHEA D. PATTERSON 2001 | | ADDRESS ON FILE | | | | | | |
| MS. RHEA FONTAINE | | ADDRESS ON FILE | | | | | | |
| MS. RHONDA B. ROSEN | | ADDRESS ON FILE | | | | | | |
| MS. RHONDA MOORE | | ADDRESS ON FILE | | | | | | |
| MS. RISA ERBES | | ADDRESS ON FILE | | | | | | |
| MS. RITA BARKER | | ADDRESS ON FILE | | | | | | |
| MS. RITA BROCKWAY | | ADDRESS ON FILE | | | | | | |
| MS. RITA S. MICHALENKO 1972 | | ADDRESS ON FILE | | | | | | |
| MS. ROBBIE D. STILLERMAN 1969 | | ADDRESS ON FILE | | | | | | |
| MS. ROBIN C. BREWER 2014 | | ADDRESS ON FILE | | | | | | |
| MS. ROBIN G. ROTHMAN 2001 | | ADDRESS ON FILE | | | | | | |
| MS. ROBIN L. ANDREWS 1979 | | ADDRESS ON FILE | | | | | | |
| MS. ROBIN M. MCCLEA 1981 | | ADDRESS ON FILE | | | | | | |
| MS. ROBIN MOORE | | ADDRESS ON FILE | | | | | | |
| MS. ROBIN T. PLATTMAN 1986 | | ADDRESS ON FILE | | | | | | |
| MS. ROBYN MEWSHAW | | ADDRESS ON FILE | | | | | | |
| MS. RONA SEBASTIAN | | ADDRESS ON FILE | | | | | | |
| MS. RONICA JOHNSON | | ADDRESS ON FILE | | | | | | |
| MS. ROSAE M. REEDER 1995 | | ADDRESS ON FILE | | | | | | |
| MS. ROSALIE MATZKIN | | ADDRESS ON FILE | | | | | | |
| MS. ROSALIE WETZEL | | ADDRESS ON FILE | | | | | | |
| MS. ROSE A. DREW 1990 | | ADDRESS ON FILE | | | | | | |
| MS. ROSE DISANTO | | ADDRESS ON FILE | | | | | | |
| MS. ROSE M. MANGANO GOLDBERG 1961 | | ADDRESS ON FILE | | | | | | |
| MS. ROSE MARIA KALOGERAKIS 2012 | | ADDRESS ON FILE | | | | | | |
| MS. ROSE ROBERTSON | | ADDRESS ON FILE | | | | | | |
| MS. ROSE SEAMAN | | ADDRESS ON FILE | | | | | | |
| MS. ROSEANN SIEGEL | | ADDRESS ON FILE | | | | | | |
| MS. ROSEMARIE CAREY | | ADDRESS ON FILE | | | | | | |
| MS. ROSEMARY BELLA 1968 | | ADDRESS ON FILE | | | | | | |
| MS. ROSEMARY IULIANO | | ADDRESS ON FILE | | | | | | |
| MS. ROSEMARY M. CELLINI 1971 | | ADDRESS ON FILE | | | | | | |
| MS. ROSEMARY MURPHY 1981 | | ADDRESS ON FILE | | | | | | |
| MS. ROSEMARY R. MARINO | | ADDRESS ON FILE | | | | | | |
| MS. ROSI F. DISPENSA 2005 | | ADDRESS ON FILE | | | | | | |
| MS. RUTH D. FIELDS | | ADDRESS ON FILE | | | | | | |
| MS. RUTH E. FINE 1962 | | ADDRESS ON FILE | | | | | | |
| MS. RUTH F. KAPLAN 1969 | | ADDRESS ON FILE | | | | | | |
| MS. RUTH G. RULE | | ADDRESS ON FILE | | | | | | |
| MS. RUTH L. HINE | | ADDRESS ON FILE | | | | | | |
| MS. RUTH LEITMAN 1984 | | ADDRESS ON FILE | | | | | | |
| MS. RUTH WISE | | ADDRESS ON FILE | | | | | | |
| MS. SALLY A. BISHOP 1981 | | ADDRESS ON FILE | | | | | | |
| MS. SALLY BLEZNAK | | ADDRESS ON FILE | | | | | | |
| MS. SALLY GINSBERG | | ADDRESS ON FILE | | | | | | |
| MS. SALLY WILLIG | | ADDRESS ON FILE | | | | | | |
| MS. SAM R. SCHECHTER 2013 | | ADDRESS ON FILE | | | | | | |
| MS. SAMANTHA AUDIA | | ADDRESS ON FILE | | | | | | |
| MS. SAMANTHA C. LAUB 2016 | | ADDRESS ON FILE | | | | | | |
| MS. SAMANTHA COX | | ADDRESS ON FILE | | | | | | |
| MS. SAMANTHA J. BEDNAREK 2002 | | ADDRESS ON FILE | | | | | | |
| MS. SAMANTHA J. ERICKSON | | ADDRESS ON FILE | | | | | | |
| MS. SAMANTHA M. MORRIS 2017 | | ADDRESS ON FILE | | | | | | |
| MS. SAMANTHA PICCOLO | | ADDRESS ON FILE | | | | | | |
| MS. SANDRA BROWNLEE-RAMSDALE | | ADDRESS ON FILE | | | | | | |
| MS. SANDRA C. DAVIS 2008 | | ADDRESS ON FILE | | | | | | |
| MS. SANDRA COLLETTE 1983 | | ADDRESS ON FILE | | | | | | |
| MS. SANDRA HELD 1972 | | ADDRESS ON FILE | | | | | | |
| MS. SANDRA J. TURNER 1987 | | ADDRESS ON FILE | | | | | | |
| MS. SANDRA L. CADWALADER | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. SANDRA P. JOSEPH | | ADDRESS ON FILE | | | | | | |
| MS. SANDRA P. MCLOUGHLIN 1979 | | ADDRESS ON FILE | | | | | | |
| MS. SANDRA STEINMEYTER | | ADDRESS ON FILE | | | | | | |
| MS. SANDRA WEINSTEIN | | ADDRESS ON FILE | | | | | | |
| MS. SANDY C. BAUER 1962 | | ADDRESS ON FILE | | | | | | |
| MS. SANDY HALO | | ADDRESS ON FILE | | | | | | |
| MS. SANDY SORLIEN | | ADDRESS ON FILE | | | | | | |
| MS. SARA FISHER | | ADDRESS ON FILE | | | | | | |
| MS. SARA HIEBERT BURCH | | ADDRESS ON FILE | | | | | | |
| MS. SARA NERKEN | | ADDRESS ON FILE | | | | | | |
| MS. SARA PROCOPIO | | ADDRESS ON FILE | | | | | | |
| MS. SARA PYLE | | ADDRESS ON FILE | | | | | | |
| MS. SARA S. OLSEN 1986 | | ADDRESS ON FILE | | | | | | |
| MS. SARAH A. GLIKO | | ADDRESS ON FILE | | | | | | |
| MS. SARAH BALLARD | | ADDRESS ON FILE | | | | | | |
| MS. SARAH D. ZAKARIA 2004 | | ADDRESS ON FILE | | | | | | |
| MS. SARAH J. FRAZIER 2003 | | ADDRESS ON FILE | | | | | | |
| MS. SARAH JOHNSON | | ADDRESS ON FILE | | | | | | |
| MS. SARAH L. ASPER-SMITH 2010 | | ADDRESS ON FILE | | | | | | |
| MS. SARAH L. MUELLER 2006 | | ADDRESS ON FILE | | | | | | |
| MS. SARAH LOUIS | | ADDRESS ON FILE | | | | | | |
| MS. SARAH VAN KEUREN | | ADDRESS ON FILE | | | | | | |
| MS. SARANNE RONES | | ADDRESS ON FILE | | | | | | |
| MS. SCARLET HERNANDEZ 2016 | | ADDRESS ON FILE | | | | | | |
| MS. SELINA MORRIS | | ADDRESS ON FILE | | | | | | |
| MS. SEREFINA MESA | | ADDRESS ON FILE | | | | | | |
| MS. SETSUKO A. PAGE | | ADDRESS ON FILE | | | | | | |
| MS. SHAN JU LIN 2006 | | ADDRESS ON FILE | | | | | | |
| MS. SHANI D. HILSHEIMER 1991 | | ADDRESS ON FILE | | | | | | |
| MS. SHANNA WEISS | | ADDRESS ON FILE | | | | | | |
| MS. SHANNON D. MOORE 2005 | | ADDRESS ON FILE | | | | | | |
| MS. SHANNON FIORAVANTI | | ADDRESS ON FILE | | | | | | |
| MS. SHARBARRA E. TAYLOR 2009 | | ADDRESS ON FILE | | | | | | |
| MS. SHARON HORVATH | | ADDRESS ON FILE | | | | | | |
| MS. SHARON L. SOROKIN | | ADDRESS ON FILE | | | | | | |
| MS. SHARON LAMB | | ADDRESS ON FILE | | | | | | |
| MS. SHARON LEFEVRE | | ADDRESS ON FILE | | | | | | |
| MS. SHARON MENARD | | ADDRESS ON FILE | | | | | | |
| MS. SHARRON FORREST | | ADDRESS ON FILE | | | | | | |
| MS. SHAWNTE G. CLAY 2007 | | ADDRESS ON FILE | | | | | | |
| MS. SHAYNA LITVIN | | ADDRESS ON FILE | | | | | | |
| MS. SHAYNE JUDGE | | ADDRESS ON FILE | | | | | | |
| MS. SHEILA E. KATZ | | ADDRESS ON FILE | | | | | | |
| MS. SHEILA H. BANKS | | ADDRESS ON FILE | | | | | | |
| MS. SHEILA MCGRODDY | | ADDRESS ON FILE | | | | | | |
| MS. SHELBY R. TUCKER 2018 | | ADDRESS ON FILE | | | | | | |
| MS. SHELLEY A. MULITZ | | ADDRESS ON FILE | | | | | | |
| MS. SHELTON WALKER | | ADDRESS ON FILE | | | | | | |
| MS. SHERLEY YOUNG | | ADDRESS ON FILE | | | | | | |
| MS. SHERRILL V. RITTENMEYER | | ADDRESS ON FILE | | | | | | |
| MS. SHERRILL WILSON-RAE 1971 | | ADDRESS ON FILE | | | | | | |
| MS. SHERRY E. LERMAN | | ADDRESS ON FILE | | | | | | |
| MS. SHERRY GAULDIN | | ADDRESS ON FILE | | | | | | |
| MS. SHERRY TAMERIUS | | ADDRESS ON FILE | | | | | | |
| MS. SHERYL FIEGEL | | ADDRESS ON FILE | | | | | | |
| MS. SHIRLEY A. BOUSELLI | | ADDRESS ON FILE | | | | | | |
| MS. SHIRLEY J. BERNSTEIN 1965 | | ADDRESS ON FILE | | | | | | |
| MS. SHIRLEY J. MOYER | | ADDRESS ON FILE | | | | | | |
| MS. SHIRLEY JACOBS | | ADDRESS ON FILE | | | | | | |
| MS. SHIRLEY RONES | | ADDRESS ON FILE | | | | | | |
| MS. SHOHA K. PAREKH 2002 | | ADDRESS ON FILE | | | | | | |
| MS. SHUO MENG 2005 | | ADDRESS ON FILE | | | | | | |
| MS. SHUSHI W. YOSHINAGA 1994 | | ADDRESS ON FILE | | | | | | |
| MS. SIANNA MCKINLEY 1998 | | ADDRESS ON FILE | | | | | | |
| MS. SIBYLLE ZANZINGER | | ADDRESS ON FILE | | | | | | |
| MS. SILVA KALOUSTIAN | | ADDRESS ON FILE | | | | | | |
| MS. SKYLER P. BRADFORD | | ADDRESS ON FILE | | | | | | |
| MS. SONALI NANDE 1992 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. SONDRA E. ADAMS 1985 | | ADDRESS ON FILE | | | | | | |
| MS. SONIA MERCADO 1997 | | ADDRESS ON FILE | | | | | | |
| MS. SOPHIA CHITJIAN 1951 | | ADDRESS ON FILE | | | | | | |
| MS. SOPHIA F. JACKSON 1991 | | ADDRESS ON FILE | | | | | | |
| MS. SOPHIA N. BILYNSKY 1979 | | ADDRESS ON FILE | | | | | | |
| MS. SOPHIA R. DALY 1992 | | ADDRESS ON FILE | | | | | | |
| MS. SOPHIE G. TIBILETTI 2017 | | ADDRESS ON FILE | | | | | | |
| MS. SORAYA T. EDWARDS 2016 | | ADDRESS ON FILE | | | | | | |
| MS. STACEY N. MARTINO RIVERA 1991 | | ADDRESS ON FILE | | | | | | |
| MS. STACEY VANCE | | ADDRESS ON FILE | | | | | | |
| MS. STACI ARENSBERG | | ADDRESS ON FILE | | | | | | |
| MS. STACY J. MARTIN | | ADDRESS ON FILE | | | | | | |
| MS. STACY KING 1993 | | ADDRESS ON FILE | | | | | | |
| MS. STACY STEVENSON | | ADDRESS ON FILE | | | | | | |
| MS. STARR F. SIEGELE | | ADDRESS ON FILE | | | | | | |
| MS. STARR MCCAFFERY | | ADDRESS ON FILE | | | | | | |
| MS. STARR PAGE | | ADDRESS ON FILE | | | | | | |
| MS. STARR SUMPTER | | ADDRESS ON FILE | | | | | | |
| MS. STELLA WALKO | | ADDRESS ON FILE | | | | | | |
| MS. STEPHANIE D. BARGAS 2012 | | ADDRESS ON FILE | | | | | | |
| MS. STEPHANIE D. WEHMEYER 1968 | | ADDRESS ON FILE | | | | | | |
| MS. STEPHANIE HIEBERT | | ADDRESS ON FILE | | | | | | |
| MS. STEPHANIE J. PETRO-MCCLELLAN 2008 | | ADDRESS ON FILE | | | | | | |
| MS. STEPHANIE MULLARKEY | | ADDRESS ON FILE | | | | | | |
| MS. STEPHANIE ROTONDO | | ADDRESS ON FILE | | | | | | |
| MS. STEPHANIE SPINDLER 1996 | | ADDRESS ON FILE | | | | | | |
| MS. STEPHANIE TUJETSCH 2016 | | ADDRESS ON FILE | | | | | | |
| MS. STEPHANIE V. WADEMAN 2015 | | ADDRESS ON FILE | | | | | | |
| MS. STEPHANIE WHALEY 2016 | | ADDRESS ON FILE | | | | | | |
| MS. SUE ELLEN FEUERSTEIN | | ADDRESS ON FILE | | | | | | |
| MS. SUMMER LANDIS | | ADDRESS ON FILE | | | | | | |
| MS. SUN Y. KANG 2007 | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN BRUCE | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN C. CHAPLICK | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN CHARLESTON | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN DEUTSCH | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN E. MCANINLEY 1966 | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN FIELO | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN FRAZIER | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN G. TEDESCHI | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN GOULD | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN H. BRAY | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN HORMUTH | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN I. JEWETT | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN IVERSON | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN J. GANZ | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN K. FRITZ 1995 | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN M. BRANDT 1984 | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN M. EMANUEL 2003 | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN M. SLAVINSKI 1978 | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN M. VITALE | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN N. WRIGHT 1994 | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN NAPACK 1977 | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN S. BLOOM | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN SCHEWEL | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN SCHNEIDER | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN STEPHAN | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN T. VIGUERS | | ADDRESS ON FILE | | | | | | |
| MS. SUSAN WEINZ | | ADDRESS ON FILE | | | | | | |
| MS. SUSANAH HIGGINS | | ADDRESS ON FILE | | | | | | |
| MS. SUSANNE MERBACH | | ADDRESS ON FILE | | | | | | |
| MS. SUZANNE A. HILLNER 2005 | | ADDRESS ON FILE | | | | | | |
| MS. SUZANNE C. NAUDIN 1978 | | ADDRESS ON FILE | | | | | | |
| MS. SUZANNE D. COHEN | | ADDRESS ON FILE | | | | | | |
| MS. SUZANNE GUELLI 1995 | | ADDRESS ON FILE | | | | | | |
| MS. SUZANNE M. GRECO | | ADDRESS ON FILE | | | | | | |
| MS. SUZANNE MAYO 1994 | | ADDRESS ON FILE | | | | | | |
| MS. SUZANNE PUCKER | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. SUZANNE W. SPECTOR 1958 | | ADDRESS ON FILE | | | | | | |
| MS. SUZANNE WALSH | | ADDRESS ON FILE | | | | | | |
| MS. SUZANNE WATSON | | ADDRESS ON FILE | | | | | | |
| MS. SUZANNE WOODROFFE 1966 | | ADDRESS ON FILE | | | | | | |
| MS. SUZY ZUCKER | | ADDRESS ON FILE | | | | | | |
| MS. SYBIL LAZOWICK | | ADDRESS ON FILE | | | | | | |
| MS. SYDNEY R. ROCKEFELLER 1966 | | ADDRESS ON FILE | | | | | | |
| MS. SYLVIA G. SALVAT 1983 | | ADDRESS ON FILE | | | | | | |
| MS. SYLVIA MANN | | ADDRESS ON FILE | | | | | | |
| MS. TALLIA L. BRINSON 2004 | | ADDRESS ON FILE | | | | | | |
| MS. TAMARA KURTZ | | ADDRESS ON FILE | | | | | | |
| MS. TAMMY MCCLATTIE | | ADDRESS ON FILE | | | | | | |
| MS. TANIA H. ODONNELL 2003 | | ADDRESS ON FILE | | | | | | |
| MS. TARA DRISSEL | | ADDRESS ON FILE | | | | | | |
| MS. TARA EAMES | | ADDRESS ON FILE | | | | | | |
| MS. TERESA JAYNES | | ADDRESS ON FILE | | | | | | |
| MS. TERESA PREUSS | | ADDRESS ON FILE | | | | | | |
| MS. TERI KRASSEN | | ADDRESS ON FILE | | | | | | |
| MS. TERRI DAVID | | ADDRESS ON FILE | | | | | | |
| MS. TERRI L. EISENBERG | | ADDRESS ON FILE | | | | | | |
| MS. TERRI MCKENZIE | | ADDRESS ON FILE | | | | | | |
| MS. TERRY L. SWACK 1981 | | ADDRESS ON FILE | | | | | | |
| MS. THEA E. BECTON | | ADDRESS ON FILE | | | | | | |
| MS. THELMA CRETCHFIELD | | ADDRESS ON FILE | | | | | | |
| MS. THERESE FRIEDMAN | | ADDRESS ON FILE | | | | | | |
| MS. THERESE WILLIS | | ADDRESS ON FILE | | | | | | |
| MS. THORA JACOBSON | | ADDRESS ON FILE | | | | | | |
| MS. TINA M. HEUGES 1997 | | ADDRESS ON FILE | | | | | | |
| MS. TINA PONTARI | | ADDRESS ON FILE | | | | | | |
| MS. TONI CRENSHAW | | ADDRESS ON FILE | | | | | | |
| MS. TONI KAHN | | ADDRESS ON FILE | | | | | | |
| MS. TONI PAPARONE | | ADDRESS ON FILE | | | | | | |
| MS. TONI SILBER-DELERIVE 1969 | | ADDRESS ON FILE | | | | | | |
| MS. TRACEY FINN | | ADDRESS ON FILE | | | | | | |
| MS. TRACY A. BROOMALL | | ADDRESS ON FILE | | | | | | |
| MS. TRACY BARTHOLOMEW | | ADDRESS ON FILE | | | | | | |
| MS. TRACY F. LEVY | | ADDRESS ON FILE | | | | | | |
| MS. TRACY MULLAHEY | | ADDRESS ON FILE | | | | | | |
| MS. TRANDA S. FISCHELIS | | ADDRESS ON FILE | | | | | | |
| MS. TRICIA TREACY 2000 | | ADDRESS ON FILE | | | | | | |
| MS. TRISH REICHFELD | | ADDRESS ON FILE | | | | | | |
| MS. TRUDY A. BORENSTEIN-SUGIURA 1977 | | ADDRESS ON FILE | | | | | | |
| MS. TRUDY LENTZ | | ADDRESS ON FILE | | | | | | |
| MS. TWANISHA SIEJKOWSKI | | ADDRESS ON FILE | | | | | | |
| MS. VAISHALI A. NANDE 1992 | | ADDRESS ON FILE | | | | | | |
| MS. VALERIE A. CARRIGAN 2004 | | ADDRESS ON FILE | | | | | | |
| MS. VALERIE ANDERSON | | ADDRESS ON FILE | | | | | | |
| MS. VALERIE KENNER | | ADDRESS ON FILE | | | | | | |
| MS. VALERIE LAFERRIERE | | ADDRESS ON FILE | | | | | | |
| MS. VALERIE PETTIS 1969 | | ADDRESS ON FILE | | | | | | |
| MS. VANESSA HABERSHAW | | ADDRESS ON FILE | | | | | | |
| MS. VANILLA SINGLETARY | | ADDRESS ON FILE | | | | | | |
| MS. VENECIA WHITE | | ADDRESS ON FILE | | | | | | |
| MS. VERA C. BOJKO 1986 | | ADDRESS ON FILE | | | | | | |
| MS. VERONICA CUCINOTTA | | ADDRESS ON FILE | | | | | | |
| MS. VERONICA LINDH 1995 | | ADDRESS ON FILE | | | | | | |
| MS. VICKY B. AQUINO 2014 | | ADDRESS ON FILE | | | | | | |
| MS. VICOTRIA M. DONALDSON | | ADDRESS ON FILE | | | | | | |
| MS. VICTORIA A. PERNO 2002 | | ADDRESS ON FILE | | | | | | |
| MS. VICTORIA B. LOEBELL 1975 | | ADDRESS ON FILE | | | | | | |
| MS. VICTORIA CRISWELL | | ADDRESS ON FILE | | | | | | |
| MS. VICTORIA K. VOUTSAKIS 2006 | | ADDRESS ON FILE | | | | | | |
| MS. VICTORIA L. MCCALLUM 2012 | | ADDRESS ON FILE | | | | | | |
| MS. VIRGINIA BURNELL | | ADDRESS ON FILE | | | | | | |
| MS. VIRGINIA HAHN | | ADDRESS ON FILE | | | | | | |
| MS. VIRGINIA L. BOWER | | ADDRESS ON FILE | | | | | | |
| MS. VIRGINIA PEPE | | ADDRESS ON FILE | | | | | | |
| MS. WENDY A. WEISS | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MS. WENDY GARFINKEL-GOLD 1994 | | ADDRESS ON FILE | | | | | | |
| MS. WENDY MATCHETT | | ADDRESS ON FILE | | | | | | |
| MS. WENDY MATSON | | ADDRESS ON FILE | | | | | | |
| MS. WENDY V. BLACKMAN | | ADDRESS ON FILE | | | | | | |
| MS. WENDY V. EDWARDS 1972 | | ADDRESS ON FILE | | | | | | |
| MS. WENDY WEINBERG | | ADDRESS ON FILE | | | | | | |
| MS. WHITNEY HOWZE | | ADDRESS ON FILE | | | | | | |
| MS. WINIFRED R. OWENS-HART 1971 | | ADDRESS ON FILE | | | | | | |
| MS. WYNTER SPEARS 2000 | | ADDRESS ON FILE | | | | | | |
| MS. XIAODONG YUAN | | ADDRESS ON FILE | | | | | | |
| MS. XIN LU 2015 | | ADDRESS ON FILE | | | | | | |
| MS. YADIRA M. CURET 2007 | | ADDRESS ON FILE | | | | | | |
| MS. YAN KEI A. FUNG 2005 | | ADDRESS ON FILE | | | | | | |
| MS. YOLANDA PENN | | ADDRESS ON FILE | | | | | | |
| MS. YONINA BLECH-HERMONI 1977 | | ADDRESS ON FILE | | | | | | |
| MS. YUN JUNG LEE | | ADDRESS ON FILE | | | | | | |
| MS. YVETTE L. LENHART 1991 | | ADDRESS ON FILE | | | | | | |
| MS. ZIA F. JAMISON-FRANK | | ADDRESS ON FILE | | | | | | |
| MS. ZIA F. JAMISON-FRANK 2015 | | ADDRESS ON FILE | | | | | | |
| MSIG SPECIALTY INSURANCE USA INC | RYAN TURNER SPECIALTY | 1650 ARCH STREET | 26TH FLOOR | | PHILADELPHIA | PA | 19103 | |
| MUCK RACK LLC | | PO BOX 21131 | | | NEW YORK | NY | 10087-1131 | |
| MUGALA, WABWILA | | ADDRESS ON FILE | | | | | | |
| MUHLENBERG COLLEGE | | 2400 CHEW ST | | | ALLENTOWN | PA | 18104 | |
| MULVIHILL, BRENDAN | | ADDRESS ON FILE | | | | | | |
| MUMFORD, OLIVIA | | ADDRESS ON FILE | | | | | | |
| MUNDHEIM, SEBASTIENNE | | ADDRESS ON FILE | | | | | | |
| MUNHALL, KEVIN | | ADDRESS ON FILE | | | | | | |
| MURCH, LISA M. | | ADDRESS ON FILE | | | | | | |
| MURNAME, CHAD | | ADDRESS ON FILE | | | | | | |
| MURPHY, CHELSEA | | ADDRESS ON FILE | | | | | | |
| MURPHY, CHELSEA E. | | ADDRESS ON FILE | | | | | | |
| MURPHY, GENNE | | ADDRESS ON FILE | | | | | | |
| MURPHY, MARGARET | | ADDRESS ON FILE | | | | | | |
| MURPHY, REBECCA | | ADDRESS ON FILE | | | | | | |
| MURPHY, REBECCA J. | | ADDRESS ON FILE | | | | | | |
| MURPHY, REBECCA JEAN | | ADDRESS ON FILE | | | | | | |
| MURTAUGH, ALEXANDRA | | ADDRESS ON FILE | | | | | | |
| MUSEUM COUNCIL OF GREATER PHILADELPHIA | C/O GREATER PHILADELPHIA CULTURAL ALLIANCE | 1315 WALNUT ST STE 732 | | | PHILADELPHIA | PA | 19107-4733 | |
| MUSEUM COUNCIL OF PHILADELPHIA AND DELAWARE VALLEY | C/O FLEISHER ART MEMORIAL | 719 CATHARINE ST | | | PHILADELPHIA | PA | 19147-2811 | |
| MUSICAL THEATER SONGS LLC | | 45 OVERLOOK TERRACE #5E | | | NEW YORK | NY | 10033 | |
| MUSSON, JAYSON S. | | ADDRESS ON FILE | | | | | | |
| MUSTAFA SAKARYA | | ADDRESS ON FILE | | | | | | |
| MUSYNERGY | | PO BOX 685 | | | GRAND HAVEN | MI | 49417-0685 | |
| MYERS, CHRIS | | ADDRESS ON FILE | | | | | | |
| MYERS, MICHELLE | | ADDRESS ON FILE | | | | | | |
| MYERS, MICHELLE L. | | ADDRESS ON FILE | | | | | | |
| N.E HILL | | ADDRESS ON FILE | | | | | | |
| NACUA | | PO BOX 79118 | | | BALTIMORE | MD | 21279-1118 | |
| NACUBO | | PO BOX 791331 | | | BALTIMORE | MD | 21279-1331 | |
| NAKAMURA, DON HIDEO | | ADDRESS ON FILE | | | | | | |
| NALLY, ROBERT | | ADDRESS ON FILE | | | | | | |
| NANCY DONOVAN | | ADDRESS ON FILE | | | | | | |
| NANCY EARNSHAW | | ADDRESS ON FILE | | | | | | |
| NANCY JONES | | ADDRESS ON FILE | | | | | | |
| NANCY MCDONALD | | ADDRESS ON FILE | | | | | | |
| NANCY MORSE | | ADDRESS ON FILE | | | | | | |
| NANCY REDDY | | ADDRESS ON FILE | | | | | | |
| NANCY SMITH | | ADDRESS ON FILE | | | | | | |
| NANCY WILLIAMS | | ADDRESS ON FILE | | | | | | |
| NAPLES, RONALD | | ADDRESS ON FILE | | | | | | |
| NARODITSKIY, ALEKSANDR | | ADDRESS ON FILE | | | | | | |
| NASH, HIBBARD L. JR. | | ADDRESS ON FILE | | | | | | |
| NASSAU COUNTY POLICE DEPARTMENT | | 1490 FRANKLIN AVE | | | MINEOLA | NY | 11501-4801 | |
| NASSNER, ALYSSA C. | | ADDRESS ON FILE | | | | | | |
| NATALIA FREANER | | ADDRESS ON FILE | | | | | | |
| NATALIA RUGGIERO | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| NATALIE DUVALL | | ADDRESS ON FILE | | | | | | |
| NATALIE ROBIN | | ADDRESS ON FILE | | | | | | |
| NATHAN M. CLARK FOUNDATION | C/O GLENMEDE TRUST COMPANY | 1650 MARKET ST STE 1200 | | | PHILADELPHIA | PA | 19103-7311 | |
| NATHANIEL E. RA-HATT | | ADDRESS ON FILE | | | | | | |
| NATHANIEL LEVY | | ADDRESS ON FILE | | | | | | |
| NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC | | 3402 PICO BOULEVARD | | | SANTA MONICA | CA | 90405-2118 | |
| NATIONAL ASSOCIATION | | 11250 ROGER BACON DR. | STE 21 | | RESTON | VA | 20190 | |
| NATIONAL CARTOONISTS SOCIETY | | 341 N MAITLAND AVE STE 130 | | | MAITLAND | FL | 32751-4761 | |
| NATIONAL ENDOWMENT FOR THE ARTS | | 1100 PENNSYLVANIA AVENUE, NORTH WEST | | | WASHINGTON | DC | 20506-0001 | |
| NATIONAL SOCIETY FOR EXPERIMENTAL EDUCATION | | 1703 N BEAUREGARD ST | | | ALEXANDRIA | VA | 22311-1746 | |
| NATIONAL STUDENT CLEARINGHOUSE | | PO BOX 826576 | | | PHILADELPHIA | PA | 19182-6576 | |
| NATIONAL STUDENT CLEARINGHOUSE TRANSCRIPT SERVICES | | 2300 DULLES STATION BLVD #220 | | | HERNDON | VA | 20171 | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | C/O AIG | 1271 AVE OF THE AMERICAS | FL 37 | | NEW YORK | NY | 10020-1304 | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | | 1271 AVE. OF THE AMERICAS | FL 37 | | NEW YORK | NY | 10020-1304 | |
| NAUGLE, DAVID | | ADDRESS ON FILE | | | | | | |
| NAVEX GLOBAL, INC | | PO BOX 60941 | | | CHARLOTTE | NC | 28260-0941 | |
| NEIDORFLER, JEFFREY | | ADDRESS ON FILE | | | | | | |
| NEIGHBORING STATES | | 1245 EAST COLONA STREET | | | PHILADELPHIA | PA | 19125 | |
| NEIHEISER, WILLIAM | | ADDRESS ON FILE | | | | | | |
| NELNET BUSINESS SERVICES | ATTN ACCOUNTS RECEIVABLE | PO BOX 82528 | | | LINCOLN | NE | 68501-2528 | |
| NELSON, KATHERINE | | ADDRESS ON FILE | | | | | | |
| NELSON, KATHERINE L. | | ADDRESS ON FILE | | | | | | |
| NELSON, TAMARA | | ADDRESS ON FILE | | | | | | |
| NERI DESIGN GROUP | | 710 N ITHAN AVE | | | BRYN MAWR | PA | 19010-1730 | |
| NERO, JOSEPH N. JR. | | ADDRESS ON FILE | | | | | | |
| NETWORK FOR NEW MUSIC, INC | | 6757 GREENE ST | STE 400 | | PHILADELPHIA | PA | 19119 | |
| NEW APPROACH INC | | 335 W 38TH ST APT 4 | | | NEW YORK | NY | 10018-2928 | |
| NEW ENGLAND WOODCRAFT, INC | | 481 NORTH STREET | PO BOX 165 | | FOREST DALE | VT | 05745 | |
| NEW JERSEY SCHOOL OF MUSIC | | 19 KINGS HWY E | | | HADDONFIELD | NJ | 08033-2001 | |
| NEW MEXICO TAXATION & REVENUE DEPARTMENT | | PO BOX 2527 | | | SANTA FE | NM | 87504-2527 | |
| NEW WORLD SCHOOL OF THE ARTS | | 25 NE 2ND STREET | | | MIAMI | FL | 33132 | |
| NEW YORK FILM ACADEMY | | 17 BATTERY PL | | | NEW YORK | NY | 10004 | |
| NEW YORK LIVE ARTS, INC | | 219 WEST 19TH STREET | | | NEW YORK | NY | 10011 | |
| NEW YORK UNIVERSITY | | 721 BROADWAY | 5TH FL | | NEW YORK | NY | 10003 | |
| NEWBURY, MACKENZIE | | ADDRESS ON FILE | | | | | | |
| NEWBURY, MACKENZIE | | ADDRESS ON FILE | | | | | | |
| NEWELL, BRETT | | ADDRESS ON FILE | | | | | | |
| NEWLIN, CHRISTY | | ADDRESS ON FILE | | | | | | |
| NEWTON, CHLOE M. | | ADDRESS ON FILE | | | | | | |
| NEXTIRAONE, LLC | | PO BOX 4516 | | | HOUSTON | TX | 77210-4516 | |
| NEYSHA MARTINEZ | | ADDRESS ON FILE | | | | | | |
| NIAGRA UNIVERSITY | | 5795 LEWISTON RD | | | NIAGRA UNIVERSITY | NY | 14109 | |
| NICHOLLS, SARAH | | ADDRESS ON FILE | | | | | | |
| NICHOLS, RACHEL E. | | ADDRESS ON FILE | | | | | | |
| NICHOLS, THEA L. | | ADDRESS ON FILE | | | | | | |
| NICK COSTA MUSIC | | 143 WINTER STREET | | | MEDIA | PA | 19063 | |
| NICK EMBREE | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| NICK EMBREE | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| NICK EMBREE | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| NICK JOSEPH | | ADDRESS ON FILE | | | | | | |
| NICK MARINO | | ADDRESS ON FILE | | | | | | |
| NICK SHUPINSKI | | ADDRESS ON FILE | | | | | | |
| NICOLE BATTESTILLI | | ADDRESS ON FILE | | | | | | |
| NICOLE D. DICHIARA | | ADDRESS ON FILE | | | | | | |
| NICOLE ORJI | | ADDRESS ON FILE | | | | | | |
| NICOLETTI-WALSH, MEGAN | | ADDRESS ON FILE | | | | | | |
| NICOLINI, CATHERINE | | ADDRESS ON FILE | | | | | | |
| NIKKI MIOCEVIC | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| NILE GLOBAL, INC. | | 3590 NORTH FIRST STREET | STE. 300 | | SAN JOSE | CA | 95134 | |
| NILS DAHLIN | | ADDRESS ON FILE | | | | | | |
| NISSAN JOSEPH | | ADDRESS ON FILE | | | | | | |
| NOBRIGA, GLADYS | | ADDRESS ON FILE | | | | | | |
| NOCNOC | | 4 RUE COMMANDANT DUBOIS | | | LYON 69003 | | | FRANCE |
| NODADO CONTRACTING | | 2851 S SHERIDAN ST | | | PHILADELPHIA | PA | 19148-4826 | |
| NODADO CONTRACTING INC | | 605 BROAD ST. | | | NORTHFIELD | NJ | 08225 | |
| NOGA NEWBERG | | ADDRESS ON FILE | | | | | | |
| NOGUERAS, PAOLA I. | | ADDRESS ON FILE | | | | | | |
| NOONAN, PATRICIA | | ADDRESS ON FILE | | | | | | |
| NORTEL NETWORKS | | 4008 E. CHAPEL HILL-NELSON HIGHWAY | | | RESEARCH TRIANGLE PARK | NC | 27709 | |
| NORTHERN ILLINOIS UNIVERSITY | | 231 N ANNIE GLIDDEN RD | | | DEKALB | IL | 60115 | |
| NORTHERN MACHINE WORKS INC | | 2817 NORTH CEDAR ST. | | | PHILADELPHIA | PA | 19134 | |
| NOTARO, TINA | | ADDRESS ON FILE | | | | | | |
| NOWELL, JAMES | | ADDRESS ON FILE | | | | | | |
| NOWELL, JANICE | | ADDRESS ON FILE | | | | | | |
| NUNEZ, VICTOR | | ADDRESS ON FILE | | | | | | |
| NUNEZ, VICTOR L. | | ADDRESS ON FILE | | | | | | |
| NYSSMA SCHOOL MUSIC NEWS | | ATT BILLING | 167 MIDDLEVILLE RD | | NORTHPORT | NY | 11768-2365 | |
| OAK HALL INDUSTRIES, L.P. | | 840 UNION STREET | PO BOX 1078 | | SALEM | VA | 24153 | |
| OATTS, CHRISTIAN | | ADDRESS ON FILE | | | | | | |
| OBERLIN COLLEGE | | DEPT. OF COMPOSITIONCONSERVATORY OF MUSIC | | | OBERLIN | OH | 44074 | |
| OBRIEN, SHANNON | | ADDRESS ON FILE | | | | | | |
| OBRIEN, THERESA | | ADDRESS ON FILE | | | | | | |
| OBRIEN, TIMOTHY | | ADDRESS ON FILE | | | | | | |
| OCASIO, KEREN | | ADDRESS ON FILE | | | | | | |
| OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION | | 200 CONSTITUTION AVENUE N.W. | | | WASHINGTON | DC | 20210 | |
| OCHERET, EVAN | | ADDRESS ON FILE | | | | | | |
| OCLC, INC | | PO BOX 714746 | | | CINCINNATI | OH | 45271-4746 | |
| OCONNOR, KEVIN | | ADDRESS ON FILE | | | | | | |
| ODP BUSINESS SOLUTIONS LLC | | ATT BOX 633204 | 5050 KINGSLEY DRIVE | | CINCINNATI | OH | 45227 | |
| OFEMI HARRIS | | ADDRESS ON FILE | | | | | | |
| OFFICE BASICS | | 22 CREEK PKWY | | | BOOTHWYN | PA | 19061-3132 | |
| OFFICE OF FEDERAL STUDENT AID | | 830 FIRST STREET N.E. | STE 300 | | WASHINGTON | DC | 20202 | |
| OFFUTT, KATHERINE A. | | ADDRESS ON FILE | | | | | | |
| OGORMAN, THOMAS EDWARD | | ADDRESS ON FILE | | | | | | |
| OGUZ, NEBILA | | ADDRESS ON FILE | | | | | | |
| OHARE, MEAGHAN CAMPBELL | | ADDRESS ON FILE | | | | | | |
| OKETCH, FRANCIS O. | | ADDRESS ON FILE | | | | | | |
| OKOU, MITZI | | ADDRESS ON FILE | | | | | | |
| OLD CITY SPECIAL SERVICES DISTRICT | | 231 MARKET ST | | | PHILADELPHIA | PA | 19106 | |
| OLDHAM & SELTZ | | 21 DUPONT CIR NW | | | WASHINGTON | DC | 20036-1109 | |
| OLESYA USTYUZHINA | | ADDRESS ON FILE | | | | | | |
| OLIVA, FRANK | | ADDRESS ON FILE | | | | | | |
| OLIVER BROOKS | | ADDRESS ON FILE | | | | | | |
| OLIVER FIRE PROTECTION & SECURITY | | 501 FEHELEY DR. | | | KING OF PRUSSIA | PA | 19406 | |
| OLIVER SPRINKLER CO., INC | | 501 FEHELEY DR | | | KING OF PRUSSIA | PA | 19406-2611 | |
| OLIVERI, SUSAN | | ADDRESS ON FILE | | | | | | |
| OLIVIERI, JULIET | | ADDRESS ON FILE | | | | | | |
| OLOWU, ROTIMI | | ADDRESS ON FILE | | | | | | |
| OMI--OLD MANUSCRIPTS & | | PO BOX 6019 | FDR STATION | | NEW YORK | NY | 10150 | |
| OMNICOM GROUP, INC | | 437 MADISON AVENUE | | | NEW YORK | NY | 10022 | |
| ON DEMAND URGENT CARE GROUP PC | | PO BOX 20165 | | | BELFAST | ME | 04915 | |
| ON DEMAND URGENT CARE GROUP, PC, | | 6060 RIDGE AVE, STE 100 | 6060 RIDGE AVE, STE 100 | | PHILADELPHIA | PA | 19120-1659 | |
| ON THE BOARDS | | PO BOX 19515 | | | SEATTLE | WA | 98109-1515 | |
| ONE IDENTITY LLC | ATTN: JOE KRAVITZ | 20 ENTERPRISE | 20 ENTERPRISE | SUITE 100 | ALISO VIEJO | CA | 92656 | |
| ONE IDENTITY LLC | | PO BOX 733542 | | | DALLAS | TX | 75373-3542 | |
| ONE TAP STUDIO | | 21 SOUTHWIND | | | IRVINE | CA | 92614 | |
| ONEILL, BENJAMIN | | ADDRESS ON FILE | | | | | | |
| ONEILL, MEGHAN R. | | ADDRESS ON FILE | | | | | | |
| ONEY, MARINA | | ADDRESS ON FILE | | | | | | |
| ONO, LLC | | 915 KIMBALL STREET | | | PHILADELPHIA | PA | 19147 | |
| OPARA, ANUKAM EDWARD | | ADDRESS ON FILE | | | | | | |
| OPPENHEIM, SHERYL | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| OPTO INTERNATIONAL, INC | | 1325 NORTH MITTEL BLVD | | | WOOD DALE | IL | 60191 | |
| ORA & JOSEPH MENDELS FAMILY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| OREDIPE, OLUDARE | | ADDRESS ON FILE | | | | | | |
| OREDIPE, OLUDARE O. | | ADDRESS ON FILE | | | | | | |
| OREILLY, LUKE | | ADDRESS ON FILE | | | | | | |
| OREILLY, LUKE C. | | ADDRESS ON FILE | | | | | | |
| OREN SMITH | | ADDRESS ON FILE | | | | | | |
| ORING, SHERYL | | ADDRESS ON FILE | | | | | | |
| ORING, SHERYL | | ADDRESS ON FILE | | | | | | |
| ORTEGA, TERESA | | ADDRESS ON FILE | | | | | | |
| ORTEGA-MURPHY, LAURIE E. | | ADDRESS ON FILE | | | | | | |
| ORTIZ, ERLINA | | ADDRESS ON FILE | | | | | | |
| ORTIZ, JOSIAS | | ADDRESS ON FILE | | | | | | |
| ORTIZ-PAGAN, JOSE | | ADDRESS ON FILE | | | | | | |
| OSMOND HATKE | | ADDRESS ON FILE | | | | | | |
| OSULLIVAN, WENDY | | ADDRESS ON FILE | | | | | | |
| OSVALDO PARROTTA | | ADDRESS ON FILE | | | | | | |
| OTIS COLLEGE OF ART AND DESIGN | | 9045 LINCOLN BLVD | | | LOS ANGELES | CA | 90045 | |
| OTIS ELEVATOR CO | | 30 TWOSOME DR STE 4 | | | MOORESTOWN | NJ | 08057-1370 | |
| OUTING, SARA L. | | ADDRESS ON FILE | | | | | | |
| OWENS, JAYLENE C. | | ADDRESS ON FILE | | | | | | |
| OXENRIDER, MICHAEL | | ADDRESS ON FILE | | | | | | |
| OXFORD AREA FOUNDATION | | PO BOX 341 | | | OXFORD | PA | 19363-0341 | |
| OZSVATH, KEITH | | ADDRESS ON FILE | | | | | | |
| OZSVATH, KEITH A. | | ADDRESS ON FILE | | | | | | |
| P. AGNES | | ADDRESS ON FILE | | | | | | |
| PA 529 COLLEGE SAVINGS | | REFUND SMITH | MADISON 1532 | 613 N. DR. RM. G-06 | HARRISBURG | PA | 17120 | |
| PA DEPT OF LABOR & INDUSTRY-B | | 651 BOAS STREET | | | HARRISBURG | PA | 17121 | |
| PA UC FUND | | OFFICE OF UC TAX SERVICES | PO BOX 60848 | | HARRISBURG | PA | 17106-0848 | |
| PACIFIC NORTHWEST COLLEGE OF ART | | 511 NW BROADWAY | | | PORTLAND | OR | 97209 | |
| PACK, ANDREW | | ADDRESS ON FILE | | | | | | |
| PACK, ANDREW M. | | ADDRESS ON FILE | | | | | | |
| PADGETT, LOYD | | ADDRESS ON FILE | | | | | | |
| PADILA, MICHAEL | | ADDRESS ON FILE | | | | | | |
| PADILIONI, JEANETTE | | ADDRESS ON FILE | | | | | | |
| PADILIONI, JEANETTE L. | | ADDRESS ON FILE | | | | | | |
| PADLIUCCON | DEPARTMENT OF LABOR & INDUSTRY | OFFICE OF UC TAX SERVICES | 651 BOAS STREET | | HARRISBURG | PA | | |
| PADULA, LILY | | ADDRESS ON FILE | | | | | | |
| PAGANOMATION | | 4512 46TH STREET | STE. 256 | | SUNNYSIDE | NY | 11104-1702 | |
| PAGLIA, CAMILLE | | ADDRESS ON FILE | | | | | | |
| PAIGE KIMBLE | | ADDRESS ON FILE | | | | | | |
| PAISBOA | | 301 IVEN AVENUE | 301 IVEN AVENUE | SUITE 315-B | WAYNE | PA | 19087 | |
| PAISBOA | | 301 IVEN AVENUE | STE 315 | | WAYNE | PA | 19087 | |
| PALLADINO, CHRISTOPHER J. | | ADDRESS ON FILE | | | | | | |
| PALMER MASONRY RESTORATION | | 2175 BENNETT RD | | | PHILADELPHIA | PA | 19116 | |
| PALOMBARO, KERSTIN | | ADDRESS ON FILE | | | | | | |
| PALOMBARO, KERSTIN | | ADDRESS ON FILE | | | | | | |
| PALU, LUIGINO | | ADDRESS ON FILE | | | | | | |
| PAM HENDERSON | | ADDRESS ON FILE | | | | | | |
| PAMELA G. HARRIS | | ADDRESS ON FILE | | | | | | |
| PAMELA MORGAN | | ADDRESS ON FILE | | | | | | |
| PAMELA STERNER BOYER | | ADDRESS ON FILE | | | | | | |
| PAMMIE JIMMAR | | ADDRESS ON FILE | | | | | | |
| PANTHEON SYSTEMS, INC | | PO BOX 80703 | | | CITY OF INDUSTRY | CA | 91716-8415 | |
| PANTHEON SYSTEMS, INC. | ATTN: DARIN WOLTER | 717 CALIFORNIA STREET | 717 CALIFORNIA STREET | | SAN FRANCISCO | CA | 94108 | |
| PAONE, KATIE | | ADDRESS ON FILE | | | | | | |
| PARADA, JUAN | | ADDRESS ON FILE | | | | | | |
| PARADA, JUAN M. | | ADDRESS ON FILE | | | | | | |
| PARADIGM DIGITAL COLOR GRAPHICS | | 105 JAMES WAY | | | SOUTHAMPTON | PA | 18966 | |
| PARADIGM GALLERY + STUDIO | | 746 S. 4TH STREET | | | PHILADELPHIA | PA | 19147 | |
| PARADIGM, INC. | | 2600 PERFORMANCE COURT | | | VIRGINIA BEACH | VA | 23453 | |
| PARALLEL DESIGN, INC | | 328 CALVERT RD | | | MERION STATION | PA | 19066-1514 | |
| PARK CIRCUS, INC | | 2060-D EAST AVENIDA DE LOS | AVBOLES | STE. 369 | THOUSAND OAKS | CA | 91362 | |
| PARK PLACE TECHNOLOGIES LLC | | PO BOX 78000 | DEPT 781156 | | DETROIT | MI | 48278-1156 | |
| PARK, KEUN HO | | ADDRESS ON FILE | | | | | | |
| PARKER, EMILIE | | ADDRESS ON FILE | | | | | | |
| PARKER, HILLARY | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PARKER, KIMIE | | ADDRESS ON FILE | | | | | | |
| PARKER, KIMIE J. | | ADDRESS ON FILE | | | | | | |
| PARKHURST DINING | | 285 E WATERFRONT DR STE 200 | | | HOMESTEAD | PA | 15120-5017 | |
| PARKHURST DINING | | 285 E WATERFRONT DR STE 200 | 285 E WATERFRONT DR STE 200 | | HOMSTEAD | PA | 15120-5017 | |
| PARKHURST DINING SERVICES | | PO BOX 644091 | | | PITTSBURGH | PA | 15264-4091 | |
| PARKHUST DINING LLC | C/O DENTONS, COHEN & GRIGSBY PC | ATTN: LAURA E. HILL | 625 LIBERTY AVE | 5TH FLOOR | PITTSBURGH | PA | 15222-3152 | |
| PARTNERS AND SON | | 703 SOUTH 3RD STREET | | | PHILADELPHIA | PA | 19147 | |
| PASQUA PRODUCTIONS, INC | | 63 JOHN DYER WAY | | | DOYLESTOWN | PA | 18902 | |
| PAT SPENCER | | ADDRESS ON FILE | | | | | | |
| PATCHELL, CHRISTIAN | | ADDRESS ON FILE | | | | | | |
| PATEL, BHUMI | | ADDRESS ON FILE | | | | | | |
| PATHS/PRISM | | 7 BENJAMIN FRANKLIN PKWY | | | PHILADELPHIA | PA | 19103-1208 | |
| PATRICIA GABOR | | ADDRESS ON FILE | | | | | | |
| PATRICIA MAUNDER | | ADDRESS ON FILE | | | | | | |
| PATRICIA MCNAMARA | | ADDRESS ON FILE | | | | | | |
| PATRICIA NOVO | | ADDRESS ON FILE | | | | | | |
| PATRICIA PIROH | | ADDRESS ON FILE | | | | | | |
| PATRICK FLOOD | | ADDRESS ON FILE | | | | | | |
| PATRICK MANNING | | ADDRESS ON FILE | | | | | | |
| PATSELAS, LYDIA | | ADDRESS ON FILE | | | | | | |
| PATTERSON, MARY L. | | ADDRESS ON FILE | | | | | | |
| PATTERSON, NAEEMAH | | ADDRESS ON FILE | | | | | | |
| PATTI FONTAINE | | ADDRESS ON FILE | | | | | | |
| PATTI YEUNG | | ADDRESS ON FILE | | | | | | |
| PAUL ELLIOTT | | ADDRESS ON FILE | | | | | | |
| PAUL ESKENAZI | | ADDRESS ON FILE | | | | | | |
| PAUL JONES | | ADDRESS ON FILE | | | | | | |
| PAUL MATTESON | | ADDRESS ON FILE | | | | | | |
| PAUL RABINOWITZ GLASS CO | | 1401 NORTH AMERICAN STREET | | | PHILADELPHIA | PA | 19122 | |
| PAUL STUS | | ADDRESS ON FILE | | | | | | |
| PAULA GLANZBERG-GLAZIER | | ADDRESS ON FILE | | | | | | |
| PAUP, ROSEMARY | | ADDRESS ON FILE | | | | | | |
| PAYNE MEADOWS | | ADDRESS ON FILE | | | | | | |
| PAYNE-PASSMORE, SUSANNA | | ADDRESS ON FILE | | | | | | |
| PAZ, MARIA JIMENA | | ADDRESS ON FILE | | | | | | |
| PC CONNECTION SALES CORPORATION | | PO BOX 536472 | | | PITTSBURGH | PA | 15253-5906 | |
| PC CONNECTION SALES, CORP. | | PO BOX 536472 | | | PITTSBURGH | PA | 15253-5906 | |
| PDQ.COM | | 2200 SOUTH MAIN STREET | STE. 200 | | S. SALT LAKE | UT | 84115-2656 | |
| PEACOCK, JENNIFER | | ADDRESS ON FILE | | | | | | |
| PEARCE, RICHARD | | ADDRESS ON FILE | | | | | | |
| PEARSON, DIANA | | ADDRESS ON FILE | | | | | | |
| PECCHIO, GEORGE | | ADDRESS ON FILE | | | | | | |
| PECK, CHARLES | | ADDRESS ON FILE | | | | | | |
| PEDIATRIC DENTAL ASSOC | | 6404 ROOSEVELT BLVD | | | PHILADELPHIA | PA | 19149 | |
| PEGGY BURCHFIELD | | ADDRESS ON FILE | | | | | | |
| PEGGY CRAMER | | ADDRESS ON FILE | | | | | | |
| PENGUIN RANDOM HOUSE LLC | | PO BOX 223384 | | | PITTSBURGH | PA | 15251-2384 | |
| PENJI, INC | | 1312 17TH STREET | #1054 | | DENVER | CO | 80202 | |
| PENLAND SCHOOL OF CRAFTS | | 67 DORAS TRAIL | PO BOX 37 | | PENLAND | NC | 28765 | |
| PENN EAST FEDERAL CREDIT UNION | | 441 N 7TH AVE | | | SCRANTON | PA | 18503-2103 | |
| PENN, JONATHAN | | ADDRESS ON FILE | | | | | | |
| PENN, RYAN | | ADDRESS ON FILE | | | | | | |
| PENNCORA PRODUCTIONS, INC | | PO BOX 581 | | | OAKS | PA | 19456-0581 | |
| PENNONI ASSOC, INC | | PO BOX 827328 | | | PHILADELPHIA | PA | 19182-7328 | |
| PENROSE PROPERTIES, INC | | 1301 N 31ST ST | | | PHILADELPHIA | PA | 19121-4403 | |
| PENNSYLVANIA BALLET | | 1819 JOHN F KENNEDY BLVD STE 210 | | | PHILADELPHIA | PA | 19103-1728 | |
| PENNSYLVANIA COLLEGE OF ART AND DESIGN | | 204 NORTH PRINCE STREET | | | LANCASTER | PA | 17603 | |
| PENNSYLVANIA COUNCIL ON THE ARTS | | 216 FINANCE BUILDING | | | HARRISBURG | PA | 17120-0018 | |
| PENNSYLVANIA DEPARTMENT OF COMMUNITY & ECONOMIC DEVELOPMENT | | COMMONWEALTH KEYSTONE BLDG | 400 N 4TH ST FL 4 | | HARRISBURG | PA | 17120-0001 | |
| PENNSYLVANIA DEPARTMENT OF LABOR & INDUSTRY | | 1700 LABOR & INDUSTRY BUILDING | | | HARRISBURG | PA | 17120 | |
| PENNSYLVANIA DEPARTMENT OF REVENUE | | 1131 STRAWBERRY SQ | | | HARRISBURG | PA | 17128 | |
| PENNSYLVANIA DEPT OF ED | | OFFICE OF POSTSECONDARY & HE | 333 MARKET ST. | 12TH FL | HARRISBURG | PA | 17126-0333 | |
| PENNSYLVANIA EDUCATION DEPARTMENT | | FORUM BUILDING | 607 SOUTH DRIVE | | HARRISBURG | PA | 17120 | |
| PENNSYLVANIA GEOLOGICAL SURVEY | | 40 5TH ST | | | APALACHICOLA | FL | 32320-1704 | |



The University of the Arts
Creditor Matrix - Redacted

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY | | 1200 NORTH SEVENTH STREET | HQ 5D | | HARRISBURG | PA | 17102 | |
| PENNSYLVANIA HIGHER EDUCATIONAL FACILITIES AUTHORITY | | 1935 MUMMA RD | | | WORMLEYSBURG | PA | 17043 | |
| PENNSYLVANIA PROMOTIONS, INC | | 612 E BALTIMORE AVE | | | LANSDOWNE | PA | 19050-2602 | |
| PENNSYLVANIA SOCIETY OF GOLDSMITHS | | 1570 THE FAIRWAY | | | JENKINTOWN | PA | 19046-1610 | |
| PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION | | 2986 N 2ND ST | | | HARRISBURG | PA | 17110-1201 | |
| PENTECOST-FARREN, AISLINN | | ADDRESS ON FILE | | | | | | |
| PENTECOST-FARREN, AISLINN E. | | ADDRESS ON FILE | | | | | | |
| PEOPLE 2.0 NORTH AMERICA | | PO BOX 677905 | | | DALLAS | TX | 75267-7905 | |
| PEOPLES EMERGENCY CENTER | | 325 N 39TH ST | | | PHILADELPHIA | PA | 19104-4656 | |
| PEOPLESYSTEMS | | PO BOX 4816 | | | SYRACUSE | NY | 13221-4816 | |
| PEOT, GILLIAN DEVI | | ADDRESS ON FILE | | | | | | |
| PEPE, DIANE | | ADDRESS ON FILE | | | | | | |
| PEPPER HOLLOW FUND | | 2900 GRANT AVE | | | PHILADELPHIA | PA | 19114-2310 | |
| PERAS, AMY | | ADDRESS ON FILE | | | | | | |
| PERCEPTIONS FILMS | | 216 RIDGEWAY AVE | | | LOUISVILLE | KY | 40207-5019 | |
| PERCIAVALLE, JULIANA M. | | ADDRESS ON FILE | | | | | | |
| PEREZ, ERICA | | ADDRESS ON FILE | | | | | | |
| PERFECT COMM | | 1533 GLEN AVENUE | | | MOORESTOWN | NJ | 08057 | |
| PERFORMING ARTS FOUNDATION, INC | | 500 RIVERSIDE DRIVE | | | NEW YORK | NY | 10027 | |
| PERLMAN, JASON | | ADDRESS ON FILE | | | | | | |
| PERNELL, AUDREY | | ADDRESS ON FILE | | | | | | |
| PERRI, MEGAN N. | | ADDRESS ON FILE | | | | | | |
| PERRY HALL HIGH SCHOOL | | 4601 EBENEZER RD | | | BALTIMORE | MD | 21236 | |
| PETER DAVIS | | ADDRESS ON FILE | | | | | | |
| PETER HOFFMANN | | ADDRESS ON FILE | | | | | | |
| PETER J. ETNOYER | | ADDRESS ON FILE | | | | | | |
| PETER KOLLER | | ADDRESS ON FILE | | | | | | |
| PETER LAWRENCE | | ADDRESS ON FILE | | | | | | |
| PETER NERO AND THE PHILLY POPS | | 260 S BROAD ST | | | PHILADELPHIA | PA | 19102-5012 | |
| PETER O. FALLON | | ADDRESS ON FILE | | | | | | |
| PETERAF, RYAN | | ADDRESS ON FILE | | | | | | |
| PETERSON, JACQUELYNE | | ADDRESS ON FILE | | | | | | |
| PETERSON, MICHAELA | | ADDRESS ON FILE | | | | | | |
| PEZZANO, COLIN E. | | ADDRESS ON FILE | | | | | | |
| PHEAA | | STATE GRANT & SPECIAL PROG | PO BOX 8157 | | HARRISBURG | PA | 17105-8157 | |
| PHIL CALABRO | | ADDRESS ON FILE | | | | | | |
| PHILADELPHIA ART HANDLING | | 6912 BOYER ST. | | | PHILADELPHIA | PA | 19119 | |
| PHILADELPHIA AUTHORITY FOR IND | | 1500 MARKET ST | | | PHILADELPHIA | PA | 19102 | |
| PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT | | 2600 CENTRE SQUARE WEST | 1500 MARKET STREET | | PHILADELPHIA | PA | 17043 | |
| PHILADELPHIA CITY PAPER | | 30 SOUTH 15TH STREET, FL 14B | | | PHILADELPHIA | PA | 19102-4826 | |
| PHILADELPHIA CONTEMPORARY | | 1112 N BODINE ST | | | PHILADELPHIA | PA | 19123-1555 | |
| PHILADELPHIA CONVENTION & VISITORS BUREAU | | 1601 MARKET ST STE 200 | | | PHILADELPHIA | PA | 19103-2327 | |
| PHILADELPHIA EDUCATION FUND | | 1709 BENJAMIN FRANKLIN PKWY STE 700 | | | PHILADELPHIA | PA | 19103-1208 | |
| PHILADELPHIA FIGHT | | 1233 LOCUST ST FL 3 | | | PHILADELPHIA | PA | 19107-5400 | |
| PHILADELPHIA FILM SOCIETY | | 1412 CHESTNUT ST | | | PHILADELPHIA | PA | 19102-2505 | |
| PHILADELPHIA FILM SOCIETY | | 1412 CHESTNUT STREET | | | PHILADELPHIA | PA | 19102 | |
| PHILADELPHIA FLYERS | | 3601 S BROAD ST STE 2 | | | PHILADELPHIA | PA | 19148-5250 | |
| PHILADELPHIA FLYERS ALUMNI ASSOCIATION, INC. | | 3601 S BROAD ST | | | PHILADELPHIA | PA | 19148 | |
| PHILADELPHIA FUND ALLIANCE | | 2005 MARKET STREET | | | PHILADELPHIA | PA | 19103 | |
| PHILADELPHIA GAS WORKS | | 800 W. MONTGOMERY AVE | | | PHILADELPHIA | PA | 19122 | |
| PHILADELPHIA GAS WORKS | | 800 W. MONTGOMERY AVE | | | PHILADELPHIA | PA | 19122 | |
| PHILADELPHIA GAS WORKS | | PO BOX 11700 | | | NEWARK | NJ | 07101-4700 | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | | ONE BALA PLAZA | STE 100 | | BALA CYNWYD | PA | 19004 | |
| PHILADELPHIA INDUSTRIAL DEVELOPMENT CORPORATION | | 1500 MARKET ST STE 2600 WEST | | | PHILADELPHIA | PA | 19102-2115 | |
| PHILADELPHIA INSURANCE COMPANI | | PO BOX 70251 | | | PHILADELPHIA | PA | 19176-0251 | |
| PHILADELPHIA INSURANCE COMPANIES | ATTN: JOHN W. GLOMB JR. | ONE BALA PLAZA | SUITE 100 | | BALA CYNWYD | PA | 19004 | |
| PHILADELPHIA INSURANCE COMPANIES | | ONE BALA PLAZA | STE 100 | | BALA CYNWYD | PA | 19004 | |
| PHILADELPHIA MORTGAGE ADVISORS | | 600 W GERMANTOWN PIKE STE 270 | | | PLYMOUTH MEETING | PA | 19462-2217 | |
| PHILADELPHIA MUSEUM OF ART | | PO BOX 7646 | | | PHILADELPHIA | PA | 19101-7646 | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PHILADELPHIA MUSEUM OF ART | | TEACHER PROGRAM | PO BOX 7646 | | PHILADELPHIA | PA | 19101-7646 | |
| PHILADELPHIA MUSIC ALLIANCE | | 1601 MARKET STREET | STE 2525 | | PHILADELPHIA | PA | 19103 | |
| PHILADELPHIA MUSIC ALLIANCE | | 475 N 5TH ST #2A | | | PHILADELPHIA | PA | 19123 | |
| PHILADELPHIA ROCK GYMS | | 3500 SCOTTS LANE | | | PHILADELPHIA | PA | 19129 | |
| PHILADELPHIA SCENIC WORKS | | 2855 EMERALD STREET | | | PHILADELPHIA | PA | 19134 | |
| PHILADELPHIA THEATRE CO | | 480 S BROAD ST | | | PHILADELPHIA | PA | 19146-1617 | |
| PHILADELPHIA TROLLEY WORKS | | 1350 SCHUYLKILL AVE. | | | PHILADELPHIA | PA | 19146 | |
| PHILADELPHIA WATER COLOR SOCIETY | | 1119 SANDRINGHAM RD | | | BALA CYNWYD | PA | 19004-2022 | |
| PHILBERT, BRADLEY | | ADDRESS ON FILE | | | | | | |
| PHILBERT, BRADLEY | | ADDRESS ON FILE | | | | | | |
| PHILIP HINTZE | | ADDRESS ON FILE | | | | | | |
| PHILIP ROSENAU CO., INC | | 750 JACKSONVILLE RD | | | WARMINSTER | PA | 18974-4843 | |
| PHILIPS-ROBERTS, SOPHIE | | ADDRESS ON FILE | | | | | | |
| PHILLIP JOHNSON CONSTRUCTION | | 1513 NAUDAIN ST | | | PHILADELPHIA | PA | 19146-1626 | |
| PHILLIPS, EARL C. | | ADDRESS ON FILE | | | | | | |
| PHILLIPS, PATRICK | | ADDRESS ON FILE | | | | | | |
| PHILLY ASIAN FILM FESTIVAL/ARZHANG ZAFAR | | 1229 CHESTNUT ST #142 | | | PHILADELPHIA | PA | 19107 | |
| PHILLY TRANSPORTATION, LLC | | 600 BROOKE RD | | | GLENSIDE | PA | 19038 | |
| PHIPPS, LAURA | | ADDRESS ON FILE | | | | | | |
| PHOENIX INSURANCE COMPANY | PHILADELPHIA INSURANCE COMPANIES | ATTN: JOHN W. GLOMB JR. | ONE BALA PLAZA | | BALA CYNWYD | PA | 19004 | |
| PHOENIX MECHANICAL, INC | | LANSDOWNE INDUSTRIAL CENTER | PO BOX 367 | | LANSDOWNE | PA | 19050-0367 | |
| PHOTOGRAPHY, GARETH SHAW | | ADDRESS ON FILE | | | | | | |
| PHUNG, DINH | | ADDRESS ON FILE | | | | | | |
| PHUNG, DINH | | ADDRESS ON FILE | | | | | | |
| PI GAMMA MU INTERNATIONAL/UMGC | | 1001 MILLINGTON ST., SUITE B | | | WINFIELD | KS | 67156 | |
| PICCARI PRESS, INC | | 315 W STREET RD | | | WARMINSTER | PA | 18974-3208 | |
| PIENING, GRETCHEN A. | | ADDRESS ON FILE | | | | | | |
| PIETRUSKO, MICHAEL | | ADDRESS ON FILE | | | | | | |
| PIG IRON THEATRE COMPANY | | 1417 N 2ND ST | | | PHILADELPHIA | PA | 19122 | |
| PILOBOLUS | | 6 KIRBY RD-PARISH HOUSE | | | WASHINGTON | CT | 06793 | |
| PIN POINT LIGHTING, LLC | | 45A MILTON DR | | | ASTON | PA | 19014 | |
| PINCHBECK, JENNA | | ADDRESS ON FILE | | | | | | |
| PINEAL FILMS INC | | 100 MASPETH AVE | 7G | | BROOKLYN | NY | 11211 | |
| PIPERBERG, JASON R. | | ADDRESS ON FILE | | | | | | |
| PIRES, JESSE | | ADDRESS ON FILE | | | | | | |
| PIRES, JESSE M. | | ADDRESS ON FILE | | | | | | |
| PISASALE, REGINA | | ADDRESS ON FILE | | | | | | |
| PISGAH UNITED METHODIST CHURCH | | 621 N EBENEZER RD | | | FLORENCE | SC | 29501 | |
| PISTILLI, LUCY | | ADDRESS ON FILE | | | | | | |
| PITNEY BOWES INC | JOSEPH DORAN | 3001 SUMMER ST | | | STAMFORD | CT | 06905 | |
| PIXEL, ALLIED | | ADDRESS ON FILE | | | | | | |
| PJ BRACCO | | ADDRESS ON FILE | | | | | | |
| PJD, INC | | 664 3RD AVE | | | CHERRY HILL | NJ | 08002-2842 | |
| PLANET FITNESS CHESTNUT | | 3911 HARTZDALE DRIVE | | | CAMP HILL | PA | 17011 | |
| PLANSOURCE | | PO BOX 1313 | | | ORLANDO | FL | 32802 | |
| PLAY IN BETWEEN | | P.O. BOX 15 | 5070 PARKSIDE AVENUE | | PHILADELPHIA | PA | 19131 | |
| PLYMOVENT CORPORATION | | 5 CORPORATE DRIVE | | | CRANBURY | NJ | 08512 | |
| PMA GROUP | | 200 4 FALLS CORPORATE CTR STE 110 | | | WEST CONSHOHOCKEN | PA | 19428-2958 | |
| PMC PROPERTY GROUP | | 1608 WALNUT ST STE 1400 | | | PHILADELPHIA | PA | 19103-5446 | |
| PMEA | | 56 S. THIRD STREET | | | HAMBURG | PA | 19526 | |
| PNC BABK | | THE TOWER AT PNC PLAZA 300 FIFTH AVENUE PITTSBURGH, | 300 FIFTH AVENUE | | PITTSBURH | PA | 15222 | |
| PNC BANK | | 1600 MARKET ST FL 9 | | | PHILADELPHIA | PA | 19103-7243 | |
| PNC BANK, N.A. | | PO BOX 821523 | | | PHILADELPHIA | PA | 19182-1523 | |
| PNC BANK, NATIONAL ASSOCIATION | TREASURY MANAGEMENT, ATTN: COMMERCIAL CARD OPERATIONS | FIRSTSIDE CENTER | 500 FIRST AVENUE | | PITTSBURGH | PA | 15219 | |
| PODCHASER INC | | 2326 SW 122ND STREET | | | OKLAHOMA CITY | OK | 73170 | |
| PODGURSKI, NEIL T. | | ADDRESS ON FILE | | | | | | |
| POINT PARK UNIVERSITY | | 201 WOOD STREET | | | PITTSBURGH | PA | 15222-1984 | |
| POLITE DESIGN | | 1810 S 16TH ST | | | PHILADELPHIA | PA | 19145-2203 | |
| POLITE, PHILIP | | ADDRESS ON FILE | | | | | | |
| POLLACK, STEVEN D. | | ADDRESS ON FILE | | | | | | |
| POLLARD, NICOLE D. | | ADDRESS ON FILE | | | | | | |
| PONDURANCE, LLC | | 500 NORTH MERIDAN STREET | STE. 500 | | INDIANAPOLIS | IN | 46204 | |
| POOR RICHARDS CHARITABLE TRUST | | 614 S 8TH ST PMB 306 | | | PHILADELPHIA | PA | 19147-2002 | |
| POOR YORICK ENTERTAINMENT | | 2540 MASSACHUSETTS AVE. | NW | APT 404 | WASHINGTON | DC | 20008 | |
| POP SUNSHINE INC | | 320 STOKES CREEK DRIVE | | | SAINT AUGUSTINE | FL | 32095 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| POPE, ODEAN | | ADDRESS ON FILE | | | | | | |
| POPEBAMA, INC | | 2138 CRESCENT STREET | D3 | | ASTORIA | NY | 11105 | |
| POPS, LIBERTY BELL | | ADDRESS ON FILE | | | | | | |
| PORTER, LEWIS R. | | ADDRESS ON FILE | | | | | | |
| PORTER, TAMIKA | | ADDRESS ON FILE | | | | | | |
| POSTLEWAITE, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| POTISHA POLITE | | ADDRESS ON FILE | | | | | | |
| POURSHARIATI, MINOU | | ADDRESS ON FILE | | | | | | |
| POWELL, MIRANDA | | ADDRESS ON FILE | | | | | | |
| POWELL, TRACHTMAN, LOGAN, CARRLE, BOWMAN & LOMBARDO | | 475 ALLENDALE RD STE 200 | | | KING OF PRUSSIA | PA | 19406-1495 | |
| POWERS, ELISE | | ADDRESS ON FILE | | | | | | |
| POWERSCHOOL GROUP LLC | | PO BOX 88408 | | | LOS ANGELES | CA | 90088-8408 | |
| POWERSCHOOL GROUP LLC (PEOPLE ADMIN) | ATTN: GENERAL COUNSEL | 150 PARKSHORE DRIVE | 150 PARKSHORE DRIVE | | FOLSOM | CA | 95630 | |
| PPL SERVICES CORPORATION | | 2 N 9TH ST | | | ALLENTOWN | PA | 18101-1139 | |
| PRADER, LAURA | | ADDRESS ON FILE | | | | | | |
| PRANGER, BENJAMIN | | ADDRESS ON FILE | | | | | | |
| PRANGER, BENJAMIN C. | | ADDRESS ON FILE | | | | | | |
| PRATT INSTITUTE / PRATT MUNSON | | 200 WILLOUGHBY AVENUE | | | BROOKLYN | NY | 11205 | |
| PRECISION DOOR CO, INC | | PO BOX 2006 | | | BRISTOL | PA | 19007-2912 | |
| PRELUDE SOLUTIONS, LLC | | 101 LINDENWOOD DR. | #225 | | MALVERN | PA | 19355 | |
| PRESENTATIONS SOUTH, INC. | | 167 RIVER PARK RD | | | MOORESVILLE | NC | 28117 | |
| PRESIDENT EMERITUS DAVID YAGER | | ADDRESS ON FILE | | | | | | |
| PRESS ROBINSON | | ADDRESS ON FILE | | | | | | |
| PRESSER FOUNDATION | | PO BOX 9982 | | | PHILADELPHIA | PA | 19118-0982 | |
| PRICE, ALAN | | ADDRESS ON FILE | | | | | | |
| PRICE, ALBERT | | ADDRESS ON FILE | | | | | | |
| PRICE, WALTER | | ADDRESS ON FILE | | | | | | |
| PRICEWATERHOUSECOOPERS LLP | | TWO COMMERCE SQUARE, STE 1700 | 2001 MARKET STREET | | PHILADELPHIA | PA | 19103-7042 | |
| PRIEST AND GRACE LLC | | 45 MAIN ST | STE. 1040 | | BROOKLYN | NY | 11201 | |
| PRINCE, ALEXANDRA C. | | ADDRESS ON FILE | | | | | | |
| PRINTCRAFTERS, INC | | PHILADELPHIA NAVAL BUSINESS CENTER | 4901 S 11TH ST BLDG 538 | | PHILADELPHIA | PA | 19112-1308 | |
| PRISCILLA HOPKINS | | ADDRESS ON FILE | | | | | | |
| PRIVATE PHYSICIANS MEDICAL ASSOC | | 7677 CENTER AVE STE 300 | | | HUNTINGTON BEACH | CA | 92647-9108 | |
| PRIVITERA, KAITLIN | | ADDRESS ON FILE | | | | | | |
| PROCOPIO, SARA | | ADDRESS ON FILE | | | | | | |
| PRODUCTION LAB LLC | | 8432 PROSPECT AVE | | | PHILADELPHIA | PA | 19118 | |
| PROF. ALLISON GREEN | | ADDRESS ON FILE | | | | | | |
| PROFESSOR ROBERT CROSTON | | ADDRESS ON FILE | | | | | | |
| PROFESSOR SUSAN B. GLAZER | | ADDRESS ON FILE | | | | | | |
| PROGRESSIVE | WTW SOUTHEAST INC. | 3407 W. DR. MLK JR. | 200 | | TAMPA | FL | 33607 | |
| PRON, JOHN J. | | ADDRESS ON FILE | | | | | | |
| PROQUEST LLC | | 6216 PAYSPHERE CIRCLE | | | CHICAGO | IL | 60674 | |
| PROUD, BARBARA | | ADDRESS ON FILE | | | | | | |
| PRUDENTIAL MATCHING GIFTS PROGRAM | MATCHING GIFTS PROGRAM | PO BOX 7184 | | | PRINCETON | NJ | 08543-7184 | |
| PRY, VALERIE | | ADDRESS ON FILE | | | | | | |
| PRZYBYLOWSKI, MICHELLE | | ADDRESS ON FILE | | | | | | |
| PSORAS, VICTOR J. | | ADDRESS ON FILE | | | | | | |
| PSYCHOTHERAPY.NET LLC | | 201 NORTH KING OF PRUSSIA RD. | STE. 370 | | RADNOR | PA | 19087 | |
| PUMA TELECOMM | ATTN ACCOUNTING | PO BOX 278408 | | | MIRAMAR | FL | 33027 | |
| PUMPMAN PHILLY | | PO BOX 411030 | | | BOSTON | MA | 02241-1030 | |
| PUNK AVENUE LLC | | 1168 E PASSYUNK AVE | | | PHILADELPHIA | PA | 19147-5133 | |
| PURCHASE POWER | | PO BOX 981026 | | | BOSTON | MA | 02298-1026 | |
| PURVES-SMITH, PHYLLIS | | ADDRESS ON FILE | | | | | | |
| PYLE, SARA | | ADDRESS ON FILE | | | | | | |
| PYLE, SARA M. | | ADDRESS ON FILE | | | | | | |
| PYRAMED HEALTH SYSTEMS | | 850 CASSATT RD | STE 105 | | BERWYN | PA | 19312 | |
| QUAKER CHEMICAL CORPORATION | | 1 QUAKER PARK | 901 E HECTOR ST | | CONSHOHOCKEN | PA | 19428-2380 | |
| QUAKER CITY STRING BAND | | 1943 S 3RD ST | | | PHILADELPHIA | PA | 19148-2604 | |
| QUALISYS NORTH AMERICA, INC | | 1603 BARCLAY BLVD | | | BUFFALO GROVE | IL | 60089 | |
| QUALTRICS, LLC | | DEPT #880102 | PO BOX 29650 | | PHOENIX | AZ | 85038-9650 | |
| QUATTLEBAUM, JEREMY | | ADDRESS ON FILE | | | | | | |
| QUESADA, ALBERT | | ADDRESS ON FILE | | | | | | |
| QUINSULON ISRAEL | | ADDRESS ON FILE | | | | | | |
| QURASHI, TANIA | | ADDRESS ON FILE | | | | | | |
| R. JANE SCHWAM INTERIOR DESIGN | | 8116 OLD YORK RD | | | ELKINS PARK | PA | 19027 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| R.L. MIDDLETON CO | | PO BOX 2409 | | | JENKINTOWN | PA | 19046-8409 | |
| RABBAI, GEORGE | | ADDRESS ON FILE | | | | | | |
| RABINOWITZ, SIMON | | ADDRESS ON FILE | | | | | | |
| RACHEL CAREY | | ADDRESS ON FILE | | | | | | |
| RACHEL GODDARD | | ADDRESS ON FILE | | | | | | |
| RACHEL RONDINELLI | | ADDRESS ON FILE | | | | | | |
| RACHEL SANNEH | | ADDRESS ON FILE | | | | | | |
| RADIGONDA, ELIZABETH | | ADDRESS ON FILE | | | | | | |
| RADWAY, ALLEN | | ADDRESS ON FILE | | | | | | |
| RAFTER, THOMAS B. | | ADDRESS ON FILE | | | | | | |
| RAGONE, KEITH | | ADDRESS ON FILE | | | | | | |
| RAHA, MARIA | | ADDRESS ON FILE | | | | | | |
| RAIR, INC. | | 7333 MILNOR ST | | | PHILADELPHIA | PA | 19136 | |
| RAISH, JASON | | ADDRESS ON FILE | | | | | | |
| RAKKULCHON, RAVI | | ADDRESS ON FILE | | | | | | |
| RAKOWICZ, JILL C. | | ADDRESS ON FILE | | | | | | |
| RALEY, JOHN | | ADDRESS ON FILE | | | | | | |
| RALPH SCHONER | | ADDRESS ON FILE | | | | | | |
| RAMIREZ, CATHERINE | | ADDRESS ON FILE | | | | | | |
| RAMIREZ, FRANK CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| RAMIREZ, JO VITO | | ADDRESS ON FILE | | | | | | |
| RANSIJN, LILLIAN | | ADDRESS ON FILE | | | | | | |
| RANSIJN, LILLIAN M. | | ADDRESS ON FILE | | | | | | |
| RAPHAEL, INGRID | | ADDRESS ON FILE | | | | | | |
| RAPHAEL, INGRID | | ADDRESS ON FILE | | | | | | |
| RAPONE, JOSEPH | | ADDRESS ON FILE | | | | | | |
| RASCATI, MARK | | ADDRESS ON FILE | | | | | | |
| RASHEED, KAMEELAH J. | | ADDRESS ON FILE | | | | | | |
| RAST, MADISON | | ADDRESS ON FILE | | | | | | |
| RAST, WESLEY | | ADDRESS ON FILE | | | | | | |
| RAUCH, TAJ | | ADDRESS ON FILE | | | | | | |
| RAY SCHNEIDER | | ADDRESS ON FILE | | | | | | |
| RAY, DARYN | | ADDRESS ON FILE | | | | | | |
| RAYMOND GADDIE | | ADDRESS ON FILE | | | | | | |
| REAGAN, GARY | | ADDRESS ON FILE | | | | | | |
| REAGAN, GARY P. | | ADDRESS ON FILE | | | | | | |
| REAMER, KEITH L. | | ADDRESS ON FILE | | | | | | |
| REAVES C. LUKENS CO | | 1626 SPRUCE ST | | | PHILADELPHIA | PA | 19103-6733 | |
| REBECCA HUGHES | | ADDRESS ON FILE | | | | | | |
| REBECCA JEAN MURPHY | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| REBECCA JEAN MURPHY | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| REBECCA JEAN MURPHY | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| REBEKKAH JACKSON | | ADDRESS ON FILE | | | | | | |
| RED DYNAMO, LLC | | 1528 W. CULLOM AVENUE | | | CHICAGO | IL | 60613 | |
| REDACTED STUDENT 0001 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0002 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0003 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0004 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0005 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0006 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0007 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0008 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0009 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0010 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0011 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0012 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0013 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0014 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0015 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0016 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0017 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0018 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0019 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0020 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0021 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 0022 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0023 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0024 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0025 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0026 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0027 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0028 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0029 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0030 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0031 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0032 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0033 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0034 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0035 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0036 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0037 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0038 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0039 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0040 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0041 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0042 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0043 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0044 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0045 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0046 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0047 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0048 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0049 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0050 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0051 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0052 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0053 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0054 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0055 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0056 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0057 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0058 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0059 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0060 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0061 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0062 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0063 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0064 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0065 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0066 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0067 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0068 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0069 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0070 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0071 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0072 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0073 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0074 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0075 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0076 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0077 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0078 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0079 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0080 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0081 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0082 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0083 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0084 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0085 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0086 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0087 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0088 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0089 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 0090 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0091 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0092 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0093 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0094 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0095 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0096 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0098 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0099 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0100 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0101 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0102 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0103 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0104 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0105 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0106 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0107 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0108 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0109 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0110 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0111 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0112 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0113 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0114 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0115 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0116 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0117 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0118 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0119 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0120 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0121 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0122 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0123 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0124 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0125 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0126 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0127 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0128 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0129 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0130 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0131 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0132 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0133 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0134 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0135 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0136 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0137 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0138 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0139 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0140 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0141 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0142 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0143 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0144 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0145 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0146 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0147 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0148 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0149 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0150 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0151 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0152 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0153 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0154 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0155 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0156 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0157 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0158 | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 0159 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0160 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0161 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0162 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0163 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0164 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0165 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0166 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0167 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0168 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0169 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0170 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0171 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0172 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0173 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0174 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0175 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0176 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0177 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0178 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0179 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0180 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0181 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0182 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0183 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0184 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0185 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0186 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0187 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0188 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0189 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0190 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0191 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0192 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0193 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0194 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0195 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0196 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0197 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0198 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0199 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0200 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0201 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0202 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0203 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0204 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0205 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0206 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0207 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0208 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0209 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0210 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0211 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0212 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0213 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0214 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0215 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0216 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0217 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0218 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0219 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0220 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0221 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0222 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0223 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0224 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0225 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0226 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0227 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 0228 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0229 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0230 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0231 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0232 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0233 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0234 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0235 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0236 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0237 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0238 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0239 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0240 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0241 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0242 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0243 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0244 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0245 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0246 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0247 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0248 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0249 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0250 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0251 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0252 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0253 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0254 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0255 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0256 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0257 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0258 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0259 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0260 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0261 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0262 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0263 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0264 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0265 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0266 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0267 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0268 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0269 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0270 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0271 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0272 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0273 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0274 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0275 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0276 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0277 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0278 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0279 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0280 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0281 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0282 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0283 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0284 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0285 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0286 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0287 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0288 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0289 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0290 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0291 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0292 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0293 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0294 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0295 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 0296 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0297 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0298 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0299 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0300 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0301 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0302 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0303 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0304 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0305 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0306 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0307 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0308 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0309 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0310 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0311 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0312 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0313 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0314 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0315 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0316 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0317 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0318 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0319 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0320 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0321 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0322 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0323 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0324 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0325 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0326 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0327 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0328 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0329 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0330 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0331 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0332 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0333 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0334 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0335 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0336 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0337 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0338 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0339 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0340 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0341 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0342 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0343 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0344 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0345 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0346 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0347 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0348 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0349 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0350 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0351 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0353 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0354 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0355 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0356 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0357 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0358 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0359 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0361 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0362 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0363 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0364 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0365 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 0366 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0367 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0368 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0369 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0370 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0371 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0372 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0373 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0374 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0375 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0376 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0377 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0378 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0379 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0380 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0381 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0382 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0383 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0384 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0385 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0386 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0387 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0388 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0389 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0390 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0391 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0392 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0393 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0394 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0395 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0396 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0397 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0398 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0399 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0400 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0401 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0402 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0403 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0404 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0405 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0406 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0407 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0408 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0409 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0410 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0411 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0412 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0413 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0414 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0415 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0416 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0417 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0418 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0419 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0420 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0421 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0422 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0423 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0424 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0425 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0426 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0427 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0428 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0429 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0430 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0431 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0432 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0433 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 0434 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0435 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0436 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0437 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0438 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0439 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0440 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0441 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0442 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0443 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0444 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0445 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0446 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0447 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0448 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0449 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0450 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0451 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0452 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0453 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0454 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0455 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0456 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0457 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0458 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0459 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0460 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0461 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0462 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0463 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0464 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0465 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0466 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0467 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0468 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0469 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0470 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0471 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0472 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0473 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0474 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0475 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0476 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0477 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0478 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0479 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0480 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0481 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0482 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0483 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0484 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0485 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0486 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0487 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0488 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0489 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0490 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0491 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0492 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0493 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0494 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0495 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0496 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0497 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0498 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0499 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0500 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0501 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 0502 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0503 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0504 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0505 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0506 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0507 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0508 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0509 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0510 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0511 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0512 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0513 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0514 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0515 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0516 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0517 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0518 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0519 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0520 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0521 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0522 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0523 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0524 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0525 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0526 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0527 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0528 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0529 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0530 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0531 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0532 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0533 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0534 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0535 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0536 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0537 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0538 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0539 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0540 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0541 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0542 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0543 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0544 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0545 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0546 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0547 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0548 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0549 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0550 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0551 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0552 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0553 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0554 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0555 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0556 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0557 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0558 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0559 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0560 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0561 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0562 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0563 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0564 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0565 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0566 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0567 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0568 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0569 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 0570 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0571 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0572 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0573 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0574 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0575 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0576 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0577 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0578 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0579 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0580 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0581 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0582 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0583 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0584 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0585 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0586 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0587 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0588 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0589 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0590 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0591 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0592 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0593 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0594 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0595 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0596 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0597 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0598 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0599 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0600 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0601 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0602 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0603 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0604 