**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE UNIVERSITY OF THE ARTS,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 24-12140 (BLS) |

**ORDER (I) AUTHORIZING THE DEBTOR TO**
**REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF**
**NATURAL PERSONS, AND (II) GRANTING RELATED RELIEF**

Upon the *Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief* (the "Motion"),[2] of the above-captioned debtor, for entry of an order (this "Order") (i) authorizing the Debtor to redact certain personally identifiable information of natural persons; and (ii) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that the Debtor's notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The University of the Arts (9911). The University of the Arts has an address at 320 South Broad Street, Philadelphia, PA 19102.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Debtor and/or the Chapter 7 Trustee is authorized, pursuant to section 107(c) of the Bankruptcy Code and Bankruptcy Rule 9037, to redact on the Creditor Matrix, Schedules and Statements, affidavits of service, or other documents filed with the Court, the home addresses, and e-mail addresses of all natural persons. In addition, the Debtor and/or Chapter 7 Trustee is authorized to redact on the Creditor Matrix, Schedules and Statements, affidavits of service, or other documents filed with the Court, the names, addresses, phone numbers, and email addresses of any natural person living in or with citizenship in the European Union and/or under the age of eighteen (18). The Debtor shall provide an unredacted version of the Creditor Matrix, Schedules and Statements, and any other filings redacted pursuant to this Order to (a) the Court, (b) the United States Trustee, (c) the Chapter 7 Trustee and its counsel, and (d) any proposed Claims and Noticing Agent; *provided* that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request.

3. Nothing herein precludes a party in interest's right to file a motion requesting that the Court unseal the information redacted by this Final Order.

4. The Chapter 7 Trustee shall cause the Creditor Matrix to be made available in readable electronic format (or in non-electronic format) upon reasonable request by parties in interest.

5. The Chapter 7 Trustee (and claims agent, if any) is authorized to serve all pleadings and papers on all parties listed on the Creditor Matrix (including via e-mail if available).

6. Nothing in this Order shall waive or otherwise limit the service of any document upon or the provision of any notice to any individual, member, or customer whose personally identifiable information is sealed or redacted pursuant to this Order. Service of all documents and notices upon natural persons whose personally identifiable information is sealed or redacted pursuant to this Order shall be confirmed in the corresponding certificate of service.

7. To the extent a party in interest files a document on the docket in this chapter 7 case that is required to be served on creditors whose information is under seal pursuant to this Order, such party in interest should contact counsel for the Chapter 7 Trustee (and claims agent, if any) who shall work in good faith to effectuate the service on such party's behalf.

8. The Chapter 7 Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.