**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS,[1] | Case No. 24-12140 (BLS) |
| Debtor. | **Hearing Date: TBD**<br>**Objection Date: TBD** |

**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS, AND (II) GRANTING RELATED RELIEF**

  **PLEASE TAKE NOTICE** that, on September 13, 2024, the above-captioned debtor (the "Debtor"), by and through its undersigned counsel, filed the *Debtor's Motion for Entry of an Order (i) Authorizing the Debtor to Redact Certain Personally Identifiable Information of Natural Persons, and (ii) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

  **PLEASE TAKE FURTHER NOTICE THAT** responses or objections, if any, to the Motion will be due on a date to be determined by the Bankruptcy Court (the "Objection Deadline"). Any response or objection to the Motion shall be filed and served upon, so as to actually be received by, the undersigned counsel to Movant on or before the Objection Deadline.

  **PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion, if required, will be held on a date a time to be determined by the Bankruptcy Court (the "Hearing Date") before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Only responses and objections in writing and timely filed, served and received in accordance with this Notice will be considered by the Bankruptcy Court at this hearing.

  **PLEASE TAKE FURTHER NOTICE THAT**, IF NO RESPONSES OR OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE

---

[1]   The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The University of the Arts (9911). The University of the Arts has an address at 320 South Broad Street, Philadelphia, PA 19102.

-2-

WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 13, 2024  **MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Marc J. Phillips*
Richard G. Placey (No. 4206)
Gregory T. Donilon (No. 4244)
Marc J. Phillips (No. 4445)
1105 North Market Street, 15th Floor
Wilmington, Delaware 19801
Telephone: (302) 504-7800
rplacey@mmwr.com
gdonilon@mmwr.com
mphillips@mmwr.com

*Counsel for the Debtor*