# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON OCTOBER 11, 2024, AT 1:30 P.M. (EASTERN TIME)

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON AND *VIA* ZOOM. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.  MATTER(S) GOING FORWARD:**

1. Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, filed on October 1, 2024 [Docket No. 27].

    <u>Objection Deadline</u>:    October 9, 2024, at 4:00 p.m. (Eastern Time)

    <u>Responses Received</u>:    None to date.

    <u>Related Pleadings</u>:

    A.    Motin to Shorten Time for Notice and Response to the Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: The University of the Arts (9911); and U of Arts Finance, LLC (9911).

                Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, filed on October 1, 2024 [Docket No. 28].

        B.    Order Granting Motin to Shorten Time for Notice and Response to the Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, entered on October 2, 2024 [Docket No. 32].

        C.    Notice of Interim Hearing on Motin to Shorten Time for Notice and Response to the Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, filed on October 2, 2024 [Docket No. 34].

    Status:   This matter will only go forward if there are objections filed by the objection deadline.

2.    Motion of the Chapter 7 Trustee for Entry of Interim and Final Orders (I) Authorizing the Trustee to Use Cash Collateral, (II) Granting Adequate Protection, (III) Approving Sharing Arrangement, and (IV) Granting Related Relief, filed on October 2, 2024 [Docket No. 30].

    Objection Deadline:       October 9, 2024, at 4:00 p.m. (Eastern Time)

    Responses Received:      None to date.

    Related Pleadings:

        A.    Motion to Shorten Time for Notice and Response to the Motion of the Chapter 7 Trustee for Entry of Interim and Final Orders (I) Authorizing the Trustee to Use Cash Collateral, (II) Granting Adequate Protection, (III) Approving Sharing Arrangement, and (IV) Granting Related Relief, filed on October 2, 2024 [Docket No. 31].

        B.    Order Granting Motion to Shorten Time for Notice and Response to the Motion of the Chapter 7 Trustee for Entry of Interim and Final Orders (I) Authorizing the Trustee to Use Cash Collateral, (II) Granting Adequate Protection, (III) Approving Sharing Arrangement, and (IV) Granting Related Relief, entered on October 2, 2024 [Docket No. 33].

        C.    Notice of Interim Hearing on Motion of the Chapter 7 Trustee for Entry of Interim and Final Orders (I) Authorizing the Trustee to Use Cash Collateral, (II) Granting Adequate Protection, (III) Approving Sharing Arrangement, and (IV) Granting Related Relief, filed on October 2, 2024 [Docket No. 35].

    Status:   This matter will only go forward if there are objections filed by the objection deadline.

Dated: October 9, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*
David W. Carickhoff (No. 3715)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:   carickhoff@chipmanbrown.com
             root@chipmanbrown.com

*Proposed Counsel for the Chapter 7 Trustee*

4868-7632-1518, v. 1