**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 23, 2024, AT 1:30 P.M. (EASTERN TIME)**

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON AND *VIA* ZOOM. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.    RESOLVED MATTER(S):**

1. Application of the Chapter 7 Trustee for Entry of an Order Authorizing the Employment of Chipman Brown Cicero & Cole, LLP as General Bankruptcy Counsel to the Chapter 7 Trustee, Effective as of September 16, 2024, filed on October 1, 2024 [Docket No. 24].

    Objection Deadline:    October 15, 2024, at 4:00 p.m. (Eastern Time)

    Responses Received:    None.

    Related Pleadings:

    A.    Certificate of No Objection Regarding Application of the Chapter 7 Trustee for Entry of an Order Authorizing the Employment of Chipman Brown Cicero &

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: The University of the Arts (9911); and U of Arts Finance, LLC (9911).

        Cole, LLP as General Bankruptcy Counsel to the Chapter 7 Trustee, Effective as of September 16, 2024, filed on October 17, 2024 [Docket No. 57].

    B.    Order Authorizing the Employment of Chipman Brown Cicero & Cole, LLP as General Bankruptcy Counsel to the Chapter 7 Trustee, Effective as of September 16, 2024, entered on October 18, 2024 [Docket No. 59].

Status: The order has been entered.

2. Motion for an Order Authorizing Trustee's Retention and Employment of Fox Rothschild LLP as Special Counsel to the Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1, Effective as of September 27, 2024, filed on October 4, 2024 [Docket No. 40].

    Objection Deadline:    October 16, 2024, at 4:00 p.m. (Eastern Time)

    Responses Received:    None.

    Related Pleadings:

    A.    Certificate of No Objection Regarding D.I. No. 40, filed on October 17, 2024 [Docket No. 58].

    B.    Order Authorizing the Retention and Employment of Fox Rothschild LLP as Special Counsel to the Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1, Effective as of September 27, 2024, entered on October 18, 2024 [Docket No. 60].

Status: The order has been entered.

**II.** **MATTER(S) FILED UNDER CERTIFICATION:**

3. Application of Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountants and Financial Advisors to the Chapter 7 Trustee, Effective as of September 16, 2024, filed on October 1, 2024 [Docket No. 25].

    Objection Deadline:    October 15, 2024, at 4:00 p.m. (Eastern Time)

    Responses Received:    None.

    Related Pleadings:

    A.    Certificate of No Objection Regarding Application of Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountants and Financial Advisors to

      the Chapter 7 Trustee, Effective as of September 16, 2024, filed on October 18, 2024 [Docket No. 61].

      Status:  A certificate of no objection has been filed. Therefore, no hearing is necessary unless otherwise requested by the Court.

4. Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, filed on October 1, 2024 [Docket No. 27].

    Objection Deadline:  October 16, 2024, at 4:00 p.m. (Eastern Time)

    Responses Received:  None to date.

    Related Pleadings:

      A. Interim Order Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, entered on October 10, 2024 [Docket No. 51].

      B. Certification of Counsel Regarding Final Order Authorizing the Chapter 7 Trustee To (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, filed on October 21, 2024 [Docket No. 63].

    Status:  A proposed final order has been filed under certification of counsel.

### III.  MATTER(S) GOING FORWARD:

5. Motion of Chapter 7 Trustee for Entry of an Order Pursuant to Sections 105, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007 Authorizing (I) Rejection of a Certain Non-Residential Real Property Lease, Effective as of Petition Date and (II) Abandonment of Personal Property, filed on October 1, 2024 [Docket No. 26].

    Objection Deadline:  October 15, 2024, at 4:00 p.m. (Eastern Time)

    Responses Received:  None.

    Related Pleadings:  None.

    Status:  This matter will go forward.

6. Motion of the Chapter 7 Trustee for Entry of Interim and Final Orders (I) Authorizing the Trustee to Use Cash Collateral, (II) Granting Adequate Protection, (III) Approving Sharing Arrangement, and (IV) Granting Related Relief, filed on October 2, 2024 [Docket No. 30].

    Objection Deadline:  October 9, 2024, at 4:00 p.m. (Eastern Time)

Responses Received:

    i.    Informal comments from Hamilton Trusts.

    ii.    Objection of the United States Trustee to Chapter 7 Trustee's Motion to Approve Use of Cash Collateral, filed on October 9, 2024 [Docket No. 46].

Related Pleadings:

    A.    Interim Order (I) Authorizing the Trustee to Use Cash Collateral, (II) Granting Adequate Protection, (III) Approving Sharing Arrangement, and (IV) Granting Related Relief, entered on October 10, 2024 [Docket No. 52].

Status:  The proposed form of order will include language addressing the comments from the Hamilton Trusts.  The Office of the United States will move forward with its objection regarding the challenge period in the form of order.  The Trustee and prepetition secured lenders are working on a final form of order and expect to submit it in advance of the hearing.

Dated:  October 21, 2024
         Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:  carickhoff@chipmanbrown.com
       root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*