**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 19, 2024, AT 2:00 P.M. (EASTERN TIME)**

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON AND *VIA* ZOOM. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.   MATTER(S) GOING FORWARD:**

1. Motion of Chapter 7 Trustee for Entry of Order Approving Certain Expense Reimbursements, Stalking Horse Procedures, and Other General Bid Procedures In Connection With the Sale of the Debtors' Real Estate and Granting Related Relief, filed December 13, 2024 [Docket No. 119].

    Objection Deadline:     December 19, 2024, at 2:00 p.m. (Eastern Time).

    Responses Received:     None to Date.

    Related Pleadings:

    A.   Motion to Shorten Time for Notice and Response to: Motion of Chapter 7 Trustee for Entry of Order Approving Certain Expense Reimbursements, Stalking Horse Procedures, and Other General Bid Procedures In Connection

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: The University of the Arts (9911); and U of Arts Finance, LLC (9911).

With the Sale of the Debtors' Real Estate and Granting Related Relief, filed December 13, 2024 [Docket No. 120].

B. Order Granting Motion to Shorten Time for Notice and Response to: Motion of Chapter 7 Trustee for Entry of Order Approving Certain Expense Reimbursements, Stalking Horse Procedures, and Other General Bid Procedures In Connection With the Sale of the Debtors' Real Estate and Granting Related Relief, entered December 17, 2024 [Docket No. 123].

Status: This matter will go forward.

Dated: December 17, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:   carickhoff@chipmanbrown.com
           root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*