## CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on December 17, 2024, I caused true and correct copies of the (a) **Notice of Agenda of Matters Scheduled for Hearing on December 19, 2024, at 2:00 p.m. (Eastern Time)** and (b) **Order Granting Motion of Chapter 7 Trustee for Entry of Order Approving Certain Expense Reimbursements, Stalking Horse Procedures, and Other General Bid Procedures In Connection With the Sale of the Debtors' Real Estate and Granting Related Relief** [Docket No. 123], to be served (i) by CM/ECF upon those parties registered to receive such electronic notifications in these cases, and (ii) by email or first-class mail upon the parties listed on the attached service list.

/s/ David W. Carickhoff
David W. Carickhoff (No. 3715)

4937-7396-8135, v. 2

**SERVICE LIST**

Benjamin A. Hackman, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email:   benjamin.a.hackman@usdoj.gov

Gregory T. Donilon, Esquire
Marc J. Phillips, Esquire
Richard G. Placey, Esquire
*Montgomery McCracken Walker & Rhoads LLP*
1105 North Market Street, Suite 1500
Wilmington, DE 19801
Email:   gdonilon@mmwr.com
              mphillips@mmwr.com
              rplacey@mmwr.com
(Counsel for Debtors)

Amy Caton, Esquire
Douglas Buckley, Esquire
*Kramer Levin Naftalis & Frankel LLP*
1177 Avenue of the Americas
New York, NY 10036
Email:   acaton@kramerlevin.com
              dbuckley@kramerlevin.com
(Counsel for UMB Bank, N.A.)

Domenic E. Pacitti, Esquire
*Klehr Harrison Harvey Branzburg LLP*
919 North Market Street, Suite 1000
Wilmington, DE 19801-3062
Email:   dpacitti@klehr.com
(Counsel for UMB Bank, N.A.)

Morton R. Branzburg, Esquire
*Klehr Harrison Harvey Branzburg LLP*
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Email:   mbranzburg@klehr.com
(Counsel for UMB Bank, N.A.)

Nicholas Brannick, Esquire
*Ballard Spahr, LLP*
919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Email:   brannickn@ballardspahr.com
(Counsel for TD Bank, N.A.)

Diane E. Vuocolo, Esquire
*Ballard Spahr, LLP*
919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Email:   vuocolod@ballardspahr.com
(Counsel for TD Bank, N.A.)

Joseph H. Lemkin, Esquire
*Stark & Stark, P.C.*
P.O. Box 5315
Princeton, NJ 08543
Email:   jlemkin@stark-stark.com
(Counsel for De Lage Landen Financial Services, Inc.)

Megan N. Harper, Esquire
Deputy City Solicitor
*City of Philadelphia Law Department*
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
Email:   Megan.Harper@phila.gov

Jacob Ross Wasser-Segal, Esquire
*McMonagle Perri McHugh Mischak & Davis*
1845 Walnut Street, Suite 1900
Philadelphia, PA 19103
Email:   jsegal@mpmpc.com
(Counsel to 14 WA Partners LP)

*14 WA Partners LP*
110 South 19th Street, Suite 300
Philadelphia, PA 19103
Email:   rjs@pearl-properties.com
              jls@pearl-properties.com

Susan E. Kaufman, Esquire
*Law Offices of Susan E. Kaufman, LLC*
919 North Market Stret, Suite 460
Wilmington, DE 19801
Email:   skaufman@skaufmanlaw.com
(Counsel for American Federation of Teachers and AFT Local 9608)

Hanan B. Kolko, Esquire
Matthew E. Stolz, Esquire
*Cohen, Weiss and Simon LLP*
909 Third Avenue, 12th Floor
New York, NY 10022
Email:  hkolko@cwsny.com
            mstolz@cwsny.com
(Counsel for American Federation of Teachers and AFT Local 9608)

John J. Monaghan, Esquire
Lynne B. Xerras, Esquire
*Holland & Knight LLP*
10 St. James Avenue, 11th Floor
Boston, MA 02116
Email:  bos-bankruptcy@hklaw.com
            lynne.xerras@hklaw.com
(Counsel for Temple University)

Robert J. Dehney, Sr., Esquire
Eric D. Schwartz, Esquire
*Morris Nichols Arsht & Tunnell*
1201 North Market Street, 16th Floor
Wilmington, DE 19801
Email:  rdehney@morrisnichols.com
            eschwartz@morrisnichols.com

*UA Agency, LLC*
c/o Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004

*Internal Revenue Service*
P.O. Box 7346
Philadelphia, PA 19101-7346

*Pennsylvania Department of Revenue*
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

*Pennsylvania Office of Attorney General*
16th Floor, Strawberry Square
Harrisburg, PA 17120

*City of Philadelphia Department of Revenue*
Municipal Services Building
1401 John F. Kennedy Boulevard
Philadelphia, PA 19102