## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE UNIVERSITY OF THE ARTS, *et al.,*<br><br>          Debtors. | Chapter 7<br><br>Case No. 24-12140-BLS<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Troutman Pepper Hamilton Sanders LLP hereby appears in the above-captioned cases as counsel to the Curtis Institute of Music (the "Curtis Institute"), pursuant to section 1109(b) of title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007, Bankruptcy Code section 1109(b) and the applicable Local Rules, that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

| | |
|---|---|
| **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>Tori L. Remington, Esq.<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>Fax: (302) 421-8390<br>E-mail: tori.remington@troutman.com | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>Francis J. Lawall<br>Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981- 4000<br>Fax: (215) 981-4750<br>Email: francis.lawall@troutman.com |

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Code section 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether

formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"); (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs or recoupments to which the Committee, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

*[Remainder of page intentionally left blank]*

Dated: December 20, 2024
Wilmington, Delaware

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Tori L. Remington*
Tori L. Remington (DE No. 6901)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: tori.remington@troutman.com

-and-

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Francis J. Lawall (*pro hac vice* to be filed)
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Fax: (215) 981-4750
Email: francis.lawall@troutman.com

*Counsel to the Curtis Institute of Music*

## CERTIFICATE OF SERVICE

I, Tori L. Remington, hereby certify that on December 20, 2024, I caused a copy of the foregoing *Notice of Appearance and Request for Service of Papers* to be served upon the parties set forth on the attached list, via first class mail, postage prepaid, and email; and all ECF participants in these cases were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court.

*/s/ Tori L. Remington*
Tori L. Remington (DE No. 6901)

Gregory T. Donilon, Esquire
Marc J. Phillips, Esquire
Richard G. Placey, Esquire
Montgomery McCracken Walker & Rhoads LLP
1105 North Market Street, Suite 1500
Wilmington, DE 19801
Email: gdonilon@mmwr.com
          mphillips@mmwr.com
          rplacey@mmwr.com
 (Counsel for Debtors)

Seth A. Niederman
Fox Rothschild LLP
919 North Market Street, Suite 300
PO Box 2323
Wilmington, DE 19899
Email: sniederman@foxrothschild.com
(Counsel for Chapter 7 Trustee)

David W. Carickhoff
Alan Michael Root
Chipman Brown Cicero & Cole, LLP
1313 N. Market Street
Suite 5400
Wilmington, DE 19801
Email: carickhoff@chipmanbrown.com
          root@chipmanbrown.com
(Counsel for Chapter 7 Trustee)

Benjamin A. Hackman, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: benjamin.a.hackman@usdoj.gov