# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) (Jointly Administered) |
| Debtors. | |

## NOTICE OF INCREASE OF HOURLY RATES FOR FOX ROTHSCHILD LLP

PLEASE TAKE NOTICE that the firm of Fox Rothschild LLP, serving as special counsel to Alfred T. Giuliano, Chapter 7 Trustee, will adjust its hourly rates, effective as of January 1, 2025, in accordance with the attached **Exhibit "A".**

**FOX ROTHSCHILD LLP**

By:  */s/ Seth A. Niederman*
    Seth A. Niederman, Esquire (No. 4588)
    1201 N. Market Street, Suite 1200
    Wilmington, DE 19801
    (302) 654-7444/Fax (302) 656-8920
    sniederman@foxrothschild.com

    *Special Counsel for Alfred T. Giuliano, Chapter 7 Trustee*

Dated: December 27, 2024

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable, are: The University of the Arts (9911); and U of Arts Finance (9911).

166332834.1

# EXHIBIT "A"

| Professional | Previous Hourly Rate | Hourly Rate as of 1/1/25 |
|---|---|---|
| Michael G. Menkowitz | $1,160 | $1,275 |
| Seth A. Niederman | $755 | $835 |
| Craig L Finger | $930 | $1,025 |
| Richard S. Caputo | $855/$980 | $940 |
| Andrew R. Stoll | $540 | $580 |
| Chad A. Lewis | $500 | $570 |
| Robin I. Solomon | $495 | $555 |

166332834.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Increase of Hourly Rates was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, on December 27, 2024.

>　　　　　　　　　　　　　　　*/s/ Seth A. Niederman*
>　　　　　　　　　　　　　　　Seth A. Niederman (No. 4588)
>
>　　　　　　　　　　　　　　　*Counsel for Alfred T. Giuliano, Chapter 7 Trustee*

Dated:  December 27, 2024