IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| The University of the Arts, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Dkt. Nos. 119, 146, 148, and 150** |

## NOTICE OF (I) SUCCESSFUL BID AND BIDDER FOR CERTAIN REAL PROPERTY AND RELATED ASSETS LOCATED AT 601 SOUTH BROAD STREET, PHILADELPHIA, PA (ARTS BANK BUILDING) AND (II) FILING OF ASSET PURCHASE AGREEMENT AND SALE ORDER

**PLEASE TAKE NOTICE THAT** on December 13, 2024, Alfred T. Giuliano, the chapter 7 trustee (the "**Trustee**") for the estates of the above-captioned debtors (the "**Debtors**") filed the *Motion of the Chapter 7 Trustee for Entry of Order Approving Certain Expense Reimbursements, Stalking Horse Procedures, and Other General Bid Procedures in Connection with the Sale of the Debtors' Real Estate and Granting Related Relief* [Docket No. 119] (the "**Bid Procedures Motion**"). On December 20, 2024, the Court entered an Order approving the relief requested by the Bid Procedures Motion [Docket No. 125] (the "**Bid Procedures Order**").

**PLEASE TAKE FURTHER NOTICE THAT** on January 9, 2025, the Trustee filed the *Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief* [Docket No. 146] (the "**Arts Bank Building Sale Motion**").[2]

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable, are: The University of the Arts (9911); and U of Arts Finance, LLC (9911).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Arts Bank Building Sale Motion.

**PLEASE TAKE FURTHER NOTICE THAT** that after filing the Arts Bank Building Sale Motion, the Trustee received a competing bid for the Property. Accordingly, on January 14, 2025, the Trustee conducted an auction for the Property.

**SUCCESSFUL BID AND BIDDER**. At the conclusion of the auction, the Trustee, in accordance with the Bid Procedures Order and in consultation with his professionals, exercised his reasonable business judgment and determined that Quadro Bay, LLC (the "**Successful Bidder**"), with a bid of $2,710,000.00, submitted the highest and/or otherwise best offer for the Property (the "**Successful Bid**"). The details regarding the Successful Bid are set forth in detail in the Asset Purchase Agreement attached hereto as **Exhibit 1**. A redline of the Successful Bidder's Asset Purchase Agreement against the stalking horse Purchase Agreement attached to the Arts Bank Building Sale Motion is attached hereto as **Exhibit 2**.

**BACK-UP BIDDER.** At the conclusion of the auction, the Trustee, in accordance with the Bid Procedures Order and in consultation with his professionals, exercised his reasonable business judgment and determined that Lantern Theater Company shall serve as the backup bidder in accordance with the Bid Procedures Order.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

- 3 -

**SALE ORDER**.  A Proposed Order approving the sale of the Property to the Successful Bidder is attached hereto as **Exhibit 3**.   A redline showing the changes to the Proposed Order originally attached to the Arts Bank Building Sale Motion is attached hereto as **Exhibit 4.**

Dated: January 15, 2025
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*
David W. Carickhoff (No. 3715)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:   carickhoff@chipmanbrown.com
         root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

4907-8894-0559, v. 2