## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 15, 2025, AT 1:30 P.M. (EASTERN TIME)

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON AND *VIA* ZOOM. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

## I. MATTER(S) GOING FORWARD:

1.  Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 251 S. 18th Street, Philadelphia, PA (Arts Alliance Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 8, 2025 [Docket No. 141].

    Objection Deadline:        January 14, 2025, at 12:00 p.m. (Eastern Time).

    Responses Received:

    i.    Commonwealth of Pennsylvania's Limited Objection to Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 251 S. 18th Street,

---

[1]    The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: The University of the Arts (9911); and U of Arts Finance, LLC (9911).

[2]    Amended items will appear in **bold.**

Philadelphia, PA (Arts Alliance Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 13, 2025 [Docket No. 159].

Related Pleadings:

A.  Motion to Shorten Time for Notice and Response to: Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 251 S. 18th Street, Philadelphia, PA (Arts Alliance Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 8, 2025 [Docket No. 142].

B.  Notice of Stalking Horse Agreement and Proposed Break-Up Fee Protections ("Stalking Horse Notice"), filed on January 8, 2025 [Docket No. 143].

C.  Order Granting Motion to Shorten Time for Notice and Response to: Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 251 S. 18th Street, Philadelphia, PA (Arts Alliance Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, entered on January 8, 2025 [Docket No. 144].

D.  Notice of Sale Hearing Regarding Real Estate at 251 S. 18th Street, Philadelphia, PA (Arts Alliance Building), filed on January 8, 2025 [Docket No. 145].

E.  Certificate of Service, filed on January 9, 2025 [Docket No. 153].

F.  **Notice of (I) Successful Bid and Bidder for Certain Real Property and Related Assets Located at 251 S. 18th Street, Philadelphia, PA (Arts Alliance Building) and (II) Filing of Asset Purchase Agreement and Sale Order, filed on January 15, 2025 [Docket No. 167].**

G.  **Declaration of Alfred T. Giuliano, Chapter 7 Trustee, in Support of Sales of Real Property and Related Assets Located at (I) 251 South 8th Street, Philadelphia, PA (Arts Alliance Building) and (II) 601 South Broad Street, Philadelphia, PA (Arts Bank Building), filed on January 15, 2025 [Docket No. 168].**

Status:  This matter will go forward.

2.  Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related, filed on January 9, 2025 [Docket No. 146].

Objection Deadline:     January 14, 2025, at 12:00 p.m. (Eastern Time).

Responses Received:     None to Date.

Related Pleadings:

A.     Motion to Shorten Time for Notice and Response to: Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 9, 2025 [Docket No. 147].

B.     Notice of Stalking Horse Agreement and Proposed Break-Up Fee Protections ("Stalking Horse Notice"), filed on January 9, 2025 [Docket No. 148].

C.     Order Granting Motion to Shorten Time for Notice and Response to: Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related, entered on January 9, 2025 [Docket No. 149].

D.     Notice of Sale Hearing Regarding Real Estate at 601 S. Broad Street, Philadelphia, PA (Arts Bank Building), filed on January 9, 2025 [Docket No. 150].

E.     Certificate of Service, filed on January 10, 2025 [Docket No. 154].

F.     **Notice of (I) Successful Bid and Bidder for Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) and (II) Filing of Asset Purchase Agreement and Sale Order, filed on January 14, 2025 [Docket No. 166].**

G.     **Declaration of Alfred T. Giuliano, Chapter 7 Trustee, in Support of Sales of Real Property and Related Assets Located at (I) 251 South 8th Street, Philadelphia, PA (Arts Alliance Building) and (II) 601 South Broad Street, Philadelphia, PA (Arts Bank Building), filed on January 15, 2025 [Docket No. 168].**

Status:   This matter will go forward.

Dated:  January 15, 2025                     **CHIPMAN BROWN CICERO & COLE, LLP**
        Wilmington, Delaware

                                              */s/ Alan M. Root*
                                             David W. Carickhoff (No. 3715)
                                             Alan M. Root (No. 5427)
                                             Hercules Plaza
                                             1313 North Market Street, Suite 5400
                                             Wilmington, Delaware 19801
                                             Telephone: (302) 295-0192
                                             Email:   carickhoff@chipmanbrown.com
                                                      root@chipmanbrown.com

                                             *Counsel for the Chapter 7 Trustee*