**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JANUARY 29, 2025, AT 11:30 A.M. (EASTERN TIME)**

> **AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD,**
> **THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**I.    RESOLVED MATTER(S):**

1. Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Repository Agreement By and Between the Trustee and Moore College of Art and Design and (II) Granting Other Related Relief, filed on December 23, 2024 [Docket No. 130].

   Objection Deadline:    January 6, 2025, at 12:00 p.m. (Eastern Time).

   Responses Received:    None.

   Related Pleadings:

   A.   Certificate of No Objection Regarding Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Repository Agreement By and Between the Trustee and Moore College of Art and Design and (II) Granting Other Related Relief, filed on December 23, 2024 [Docket No. 140].

   B.   Order (I) Authorizing and Approving the Repository Agreement By and Between the Trustee and Moore College of Art and Design and (II) Granting Other Related Relief, entered on January 10, 2025 [Docket No. 155].

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: The University of the Arts (9911); and U of Arts Finance, LLC (9911).

<u>Status</u>: The order has been entered. No hearing is necessary.

Dated: January 24, 2025
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email: carickhoff@chipmanbrown.com
        root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*