# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| The University of the Arts, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: January 30, 2025**<br>**Hearing Date: TBD, only if timely objection filed** |

## NOTICE OF STALKING HORSE AGREEMENT AND
## PROPOSED BREAK-UP FEE PROTECTIONS ("STALKING HORSE NOTICE")

**PLEASE TAKE NOTICE THAT** on December 20, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Approving Certain Expense Reimbursements, Stalking Horse Procedures, and Other General Bid Procedures in Connection with the Sale of the Debtors' Real Estate and Granting Related Relief* [D.I. 125] (the "**Bid Procedures Order**").[2]  Pursuant to the Bid Procedures Order, the Court approved Stalking Horse Procedures, pursuant to which Alfred T. Giuliano, the chapter 7 trustee (the "**Trustee**")  of the bankruptcy estates of the above-captioned debtors (the "**Debtors**"), can obtain approval of certain Stalking Horse Bidder protections, including a "break-up" fee and expense reimbursement.

Consistent with the Stalking Horse Procedures approved in the Bid Procedures Order, the Trustee hereby provides this **Stalking Horse Notice**:

1. The Trustee has entered into an Asset Purchase Agreement (the "**APA**")[3] with 1228 Spruce LLC (the "**Stalking Horse Bidder**") in connection with sale of the property located at 1224-1234 Spruce Street, Philadelphia, PA ("**Spruce Hall**").
2. The Stalking Horse Bidder has agreed to a purchase price of $7,000,000.00 for the property (the "**Purchase Price**"), which amount is payable in cash at closing.
3. Under the APA, the Stalking Horse Bidder protections include a break-up fee in the amount of 3% of the Purchase Price ($210,000.00) and reimbursement of reasonable

---

[1]    The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable, are:  The University of the Arts (9911); and U of Arts Finance LLC (9911).

[2]    Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Bid Procedures Order.

[3]    A copy of the APA can be obtained by contacting the undersigned counsel.

documented expenses in an amount not to exceed $105,000.00, for a total amount up to $315,000.00 (together, the "**Termination Payment**").  Consistent with the Bid Procedures Order, the Termination Payment shall only be paid in the event that the Trustee closes on a Competing Transaction, and such Termination Payment shall be paid solely from the proceeds of such Competing Transaction.

**PLEASE TAKE FURTHER NOTICE** that any objection to the designation of the Stalking Horse Bidder or provision of the Termination Payment, in accordance with the Stalking Horse Procedures (each such objection, a "**Stalking Horse Objection**") must (a) be in writing and state, with specificity, the legal and factual bases thereof and include any appropriate documentation in support thereof; and (b) be filed with the Court and served on the applicable Objection Notice Parties (as defined below) on or before **4:00 p.m. (ET) on January 30, 2025**.

**PLEASE TAKE FURTHER NOTICE** that the "**Objection Notice Parties**" are the following: (i) the Chapter 7 Trustee, Alfred T. Giuliano, 2301 East Evesham Road, Pavilion 800, Suite 210, Vorhees, New Jersey 08043 (atgiuliano@giulianomiller.com); (ii) counsel for the Chapter 7 Trustee, Chipman Brown Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (Attn: David W. Carickhoff (carickhoff@chipmanbrown.com) and Alan M. Root (root@chipmanbrown.com); (iii) counsel to the Bridge Noteholder Representative, Bridge Notes Collateral Agent, Bond Trustee, Bonds/TD Collateral Agent, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Amy Caton - acaton@kramerlevin.com and Douglas Buckley - dbuckley@kramerlevin.com), Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 1000, Wilmington, Delaware (Attn: Domenic E. Pacitti - dpacitti@klehr.com) and 1835 Market Street, Suite 1400, Philadelphia Pennsylvania 19103 (Attn: Morton R. Branzburg - mbranzburg@klehr.com); (iv) counsel to TD Bank, N.A., Ballard Spahr, LLP, 919 North Market Street, 11th Floor, Wilmington, Delaware 19801-3034 (Attn: Nicholas J. Brannick - brannickn@ballardspahr.com) and 1735 Market Street, 51st Floor, Philadelphia, Pennsylvania 19103 (Attn: Diane E. Vuocolo - vuocolod@ballardspahr.com); and (v) counsel for the Stalking Horse Bidder, Gabell Beaver LLC, 306 Lansdowne Road, Havertown, Pennsylvania 19083, Attn: Erik Gabell (egabell@gabellbeaver.com) and Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey Hampton (jeffrey.hampton@saul.com) and Monique DiSabatino (monique.disabatino@saul.com).

**PLEASE TAKE FURTHER NOTICE** that if a timely Stalking Horse Objection has been filed and has not been consensually resolved, the Trustee will request that the Court schedule a hearing (the "**Stalking Horse Hearing**") to be held, at the Court's earliest availability, to consider approval of the designation of the Stalking Horse Bidder and the provision of the Termination Payment to be provided.

**PLEASE TAKE FURTHER NOTICE** that if no timely Stalking Horse Objection is filed and served in accordance with the Stalking Horse Procedures, the Trustee may file, upon certification of counsel, a proposed order authorizing and approving the Trustee's selection of the Stalking Horse Bidder, entry into the applicable Stalking Horse Agreement and the provision of a Termination Payment thereunder in lieu of holding a Stalking Horse Hearing.

Dated: January 27, 2025       **CHIPMAN BROWN CICERO & COLE, LLP**
       Wilmington, Delaware

                                            /s/ *David W. Carickhoff*
                                            David W. Carickhoff (No. 3715)
                                            Alan M. Root (No. 5427)
                                            Hercules Plaza
                                            1313 North Market Street, Suite 5400
                                            Wilmington, Delaware 19801
                                            Telephone: (302) 295-0192
                                            Email:  carickhoff@chipmanbrown.com
                                                            root@chipmanbrown.com

                                          *Counsel for the Chapter 7 Trustee*