IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS)<br>(Jointly Administered) |
| Debtors. | **Related to D.I. 40, 75** |

## SECOND SUPPLEMENTAL AFFIDAVIT OF MICHAEL G. MENKOWITZ, ESQUIRE

COMMONWEALTH OF PENNSYLVANIA           :
                                                                                   :   SS
COUNTY OF PHILADELPHIA                              :

MICHAEL G. MENKOWITZ, being duly sworn according to law, deposes and says:

1. I am a partner with the firm of Fox Rothschild LLP, with offices at Two Commerce Square, 2001 Market Street, Suite 1700, Philadelphia, PA, 19103 and am admitted to practice law in the Commonwealth of Pennsylvania and in the State of New Jersey.

2. I previously submitted an affidavit (the "Initial Affidavit") in support of the application (the "Application")[2] [Docket No. 40, Exhibit "A"] and a supplemental affidavit [Docket No. 75] (the "Supplemental Affidavit") in support of the Application of Alfred T. Giuliano, Chapter 7 Trustee (the "Trustee") of the above-captioned Debtor (the "Debtor") for entry of an order authorizing and approving the Trustee's employment and retention of Fox Rothschild as special counsel to the Trustee, effective as of September 27, 2024. In further support, I submit this second supplemental Affidavit (the "Second Supplemental Affidavit").

3. Unless otherwise stated, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon completion

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable, are: The University of the Arts (9911); and U of Arts Finance (9911).
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

167428884.1

of further review by Fox Rothschild or as additional information becomes available, a supplemental affidavit will be submitted to the Court reflecting such amended or modified information.

4. I have become aware of additional connections and/or relationships that may be relevant to Fox Rothschild's representation of the Trustee. These connections are set forth below:

| Party | Relationship |
|---|---|
| Allan Domb | Former Client |
| Lupert-Adler | Former Client |

5. To the best of my knowledge, none of the entities listed above have generated revenue for Fox Rothschild in an amount of one percent (1%) or more of Fox Rothschild's gross revenue in calendar years 2021, 2022, 2023, or 2024.

6. Fox Rothschild maintains it does not hold or represent any interest materially adverse to the Debtor, its estate, or its creditors or other parties in interest and is a disinterested person within the meaning of 11 U.S.C. §§ 327(e) and 328(a).

7. I declare under penalty that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and Subscribed
This 29th day of January, 2025.

_Linda Marie McDonald_
Notary Public
My commission expires on _____

Michael G. Menkowitz, Esquire
Fox Rothschild LLP

Commonwealth of Pennsylvania - Notary Seal
LINDA MARIE MCDONALD - Notary Public
Philadelphia County
My Commission Expires May 9, 2025
Commission Number 1107130

2

167428884.1