**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON FEBRUARY 5, 2025, AT 11:00 A.M. (EASTERN TIME)**

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON AND *VIA* ZOOM. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.    MATTER(S) FILED UNDER CERTIFICATION OF COUNSEL:**

1. Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 201-211 S. Broad Street, Philadelphia PA (Terra Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of the Assumed Leases, and (III) Granting Other Related Relief, filed on January 10, 2025 [Docket No. 157].

    Objection Deadline:    January 27, 2025, at 12:00 p.m. (Eastern Time).

    Responses Received:

    i.    Limited Objection of De Lage Landen Financial Services, Inc. ("**De Lage Landen**") to Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 201-211 S. Broad Street, Philadelphia PA (Terra Hall) Free and Clear of All

---

[1]    The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: The University of the Arts (9911); and U of Arts Finance, LLC (9911).

    Liens, Claims Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of the Assumed Leases, and (III) Granting Other Related Relief, filed on January 24, 2025 [Docket No. 185].

 Related Pleadings:

 A. Notice of Stalking Horse Agreement and Proposed Break-Up Fee Protections ("Stalking Horse Notice"), filed on January 10, 2025 [Docket No. 158].

 B. Certificate of Service, filed on January 14, 2025 [Docket No. 165].

 C. Declaration of Alfred T. Giuliano, Chapter 7 Trustee, in Support of Sale of Real Property and Related Assets Located at 201-211 S. Broad Street, Philadelphia PA (Terra Hall), filed on February 3, 2025 [Docket No. 203].

 D. Certification of Counsel Regarding Motion of Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 201-211 S. Broad Street, Philadelphia, PA (Terra Hall) Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of the Assumed Leases, and (III) Granting Other Related Relief, filed on February 3, 2025 [Docket No. 204].

 Status: A revised order has been filed under certification of counsel which resolves the De Lage Landen objection, another informal objection and other issues identified in the certification of counsel. Therefore, no hearing is necessary unless requested by the Court.

## II. CONTESTED MATTER(S) GOING FORWARD:

2. Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 9, 2025 [Docket No. 146].

 Objection Deadline: January 14, 2025, at 12:00 p.m. (Eastern Time).

 Responses Received:

  i. Commonwealth of Pennsylvania's Limited Objection to Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 17, 2025 [Docket No. 183].

    ii.    Joinder of Lantern Theater Company to Commonwealth of Pennsylvania's Limited Objection to Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 31, 2025 [Docket No. 195].

Related Pleadings:

A.    Motion to Shorten Time for Notice and Response to: Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 9, 2025 [Docket No. 147].

B.    Notice of Stalking Horse Agreement and Proposed Break-Up Fee Protections ("Stalking Horse Notice"), filed on January 9, 2025 [Docket No. 148].

C.    Order Granting Motion to Shorten Time for Notice and Response to: Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, entered on January 9, 2025 [Docket No. 149].

D.    Notice of Sale Hearing Regarding Real Estate at 601 S. Broad Street, Philadelphia, PA (Arts Bank Building), filed on January 9, 2025 [Docket No. 150].

E.    Certificate of Service, filed on January 10, 2025 [Docket No. 154].

F.    Notice of (I) Successful Bid and Bidder for Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) and (II) Filing of Asset Purchase Agreement and Sale Order, filed on January 14, 2025 [Docket No. 166].

G.    Declaration of Alfred T. Giuliano, Chapter 7 Trustee, in Support of Sales of Real Property and Related Assets Located at (I) 251 South 8th Street, Philadelphia, PA (Arts Alliance Building) and (II) 601 South Broad Street, Philadelphia, PA (Arts Bank Building), filed on January 15, 2025 [Docket No. 168].

H.    Reply of Chapter 7 Trustee in Further Support of Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims,

    Encumbrances and Other Interests and (II) Granting Other Related Relief *and* in Response to Commonwealth of Pennsylvania's Limited Objection to Such Motion, filed on January 31, 2025 [Docket No. 197].

I.  Reply of UMB Bank, N.A. to the Commonwealth of Pennsylvania's Limited Objection to Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 31, 2025 [Docket No. 198].

J.  Declaration of Domenic E. Pacitti in Support of Reply of UMB Bank, N.A. to the Commonwealth of Pennsylvania's Limited Objection to Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 31, 2025 [Docket No. 199].

K.  Reply of Quadro Bay, LLC in Further Support of Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 31, 2025 [Docket No. 201].

<u>Status</u>: This matter will go forward.

Dated: February 3, 2025  
   Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ David W. Carickhoff*  
David W. Carickhoff (No. 3715)  
Alan M. Root (No. 5427)  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone: (302) 295-0191  
Email: carickhoff@chipmanbrown.com  
    root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

4905-8964-4051, v. 2