## CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on February 3, 2025, I caused true and correct copies of the **Notice of Agenda of Matters Scheduled for Hearing on February 5, 2025, at 11:00 a.m. (Eastern Time)**, to be served (i) by CM/ECF upon those parties registered to receive such electronic notifications in these cases, and (ii) by email or first-class mail upon the parties listed on the attached service list.

/s/ David W. Carickhoff
David W. Carickhoff (No. 3715)

**SERVICE LIST**

*Via* **Email**

Benjamin A. Hackman, Esquire
*Office of the United States Trustee*
Email:  benjamin.a.hackman@usdoj.gov

Gregory T. Donilon, Esquire
Marc J. Phillips, Esquire
Richard G. Placey, Esquire
*Montgomery McCracken Walker & Rhoads LLP*
Email:  gdonilon@mmwr.com
         mphillips@mmwr.com
         rplace@mmwr.com
(Counsel for Debtors)

Amy Caton, Esquire
Douglas Buckley, Esquire
*Kramer Levin Naftalis & Frankel LLP*
Email:  acaton@kramerlevin.com
         dbuckley@kramerlevin.com
(Counsel for UMB Bank, N.A.)

Domenic E. Pacitti, Esquire
*Klehr Harrison Harvey Branzburg LLP*
Email:  dpacitti@klehr.com
(Counsel for UMB Bank, N.A.)

Morton R. Branzburg, Esquire
*Klehr Harrison Harvey Branzburg LLP*
Email:  mbranzburg@klehr.com
(Counsel for UMB Bank, N.A.)

Nicholas Brannick, Esquire
*Ballard Spahr, LLP*
Email:  brannickn@ballardspahr.com
(Counsel for TD Bank, N.A.)

Diane E. Vuocolo, Esquire
*Ballard Spahr, LLP*
Email:  vuocolod@ballardspahr.com
(Counsel for TD Bank, N.A.)

Joseph H. Lemkin, Esquire
*Stark & Stark, P.C.*
Email:  jlemkin@stark-stark.com
(Counsel for De Lage Landen Financial Services, Inc.)

Megan N. Harper, Esquire
Deputy City Solicitor
*City of Philadelphia Law Department*
Email:  Megan.Harper@phila.gov

Jacob Ross Wasser-Segal, Esquire
*McMonagle Perri McHugh Mischak & Davis*
Email:  jsegal@mpmpc.com
(Counsel to 14 WA Partners LP)

*14 WA Partners LP*
Email:  rjs@pearl-properties.com
         jls@pearl-properties.com

Susan E. Kaufman, Esquire
*Law Offices of Susan E. Kaufman, LLC*
Email:  skaufman@skaufmanlaw.com
(Counsel for American Federation of Teachers and AFT Local 9608)

Damien N. Tancredi, Esquire
*Flaster/Greenberg P.C.*
Email:  damien.tancredi@flastergreenberg.com
(Counsel for Metro Commercial Real Estate)

Hanan B. Kolko, Esquire
Matthew E. Stolz, Esquire
*Cohen, Weiss and Simon LLP*
Email:  hkolko@cwsny.com
         mstolz@cwsny.com
(Counsel for American Federation of Teachers and AFT Local 9608)

John J. Monaghan, Esquire
Lynne B. Xerras, Esquire
*Holland & Knight LLP*
Email:  bos-bankruptcy@hklaw.com
         lynne.xerras@hklaw.com
(Counsel for Temple University)

Robert J. Dehney, Sr., Esquire
Eric D. Schwartz, Esquire
*Morris Nichols Arsht & Tunnell*
Email:  rdehney@morrisnichols.com
         eschwartz@morrisnichols.com

David B. Smith, Esquire
*Smith Kane Holman, LLC*
Email:  dsmith@skhlaw.com
(Counsel for Moore College of Art & Design)

Tori L. Remington, Esquire
*Troutman Pepper Hamilton Sanders LLP*
Email:  tori.remington@troutman.com
(Counsel for Curtis Institute of Music)

Francis J. Lawall, Esquire
*Troutman Pepper Hamilton Sanders LLP*
Email:  francis.lawall@troutman.com
(Counsel for Curtis Institute of Music)

Christopher R. Momjian, Senior Deputy Attorney General
*Pennsylvania Office of Attorney General*
Email:  crmomjian@attorneygeneral.gov

