# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 6, 2025, AT 10:30 A.M. (EASTERN TIME)

**THIS HEARING WILL BE CONDUCTED ENTIRELY *VIA* ZOOM. PLEASE USE THE LINK BELOW TO REGISTER IN ADVANCE OF THE HEARING. AFTER REGISTERING, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

**HTTPS://DEBUSCOURTS.ZOOMGOV.COM/MEETING/REGISTER/QCLPG3HXQUQ5-WQLCDGQDA**

**I.  BENCH RULING:**

1. Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 9, 2025 [Docket No. 146].

    Objection Deadline:    January 14, 2025, at 12:00 p.m. (Eastern Time).

    Responses Received:

    i. Commonwealth of Pennsylvania's Limited Objection to Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 17, 2025 [Docket No. 183].

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: The University of the Arts (9911); and U of Arts Finance, LLC (9911).

    ii.    Joinder of Lantern Theater Company to Commonwealth of Pennsylvania's Limited Objection to Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 31, 2025 [Docket No. 195].

Related Pleadings:

A.    Motion to Shorten Time for Notice and Response to: Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 9, 2025 [Docket No. 147].

B.    Notice of Stalking Horse Agreement and Proposed Break-Up Fee Protections ("Stalking Horse Notice"), filed on January 9, 2025 [Docket No. 148].

C.    Order Granting Motion to Shorten Time for Notice and Response to: Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, entered on January 9, 2025 [Docket No. 149].

D.    Notice of Sale Hearing Regarding Real Estate at 601 S. Broad Street, Philadelphia, PA (Arts Bank Building), filed on January 9, 2025 [Docket No. 150].

E.    Certificate of Service, filed on January 10, 2025 [Docket No. 154].

F.    Notice of (I) Successful Bid and Bidder for Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) and (II) Filing of Asset Purchase Agreement and Sale Order, filed on January 14, 2025 [Docket No. 166].

G.    Declaration of Alfred T. Giuliano, Chapter 7 Trustee, in Support of Sales of Real Property and Related Assets Located at (I) 251 South 8th Street, Philadelphia, PA (Arts Alliance Building) and (II) 601 South Broad Street, Philadelphia, PA (Arts Bank Building), filed on January 15, 2025 [Docket No. 168].

H.    Reply of Chapter 7 Trustee in Further Support of Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims,

        Encumbrances and Other Interests and (II) Granting Other Related Relief *and* in Response to Commonwealth of Pennsylvania's Limited Objection to Such Motion, filed on January 31, 2025 [Docket No. 197].

I. Reply of UMB Bank, N.A. to the Commonwealth of Pennsylvania's Limited Objection to Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 31, 2025 [Docket No. 198].

J. Declaration of Domenic E. Pacitti in Support of Reply of UMB Bank, N.A. to the Commonwealth of Pennsylvania's Limited Objection to Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 31, 2025 [Docket No. 199].

K. Reply of Quadro Bay, LLC in Further Support of Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 601 South Broad Street, Philadelphia, PA (Arts Bank Building) Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on January 31, 2025 [Docket No. 201].

<u>Status</u>: The Court will issue its decision from the bench at this hearing.

Dated: February 5, 2025
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  carickhoff@chipmanbrown.com
        root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*