# Exhibit A

# Assets to Be Sold



UNIVERSITY OF THE Arts

| | | | | Account Code | Pages |
|---|---|---|---|---|---|
| | | | | WDMR | 1 of 2 |

| REMIT TO | Alfred T. Giuliano<br>Trustee for University of the Arts<br>2301 E. Evesham Road<br>Pavilion 800, Suite 210<br>Voorhees, NJ 08043 | BUYER ADDRESS | Woodmere Art Museum<br>9201 Germantown Avenue<br>Philadelphia, PA 19118 |
|---|---|---|---|

| Account # | Date |
|---|---|
| 32500456841 | 2/11/2025 |

| Invoice # | Total |
|---|---|
| 737887 | 28,089.00 |

| QTY | SKU/LOT # | DESCRIPTION | CATEGORY | LOCATION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|---|
| 4 | OH1-866 | LOLL PICNIC TABLE W/BENCHES | OUTDOOR FURN. | HAMILTON CT | 467.97 | 1,871.88 |
| 1 | OH1-867 | LOT LOLL RAPSON CAVE CHAIR W/OTTOMAN | OUTDOOR FURN. | HAMILTON CT | 1,126.47 | 1,126.47 |
| 10 | OH1-868 | LOLL LOLLYGAGGER LOUNGER | OUTDOOR FURN. | HAMILTON CT | 192.97 | 1,929.70 |
| 3 | OH1-869 | LOLL FIRE BENCH | OUTDOOR FURN. | HAMILTON CT | 442.97 | 1,328.91 |
| 3 | OH1-870 | LOLL LOLLYGAGGER SOFA | OUTDOOR FURN. | HAMILTON CT | 412.97 | 1,238.91 |
| 2 | OH1-871 | LOLL FRESH AIR BAR TABLE W/STOOLS | OUTDOOR FURN. | HAMILTON 1 | 442.97 | 885.94 |
| 18 | OH2-009 | HERMAN-MILLER SETU CHAIR | OFFICE FURN. | HAMILTON 2 | 304.97 | 5,489.46 |
| 12 | LH2-010 | FLOCK FABRIC OTTOMAN | LOUNGE FURN. | HAMILTON 2 | 67.97 | 815.64 |
| 1 | LH2-001 002 | KNOLL MID CENTURY TWO-SEATER SET  BEIGE LEATHER | LOUNGE FURN. | HAMILTON 2 | 5,222.91 | 5,222.91 |
| 3 | LH2-011 | HERMAN MILLER SAYL CHAIR W/CASTERS | LOUNGE FURN. | HAMILTON 2 | 226.97 | 680.91 |
| 2 | LH2-012 | HERMAN MILLER SAYL CHAIR W/LEGS | LOUNGE FURN. | HAMILTON 2 | 122.97 | 245.94 |
| 1 | MH1-778 | KURZWEIL PC88MX | MUSIC INST. | HAMILTON 1 | 325.00 | 325.00 |
| 2 | LH2-004 | KNOLL BRNO LEATHER WAITING CHAIRS W/ STAINLESS STEEL U LEGS | LOUNGE FURN. | HAMILTON 2 | 592.97 | 1,185.94 |
| 1 | OH2-011 | HERMAN MILLAR EMBODY CHAIR | OFFICE FURN. | HAMILTON 2 | 717.97 | 717.97 |
| 1 | AO0-001 | MITZI MELNICOFF PAINTING | ART | HAMILTON 1 | 175.00 | 175.00 |
| 1 | OGB-232 | LOT STACKABLE SLED CHAIR | OFFICE FURN. | GERSHMAN B | 200.00 | 200.00 |

