**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: 3/18/2025 at 10:00 a.m. (ET)<br>Objection Deadline: 3/07/2025 at 4:00 p.m. (ET) |

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR APPROVAL TO ABANDON AND/OR DESTROY CERTAIN REMAINING RECORDS AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Alfred T. Giuliano, the Chapter 7 Trustee (the "**Trustee**") of the bankruptcy estates of the above-captioned debtors (the "**Debtors**"), has filed the *Chapter 7 Trustee's Motion for Approval to Abandon and/or Destroy Certain Remaining Records and Documents* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

Any responses or objections to the Motion must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **March 7, 2025 at 4:00 p.m. (Eastern Time)**.

If an objection is timely filed and served, a hearing on the Motion will be held on **March 18, 2025, at 10:00 a.m. (Eastern Time)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

**If no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Motion without further notice or hearing.**

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable, are: The University of the Arts (9911); and U of Arts Finance (9911).

Dated: February 21, 2025
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
Alison R. Maser (No. 7430)
Aaron J. Bach (No. 7364)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   carickhoff@chipmanbrown.com
         hall@chipmanbrown.com
         maser@chipmanbrown.com
         bach@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*