IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. __ |

**ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO ABANDON AND/OR DESTROY CERTAIN REMAINING RECORDS AND DOCUMENTS**

Upon the Chapter 7 Trustee's Motion for Approval to Abandon and/or Destroy Certain Remaining Records and Documents (the "**Motion**")[2]; and the Court finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court pursuant to 28 U.S.C. § 157 and that due and sufficient notice of the Motion has been given under the circumstances; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is hereby authorized, in his sole discretion and without further Court Order, to abandon and/or destroy, recycle and/or dispose of any Records that the Trustee determines are not necessary to the administration of the Estates or are cost prohibitive to store. The Records shall be deemed abandoned as of the date of this Order.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable, are: The University of the Arts (9911); and U of Arts Finance (9911).

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

- 2 -

      3.      The Archive is hereby deemed abandoned, and the Trustee is authorized to transfer the Archive to the Historical Society of Philadelphia.

      4.      The Trustee and his agents are authorized to take all actions necessary to effect the relief granted without further order of this Court.  The Trustee is authorized to pay the costs and expenses of destroying, recycling, or otherwise disposing of the Records.