# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 26, 2025, AT 10:00 A.M. (EASTERN TIME)

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON AND *VIA* ZOOM. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.    MATTER(S) FILED UNDER CERTIFICATION:**

1. Certification of Counsel Regarding Stalking Horse Notice and Approval of Certain Stalking Horse Protections for Lantern Theater Co., filed on January 14, 2025 [Docket No. 163].

    Objection Deadline:    None.

    Responses Received:    None.

    Related Pleadings:    None.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: The University of the Arts (9911); and U of Arts Finance, LLC (9911).

[2] Amended items will appear in **bold**.

Status: A proposed order has been filed under certification of counsel. Therefore, no hearing is necessary unless requested by the Court.

2. Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 1224-1234 Spruce Street, Philadelphia PA (Spruce Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of the Assumed Lease, and (III) Granting Other Related Relief, filed on January 27, 2025 [Docket No. 187].

Objection Deadline: February 14, 2025, at 12:00 p.m. (Eastern Time).

Responses Received:

i. Informal comments from Buyer to proposed Sale Order.

Related Pleadings:

A. Notice of Stalking Horse Agreement and Proposed Break-Up Fee Protections ("Stalking Horse Notice"), filed on January 27, 2025 [Docket No. 188].

B. Certificate of Service, filed on January 29, 2025 [Docket No. 192].

C. Declaration of Alfred T. Giuliano, Chapter 7 Trustee, in Support of Sale of Real Property and Related Assets Located at 1224-1234 Spruce Street, Philadelphia PA (Spruce Hall), filed on February 20, 2025 [Docket No. 236].

D. Certification of Counsel Regarding Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 1224-1234 Spruce Street, Philadelphia PA (Spruce Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of the Assumed Lease, and (III) Granting Other Related Relief, filed on February 20, 2025 [Docket No. 238].

E. **Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 1224-1234 Spruce Street, Philadelphia PA (Spruce Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of the Assumed Lease, and (III) Granting Other Related Relief, entered on February 24, 2025 [Docket No. 243].**

Status: **The order has been entered. No hearing is necessary.**

3.  Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 329-335 S. Broad Street, Philadelphia PA (Anderson Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief, filed on February 4, 2025 [Docket No. 211].

    Objection Deadline:    February 18, 2025, at 12:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

    A.  Notice of Stalking Horse Agreement and Proposed Break-Up Fee Protections ("Stalking Horse Notice"), filed on February 4, 2025 [Docket No. 212].

    B.  Certificate of Service, filed on February 6, 2025 [Docket No. 223].

    C.  Declaration of Alfred T. Giuliano, Chapter 7 Trustee, in Support of Sale of Real Property and Related Assets Located at 329-335 S. Broad Street, Philadelphia PA (Anderson Hall), filed on February 20, 2025 [Docket No. 237].

    D.  Certificate of No Objection Regarding Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 329-335 S. Broad Street, Philadelphia PA (Anderson Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief, filed on February 20, 2025 [Docket No. 239].

    **E.  Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 329-335 S. Broad Street, Philadelphia PA (Anderson Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief, entered on February 24, 2025 [Docket No. 244].**

    Status:  **The order has been entered. No hearing is necessary.**

II. **MATTER(S) GOING FORWARD:**

4.  Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 320 and 320R S. Broad Street, Philadelphia PA (Hamilton & Furness Halls) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief, filed on February 4, 2025 [Docket No. 209].

    Objection Deadline:    **February 18, 2025**, at 12:00 p.m. (Eastern Time).

<u>Responses Received</u>:  None.  Trustee did receive an overbid for the Property **and an auction was held**.

<u>Related Pleadings</u>:

A. Notice of Stalking Horse Agreement and Proposed Break-Up Fee Protections ("Stalking Horse Notice"), filed on February 4, 2025 [Docket No. 210].

B. Certificate of Service, filed on February 6, 2025 [Docket No. 223].

C. **Notice of (I) Successful Bid and Bidder for Certain Real Property and Related Assets Located at 320 and 320R S. Broad Street, Philadelphia, PA (Hamilton & Furness Halls) and (II) Filing of Asset Purchase Agreement and Sale Order, filed on February 25, 2025 [Docket No. 249].**

D. **Declaration of Alfred T. Giuliano, Chapter 7 Trustee, in Support of Sale of Real Property and Related Assets Located at 320 and 320R S. Broad Street, Philadelphia, PA (Hamilton & Furness Halls), filed on February 25, 2025 [Docket No. 250].**

E. **Certification of Counsel Regarding Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 320 and 320R S. Broad Street, Philadelphia PA (Hamilton & Furness Halls) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief, filed on February 25, 2025 [Docket No. 253].**

<u>Status</u>:  **A Certification of Counsel has been filed attaching a revised proposed order reflecting the results of the auction and providing for break-up protections for the stalking horse bidder.  The order has been filed and uploaded for the Court's review.  Therefore, no hearing is necessary unless otherwise requested by the Court.**

Dated:  February 25, 2025
       Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:   carickhoff@chipmanbrown.com
        root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on February 25, 2025, I caused true and correct copies of the **Notice of *Amended* Agenda of Matters Scheduled for Hearing on February 26, 2025, at 10:00 a.m. (Eastern Time)**, to be served (i) by CM/ECF upon those parties registered to receive such electronic notifications in these cases, and (ii) by email or first-class mail upon the parties listed on the attached service list.

