**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 26, 2025, AT 10:00 A.M. (EASTERN TIME)**

> **AS THERE ARE NO MATTERS GOING FORWARD, THE HEARING IS CANCELLED AT THE DIRECTION OF THE COURT.**

**I.   MATTER(S) FILED UNDER CERTIFICATION:**

1. Certification of Counsel Regarding Stalking Horse Notice and Approval of Certain Stalking Horse Protections for Lantern Theater Co., filed on January 14, 2025 [Docket No. 163].

    Objection Deadline:     None.

    Responses Received:    None.

    Related Pleadings:        None.

    Status: **The Court has indicated that it intends to enter the proposed order.** Therefore, no hearing is necessary.

2. Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 1224-1234 Spruce Street, Philadelphia PA (Spruce Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of the Assumed Lease, and (III) Granting Other Related Relief, filed on January 27, 2025 [Docket No. 187].

---

[1]   The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: The University of the Arts (9911); and U of Arts Finance, LLC (9911).

[2]   Amended items will appear in **bold**.

Objection Deadline:    February 14, 2025, at 12:00 p.m. (Eastern Time).

Responses Received:

    i.    Informal comments from Buyer to proposed Sale Order.

Related Pleadings:

A.    Notice of Stalking Horse Agreement and Proposed Break-Up Fee Protections ("Stalking Horse Notice"), filed on January 27, 2025 [Docket No. 188].

B.    Certificate of Service, filed on January 29, 2025 [Docket No. 192].

C.    Declaration of Alfred T. Giuliano, Chapter 7 Trustee, in Support of Sale of Real Property and Related Assets Located at 1224-1234 Spruce Street, Philadelphia PA (Spruce Hall), filed on February 20, 2025 [Docket No. 236].

D.    Certification of Counsel Regarding Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 1224-1234 Spruce Street, Philadelphia PA (Spruce Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of the Assumed Lease, and (III) Granting Other Related Relief, filed on February 20, 2025 [Docket No. 238].

E.    Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 1224-1234 Spruce Street, Philadelphia PA (Spruce Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of the Assumed Lease, and (III) Granting Other Related Relief, entered on February 24, 2025 [Docket No. 243].

Status:  The order has been entered. No hearing is necessary.

3.    Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 329-335 S. Broad Street, Philadelphia PA (Anderson Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief, filed on February 4, 2025 [Docket No. 211].

Objection Deadline:    February 18, 2025, at 12:00 p.m. (Eastern Time).

Responses Received:    None.

Related Pleadings:

A.    Notice of Stalking Horse Agreement and Proposed Break-Up Fee Protections ("Stalking Horse Notice"), filed on February 4, 2025 [Docket No. 212].

B. Certificate of Service, filed on February 6, 2025 [Docket No. 223].

C. Declaration of Alfred T. Giuliano, Chapter 7 Trustee, in Support of Sale of Real Property and Related Assets Located at 329-335 S. Broad Street, Philadelphia PA (Anderson Hall), filed on February 20, 2025 [Docket No. 237].

D. Certificate of No Objection Regarding Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 329-335 S. Broad Street, Philadelphia PA (Anderson Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief, filed on February 20, 2025 [Docket No. 239].

E. Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 329-335 S. Broad Street, Philadelphia PA (Anderson Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief, entered on February 24, 2025 [Docket No. 244].

Status: The order has been entered. No hearing is necessary.

## II. MATTER(S) GOING FORWARD:

4. Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 320 and 320R S. Broad Street, Philadelphia PA (Hamilton & Furness Halls) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief, filed on February 4, 2025 [Docket No. 209].

Objection Deadline: February 18, 2025, at 12:00 p.m. (Eastern Time).

Responses Received: None. Trustee did receive an overbid for the Property and an auction was held.

Related Pleadings:

A. Notice of Stalking Horse Agreement and Proposed Break-Up Fee Protections ("Stalking Horse Notice"), filed on February 4, 2025 [Docket No. 210].

B. Certificate of Service, filed on February 6, 2025 [Docket No. 223].

C. Notice of (I) Successful Bid and Bidder for Certain Real Property and Related Assets Located at 320 and 320R S. Broad Street, Philadelphia, PA (Hamilton & Furness Halls) and (II) Filing of Asset Purchase Agreement and Sale Order, filed on February 25, 2025 [Docket No. 249].

D.     Declaration of Alfred T. Giuliano, Chapter 7 Trustee, in Support of Sale of Real Property and Related Assets Located at 320 and 320R S. Broad Street, Philadelphia, PA (Hamilton & Furness Halls), filed on February 25, 2025 [Docket No. 250].

E.     Certification of Counsel Regarding Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 320 and 320R S. Broad Street, Philadelphia PA (Hamilton & Furness Halls) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief, filed on February 25, 2025 [Docket No. 253].

F.     **Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 320 and 320R S. Broad Street, Philadelphia PA (Hamilton & Furness Halls) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief, entered on February 25, 2025 [Docket No. 255].**

Status: **The order has been entered. No hearing is necessary.**

Dated: February 25, 2025  
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:   carickhoff@chipmanbrown.com
           root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*