IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE UNIVERSITY OF THE ARTS, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-12140 (BLS)<br><br>(Jointly Administered)<br><br>Hearing Date: March 18, 2025, at 10:00 a.m. (ET)<br>Objection Deadline: March 11, 2025, at 4:00 p.m. (ET) |

**NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF A CERTAIN MASTER FACILITIES AGREEMENT**

**PLEASE TAKE NOTICE** that Alfred T. Giuliano, the Chapter 7 Trustee of the estates of the above-captioned Debtors, has filed the *Motion of Chapter 7 Trustee for Entry of an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006 Authorizing Rejection of a Certain Master Facilities Agreement* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **March 11, 2025, at 4:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that if no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, a hearing on the Motion will be held on **March 18, 2025, at 10:00 a.m. (Eastern Time)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Sixth Floor, Court Room 1, Wilmington, Delaware 19801.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable, are: The University of the Arts (9911); and U of Arts Finance (9911).

- 2 -

Dated: February 25, 2025
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:  carickhoff@chipmanbrown.com
          root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*