IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| The University of the Arts | : | Case No. 24-12140 (BLS) |
| | : | |
| Debtor(s). | : | |

## NOTICE OF FILING RIDER TO INDIVIDUAL CASE BOND OF TRUSTEE

To:   Parties on the attached service list

PLEASE TAKE NOTICE that on February 26, 2025, Andrew R. Vara, United States Trustee, filed and served the attached Chapter 7 Individual Case Bond of Alfred T. Giuliano, Trustee for the above-captioned estate.

ANDREW R. VARA
UNITED STATES TRUSTEE

By: /s/ *Benjamin Hackman*
Benjamin Hackman, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 223, Lockbox 35
Wilmington, Delaware 19801
Tel. (302) 573-6491
Fax: (302) 573-6497

Dated: February 26, 2025