IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 18, 2025, AT 10:00 A.M. (EASTERN TIME)**

**THERE ARE NO MATTERS GOING FORWARD.  THIS HEARING HAS BEEN CANCELLED.**

**I.    RESOLVED MATTER(S):**

1. Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 311 S. Juniper Street, Philadelphia PA (Juniper Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief, filed on February 10, 2025 [Docket No. 228]

   Objection Deadline:     February 25, 2025 at 4:00 p.m. (Eastern Time).

   Responses Received:     None

   Related Pleadings:

   A. Notice of Stalking Horse Agreement and Proposed Break-Up Fee Protections ("Stalking Horse Notice"), filed on February 10, 2025 [Docket No. 229].

   B. Certificate of Service, filed on February 12, 2025 [Docket No. 233].

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: The University of the Arts (9911); and U of Arts Finance, LLC (9911).

    C. Declaration of Alfred T. Giuliano, Chapter 7 Trustee, in Support of Sale of Real Property and Related Assets Located at 311 S. Juniper Street, Philadelphia PA (Juniper Hall), filed on February 26, 2025 [Docket No. 265].

    D. Certificate of No Objection Regarding Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 311 S. Juniper Street, Philadelphia PA (Juniper Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief, filed on February 27, 2025 [Docket No. 268].

    E. Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 311 S. Juniper Street, Philadelphia PA (Juniper Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief, entered on February 28, 2025 [Docket No. 269]

    Status: The order has been entered. No hearing is necessary.

2. Chapter 7 Trustee's Motion for Approval to Abandon and/or Destroy Certain Remaining Records and Documents, filed on February 21, 2025 [Docket No. 240].

    Objection Deadline:    March 7, 2025, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

    (a) Certificate of No Objection, filed on March 10, 2025 [Docket No. 275].

    (b) Order Authorizing the Chapter 7 Trustee to Abandon and/or Destroy Certain Remaining Records and Documents, entered on March 11, 2025 [Docket No. 276].

    Status: The order has been entered. No hearing is necessary.

3. Motion of Chapter 7 Trustee for Entry of an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006 Authorizing Rejection of a Certain Master Facilities Agreement, filed on February 25, 2025 [Docket No. 259].

    Objection Deadline:    March 11, 2025, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

    (a) Certificate of No Objection, filed on March 13, 2025 [Docket No. 284].

    Status: A Certificate of No Objection has been filed. Unless the Court has any questions, no hearing is necessary.

| | |
|---|---|
| Dated: March 14, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ David W. Carickhoff*<br>David W. Carickhoff (No. 3715)<br>Alan M. Root (No. 5427)<br>Alison R. Maser (No. 7430)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Email:  carickhoff@chipmanbrown.com<br>            root@chipmanbrown.com<br>            maser@chipmanbrown.com<br><br>*Counsel for the Chapter 7 Trustee* |