# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE UNIVERSITY OF THE ARTS, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-12140 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 249, 250, 254, 255, and 258** |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on February 25, 2025, I caused true and correct copies of the following pleadings to be served (i) by CM/ECF upon those parties registered to receive such electronic notifications in this case, (ii) by electronic or first-class mail upon the parties listed on the attached service list:

(1) Notice of (I) Successful Bid and Bidder for Certain Real Property and Related Assets Located at 320 and 320R S. Broad Street, Philadelphia, PA (Hamilton & Furness Halls) and (II) Filing of Asset Purchase Agreement and Sale Order [Docket No. 249];

(2) Declaration of Alfred T. Giuliano, Chapter 7 Trustee, in Support of Sale of Real Property and Related Assets Located at 320 and 320R S. Broad Street, Philadelphia, PA (Hamilton & Furness Halls) [Docket No. 250];

(3) Notice of *Amended* Agenda of Matters Scheduled for Hearing on February 26, 2025, at 10:00 a.m. (Eastern Time) [Docket No. 254];

(4) Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 320 and 320R S. Broad Street, Philadelphia PA (Hamilton & Furness Halls) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief [Docket No. 255]; and

(5) Notice of *Second Amended* Agenda of Matters Scheduled for Hearing on February 26, 2025, at 10:00 a.m. (Eastern Time) [Docket No. 258].

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: The University of the Arts (9911); and U of Arts Finance, LLC (9911).

Dated: March 26, 2025
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:  carickhoff@chipmanbrown.com
          root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

# SERVICE LIST

*VIA EMAIL*

Benjamin A. Hackman, Esquire
*Office of the United States Trustee*
Email:  benjamin.a.hackman@usdoj.gov

Gregory T. Donilon, Esquire
Marc J. Phillips, Esquire
Richard G. Placey, Esquire
*Montgomery McCracken Walker & Rhoads LLP*
Email:  gdonilon@mmwr.com
        mphillips@mmwr.com
        rplace@mmwr.com
(Counsel for Debtors)

Amy Caton, Esquire
Douglas Buckley, Esquire
*Kramer Levin Naftalis & Frankel LLP*
Email:  acaton@kramerlevin.com
        dbuckley@kramerlevin.com
(Counsel for UMB Bank, N.A.)

Domenic E. Pacitti, Esquire
*Klehr Harrison Harvey Branzburg LLP*
Email:  dpacitti@klehr.com
(Counsel for UMB Bank, N.A.)

Morton R. Branzburg, Esquire
*Klehr Harrison Harvey Branzburg LLP*
Email:  mbranzburg@klehr.com
(Counsel for UMB Bank, N.A.)

Nicholas Brannick, Esquire
*Ballard Spahr, LLP*
Email:  brannickn@ballardspahr.com
(Counsel for TD Bank, N.A.)

Diane E. Vuocolo, Esquire
*Ballard Spahr, LLP*
Email:  vuocolod@ballardspahr.com
(Counsel for TD Bank, N.A.)

Joseph H. Lemkin, Esquire
*Stark & Stark, P.C.*
Email:  jlemkin@stark-stark.com
(Counsel for De Lage Landen Financial Services, Inc.)

Megan N. Harper, Esquire
Deputy City Solicitor
*City of Philadelphia Law Department*
Email:  Megan.Harper@phila.gov

Jacob Ross Wasser-Segal, Esquire
*McMonagle Perri McHugh Mischak & Davis*
Email:  jsegal@mpmpc.com
(Counsel to 14 WA Partners LP)

*14 WA Partners LP*
Email:  rjs@pearl-properties.com
        jls@pearl-properties.com

Susan E. Kaufman, Esquire
*Law Offices of Susan E. Kaufman, LLC*
Email:  skaufman@skaufmanlaw.com
(Counsel for American Federation of Teachers and AFT Local 9608)

Damien N. Tancredi, Esquire
*Flaster/Greenberg P.C.*
Email:  damien.tancredi@flastergreenberg.com
(Counsel for Metro Commercial Real Estate)

Hanan B. Kolko, Esquire
Matthew E. Stolz, Esquire
*Cohen, Weiss and Simon LLP*
Email:  hkolko@cwsny.com
        mstolz@cwsny.com
(Counsel for American Federation of Teachers and AFT Local 9608)

John J. Monaghan, Esquire
Lynne B. Xerras, Esquire
*Holland & Knight LLP*
Email:  bos-bankruptcy@hklaw.com
        lynne.xerras@hklaw.com
(Counsel for Temple University)

Robert J. Dehney, Sr., Esquire
Eric D. Schwartz, Esquire
*Morris Nichols Arsht & Tunnell*
Email:  rdehney@morrisnichols.com
        eschwartz@morrisnichols.com

David B. Smith, Esquire
*Smith Kane Holman, LLC*
Email:  dsmith@skhlaw.com
(Counsel for Moore College of Art & Design)

Tori L. Remington, Esquire
*Troutman Pepper Hamilton Sanders LLP*
Email:  tori.remington@troutman.com
(Counsel for Curtis Institute of Music)

Francis J. Lawall, Esquire
*Troutman Pepper Hamilton Sanders LLP*
Philadelphia, PA 19103-2799
Email: francis.lawall@troutman.com
(Counsel for Curtis Institute of Music)

Christopher R. Momjian, Senior Deputy Attorney General
*Pennsylvania Office of Attorney General*
Email: crmomjian@attorneygeneral.gov

Jeffrey Kurtzman, Esquire
*Kurtzman | Steady, LLC*
Email: kurtzman@kurtzmansteady.com
(Counsel for Iron Stone real Estate Partners)

Mark E. Felger, Esquire
*Cozen O'Connor*
Email: mfelger@cozen.com
(Counsel for Allan Domb Real Estate)

Christopher R. Donoho III, Esquire
*Hogan Lovells*
Email: chris.donoho@hoganlovells.com
(Counsel for UA Agency LLC)

**V**IA **F**IRST-**C**LASS **M**AIL

*Bank of New York Mellon Trust Company, N.A.*
500 Ross Street, 12th Floor
Pittsburgh, PA 15262

*TD Bank, N.A.*
2005 Market Street, 2nd Floor
Philadelphia, PA 19103

*Xerox Financial Services*
201 Merritt 7
Norwalk, CT 06856

*Engie Resources LLC*
1111 Old Eagle School Road
Wayne, PA 19087

*UMB Bank, N.A., as Collateral Agent*
120 South Sixth Street, Suite 1400
Minneapolis, MN 55402

Center City District
100 South Broad Street, Suite 1N
Philadelphia, PA 19110

*City of Philadelphia Department of Revenue*
Municipal Services Building
1401 John F. Kennedy Boulevard
Philadelphia, PA 19102

*UA Agency, LLC*
c/o Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004

*Internal Revenue Service*
P.O. Box 7346
Philadelphia, PA 19101-7346

*Pennsylvania Department of Revenue*
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

*Pennsylvania Office of Attorney General*
16th Floor, Strawberry Square
Harrisburg, PA 17120

*City of Philadelphia Department of Revenue*
Municipal Services Building
1401 John F. Kennedy Boulevard
Philadelphia, PA 19102