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0605 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0606 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0607 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0608 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0609 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0610 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0611 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0612 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0613 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0614 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0615 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0616 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0617 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0618 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0619 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0620 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0621 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0622 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0623 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0625 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0626 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0627 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0628 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0629 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0630 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0631 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0632 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0633 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0634 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0635 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0636 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0637 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0638 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 0639 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0640 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0641 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0642 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0643 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0644 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0645 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0646 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0647 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0648 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0649 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0650 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0651 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0652 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0653 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0654 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0655 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0656 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0657 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0658 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0659 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0660 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0661 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0662 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0663 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0664 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0665 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0666 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0667 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0668 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0669 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0670 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0671 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0672 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0674 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0675 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0676 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0677 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0678 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0679 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0680 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0681 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0682 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0683 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0684 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0685 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0686 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0687 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0688 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0689 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0690 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0691 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0692 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0693 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0694 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0695 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0696 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0697 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0698 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0699 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0700 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0701 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0702 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0703 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0704 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0705 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0706 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0707 | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 0708 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0709 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0710 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0711 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0712 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0713 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0714 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0715 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0716 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0717 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0718 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0719 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0720 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0721 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0722 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0723 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0724 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0725 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0726 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0727 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0728 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0729 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0730 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0731 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0732 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0733 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0734 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0735 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0736 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0737 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0738 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0739 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0740 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0741 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0742 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0743 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0744 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0745 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0746 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0747 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0748 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0749 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0750 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0751 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0752 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0753 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0754 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0755 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0756 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0757 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0758 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0759 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0760 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0761 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0762 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0763 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0764 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0765 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0766 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0767 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0768 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0769 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0770 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0771 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0772 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0773 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0774 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0775 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 0776 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0777 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0778 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0779 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0780 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0781 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0782 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0783 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0784 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0785 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0786 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0787 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0788 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0789 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0790 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0791 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0792 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0793 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0794 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0795 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0796 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0797 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0798 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0799 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0800 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0801 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0802 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0803 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0804 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0805 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0806 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0807 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0808 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0809 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0810 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0811 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0812 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0813 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0814 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0815 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0816 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0817 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0818 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0819 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0820 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0821 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0822 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0823 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0824 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0825 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0826 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0827 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0828 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0829 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0830 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0831 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0832 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0833 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0834 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0835 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0836 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0837 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0838 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0839 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0840 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0841 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0842 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0843 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 0844 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0845 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0846 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0847 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0848 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0849 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0850 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0851 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0852 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0853 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0854 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0855 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0856 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0857 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0858 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0859 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0860 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0861 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0862 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0863 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0864 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0865 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0866 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0867 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0868 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0869 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0870 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0871 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0872 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0873 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0874 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0875 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0876 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0877 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0878 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0879 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0880 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0881 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0882 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0883 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0884 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0885 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0886 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0887 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0888 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0889 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0890 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0891 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0892 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0893 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0894 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0895 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0896 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0897 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0898 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0899 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0900 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0901 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0902 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0903 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0904 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0905 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0906 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0907 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0908 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0909 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0910 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0911 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 0912 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0913 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0914 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0915 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0916 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0917 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0918 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0919 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0920 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0921 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0922 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0923 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0924 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0925 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0926 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0927 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0928 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0929 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0930 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0931 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0932 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0933 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0934 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0935 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0936 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0937 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0938 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0939 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0940 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0941 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0942 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0943 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0944 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0945 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0946 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0947 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0948 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0949 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0950 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0951 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0952 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0953 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0954 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0955 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0956 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0957 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0958 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0959 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0960 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0961 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0962 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0963 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0964 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0965 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0966 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0967 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0968 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0969 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0970 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0971 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0972 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0973 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0974 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0975 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0976 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0977 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0978 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0979 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 0980 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0981 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0982 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0983 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0984 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0985 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0986 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0987 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0988 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0989 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0990 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0991 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0992 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0993 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0994 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0995 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0996 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0997 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0998 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 0999 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1000 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 10000 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 10001 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 10002 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1001 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1002 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1003 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1004 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1005 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1006 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1007 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1008 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1009 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1010 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1011 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1012 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1013 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1014 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1015 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1016 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1017 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1018 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1019 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1020 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1021 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1022 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1023 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1024 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1025 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1026 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1027 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1028 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1029 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1030 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1031 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1032 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1033 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1035 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1036 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1037 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1038 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1039 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1040 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1041 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1042 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1043 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1044 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1045 | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 1046 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1047 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1048 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1049 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1050 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1051 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1052 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1053 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1054 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1055 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1056 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1057 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1058 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1059 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1060 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1061 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1062 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1063 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1064 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1065 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1066 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1067 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1068 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1069 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1070 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1071 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1072 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1073 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1074 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1075 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1076 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1077 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1078 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1079 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1080 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1081 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1082 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1083 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1084 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1085 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1086 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1087 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1088 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1089 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1090 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1091 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1092 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1093 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1094 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1095 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1096 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1097 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1098 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1099 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1100 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1101 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1102 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1103 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1104 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1105 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1106 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1107 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1108 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1109 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1110 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1111 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1112 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1113 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 1114 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1115 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1116 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1117 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1118 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1119 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1120 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1121 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1122 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1123 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1124 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1125 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1126 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1127 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1128 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1129 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1130 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1131 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1132 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1133 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1134 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1135 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1136 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1137 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1138 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1139 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1140 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1141 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1142 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1143 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1144 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1145 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1146 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1147 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1148 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1149 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1150 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1151 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1152 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1153 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1154 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1155 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1156 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1157 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1158 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1159 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1160 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1161 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1162 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1163 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1164 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1165 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1166 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1167 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1168 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1169 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1170 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1171 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1172 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1173 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1174 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1175 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1176 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1177 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1178 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1179 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1180 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1181 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 1182 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1183 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1184 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1185 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1186 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1187 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1188 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1189 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1190 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1191 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1192 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1193 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1194 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1195 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1196 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1197 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1198 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1199 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1200 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1201 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1202 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1203 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1204 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1205 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1206 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1207 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1208 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1209 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1210 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1211 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1212 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1213 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1214 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1215 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1216 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1218 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1219 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1220 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1221 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1222 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1223 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1224 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1225 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1226 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1227 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1228 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1229 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1230 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1231 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1232 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1233 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1234 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1235 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1236 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1237 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1238 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1239 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1240 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1241 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1242 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1243 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1244 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1245 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1246 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1247 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1248 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1249 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1250 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 1251 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1252 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1253 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1254 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1255 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1256 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1257 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1258 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1259 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1260 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1261 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1262 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1263 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1264 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1265 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1266 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1267 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1268 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1269 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1270 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1271 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1272 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1273 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1274 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1275 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1276 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1277 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1278 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1279 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1280 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1281 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1282 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1283 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1284 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1285 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1286 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1287 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1288 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1289 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1290 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1291 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1292 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1293 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1294 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1295 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1296 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1297 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1298 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1299 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1300 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1301 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1302 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1303 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1304 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1305 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1306 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1307 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1308 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1309 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1310 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1311 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1312 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1313 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1314 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1315 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1316 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1317 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1318 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 1319 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1320 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1321 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1322 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1323 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1324 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1325 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1326 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1327 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1328 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1329 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1330 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1331 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1332 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1333 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1334 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1335 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1336 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1337 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1338 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1339 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1340 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1341 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1342 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1343 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1344 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1345 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1346 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1347 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1348 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1349 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1350 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1351 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1352 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1353 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1354 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1355 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1356 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1357 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1358 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1359 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1360 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1361 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1362 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1363 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1364 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1365 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1366 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1367 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1368 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1369 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1370 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1371 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1372 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1373 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1374 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1375 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1376 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1377 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1378 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1379 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1380 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1381 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1382 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1383 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1384 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1385 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1386 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 1387 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1388 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1389 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1390 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1391 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1392 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1393 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1394 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1395 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1396 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1397 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1398 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1399 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1400 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1401 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1402 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1403 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1404 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1405 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1406 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1407 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1408 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1409 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1410 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1411 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1412 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1413 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1414 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1415 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1416 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1417 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1418 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1419 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1420 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1421 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1422 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1423 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1424 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1425 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1426 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1427 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1428 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1429 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1430 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1431 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1432 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1433 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1434 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1435 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1436 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1437 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1438 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1439 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1440 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1441 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1442 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1443 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1444 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1445 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1446 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1447 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1448 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1449 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1450 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1451 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1452 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1453 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1454 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 1455 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1456 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1457 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1458 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1459 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1460 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1461 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1462 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1463 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1464 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1465 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1466 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1467 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1468 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1469 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1470 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1471 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1472 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1473 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1474 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1475 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1476 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1477 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1478 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1479 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1480 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1481 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1482 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1483 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1484 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1485 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1486 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1487 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1488 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1489 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1490 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1491 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1492 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1493 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1494 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1495 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1496 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1497 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1498 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1499 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1500 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1501 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1502 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1503 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1504 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1505 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1506 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1507 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1508 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1509 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1510 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1511 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1512 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1513 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1514 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1515 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1516 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1517 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1518 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1519 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1520 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1521 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1522 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 1523 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1524 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1525 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1526 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1527 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1528 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1529 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1530 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1531 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1532 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1534 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1535 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1536 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1537 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1538 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1539 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1540 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1541 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1542 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1543 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1544 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1545 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1546 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1547 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1548 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1549 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1550 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1551 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1552 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1553 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1554 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1555 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1556 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1557 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1558 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1559 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1560 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1561 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1562 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1563 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1564 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1565 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1566 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1567 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1568 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1569 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1570 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1571 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1572 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1573 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1574 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1575 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1576 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1577 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1578 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1579 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1580 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1581 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1582 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1583 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1584 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1585 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1586 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1587 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1588 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1589 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1590 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1591 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 1592 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1593 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1594 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1595 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1596 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1597 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1598 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1599 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1600 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1601 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1602 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1603 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1604 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1605 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1606 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1607 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1608 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1609 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1610 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1611 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1612 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1613 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1614 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1615 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1616 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1617 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1618 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1619 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1620 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1621 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1622 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1623 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1624 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1625 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1626 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1627 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1628 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1629 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1630 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1631 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1632 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1633 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1634 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1635 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1636 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1637 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1638 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1639 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1640 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1641 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1642 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1643 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1644 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1645 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1646 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1647 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1648 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1649 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1650 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1651 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1652 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1653 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1654 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1655 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1656 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1657 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1658 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1659 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 1660 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1661 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1662 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1663 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1664 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1665 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1666 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1667 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1668 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1669 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1670 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1671 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1672 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1673 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1674 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1675 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1676 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1677 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1678 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1679 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1680 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1681 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1682 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1683 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1684 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1685 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1686 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1687 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1688 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1689 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1690 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1691 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1692 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1693 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1694 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1695 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1696 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1697 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1698 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1699 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1700 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1701 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1702 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1703 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1704 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1705 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1706 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1707 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1708 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1709 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1710 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1711 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1712 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1713 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1714 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1715 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1716 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1717 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1718 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1719 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1720 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1721 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1722 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1723 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1724 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1725 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1726 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1727 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 1728 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1729 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1730 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1731 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1732 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1733 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1734 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1735 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1736 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1737 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1738 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1739 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1740 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1741 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1742 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1743 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1744 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1745 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1746 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1747 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1748 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1749 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1750 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1751 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1752 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1753 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1754 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1755 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1756 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1757 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1758 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1759 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1760 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1761 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1762 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1763 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1764 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1765 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1766 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1767 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1768 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1769 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1770 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1771 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1772 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1773 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1774 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1775 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1776 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1777 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1778 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1779 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1780 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1781 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1783 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1784 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1785 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1786 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1787 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1788 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1789 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1790 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1791 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1792 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1793 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1794 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1795 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1796 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 1797 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1798 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1799 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1800 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1801 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1802 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1803 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1804 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1805 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1806 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1807 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1808 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1809 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1810 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1811 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1812 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1813 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1814 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1815 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1816 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1817 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1818 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1819 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1820 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1821 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1822 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1823 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1824 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1825 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1826 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1827 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1828 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1829 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1830 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1831 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1832 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1833 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1834 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1835 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1836 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1837 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1838 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1839 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1840 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1841 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1842 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1843 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1844 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1845 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1846 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1847 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1848 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1849 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1850 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1851 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1852 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1853 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1854 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1855 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1856 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1857 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1858 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1859 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1860 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1861 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1862 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1863 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1864 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 1865 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1866 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1867 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1868 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1869 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1870 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1871 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1872 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1873 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1874 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1875 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1876 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1877 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1878 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1879 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1880 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1881 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1882 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1883 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1884 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1885 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1886 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1887 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1888 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1889 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1890 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1891 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1892 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1893 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1894 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1895 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1896 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1897 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1898 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1899 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1900 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1901 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1902 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1903 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1904 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1905 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1906 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1907 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1908 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1909 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1910 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1911 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1912 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1913 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1914 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1915 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1916 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1917 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1918 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1919 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1920 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1921 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1922 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1923 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1924 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1925 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1926 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1927 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1928 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1929 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1930 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1931 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1932 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 1933 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1934 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1935 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1936 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1937 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1938 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1939 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1940 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1941 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1942 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1943 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1944 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1945 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1946 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1947 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1948 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1949 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1950 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1951 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1952 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1953 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1954 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1955 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1956 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1957 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1958 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1959 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1960 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1961 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1962 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1963 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1964 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1965 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1966 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1967 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1968 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1969 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1970 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1971 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1972 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1973 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1974 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1975 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1976 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1977 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1978 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1979 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1980 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1981 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1982 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1983 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1984 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1985 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1986 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1987 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1988 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1989 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1990 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1991 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1992 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1993 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1994 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1995 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1996 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1997 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1998 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 1999 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2000 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 2001 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2002 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2003 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2004 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2005 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2006 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2007 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2008 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2009 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2010 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2011 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2012 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2013 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2014 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2015 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2016 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2017 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2018 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2019 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2020 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2021 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2022 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2023 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2024 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2025 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2026 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2027 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2028 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2029 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2030 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2031 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2032 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2033 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2034 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2035 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2036 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2037 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2038 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2039 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2040 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2041 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2042 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2043 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2044 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2045 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2046 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2047 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2048 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2049 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2050 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2051 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2052 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2053 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2054 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2055 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2056 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2057 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2058 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2059 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2060 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2061 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2062 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2063 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2064 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2065 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2066 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2067 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2068 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2069 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 2070 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2071 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2072 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2073 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2074 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2075 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2076 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2077 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2078 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2079 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2080 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2081 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2082 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2083 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2084 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2085 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2086 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2087 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2088 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2089 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2090 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2091 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2092 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2093 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2094 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2095 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2096 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2097 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2098 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2099 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2100 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2101 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2102 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2103 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2104 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2105 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2106 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2107 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2108 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2109 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2110 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2111 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2112 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2113 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2114 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2115 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2116 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2117 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2118 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2119 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2120 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2121 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2122 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2123 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2124 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2125 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2126 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2127 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2128 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2129 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2130 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2131 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2132 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2133 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2134 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2135 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2136 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2137 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 