Jeffrey Kurtzman, Esquire
*Kurtzman | Steady, LLC*
Email:  kurtzman@kurtzmansteady.com
(Counsel for Iron Stone real Estate Partners)

Mark E. Felger, Esquire
*Cozen O'Connor*
Email:  mfelger@cozen.com
(Counsel for Allan Domb Real Estate)

Christopher R. Donoho III, Esquire
*Hogan Lovells*
Email:  chris.donoho@hoganlovells.com
(Counsel for UA Agency LLC)

Nicholas J. Elia, Esquire
*Levin Sedran & Berman*
Email:  nelia@lfsblaw.com
(Counsel for William Acker, *et al.*, and the Putative Class)

Christopher A. Ward, Esquire
Elisa Hyder, Esquire
*Polsinelli PC*
Email:  cward@polsinelli.com
         ehyder@polsinelli.com
(Counsel for Temple University)

Marshall Kizner, Esquire
*Stark & Stark, P.C.*
Email:  mkizner@stark-stark.com
(Counsel for De Lage Landen Financial Services, Inc.)

John R. Weaver, Jr., Esquire
*John R. Weaver, Jr., P.A.*
Email:  jrweaverlaw@verizon.net
(Counsel for De Lage Landen Financial Services, Inc.)

**VIA OVERNIGHT MAIL/FEDEX**

*The Bank of New York Mellon Trust Company, N.A.*
500 Ross Street, 12th Floor
Pittsburgh, PA 15262

*TD Bank, N.A.*
2005 Market Street, 2nd Floor
Philadelphia, PA 19103

*Xerox Financial Services*
201 Merritt 7
Norwalk, CT 06856

*Engie Resources LLC*
1111 Old Eagle School Road
Wayne, PA  19087

*UMB Bank, N.A., as Collateral Agent*
120 South Sixth Street, Suite 1400
Minneapolis, MN  55402

Center City District
100 South Broad Street, Suite 1N
Philadelphia, PA  19110

*City of Philadelphia Department of Revenue*
Municipal Services Building
1401 John F. Kennedy Boulevard
Philadelphia, PA  19102

**VIA FIRST-CLASS MAIL**

*C. Erickson and Sons, Inc.*
2200 Arch Street, Suite 200
Philadelphia PA 19103

*Keast & Hood*
1635 Market Street; Suite 1705
Philadelphia PA 19103

*UA Agency, LLC*
c/o Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004

*Internal Revenue Service*
P.O. Box 7346
Philadelphia, PA 19101-7346

*Pennsylvania Department of Revenue*
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

*Pennsylvania Office of Attorney General*
16th Floor, Strawberry Square
Harrisburg, PA 17120

*City of Philadelphia Department of Revenue*
Municipal Services Building
1401 John F. Kennedy Boulevard
Philadelphia, PA 19102

Mr. Ian Sampson
4023 Mitchell Street
Philadelphia, PA 19128

*Hands Up Productions LLC*
22 Morningstar Court
Sicklerville, NJ 08081

*Nelnet Business Services*
Attn: Accounts Receivable
P.O. Box 82528
Lincoln, NE 68501-2528
Attn: Lori M. Rodick, Compliance Manager

*12th Street Cantina*
*12th Street Catering*
1136 Arch Street
Philadelphia, PA 19107

Douglas G. Leney, Esquire
*Archer & Greiner, P.C.*
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103

*Technolutions, Inc.*
234 Church Street, 15th Floor
New Haven, CT 06510

*Ceisler Media and Issue Advocacy*
130 North 18th Street, Suite 1300
Philadelphia, PA 19103

*Adstra*
750 College Road East, Suite 201
Princeton, NJ 08540

*Dance Media Publications, LLC*
4800 T-Rex Avenue, Suite 220
Boca Raton, FL 33431

*Brilliant Graphics*
400 Eagleview Boulevard, Suite 104
Exton, PA 19341

Debra L. Roscioli, Esquire
*Reger Rizzo Darnall LLP*
2929 Arch Street, 13th Floor
Philadelphia, PA 19104
(Counsel to CS 9100 Inc. t/a CRW Graphics)

Micah Kleit
2341 Saint Albans Street
Philadelphia, PA 19146

*Wert Bookbinding, Inc*
9975 Allentown Boulevard
Grantville, PA 17028

*Broad Street Communications LLC*
1115 Prospect Avenue
Elkins Park, PA 19027

*Heartland Payment Systems, LLC*
3550 Lenox Road NE, Suite 3000
Atlanta, GA 30326