**Terms and Conditions for the Sale of University Assets.**
This is a formal invoice and acceptance of an offer. All offers are subject to oversight and approval by the Delaware Bankruptcy Court and all designated lenders, trustees, and officers. You will be notified only if your offer is approved. Payment Terms - A cashier's check made out to the remittance address for the total amount. All Sales Are Final - All items are sold on an "as is, where is" basis. The University makes no warranties or representations of any kind, express or implied, regarding the condition, functionality, or suitability of the items for any purpose. No returns, exchanges, or refunds will be accepted under any circumstances. Buyer Responsibility for Removal and Transportation - Buyers are solely responsible for the removal and transportation of purchased items. The University will not provide any assistance in moving, loading, or transporting items. Use of Licensed Contractors - For items that are heavy or cumbersome, connected to gas, electricity, or any other utility, buyers must use licensed and insured contractors for disconnection and removal. The University will not be liable for any damages or injuries resulting from the removal or transportation of purchased items. Liability Waiver - By purchasing items, buyers agree to indemnify and hold harmless the University, its officers, employees, agents, contractors, and consultants from any and all claims, damages, or liabilities arising from the purchase, removal, transportation, or use of the items. Inspection of Items - Buyers are encouraged to inspect items prior to purchase. The University will not be responsible for any discrepancies or defects discovered after a sale. Compliance with Laws and Regulations - Buyers must comply with all applicable laws, regulations, and safety standards in the removal, transportation, and use of purchased items. By participating in the sale, buyers acknowledge that they have read, understood, and agreed to these terms and conditions. The Notice Parties will have three (3) business days after service of a Sale Notice to file and serve any objections to a De Minimis Sale (the "Notice Period"). Any objections to a De Minimis Sale (each, an "Objection") must: (a) be in writing; (b) set forth the name of the objecting party; (c) provide the basis for the objection and the specific grounds therefor; (d) be filed with the Court; and (e) be served on the Notice Parties and on Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (Attn: David W. Carickhoff, Esquire) as counsel to the Trustee (collectively, the "Objection Parties"), so as to be received by all such parties on or before 4:00 p.m. (Prevailing Eastern Time) on the last day of the Notice Period; If no written Objection from any of the Notice Parties is received by the Trustee within three (3) business days after the date of the service of such Sale Notice, then the Trustee is authorized to immediately consummate such sale; If an Objection to a De Minimis Sale is properly filed and served then the De Minimis Asset(s) subject to the Objection shall only be sold upon either the consensual resolution of the objection by the parties in question or further order of the Court. If no resolution to the objection is reached, the Trustee shall schedule a hearing to consider the proposed sale of any De Minimis Assets subject to the Objection.

| Unique Items/Page | Total Items/Page | Page Total |
|---|---|---|
| 16 | 65 | 23,440.58 |

| Document # | Reference # |
|---|---|
| IN_WDMR_2025.02.11_737887_$28089.00_32500456841 | 4569916 |

Woodmere Art Museum (Buyer) Signature
*[signature]*

### *** FOR INTERNAL USE ONLY ***

WHAT IS THE BUYER'S FORMER/CURRENT RELATIONSHIP TO THE UNIVERSITY?

| ☑ NONE | ☐ EMPLOYEE | ☐ ADMIN/OFFICER | ☐ ALUM/STUDENT |
|---|---|---|---|
| ☐ CONTRACTOR | ☐ VENDOR | ☐ ACADEMIC PTNR. | ☐ OTHER (AS NOTED) |

HAVE ALL OF THE ITEMS LISTED ABOVE RECEIVED AT LEAST THREE (3) OFFERS?

| ☑ YES | ☐ NO | ☐ NO WITH EXCEPTION NOTED |
|---|---|---|



**UNIVERSITY OF THE Arts**

**REMIT TO:** Alfred T. Giuliano
Trustee for University of the Arts
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043

**BUYER ADDRESS:** Woodmere Art Museum
9201 Germantown Avenue
Philadelphia, PA 19118

| Account Code | Pages |
|---|---|
| WDMR | 2 of 2 |

| Account # | Date |
|---|---|
| 32500456841 | 2/11/2025 |

| Invoice # | Total |
|---|---|
| 737887 | 28,089.00 |

| QTY | SKU/LOT # | DESCRIPTION | CATEGORY | LOCATION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|---|
| 1 | AH1-001 | BUDDHA STATUE | ART | HAMILTON CT | 292.97 | 292.97 |
| 1 | AH1-002 | BUST RELIEF STATUE | ART | HAMILTON CT | 92.97 | 92.97 |
| 13 | OG1-677 | MOLDED CHAIRS | OFFICE FURN. | GERSHMAN 1 | 6.97 | 90.61 |
| 1 | KH1-001 | INDUCTION STOVE TOP | KITCHEN EQUIP. | HAMILTON 1 | 42.97 | 42.97 |
| 1 | KG1-454 | HANDWASH SINK | KITCHEN EQUIP. | GERSHMAN 1 | 142.97 | 142.97 |
| 1 | KG1-455 | THREE COMPARTMENT SINK | KITCHEN EQUIP. | GERSHMAN 1 | 232.93 | 232.93 |
| 15 | OG1-678 | STEELCASE QIVI CHAIR | OFFICE FURN. | GERSHMAN 1 | 246.00 | 3,690.00 |
| 1 | OH2-012 | MID-CENTURY MODERN COAT RACK | OFFICE FURN. | HAMILTON 2 | 63.00 | 63.00 |