/s/ *David W. Carickhoff*
David W. Carickhoff (No. 3715)

**SERVICE LIST**

*Via* **Email**

Benjamin A. Hackman, Esquire
*Office of the United States Trustee*
Email:   benjamin.a.hackman@usdoj.gov

Gregory T. Donilon, Esquire
Marc J. Phillips, Esquire
Richard G. Placey, Esquire
*Montgomery McCracken Walker & Rhoads LLP*
Email:   gdonilon@mmwr.com
           mphillips@mmwr.com
           rplace@mmwr.com
(Counsel for Debtors)

Amy Caton, Esquire
Douglas Buckley, Esquire
*Kramer Levin Naftalis & Frankel LLP*
Email:   acaton@kramerlevin.com
           dbuckley@kramerlevin.com
(Counsel for UMB Bank, N.A.)

Domenic E. Pacitti, Esquire
*Klehr Harrison Harvey Branzburg LLP*
Email:   dpacitti@klehr.com
(Counsel for UMB Bank, N.A.)

Morton R. Branzburg, Esquire
*Klehr Harrison Harvey Branzburg LLP*
Email:   mbranzburg@klehr.com
(Counsel for UMB Bank, N.A.)

Nicholas Brannick, Esquire
*Ballard Spahr, LLP*
Email:   brannickn@ballardspahr.com
(Counsel for TD Bank, N.A.)

Diane E. Vuocolo, Esquire
*Ballard Spahr, LLP*
Email:   vuocolod@ballardspahr.com
(Counsel for TD Bank, N.A.)

Joseph H. Lemkin, Esquire
*Stark & Stark, P.C.*
Email:   jlemkin@stark-stark.com
(Counsel for De Lage Landen Financial Services, Inc.)

Megan N. Harper, Esquire
Deputy City Solicitor
*City of Philadelphia Law Department*
Email:   Megan.Harper@phila.gov

Jacob Ross Wasser-Segal, Esquire
*McMonagle Perri McHugh Mischak & Davis*
Email:   jsegal@mpmpc.com
(Counsel to 14 WA Partners LP)

*14 WA Partners LP*
Email:   rjs@pearl-properties.com
           jls@pearl-properties.com

Susan E. Kaufman, Esquire
*Law Offices of Susan E. Kaufman, LLC*
Email:   skaufman@skaufmanlaw.com
(Counsel for American Federation of Teachers and AFT Local 9608)

Damien N. Tancredi, Esquire
*Flaster/Greenberg P.C.*
Email:   damien.tancredi@flastergreenberg.com
(Counsel for Metro Commercial Real Estate)

Hanan B. Kolko, Esquire
Matthew E. Stolz, Esquire
*Cohen, Weiss and Simon LLP*
Email:   hkolko@cwsny.com
           mstolz@cwsny.com
(Counsel for American Federation of Teachers and AFT Local 9608)

John J. Monaghan, Esquire
Lynne B. Xerras, Esquire
*Holland & Knight LLP*
Email:   bos-bankruptcy@hklaw.com
           lynne.xerras@hklaw.com
(Counsel for Temple University)

Robert J. Dehney, Sr., Esquire
Eric D. Schwartz, Esquire
*Morris Nichols Arsht & Tunnell*
Email:   rdehney@morrisnichols.com
           eschwartz@morrisnichols.com

David B. Smith, Esquire
*Smith Kane Holman, LLC*
Email:   dsmith@skhlaw.com
(Counsel for Moore College of Art & Design)

Tori L. Remington, Esquire
*Troutman Pepper Hamilton Sanders LLP*
Email: tori.remington@troutman.com
(Counsel for Curtis Institute of Music)

Francis J. Lawall, Esquire
*Troutman Pepper Hamilton Sanders LLP*
Email: francis.lawall@troutman.com
(Counsel for Curtis Institute of Music)

Christopher R. Momjian, Senior Deputy Attorney General
*Pennsylvania Office of Attorney General*
Email: crmomjian@attorneygeneral.gov

Jeffrey Kurtzman, Esquire
*Kurtzman | Steady, LLC*
Email: kurtzman@kurtzmansteady.com
(Counsel for Iron Stone real Estate Partners)

Mark E. Felger, Esquire
*Cozen O'Connor*
Email: mfelger@cozen.com
(Counsel for Allan Domb Real Estate)

Christopher R. Donoho III, Esquire
*Hogan Lovells*
Email: chris.donoho@hoganlovells.com
(Counsel for UA Agency LLC)

Nicholas J. Elia, Esquire
*Levin Sedran & Berman*
Email: nelia@lfsblaw.com
(Counsel for William Acker, *et al.*, and the Putative Class)

Christopher A. Ward, Esquire
Elisa Hyder, Esquire
*Polsinelli PC*
Email: cward@polsinelli.com
          ehyder@polsinelli.com
(Counsel for Temple University)

Marshall Kizner, Esquire
*Stark & Stark, P.C.*
Email: mkizner@stark-stark.com
(Counsel for De Lage Landen Financial Services, Inc.)

John R. Weaver, Jr., Esquire
*John R. Weaver, Jr., P.A.*
Email: jrweaverlaw@verizon.net
(Counsel for De Lage Landen Financial Services, Inc.)

**VIA OVERNIGHT MAIL/FEDEX**

*The Bank of New York Mellon Trust Company, N.A.*
500 Ross Street, 12th Floor
Pittsburgh, PA 15262

*TD Bank, N.A.*
2005 Market Street, 2nd Floor
Philadelphia, PA 19103

*Xerox Financial Services*
201 Merritt 7
Norwalk, CT 06856

*Engie Resources LLC*
1111 Old Eagle School Road
Wayne, PA 19087

*UMB Bank, N.A., as Collateral Agent*
120 South Sixth Street, Suite 1400
Minneapolis, MN 55402

Center City District
100 South Broad Street, Suite 1N
Philadelphia, PA 19110

*City of Philadelphia Department of Revenue*
Municipal Services Building
1401 John F. Kennedy Boulevard
Philadelphia, PA 19102