2138 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2139 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2140 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2141 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2142 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2143 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2144 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2145 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2146 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2147 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2148 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2149 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2150 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2151 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2152 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2153 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2154 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2155 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2156 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2157 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2158 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2159 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2160 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2161 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2162 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2163 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2164 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2165 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2166 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2167 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2168 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2169 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2170 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2171 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2172 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2173 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2174 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2175 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2176 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2177 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2178 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2179 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2180 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2181 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2182 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2183 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2184 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2185 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2186 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2187 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2188 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2189 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2190 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2191 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2192 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2193 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2194 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2195 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2196 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2197 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2198 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2199 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2200 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2201 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2202 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2203 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2204 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2205 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 2206 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2207 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2208 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2209 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2210 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2211 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2212 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2213 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2214 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2215 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2216 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2217 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2218 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2219 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2220 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2221 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2222 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2223 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2224 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2225 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2226 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2227 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2228 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2229 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2230 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2231 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2232 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2233 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2234 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2235 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2236 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2237 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2238 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2239 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2240 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2241 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2242 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2243 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2244 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2245 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2246 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2247 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2248 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2249 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2250 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2251 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2252 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2253 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2254 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2255 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2256 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2257 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2258 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2259 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2260 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2261 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2262 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2263 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2264 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2265 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2266 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2267 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2268 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2269 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2270 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2271 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2272 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2273 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 2274 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2275 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2276 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2277 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2278 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2279 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2280 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2281 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2282 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2283 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2284 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2285 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2286 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2287 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2288 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2289 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2290 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2291 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2292 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2293 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2294 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2295 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2296 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2297 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2298 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2299 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2300 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2301 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2302 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2303 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2304 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2305 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2306 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2307 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2308 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2309 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2310 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2311 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2312 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2313 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2314 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2315 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2316 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2317 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2318 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2319 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2320 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2321 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2322 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2323 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2324 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2325 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2326 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2327 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2328 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2329 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2330 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2331 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2332 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2333 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2334 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2335 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2336 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2337 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2338 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2339 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2340 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2341 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 2342 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2343 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2344 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2345 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2346 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2347 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2348 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2349 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2350 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2351 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2352 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2353 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2354 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2355 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2356 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2357 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2358 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2359 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2360 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2361 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2363 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2364 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2365 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2366 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2367 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2368 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2369 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2370 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2371 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2372 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2373 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2374 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2375 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2376 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2377 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2378 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2379 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2380 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2381 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2382 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2383 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2384 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2385 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2386 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2387 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2388 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2389 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2390 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2391 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2392 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2393 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2394 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2395 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2396 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2397 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2398 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2399 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2400 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2401 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2403 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2404 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2405 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2406 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2407 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2408 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2409 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2410 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2411 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 2412 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2413 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2414 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2415 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2416 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2417 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2418 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2419 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2420 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2421 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2422 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2423 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2424 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2425 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2426 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2427 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2428 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2429 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2430 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2431 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2432 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2433 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2434 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2435 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2436 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2437 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2438 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2439 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2440 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2441 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2442 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2443 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2444 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2445 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2446 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2447 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2448 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2449 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2450 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2451 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2452 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2453 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2454 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2455 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2456 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2457 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2458 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2459 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2460 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2461 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2462 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2463 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2464 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2465 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2466 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2467 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2468 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2469 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2470 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2471 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2472 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2473 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2474 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2475 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2476 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2477 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2478 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2479 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 2480 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2481 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2482 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2483 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2484 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2485 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2486 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2487 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2488 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2489 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2490 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2491 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2492 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2493 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2494 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2495 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2496 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2497 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2498 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2499 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2500 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2501 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2502 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2503 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2504 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2505 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2506 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2507 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2508 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2509 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2510 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2511 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2512 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2513 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2514 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2516 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2517 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2518 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2519 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2520 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2521 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2522 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2523 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2524 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2525 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2526 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2527 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2528 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2529 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2530 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2531 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2532 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2533 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2534 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2535 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2536 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2537 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2538 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2539 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2540 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2541 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2542 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2543 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2544 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2545 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2546 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2547 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2548 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 2549 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2550 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2551 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2552 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2553 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2554 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2555 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2556 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2557 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2558 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2559 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2560 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2561 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2562 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2563 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2564 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2565 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2566 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2567 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2568 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2569 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2570 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2571 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2572 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2573 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2574 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2575 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2576 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2577 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2578 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2579 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2580 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2581 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2582 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2583 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2584 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2585 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2586 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2587 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2588 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2589 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2590 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2591 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2592 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2593 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2594 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2595 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2596 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2597 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2598 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2599 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2600 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2601 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2602 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2603 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2604 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2605 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2606 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2607 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2608 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2609 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2610 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2611 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2612 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2613 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2614 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2615 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2616 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 2617 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2618 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2619 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2620 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2621 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2622 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2623 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2624 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2625 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2626 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2627 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2628 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2629 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2630 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2631 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2632 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2633 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2634 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2635 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2636 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2637 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2638 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2639 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2640 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2641 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2642 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2643 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2644 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2645 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2646 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2647 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2648 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2649 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2650 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2651 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2652 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2653 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2654 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2655 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2656 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2657 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2658 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2659 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2660 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2661 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2662 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2663 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2664 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2665 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2666 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2667 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2668 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2669 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2670 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2671 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2672 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2673 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2674 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2675 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2676 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2677 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2678 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2679 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2680 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2681 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2682 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2683 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2684 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2685 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 2686 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2687 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2688 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2689 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2690 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2691 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2692 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2693 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2694 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2695 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2696 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2697 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2698 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2699 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2700 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2701 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2702 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2703 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2704 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2705 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2706 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2707 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2708 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2709 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2710 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2711 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2712 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2713 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2714 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2715 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2716 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2717 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2718 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2719 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2720 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2721 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2722 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2723 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2724 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2725 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2726 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2727 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2728 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2729 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2730 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2731 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2732 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2733 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2734 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2735 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2736 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2737 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2738 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2739 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2740 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2741 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2742 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2743 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2744 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2745 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2746 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2747 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2748 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2749 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2750 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2751 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2752 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2753 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 2754 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2755 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2756 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2757 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2758 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2759 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2760 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2761 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2762 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2763 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2764 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2765 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2766 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2767 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2768 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2769 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2770 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2771 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2772 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2773 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2774 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2775 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2776 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2777 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2778 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2779 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2780 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2781 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2782 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2783 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2784 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2785 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2786 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2787 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2788 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2789 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2790 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2791 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2792 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2793 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2794 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2795 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2796 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2797 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2798 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2799 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2800 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2801 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2802 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2803 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2804 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2805 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2806 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2807 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2808 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2809 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2810 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2811 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2812 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2813 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2814 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2815 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2816 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2817 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2818 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2819 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2820 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2821 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 2822 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2823 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2824 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2825 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2826 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2827 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2828 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2829 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2830 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2831 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2832 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2833 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2834 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2835 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2836 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2837 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2838 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2839 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2840 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2841 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2842 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2843 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2844 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2845 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2846 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2847 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2848 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2849 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2850 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2851 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2852 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2853 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2854 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2855 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2856 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2857 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2858 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2859 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2860 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2861 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2862 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2863 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2864 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2865 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2866 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2867 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2868 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2869 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2870 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2871 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2872 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2873 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2874 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2875 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2876 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2877 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2878 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2879 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2880 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2881 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2882 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2883 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2884 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2885 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2886 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2887 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2888 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2889 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 2890 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2891 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2892 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2893 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2894 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2895 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2896 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2897 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2898 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2899 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2900 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2901 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2902 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2903 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2904 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2906 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2907 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2908 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2909 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2910 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2911 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2912 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2913 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2914 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2915 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2916 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2917 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2918 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2919 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2920 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2921 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2922 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2923 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2924 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2925 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2926 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2927 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2928 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2929 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2930 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2931 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2932 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2933 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2934 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2935 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2936 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2937 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2938 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2939 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2940 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2941 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2942 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2943 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2944 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2945 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2946 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2947 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2948 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2949 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2950 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2951 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2952 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2953 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2954 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2955 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2956 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2957 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2958 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 2959 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2960 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2961 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2962 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2963 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2964 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2965 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2966 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2967 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2968 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2969 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2970 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2971 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2972 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2973 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2974 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2975 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2976 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2977 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2978 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2979 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2980 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2981 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2982 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2983 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2984 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2985 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2986 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2987 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2988 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2989 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2990 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2991 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2992 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2993 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2994 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2995 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2996 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2997 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2998 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 2999 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3000 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3001 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3002 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3003 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3004 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3005 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3006 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3007 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3008 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3009 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3010 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3011 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3012 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3013 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3014 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3015 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3016 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3017 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3018 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3019 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3020 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3021 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3022 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3023 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3024 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3025 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3026 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 3027 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3028 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3029 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3030 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3031 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3032 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3033 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3034 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3035 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3036 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3037 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3038 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3039 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3040 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3041 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3042 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3043 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3044 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3045 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3046 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3047 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3048 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3049 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3050 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3051 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3052 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3053 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3054 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3055 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3056 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3057 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3058 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3059 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3060 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3061 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3062 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3063 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3064 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3065 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3066 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3067 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3068 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3069 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3070 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3071 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3072 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3073 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3074 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3075 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3076 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3077 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3078 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3079 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3080 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3081 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3082 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3083 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3084 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3085 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3086 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3087 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3088 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3089 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3090 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3091 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3092 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3093 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3094 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 3095 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3096 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3097 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3098 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3099 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3100 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3101 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3102 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3103 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3104 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3105 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3106 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3107 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3108 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3109 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3110 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3111 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3112 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3113 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3114 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3115 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3116 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3117 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3118 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3119 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3120 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3121 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3122 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3123 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3124 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3125 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3126 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3127 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3128 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3129 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3130 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3131 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3132 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3133 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3134 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3135 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3136 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3137 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3138 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3139 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3140 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3141 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3142 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3143 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3144 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3145 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3146 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3147 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3148 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3149 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3150 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3151 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3152 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3153 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3154 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3155 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3156 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3157 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3158 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3159 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3160 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3161 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3162 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 3163 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3164 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3165 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3166 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3167 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3168 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3169 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3170 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3171 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3172 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3173 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3174 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3175 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3176 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3177 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3178 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3179 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3180 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3181 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3182 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3183 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3184 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3185 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3186 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3187 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3188 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3189 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3190 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3191 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3192 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3193 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3194 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3195 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3196 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3198 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3199 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3200 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3201 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3202 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3203 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3204 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3205 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3206 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3207 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3208 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3209 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3210 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3211 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3212 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3213 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3214 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3215 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3217 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3218 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3219 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3220 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3221 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3222 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3223 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3224 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3225 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3226 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3227 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3228 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3229 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3230 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3231 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3232 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 3233 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3234 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3235 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3236 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3237 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3238 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3239 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3240 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3241 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3242 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3243 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3244 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3245 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3246 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3247 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3248 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3249 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3250 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3251 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3252 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3253 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3254 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3255 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3256 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3257 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3258 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3259 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3260 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3261 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3262 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3263 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3264 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3265 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3266 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3267 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3268 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3269 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3270 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3271 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3272 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3273 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3274 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3275 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3276 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3277 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3278 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3279 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3280 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3281 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3282 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3283 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3284 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3285 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3286 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3287 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3288 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3289 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3290 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3291 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3292 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3293 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3294 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3295 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3296 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3297 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3298 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3299 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3300 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 3301 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3302 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3303 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3304 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3305 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3306 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3307 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3308 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3309 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3310 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3311 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3312 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3313 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3314 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3315 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3316 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3317 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3318 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3319 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3320 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3321 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3322 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3323 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3324 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3325 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3326 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3327 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3328 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3329 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3330 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3331 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3332 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3333 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3334 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3335 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3336 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3337 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3338 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3339 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3340 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3341 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3342 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3343 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3344 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3345 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3346 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3347 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3348 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3349 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3350 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3351 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3352 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3353 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3354 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3355 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3356 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3357 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3358 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3359 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3360 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3361 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3362 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3363 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3364 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3365 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3366 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3367 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3368 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 3369 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3370 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3371 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3372 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3373 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3374 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3375 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3376 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3377 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3378 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3379 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3380 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3381 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3382 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3383 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3384 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3385 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3386 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3387 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3388 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3389 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3390 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3391 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3392 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3393 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3394 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3395 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3396 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3397 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3398 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3399 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3400 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3401 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3402 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3403 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3404 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3405 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3406 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3407 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3408 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3409 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3410 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3411 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3412 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3413 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3414 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3415 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3416 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3417 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3418 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3419 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3420 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3421 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3422 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3423 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3424 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3425 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3426 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3427 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3428 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3429 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3430 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3431 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3432 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3433 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3434 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3435 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3436 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 3437 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3438 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3439 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3440 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3441 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3442 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3443 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3444 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3445 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3446 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3447 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3448 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3449 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3450 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3451 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3452 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3453 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3454 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3455 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3456 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3457 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3458 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3459 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3460 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3461 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3462 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3463 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3464 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3465 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3466 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3467 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3468 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3469 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3470 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3471 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3472 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3473 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3474 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3475 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3476 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3477 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3478 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3479 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3480 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3481 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3482 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3483 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3484 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3485 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3486 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3487 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3488 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3489 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3490 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3491 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3492 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3493 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3494 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3495 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3496 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3497 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3498 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3499 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3500 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3501 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3502 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3503 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3504 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 3505 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3506 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3507 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3508 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3509 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3510 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3511 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3512 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3513 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3514 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3515 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3516 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3517 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3518 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3519 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3520 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3521 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3522 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3523 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3524 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3525 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3526 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3527 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3528 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3529 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3530 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3531 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3532 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3533 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3534 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3535 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3536 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3537 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3538 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3539 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3540 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3541 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3542 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3543 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3544 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3545 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3546 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3547 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3548 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3549 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3550 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3551 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3552 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3553 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3554 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3555 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3556 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3557 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3558 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3559 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3560 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3561 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3562 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3563 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3564 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3565 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3566 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3567 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3568 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3569 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3570 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3571 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3572 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 3573 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3574 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3575 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3576 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3577 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3578 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3579 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3580 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3581 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3582 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3583 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3584 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3585 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3586 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3587 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3588 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3589 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3590 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3591 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3592 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3593 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3594 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3595 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3596 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3597 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3598 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3599 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3600 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3601 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3602 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3603 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3604 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3605 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3606 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3607 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3608 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3609 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3610 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3611 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3612 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3613 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3614 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3615 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3616 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3617 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3618 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3619 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3620 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3621 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3622 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3623 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3624 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3625 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3626 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3627 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3628 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3629 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3630 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3631 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3632 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3633 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3634 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3635 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3636 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3637 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3638 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3639 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3640 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 3641 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3642 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3643 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3644 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3645 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3646 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3647 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3648 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3649 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3650 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3651 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3652 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3653 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3654 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3655 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3656 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3657 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3658 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3659 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3660 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3661 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3662 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3663 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3664 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3665 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3666 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3667 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3668 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3669 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3670 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3671 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3672 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3673 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3674 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3675 