Mr. Dalton A. Walls
24800 Chenal Parkway
Apartment 1026
Little Rock, AR 72223

Ms. Samantha Flower
10066 Wyecliff Drive
Highlands Ranch, CO 80126

*Puma Telecommunications, Inc.*
3998 CR 309
Lake Panasoffkee, FL 33538

*Jacobswyper Architects, LLP*
1232 Chancellor Street
Philadelphia, PA 19107

*Transact Campus Inc.*
18700 North Hayden Road, Suite 230
Scottsdale, AZ 85255-6759

*Pitney Bowes Inc.*
27 Waterview Drive, 3rd Floor
Shelton, CT 06484

*Paradigm, Inc.*
2600 Performance Court
Virginia Beach, VA 23453

*The Mitchell Allen Group, LLC*
10066 Wyecliff Drive
Highlands Ranch, CO 80126

*Monae's Modern Dance Academy*
347 Cheswold Road
Drexel Hill, PA 19026

Mr. Christopher Mark Tolomeo
336 Lynn Road
Springfield, PA 19064

Mr. Michael Pigg
754 Rydal Road
Jenkintown, PA 19046

*New Jersey Department of Labor*
Division of Employer Accounts
P.O. Box 379
Trenton, NJ 08625-0379

Ms. Eileen Rodriguez
28 Andrea Place
Staten Island, NY 10303

Ms. Amy Lynn Intrieri
70 Ashley Drive
Marietta, PA 17547

*ADP, Inc.*
1851 North Resler
El Paso, TX 79912

Shanyn Fiske
1294 Doe Run Road
Coatesville, PA 19320

Ms. Melissa Jennings
1000 Weldin Circle
Wilmington, DE 19803

Ms. Jody Ann Dougal
5748 Nassau Road
Philadelphia, PA 19131

Mr. Dan Halberstadt
1900 Gibson Drive
Hatboro, PA 19040-2557

Ms. Mary Winkfield
*301A Newburg Avenue*
301 A Newburg Avenue
Catonsville, MD 21228

Ms. Lori Hessdoerfer
4210 North Gorski Lane
Collegeville, PA 19426

Ms. Angela Toich
236 Poplar Avenue
Evesham, NJ 08053

*Muhlenberg School District*
801 Bellevue Avenue
Reading, PA 19605

Cobra Control Services
P.O. Box 419560
Boston, MA 02241-9560

Ms. Liana DeMarco
5906 Baltimore Drive
Marlton, NJ 08053

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Boulevard, 5th Floor
Philadelphia, PA 19102-1595

Ms. Jill Demi
429 Denbign Road
Langhorne, PA 19047

Ms. Kerstin Palombaro
211 Price Avenue
Narberth, PA 19072

Mr. Andrew John Evans
3342 Sheidy Avenue
Reading, PA 19605-1637

Sidra Bell
1006 Pondside Drive
White Plains, NY 10607

Mr. Edward Tumminelli
120 Mitchell Avenue
Long Beach, NY 11561

Ms. Lori E Sinitzky
2507 Tulip Street
Philadelphia, PA 19125

Harish Surati
121 Drew Drive
Langhorne, PA 19053

Mr. David Loescher
110 Evergreen Drive
Downingtown, PA 19335

Ms. April Moskwa
417 Forge Lane
Exton, PA 19341

*CollegeNET, Inc.*
805 SW Broadway, Suite 1600
Portland, OR 97205-3356

Mr. Anthony Murgidi
283 Westbrook Drive
Clifton Heights, PA 19018

Ms. Elizabeth Mahovsky
156 Millennium Drive
Blandon, PA 19510

Ms. Joanne Wagner
19 Fox Drive
Pottstown, PA 19465

*D.C. Humphrys Co., Inc.*
d/b/a Metropolitan Flag & Banner
5000 Paschell Avenue
Philadelphia, PA 19143