**Terms and Conditions for the Sale of University Assets.**
This is a formal invoice and acceptance of an offer. All offers are subject to oversight and approval by the Delaware Bankruptcy Court and all designated lenders, trustees, and officers. You will be notified only if your offer is approved. Payment Terms - A cashier's check made out to the remittance address for the total amount. All Sales Are Final - All items are sold on an "as is, where is" basis. The University makes no warranties or representations of any kind, express or implied, regarding the condition, functionality, or suitability of the items for any purpose. No returns, exchanges, or refunds will be accepted under any circumstances. Buyer Responsibility for Removal and Transportation - Buyers are solely responsible for the removal and transportation of purchased items. The University will not provide any assistance in moving, loading, or transporting items. Use of Licensed Contractors - For items that are heavy or cumbersome, connected to gas, electricity, or any other utility, buyers must use licensed and insured contractors for disconnection and removal. The University will not be liable for any damages or injuries resulting from the removal or transportation of purchased items. Liability Waiver - By purchasing items, buyers agree to indemnify and hold harmless the University, its officers, employees, agents, contractors, and consultants from any and all claims, damages, or liabilities arising from the purchase, removal, transportation, or use of the items. Inspection of Items - Buyers are encouraged to inspect items prior to purchase. The University will not be responsible for any discrepancies or defects discovered after a sale. Compliance with Laws and Regulations - Buyers must comply with all applicable laws, regulations, and safety standards in the removal, transportation, and use of purchased items. By participating in the sale, buyers acknowledge that they have read, understood, and agreed to these terms and conditions. The Notice Parties will have three (3) business days after service of a Sale Notice to file and serve any objections to a De Minimis Sale (the "Notice Period"). Any objections to a De Minimis Sale (each, an "Objection") must: (a) be in writing; (b) set forth the name of the objecting party; (c) provide the basis for the objection and the specific grounds therefor; (d) be filed with the Court; and (e) be served on the Notice Parties and on Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (Attn: David W. Carickhoff, Esquire) as counsel to the Trustee (collectively, the "Objection Parties"), so as to be received by all such parties on or before 4:00 p.m. (Prevailing Eastern Time) on the last day of the Notice Period; If no written Objection from any of the Notice Parties is received by the Trustee within three (3) business days after the date of the service of such Sale Notice, then the Trustee is authorized to immediately consummate such sale; If an Objection to a De Minimis Sale is properly filed and served then the De Minimis Asset(s) subject to the Objection shall only be sold upon either the consensual resolution of the objection by the parties in question or further order of the Court. If no resolution to the objection is reached, the Trustee shall schedule a hearing to consider the proposed sale of any De Minimis Assets subject to the Objection.

| Unique Items/Page | Total Items/Page | Page Total |
|---|---|---|
| 8 | 34 | 4,648.42 |

| Document # | Reference # |
|---|---|
| IN_WDMR_2025.02.11_737887_$28089.00_32500456841 | 4569916 |

Woodmere Art Museum (Buyer) Signature
*[signature]*

**\*\*\* FOR INTERNAL USE ONLY \*\*\***

WHAT IS THE BUYER'S FORMER/CURRENT RELATIONSHIP TO THE UNIVERSITY?

| ☑ NONE | ☐ EMPLOYEE | ☐ ADMIN/OFFICER | ☐ ALUM/STUDENT |
|---|---|---|---|
| ☐ CONTRACTOR | ☐ VENDOR | ☐ ACADEMIC PTNR. | ☐ OTHER (AS NOTED) |

HAVE ALL OF THE ITEMS LISTED ABOVE RECEIVED AT LEAST THREE (3) OFFERS?

| ☑ YES | ☐ NO | ☐ NO WITH EXCEPTION NOTED |
|---|---|---|