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3676 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3677 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3678 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3679 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3680 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3681 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3682 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3683 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3684 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3685 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3686 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3687 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3688 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3689 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3690 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3691 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3692 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3693 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3694 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3695 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3696 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3697 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3698 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3699 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3700 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3701 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3702 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3703 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3704 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3705 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3706 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3707 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3708 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 3709 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3710 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3711 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3712 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3713 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3714 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3715 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3716 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3717 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3718 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3719 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3720 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3721 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3722 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3723 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3724 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3725 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3726 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3727 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3728 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3729 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3730 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3731 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3732 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3733 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3734 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3735 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3736 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3737 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3738 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3739 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3740 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3741 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3742 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3743 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3744 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3745 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3746 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3747 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3748 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3749 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3750 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3751 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3752 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3753 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3754 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3755 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3756 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3757 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3758 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3759 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3760 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3761 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3762 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3763 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3764 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3765 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3766 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3767 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3768 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3769 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3770 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3771 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3772 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3773 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3774 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3775 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3776 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 3777 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3778 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3779 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3780 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3781 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3782 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3783 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3784 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3785 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3786 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3787 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3788 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3789 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3790 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3791 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3792 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3793 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3794 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3795 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3796 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3797 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3798 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3799 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3800 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3801 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3802 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3803 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3804 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3805 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3806 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3807 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3808 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3809 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3810 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3811 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3812 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3813 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3814 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3815 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3816 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3817 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3818 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3819 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3820 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3821 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3822 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3823 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3824 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3825 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3826 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3827 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3828 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3829 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3830 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3831 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3832 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3833 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3834 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3835 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3836 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3837 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3838 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3839 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3840 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3841 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3842 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3843 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3844 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 3845 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3846 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3847 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3848 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3849 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3850 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3851 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3852 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3853 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3854 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3855 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3856 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3857 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3858 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3859 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3860 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3861 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3862 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3863 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3864 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3865 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3866 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3867 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3868 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3869 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3870 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3871 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3872 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3873 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3874 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3875 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3876 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3877 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3878 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3879 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3880 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3881 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3882 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3883 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3884 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3885 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3886 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3887 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3888 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3889 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3890 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3891 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3892 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3893 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3894 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3895 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3896 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3897 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3898 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3899 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3900 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3901 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3902 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3903 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3904 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3905 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3906 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3907 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3908 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3909 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3910 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3911 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3912 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 3913 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3914 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3915 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3916 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3917 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3918 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3919 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3920 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3921 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3922 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3923 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3924 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3925 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3926 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3927 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3928 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3929 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3930 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3931 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3932 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3933 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3934 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3935 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3936 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3937 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3938 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3939 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3940 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3941 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3942 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3943 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3944 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3945 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3946 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3947 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3948 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3949 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3950 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3951 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3952 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3953 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3954 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3955 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3956 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3957 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3958 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3959 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3960 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3961 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3962 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3963 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3964 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3965 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3966 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3967 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3968 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3969 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3970 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3971 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3972 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3973 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3974 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3975 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3976 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3977 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3978 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3979 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3980 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 3981 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3982 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3983 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3984 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3985 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3986 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3987 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3988 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3989 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3990 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3991 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3992 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3993 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3994 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3995 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3996 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3997 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3998 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 3999 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4000 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4001 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4002 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4003 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4004 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4005 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4006 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4007 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4008 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4009 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4010 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4011 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4012 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4013 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4014 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4015 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4016 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4017 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4018 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4019 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4020 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4021 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4022 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4023 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4024 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4025 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4026 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4027 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4028 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4029 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4030 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4031 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4032 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4033 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4034 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4035 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4036 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4037 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4038 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4039 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4040 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4041 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4042 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4043 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4044 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4045 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4046 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4047 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4048 | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 4049 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4050 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4051 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4052 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4053 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4054 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4055 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4056 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4057 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4058 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4059 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4060 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4061 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4062 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4063 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4064 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4065 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4066 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4067 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4068 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4069 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4070 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4071 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4072 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4073 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4074 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4075 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4076 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4077 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4078 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4079 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4080 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4081 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4082 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4083 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4084 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4085 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4086 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4087 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4088 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4089 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4090 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4092 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4093 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4094 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4095 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4096 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4097 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4098 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4099 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4100 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4101 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4102 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4103 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4104 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4105 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4106 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4107 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4108 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4109 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4110 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4111 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4112 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4113 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4114 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4115 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4116 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4117 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 4118 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4119 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4120 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4121 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4122 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4123 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4124 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4125 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4126 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4127 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4128 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4129 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4130 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4131 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4132 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4133 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4134 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4135 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4136 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4137 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4138 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4139 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4140 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4141 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4142 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4143 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4144 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4145 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4146 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4147 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4148 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4149 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4150 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4151 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4152 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4153 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4154 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4155 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4156 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4157 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4158 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4159 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4160 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4161 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4162 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4163 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4164 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4165 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4166 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4167 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4168 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4169 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4170 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4171 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4172 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4173 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4174 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4175 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4176 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4177 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4178 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4179 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4180 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4181 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4182 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4183 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4184 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4185 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 4186 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4187 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4188 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4189 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4190 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4191 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4192 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4193 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4194 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4195 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4196 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4197 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4198 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4199 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4200 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4201 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4202 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4203 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4204 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4205 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4206 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4207 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4208 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4209 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4210 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4211 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4212 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4213 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4214 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4215 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4216 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4217 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4218 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4219 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4220 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4221 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4222 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4223 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4224 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4225 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4226 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4227 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4228 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4229 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4230 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4231 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4232 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4233 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4234 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4235 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4236 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4237 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4238 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4239 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4240 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4241 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4242 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4243 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4244 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4245 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4246 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4247 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4248 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4249 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4250 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4251 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4252 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4253 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 4254 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4255 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4256 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4257 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4258 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4259 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4260 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4261 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4262 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4263 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4264 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4266 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4267 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4268 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4269 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4270 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4271 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4272 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4273 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4274 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4275 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4276 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4277 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4278 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4279 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4280 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4281 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4283 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4284 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4285 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4286 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4287 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4288 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4289 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4290 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4291 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4292 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4293 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4294 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4295 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4296 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4297 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4298 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4299 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4300 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4301 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4302 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4303 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4304 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4305 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4306 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4307 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4308 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4309 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4310 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4311 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4312 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4313 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4314 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4315 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4316 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4317 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4318 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4319 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4320 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4321 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4322 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4323 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 4324 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4325 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4326 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4327 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4328 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4329 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4330 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4331 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4332 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4333 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4334 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4335 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4336 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4337 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4338 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4339 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4340 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4341 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4342 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4343 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4344 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4345 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4346 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4347 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4348 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4349 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4350 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4351 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4352 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4353 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4354 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4355 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4356 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4357 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4358 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4359 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4360 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4361 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4362 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4363 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4364 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4365 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4366 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4367 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4368 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4369 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4370 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4371 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4372 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4373 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4374 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4375 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4376 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4377 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4378 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4379 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4380 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4381 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4382 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4383 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4384 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4385 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4386 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4387 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4388 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4389 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4390 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4391 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 4392 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4393 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4394 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4395 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4396 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4397 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4398 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4399 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4400 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4401 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4402 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4403 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4404 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4405 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4406 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4407 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4408 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4409 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4410 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4411 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4412 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4413 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4414 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4415 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4416 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4417 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4418 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4419 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4420 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4421 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4422 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4423 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4424 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4425 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4426 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4427 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4428 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4429 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4430 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4431 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4432 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4433 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4434 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4435 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4436 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4437 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4438 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4439 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4440 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4441 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4442 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4443 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4444 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4445 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4446 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4447 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4448 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4449 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4450 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4451 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4452 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4453 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4454 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4455 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4456 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4457 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4458 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4459 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 4460 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4461 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4462 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4463 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4464 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4465 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4466 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4467 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4468 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4469 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4470 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4471 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4472 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4473 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4474 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4475 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4476 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4477 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4478 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4479 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4480 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4481 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4482 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4483 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4484 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4485 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4486 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4487 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4488 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4489 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4490 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4491 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4492 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4493 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4494 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4495 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4496 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4497 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4498 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4499 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4500 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4501 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4502 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4503 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4504 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4505 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4506 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4507 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4508 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4509 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4510 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4511 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4512 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4513 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4514 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4515 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4516 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4517 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4518 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4519 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4520 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4521 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4522 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4523 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4524 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4525 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4526 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4527 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 4528 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4529 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4530 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4531 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4532 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4533 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4534 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4535 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4536 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4537 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4538 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4539 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4540 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4541 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4542 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4543 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4544 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4545 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4546 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4547 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4548 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4549 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4550 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4551 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4552 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4553 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4554 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4555 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4556 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4557 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4558 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4559 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4560 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4561 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4562 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4563 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4564 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4565 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4566 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4567 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4568 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4569 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4570 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4571 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4572 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4573 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4574 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4575 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4576 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4577 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4578 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4579 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4580 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4581 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4582 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4583 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4584 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4585 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4586 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4587 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4588 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4589 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4590 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4591 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4592 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4593 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4594 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4595 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 4596 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4597 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4598 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4599 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4600 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4601 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4602 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4603 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4604 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4605 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4606 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4607 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4608 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4609 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4610 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4611 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4612 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4613 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4614 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4615 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4616 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4617 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4618 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4619 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4620 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4621 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4622 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4623 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4624 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4625 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4626 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4627 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4628 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4629 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4630 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4631 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4632 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4633 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4634 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4635 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4636 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4637 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4638 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4639 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4640 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4641 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4642 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4643 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4644 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4645 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4646 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4647 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4648 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4649 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4650 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4651 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4652 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4653 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4654 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4655 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4656 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4657 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4658 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4659 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4660 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4661 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4662 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4663 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 4664 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4665 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4666 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4667 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4668 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4669 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4670 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4671 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4672 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4673 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4674 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4675 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4676 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4677 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4678 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4679 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4680 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4681 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4682 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4683 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4684 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4685 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4686 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4687 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4688 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4689 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4690 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4691 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4692 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4693 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4694 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4695 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4696 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4697 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4698 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4699 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4700 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4701 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4702 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4703 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4704 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4705 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4706 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4707 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4708 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4709 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4710 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4711 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4712 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4713 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4714 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4715 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4716 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4717 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4718 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4719 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4720 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4721 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4722 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4723 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4724 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4725 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4726 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4727 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4728 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4729 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4730 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4731 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 4732 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4733 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4734 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4735 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4736 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4737 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4738 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4739 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4740 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4741 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4742 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4743 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4744 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4745 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4746 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4747 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4748 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4749 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4750 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4751 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4752 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4753 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4754 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4755 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4756 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4757 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4758 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4759 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4760 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4761 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4762 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4763 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4764 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4765 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4766 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4767 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4768 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4769 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4770 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4771 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4772 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4773 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4774 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4775 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4776 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4777 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4778 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4779 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4780 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4781 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4782 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4783 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4784 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4785 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4786 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4787 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4788 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4789 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4790 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4791 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4792 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4793 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4794 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4795 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4796 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4797 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4798 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4799 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 4800 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4801 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4802 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4803 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4804 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4805 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4806 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4807 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4808 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4809 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4810 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4811 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4812 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4813 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4814 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4815 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4816 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4817 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4818 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4819 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4821 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4822 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4823 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4824 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4825 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4826 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4827 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4828 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4829 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4830 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4831 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4832 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4833 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4834 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4835 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4836 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4837 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4838 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4839 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4840 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4841 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4842 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4843 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4844 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4845 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4846 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4847 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4848 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4849 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4850 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4851 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4852 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4853 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4854 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4855 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4856 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4857 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4858 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4859 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4860 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4861 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4862 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4863 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4864 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4865 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4866 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4867 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4868 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 4869 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4870 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4871 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4872 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4873 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4874 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4875 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4876 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4877 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4878 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4879 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4880 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4881 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4882 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4883 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4884 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4885 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4886 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4887 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4888 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4889 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4890 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4891 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4892 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4893 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4894 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4895 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4896 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4897 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4898 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4899 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4900 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4901 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4902 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4903 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4904 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4905 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4906 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4907 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4908 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4909 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4910 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4911 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4912 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4913 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4914 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4915 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4916 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4917 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4918 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4919 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4920 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4921 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4922 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4923 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4924 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4925 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4926 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4927 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4928 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4929 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4930 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4931 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4932 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4933 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4934 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4935 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4936 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 4937 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4938 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4939 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4940 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4941 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4942 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4943 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4944 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4945 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4946 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4947 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4948 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4949 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4950 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4951 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4952 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4953 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4954 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4955 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4956 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4957 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4958 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4959 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4960 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4961 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4962 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4963 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4964 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4965 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4966 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4967 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4968 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4969 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4970 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4971 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4972 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4973 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4974 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4975 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4976 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4977 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4978 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4979 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4980 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4981 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4982 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4983 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4984 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4985 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4986 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4987 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4988 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4989 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4990 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4991 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4992 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4993 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4994 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4995 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4996 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4997 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4998 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 4999 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5000 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5001 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5002 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5003 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5004 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5005 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 5006 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5007 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5008 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5009 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5010 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5011 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5012 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5013 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5014 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5015 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5016 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5017 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5018 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5019 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5020 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5021 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5022 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5023 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5024 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5026 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5027 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5028 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5029 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5030 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5031 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5032 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5033 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5034 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5035 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5036 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5037 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5038 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5039 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5040 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5041 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5042 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5043 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5044 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5045 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5046 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5047 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5048 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5049 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5050 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5051 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5052 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5053 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5054 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5055 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5056 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5057 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5058 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5059 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5060 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5061 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5062 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5063 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5064 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5065 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5066 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5067 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5068 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5069 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5070 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5071 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5072 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5073 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5074 | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 5075 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5076 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5077 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5078 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5079 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5080 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5081 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5082 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5083 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5084 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5085 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5086 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5087 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5088 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5089 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5090 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5091 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5092 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5093 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5094 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5095 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5096 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5097 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5098 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5099 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5100 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5101 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5102 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5103 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5104 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5105 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5106 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5107 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5108 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5109 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5110 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5111 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5112 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5113 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5114 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5115 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5116 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5117 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5118 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5119 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5120 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5121 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5122 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5123 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5124 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5125 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5126 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5127 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5128 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5129 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5130 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5131 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5132 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5133 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5134 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5135 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5136 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5137 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5138 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5139 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5140 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5141 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5142 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 5143 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5144 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5145 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5146 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5147 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5148 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5149 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5150 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5151 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5152 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5153 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5154 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5155 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5156 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5157 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5158 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5159 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5160 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5161 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5162 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5163 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5164 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5165 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5166 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5167 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5168 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5169 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5170 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5171 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5172 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5173 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5174 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5175 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5176 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5177 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5178 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5179 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5180 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5181 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5182 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5183 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5184 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5185 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5186 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5187 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5188 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5189 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5190 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5191 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5192 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5193 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5194 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5195 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5196 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5197 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5198 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5199 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5200 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5201 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5202 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5203 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5204 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5205 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5206 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5207 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5208 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5209 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5210 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 