*Artistpro LLC*
7012 City Center Way, Suite 207
Fairview, TN 37062-6004

Mr. James Koller
810 Windridge Lane
Downingtown, PA 19335

Mr. Adam Stoltz
622 Hamilton Avenue
Bethlehem, PA 18017

Ms. Rachel Carey
58 South Union Avenue
Cranford Township, NJ 07016

Ms. Teresa Nielsen
211 Woodland Avenue
Avon-by-the-Sea, NJ 07717

Luzdenia Barfield
233 Cloverhill Drive
Galloway, OH 43119

Mr. Pete DePiano
620 Meadowlark Road
Audubon, PA 19403

Ms. Nicole Kelley
312 West Allen Street
Mechanicsburg, PA 17055

Ms. Linda Humes
215 Center Street
Moorestown, NJ 08057

*Building Industry Association of Pennsylvania*
1735 Market Street, Suite 432A
Philadelphia, PA 19103

Noah Bliss
FBO Makena Bliss
5 Airey Court
JBA, MD 20762

Mr. Paul W. Dengler
477 Clearview Avenue
Feasterville-Trevose, PA 19053

Ms. Tara Lynn Gilligan
170 Fourth Avenue
Media, PA 19063

Dorene Oakley-Yeich
159 Park Street
Montclair, NJ 07042

Ms. Lauren Lind
1912 Berue Drive
Coatesville, PA 19320

*United Parcel Service*
2055 Army Trail Road, Suite 128
Addison, IL 60101

Carlina Pagano
80 Woodlawn Road
Warminster, PA 18974

*Pig Iron Theatre Co.*
1417 North 2nd Street
Philadelphia, PA 19122

Ms. Rachel Goddard
13606 Queens Harbor Boulevard North
Jacksonville, FL 32225

Ms. Zoe Khan
629 Hermitage Street
Philadelphia, PA 19128

Lindsey Salamone
706 South 11th Street
Apartment 2D
Philadelphia, PA 19147-1970

Offshid Shadroo
#6, No.8, Bidhendi, Mansoori, Soleymani
Tehran, Tehran, Iran

Ms. Kate Hennigan
331 North Park Drive
Levittown, PA 19054-3410

Ms. Katelyn G. Weitzel
443 Schoolhouse Road
Harleysville, PA 19438

Diana L. Moro, Esquire
4449 Fleming Street
Philadelphia, PA 19128

Ms. Rebeca Valentin Rivera
2404 Prospect Avenue
Apartment 207
Allentown, PA 18103

Ra Kyung Kim
1232 Welsh Road
Apartment 7
North Wales, PA 19454

Ms. Shana Pistilli
1438 Lombard Street, #2R
Philadelphia, PA 19146

Ms. Mary Jo McQuate
480 Glenn Rose Circle
King of Prussia, PA 19406

Ms. Susan Sheridan
1929 Alamingo Drive
Quakertown, PA 18951

Mr. Lawrence Barow
105 Eckerts Place
Chalfont, PA 18914

Canon Stewart
1100 West Montgomery Avenue
Apartment 1403
Philadelphia, PA 19122

Ms. Anna Krammes
1852 Frankford Avenue
Philadelphia, PA 19125

Ms. Maureen Porter
44 Jasmine Road
Lumberton, NJ 08048

*Metro Commercial Real Estate, Inc.*
50 South 16th Street, Suite 1700
Philadelphia, PA 19102
Attn: Michael Gorman

Ms. Arianna Olivieri
9960 Guilford Road
Apartment 302
Jessup, MD 20794

Ms. Katie Meister
11504 Knobby Way
Jacksonville, FL 32223

Frederick Wilhelm Taht V
1407 Moore Street
Apartment 1
Philadelphia, PA 19145

Tenara L Calem
5324 Lena Street
Philadelphia, PA 19144

Mr. Josiah Jones
747 Cricket Lane
Aldan, PA 19018

Mr. Zachary Prowse
600 American Avenue,
Apartment C105
King of Prussia, PA 19406

Lamar A. Person, Jr.
519 S 2nd Street
Colwyn, PA 19023

Jennifer L. Maleski, Esquire
*Dilworth Paxson LLP*
1650 Market Street, Suite 1200
Philadelphia, PA 19103
(Counsel for PNC Bank, National Association)