5211 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5212 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5213 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5214 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5215 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5216 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5217 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5218 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5219 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5220 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5221 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5222 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5223 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5224 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5225 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5226 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5227 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5228 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5229 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5230 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5231 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5232 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5233 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5234 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5235 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5236 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5237 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5238 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5239 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5240 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5241 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5242 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5243 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5244 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5245 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5246 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5247 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5248 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5249 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5250 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5251 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5252 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5253 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5254 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5255 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5256 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5257 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5258 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5259 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5260 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5261 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5262 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5263 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5264 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5265 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5266 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5267 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5268 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5269 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5270 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5271 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5272 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5273 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5274 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5275 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5276 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5277 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5278 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 5279 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5280 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5281 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5282 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5283 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5284 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5285 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5286 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5287 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5288 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5289 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5290 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5291 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5292 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5293 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5294 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5295 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5296 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5297 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5298 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5299 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5300 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5301 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5302 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5303 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5304 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5305 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5306 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5307 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5308 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5309 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5310 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5311 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5312 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5313 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5314 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5315 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5316 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5317 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5318 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5319 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5320 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5321 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5322 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5323 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5324 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5325 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5326 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5327 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5328 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5329 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5330 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5331 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5332 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5333 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5334 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5335 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5336 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5337 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5338 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5339 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5340 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5341 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5342 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5343 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5344 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5345 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5346 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 5347 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5348 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5349 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5350 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5351 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5352 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5353 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5354 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5355 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5356 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5357 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5358 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5359 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5360 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5361 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5362 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5363 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5364 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5365 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5366 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5367 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5368 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5369 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5370 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5371 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5372 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5373 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5374 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5375 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5378 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5379 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5380 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5381 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5382 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5383 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5384 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5385 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5386 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5387 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5388 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5389 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5390 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5391 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5392 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5393 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5394 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5395 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5396 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5397 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5398 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5399 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5400 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5401 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5402 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5403 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5404 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5405 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5406 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5407 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5408 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5409 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5410 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5411 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5412 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5413 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5414 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5415 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5416 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 5417 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5418 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5419 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5420 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5421 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5422 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5423 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5424 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5425 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5426 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5427 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5428 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5429 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5430 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5431 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5432 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5433 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5434 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5435 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5436 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5437 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5438 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5439 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5440 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5441 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5442 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5443 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5444 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5445 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5446 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5447 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5448 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5449 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5450 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5451 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5452 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5453 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5454 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5455 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5456 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5457 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5458 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5459 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5460 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5461 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5462 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5463 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5464 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5465 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5466 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5467 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5468 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5469 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5470 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5471 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5472 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5473 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5474 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5475 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5476 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5477 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5478 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5479 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5480 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5481 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5482 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5483 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5484 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 5485 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5486 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5487 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5488 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5489 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5490 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5491 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5492 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5493 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5494 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5495 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5496 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5497 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5498 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5499 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5500 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5501 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5502 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5503 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5504 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5505 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5506 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5507 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5508 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5509 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5510 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5511 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5512 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5513 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5514 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5515 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5516 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5517 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5518 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5519 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5520 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5521 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5522 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5523 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5524 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5525 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5526 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5527 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5528 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5529 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5530 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5531 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5532 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5533 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5534 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5535 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5536 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5537 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5538 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5539 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5540 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5541 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5542 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5543 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5544 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5545 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5546 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5547 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5548 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5549 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5550 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5551 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5552 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 5553 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5554 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5555 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5556 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5557 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5558 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5559 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5560 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5561 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5562 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5563 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5564 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5565 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5566 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5567 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5568 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5569 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5570 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5571 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5572 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5573 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5574 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5575 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5576 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5577 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5578 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5579 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5580 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5581 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5582 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5583 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5584 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5585 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5586 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5587 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5588 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5589 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5590 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5591 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5592 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5593 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5594 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5595 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5596 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5597 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5598 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5599 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5600 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5601 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5602 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5603 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5604 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5605 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5606 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5607 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5608 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5609 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5610 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5611 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5612 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5613 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5614 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5615 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5616 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5617 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5618 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5619 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5620 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 5621 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5622 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5623 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5624 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5625 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5626 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5627 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5628 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5629 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5630 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5631 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5632 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5633 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5634 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5635 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5636 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5637 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5638 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5639 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5640 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5641 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5642 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5643 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5644 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5645 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5646 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5647 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5648 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5649 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5650 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5651 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5652 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5653 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5654 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5655 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5656 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5657 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5658 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5659 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5660 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5661 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5662 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5663 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5664 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5665 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5666 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5667 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5668 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5669 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5670 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5671 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5672 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5673 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5674 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5675 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5676 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5677 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5678 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5679 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5680 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5681 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5682 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5683 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5684 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5685 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5686 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5687 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5688 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 5689 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5690 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5691 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5692 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5693 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5694 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5695 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5696 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5697 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5698 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5699 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5700 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5701 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5702 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5703 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5704 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5705 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5706 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5707 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5708 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5709 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5710 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5711 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5712 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5713 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5714 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5715 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5716 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5717 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5718 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5719 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5720 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5721 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5722 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5723 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5724 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5725 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5726 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5727 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5728 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5729 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5730 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5731 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5732 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5733 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5734 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5735 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5736 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5737 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5738 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5739 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5740 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5741 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5742 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5743 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5744 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5745 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5746 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5747 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5748 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5749 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5750 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5751 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5752 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5753 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5754 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5755 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5756 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 5757 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5758 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5759 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5760 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5761 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5762 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5763 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5764 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5765 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5766 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5767 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5768 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5769 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5770 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5771 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5772 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5773 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5774 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5775 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5776 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5777 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5778 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5779 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5780 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5781 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5782 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5783 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5784 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5785 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5786 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5787 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5788 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5789 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5790 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5791 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5792 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5793 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5794 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5795 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5796 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5797 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5798 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5799 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5800 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5801 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5802 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5803 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5804 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5805 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5806 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5807 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5808 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5809 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5810 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5811 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5812 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5813 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5814 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5815 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5816 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5817 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5818 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5819 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5820 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5821 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5822 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5823 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5824 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 5825 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5826 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5827 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5828 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5829 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5830 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5831 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5832 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5833 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5834 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5835 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5836 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5837 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5838 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5839 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5840 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5841 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5842 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5843 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5844 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5845 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5846 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5847 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5848 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5849 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5850 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5851 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5852 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5853 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5854 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5855 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5856 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5857 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5858 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5859 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5860 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5861 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5862 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5863 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5864 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5865 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5866 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5867 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5868 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5869 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5870 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5871 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5872 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5873 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5874 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5875 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5876 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5877 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5878 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5879 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5880 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5881 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5882 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5883 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5884 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5885 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5886 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5887 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5888 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5889 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5890 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5891 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5892 | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 5893 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5894 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5895 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5896 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5897 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5898 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5899 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5900 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5901 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5902 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5903 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5904 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5905 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5906 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5907 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5908 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5909 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5910 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5911 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5912 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5913 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5914 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5915 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5916 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5917 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5918 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5919 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5920 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5921 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5922 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5923 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5924 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5925 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5926 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5927 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5928 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5929 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5930 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5931 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5932 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5933 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5934 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5935 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5936 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5937 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5938 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5939 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5940 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5941 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5942 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5943 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5944 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5945 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5946 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5947 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5948 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5949 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5950 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5951 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5952 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5953 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5954 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5955 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5956 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5957 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5958 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5959 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5960 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 5961 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5962 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5963 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5964 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5965 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5966 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5967 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5968 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5969 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5970 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5971 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5972 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5973 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5974 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5975 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5976 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5977 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5978 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5979 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5980 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5981 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5982 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5983 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5984 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5985 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5986 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5987 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5988 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5989 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5990 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5991 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5992 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5993 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5994 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5995 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5996 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5997 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5998 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 5999 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6000 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6001 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6002 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6003 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6004 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6005 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6007 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6008 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6009 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6010 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6011 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6012 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6013 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6014 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6015 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6016 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6017 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6018 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6019 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6020 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6021 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6022 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6023 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6024 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6025 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6026 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6027 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6028 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6029 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 6030 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6031 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6032 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6033 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6034 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6035 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6036 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6037 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6038 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6039 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6040 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6041 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6042 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6043 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6044 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6045 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6046 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6047 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6048 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6049 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6050 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6051 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6052 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6053 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6054 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6055 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6056 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6057 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6058 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6059 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6060 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6061 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6062 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6063 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6064 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6065 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6066 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6067 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6068 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6069 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6070 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6071 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6072 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6073 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6074 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6075 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6076 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6077 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6078 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6079 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6080 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6082 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6083 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6084 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6085 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6086 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6087 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6088 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6089 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6090 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6091 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6092 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6093 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6094 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6095 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6096 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6097 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6098 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 6099 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6100 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6101 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6102 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6103 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6104 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6105 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6106 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6107 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6108 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6109 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6110 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6111 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6112 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6113 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6114 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6115 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6116 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6117 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6118 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6119 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6120 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6121 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6122 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6123 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6124 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6125 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6126 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6127 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6128 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6129 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6130 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6131 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6132 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6133 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6134 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6135 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6136 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6137 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6138 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6139 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6140 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6141 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6142 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6143 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6144 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6145 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6146 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6147 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6148 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6149 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6150 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6151 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6152 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6153 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6154 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6155 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6156 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6157 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6158 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6159 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6160 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6161 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6162 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6163 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6164 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6165 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6166 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 6167 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6168 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6169 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6170 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6171 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6172 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6173 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6174 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6175 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6176 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6177 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6178 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6179 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6180 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6181 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6182 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6183 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6185 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6186 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6187 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6188 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6189 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6190 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6191 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6192 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6193 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6194 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6195 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6196 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6197 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6198 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6199 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6200 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6201 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6202 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6203 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6204 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6205 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6206 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6207 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6208 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6209 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6210 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6211 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6212 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6213 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6214 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6215 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6216 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6217 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6218 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6219 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6220 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6221 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6222 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6223 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6224 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6225 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6226 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6227 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6228 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6229 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6230 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6231 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6232 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6233 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6234 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6235 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 6236 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6237 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6238 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6239 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6240 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6241 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6242 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6243 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6244 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6245 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6246 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6247 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6248 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6249 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6250 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6251 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6252 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6253 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6254 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6255 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6256 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6257 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6258 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6259 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6260 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6261 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6262 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6263 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6264 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6265 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6266 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6267 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6268 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6269 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6270 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6271 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6272 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6273 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6274 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6275 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6276 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6277 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6278 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6279 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6280 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6281 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6282 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6283 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6284 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6285 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6286 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6287 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6288 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6289 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6290 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6291 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6292 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6293 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6294 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6295 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6296 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6297 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6298 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6299 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6300 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6301 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6302 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6303 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 6304 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6305 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6306 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6307 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6308 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6309 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6310 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6311 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6312 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6313 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6314 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6315 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6316 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6317 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6318 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6319 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6320 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6321 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6322 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6323 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6324 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6325 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6326 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6327 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6328 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6329 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6330 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6331 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6332 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6333 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6334 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6335 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6336 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6337 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6338 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6339 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6340 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6341 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6342 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6343 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6344 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6345 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6346 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6347 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6348 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6349 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6350 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6351 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6352 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6353 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6354 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6355 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6356 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6357 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6358 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6359 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6360 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6361 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6362 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6363 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6364 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6365 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6366 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6367 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6368 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6369 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6370 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6371 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 6372 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6373 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6374 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6375 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6376 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6377 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6378 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6379 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6380 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6381 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6382 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6383 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6384 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6385 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6386 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6387 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6388 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6389 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6390 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6391 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6392 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6393 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6394 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6395 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6396 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6397 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6398 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6399 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6400 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6401 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6402 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6403 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6404 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6405 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6406 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6407 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6408 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6409 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6410 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6411 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6412 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6413 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6414 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6415 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6416 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6417 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6418 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6419 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6420 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6421 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6422 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6423 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6424 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6425 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6426 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6427 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6428 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6429 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6430 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6431 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6432 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6433 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6434 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6435 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6436 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6437 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6438 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6439 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 6440 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6441 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6442 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6443 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6444 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6445 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6446 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6447 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6448 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6449 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6450 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6451 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6452 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6453 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6454 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6455 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6456 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6457 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6458 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6459 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6460 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6461 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6462 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6463 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6464 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6465 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6466 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6467 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6468 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6469 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6472 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6473 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6474 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6475 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6476 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6477 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6478 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6479 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6480 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6481 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6482 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6483 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6484 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6485 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6486 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6487 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6488 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6489 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6490 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6491 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6492 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6493 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6494 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6495 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6496 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6497 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6498 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6499 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6500 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6501 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6502 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6503 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6504 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6505 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6506 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6507 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6508 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6509 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 6510 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6511 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6512 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6513 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6514 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6515 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6516 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6517 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6518 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6519 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6520 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6521 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6522 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6523 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6524 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6525 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6526 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6527 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6528 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6529 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6530 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6531 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6532 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6533 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6534 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6535 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6536 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6537 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6538 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6539 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6540 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6541 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6542 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6543 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6544 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6545 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6546 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6547 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6548 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6549 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6550 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6551 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6552 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6553 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6554 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6555 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6556 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6557 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6558 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6559 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6560 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6561 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6562 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6563 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6564 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6565 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6566 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6567 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6568 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6569 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6570 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6571 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6572 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6573 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6574 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6575 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6576 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6577 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6578 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 6579 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6580 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6581 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6582 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6583 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6584 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6585 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6586 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6587 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6588 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6589 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6590 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6591 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6592 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6593 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6594 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6595 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6596 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6597 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6598 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6599 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6600 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6601 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6602 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6603 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6604 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6605 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6606 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6607 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6608 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6609 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6610 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6611 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6612 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6613 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6614 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6615 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6616 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6617 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6618 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6619 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6620 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6621 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6622 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6623 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6624 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6625 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6626 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6627 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6628 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6629 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6630 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6631 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6632 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6633 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6634 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6635 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6636 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6637 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6638 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6639 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6640 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6641 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6642 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6643 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6644 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6645 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6646 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6647 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 6648 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6649 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6650 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6651 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6652 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6653 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6654 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6655 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6656 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6657 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6658 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6659 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6660 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6661 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6662 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6663 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6664 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6665 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6666 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6667 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6668 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6669 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6670 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6671 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6672 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6673 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6674 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6675 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6676 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6677 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6678 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6679 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6680 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6681 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6682 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6683 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6684 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6685 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6686 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6687 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6688 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6689 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6690 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6691 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6692 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6693 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6694 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6695 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6696 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6697 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6698 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6699 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6700 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6701 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6702 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6703 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6704 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6705 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6706 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6707 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6708 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6709 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6710 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6711 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6712 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6713 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6714 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6715 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 6716 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6717 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6718 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6719 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6720 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6721 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6722 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6723 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6724 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6725 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6726 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6727 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6728 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6729 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6730 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6731 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6732 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6733 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6734 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6735 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6736 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6737 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6738 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6739 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6740 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6741 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6742 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6743 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6744 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6745 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6746 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6747 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6748 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6749 