Aleczandria Quinn
256 Elmcrest Drive
Holly Springs, NC 27540

Ms. Erin Elman
358 Pelham Road
Philadelphia, PA 19119

Ms. Sheila Watts
2108 Federal Street
Philadelphia, PA 19146-4324

Ms. Susan Skoog
41 Irving Street
Montclair, NJ 07042

Ms. Mary Catherine Sontag
3104 Nottingham Road
East Norriton, PA 19403

Mr. Christopher Gash
81 McCosh Road
Upper Montclair, NJ 07043

Mr. Mark Kobasz
133 Deep Run Road
Perkasie, PA 18944

Dairys Escoto De Leon
3586 Bartows Bridge
Powder Springs, GA 30127

A.C. (minor)
c/o Sean Camoni
142 West Mt. Airy Road
Shavertown, PA 18708

Ms. Marian Watkins
7801 Corning Road
Zionsville, PA 18092

Ms. Lori Spencer
47 Whitman Street
North Adams, MA 01247

Ms. Hannah Grace Warnick
1021 Clinton Street
Apartment 4
Philadelphia, PA 19107-6086

*UGI Energy Services, LLC*
835 Knitting Mills Way
Wyomissing, PA 19610

Mr. Evan Winger
1919 South Broad Street
Apartment 2
Philadelphia, PA 19148

Mr. Lawrence K. Braun
7 Bridgewater Way
Farmingdale, NJ 07727

Ms. Kimberly Behrle
801 Eldridge Road
Fairless Hills, PA 19030

Ms. Donna Newhart
4070 Meckes Drive
Walnutport, PA 18088

Ms. Sheryl Oring
105 Falkener Drive
Greensboro, NC 27410

Ms. Sara Chapkovich
3629 Dorney Park Road
Apartment 2
Allentown, PA 18104

Ms. Jennifer Greenburg
1528 West Cullom Avenue
Chicago, IL 60613

*Snacktime Philly LLC*
3000 Marcus Avenue, Suite 1W5
Lake Success, NY 11042

Mercedes Kortz
*3632 Westminster Way*
3632 Westminster Way
Nazareth, PA 18064

Mr. Zachery Allen
1721 Tyson Road
Havertown, PA 19083

Mr. Jonathan Fineberg
714 Saint Georges Road
Philadelphia, PA 19119

Mr. Isaac Byrne
210 Holmes Road
Holmes, NY 12531

Ms. Heather L. Coe
213 Matey Avenue
Manahawkin, NJ 08050-2232

Mr. Gabriel Romero
214 Price Avenue
Apartment E-22
Narberth, PA 19072

Ms. Kathryn (Lear) Litzenberger
5235 Route 212
Riegelsville, PA 18077

Ms. Rebecca Marimutu
115 Morton Street 2A
New York, NY 10014

Mr. Steven Kleinman
6660 Lincoln Drive
Philadelphia, PA 19119

Tracy Bartholomew
2027 South 11th Street
Philadelphia, PA 19148-2336

*Nile Global, Inc.*
3590 North First Street, Suite 300
San Jose, CA 95134

Ms. Sally Rousse
620 Oliver Avenue South
Minneapolis, MN 55405

Ms. Daisy Lucero-Sanchez
3625 Jasper Street
Philadelphia, PA 19134

*The Travelers Indemnity Company*
40 Media Drive, Suite 100
Queensbury, NY 12804
Attn: Katie Beliveau, Account Resolution

Annika Sheaff
6913 Kirkwood Road
Fort Worth, TX 76116

Ms. Ruth H. Fentroy
18 Cliff Avenue, Unit 1
Winthrop, MA 02152

Ms. Sarah Lord-Fonda
1700 Mason Court
Lansdale, PA 19446

Ms. Elizabeth Abel
8267 SW 47th Avenue
Portland, OR 97219

Mr. David Zuckman
138 Strathmore Road
Havertown, PA 19083

Ms. Hannah Laurison
c/o Ms. Ingrid Laurison
42 University Mews
Philadelphia, PA 19104

*Macmillan Holding LLC*
16365 Jams Madison Highway
Gordonsville, VA 22942
Attn: Mr. Leroy Grice

*TD Bank, N.A.*
50 Braintree Hill Office Park, Suite 204
Braintree, MA 02184
Attn:  Kristen Welch

Ms. Lakiesha Sanders
202 West Ashdale Street
Philadelphia, PA 19120

Ms. Falynn Milligan
9 Gardenia Court
Sicklerville, NJ 08081

Sarah Jensen, Esquire
*Alvarez & Marsal*
600 Madison Avenue
New York, NY 10022

Ms. Michele Zuckman
309 South Narberth Avenue
Apartment 3
Narberth, PA 19072

*Huron Consulting Services LLC*
P.O. Box 71223
Chicago, IL 60694-1223

Ms. Rebecca Sack
41 South Providence Road
Wallingford, PA 19086

*Montgomery, McCracken, Walker & Rhoads, LLP*
1735 Market Street, 20th Floor
Philadelphia, PA 19103
Attn:  Collections