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6750 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6751 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6752 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6753 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6754 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6755 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6756 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6757 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6758 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6759 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6760 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6761 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6762 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6763 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6764 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6765 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6766 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6767 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6768 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6769 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6770 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6771 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6772 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6773 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6774 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6775 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6776 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6777 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6778 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6779 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6780 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6781 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6782 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6783 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 6784 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6785 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6786 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6787 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6788 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6789 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6790 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6791 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6792 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6793 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6794 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6795 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6796 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6797 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6798 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6799 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6800 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6801 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6802 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6803 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6804 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6805 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6806 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6807 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6808 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6809 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6810 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6811 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6812 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6813 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6814 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6815 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6816 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6817 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6818 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6819 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6820 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6821 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6822 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6823 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6824 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6825 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6826 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6827 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6828 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6829 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6830 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6831 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6832 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6833 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6834 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6835 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6836 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6837 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6838 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6839 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6840 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6841 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6842 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6843 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6844 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6845 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6846 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6847 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6848 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6849 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6850 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6851 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 6852 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6853 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6854 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6855 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6856 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6857 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6858 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6859 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6860 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6861 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6862 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6863 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6864 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6865 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6866 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6867 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6868 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6869 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6870 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6871 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6872 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6873 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6874 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6875 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6876 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6877 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6878 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6879 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6880 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6881 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6882 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6883 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6884 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6885 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6886 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6887 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6888 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6889 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6890 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6891 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6892 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6893 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6894 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6895 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6896 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6897 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6898 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6899 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6900 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6901 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6902 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6903 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6904 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6905 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6906 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6907 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6908 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6909 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6910 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6911 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6912 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6913 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6914 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6915 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6916 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6917 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6918 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6919 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6920 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 6921 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6922 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6923 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6924 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6925 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6926 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6927 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6928 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6929 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6930 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6931 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6932 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6933 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6934 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6935 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6936 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6937 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6938 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6939 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6940 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6941 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6942 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6943 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6944 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6945 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6946 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6947 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6948 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6949 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6950 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6951 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6952 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6953 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6954 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6955 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6956 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6957 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6958 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6959 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6960 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6961 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6962 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6963 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6964 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6965 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6966 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6967 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6968 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6969 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6970 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6971 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6972 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6973 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6974 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6975 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6976 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6977 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6978 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6979 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6980 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6981 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6982 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6983 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6984 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6985 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6986 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6987 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6988 | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 6989 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6990 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6991 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6992 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6993 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6994 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6995 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6996 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6997 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6998 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 6999 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7000 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7001 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7002 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7003 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7004 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7005 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7006 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7007 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7008 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7009 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7010 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7011 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7012 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7013 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7014 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7015 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7016 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7017 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7018 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7019 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7020 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7021 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7022 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7023 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7024 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7025 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7026 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7027 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7028 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7029 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7030 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7031 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7032 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7033 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7034 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7035 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7036 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7037 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7038 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7039 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7040 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7041 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7042 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7043 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7044 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7045 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7046 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7047 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7048 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7049 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7050 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7051 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7052 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7053 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7054 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7055 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7056 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 7057 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7058 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7059 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7060 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7061 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7062 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7063 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7064 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7065 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7066 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7067 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7068 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7069 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7070 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7071 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7072 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7073 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7074 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7075 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7076 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7077 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7078 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7079 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7080 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7081 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7082 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7083 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7084 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7085 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7086 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7087 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7088 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7089 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7090 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7092 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7093 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7094 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7095 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7096 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7097 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7098 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7099 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7100 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7101 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7102 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7103 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7104 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7105 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7106 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7107 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7108 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7109 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7110 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7111 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7112 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7113 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7114 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7115 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7116 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7117 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7118 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7119 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7120 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7121 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7122 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7123 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7124 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7125 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 7126 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7127 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7128 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7129 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7130 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7131 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7132 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7133 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7134 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7135 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7136 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7137 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7138 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7139 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7140 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7141 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7142 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7143 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7144 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7145 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7146 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7147 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7148 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7149 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7150 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7151 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7152 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7153 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7154 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7155 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7156 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7157 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7158 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7159 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7160 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7161 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7162 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7163 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7164 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7165 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7166 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7167 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7168 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7169 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7170 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7171 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7172 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7173 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7174 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7175 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7176 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7177 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7178 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7179 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7180 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7181 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7182 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7183 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7184 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7185 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7186 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7187 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7188 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7189 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7190 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7191 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7192 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7193 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 7194 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7195 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7196 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7197 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7198 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7199 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7200 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7201 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7202 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7203 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7204 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7205 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7206 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7207 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7208 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7209 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7210 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7211 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7212 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7213 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7214 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7215 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7216 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7217 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7218 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7219 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7220 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7221 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7222 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7223 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7224 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7225 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7226 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7227 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7228 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7229 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7230 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7231 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7232 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7233 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7234 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7235 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7236 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7237 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7238 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7239 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7240 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7241 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7242 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7243 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7244 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7245 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7246 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7247 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7248 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7249 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7250 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7251 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7252 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7253 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7254 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7255 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7256 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7257 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7258 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7259 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7260 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7261 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 7262 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7263 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7264 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7265 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7266 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7267 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7268 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7269 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7270 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7271 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7272 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7273 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7274 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7275 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7276 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7277 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7278 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7279 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7280 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7281 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7282 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7283 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7284 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7285 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7286 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7287 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7288 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7289 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7290 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7291 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7292 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7293 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7294 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7295 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7296 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7297 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7298 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7299 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7300 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7301 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7302 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7303 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7304 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7305 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7306 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7307 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7308 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7309 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7310 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7311 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7312 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7313 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7314 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7315 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7316 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7317 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7318 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7319 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7320 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7321 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7322 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7323 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7324 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7325 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7326 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7327 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7328 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7329 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 7330 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7331 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7332 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7333 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7334 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7335 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7336 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7337 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7338 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7339 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7340 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7341 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7342 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7343 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7344 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7345 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7346 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7347 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7348 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7349 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7350 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7351 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7352 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7353 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7354 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7355 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7356 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7357 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7358 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7359 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7360 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7361 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7362 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7363 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7364 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7365 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7366 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7367 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7368 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7369 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7370 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7371 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7372 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7373 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7374 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7375 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7376 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7377 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7378 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7379 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7380 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7381 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7382 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7383 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7384 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7385 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7386 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7387 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7388 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7389 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7390 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7391 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7392 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7393 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7394 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7395 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7396 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7397 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 7398 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7399 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7400 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7401 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7402 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7403 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7404 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7405 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7406 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7407 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7408 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7409 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7410 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7411 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7412 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7413 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7414 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7415 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7416 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7417 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7418 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7419 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7420 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7421 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7422 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7423 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7424 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7425 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7426 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7427 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7428 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7429 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7430 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7431 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7432 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7433 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7434 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7435 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7436 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7437 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7438 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7439 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7440 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7441 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7442 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7443 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7444 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7445 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7446 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7447 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7448 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7449 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7450 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7451 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7452 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7453 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7454 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7455 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7456 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7458 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7459 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7460 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7461 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7462 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7463 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7464 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7465 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7466 | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 7467 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7468 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7469 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7470 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7471 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7472 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7473 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7474 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7475 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7476 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7477 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7478 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7479 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7480 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7481 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7482 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7483 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7484 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7485 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7486 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7487 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7488 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7489 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7490 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7491 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7492 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7493 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7494 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7495 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7496 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7497 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7498 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7499 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7500 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7501 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7502 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7503 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7504 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7505 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7506 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7507 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7508 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7509 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7510 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7511 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7512 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7513 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7514 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7515 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7516 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7517 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7518 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7519 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7520 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7521 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7522 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7523 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7524 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7525 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7526 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7527 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7528 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7529 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7530 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7531 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7532 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7533 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7534 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7535 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 7536 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7537 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7538 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7539 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7540 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7541 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7542 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7543 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7544 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7545 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7546 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7547 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7548 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7549 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7550 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7551 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7552 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7553 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7554 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7555 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7556 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7557 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7558 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7559 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7560 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7561 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7562 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7563 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7564 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7565 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7566 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7567 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7568 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7569 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7570 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7571 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7572 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7573 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7574 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7575 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7576 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7577 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7578 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7579 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7580 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7581 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7582 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7583 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7584 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7585 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7586 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7587 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7588 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7589 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7590 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7591 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7592 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7593 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7594 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7595 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7596 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7597 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7598 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7599 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7600 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7601 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7602 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7603 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 7604 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7605 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7606 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7607 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7608 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7609 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7610 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7611 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7612 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7613 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7614 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7615 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7616 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7617 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7618 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7619 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7620 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7621 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7622 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7623 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7624 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7625 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7626 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7627 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7628 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7629 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7630 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7631 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7632 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7633 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7634 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7635 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7636 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7637 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7638 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7639 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7640 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7641 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7642 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7643 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7644 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7645 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7646 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7647 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7648 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7649 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7650 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7651 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7652 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7653 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7654 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7655 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7656 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7657 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7658 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7659 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7660 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7661 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7662 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7663 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7664 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7665 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7666 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7667 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7668 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7669 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7670 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7671 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 7672 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7673 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7674 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7675 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7676 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7677 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7678 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7679 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7680 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7681 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7682 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7683 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7684 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7685 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7686 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7687 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7688 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7689 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7690 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7691 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7692 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7693 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7694 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7695 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7696 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7697 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7698 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7699 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7700 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7701 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7702 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7703 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7704 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7705 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7706 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7707 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7708 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7709 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7710 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7711 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7712 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7713 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7714 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7715 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7716 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7717 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7718 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7719 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7720 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7721 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7722 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7723 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7724 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7725 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7726 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7727 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7728 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7729 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7730 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7731 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7732 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7733 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7734 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7735 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7736 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7737 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7738 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7739 | | ADDRESS ON FILE | | | | | | |



| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 7740 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7741 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7742 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7743 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7744 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7745 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7746 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7747 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7748 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7749 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7750 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7751 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7752 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7753 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7754 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7755 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7756 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7757 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7758 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7759 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7760 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7761 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7762 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7763 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7764 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7765 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7766 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7767 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7768 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7769 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7770 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7771 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7772 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7773 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7774 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7775 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7776 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7777 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7778 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7779 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7780 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7781 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7782 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7783 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7784 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7785 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7786 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7787 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7788 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7789 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7790 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7791 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7792 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7793 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7794 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7795 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7796 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7797 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7798 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7799 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7800 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7801 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7802 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7803 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7804 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7805 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7806 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7807 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 7808 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7809 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7810 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7811 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7812 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7813 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7814 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7815 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7816 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7817 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7818 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7819 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7820 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7821 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7822 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7823 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7824 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7825 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7826 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7827 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7828 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7829 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7830 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7831 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7832 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7833 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7834 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7835 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7836 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7837 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7838 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7839 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7840 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7841 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7842 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7843 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7844 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7845 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7846 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7847 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7848 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7849 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7850 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7851 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7852 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7853 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7854 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7855 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7856 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7857 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7858 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7859 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7860 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7861 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7862 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7863 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7864 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7865 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7866 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7867 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7868 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7869 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7870 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7871 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7872 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7873 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7874 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7875 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 7876 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7877 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7878 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7879 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7880 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7881 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7882 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7883 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7884 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7885 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7886 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7887 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7888 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7889 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7890 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7891 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7892 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7893 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7894 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7895 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7896 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7897 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7898 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7899 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7900 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7901 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7902 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7903 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7904 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7905 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7906 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7907 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7908 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7909 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7910 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7911 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7912 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7913 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7914 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7915 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7916 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7917 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7918 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7919 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7920 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7921 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7922 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7923 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7924 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7925 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7926 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7927 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7928 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7929 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7930 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7931 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7932 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7933 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7934 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7935 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7936 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7937 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7938 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7939 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7940 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7941 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7942 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7943 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 7944 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7945 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7946 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7947 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7948 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7949 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7950 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7951 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7952 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7953 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7954 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7955 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7956 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7957 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7958 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7959 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7960 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7961 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7962 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7963 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7964 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7965 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7966 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7967 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7968 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7969 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7970 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7971 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7972 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7973 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7974 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7975 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7976 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7977 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7978 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7979 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7980 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7981 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7982 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7983 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7984 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7985 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7986 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7987 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7988 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7989 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7990 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7991 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7992 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7993 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7994 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7995 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7996 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7997 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7998 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 7999 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8000 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8001 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8002 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8003 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8004 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8005 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8006 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8007 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8008 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8009 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8010 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8011 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 8012 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8013 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8014 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8015 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8016 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8017 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8018 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8019 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8020 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8021 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8022 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8023 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8024 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8025 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8026 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8027 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8028 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8029 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8030 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8031 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8032 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8033 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8034 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8035 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8036 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8037 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8038 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8039 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8040 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8041 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8042 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8043 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8044 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8045 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8046 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8047 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8048 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8049 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8050 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8051 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8052 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8053 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8054 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8055 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8056 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8057 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8058 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8059 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8060 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8061 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8062 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8063 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8064 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8065 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8066 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8067 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8068 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8069 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8070 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8071 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8072 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8073 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8074 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8075 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8076 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8077 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8078 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8079 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 8080 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8081 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8082 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8083 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8084 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8085 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8086 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8087 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8088 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8089 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8090 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8091 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8092 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8093 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8094 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8095 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8096 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8097 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8098 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8099 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8100 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8101 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8102 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8103 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8104 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8105 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8106 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8107 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8108 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8109 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8110 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8111 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8112 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8113 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8114 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8115 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8116 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8117 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8118 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8119 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8120 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8121 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8122 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8123 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8124 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8125 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8126 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8127 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8128 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8129 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8130 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8131 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8132 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8133 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8134 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8135 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8136 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8137 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8138 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8139 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8140 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8141 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8142 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8143 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8144 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8145 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8146 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8147 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 8148 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8149 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8150 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8151 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8152 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8153 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8154 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8155 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8156 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8157 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8158 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8159 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8160 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8161 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8162 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8164 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8165 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8166 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8167 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8168 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8169 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8170 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8171 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8172 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8173 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8174 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8175 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8176 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8177 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8178 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8179 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8180 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8181 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8182 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8183 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8184 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8185 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8186 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8187 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8188 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8189 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8190 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8191 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8192 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8193 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8194 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8195 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8196 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8197 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8198 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8199 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8200 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8201 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8202 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8203 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8204 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8205 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8206 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8207 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8208 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8209 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8210 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8211 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8212 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8213 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8214 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8215 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8216 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 8217 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8218 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8219 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8220 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8221 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8222 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8223 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8224 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8225 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8226 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8227 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8228 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8229 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8230 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8231 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8232 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8233 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8234 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8235 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8236 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8237 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8238 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8239 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8240 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8241 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8242 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8243 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8244 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8245 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8246 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8247 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8248 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8249 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8250 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8251 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8252 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8253 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8254 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8255 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8256 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8257 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8258 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8259 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8260 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8261 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8262 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8263 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8264 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8265 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8266 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8267 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8268 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8269 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8270 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8271 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8272 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8273 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8274 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8275 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8276 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8277 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8278 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8279 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8280 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8281 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8282 