Hamilton Family Charitable Trust
Francis J. Mirabello
200 Eagle Road, Suite 308
Wayne, PA 19087

*Vision Graphics*
221 Chestnut Street, Floor 100
Philadelphia, PA 19106

Ms. Elise Juska
2425 Poplar Road
Havertown, PA 19083

Mr. William Donald Glanden
2215 Coventry Drive
Wilmington, DE 19810

Ms. Sara Richardson
3114 Victoria Falls Drive
Burlington, NC, NC 27215

Ms. Stephanie Reyer
416 Haverford Place
Swarthmore, PA 19081

Mr. Mark Tocchet
225 Weldy Avenue
Oreland, PA 19075

Matthew E. Stolz, Esquire
*Cohen, Weiss and Simon LLP*
909 Third Avenue, 12th Floor
New York, NY 10022
(Counsel for American Federation of Teachers and AFT Local 9608)

Neville Vakharia
415 Fulton Street
Philadelphia, PA 19147

Christopher McDonnell
6813 McCallum Street
Philadelphia, PA 19119

Mr. David B. Thomas
52 Ross Stevenson Circle
Princeton, NJ 08540

Mr. Joshua Kim
268 Sanford Road
Upper Darby, PA 19082

Mr. Michael Attie
126 West Nippon Street
Philadelphia, PA 19119

Thomas D. Maxson, Esquire
*Dentons Cohen & Grigsby P.C.*
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222
(Counsel for Parkhurst Dining, LLC)

Ms. Lorna A. Boucher Morgan
32 Hampton Road
Exeter, NH 03833

Mr. Daniel Tucker
433 North 41st Street
Philadelphia, PA 19104

Kamilah Philpotts
319 Preston Avenue
Voorhees, NJ 08043

S. Cawley, Individually and All Similarly Situated
c/o Eric Lehctzin
41 South State Street, Suite N-300
Newtown, PA 18940

Ryan Hancock Esquire
*Willig, Williams & Davidson*
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(Counsel for S. Cawley, Individually and All Similarly Situated)

Mr. Gabriel Quinn Bauriedel
519 South 46th Street
Philadelphia, PA 19143

Kehinde Bademosi
Piazza Puchetti 8
Selvazzano Dentro
Padova Italy

Nijah Monique Blanton
114 Oxford Falls Court
Langhorne, PA 19047

Mr. Erik VanHorn
315 East Ridley Avenue
Ridley Park, PA 19078

Ms. Christa R. DiMarco
1225 South Juniper Street
Philadelphia, PA 19147

Mr. Christopher Tocchet
131 B Lorraine Avenue
Oreland, PA 19075

Ms. Sarah E Johnson
527 Fairmount Avenue 2R
Philadelphia, PA 19123

Mr. John Hawkins
3240 Midvale Avenue
Philadelphia, PA 19129

Ms. Stephanie Carter
1904 Van Reed Road
Apartment E11
Wyomissing, PA 19610-1092

Ms. Rose Bisciotti Stowell
28 Stanwyck Road
Mt. Laurel, NJ 08054

Mr. Joseph Alex Cordaro
1315 Morris Street
Philadelphia, PA 19148

Mr. James A. Schnell
164 Rich Valley Road
Mechanicsburg, PA 17050

Mr. Joseph Thomas
390 Gosling Drive
North Wales, PA 19454

*UMB Bank, N.A., as Indenture Trustee*
120 South Sixth Street, Suite 1400
Minneapolis, MN 55402
Attn: Gordon Gendler