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8283 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8284 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 8285 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8286 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8287 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8288 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8289 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8290 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8291 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8292 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8293 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8294 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8295 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8296 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8297 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8298 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8299 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8300 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8301 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8302 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8303 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8304 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8306 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8307 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8308 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8309 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8310 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8311 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8312 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8313 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8314 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8315 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8316 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8317 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8318 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8319 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8320 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8321 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8322 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8323 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8324 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8325 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8326 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8327 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8328 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8329 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8330 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8331 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8332 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8333 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8334 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8335 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8336 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8337 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8338 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8339 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8340 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8341 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8342 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8343 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8344 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8345 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8346 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8347 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8348 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8349 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8350 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8351 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8352 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8353 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 8354 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8355 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8356 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8357 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8358 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8359 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8360 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8361 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8362 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8363 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8364 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8365 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8367 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8368 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8369 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8370 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8372 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8373 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8374 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8375 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8376 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8377 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8378 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8379 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8380 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8381 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8382 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8383 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8384 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8385 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8386 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8387 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8388 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8389 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8390 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8391 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8392 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8393 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8394 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8395 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8396 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8397 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8398 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8399 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8400 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8401 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8402 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8403 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8404 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8405 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8406 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8407 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8408 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8409 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8410 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8411 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8412 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8413 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8414 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8415 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8416 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8417 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8418 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8419 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8420 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8421 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8422 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8423 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 8424 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8425 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8426 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8427 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8428 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8429 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8430 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8431 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8432 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8433 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8434 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8435 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8436 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8437 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8438 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8439 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8440 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8441 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8442 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8443 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8444 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8445 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8446 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8447 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8448 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8449 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8450 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8451 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8452 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8453 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8454 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8455 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8456 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8457 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8458 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8459 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8460 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8461 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8462 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8463 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8464 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8465 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8466 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8467 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8468 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8469 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8470 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8471 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8472 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8473 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8474 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8475 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8476 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8477 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8478 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8479 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8480 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8481 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8482 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8483 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8484 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8485 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8486 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8487 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8488 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8489 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8490 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8491 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 8492 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8493 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8494 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8495 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8496 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8497 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8498 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8499 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8500 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8501 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8502 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8503 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8504 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8505 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8506 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8507 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8508 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8509 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8511 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8512 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8513 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8514 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8515 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8516 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8517 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8518 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8519 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8520 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8521 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8522 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8523 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8524 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8525 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8526 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8527 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8528 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8529 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8530 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8531 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8532 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8533 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8534 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8535 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8536 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8537 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8538 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8539 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8540 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8541 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8542 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8543 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8544 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8545 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8546 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8547 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8548 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8549 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8550 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8551 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8552 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8553 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8554 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8555 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8556 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8557 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8558 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8559 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8560 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 8561 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8562 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8563 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8564 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8565 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8566 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8567 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8568 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8569 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8570 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8572 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8573 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8574 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8575 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8576 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8577 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8578 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8579 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8580 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8581 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8582 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8583 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8584 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8585 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8586 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8587 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8588 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8589 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8590 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8591 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8592 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8593 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8594 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8595 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8596 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8597 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8598 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8599 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8600 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8601 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8602 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8603 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8604 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8605 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8606 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8607 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8608 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8609 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8610 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8611 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8612 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8613 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8614 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8615 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8616 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8617 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8618 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8619 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8620 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8621 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8622 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8623 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8624 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8625 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8626 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8627 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8628 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8629 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 8630 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8631 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8632 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8633 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8634 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8635 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8636 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8637 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8638 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8639 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8640 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8641 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8642 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8643 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8644 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8645 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8646 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8647 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8648 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8649 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8650 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8651 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8652 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8653 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8654 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8655 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8656 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8657 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8658 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8659 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8660 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8661 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8662 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8663 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8664 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8665 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8666 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8667 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8668 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8669 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8670 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8671 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8672 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8673 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8674 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8675 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8676 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8677 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8678 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8679 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8680 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8681 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8682 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8683 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8684 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8685 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8686 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8687 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8688 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8689 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8690 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8691 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8692 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8693 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8694 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8695 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8696 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8697 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8698 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 8699 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8700 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8701 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8702 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8703 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8704 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8705 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8706 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8707 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8708 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8709 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8710 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8711 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8712 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8713 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8715 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8716 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8717 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8718 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8719 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8720 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8721 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8722 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8723 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8724 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8725 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8726 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8727 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8728 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8729 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8730 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8731 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8732 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8733 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8734 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8735 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8736 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8737 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8738 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8739 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8740 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8741 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8742 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8743 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8744 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8745 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8746 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8747 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8748 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8749 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8750 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8751 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8753 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8754 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8756 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8757 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8758 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8759 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8760 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8761 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8762 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8763 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8764 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8765 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8766 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8767 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8768 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8769 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 8770 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8771 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8772 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8773 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8774 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8775 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8776 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8777 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8778 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8779 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8780 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8781 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8782 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8783 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8784 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8785 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8786 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8787 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8788 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8789 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8790 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8791 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8792 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8793 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8794 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8795 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8796 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8797 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8798 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8799 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8800 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8801 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8802 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8803 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8804 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8805 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8806 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8807 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8808 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8809 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8810 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8811 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8812 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8813 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8814 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8815 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8816 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8817 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8818 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8819 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8820 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8821 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8822 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8823 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8824 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8825 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8826 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8827 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8828 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8829 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8830 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8831 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8832 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8833 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8834 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8835 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8836 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8837 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 8838 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8839 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8840 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8841 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8842 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8843 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8844 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8845 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8846 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8847 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8848 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8849 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8850 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8851 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8852 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8853 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8854 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8855 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8856 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8857 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8858 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8859 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8860 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8861 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8862 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8863 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8864 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8865 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8866 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8867 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8868 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8869 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8870 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8871 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8872 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8873 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8874 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8875 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8876 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8877 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8878 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8879 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8880 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8881 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8882 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8883 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8884 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8885 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8886 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8887 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8888 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8889 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8890 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8891 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8892 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8893 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8894 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8895 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8896 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8897 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8898 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8899 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8900 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8901 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8902 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8903 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8904 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8905 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8906 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 8907 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8908 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8909 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8911 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8912 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8913 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8914 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8915 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8916 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8917 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8918 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8919 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8920 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8921 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8922 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8923 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8924 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8925 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8926 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8927 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8928 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8929 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8930 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8931 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8932 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8933 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8934 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8935 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8936 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8937 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8938 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8939 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8940 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8941 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8942 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8943 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8944 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8945 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8946 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8947 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8948 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8949 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8950 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8951 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8952 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8953 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8954 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8955 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8956 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8957 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8958 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8959 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8960 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8961 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8962 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8963 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8964 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8965 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8966 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8967 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8968 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8969 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8970 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8971 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8972 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8973 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8974 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8975 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 8976 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8977 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8978 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8979 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8980 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8981 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8982 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8983 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8984 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8985 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8986 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8987 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8988 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8989 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8990 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8991 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8992 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8993 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8994 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8995 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8996 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8997 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8998 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 8999 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9000 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9001 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9002 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9003 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9004 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9005 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9006 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9007 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9008 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9009 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9010 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9011 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9012 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9013 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9014 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9015 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9016 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9017 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9018 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9019 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9020 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9021 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9022 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9023 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9024 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9025 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9026 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9027 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9028 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9029 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9030 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9031 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9032 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9033 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9034 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9035 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9036 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9037 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9038 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9039 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9040 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9041 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9042 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9043 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 9044 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9045 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9046 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9047 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9048 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9049 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9050 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9051 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9052 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9053 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9054 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9055 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9056 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9057 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9058 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9059 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9060 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9061 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9062 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9063 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9064 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9065 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9066 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9067 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9068 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9069 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9070 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9071 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9072 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9073 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9074 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9075 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9076 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9077 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9078 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9079 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9080 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9081 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9082 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9083 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9084 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9085 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9086 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9087 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9088 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9089 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9090 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9091 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9092 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9093 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9094 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9095 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9096 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9097 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9098 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9099 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9100 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9101 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9102 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9103 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9104 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9105 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9106 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9107 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9108 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9109 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9110 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9111 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 9112 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9113 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9114 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9115 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9116 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9117 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9118 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9119 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9120 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9121 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9122 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9123 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9124 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9125 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9126 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9127 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9128 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9129 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9130 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9131 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9132 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9133 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9134 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9135 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9136 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9137 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9138 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9139 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9140 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9141 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9142 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9143 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9144 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9145 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9146 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9147 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9148 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9149 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9150 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9151 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9152 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9153 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9154 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9155 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9156 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9157 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9158 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9159 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9160 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9161 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9162 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9163 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9164 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9165 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9166 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9167 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9168 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9169 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9170 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9171 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9172 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9173 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9174 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9175 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9176 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9177 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9178 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9179 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 9180 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9181 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9182 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9183 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9184 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9185 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9186 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9187 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9188 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9189 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9190 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9191 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9192 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9193 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9194 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9195 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9196 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9197 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9198 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9199 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9200 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9201 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9202 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9203 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9204 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9205 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9206 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9207 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9208 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9209 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9210 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9211 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9212 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9213 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9214 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9215 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9216 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9217 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9218 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9219 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9220 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9221 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9222 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9223 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9224 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9225 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9226 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9227 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9228 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9229 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9230 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9231 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9232 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9233 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9234 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9235 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9236 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9237 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9238 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9239 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9240 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9241 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9242 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9243 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9244 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9245 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9246 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9247 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 9248 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9249 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9250 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9251 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9252 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9253 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9254 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9255 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9256 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9257 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9258 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9259 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9260 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9261 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9262 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9263 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9264 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9265 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9266 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9267 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9268 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9269 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9270 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9271 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9273 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9274 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9275 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9276 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9277 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9278 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9279 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9280 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9281 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9282 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9283 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9284 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9285 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9286 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9287 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9288 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9289 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9290 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9291 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9292 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9293 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9294 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9295 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9296 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9297 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9298 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9299 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9300 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9301 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9302 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9303 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9304 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9305 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9306 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9307 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9308 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9309 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9310 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9311 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9312 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9313 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9314 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9315 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9316 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 9317 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9318 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9319 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9320 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9321 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9322 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9323 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9324 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9325 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9326 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9327 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9328 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9329 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9330 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9331 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9332 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9333 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9334 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9335 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9336 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9337 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9338 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9339 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9340 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9341 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9342 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9343 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9344 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9345 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9346 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9347 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9348 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9349 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9350 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9351 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9352 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9353 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9354 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9355 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9356 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9357 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9358 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9359 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9360 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9361 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9362 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9363 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9364 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9365 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9366 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9367 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9368 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9369 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9370 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9371 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9372 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9373 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9374 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9375 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9376 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9377 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9378 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9379 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9380 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9381 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9382 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9383 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9384 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 9385 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9386 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9387 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9388 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9389 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9390 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9391 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9392 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9393 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9394 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9395 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9396 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9397 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9398 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9399 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9400 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9401 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9402 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9403 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9404 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9405 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9406 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9407 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9408 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9409 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9410 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9411 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9412 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9413 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9414 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9415 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9416 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9417 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9418 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9419 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9420 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9421 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9422 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9423 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9424 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9425 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9426 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9427 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9428 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9429 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9430 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9431 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9432 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9433 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9434 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9435 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9436 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9437 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9438 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9439 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9440 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9441 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9442 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9443 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9444 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9445 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9446 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9447 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9448 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9449 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9450 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9451 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9452 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 9453 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9454 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9455 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9456 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9457 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9458 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9459 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9460 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9461 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9462 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9463 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9464 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9465 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9466 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9467 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9468 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9469 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9470 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9471 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9472 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9473 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9474 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9475 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9476 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9477 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9478 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9479 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9480 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9481 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9482 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9483 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9484 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9485 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9486 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9487 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9488 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9489 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9490 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9491 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9492 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9493 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9494 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9495 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9496 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9497 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9498 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9499 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9500 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9501 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9502 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9503 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9504 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9505 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9506 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9507 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9508 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9509 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9510 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9511 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9512 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9513 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9514 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9515 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9516 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9517 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9518 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9519 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9520 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 9521 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9522 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9523 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9524 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9525 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9526 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9527 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9528 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9529 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9530 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9531 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9532 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9533 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9534 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9535 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9536 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9537 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9538 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9539 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9540 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9541 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9542 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9543 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9544 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9545 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9546 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9547 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9548 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9549 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9550 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9551 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9552 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9553 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9554 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9555 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9556 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9557 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9558 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9559 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9560 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9561 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9562 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9563 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9564 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9565 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9566 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9567 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9568 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9569 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9570 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9571 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9572 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9573 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9574 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9575 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9576 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9577 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9578 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9579 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9580 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9581 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9582 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9583 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9584 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9585 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9586 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9587 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9588 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 9589 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9590 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9591 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9592 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9593 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9594 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9595 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9596 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9597 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9598 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9599 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9600 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9601 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9602 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9603 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9604 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9605 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9606 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9607 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9608 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9609 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9610 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9611 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9612 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9613 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9614 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9615 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9616 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9617 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9618 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9619 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9620 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9621 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9622 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9623 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9625 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9626 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9627 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9628 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9629 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9630 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9631 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9632 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9633 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9634 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9635 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9636 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9637 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9638 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9639 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9640 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9641 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9642 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9643 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9644 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9645 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9646 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9647 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9648 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9649 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9650 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9651 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9652 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9653 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9654 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9655 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9656 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9657 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 9658 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9659 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9660 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9661 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9662 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9663 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9664 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9665 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9666 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9667 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9668 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9669 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9670 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9671 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9672 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9673 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9674 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9675 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9676 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9677 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9678 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9679 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9680 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9681 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9682 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9683 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9684 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9685 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9686 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9687 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9688 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9689 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9690 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9691 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9692 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9693 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9694 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9695 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9696 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9697 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9698 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9699 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9700 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9701 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9702 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9703 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9704 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9705 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9706 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9707 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9708 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9709 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9710 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9711 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9712 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9713 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9714 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9715 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9716 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9717 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9718 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9719 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9720 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9721 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9722 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9723 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9724 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9725 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 9726 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9727 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9728 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9729 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9730 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9731 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9732 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9733 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9734 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9735 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9736 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9737 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9738 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9739 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9740 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9741 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9742 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9743 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9744 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9745 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9746 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9747 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9748 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9749 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9750 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9751 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9752 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9753 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9754 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9755 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9756 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9757 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9758 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9759 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9760 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9761 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9762 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9763 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9764 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9765 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9766 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9767 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9768 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9769 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9771 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9772 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9773 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9774 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9775 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9776 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9777 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9778 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9779 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9780 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9781 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9782 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9783 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9784 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9785 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9786 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9787 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9788 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9789 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9790 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9791 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9792 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9793 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9794 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 9795 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9796 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9797 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9798 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9799 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9800 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9801 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9802 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9803 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9804 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9805 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9806 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9807 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9808 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9809 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9810 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9811 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9812 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9813 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9814 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9815 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9816 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9817 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9818 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9819 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9820 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9821 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9822 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9823 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9824 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9825 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9826 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9827 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9828 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9829 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9830 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9831 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9832 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9833 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9834 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9835 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9836 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9837 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9838 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9839 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9841 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9842 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9843 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9844 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9845 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9846 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9847 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9848 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9849 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9850 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9851 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9852 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9853 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9854 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9855 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9856 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9857 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9858 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9859 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9860 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9861 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9862 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9863 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 9864 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9865 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9866 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9867 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9868 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9869 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9870 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9871 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9872 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9873 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9875 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9876 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9877 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9878 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9879 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9880 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9881 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9882 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9883 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9884 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9885 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9886 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9887 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9888 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9889 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9890 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9891 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9892 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9893 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9894 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9895 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9896 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9897 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9898 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9899 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9900 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9901 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9902 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9904 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9905 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9906 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9907 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9908 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9909 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9910 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9911 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9912 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9913 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9914 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9915 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9916 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9917 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9918 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9919 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9920 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9921 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9922 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9923 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9924 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9925 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9926 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9927 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9928 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9929 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9930 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9931 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9932 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9933 | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REDACTED STUDENT 9934 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9935 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9936 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9937 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9938 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9939 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9940 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9941 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9942 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9943 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9944 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9945 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9946 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9947 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9948 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9949 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9950 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9951 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9952 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9953 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9954 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9955 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9956 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9957 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9958 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9959 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9960 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9961 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9962 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9963 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9964 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9965 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9966 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9967 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9968 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9969 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9970 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9971 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9972 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9973 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9974 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9975 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9976 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9977 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9978 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9979 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9980 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9981 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9982 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9983 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9984 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9985 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9986 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9987 | | ADDRESS ON FILE | | | | | | |