Mr. Kyle Oberhauser
1211 Betty Lane
Ewing, NJ 08628

Ms. Chrystal Brogna
68 Laurel Street
Fitchburg, MA 01420

Mr. Jacob Metzger
2463 30th Street, SW
Apartment C20
Allentown, PA 18103

Charlie H. Etienne
500 Chews Landing Road
Apartment 211
Lindenwold, NJ 08021

Ms. Melissa Miller
4050 Walter Road
Bethlehem, PA 18020

Mr. Kevin Haden
5 Canal Run E
Washington Crossing, PA 18977

Mr. George Buss
4105 West Jackson Street
Muncie, IN 47304-3612

Mr. John M. Hurley Jr
2014 North Dairen Street
Philadelphia, PA 19122

Ms. Rachel Sherman
22 Springdale Avenue
Huntingdon Valley, PA 19006

Amado Medina
53 Elycroft Parkway
Rutherford, NJ 07070

Ms. Rachel Davidson
2564 Chestnut Street
Columbus, IN 47201

Ms. Rose S. Zabel
121 Honness Lane
Ithaca, NY 14850

Ian Callaghan-Kenna
*Sauder Schelkopf LLC*
1109 Lancaster Avenue
Berwyn, PA 19312

Katherine Anderson
Joseph G. Sauder
*Sauder Schelkopf LLC*
1109 Lancaster Avenue
Berwyn, PA 19312

Paola Nogueras
2524 Bryn Mawr Avenue
Ardmore, PA 19003

C.D., a child represented by his mother Laura Reed
*Sauder Schelkopf LLC*
1109 Lancaster Avenue
Berwyn, PA 19312

Nicholas Elia, Esquire
*Levin Sedran & Berman LLP*
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(Counsel for William Acker, et al., and the Putative Class)

Joseph N. Argentina, Jr., Esquire
*Faegre Drinker Biddle & Reath LLP*
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Counsel for Aramark Management Services Limited Partnership)

Mr. Marc Bailkin
1131 Rodman Street
Philadelphia, PA 19147

Mr. Manny Taveras
971 Netherwood Drive
Blue Bell, PA 19422

Medeski Dow
710 Hoffman Street
Philadelphia, PA 19148-2408

Mr. Benjamin Silverman
2414 Naudain Street
Philadelphia, PA 19146-1030

Ms. Abigail Elizabeth Mosier
5635 Ridge Avenue
Apartment 2R
Philadelphia, PA 19128

Mr. Gregory Doyle
212 Karins Boulevard
Townsend, DE 19734

Mr. Erick Montes
94 Maple Street
Cementon, NY 12414

Ms. Kristen Renee Sylvester
4951 Highway 10
Washington, LA 70589

Mr. Joshuah Groves
4621 72nd Court East
Bradenton, FL 34203

Mr. Dmitriy Trubetskoy
120 E Street Road
Building J-2, Apartment 1
Warminster, PA 18976

Tenara Lorien Calem
5324 Lena Street
Philadelphia, PA 19144

Ms. Hannah Solomon
111 Fitzroy Drive, Unit 405
Hingham, MA 02043

Ayden T. Campione
217 Sea Pines Lane
Bellingham, WA 98229

Ms. Alexa Solar
1088 Welsh Road
Huntingdon Valley, PA 19006

Beata Artz
36 Crestview Road
Phoenixville, PA 19460

Mr. Darren Hess
8425 Charlton Road
Randallstown, MD 21133

Ms. Alina Farster
1326 Blaire Road
Blairsville, PA 15717

Mr. David Jauregui
1557 Surrey Road
Bethlehem, PA 18015

Mr. Matthew Patton
34 Hillside Avenue
Souderton, PA 18964

Ms. Elizabeth Marino
1809 South Carlisle Street
Philadelphia, PA 19145

*Koresh Dance Company*
2002 Rittenhouse Square
Philadelphia, PA 19103
Attn: Vanessa Boutin, Program Coordinator

Amira Mumford
4646 Chrysler Street
New Orleans, LA 70127

Ms. Adrianna Olivere
722 Peachtree Road
Apartment F
Claymont, DE 19703

Ms. Maria H. Velez
203 Watkins Street
Philadelphia, PA 19148

Ms. Brooke Annette Torres
6843 79th Street
Middle Village, NY 11379

Ms. Lilliana Mancuso
6843 79th Street
Middle Village, NY 11379

Mr. David Lee Zweifler
12 Riverpointe Road
Hastings on Hudson, NY 10706

Mr. Robert Schumacher
233 West 8th Street
Pennsburg, PA 18073

*205 Elm Street*
205 Elm Street, Berkeley College, Suite H21
New Haven, CT 06511
Attn: Lacina Coulibaly

*Mamadele Foundation*
224 West Walnut Lane
Philadelphia, PA 19144

Ms. Nicole Powers
(Mackenzie L. Powers/Minor)
313 South Laurel Street, Apartment 3
Landisville, NJ 08362