| REDACTED STUDENT 9988 | | ADDRESS ON FILE | | | | | | |
| REDFORD, J.A.C. | | ADDRESS ON FILE | | | | | | |
| REED SMITH | | ADDRESS ON FILE | | | | | | |
| REED, LAURA | | ADDRESS ON FILE | | | | | | |
| REEDER, BROOKE | | ADDRESS ON FILE | | | | | | |
| REEDER, BROOKE D. | | ADDRESS ON FILE | | | | | | |
| REEDER, ROSAE | | ADDRESS ON FILE | | | | | | |
| REES, AMY | | ADDRESS ON FILE | | | | | | |
| REES, THOMAS | | ADDRESS ON FILE | | | | | | |
| REES, THOMAS D. | | ADDRESS ON FILE | | | | | | |
| REESE, PETER | | ADDRESS ON FILE | | | | | | |
| REGINA FLATH | | ADDRESS ON FILE | | | | | | |
| REGIONAL MUSIC SERVICE | | PO BOX 59 | | | MILLVILLE | NJ | 08332-0059 | |
| REGROUP | ATTN: MARIA FIGUEROA | 709 NOE ST. | 709 NOE ST. | | SAN FRANCISCO | CA | 94114 | |
| REGROUP | | 709 NOE STREET | | | SAN FRANCISCO | CA | 94114 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| REICHE, JARRETT | | ADDRESS ON FILE | | | | | | |
| REICHL, LORI SCHWARTZ | | ADDRESS ON FILE | | | | | | |
| REICHLIN, LARRY | | ADDRESS ON FILE | | | | | | |
| REID, DAWN | | ADDRESS ON FILE | | | | | | |
| REID, MICHAEL D. | | ADDRESS ON FILE | | | | | | |
| REIDENAUER, MARK | | ADDRESS ON FILE | | | | | | |
| REILLY, CHRISTINE | | ADDRESS ON FILE | | | | | | |
| REIN, RICHARD | | ADDRESS ON FILE | | | | | | |
| REIN, RICHARD | | ADDRESS ON FILE | | | | | | |
| REINA, MARCELA D. | | ADDRESS ON FILE | | | | | | |
| REINFURT, JONATHAN | | ADDRESS ON FILE | | | | | | |
| REINHARDT, JENNIFER | | ADDRESS ON FILE | | | | | | |
| REINKE, IRENE | | ADDRESS ON FILE | | | | | | |
| RELACHE, INC | | 715 S. 3RD ST. | STUDIO 208 | | PHILA | PA | 19147 | |
| RELX INC. | | DBA LEXISNEXIS | PO BOX 9584 | | NEW YORK | NY | 10087-4584 | |
| RENDE, KATELYN | | ADDRESS ON FILE | | | | | | |
| RENEE CARR | | ADDRESS ON FILE | | | | | | |
| RENEE FERRY | | ADDRESS ON FILE | | | | | | |
| RENEE GATLIN | | ADDRESS ON FILE | | | | | | |
| RENEE MALONE | | ADDRESS ON FILE | | | | | | |
| RENEE PELED | | ADDRESS ON FILE | | | | | | |
| RENEE SHAWVER | | ADDRESS ON FILE | | | | | | |
| RENEE VARA | | ADDRESS ON FILE | | | | | | |
| RENEE VELORIC | | ADDRESS ON FILE | | | | | | |
| RESERO RETAIL TECHNOLOGIES LLC | | 38318 KINGSTON DRIVE | | | N. RIDGEVILLE | OH | 44039 | |
| RESO, LOIS | | ADDRESS ON FILE | | | | | | |
| RESTAURANT ASSOC | | 5105 KENNETT PIKE | | | WINTERTHUR | DE | 19735 | |
| REUNING, KEVIN | | ADDRESS ON FILE | | | | | | |
| REVOLUTION RECOVERY LLC | | 7333 MILNOR ST | | | PHILADELPHIA | PA | 19136 | |
| REYER, STEPHANIE | | ADDRESS ON FILE | | | | | | |
| REYNOLDS, ELLEN | | ADDRESS ON FILE | | | | | | |
| REYNOLDS, ELLEN W. | | ADDRESS ON FILE | | | | | | |
| REYNOLDS, EMILY | | ADDRESS ON FILE | | | | | | |
| RHATIGAN, DANIEL | | ADDRESS ON FILE | | | | | | |
| RHIANNA GELLENTHIN-SMITH | | ADDRESS ON FILE | | | | | | |
| RHOADES, MATTHEW | | ADDRESS ON FILE | | | | | | |
| RHOMBERG-REICH, SAVANNAH | | ADDRESS ON FILE | | | | | | |
| RHONDA FIORESI | | ADDRESS ON FILE | | | | | | |
| RHONDA L. KENDLE | | ADDRESS ON FILE | | | | | | |
| RIALTO PICTURES LLC | | 45 EAST 72ND ST. | #16A | | NEW YORK | NY | 10021 | |
| RICCARDI, DOUGLAS | | ADDRESS ON FILE | | | | | | |
| RICCI, LYDIA | | ADDRESS ON FILE | | | | | | |
| RICE, JULIANNA | | ADDRESS ON FILE | | | | | | |
| RICE, JULIANNA E. | | ADDRESS ON FILE | | | | | | |
| RICH COURT | | ADDRESS ON FILE | | | | | | |
| RICH CUTLER SOUND MIX & DESIGN INC | | 2275 LINCOLN STREET | | | BELLMORE | NY | 11710 | |
| RICHARD C. MOYER, LLC | | 3669 WYOLA DRIVE | | | NEWTOWN SQUARE | PA | 19073 | |
| RICHARD CALDWELL | | ADDRESS ON FILE | | | | | | |
| RICHARD GLEJZER | | ADDRESS ON FILE | | | | | | |
| RICHARD L. FRANKEL | | ADDRESS ON FILE | | | | | | |
| RICHARD NORMAN | | ADDRESS ON FILE | | | | | | |
| RICHARD REIN | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| RICHARD REIN | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| RICHARD REIN | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| RICHARD WILLINGER | | ADDRESS ON FILE | | | | | | |
| RICHARD WOODWARD | | ADDRESS ON FILE | | | | | | |
| RICHARDSON, BRITTANIE M. | | ADDRESS ON FILE | | | | | | |
| RICKY PALLADINO | | ADDRESS ON FILE | | | | | | |
| RICOH BUSINESS SYSTEMS | | 300 EAGLEVIEW BOULEVARD | | | EXTON | PA | 19341 | |
| RIDER UNIVERSITY | | 2083 LAWRENCEVILLE RD | | | LAWRENCEVILLE | NJ | 08648 | |
| RIDER, PAUL | | ADDRESS ON FILE | | | | | | |
| RIDER, PAUL J. | | ADDRESS ON FILE | | | | | | |
| RIDGWAYS | | PO BOX 16883 | | | PHILADELPHIA | PA | 19142-0883 | |
| RIDLEY, CRYSTAL | | ADDRESS ON FILE | | | | | | |
| RIECHERS, ANGELA | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| RIGGSBEE, CAITLIN | | ADDRESS ON FILE | | | | | | |
| RILEY DAUBER | | ADDRESS ON FILE | | | | | | |
| RILEY, GREGORY | | ADDRESS ON FILE | | | | | | |
| RINDISBACHER, ALEXANDER | | ADDRESS ON FILE | | | | | | |
| RINGLING COLLEGE | | 2700 N TAMIAMI TRAIL | | | SARASOTA | FL | 34234 | |
| RIVERA, ELIZABETH | | ADDRESS ON FILE | | | | | | |
| RIVERA, LISSA | | ADDRESS ON FILE | | | | | | |
| ROARING SPRING PAPER PRODUCTS | | 740 SPANG ST. | P. O. BOX 35 | | ROARING SPRING | PA | 16673-1924 | |
| ROARK, JO-DEAN | | ADDRESS ON FILE | | | | | | |
| ROB FEINBERG | | ADDRESS ON FILE | | | | | | |
| ROBBIE OMAHABOY | | ADDRESS ON FILE | | | | | | |
| ROBBINS, OWEN | | ADDRESS ON FILE | | | | | | |
| ROBERSON, SAMANTHA RISE | | ADDRESS ON FILE | | | | | | |
| ROBERT AHLERS | | ADDRESS ON FILE | | | | | | |
| ROBERT AND BEATRICE HOMPE FOUNDATION | | PO BOX 439 | | | MONTCHANIN | DE | 19710-0439 | |
| ROBERT E. MUGGE MUG-SHOT PRODUCTIONS | | ADDRESS ON FILE | | | | | | |
| ROBERT FELTY | | ADDRESS ON FILE | | | | | | |
| ROBERT HERSHBERGER | | ADDRESS ON FILE | | | | | | |
| ROBERT NEWMAN | | ADDRESS ON FILE | | | | | | |
| ROBERT WYMBS | | ADDRESS ON FILE | | | | | | |
| ROBERTO ARAUJO | | ADDRESS ON FILE | | | | | | |
| ROBERTS, JOSHUA | | ADDRESS ON FILE | | | | | | |
| ROBERTS, NATALIE I | | ADDRESS ON FILE | | | | | | |
| ROBERTSON, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| ROBIN A. FUJITA | | ADDRESS ON FILE | | | | | | |
| ROBIN APARTMENTS | | 2003 CHESTNUT ST | | | PHILADELPHIA | PA | 19103 | |
| ROBIN LYBOLT-WAGNER | | ADDRESS ON FILE | | | | | | |
| ROBIN MILES-MCLEAN | | ADDRESS ON FILE | | | | | | |
| ROBIN, NATALIE | | ADDRESS ON FILE | | | | | | |
| ROBIN, NATALIE REBECCA | | ADDRESS ON FILE | | | | | | |
| ROBINSON, ANDREW | | ADDRESS ON FILE | | | | | | |
| ROBINSON, SUSAN | | ADDRESS ON FILE | | | | | | |
| ROBINSON, TAYLOR | | ADDRESS ON FILE | | | | | | |
| ROBYN NEEDELMAN | | ADDRESS ON FILE | | | | | | |
| ROCHELLE ROCCHI | | ADDRESS ON FILE | | | | | | |
| ROCHESTER INSTITUTE OF TECHNOLOGY | | ONE LOMB MEMORIAL DRIVE | | | ROCHESTER | NY | 14623 | |
| ROCIO CABELLO | | ADDRESS ON FILE | | | | | | |
| ROCKFORD, JORDAN | | ADDRESS ON FILE | | | | | | |
| ROCKOFF, CYLE L. | | ADDRESS ON FILE | | | | | | |
| RODRIGUEZ, LUZ | | ADDRESS ON FILE | | | | | | |
| RODRIGUEZ, WILFREDO III | | ADDRESS ON FILE | | | | | | |
| ROGER HULL | | ADDRESS ON FILE | | | | | | |
| ROGERS, LAEL | | ADDRESS ON FILE | | | | | | |
| ROHM & HAAS CO | | 100 INDEPENDENCE MALL WEST, STE 1A | | | PHILADELPHIA | PA | 19106-2320 | |
| ROLANDO HERNANDEZ | | ADDRESS ON FILE | | | | | | |
| ROLLS-ROYCE OWNERS CLUB - KEYSTONE | | 4027 TINKER HILL RD | | | PHOENIXVILLE | PA | 19460-2840 | |
| ROLON, CHASITY | | ADDRESS ON FILE | | | | | | |
| ROMAY, MELANIE | | ADDRESS ON FILE | | | | | | |
| ROMBERGER, KAYLA | | ADDRESS ON FILE | | | | | | |
| ROMERO, FRANCHESCA | | ADDRESS ON FILE | | | | | | |
| ROMETT, ROSEMARY | | ADDRESS ON FILE | | | | | | |
| RON WOODMAN | | ADDRESS ON FILE | | | | | | |
| RONDA BROWN | | ADDRESS ON FILE | | | | | | |
| RONIQUE ROBINSON | | ADDRESS ON FILE | | | | | | |
| RONNA & STANLEY FOSTER CHARITABLE FUND | | ADDRESS ON FILE | | | | | | |
| ROONEY, WILLIAM | | ADDRESS ON FILE | | | | | | |
| ROOSEVELT PAPER CO | | 1 ROOSEVELT DR | | | MOUNT LAUREL | NJ | 08054-6307 | |
| ROPER, ALICIA | | ADDRESS ON FILE | | | | | | |
| ROSANE MUNIZ ROCHA | | ADDRESS ON FILE | | | | | | |
| ROSE, JENNIFER | | ADDRESS ON FILE | | | | | | |
| ROSE, ROBERT S. | | ADDRESS ON FILE | | | | | | |
| ROSEMONT COLLEGE | | 1400 MONTGOMERY AVE | | | BRYN MAWR | PA | 19010-1631 | |
| ROSENBACH MUSEUM & LIBRARY | | 2008-2010 DELANCEY PLACE | | | PHILADELPHIA | PA | 19103 | |
| ROSENBERG, ADINA J. | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ROSENTHAL, MASON | | ADDRESS ON FILE | | | | | | |
| ROSS, SHARON | | ADDRESS ON FILE | | | | | | |
| ROTHFIELD, PHILIPA M. | | ADDRESS ON FILE | | | | | | |
| ROTHMAN-ZECHER, MORIEL | | ADDRESS ON FILE | | | | | | |
| ROTHMAN-ZECHER, MORIEL Z. | | ADDRESS ON FILE | | | | | | |
| ROTINDO, NICHOLAS A. | | ADDRESS ON FILE | | | | | | |
| ROTONDO, JOHN | | ADDRESS ON FILE | | | | | | |
| ROTTMAN, BRIGITTE N. | | ADDRESS ON FILE | | | | | | |
| ROULHAC, GABRIELLE L. | | ADDRESS ON FILE | | | | | | |
| ROUSE, MIKEL | | ADDRESS ON FILE | | | | | | |
| ROWAN UNIVERSITY | | 201 MULLICA HILL RD | | | GLASSBORO | NJ | 08028 | |
| ROWELL, K CYNTHIA | | ADDRESS ON FILE | | | | | | |
| ROWLAND, HOBART | | ADDRESS ON FILE | | | | | | |
| ROY FARFEL | | ADDRESS ON FILE | | | | | | |
| ROYAL BANK AMERICA | | 732 MONTGOMERY AVE | | | NARBERTH | PA | 19072-2012 | |
| ROYAL FITNESS | | 50 E GLOUCESTER PIKE | | | BARRINGTON | NJ | 08007-1323 | |
| RPA ADVISORS, LLC | | 311 S. WACKER DRIVE, | SUITE 510 | | CHICAGO | IL | 60606 | |
| RUDOLF, COLLEEN | | ADDRESS ON FILE | | | | | | |
| RUDY CALLEGARI | | ADDRESS ON FILE | | | | | | |
| RUTGERS UNIVERSITY - CAMDEN | | 303 COOPER STREET | | | CAMDEN | NJ | 08102 | |
| RUTGERS UNIVERSITY - NEW BRUNSWICK | | 33 LIVINGSTON AVENUE | | | NEW BRUNSWICK | NJ | 08901 | |
| RUTH SACHS | | ADDRESS ON FILE | | | | | | |
| RUTHANN PYLE | | ADDRESS ON FILE | | | | | | |
| RYAN FRIEL | | ADDRESS ON FILE | | | | | | |
| RYAN J. HAMMER | | ADDRESS ON FILE | | | | | | |
| RYAN P. CALABRO | | ADDRESS ON FILE | | | | | | |
| RYNKEWICZ, SEAN | | ADDRESS ON FILE | | | | | | |
| SAADIA LAWTON | | ADDRESS ON FILE | | | | | | |
| SABRA, JODI | | ADDRESS ON FILE | | | | | | |
| SABRINA WETZEL | | ADDRESS ON FILE | | | | | | |
| SACHS, SIDNEY | | ADDRESS ON FILE | | | | | | |
| SACK, REBECCA | | ADDRESS ON FILE | | | | | | |
| SACK, REBECCA | | ADDRESS ON FILE | | | | | | |
| SADUESTE, JEFF | | ADDRESS ON FILE | | | | | | |
| SAINT JOSEPHS UNIVERSITY | | 5600 CITY AVE | | | PHILADELPHIA | PA | 19131 | |
| SAINT JOSEPHS UNIVERSITY | | STE 160 DREXEL LIBRARY | 5600 CITY AVENUE | | PHILADELPHIA | PA | 19131-1935 | |
| SALERNO, MELISSA | | ADDRESS ON FILE | | | | | | |
| SALERNO, MELISSA A. | | ADDRESS ON FILE | | | | | | |
| SALICANDRO, ANTHONY | | ADDRESS ON FILE | | | | | | |
| SALLY MAZUR | | ADDRESS ON FILE | | | | | | |
| SALLY MESSIER | | ADDRESS ON FILE | | | | | | |
| SALTERS, SHARESE | | ADDRESS ON FILE | | | | | | |
| SALTZER, CONNER | | ADDRESS ON FILE | | | | | | |
| SALVAGGIO, AMIEE | | ADDRESS ON FILE | | | | | | |
| SAM ASH MUSIC | | PO BOX 9047 | | | HICKSVILLE | NY | 11802-9047 | |
| SAM ASHUROV | | ADDRESS ON FILE | | | | | | |
| SAM DANTONIO | | ADDRESS ON FILE | | | | | | |
| SAMANTHA HEUWAGEN | | ADDRESS ON FILE | | | | | | |
| SAMARSKAYA, KSENYA | | ADDRESS ON FILE | | | | | | |
| SAMPSON, KATHRYN | | ADDRESS ON FILE | | | | | | |
| SAMPSON, MICHELLE | | ADDRESS ON FILE | | | | | | |
| SAMSON, CATHERINE WILLETT | | ADDRESS ON FILE | | | | | | |
| SAMUEL ADLER | | ADDRESS ON FILE | | | | | | |
| SAMUEL P. MANDELL FOUNDATION | | ADDRESS ON FILE | | | | | | |
| SAMUEL S. FELS FUND | | ADDRESS ON FILE | | | | | | |
| SAMUEL TABAS FAMILY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| SANCHEZ, RACHEL L. | | ADDRESS ON FILE | | | | | | |
| SANDE WEBSTER GALLERY | | 2018 LOCUST ST | | | PHILADELPHIA | PA | 19103-5614 | |
| SANDERS, LAKIESHA | | ADDRESS ON FILE | | | | | | |
| SANDERS, MALIK I. | | ADDRESS ON FILE | | | | | | |
| SANDERS-SCHMIDT, RHEIN L. | | ADDRESS ON FILE | | | | | | |
| SANDOVAL, ADRIAN | | ADDRESS ON FILE | | | | | | |
| SANDOVAL, ISABEL FERNANDEZ | | ADDRESS ON FILE | | | | | | |
| SANDRA I. CORSINO | | 6272 CEIBA | | | | | 00735 | |
| SANDRA SCONFIENZA | | ADDRESS ON FILE | | | | | | |
| SANDY SORLIEN | | ADDRESS ON FILE | | | | | | |
| SANFORD, SARAH | | ADDRESS ON FILE | | | | | | |
| SANFORD, SARAH L. | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SANNEH, RACHEL | | ADDRESS ON FILE | | | | | | |
| SANNINO, CHRIS | | ADDRESS ON FILE | | | | | | |
| SANSONE, KIRA | | ADDRESS ON FILE | | | | | | |
| SANTA REPARATA INTL SCHOOL OF | | 921 S. ST. MARYS ST. | | | SAN ANTONIO | TX | 78205-3452 | |
| SANTILLI, ALEXANDER | | ADDRESS ON FILE | | | | | | |
| SANTORO, JONATHAN | | ADDRESS ON FILE | | | | | | |
| SANYAL, TRINA | | ADDRESS ON FILE | | | | | | |
| SAPPHIRE FUND | C/O WILLIAM WAY CENTER | 1315 SPRUCE ST | | | PHILADELPHIA | PA | 19107-5601 | |
| SARA STIERITZ | | ADDRESS ON FILE | | | | | | |
| SARAH ACCHIONE | | ADDRESS ON FILE | | | | | | |
| SARAH LAWRENCE COLLEGE | STUDENT ACCOUNTS | PO BOX 8000 | DEPARTMENT 120 | | BUFFALO | NY | 14267 | |
| SARAH MILLER | | ADDRESS ON FILE | | | | | | |
| SARAPIK, LIINA MELANIE | | ADDRESS ON FILE | | | | | | |
| SARFO, JIM | | ADDRESS ON FILE | | | | | | |
| SARIOGLU, ADEM | | ADDRESS ON FILE | | | | | | |
| SARIOGLU, ADEM K. | | ADDRESS ON FILE | | | | | | |
| SASHA TSYRLIN | | ADDRESS ON FILE | | | | | | |
| SASSAFRAS SOFTWARE, INC | | PO BOX 150 | | | HANOVER | NH | 03755 | |
| SAVANNAH COLLEGE OF ART AND DESIGN | | 516 DRAYTON ST | | | SAVANNAH | GA | 31401 | |
| SAVANNAH COLLEGE OF ART AND DESIGN | | PO BOX 3146 | | | SAVANNAH | GA | 31402-3146 | |
| SAVICH, ZACHARY | | ADDRESS ON FILE | | | | | | |
| SAVOCA, NANCY | | ADDRESS ON FILE | | | | | | |
| SAVON, THOMAS M. | | ADDRESS ON FILE | | | | | | |
| SAXBYS | | 2005 MARKET ST | STE 810 | | PHILADELPHIA | PA | 19103 | |
| SB SOUDER DESIGNS LLC | | 1025 8TH AVE N | | | NAPLES | FL | 34102-8116 | |
| SCANNX INC | | 838 GRAY FOX CIRCLE | | | PLEASANTON | CA | 94566 | |
| SCARFO, JACQUELINE JACOBSON | | ADDRESS ON FILE | | | | | | |
| SCARLET STREETS PRODUCTIONS | | 105 SOUTH 18TH ST. | APT 4C | | PHILADELPHIA | PA | 19103 | |
| SCENARIO LEARNING, LLC | | PO BOX 736512 | | | DALLAS | TX | 75373-6512 | |
| SCHAECHTER, JUDITH | | ADDRESS ON FILE | | | | | | |
| SCHAEFER, CHRISTINE | | ADDRESS ON FILE | | | | | | |
| SCHAEFER, CHRISTINE M. | | ADDRESS ON FILE | | | | | | |
| SCHECHTMAN, HOWARD | | ADDRESS ON FILE | | | | | | |
| SCHEINER, JACKIE M. | | ADDRESS ON FILE | | | | | | |
| SCHEINER, JACLYN | | ADDRESS ON FILE | | | | | | |
| SCHELL, ALLISON | | ADDRESS ON FILE | | | | | | |
| SCHERMERHORN, GRETCHEN | | ADDRESS ON FILE | | | | | | |
| SCHMIDT, BRIAN | | ADDRESS ON FILE | | | | | | |
| SCHNADER HARRISON GOLDSTEIN & MANELLO | | 1600 MARKET ST STE 3600 | | | PHILADELPHIA | PA | 19103-7212 | |
| SCHNADER HARRISON SEGAL & LEWIS LLP | | 1600 MARKET ST STE 3600 | | | PHILADELPHIA | PA | 19103-7212 | |
| SCHNAIDT, MICHAEL | | ADDRESS ON FILE | | | | | | |
| SCHNEIDER, REBECCA | | ADDRESS ON FILE | | | | | | |
| SCHOOL OF VISUAL ARTS | | 209 EAST 23RD STREET | | | NEW YORK | NY | 10010 | |
| SCHROEPPEL, AMY | | ADDRESS ON FILE | | | | | | |
| SCHUETTE, PAUL | | ADDRESS ON FILE | | | | | | |
| SCHUETTE, PAUL W. | | ADDRESS ON FILE | | | | | | |
| SCHULMAN, JOSHUA L. | | ADDRESS ON FILE | | | | | | |
| SCHULTZ & WILLIAMS, INC. | | ONE PENN CENTER @ SUB STATION | 1617 JFK BLVD. | STE 1700 | PHILADELPHIA | PA | 19103 | |
| SCHULTZ, JUDITH | | ADDRESS ON FILE | | | | | | |
| SCHULTZ, TODD | | ADDRESS ON FILE | | | | | | |
| SCHUTTS ET AL V. THE UNIVERSITY OF THE ARTS | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| SCHUTTS ET AL V. THE UNIVERSITY OF THE ARTS | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| SCHUTTS, BRAD | | ADDRESS ON FILE | | | | | | |
| SCHUTTS, BRAD M. | | ADDRESS ON FILE | | | | | | |
| SCHWAB CHARITABLE FUND | | 211 MAIN STREET | | | SAN FRANCISCO | CA | 94106 | |
| SCHWARTZ, DAVID | | ADDRESS ON FILE | | | | | | |
| SCHWARTZ, DAVID A. | | ADDRESS ON FILE | | | | | | |
| SCHWARTZ, JAY R. | | ADDRESS ON FILE | | | | | | |
| SCONIERS, NATAJIA F. | | ADDRESS ON FILE | | | | | | |
| SCOTT COOPER | | ADDRESS ON FILE | | | | | | |
| SCOTT NAPOLITANO | | ADDRESS ON FILE | | | | | | |
| SCOTT PATROHAY | | ADDRESS ON FILE | | | | | | |
| SCOTT, MARC A. | | ADDRESS ON FILE | | | | | | |
| SCOTT, MICHAEL | | ADDRESS ON FILE | | | | | | |
| SCOTT, SUZANNE | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SDC - LEAGUE HEALTH FUND | | 140 SYLVAN AVE. | STE 303 | | ENGLEWOOD CLIFFS | NJ | 07632 | |
| SDC - LEAGUE PENSION FUND | | 140 SYLVAN AVE. | STE 303 | | ENGLEWOOD CLIFFS | NJ | 07632 | |
| SEALE, SLOAN | | ADDRESS ON FILE | | | | | | |
| SEAN BELL | | ADDRESS ON FILE | | | | | | |
| SEAN LEDBETTER | | ADDRESS ON FILE | | | | | | |
| SEAN LEE | | ADDRESS ON FILE | | | | | | |
| SEAN M. ARNOLD | | ADDRESS ON FILE | | | | | | |
| SEARS, CLAYTON | | ADDRESS ON FILE | | | | | | |
| SEARS-RIVERA, SHANNON | | ADDRESS ON FILE | | | | | | |
| SEBRINA LAMBERT | | ADDRESS ON FILE | | | | | | |
| SECURED METHOD INVESTING, INC | | 314 CONESTOGA WAY | | | PHILADELPHIA | PA | 19139-2019 | |
| SEEHERMAN, ELISA | | ADDRESS ON FILE | | | | | | |
| SEEHERMAN, ELISA M. | | ADDRESS ON FILE | | | | | | |
| SEEHERMAN, ELISA M. | | ADDRESS ON FILE | | | | | | |
| SEETHALER, KATHRYN | | ADDRESS ON FILE | | | | | | |
| SEI INVESTMENTS CO | | 1 FREEDOM VALLEY DRPO BOX 1100 | | | OAKS | PA | 19456-1100 | |
| SEI PRIVATE TRUST CO | | 100 CIDER MILL RD | | | COLLEGEVILLE | PA | 19146 | |
| SEILER, JONATHAN E. | | ADDRESS ON FILE | | | | | | |
| SELECT TRAVEL SERVICE, INC | | WEST 115 CENTRY RD | STE 330 | | PARAMUS | NJ | 07652 | |
| SELEMANI, CHISOMO | | ADDRESS ON FILE | | | | | | |
| SELIGSOHN SOENS HESS | | ADDRESS ON FILE | | | | | | |
| SELIN, HANNAH | | ADDRESS ON FILE | | | | | | |
| SELINA CELEBRE | | ADDRESS ON FILE | | | | | | |
| SELLERS, MEREDITH | | ADDRESS ON FILE | | | | | | |
| SELLEY, CYNTHIA | | ADDRESS ON FILE | | | | | | |
| SEMANSKI, JAMES | | ADDRESS ON FILE | | | | | | |
| SEN, PRIYANJALI | | ADDRESS ON FILE | | | | | | |
| SEPTA | | 1234 MARKET ST | 9TH FL | | PHILADELPHIA | PA | 19107 | |
| SERGEEV, MIKHAIL | | ADDRESS ON FILE | | | | | | |
| SERGEEV, MIKHAIL | | ADDRESS ON FILE | | | | | | |
| SERIESFEST, INC | | 1550 WEWATTA STREET | STE 820 | | DENVER | CO | 80202 | |
| SETRAKIAN, EDWARD | | ADDRESS ON FILE | | | | | | |
| SEVE, KAREN DE | | ADDRESS ON FILE | | | | | | |
| SEVEN02DESIGN LLC | | 15345 VIA LOS TULARES | | | CARMEL VALLEY | CA | 93924 | |
| SEVENTY-SEVEN | | PO BOX 678 | | | SHARON | CT | 06069 | |
| SHACOCHIS, KRISTOPHER | | ADDRESS ON FILE | | | | | | |
| SHADLE, NICHOLAS J. | | ADDRESS ON FILE | | | | | | |
| SHADOW DANCE MEDIA, LLC | | 1500 CHESTNUT STREET | STE 2 #3117 | | PHILADELPHIA | PA | 19102 | |
| SHAHANARA RAHMAN | | ADDRESS ON FILE | | | | | | |
| SHAILESH LULLA | | ADDRESS ON FILE | | | | | | |
| SHAMAIENGAR, PIERSON | | ADDRESS ON FILE | | | | | | |
| SHANDOR, JESSICA | | ADDRESS ON FILE | | | | | | |
| SHANI FERGUSON | | ADDRESS ON FILE | | | | | | |
| SHANNON BERNING | | ADDRESS ON FILE | | | | | | |
| SHANNON ISAACS | | ADDRESS ON FILE | | | | | | |
| SHANNON WIXTED | | ADDRESS ON FILE | | | | | | |
| SHANNON, UMA | | ADDRESS ON FILE | | | | | | |
| SHANNON, UMA S. | | ADDRESS ON FILE | | | | | | |
| SHARON FRIEDBERG | | ADDRESS ON FILE | | | | | | |
| SHARON MULLALLY | | ADDRESS ON FILE | | | | | | |
| SHARON STEWART | | ADDRESS ON FILE | | | | | | |
| SHAUNTE POLK | | ADDRESS ON FILE | | | | | | |
| SHAWNA LEMELMAN | | ADDRESS ON FILE | | | | | | |
| SHAYLA-VIE JENKINS | | ADDRESS ON FILE | | | | | | |
| SHEBLY DONNELLY | | ADDRESS ON FILE | | | | | | |
| SHEETAL KHANNA-RAVICH | | ADDRESS ON FILE | | | | | | |
| SHEILA MARINO-THOMAS | | ADDRESS ON FILE | | | | | | |
| SHEILAGH MYLOTT | | ADDRESS ON FILE | | | | | | |
| SHELL, LILY | | ADDRESS ON FILE | | | | | | |
| SHELLEH SMITH | | ADDRESS ON FILE | | | | | | |
| SHEPPARD, SCOTT R. | | ADDRESS ON FILE | | | | | | |
| SHEREE JACKSON | | ADDRESS ON FILE | | | | | | |
| SHERI HELLER | | ADDRESS ON FILE | | | | | | |
| SHERMAN, RACHEL | | ADDRESS ON FILE | | | | | | |
| SHERRI ELLIS | | ADDRESS ON FILE | | | | | | |
| SHERRI HUNT | | ADDRESS ON FILE | | | | | | |
| SHERRIE BITTERMAN | | ADDRESS ON FILE | | | | | | |
| SHERRY DYE | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SHERRY WARNER | | ADDRESS ON FILE | | | | | | |
| SHERY PRINCIPE | | ADDRESS ON FILE | | | | | | |
| SHERYL BRAUN | | ADDRESS ON FILE | | | | | | |
| SHERYL ORING | | ADDRESS ON FILE | | | | | | |
| SHETTY, PRIYANKA | | ADDRESS ON FILE | | | | | | |
| SHIAU, CONNIE | | ADDRESS ON FILE | | | | | | |
| SHIELDS, SOPHIE | | ADDRESS ON FILE | | | | | | |
| SHIN, SEUNGBUM | | ADDRESS ON FILE | | | | | | |
| SHIRLEY M. ATCHISON | | ADDRESS ON FILE | | | | | | |
| SHOOTING STARS NEW YEARS BRIGADE | | 1934 S 2ND ST | | | PHILADELPHIA | PA | 19148-2602 | |
| SHOSHANAH ZARITT | | ADDRESS ON FILE | | | | | | |
| SHOWALTER, KRISTIN | | ADDRESS ON FILE | | | | | | |
| SHOWALTER, KRISTIN L. | | ADDRESS ON FILE | | | | | | |
| SHOWORKS AUDIO - VISUAL, INC | | 730 PHILADELPHIA PIKE | | | WILMINGTON | DE | 19809 | |
| SHURTECH BRANDS | | ADDRESS ON FILE | | | | | | |
| SICINSKA, MARTA | | ADDRESS ON FILE | | | | | | |
| SIDDIQUIE, ESTHER | | ADDRESS ON FILE | | | | | | |
| SIDLOW, STEPHANIE | | ADDRESS ON FILE | | | | | | |
| SIDLOW, STEPHANIE P. | | ADDRESS ON FILE | | | | | | |
| SIDNEY R. ROSENAU FOUNDATION | | ADDRESS ON FILE | | | | | | |
| SIEMASKO, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| SIGAL, MR. ALEX | | ADDRESS ON FILE | | | | | | |
| SIGNATURE THEATRE CO | | 480 WEST 42ND STREET | | | NEW YORK | NY | 10036 | |
| SIMMONS, AARON | | ADDRESS ON FILE | | | | | | |
| SIMMONS, TRACY | | ADDRESS ON FILE | | | | | | |
| SIMON & SCHUSTER INC | | PO BOX 70660 | | | CHICAGO | IL | 60673-0660 | |
| SIMON-KENNEDY, ANI | | ADDRESS ON FILE | | | | | | |
| SIMONS, KELLI | | ADDRESS ON FILE | | | | | | |
| SIMONS, MARISHA | | ADDRESS ON FILE | | | | | | |
| SINGER MD LLC | | 1324 BRASS MILL RD. | | | BELCAMP | MD | 21017 | |
| SINUTOKE, TIDTAYA | | ADDRESS ON FILE | | | | | | |
| SIX STAIR INC | | 517 NORTH FAIRFAX AVENUE | | | LOS ANGELES | CA | 90036 | |
| SKEIKER, FADI | | ADDRESS ON FILE | | | | | | |
| SKILLSURVEY, INC | | PO BOX 737313 | | | DALLAS | TX | 75373-7313 | |
| SKOOG, SUSAN | | ADDRESS ON FILE | | | | | | |
| SKOOG, SUSAN R. | | ADDRESS ON FILE | | | | | | |
| SLATE BELT HERITAGE CENTER | | 30 NORTH FIRST STREET | | | BANGER | PA | 18013 | |
| SLOAN SEALE | | ADDRESS ON FILE | | | | | | |
| SLUTSKY, VALENTINA | | ADDRESS ON FILE | | | | | | |
| SMACZYLO, MICHAEL | | ADDRESS ON FILE | | | | | | |
| SMART, JOSEPH | | ADDRESS ON FILE | | | | | | |
| SMITH & DICTION LLC | | 1901 SOUTH 9TH STREET | SPACE 510 | | PHILADELPHIA | PA | 19148 | |
| SMITH, ASHLEY | | ADDRESS ON FILE | | | | | | |
| SMITH, CHRISTOPHER E. JR. | | ADDRESS ON FILE | | | | | | |
| SMITH, CODY | | ADDRESS ON FILE | | | | | | |
| SMITH, CORNELIA | | ADDRESS ON FILE | | | | | | |
| SMITH, DARRYL | | ADDRESS ON FILE | | | | | | |
| SMITH, GERARD X. | | ADDRESS ON FILE | | | | | | |
| SMITH, JESSE | | ADDRESS ON FILE | | | | | | |
| SMITH, JONATHAN L. | | ADDRESS ON FILE | | | | | | |
| SMITH, KRISTA | | ADDRESS ON FILE | | | | | | |
| SMITH, KRISTA E. | | ADDRESS ON FILE | | | | | | |
| SMITH, LEE W. | | ADDRESS ON FILE | | | | | | |
| SMITH, MARK T. | | ADDRESS ON FILE | | | | | | |
| SMITH, RANDAL | | ADDRESS ON FILE | | | | | | |
| SMITH, RHONDA | | ADDRESS ON FILE | | | | | | |
| SNACKTIME PHILLY, LLC | | 2331 SOUTH CARLISLE STREET | | | PHILADELPHIA | PA | 19145 | |
| SNAVELY, MIRANDA | | ADDRESS ON FILE | | | | | | |
| SNAVELY, MIRANDA E. | | ADDRESS ON FILE | | | | | | |
| SNIPES, KEVIN | | ADDRESS ON FILE | | | | | | |
| SNODGRASS, NICOLE | | ADDRESS ON FILE | | | | | | |
| SNOWHYDRA , LLC | | 53 BRIDGE STREET | #301 | | BROOKLYN | NY | 11201 | |
| SNYDER, JENNIFER | | ADDRESS ON FILE | | | | | | |
| SOBOL, MARK | | ADDRESS ON FILE | | | | | | |
| SOCK CLUB ENTERPRISES, LLC | | 2200 TILLERY ST. | UNIT B | | AUSTIN | TX | 78723 | |
| SOCKHOLM GALERIE NORDHAKE AB | | HUDIKSVALLSGATAN 8 | | | STOCKHOLM | | | SWEDEN |
| SODERLUND, KERSTIN M. | | ADDRESS ON FILE | | | | | | |
| SOFI LENDING | | P.O.BOX 654158 | | | DALLAS | TX | 75265-4150 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SOFTDOCS SC, LLC | | PO BOX 121999 | | | DALLAS | TX | 75312-1999 | |
| SOFTDOCS SC, LLC | | PO BOX 121999 | | | DALLAS | TX | 75312-1999 | |
| SOLEIL, BARAK A. | | ADDRESS ON FILE | | | | | | |
| SOLOT, ALYSON | | ADDRESS ON FILE | | | | | | |
| SOMMERFELDT, JEROD P. | | ADDRESS ON FILE | | | | | | |
| SON OF BARETZ PICTURES, INC | | 46 CHRISTOPHER ST. | | | MONTCLAIR | NJ | 07042 | |
| SONDRA BAIRD MABRY | | ADDRESS ON FILE | | | | | | |
| SONG HEO | | ADDRESS ON FILE | | | | | | |
| SONSINO, MICHELLE | | ADDRESS ON FILE | | | | | | |
| SOOKNANAN, SHIVANNA | | ADDRESS ON FILE | | | | | | |
| SOTHEBYS NORTH AMERICA | | 1334 YORK AVE | | | NEW YORK | NY | 10021-4806 | |
| SOULEYE FALL | | ADDRESS ON FILE | | | | | | |
| SOULO GROUP, LLC | | 281 LINDEN ST. | | | MOORESTOWN | NJ | 08057 | |
| SOURCE4 | | 3473 BRANDON AVE | SW | | ROANOKE | VA | 24018 | |
| SOUTHWORTH, GILLIAN | | ADDRESS ON FILE | | | | | | |
| SOUZA, SAVANNAH H. | | ADDRESS ON FILE | | | | | | |
| SOVEREIGN BANK | | 1130 BERKSHIRE BLVD | | | WYOMISSING | PA | 19610 | |
| SPARAGANA, LINDSAY | | ADDRESS ON FILE | | | | | | |
| SPARAGANA, LINDSAY M. | | ADDRESS ON FILE | | | | | | |
| SPAULDING, MARC | | ADDRESS ON FILE | | | | | | |
| SPECTOR, FRANKLIN M. | | ADDRESS ON FILE | | | | | | |
| SPECTOR, ROCHELLE | | ADDRESS ON FILE | | | | | | |
| SPENCER, LORI | | ADDRESS ON FILE | | | | | | |
| SPENCER, SUZANNE L. | | ADDRESS ON FILE | | | | | | |
| SPICER INC | | 11 TENBY RD | | | HAVERTOWN | PA | 19083-5312 | |
| SPIEGEL, REBECCA | | ADDRESS ON FILE | | | | | | |
| SPIKER, WILLIAM | | ADDRESS ON FILE | | | | | | |
| SPIKES TROPHIES LIMITED | | 2701 GRANT AVENUE | | | PHILADELPHIA | PA | 19114 | |
| SPIRAL Q LLC | | 1315 WALNUT STREET | | | PHILADELPHIA | PA | 19107 | |
| SPRING POINT PARTNERS LLC MATCHING GIFTS PROGRAM | | 2929 WALNUT ST STE 1150 | | | PHILADELPHIA | PA | 19104-5910 | |
| SPRINGER, DAWN | | ADDRESS ON FILE | | | | | | |
| SPRINGSHARE LLC | | 801 BRICKELL AVE. | FL 8 | | MIAMI | FL | 33131-2951 | |
| SPYTRONICS | | PO BOX 299 | | | POCONO LAKE | PA | 18347-0070 | |
| SQUADRITO, JAMES | | ADDRESS ON FILE | | | | | | |
| ST. IVES BURRUPS | | ADDRESS ON FILE | | | | | | |
| STACEY ASHER | | ADDRESS ON FILE | | | | | | |
| STACEY EAGER | | ADDRESS ON FILE | | | | | | |
| STACEY PEDERSEN | | ADDRESS ON FILE | | | | | | |
| STACEY WALKER | | ADDRESS ON FILE | | | | | | |
| STACY STACKHOUSE | | ADDRESS ON FILE | | | | | | |
| STAMPER, JOSHUA | | ADDRESS ON FILE | | | | | | |
| STANDRIDGE, RANDALL | | ADDRESS ON FILE | | | | | | |
| STANLEY TOOLS | | 600 MYRTLE ST | | | NEW BRITAIN | CT | 06053-3976 | |
| STAPLES, KAITLIN | | ADDRESS ON FILE | | | | | | |
| STARR TRANSIT CO, INC | | 2531 EAST STATE STREET | | | TRENTON | NJ | 08619 | |
| STARS STUDIO | | 7535 ARUNDEL WOODS DR | | | JESSUP | MD | 20794-3257 | |
| STATE UNIVERSITY OF NEW YORK | | 353 BROADWAY | | | ALBANY | NY | 12246 | |
| STAUFFER, ANNE | | ADDRESS ON FILE | | | | | | |
| STAVEN, KARL | | ADDRESS ON FILE | | | | | | |
| STAVEN, KARL | | ADDRESS ON FILE | | | | | | |
| STEELE, CARL L. | | ADDRESS ON FILE | | | | | | |
| STEELE, LUCAS D. | | ADDRESS ON FILE | | | | | | |
| STEFAN, CHRISTINA H. | | ADDRESS ON FILE | | | | | | |
| STEFANIE ELFSTROM | | ADDRESS ON FILE | | | | | | |
| STEFANIE LAU | | ADDRESS ON FILE | | | | | | |
| STEFANIE LI | | ADDRESS ON FILE | | | | | | |
| STELLA B | | ADDRESS ON FILE | | | | | | |
| STEPANIC, COLLEEN M. | | ADDRESS ON FILE | | | | | | |
| STEPHANIE BAGLEY | | ADDRESS ON FILE | | | | | | |
| STEPHANIE BERGER PHOTOGRAPHY | | ADDRESS ON FILE | | | | | | |
| STEPHANIE CAWLEY | C/O EDELSON LECHTZIN LLP | ATTN: MARC H. EDELSON, SHOSHANA MICHELLE SAVETT, ERIC LECHTZIN | 411 S. STATE STREET | SUITE N-300 | NEWTOWN | PA | 18940 | |
| STEPHANIE CAWLEY | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| STEPHANIE CAWLEY | C/O WILLIG WILLIAMS & DAVIDSON | ATTN: RYAN ALLEN HANCOCK, JORDAN KONELL, SAMUEL H. DATLOF | 1845 WALNUT STREET, 24TH FLOOR | | PHILADELPIA | PA | 19103 | |
| STEPHANIE CAWLEY | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| STEPHANIE MCCORMICK | | ADDRESS ON FILE | | | | | | |
| STEPHANIE REYER | | ADDRESS ON FILE | | | | | | |
| STEPHEN CIRINO | | ADDRESS ON FILE | | | | | | |
| STEPHEN JONES | | ADDRESS ON FILE | | | | | | |
| STEPHEN LINDER | | ADDRESS ON FILE | | | | | | |
| STEPHEN OCONNOR | | ADDRESS ON FILE | | | | | | |
| STEPHEN OHARA | | ADDRESS ON FILE | | | | | | |
| STEPHEN VARENHORST ARCHITECTS, PC | | 230 N 21ST ST UNIT B2 | | | PHILADELPHIA | PA | 19103-1144 | |
| STEPHENS, COURTNEY | | ADDRESS ON FILE | | | | | | |
| STERNER-PORRECA, ANNE | | ADDRESS ON FILE | | | | | | |
| STEVE BLEYER | | ADDRESS ON FILE | | | | | | |
| STEVE ERICKSON | | ADDRESS ON FILE | | | | | | |
| STEVE J. SUL | | ADDRESS ON FILE | | | | | | |
| STEVE KAUFMAN | | ADDRESS ON FILE | | | | | | |
| STEVE WEISS MUSIC, INC | | 2324 WYANDOTTE RD | | | WILLOW GROVE | PA | 19090 | |
| STEVEN BRUBAKER | | ADDRESS ON FILE | | | | | | |
| STEVENS, STRADLEY RONON | | ADDRESS ON FILE | | | | | | |
| STEWART BUSINESS SYSTEMS, LLC | | PO BOX 936763 | | | ATLANTA | GA | 31193-6763 | |
| STEWART GREEN | | ADDRESS ON FILE | | | | | | |
| STEWART, CHRISTINA A. | | ADDRESS ON FILE | | | | | | |
| STEWART, LEON | | ADDRESS ON FILE | | | | | | |
| STONEWALL COMMUNITY FOUNDATION | | 231 W 29TH ST RM 205 | | | NEW YORK | NY | 10001-5555 | |
| STONEY, SENFUAB | | ADDRESS ON FILE | | | | | | |
| STORBECK SEARCH LLC | | 1400 NORTH PROVIDENCE RD | STE. 3500 | | MEDIA | PA | 19063 | |
| STORY, BOMANI | | ADDRESS ON FILE | | | | | | |
| STOUTS TRANSPORTATION SVCS | | 20 IRVEN STREET | | | TRENTON | NJ | 08638 | |
| STRADLEY RONON STEVENS & YOUNG LLP | | 2005 MARKET STREET | SUITE 2600 | | PHILADELPHIA | PA | 19103-7018 | |
| STRATEGIC, JACOBSON | | ADDRESS ON FILE | | | | | | |
| STRATIX SYSTEMS INC | | 1011 NORTH PARK RD. | | | WYOMISSING | PA | 19610-1339 | |
| STRATTON MANAGEMENT CO | | 610 W GERMANTOWN PIKE STE 300 | | | PLYMOUTH MEETING | PA | 19462-1050 | |
| STRATUS COMM | | 17 WILMONT MEWS STE 302 | | | WEST CHESTER | PA | 19382-1017 | |
| STRAUSS ENGINEERING CO. | | 80 TRACEY RD | | | HUNTINGDON VALLEY | PA | 19006-4222 | |
| STRAYHORN, TERRELL L. | | ADDRESS ON FILE | | | | | | |
| STREB, JENNIFER | | ADDRESS ON FILE | | | | | | |
| STRONG, JAMES W. | | ADDRESS ON FILE | | | | | | |
| STRONG, MELISSA | | ADDRESS ON FILE | | | | | | |
| STRONG, MELISSA C. | | ADDRESS ON FILE | | | | | | |
| STRONGBOX WEALTH FOUNDATION | | 3470 NE RALPH POWELL ROAD | SUITE A | | SUMMIT | MO | 64064 | |
| STROUSE, JAMES | | ADDRESS ON FILE | | | | | | |
| STUART MILLER | | ADDRESS ON FILE | | | | | | |
| STUDENT DATA WAREHOUSE, INC | | PO BOX 4238 | | | HOUSESHOE BAY | TX | 78657 | |
| STUDIO, DEIRDRE MURPHY | | ADDRESS ON FILE | | | | | | |
| STUHMER, MARCELINO | | ADDRESS ON FILE | | | | | | |
| STUMP, ANDREW D. | | ADDRESS ON FILE | | | | | | |
| SU, ELLEN | | ADDRESS ON FILE | | | | | | |
| SUBARU OF AMERICA, INC | | PO BOX 6000 | | | CHERRY HILL | NJ | 08034-6000 | |
| SUBRAMANIAN, AMRITA V. | | ADDRESS ON FILE | | | | | | |
| SUBRIN, ELISABETH A. | | ADDRESS ON FILE | | | | | | |
| SUCHET, MYRIAM | | ADDRESS ON FILE | | | | | | |
| SUDLER ENTERTAINMENT | | 13 LONGFORD ST | | | PHILADELPHIA | PA | 19136-2028 | |
| SUE ODONNELL | | ADDRESS ON FILE | | | | | | |
| SUE SLEEMAN | | ADDRESS ON FILE | | | | | | |
| SUE WOODMAN | | ADDRESS ON FILE | | | | | | |
| SULLIVAN, DENNIS K. II | | ADDRESS ON FILE | | | | | | |
| SUNGRIM PARK | | 194, CHANGDONG-RO,GEOCHANG-EUP, GEOCHANG-GUN | | | GYEONGSANGNAM-DO | | 50135 | SOUTH KOREA |
| SUNY BUFFALO STATE | | 1300 ELMWOOD AVENUE | MOOT HALL 110 | | BUFFALO | NY | 14222 | |
| SUNY CANTON | | WICKS HALL 021 | 34 CORNELL DRIVE | | CANTON | NY | 13617 | |
| SUNY FREDONIA | | 280 CENTRAL AVENUE | | | FREDONIA | NY | 14063 | |
| SUPER EXTRA GOOD, LLC | | 125 LEFFERTS PLACE | #4 | | BROOKLYN | NY | 11238 | |
| SURDNA FOUNDATION | | 330 MADISON AVE FL 30 | | | NEW YORK | NY | 10017-5016 | |
| SUSAN BIRNBAUM | | ADDRESS ON FILE | | | | | | |
| SUSAN BUCKLEY | | ADDRESS ON FILE | | | | | | |
| SUSAN HAIDAR | | ADDRESS ON FILE | | | | | | |
| SUSAN K. APPLE | | ADDRESS ON FILE | | | | | | |
| SUSAN MAXMAN | | ADDRESS ON FILE | | | | | | |
| SUSAN MCGHEE | | ADDRESS ON FILE | | | | | | |
| SUSAN ROSENBERG | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SUSAN SCHWARTZ | | ADDRESS ON FILE | | | | | | |
| SUSAN SIMON | | ADDRESS ON FILE | | | | | | |
| SUSAN SKOOG | | ADDRESS ON FILE | | | | | | |
| SUSAN TWEDDALE | | ADDRESS ON FILE | | | | | | |
| SUSANN UNDI | | ADDRESS ON FILE | | | | | | |
| SUSN PARENT | | ADDRESS ON FILE | | | | | | |
| SUZANA PETANCESKA | | ADDRESS ON FILE | | | | | | |
| SUZANNE COYLE | | ADDRESS ON FILE | | | | | | |
| SVALBONAS, KRISTA | | ADDRESS ON FILE | | | | | | |
| SWANA, JOHN | | ADDRESS ON FILE | | | | | | |
| SWANA, JOHN | | ADDRESS ON FILE | | | | | | |
| SWANK MOTION PICTURES, INC | | 2844 PAYSPHERE CIRCLE | | | CHICAGO | IL | 60674 | |
| SWEENEY, ERIN E. | | ADDRESS ON FILE | | | | | | |
| SWEETWATER SOUND HOLDINGS | | 5501 U.S. HIGHWAY 30 WEST | | | FORT WAYNE | IN | 46818 | |
| SWEETWATER SOUND INC | | 5501 US HIGHWAY 30 W | | | FORT WAYNE | IN | 46818 | |
| SWIFT, JESSICA L. | | ADDRESS ON FILE | | | | | | |
| SWINEHART, JACKIE J. | | ADDRESS ON FILE | | | | | | |
| SWISS RE CORPORATE SOLUTIONS AMERICA INSURANCE CORPORATION | ATTN: CORPORATE SOLUTIONS CLAIMS | 1200 MAIN STREET | STE 800 | | KANSAS CITY | MO | 64105 | |
| SYBIL COHEN | | ADDRESS ON FILE | | | | | | |
| SYDNEY LEVY | | ADDRESS ON FILE | | | | | | |
| SYLVESTER, GINA | | ADDRESS ON FILE | | | | | | |
| SYLVIA G. & MORRIS M. WEXLER FOUNDATION | | ADDRESS ON FILE | | | | | | |
| SYLWIA ZARZYCKA | | ADDRESS ON FILE | | | | | | |
| SYMPLICITY CORPORATION | | 3003 WASHINGTON BLVD | STE 900 | | ARLINGTON | VA | 22201 | |
| SYNERGETIC SOUNDS, INC | | 776 HAUNTED LANE | | | BENSALEM | PA | 19020 | |
| SYNERTECH INCORPORATED | | 2208 S BROAD ST | | | PHILADELPHIA | PA | 19145-3922 | |
| SYPHERD, STEPHEN | | ADDRESS ON FILE | | | | | | |
| SYRACUSE, REBECCA N. | | ADDRESS ON FILE | | | | | | |
| SZWED, JOHN | | ADDRESS ON FILE | | | | | | |
| TABOADA, LILIA ROCIO | | ADDRESS ON FILE | | | | | | |
| TAC GRAPHICS | | ADDRESS ON FILE | | | | | | |
| TAGUE LUMBER | | 325 MEDIA STATION RD | | | MEDIA | PA | 19063 | |
| TALESE FRIERSON, LAURIN | | ADDRESS ON FILE | | | | | | |
| TALESE, LAURIN | | ADDRESS ON FILE | | | | | | |
| TALITA MAYO | | ADDRESS ON FILE | | | | | | |
| TAMARS MOVING COMAPNY LLC | | 419 CARLTON AVE. | APT F | | BROOKLYN | NY | 11238 | |
| TAMASHA DIXON | | ADDRESS ON FILE | | | | | | |
| TAMI WORMAN | | ADDRESS ON FILE | | | | | | |
| TAMICA TAYLOR | | ADDRESS ON FILE | | | | | | |
| TAMMY NELSON | | ADDRESS ON FILE | | | | | | |
| TANEY, JOY | | ADDRESS ON FILE | | | | | | |
| TANIKA FREEMAN-PARKS | | ADDRESS ON FILE | | | | | | |
| TANKOKAI, CHADO URASENKE | | ADDRESS ON FILE | | | | | | |
| TARA ECK | | ADDRESS ON FILE | | | | | | |
| TARA MCMAHON | | ADDRESS ON FILE | | | | | | |
| TARCIA EDMUNDS-JEHU | | ADDRESS ON FILE | | | | | | |
| TARYN THURMAN | | ADDRESS ON FILE | | | | | | |
| TATE, CAROLINE | | ADDRESS ON FILE | | | | | | |
| TATE, CAROLINE M. | | ADDRESS ON FILE | | | | | | |
| TATE, FRANCES L. | | ADDRESS ON FILE | | | | | | |
| TATTOOED MOM | | 530 SOUTH ST | | | PHILADELPHIA | PA | 19147-2219 | |
| TAYLOR SWEETEN | | ADDRESS ON FILE | | | | | | |
| TAYLOR, ERIN M. | | ADDRESS ON FILE | | | | | | |
| TAYLOR, LEILA | | ADDRESS ON FILE | | | | | | |
| TD BANK | | ONE COMMERCE SQUARE | 2005 MARKET ST 2ND FL | | PHILADELPHIA | PA | 19103-7042 | |
| TD BANK | | ONE COMMERCE SQUARE | 2005 MARKET ST., 2ND FL | | PHILADELPHIA | PA | 19103 | |
| TD BANK, N.A | ATTN: MICHAEL J. GERS | 2005 MARKET STREET | 2ND FLOOR | | PHILADELPHIA | PA | 19103 | |
| TD BANK, N.A | BALLARD SPAHR | PO BOX 825465 | | | PHILADELPHIA | PA | 19182-5465 | |
| TD BANK, N.A. | | 100 IRONLAKE BOULEVARD | ATTENTION BRENTON C. RAHN | | EXTON | PA | 19341 | |
| TD BANK, N.A. | | 2005 MARKET STREET | 2ND FL | | PHILADELPHIA | PA | 19103 | |
| TD BANK, N.A. | | ONE COMMERCE SQUARE | 2005 MARKET ST. | 2ND FL | PHILADELPHIA | PA | 19103 | |
| TD CHARITABLE FOUNDATION | | 12000 HORIZON WAY | | | MOUNT LAUREL | NJ | 08054-4316 | |
| TEARE, BRIAN | | ADDRESS ON FILE | | | | | | |
| TECHNOLUTIONS, INC. | | 234 CHURCH STREET | 15TH FL | 15TH FL | NEW HAVEN | CT | 06510 | |
| TECHNOLUTIONS, INC. | | 157 CHURCH STREET | 22ND FL | | NEW HAVEN | CT | 06510 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| TEDHOLM, EDWARD C. | | ADDRESS ON FILE | | | | | | |
| TEES, PAMELA | | ADDRESS ON FILE | | | | | | |
| TEIGE DOUGHERTY | | ADDRESS ON FILE | | | | | | |
| TEITELBAUM, EZRA | | ADDRESS ON FILE | | | | | | |
| TELESYSTEM | | PO BOX 60410 | | | ROSSFORD | OH | 43460-9998 | |
| TEMPLE UNIV BURSAR OFFICE | | 1803 N BROAD ST | 216 CARNELL HALL | | PHILADELPHIA | PA | 19122 | |
| TEMPLE UNIVERSITY | | OFFICE OF UNDERGRADUATE ADMISSIONS | CONWELL HALL 103 | 1801 N BROAD ST | PHILADELPHIA | PA | 19122-6096 | |
| TEMPLE WORTH | | ADDRESS ON FILE | | | | | | |
| TEMPONE, BRUCE | | ADDRESS ON FILE | | | | | | |
| TERESA IATRIDIS | | ADDRESS ON FILE | | | | | | |
| TERESA SHOLES | | ADDRESS ON FILE | | | | | | |
| TERRA GIZMO STUDIOS | | 3503 BARING ST. | | | PHILADELPHIA | PA | 19104 | |
| TERRACINO, GARY | | ADDRESS ON FILE | | | | | | |
| TERRI BOHRER | | ADDRESS ON FILE | | | | | | |
| TERRI HOLLEY | | ADDRESS ON FILE | | | | | | |
| TERRI L. HYNES | | ADDRESS ON FILE | | | | | | |
| TERRY KAPLAN | | ADDRESS ON FILE | | | | | | |
| TERRY MEEHAN | | ADDRESS ON FILE | | | | | | |
| TEWARI, RAJ | | ADDRESS ON FILE | | | | | | |
| THE ABAY GROUP, LLC | | 212 NORWOOD AVE | | | HADDON TOWNSHIP | NJ | 08108-3533 | |
| THE ACADEMY OF AMERICAN POETS | | 584 BROADWAY RM 1208 | | | NEW YORK | NY | 10012-5237 | |
| THE ACADEMY OF MOTION PICTURE ARTS AND SCIENCES | PICKFORD CENTER FOR MOTION PICTURE STUDY | 1313 VINE ST | | | HOLLYWOOD | CA | 90028-8107 | |
| THE AFRICAN AMERICAN MUSEUM IN PHILADELPHIA | | 701 ARCH ST | | | PHILADELPHIA | PA | 19106 | |
| THE ALBERT M. GREENFIELD FOUNDATION | | PO BOX 30267 | | | PHILADELPHIA | PA | 19103-8267 | |
| THE ANIMATION SHOW | | 3347 MOTOR AVE | STE 100 | | LOS ANGELES | CA | 90034 | |
| THE ANNENBERG FOUNDATION | | 150 N RADNOR CHESTER RD STE A200 | | | SAINT DAVIDS | PA | 19087-5272 | |
| THE APPLESEEDS FOUNDATION | | 15 SOUTHGATE CT | | | HARRISONBURG | VA | 22801-9663 | |
| THE BALVENIE FUND | WILLIAM GRANT & SONS | 300 PARK AVE S #600 | | | NEW YORK | NY | 10010 | |
| THE BANK OF NEW YORK MELLON | CORPORATE TRUST DEPARTMENT | PO BOX 392013 | | | PITTSBURGH | PA | 15251-9013 | |
| THE BANK OF NEW YORK MELLON TRUST CO, N.A. | ATTENTION GLOBAL CORPORATE TRUST | 500 ROSS STREET | 12TH FL | | PITTSBURGH | PA | 15262 | |
| THE BANK OF NEW YORK MELLON TRUST CO, N.A. | | 500 ROSS STREET | 12TH FL | | PITTSBURGH | PA | 15262 | |
| THE BARRA FOUNDATION | | 200 W LANCASTER AVE STE 202 | | | WAYNE | PA | 19087-4046 | |
| THE BAXTER INTERNATIONAL FOUNDATION | | 1 BAXTER PKWY | | | DEERFIELD | IL | 60015-4625 | |
| THE BELLEVUE HOTEL | | 200 SOUTH BROAD STREET | | | PHILADELPHIA | PA | 19102 | |
| THE BENEVITY COMMUNITY IMPACT FUND | | 1521 GEORGETOWN RD | | | HUDSON | OH | 19102 | |
| THE BINSWANGER FOUNDATION | | 2 LOGAN SQ STE 400 | | | PHILADELPHIA | PA | 19103-2759 | |
| THE BOBO FOUNDATION | | 970 NW ELFORD DR | | | SEATTLE | WA | 98177-4125 | |
| THE BOROWSKY FAMILY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| THE BREAKERS PALM BEACH | | 1 S COUNTY RD | | | PALM BEACH | FL | 33480-4023 | |
| THE BRIND FOUNDATION | | 1608 WALNUT ST STE 1400 | | | PHILADELPHIA | PA | 19103-5446 | |
| THE BROOK J. LENFEST FOUNDATION | C/O THE PHILADELPHIA FOUNDATION | 1835 MARKET ST | | | PHILADELPHIA | PA | 19103 | |
| THE BROOKLYN RAIL, INC, | | 253 36TH ST UNIT 20 | | | BROOKLYN | NY | 11232-2428 | |
| THE BROWNSTEIN GROUP | | 215 S BROAD ST STE 900 | | | PHILADELPHIA | PA | 19107-5312 | |
| THE CENTER FOR EMERGING VISUAL ARTISTS | | 237 SOUTH 18TH STREET, 3RD FL | | | PHILADELPHIA | PA | 19103-6112 | |
| THE CERAMIC SHOP | | 1200 MARKLEY ST | | | NORRISTOWN | PA | 19401 | |
| THE CHARLOTTE CUSHMAN FOUNDATION | | PO BOX 40027 | | | PHILADELPHIA | PA | 19106-0027 | |
| THE CHICAGO COMMUNITY FOUNDATION | | 225 N MICHIGAN AVE STE 2200 | | | CHICAGO | IL | 60601-7672 | |
| THE CHICKEN, LLC | | 614 SOUTH 4TH STREET | #196 | | PHILADELPHIA | PA | 19147 | |
| THE CHILD STUDY TEAM OF GLOUCESTER CITY SCHOOLS | | SPECIAL SERVICES DEPARTMENT520 CUMBERLAND ST | | | GLOUCESTER CITY | NJ | 08030-1923 | |
| THE CHRONICLE OF HIGHER EDUCATION | | PO BOX 791122 | | | BALTIMORE | MD | 21279-1122 | |
| THE CINEMA GUILD INC | | 2803 OCEAN AVE | | | BROOKLYN | NY | 11229 | |
| THE COLLEGE BOARD | | PO BOX 30171 | | | NEW YORK | NY | 10087-0171 | |
| THE COLLEGE OF NEW JERSEY | | 2000 PENNINGTON RD | | | EWING | NJ | 08618 | |
| THE COLLEGE OF PHYSICIANS OF PHILADELPHIA | | 19 SOUTH 22ND STREET | | | PHILADELPHIA | PA | 19103 | |
| THE CURTIS W. MCGRAW FOUNDATION | | PO BOX 627 | | | PRINCETON | NJ | 08542-0627 | |
| THE DRUCKER/JORDAN CHARITABLE FUND AT VANGUARD CHARITABLE | C/O JEAN-PIERRE JORDAN AND MYRA R. DRUCKER | 24 WOLFPITS RD | | | BETHEL | CT | 06801-2921 | |
| THE EVOLUER HOUSE/CHERYL WADLINGTON | | 104 CHURCH ST | | | PHILADELPHIA | PA | 19106-2201 | |
| THE FABRIC WORKSHOP & MUSEUM | | 1214 ARCH STREET | | | PHILADELPHIA | PA | 19107 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| THE FILM DESK, LLC | | 35 MOUNT MORRIS PARK | WEST #5D | | NEW YORK | NY | 10027 | |
| THE FORD FAMILY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| THE FOUNDATION FOR INDEPENDENT | | 75 BROAD ST. | STE. 304 | | NEW YORK | NY | 10004 | |
| THE FURNITURE SOCIETY | | 111 GROVEWOOD RD | | | ASHEVILLE | NC | 28804-2858 | |
| THE GEORGE BEACH FOUNDATION | | ADDRESS ON FILE | | | | | | |
| THE GEORGE I. ALDEN TRUST | | ADDRESS ON FILE | | | | | | |
| THE GILLETTE CO | | GILLETTE PARK | | | BOSTON | MA | 02106 | |
| THE GLENMEDE TRUST CO | | 1650 MARKET ST STE 1200 | | | PHILADELPHIA | PA | 19103-7311 | |
| THE GOLDENBERG GROUP | | 350 SENTRY PARKWAYBUILDING 630, STE 300 | | | BLUE BELL | PA | 19422 | |
| THE GRAHAM CO | | 30 S 15TH ST STE 1 | | | PHILADELPHIA | PA | 19102-4826 | |
| THE HAL LEWIS GROUP, INC | | 1700 MARKET ST FL 6 | | | PHILADELPHIA | PA | 19103-3909 | |
| THE HAMILTON FAMILY CHARITABLE TRUST | | ADDRESS ON FILE | | | | | | |
| THE HANOVER RESEARCH COUNCIL | | PO BOX 38070 | | | BALTIMORE | MD | 21297-8070 | |
| THE HARRY CHAPIN FOUNDATION | | ADDRESS ON FILE | | | | | | |
| THE HASSEL FOUNDATION | | 30 S 17TH ST STE 1800 | | | PHILADELPHIA | PA | 19103-4005 | |
| THE HEBREW UNIVERSITY | | 199 WATER STREET | 11TH FL | | NEW YORK | NY | 10038 | |
| THE HENRY LUCE FOUNDATION, INC | | ADDRESS ON FILE | | | | | | |
| THE HONICKMAN FOUNDATION | | 210 W RITTENHOUSE SQ APT 3303 | | | PHILADELPHIA | PA | 19103-5780 | |
| THE HONORABLE AND MRS. ALBERT MOMJIAN | | ADDRESS ON FILE | | | | | | |
| THE HONORABLE AND MRS. ARLIN ADAMS | | ADDRESS ON FILE | | | | | | |
| THE HONORABLE BILL GREEN | | ADDRESS ON FILE | | | | | | |
| THE HONORABLE F. JOSEPH LOEPER | | ADDRESS ON FILE | | | | | | |
| THE HONORABLE GEORGIA ATHANASOPULOS | | ADDRESS ON FILE | | | | | | |
| THE HONORABLE JAMES B. KENNEY | | ADDRESS ON FILE | | | | | | |
| THE HONORABLE JAMES TREADWAY | | ADDRESS ON FILE | | | | | | |
| THE HONORABLE MARJORIE O. RENDELL | | ADDRESS ON FILE | | | | | | |
| THE HOWARD A. WOLF FUND | | ADDRESS ON FILE | | | | | | |
| THE HR SAGE | | 800 25TH ST NW STE 605 | | | WASHINGTON | DC | 20037-2208 | |
| THE INSTRUMENT DOC, LLC | | 502 WANDO PARK BLVD | UNIT 106 | | MT. PLEASANT | SC | 29464 | |
| THE JED FOUNDATION | | 530 SEVENTH AVENUE | #801 | | NEW YORK | NY | 10018 | |
| THE JOEL AND ELAINE GERSHMAN FOUNDATION | | ADDRESS ON FILE | | | | | | |
| THE JOHN S. & JAMES L. KNIGHT FOUNDATION | | ADDRESS ON FILE | | | | | | |
| THE JOKERS N.Y.A. | | 1602 S 2ND ST | | | PHILADELPHIA | PA | 19148-1302 | |
| THE JUDITH ROTHSCHILD FOUNDATION | | PO BOX 3818 | | | MINNEAPOLIS | MN | 55403-0818 | |
| THE KATZ FAMILY CHARITABLE TRUST | | ADDRESS ON FILE | | | | | | |
| THE KULICKE FUND | | 537 ROLLING GLEN DR | | | HORSHAM | PA | 19044-1171 | |
| THE LENAPE NATION, INC | | 169 NORTHAMPTON STREET | | | EASTON | PA | 18402 | |
| THE LILLIAN & ALBERT NOREN FOUNDATION | C/O COHEN & KOTLER | 54 SW BOCA RATON BLVD | | | BOCA RATON | FL | 33432-4725 | |
| THE MCNICHOLS PLAZA SOCIAL COMMITTEE | | 1111 S IRVING AVE | | | SCRANTON | PA | 18505-2487 | |
| THE MILL SPRING FOUNDATION | | PO BOX 270 | | | AMBLER | PA | 19002-0270 | |
| THE MILTON AND JUDITH I. RISEMAN FAMILY FOUNDATION TRUST | | ADDRESS ON FILE | | | | | | |
| THE MITCHELL ALLEN GROUP, LLC | | 10066 WYECLIFF DRIVE | | | HIGHLANDS RANCH | CO | 80126 | |
| THE MURDER MYSTERY CO | | 4550 AIRWEST DRIVE | SE | | KENTWOOD | MI | 49512 | |
| THE NCHERM GROUP, LLC | | 475 ALLENDALE RD. | STE 200 | | KING OF PRUSSIA | PA | 19406 | |
| THE NEW SCHOOL | | 66 WEST 12TH STREET | | | NEW YORK | NY | 10011 | |
| THE NIGHT KITCHEN | | 411 S 2ND ST # 200 | | | PHILADELPHIA | PA | 19147-1607 | |
| THE OXBOW SCHOOL | | 530 THIRD STREET | | | NAPA | CA | 94559 | |
| THE PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | | RACHEL CARSON STATE OFFICE BUILDING | 400 MARKET ST | | HARRISBURG | PA | 17101 | |
| THE PENNSYLVANIA STATE UNIVERSITY - ABINGTON | | 1600 WOODLAND RD | | | ABINGTON | PA | 19001 | |
| THE PEW CENTER FOR ARTS AND HERITAGE | | 1608 WALNUT ST FL 18 | | | PHILADELPHIA | PA | 19103-5443 | |
| THE PEW CHARITABLE TRUSTS | | ONE COMMERCE SQUARE | 2005 MARKET ST STE 2800 | | PHILADELPHIA | PA | 19103-7017 | |
| THE PHILADELPHIA ART ALLIANCE | | 251 S. 18TH STREET | | | PHILADELPHIA | PA | 19103 | |
| THE PHILADELPHIA CONTRIBUTIONSHIP | | 212 S 4TH ST | | | PHILADELPHIA | PA | 19106-3704 | |
| THE PHILADELPHIA FOUNDATION | | 1835 MARKET ST STE 2410 | | | PHILADELPHIA | PA | 19103-2909 | |
| THE PHILADELPHIA MUSICAL SOCIETY | | PO BOX 22464 | | | PHILADELPHIA | PA | 19110 | |
| THE PREMSELAAR FOUNDATION | | 14 KINGSWOOD WAY | | | MANALAPAN | NJ | 07726-8422 | |
| THE PRINT CENTER | | 1614 LATIMER STREET | | | PHILADELPHIA | PA | 19103 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| THE RALPH AND SUZANNE ROBERTS FOUNDATION | | ADDRESS ON FILE | | | | | | |
| THE REALIZE LEADERSHIP GROUP, | | 302 WEST STREET | | | WILMINGTON | DE | 19801 | |
| THE REGENTS OF UC | | PO BOX 951575 | | | LOS ANGELES | CA | 90095-1575 | |
| THE REICHLIN FAMILY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| THE RESOURCE FOUNDATION | | 50 VISTA DR | | | GREENWICH | CT | 06830-7128 | |
| THE RICHARD C. VON HESS FOUNDATION | C/O THE GLENMEDE TRUST CO. | 1650 MARKET ST STE 1200 | | | PHILADELPHIA | PA | 19103-7311 | |
| THE RITTENHOUSE FOUNDATION | | 1601 WALNUT ST UNIT 1010 | | | PHILADELPHIA | PA | 19102-2906 | |
| THE RITTENHOUSE TRUST CO | | 3 RADNOR CORPORATE CTR STE 450 | | | WAYNE | PA | 19087-4580 | |
| THE SAMUEL H. SCRIPPS FOUNDATION | | ADDRESS ON FILE | | | | | | |
| THE SCHOLLER FOUNDATION | C/O HEPBURN, WILCOX, HAMITLON & PUTNAM | 1100 ONE PENN CENTER PLAZA | | | PHILADELPHIA | PA | 19103 | |
| THE SCHOOL DISTRICT OF PHILADELPHIA | | ADMINISTRATION BUILDING, ROOM 20221ST STREET SOUTH OF THE PARKWAY | | | PHILADELPHIA | PA | 19103 | |
| THE SCHULTZ FAMILY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| THE STEVE SABOL FOUNDATION | | ADDRESS ON FILE | | | | | | |
| THE TRAVELERS INDEMNITY COMPANY | | ONE TOWER SQUARE | | | HARTFORD | CT | 06183 | |
| THE U.S. DEPARTMENT OF STATE | | 2201 C ST NW | | | WASHINGTON | DC | 20451 | |
| THE UNION LEAGUE OF PHILADELPHIA | | 140 S BROAD ST | | | PHILADELPHIA | PA | 19102-3003 | |
| THE VELORIC FOUNDATION | | 130 PRESIDENTIAL BLVD STE 210 | | | BALA CYNWYD | PA | 19004 | |
| THE WASHINGTONIAN | | 1828 L ST NW STE 200 | | | WASHINGTON | DC | 20036-5104 | |
| THE WESTBURY | | 271 S 15TH ST | | | PHILADELPHIA | PA | 19102 | |
| THE WILMA THEATER | | 265 S BROAD ST | | | PHILADELPHIA | PA | 19107 | |
| THE WIND FOUNDATION | | 1834 DELANCEY PL | | | PHILADELPHIA | PA | 19103-6607 | |
| THE WISTAR INSTITUTE | | 3601 SPRUCE ST | | | PHILADELPHIA | PA | 19104-4205 | |
| THE WYLIE AGENCY LLC | | 250 W. 57TH ST. | STE. 2114 | | NEW YORK | NY | 10107 | |
| THEATER LEAGUE OF PHILADELPHIA INC T/A MERRIAM THEATER | | 250 S BROAD ST | | | PHILADELPHIA | PA | 19102-5022 | |
| THEATRE ALLIANCE OF GREATER PHILADELPHIA | | 1616 WALNUT STREETSTE 1800 | | | PHILADELPHIA | PA | 19103 | |
| THEATRE LEAGUE OF PHILADELPHIA | | 250 S BROAD ST | | | PHILADELPHIA | PA | 19102-5022 | |
| THEIS, JARED | | ADDRESS ON FILE | | | | | | |
| THEODORE BERINGER | | ADDRESS ON FILE | | | | | | |
| THERMAL NORTH AMERICA | | 99 SUMMER ST | SUITE 900 | | BOSTON | MA | 02110 | |
| THO NGUYEN | | ADDRESS ON FILE | | | | | | |
| THOAMS ROLAND | | ADDRESS ON FILE | | | | | | |
| THOMAS CARDOSI | | ADDRESS ON FILE | | | | | | |
| THOMAS J. BENTEY | | ADDRESS ON FILE | | | | | | |
| THOMAS JEFFERSON UNIVERSITY | | 4201 HENRY AVE | | | PHILADELPHIA | PA | 19144 | |
| THOMAS MAROULAKOS | | ADDRESS ON FILE | | | | | | |
| THOMAS R. FLINT | | ADDRESS ON FILE | | | | | | |
| THOMAS ROGERS | | ADDRESS ON FILE | | | | | | |
| THOMAS WALKER | | ADDRESS ON FILE | | | | | | |
| THOMAS, MORGAN | | ADDRESS ON FILE | | | | | | |
| THOMAS, PATRICIA | | ADDRESS ON FILE | | | | | | |
| THOMPSON, JULIA | | ADDRESS ON FILE | | | | | | |
| THOMPSON, JULIA K. | | ADDRESS ON FILE | | | | | | |
| THOMPSON, JUSTIN RANDOLPH | | ADDRESS ON FILE | | | | | | |
| THOMPSON, ORLANDO | | ADDRESS ON FILE | | | | | | |
| THOMPSON, STANFORD | | ADDRESS ON FILE | | | | | | |
| THOMSON, NICHOLAS ALEXANDER | | ADDRESS ON FILE | | | | | | |
| THORNTON, LESLIE A. | | ADDRESS ON FILE | | | | | | |
| THORPS, JOSHUA | | ADDRESS ON FILE | | | | | | |
| THORPS, JOSHUA A. | | ADDRESS ON FILE | | | | | | |
| THORSTENSEN, SHELLEY | | ADDRESS ON FILE | | | | | | |
| THREADGILL, HENRY | | ADDRESS ON FILE | | | | | | |
| THURMAN, KATHRYN | | ADDRESS ON FILE | | | | | | |
| THURMAN, KATHRYN SWORDS | | ADDRESS ON FILE | | | | | | |
| THYSSEN KRUPP ELEVATOR | | 250 KING MANOR DR STE 200 | | | KNG OF PRUSSA | PA | 19406-2562 | |
| TIANA PAQUETTE | | ADDRESS ON FILE | | | | | | |
| TIBILETTI, SOPHIA G. | | ADDRESS ON FILE | | | | | | |
| TIERNEY AND WOOD LLC | | 1012 HOPEWELL RD | | | OXFORD | PA | 19363 | |
| TIFFINEE GENTRY | | ADDRESS ON FILE | | | | | | |
| TIGHE, AMY | | ADDRESS ON FILE | | | | | | |
| TILT INSTITUTE FOR THE CONTEMPORARY IMAGE | | 1400 N AMERICAN ST | STE 103 | | PHILADELPHIA | PA | 19122 | |
| TIM LIU | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| TIM MOTZER CREATIVE LLC | | 1362 CREASE STREET | | | PHILADELPHIA | PA | 19125 | |
| TIMES MIRROR FOUNDATION | | 202 WEST FIRST ST | | | LOS ANGELES | CA | 90012 | |
| TIMOTHY GERALD | | ADDRESS ON FILE | | | | | | |
| TIMOTHY ROMIG | | ADDRESS ON FILE | | | | | | |
| TINA CLINE | | ADDRESS ON FILE | | | | | | |
| TINA CRERAND | | ADDRESS ON FILE | | | | | | |
| TINA DICKERSON | | ADDRESS ON FILE | | | | | | |
| TINA ELLIS | | ADDRESS ON FILE | | | | | | |
| TINA FALCIONE DAWTON | | ADDRESS ON FILE | | | | | | |
| TJ WALSH COACHING & | | ADDRESS ON FILE | | | | | | |
| TK ELEVATOR CORPORATION | | PO BOX 3796 | | | CAROL STREAM | IL | 60132-3796 | |
| TOBY, KAMEELAH | | ADDRESS ON FILE | | | | | | |
| TOCCHET, CHRISTOPHER A. | | ADDRESS ON FILE | | | | | | |
| TOCCHET, MARK | | ADDRESS ON FILE | | | | | | |
| TODAYS DANCE CENTER, INC | | 52 CONSTITUTION DR | | | SOUTHAMPTON | NJ | 08088-9054 | |
| TODAYS GRAPHICS | | 4848 ISLAND AVE | | | PHILADELPHIA | PA | 19153-3703 | |
| TOM MCQUAID | | ADDRESS ON FILE | | | | | | |
| TOM WENTZEL CO., INC | | 240 WELSH POOL RD | | | EXTON | PA | 19341-1313 | |
| TOMMY SOUTH | | ADDRESS ON FILE | | | | | | |
| TOMOHIRO OSHIKIRI | | ADDRESS ON FILE | | | | | | |
| TONI AQUILONE | | ADDRESS ON FILE | | | | | | |
| TONIKO ROCHE | | ADDRESS ON FILE | | | | | | |
| TONOOKA, SUMI | | ADDRESS ON FILE | | | | | | |
| TOON BOOM ANIMATION INC | | 4200 BOUL ST-LAURENT | STE 1020 | | MONTREAL, QC | | H2W 2R2 | CANADA |
| TORAK, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| TORO, ARLENE | | ADDRESS ON FILE | | | | | | |
| TORRES, CLARISSA | | ADDRESS ON FILE | | | | | | |
| TORRES, JOELY | | ADDRESS ON FILE | | | | | | |
| TORRES, JOELY L. | | ADDRESS ON FILE | | | | | | |
| TORTUM, HALIL | | ADDRESS ON FILE | | | | | | |
| TOSCANO, MARK | | ADDRESS ON FILE | | | | | | |
| TOSHA TILLMAN | | ADDRESS ON FILE | | | | | | |
| TOWNSEND, SEAN | | ADDRESS ON FILE | | | | | | |
| TRACI EMBRACK | | ADDRESS ON FILE | | | | | | |
| TRACY RODRIGUEZ | | ADDRESS ON FILE | | | | | | |
| TRANSACT CAMPUS INC | | 18700 NORTH HAYDEN RD | #230 | | SCOTTSDALE | AZ | 85255 | |
| TRANSPORT CONSULTANTS | | 30 UNION AVE S | 2ND FL | | CRANFORD | NJ | 07016 | |
| TRAVELERS CASUALTY & SURETY CO OF AMERICA | | PO BOX 2989 | | | HARTFORD | CT | 06104-2989 | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | C/O WILLIS TOWERS WATSON NORTHEAST, INC. | METRO DC OFFICE | 12505 PARK POTOMAC AVE STE 225 | | POTOMAC | MD | 20854 | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | | ONE TOWER SQUARE | | | HARTFORD | CT | 06183 | |
| TRAVERS, MAUREEN | | ADDRESS ON FILE | | | | | | |
| TREDINNICK-KIRBY, ZENA | | ADDRESS ON FILE | | | | | | |
| TREDINNICK-KIRBY, ZENA M. | | ADDRESS ON FILE | | | | | | |
| TREVDAN | | PO BOX 28 | 1031 POTTSTOWN PIKE | | CHESTER SPRINGS | PA | 19425-3512 | |
| TREWELLA, KELLY A. | | ADDRESS ON FILE | | | | | | |
| TREY LYFORD | | ADDRESS ON FILE | | | | | | |
| TRIBAL BLUES INC | | PO BOX 610 | | | BEARSVILLE | NY | 12409 | |
| TRIGEN-PHILADELPHIA ENERGY CORPORATION | | 2600 CHRISTIAN ST | | | PHILADELPHIA | PA | 19146-2316 | |
| TRIGIANI & ENGLE | | 123 S BROAD ST STE 1812 | | | PHILADELPHIA | PA | 19109 | |
| TRILLO, MS ADA | | ADDRESS ON FILE | | | | | | |
| TRINITY PICTURE FRAMING | | 701 S. 3RD STREET | | | PHILADELPHIA | PA | 19147 | |
| TRINITY UNITED METHODIST CHURCH | | 7 N MELBOURNE AVE | | | VENTNOR CITY | NJ | 08406-1912 | |
| TRISTATE HVAC EQUIPMENT | | ONE RESOURCE DRIVE | | | WEST CONSHOHOCKEN | PA | 19428 | |
| TROY MCHENRY | | ADDRESS ON FILE | | | | | | |
| TRUSTEES OF PRINCETON UNIVERSITY | | 100 OVERLOOK STE 401 | | | PRINCETON | NJ | 08540 | |
| TRUSTEES OF THE UNIVERSITY | | 3680 WALNUT ST. | | | PHILADELPHIA | PA | 19104-6219 | |
| TUBMAN, MAXWELL | | ADDRESS ON FILE | | | | | | |
| TUCCI, EMILY M. | | ADDRESS ON FILE | | | | | | |
| TUCKER, DANIEL | | ADDRESS ON FILE | | | | | | |
| TUCKER, DANIEL O. | | ADDRESS ON FILE | | | | | | |
| TUCKER, DANIEL O. | | ADDRESS ON FILE | | | | | | |
| TUCKER, ROBERT | | ADDRESS ON FILE | | | | | | |
| TUDDY FILM | | ADDRESS ON FILE | | | | | | |
| TUMMALA-NARRA, PRATYUSHA | | ADDRESS ON FILE | | | | | | |

The University of the Arts
Creditor Matrix - Redacted

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| TUNO, JESSIE | | ADDRESS ON FILE | | | | | | |
| TUOMANEN, MARY | | ADDRESS ON FILE | | | | | | |
| TUPPERWARE MANUFACTURING CO. | | PO BOX D | | | WOONSOCKET | RI | 02895-0987 | |
| TURNER INSTALLATION & SAFETY | | 5035 RAVENWOOD RD | | | MECHANICSBURG | PA | 17055 | |
| TURNER LAW, P.C. | | TWO LOGAN SQUARE | STE. 300 | 100 NORTH 18TH STREET | PHILADELPHIA | PA | 19103 | |
| TURNER, WENDY | | ADDRESS ON FILE | | | | | | |
| TWINGLEY, JONATHAN | | ADDRESS ON FILE | | | | | | |
| TWINING, SUZANNE | | ADDRESS ON FILE | | | | | | |
| TYCO TOYS, INC | | 6000 MIDLANTIC DR STE 1 | | | MOUNT LAUREL | NJ | 08054-1519 | |
| TYLER MATNEY | | ADDRESS ON FILE | | | | | | |
| TYMESON, PERRY | | ADDRESS ON FILE | | | | | | |
| TYMEYA THOMPSON/MONAE'S MODERN DANCE | | 7594A HAVEFORD AVE | | | PHILADELPHIA | PA | 19151 | |
| TYRA ALLEN | | ADDRESS ON FILE | | | | | | |
| U.S. ART CO, INC | | 78 PACELLA PARK DRIVE | | | RANDOLPH | MA | 02368 | |
| U.S. DEPT. OF VETERANS AFFAIR | | BISHOP HENRY FEDERAL BUILDING | PO BOX 11930 | | ST. PAUL | MN | 55111-0930 | |
| UA AGENCY, LLC | HOGAN LOVELLS US LLP | 555 THIRTEENTH ST. | | | WASHINGTON | WA | 20004 | |
| UARTS BOOKSTORE | | 401 SOUTH BROAD ST | | | PHILADELPHIA | PA | 19147 | |
| UBS INVESTMENT BANK | | 1735 MARKET ST GL 35 | | | PHILADELPHIA | PA | 19103 | |
| UGI ENERGY SERVICES, LLC | | 835 KNITTING MILLS WAY | | | WYOMISSING | PA | 19610 | |
| UGI ENERGY SERVICES, LLC | | PO BOX 827032 | | | PHILADELPHIA | PA | 19182 | |
| UHTER, KASEY | | ADDRESS ON FILE | | | | | | |
| UMASS CONFERENCE SERVICES | | 819 CAMPUS CENTER CS23199 | 1 CAMPUS CENTER WAY | | AMHERST | MA | 01003 | |
| UMB AS COLLATERAL AGENT | ATTN: GLOBAL CORPORATE TRUST | 500 ROSS STREET | 12TH FLOOR | | PITTSBURGH | PA | 15262 | |
| UMB BANK N.A., AS REPRESENTATIVE FOR NOTEHOLDERS | ATTN: GORDON GENDLER | 120 SOUTH SIXTH STREET | SUITE 1400 | | MINNEAPOLIS | MN | 55402 | |
| UMB BANK, N.A. | C/O KRAMER LEVIN NAFTALIS & FRANKEL, LLP | 1177 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036 | |
| UN, AIDAN | | ADDRESS ON FILE | | | | | | |
| UNCSA SCHOOL OF DANCE | | 1533 SOUTH MAIN STREET | | | WINSTON-SALEM | NC | 27127 | |
| UNDEFINED CREATIVE INC | | 111 LAWRENCE ST APT 31G | | | BROOKLYN | NY | 11201-3887 | |
| UNDERWOOD MEMORIAL HOSPITAL | | 509 N BROAD ST | | | WOODBURY | NJ | 08096-1617 | |
| UNIFYED (CAMPUS CONSORTIUM) | UNIFYED | 125 SOUTH CLARK STREET | 17TH FLOOR | 17TH FLOOR | CHICAGO | IL | 60603 | |
| UNION BENEVOLENT ASSOCIATION | | PO BOX 27296 | | | PHILADELPHIA | PA | 19118-9998 | |
| UNISA INC. | | 7400 E. ARAPAHOE RD. | STE 10 | | ENGLEWOOD | CO | 80112 | |
| UNITED ACADEMICS OF PHILADELPHIA | | 601 N 12TH ST | | | PHILADELPHIA | PA | 19123-3310 | |
| UNITED ACADEMICS OF PHILADELPHIA - AFT LOCAL 9608 | | 601 N 12TH ST | | | PHILADELPHIA | PA | 19123 | |
| UNITED ACADEMICS OF PHILADELPHIA AFT-PA, AFL-CIO, LOCAL 9608 | | 601 N 12TH ST | 601 N 12TH ST | | PHILADELPHIA | PA | 19123 | |
| UNITED CONCORDIA | | 1000 FIRST AVENUE | | | KING OF PRUSSIA | PA | 19406 | |
| UNITED CONCORDIA | | PO BOX 827366 | | | PHILADEPHIA | PA | 19182-7366 | |
| UNITED CONCORDIA DENTAL PLANS OF PENNSYLVANIA, INC. | | 1800 CENTER STREET | 1800 CENTER STREET | SUITE 2B 220 | CAMP HILL | PA | 17011 | |
| UNITED CONCORDIA INSURANCE COMPANY | | 1800 CENTER STREET | 1800 CENTER STREET | SUITE 2B 220 | CAMP HILL | PA | 17011 | |
| UNITED EDUCATORS | | 7700 WISCONSIN AVE | #500 | | BETHESDA | MD | 20814 | |
| UNITED EDUCATORS INSURANCE | UNITED EDUCATORS INSURANCE | ATTN: LAUREN YEDLIN | 7700 WISCONSIN AVE. | #500 | BETHESDA | MD | 20814 | |
| UNITED EDUCATORS INSURANCE | | PO BOX 791543 | | | BALTIMORE | MD | 21279-1543 | |
| UNITED EDUCATORS MANAGEMENT | | PO BOX 791543 | | | BALTIMORE | MD | 21279-1543 | |
| UNITED SCENIC ARTISTS | | PENSION FUND | 29 WEST 38TH ST. | 15TH FL | NEW YORK | NY | 10018 | |
| UNITED STATES DEPARTMENT EDUCATION | | 400 MARYLAND AVENUE, SW | | | WASHINGTON | DC | 20202 | |
| UNITED STATES NATIONAL LABOR RELATIONS BOARD, REGION 4 | ATTN: KIMBERLY E, EDWARDS | 100 E. PENN SQUARE, SUITE 403 | | | PHILADELPIA | PA | 19107 | |
| UNITED STATES ROOFING CORP | | 910 EAST MAIN ST | STE 300 | | NORRISTOWN | PA | 19401 | |
| UNIVERSITY CITY DISTRICT | | 3940 CHESTNUT ST # 42 | | | PHILADELPHIA | PA | 19104-3111 | |
| UNIVERSITY CITY HOUSING ASSOC | | PO BOX 1524 | | | BRYN MAWR | PA | 19010-5124 | |
| UNIVERSITY OF DELAWARE | | 210 S COLLEGE AVE | | | NEWARK | DE | 19716 | |
| UNIVERSITY OF EVANSVILLE | C/O ACCOUNTS RECEIVABLE | 1800 LINCOLN AVE | | | EVANSVILLE | IN | 47722 | |
| UNIVERSITY OF HARTFORD | | 200 BLOOMFIELD AVENUE | | | WEST HARTFORD | CT | 06117 | |
| UNIVERSITY OF NEW HAMPSHIRE | | PREVENTION INNOVATIONS R. CTR | 9 MADBURY RD | STE. 405 | DURHAM | NH | 03824 | |
| UNIVERSITY OF TAMPA | | 401 W KENNEDY BLVD | | | TAMPA | FL | 33606 | |
| UNIVERSITY OF THE ARTS (CPA) | | TERRA HALL | 211 SOUTH BROAD STREET | | PHILADELPHIA | PA | 19107 | |
| UNIVERSITY OF THE ARTS LONDON | | 272 HIGH HOLBORN | | | LONDON | | WC1V7EY | UNITED KINGDOM |
| UNKOVIC, ALEXANDER JUDGE | | ADDRESS ON FILE | | | | | | |
| UNUM LIFE INSURANCE CO | | PO BOX 406955 | | | ATLANTA | GA | 30384-6955 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| UPPER DARBY SCHOOL DISTRICT | | 601 N LANSDOWNE AVE. | | | DREXEL HILL | PA | 19026 | |
| UPS | | 55 GLENLAKE PARKWAY, NE | | | ATLANTA | GA | 30328 | |
| URMIA | | PO BOX 1027 | | | BLOOMINGTON | IN | 47402-1027 | |
| US DEPT. OF VETERANS AFFAIRS | | PO BOX 11930 | | | ST. PAUL | MN | 55111-0930 | |
| USPS | | 30TH & MARKET STREETS | | | PHILADELPHIA | PA | 19104 | |
| USRINUS COLLEGE | | 601 EAST MAIN STREET | | | COLLEGEVILLE | PA | 19426 | |
| UTRECHT ART SUPPLY | | PO BOX 1267 | | | GALESBURG | IL | 61402-1267 | |
| VADERS-COLLINS, AARON | | ADDRESS ON FILE | | | | | | |
| VAGLICA, AMY | | ADDRESS ON FILE | | | | | | |
| VALDE-CURLESS, KIMBERLY | | ADDRESS ON FILE | | | | | | |
| VALENTIN-TORRES, GINA | | ADDRESS ON FILE | | | | | | |
| VALERIE M. JONES ASSOC | | 1640 N RIDLEY CREEK RD | | | MEDIA | PA | 19063-4527 | |
| VALLENTINE, JENNIFER | | ADDRESS ON FILE | | | | | | |
| VALS SERVICE INC | | 526 SW 98CT | | | MIAMI | FL | 33174 | |
| VAN WHY, BETH | | ADDRESS ON FILE | | | | | | |
| VANCE, JANIE | | ADDRESS ON FILE | | | | | | |
| VANCE, JANIE L. | | ADDRESS ON FILE | | | | | | |
| VANDYKE, JONATHAN | | ADDRESS ON FILE | | | | | | |
| VANGUARD CHARITABLE ENDOWMENT | | PO BOX 3075 | | | SOUTHEASTERN | PA | 19398-3075 | |
| VANGUARD GROUP INC | | 100 VANGUARD BLVD | | | MALVERN | PA | 19355-2331 | |
| VANHORN, KB | | ADDRESS ON FILE | | | | | | |
| VARLEY, TESS | | ADDRESS ON FILE | | | | | | |
| VARTANIAN, NINA M. | | ADDRESS ON FILE | | | | | | |
| VEGA-OLDS, EVA | | ADDRESS ON FILE | | | | | | |
| VELASQUEZ, DERRICK | | ADDRESS ON FILE | | | | | | |
| VELIMIROVIC, MIRKO | | ADDRESS ON FILE | | | | | | |
| VENDEL, EDWARD | | ADDRESS ON FILE | | | | | | |
| VERA, SANDRA | | ADDRESS ON FILE | | | | | | |
| VERDE, DANA | | ADDRESS ON FILE | | | | | | |
| VERGARA, CAMILO J. | | ADDRESS ON FILE | | | | | | |
| VERMONT STUDENT ASSISTANCE | | LOAN ORIGINATION ACCOUNT | PO BOX 999 | | WINOSKI | VT | 05404 | |
| VERONICA GREENFIELD | | ADDRESS ON FILE | | | | | | |
| VERONICA MIMS | | ADDRESS ON FILE | | | | | | |
| VESEY CAPITAL LLC | | 24 N BRYN MAWR AVE PMB 286 | | | BRYN MAWR | PA | 19010-3304 | |
| VETTORI, JOSEPH | | ADDRESS ON FILE | | | | | | |
| VEVE, ARMANDO | | ADDRESS ON FILE | | | | | | |
| VICINITY ENERGY PHILADELPHIA | | 2600 CHRISTIAN ST | | | PHILADELPHIA | PA | 19146 | |
| VICINITY ENERGY PHILADELPHIA | | PO BOX 5018 | | | NEW YORK | NY | 10087-5018 | |
| VICINITY ENERGY PHILADELPHIA, | | 2600 CHRISTIAN ST | | | PHILADELPHIA | PA | 19146 | |
| VICKIE IZQUIERDO | | ADDRESS ON FILE | | | | | | |
| VICKY AQUINO | | ADDRESS ON FILE | | | | | | |
| VICTORIA STANBACH | | ADDRESS ON FILE | | | | | | |
| VIEIRA DA CUNHA, ELIZABETH | | ADDRESS ON FILE | | | | | | |
| VIGUERS, SUSAN | | ADDRESS ON FILE | | | | | | |
| VILLAGE OF ARTS & HUMANITIES | | 2544 GERMANTOWN AVE | | | PHILADELPHIA | PA | 19133-1642 | |
| VILLANOVA UNIVERSITY | | OFFICE OF CONFERENCE SERVICES | 800 LANCASTER AVENUE | | VILLANOVA | PA | 19085 | |
| VINYL FOOTE PRODUCTIONS LLC | | 242 ADELPHI STREET | APT #3 | | BROOKLYN | NY | 11205 | |
| VIOLA RICHBERG GRAY | | ADDRESS ON FILE | | | | | | |
| VIRGINIA EARL | | ADDRESS ON FILE | | | | | | |
| VIRGINIA TANTRAL | | ADDRESS ON FILE | | | | | | |
| VIVIANI, JOSEPHINE | | ADDRESS ON FILE | | | | | | |
| VIVIANI, JOSEPHINE G. | | ADDRESS ON FILE | | | | | | |
| VIVONA, JEANINE M. | | ADDRESS ON FILE | | | | | | |
| VK PRESTON | | 714-295 RUE DE LA MONTAGNE | | | MONTREAL QC | | H3C 0W7 | CANADA |
| VOLPICELLI, NICOLE | | ADDRESS ON FILE | | | | | | |
| VUCIC, MATTHEW | | ADDRESS ON FILE | | | | | | |
| VYNCENZO SAN FILIPPO | | ADDRESS ON FILE | | | | | | |
| W. B. MASON | | 151 HELLER PL | | | BELLMAWR | NJ | 08031-2503 | |
| W.B. MASON CO., INC | | PO BOX 981101 | | | BOSTON | MA | 02298-1101 | |
| W.W. SMITH CHARITABLE TRUST | | 1001 CONSHOHOCKEN STATE RD STE 2-300 | | | W CNSHOHOCKEN | PA | 19428-2956 | |
| WADDINGTON, MEGAN | | ADDRESS ON FILE | | | | | | |
| WADDINGTON, MEGAN H. | | ADDRESS ON FILE | | | | | | |
| WADE, MARK | | ADDRESS ON FILE | | | | | | |
| WADE, MARK A. | | ADDRESS ON FILE | | | | | | |
| WADSWORTH, ALISON | | ADDRESS ON FILE | | | | | | |
| WAGMAN, LAURIE | | ADDRESS ON FILE | | | | | | |
| WAGNER, JENNIFER | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| WAGNER, KATHY A. | | ADDRESS ON FILE | | | | | | |
| WAGNER-PACIFICI, ROBIN | | ADDRESS ON FILE | | | | | | |
| WAHLGREN, JAMEELA | | ADDRESS ON FILE | | | | | | |
| WALDRON PRIVATE WEALTH | | 44 ABELE RD STE 400 | | | BRIDGEVILLE | PA | 15017-3487 | |
| WALK, KERRY | | ADDRESS ON FILE | | | | | | |
| WALK, KERRY PH.D | | ADDRESS ON FILE | | | | | | |
| WALKER, ALISSA | | ADDRESS ON FILE | | | | | | |
| WALKER, ALISSA K. | | ADDRESS ON FILE | | | | | | |
| WALKER, CORY | | ADDRESS ON FILE | | | | | | |
| WALKER, KAITLYN | | ADDRESS ON FILE | | | | | | |
| WALL, MICHELLE | | ADDRESS ON FILE | | | | | | |
| WALL, MICHELLE K. | | ADDRESS ON FILE | | | | | | |
| WALLACE, CATHARINE | | ADDRESS ON FILE | | | | | | |
| WALLACE, HANNAH L. | | ADDRESS ON FILE | | | | | | |
| WALSH, DAVID | | ADDRESS ON FILE | | | | | | |
| WALSH, TIMOTHY J. JR. | | ADDRESS ON FILE | | | | | | |
| WALTERS, STEPHANIE | | ADDRESS ON FILE | | | | | | |
| WALTON, LEAH | | ADDRESS ON FILE | | | | | | |
| WANDA BERRIOS | | ADDRESS ON FILE | | | | | | |
| WANDA SHELDON | | ADDRESS ON FILE | | | | | | |
| WANG, XIAOFENG | | ADDRESS ON FILE | | | | | | |
| WANNER, BUCK | | ADDRESS ON FILE | | | | | | |
| WARD, CHRISTOPHER | | ADDRESS ON FILE | | | | | | |
| WARNER, SHERRY | | ADDRESS ON FILE | | | | | | |
| WASHINGTON, RHONDA | | ADDRESS ON FILE | | | | | | |
| WATERS, DALEASHA | | ADDRESS ON FILE | | | | | | |
| WATSON, ANTHONY | | ADDRESS ON FILE | | | | | | |
| WATSON, SCOTT | | ADDRESS ON FILE | | | | | | |
| WATSON, SHERI | | ADDRESS ON FILE | | | | | | |
| WATTS, JEFFREY LYNN | | ADDRESS ON FILE | | | | | | |
| WATTS, PHILLIP | | ADDRESS ON FILE | | | | | | |
| WATZ, BRANDON | | ADDRESS ON FILE | | | | | | |
| WAWA, INC | | 260 W BALTIMORE PIKE | | | MEDIA | PA | 19063-5620 | |
| WAXMAN, TOBARON | | ADDRESS ON FILE | | | | | | |
| WAYNE ART CENTER | | 413 MAPLEWOOD AVE | | | WAYNE | PA | 19087 | |
| WEALTHENGINE, INC | | PO BOX 775981 | | | CHICAGO | IL | 60677-5981 | |
| WEAVER, DAVID | | ADDRESS ON FILE | | | | | | |
| WEAVER, THOMAS | | ADDRESS ON FILE | | | | | | |
| WEAVER, THOMAS R. | | ADDRESS ON FILE | | | | | | |
| WEBB CAM | | 241 N 12TH ST | | | PHILADELPHIA | PA | 19107-1722 | |
| WEBB, BRITTANY L. | | ADDRESS ON FILE | | | | | | |
| WEBB, DARCY C. | | ADDRESS ON FILE | | | | | | |
| WEBB, ROBERT | | ADDRESS ON FILE | | | | | | |
| WEBB, WESLENETTE | | ADDRESS ON FILE | | | | | | |
| WEBBER DISPLAY | | 3500 RICHMOND ST | | | PHILADELPHIA | PA | 19134-6102 | |
| WEBBER, ERIC JOHN | | ADDRESS ON FILE | | | | | | |
| WEBER, ANDREA | | ADDRESS ON FILE | | | | | | |
| WEBER, JAMES | | ADDRESS ON FILE | | | | | | |
| WEDAA, JAMES D. | | ADDRESS ON FILE | | | | | | |
| WEI, JEAN | | ADDRESS ON FILE | | | | | | |
| WEINTZWEIG, AVA | | ADDRESS ON FILE | | | | | | |
| WEISS, DAN | | ADDRESS ON FILE | | | | | | |
| WEISS, HARRIET | | ADDRESS ON FILE | | | | | | |
| WELLS FARGO | | ADDRESS ON FILE | | | | | | |
| WELTE, JOHN | | ADDRESS ON FILE | | | | | | |
| WENDEL, TIMOTHY | | ADDRESS ON FILE | | | | | | |
| WENDLING, JOHN J. | | ADDRESS ON FILE | | | | | | |
| WENDY MATSUMURA | | ADDRESS ON FILE | | | | | | |
| WENDY SLAWSKY | | ADDRESS ON FILE | | | | | | |
| WENDY SNOKE | | ADDRESS ON FILE | | | | | | |
| WENDY SOOD | | ADDRESS ON FILE | | | | | | |
| WENDY SPENCER | | ADDRESS ON FILE | | | | | | |
| WENDY WATERS | | ADDRESS ON FILE | | | | | | |
| WENGER CORPORATION | | NW 7896 | PO BOX 1450 | | MINNEAPOLIS | MN | 55485-6370 | |
| WERNER, JULIE | | ADDRESS ON FILE | | | | | | |
| WERT BOOKBINDING, INC. | | 9975 ALLENTOWN BLVD. | | | GRANTVILLE | PA | 17028 | |
| WESLEY, GEE | | ADDRESS ON FILE | | | | | | |
| WEST PHILADELPHIA ORCHESTRA | | 202 WEST MAPLE AVE. | | | LANGHORNE | PA | 19042 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| WESTCHESTER (CHUBB) | WESTCHESTER PROFESSIONAL RISK | ATTN: NATALIE KANDUL | 11575 GREAT OAKS WAY | SUITE 200 | ALPHARETTA | GA | 30022 | |
| WESTCHESTER UNIVERSITY | | 700 SOUTH HIGH STREET | | | WEST CHESTER | PA | 19383 | |
| WESTERN INDUSTRIES | | 2170 PIEDMONT RD NE | | | ATLANTA | GA | 30324-4135 | |
| WESTERN PEST SERVICES | | PO BOX 367 | | | PARSIPPANY | NJ | 07054-0367 | |
| WETZEL, REBECCA E. | | ADDRESS ON FILE | | | | | | |
| WEXLER PETERSON LUZI | | ADDRESS ON FILE | | | | | | |
| WEXLER, EMILY | | ADDRESS ON FILE | | | | | | |
| WEXLER, JENNIFER C. | | ADDRESS ON FILE | | | | | | |
| WHALEY, STEPHANIE | | ADDRESS ON FILE | | | | | | |
| WHEARTY, LAUREN | | ADDRESS ON FILE | | | | | | |
| WHEARTY, LAUREN A. | | ADDRESS ON FILE | | | | | | |
| WHEELER, KIRSTEN | | ADDRESS ON FILE | | | | | | |
| WHEELER, MARK | | ADDRESS ON FILE | | | | | | |
| WHITBECK, CAROLINE | | ADDRESS ON FILE | | | | | | |
| WHITE, LISA D. JONES | | ADDRESS ON FILE | | | | | | |
| WHITE, MARK A. | | ADDRESS ON FILE | | | | | | |
| WHITE, MIRIAM | | ADDRESS ON FILE | | | | | | |
| WHITE, SOPHIE COOPER | | ADDRESS ON FILE | | | | | | |
| WHITE, TOBY | | ADDRESS ON FILE | | | | | | |
| WHITE-MCGUIRE, BLAKELEY | | ADDRESS ON FILE | | | | | | |
| WHITE-MCGUIRE, BLAKELEY A. | | ADDRESS ON FILE | | | | | | |
| WHITNEY CLINE-MEBANE | | ADDRESS ON FILE | | | | | | |
| WHITNEY GROGAN | | ADDRESS ON FILE | | | | | | |
| WHITT, JANINE | | ADDRESS ON FILE | | | | | | |
| WIDENER CONSTRUCTION MANAGEMENT | | 2475 BIG OAK RD | | | LANGHORNE | PA | 19047 | |
| WIGGINS, AMELIA | | ADDRESS ON FILE | | | | | | |
| WILD SECRET VENTURES | | CHARIS CLOSE | JAMBU TV RD | LUSIGETTI OFF KIKUYU, PO BOX 15654-00502 | KAREN NAIROBI | | | KENYA |
| WILHELM, DONNA | | ADDRESS ON FILE | | | | | | |
| WILKERSON, ARIEN E. | | ADDRESS ON FILE | | | | | | |
| WILL CORRDIN | | ADDRESS ON FILE | | | | | | |
| WILL MEADOWS | | ADDRESS ON FILE | | | | | | |
| WILLARD, KRISTINE | | ADDRESS ON FILE | | | | | | |
| WILLIAM B. DIETRICH FOUNDATION, INC | | 1811 CHESTNUT ST APT 304PO BOX 58177 | | | PHILADELPHIA | PA | 19102-8177 | |
| WILLIAM C. FINNEGAN | | ADDRESS ON FILE | | | | | | |
| WILLIAM CAMPBELL, II | | ADDRESS ON FILE | | | | | | |
| WILLIAM G KREBS CONSULTING | | ADDRESS ON FILE | | | | | | |
| WILLIAM GARRETT | | ADDRESS ON FILE | | | | | | |
| WILLIAM KELLY | | ADDRESS ON FILE | | | | | | |
| WILLIAM KNAPTON | | ADDRESS ON FILE | | | | | | |
| WILLIAM M. KING CHARITABLE FOUNDATION | | ADDRESS ON FILE | | | | | | |
| WILLIAM MELENEY | | ADDRESS ON FILE | | | | | | |
| WILLIAM PENN FOUNDATION | | ADDRESS ON FILE | | | | | | |
| WILLIAM PENN REALTY GROUP | | 19 S 21ST ST | | | PHILADELPHIA | PA | 19103 | |
| WILLIAM, DIDIER | | ADDRESS ON FILE | | | | | | |
| WILLIAMS, DANIEL L. JR. | | ADDRESS ON FILE | | | | | | |
| WILLIAMS, DARNELL | | ADDRESS ON FILE | | | | | | |
| WILLIAMS, INGRID | | ADDRESS ON FILE | | | | | | |
| WILLIAMS, JAYCE | | ADDRESS ON FILE | | | | | | |
| WILLIAMS, MACKENZIE | | ADDRESS ON FILE | | | | | | |
| WILLIAMS, MARIAM | | ADDRESS ON FILE | | | | | | |
| WILLIAMS, RACHEL | | ADDRESS ON FILE | | | | | | |
| WILLIAMS, ROBIN | | ADDRESS ON FILE | | | | | | |
| WILLIAMS, SARAH E. | | ADDRESS ON FILE | | | | | | |
| WILLIAMS, TSHAY | | ADDRESS ON FILE | | | | | | |
| WILLIAMS, TYDELL RICHARD | | ADDRESS ON FILE | | | | | | |
| WILLIARD, INC | | 175 TITUS AVE STE 100 | | | WARRINGTON | PA | 18976-2467 | |
| WILLIS TOWERS WATSON NORTHEAST INC | | PO BOX 32090 | | | NEW YORK | NY | 10087-2090 | |
| WILLIS TOWERS WATSON NORTHEAST, INC | | 200 N WARNER RD STE 300 | | | KING OF PRUSSIA | PA | 19406 | |
| WILLIS TOWERS WATSON PLC | | ADDRESS ON FILE | | | | | | |
| WILLITS, CYNTHIA | | ADDRESS ON FILE | | | | | | |
| WILMINGTON TRUST | | 285 DELAWARE AVE. 2ND FL | | | BUFFALO | NY | 14202 | |
| WILSON, DAWN A. | | ADDRESS ON FILE | | | | | | |
| WILSON, LYNDSIE | | ADDRESS ON FILE | | | | | | |
| WILSON-DUNCAN, RHONDA | | ADDRESS ON FILE | | | | | | |
| WIMBROW, JEREMIE ROSE | | ADDRESS ON FILE | | | | | | |
| WINDGATE CHARITABLE FOUNDATION | | 6323 RANCH DR STE B | | | LITTLE ROCK | AR | 72223-4646 | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| WINDISH, MICHAEL | | ADDRESS ON FILE | | | | | | |
| WIRELESS ELECTRONICS, INC | | 153 COOPER RD | | | W. BERLIN | NJ | 08091 | |
| WISNESKIE, CAITLIN | | ADDRESS ON FILE | | | | | | |
| WITHERSPOON, FRANK | | ADDRESS ON FILE | | | | | | |
| WITHERSPOON, FRANK T. III | | ADDRESS ON FILE | | | | | | |
| WITHERSPOON, NIA O. | | ADDRESS ON FILE | | | | | | |
| WITTWER, PATRICK | | ADDRESS ON FILE | | | | | | |
| WOEHRMANN, JILL | | ADDRESS ON FILE | | | | | | |
| WOHLER, DORIA | | ADDRESS ON FILE | | | | | | |
| WOLF, BENJAMIN | | ADDRESS ON FILE | | | | | | |
| WOLF, BENJAMIN S. | | ADDRESS ON FILE | | | | | | |
| WOLF, DEBBIE | | ADDRESS ON FILE | | | | | | |
| WOLF, DEBBIE L. | | ADDRESS ON FILE | | | | | | |
| WOLF, MARIA | | ADDRESS ON FILE | | | | | | |
| WOLF, STUART J. | | ADDRESS ON FILE | | | | | | |
| WOLINSKY, REBECCA | | ADDRESS ON FILE | | | | | | |
| WOLLMAN, NANCY | | ADDRESS ON FILE | | | | | | |
| WONG, KENNETH | | ADDRESS ON FILE | | | | | | |
| WONG, MELODY | | ADDRESS ON FILE | | | | | | |
| WONG, YU WEN | | ADDRESS ON FILE | | | | | | |
| WOOD TURNING CENTER, INC | | 501 VINE ST | | | PHILADELPHIA | PA | 19106-1002 | |
| WOOD, JULIE TOLENTINO | | ADDRESS ON FILE | | | | | | |
| WOODARD, JULIANA | | ADDRESS ON FILE | | | | | | |
| WOODIN, JOHN R. | | ADDRESS ON FILE | | | | | | |
| WOODS, DANIEL | | ADDRESS ON FILE | | | | | | |
| WOOLFORD, CONNIE | | ADDRESS ON FILE | | | | | | |
| WORLDSTRIDES | | 218 WEST WATER ST | STE 400 | | CHARLOTTESVILLE | VA | 22902 | |
| WORLDWIDE BOOKS CORPORATION | | 8406 MAIN STREET | | | INTERLAKEN | NY | 14847-9802 | |
| WORLDWIDE INSURANCE | | PO BOX 536417 | | | PITTSBURGH | PA | 15253-5906 | |
| WRIGHT, ALLISON | | ADDRESS ON FILE | | | | | | |
| WRIGHT, MIKEL | | ADDRESS ON FILE | | | | | | |
| WRIGHT, STEVEN | | ADDRESS ON FILE | | | | | | |
| WUNDER, MARGARET | | ADDRESS ON FILE | | | | | | |
| WYATT ELEVATOR CO | | 701 ASHLAND AVE | ASHLAND CENTER TWO | STE 11 | FOLCROFT | PA | 19032 | |
| WYNCOTE FOUNDATION | | 1717 ARCH ST FL 14 STE 1430 | | | PHILADELPHIA | PA | 19103-2740 | |
| WYNN, KEATON | | ADDRESS ON FILE | | | | | | |
| XEROX FINANCIAL SERVICES | | 201 MERRITT 7 | | | NORWALK | CT | 06856 | |
| XEROX FINANCIAL SERVICES LLC | | 201 MERRITT 7 | | | NORWALK | CT | 06851 | |
| XEROX FINANCIAL SERVICES LLC | | PO BOX 202882 | | | DALLAS | TX | 75320-2882 | |
| XIAO, JENNIFER | | ADDRESS ON FILE | | | | | | |
| XU, EMILY GARDNER HALL | | ADDRESS ON FILE | | | | | | |
| YADIRA VONGS | | ADDRESS ON FILE | | | | | | |
| YAGER, DAVID | | ADDRESS ON FILE | | | | | | |
| YAGER, DAVID E. | | ADDRESS ON FILE | | | | | | |
| YAMAHA MUSICAL PRODUCTS, INC | | PO BOX 899 | | | GRAND RAPIDS | MI | 49518-0899 | |
| YAMAMOTO, ASAMI ROBLEDO | | ADDRESS ON FILE | | | | | | |
| YANAS, RICHARD | | ADDRESS ON FILE | | | | | | |
| YANEZ MARQUINA, JUAN M. | | ADDRESS ON FILE | | | | | | |
| YANG, CHRISTINA | | ADDRESS ON FILE | | | | | | |
| YANG, JERRY H. | | ADDRESS ON FILE | | | | | | |
| YANG, VERONICA | | ADDRESS ON FILE | | | | | | |
| YARDS BREWING CO | | 901 N DELAWARE AVE | | | PHILADELPHIA | PA | 19123-3262 | |
| YARDS BREWING CO, LLC | | 500 SPRING GARDEN STREET | | | PHILADELPHIA | PA | 19123-2833 | |
| YEAKLEY, ANNA MARIA | | ADDRESS ON FILE | | | | | | |
| YEH, CHE | | ADDRESS ON FILE | | | | | | |
| YEH, LI-CHIU | | ADDRESS ON FILE | | | | | | |
| YEH, MORIAH | | ADDRESS ON FILE | | | | | | |
| YELLOWBIRD BUS CO INC | | 7700 STATE RD. | | | PHILADELPHIA | PA | 19136 | |
| YERUSHALMY, NETTA | | ADDRESS ON FILE | | | | | | |
| YERUSHALMY, NETTA C. | | ADDRESS ON FILE | | | | | | |
| YERXA, RON | | ADDRESS ON FILE | | | | | | |
| YES& NEW PUNK LLC | | 1168 EAST PASSYUNK AVE | | | PHILADELPHIA | PA | 19147 | |
| YES, EPPCHEZ | | ADDRESS ON FILE | | | | | | |
| YETZER, BRIAN | | ADDRESS ON FILE | | | | | | |
| YETZER, BRIAN R. | | ADDRESS ON FILE | | | | | | |
| YODER, JOANNA | | ADDRESS ON FILE | | | | | | |
| YOKO OSHIKIRI | | ADDRESS ON FILE | | | | | | |
| YOLANDA ROBINSON | | ADDRESS ON FILE | | | | | | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| YORITA, ANDREA | | ADDRESS ON FILE | | | | | | |
| YORKE, ALICE | | ADDRESS ON FILE | | | | | | |
| YOUNES, LINA | | ADDRESS ON FILE | | | | | | |
| YOUNG, GREG | | ADDRESS ON FILE | | | | | | |
| YOUNG, MORRIAH A. | | ADDRESS ON FILE | | | | | | |
| YOUNG, SUN KANG | | ADDRESS ON FILE | | | | | | |
| YOUNG, WALTER | | ADDRESS ON FILE | | | | | | |
| YUKA, CHRISTINE LEILANI PETZ | | ADDRESS ON FILE | | | | | | |
| YURKANIN, MARK | | ADDRESS ON FILE | | | | | | |
| ZABOROWSKI, NICHOLAS | | ADDRESS ON FILE | | | | | | |
| ZACH FRIED | | ADDRESS ON FILE | | | | | | |
| ZACHARY CALHOUN | | ADDRESS ON FILE | | | | | | |
| ZAJACK, MARC | | ADDRESS ON FILE | | | | | | |
| ZAKAT, RASHID | | ADDRESS ON FILE | | | | | | |
| ZANI, CHRISTINA | | ADDRESS ON FILE | | | | | | |
| ZAPFS MUSIC STORE, INC | | 1205 WARREN AVE | | | CHERRY HILL | NJ | 08002-3252 | |
| ZARLI, ZAIRA | | ADDRESS ON FILE | | | | | | |
| ZAYLEA, JENNIFER | | ADDRESS ON FILE | | | | | | |
| ZDENO KRAJC | | ADDRESS ON FILE | | | | | | |
| ZECHA, ROBERT ZACHARIAH | | ADDRESS ON FILE | | | | | | |
| ZECK, EMILY | | ADDRESS ON FILE | | | | | | |
| ZECK, EMILY | | ADDRESS ON FILE | | | | | | |
| ZEGLINSKI, HELEN | | ADDRESS ON FILE | | | | | | |
| ZEITGEIST FILMS LTD | | 333 WEST 39TH ST. | STE 503 | | NEW YORK | NY | 10018 | |
| ZELDIN FAMILY FOUNDATION | | ADDRESS ON FILE | | | | | | |
| ZERANCE, EUGENE | | ADDRESS ON FILE | | | | | | |
| ZIMMERMAN, BRANDON | | ADDRESS ON FILE | | | | | | |
| ZIMMERMAN, BRANDON L. | | ADDRESS ON FILE | | | | | | |
| ZIMMERMAN, MICHAEL L. | | ADDRESS ON FILE | | | | | | |
| ZIMMERMAN, MONICA L. | | ADDRESS ON FILE | | | | | | |
| ZOEY OROL | | ADDRESS ON FILE | | | | | | |
| ZOHO CORPORATION | | PO BOX 894926 | | | LOS ANGELES | CA | 90189-4926 | |
| ZOOM DRAIN PHILADELPHIA, LLC | | 500 DAVIS DRIVE | STE. 200 | | PLYMOUTH MEETING | PA | 19462 | |
| ZOOM VIDEO COMM, INC | | 55 ALMADEN BLVD. | 6TH FL | | SAN JOSE | CA | 95113 | |
| ZORAN BLAZEVIC | | ADDRESS ON FILE | | | | | | |
| ZUMBO, MATTHEW J. | | ADDRESS ON FILE | | | | | | |
| ZURICH AMERICAN INSURANCE COMPANY | | PRIVACY OFFICE | 1299 ZURICH WAY | | SCHAUMBURG | IL | 60196 | |
| ZWEIFLER, DAVID | | ADDRESS ON FILE | | | | | | |