**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON APRIL 8, 2025, AT 10:00 A.M. (EASTERN TIME)**

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE..**

**I.  MATTER(S) GOING FORWARD:**

1. Motion of Chapter 7 Trustee for Entry of Order (I) Authorizing and Approving the Sale of Certain Real Property and Related Assets Located at 401-411 S. Broad Street, Philadelphia PA (Gershman Hall) Free and Clear of All Liens, Claims Encumbrances and Other Interests, and (II) Granting Other Related Relief, filed on March 7, 2025 [Docket No. 272].

    <u>Objection Deadline</u>:    March 24, 2025 at 4:00 p.m. (Eastern Time).

    <u>Responses Received</u>:    None

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: The University of the Arts (9911); and U of Arts Finance, LLC (9911).

Related Pleadings:

A.  Notice of Stalking Horse Agreement and Proposed Break-Up Fee Protections ("Stalking Horse Notice"), filed on March 7, 2025 [Docket No. 273].

Status: A hearing on this matter will go forward.

## II.  INTERIM FEE APPLICATION(S):

2.  First Interim Fee Application of Chipman Brown Cicero & Cole, LLP, Attorneys for Alfred T. Giuliano, Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period of September 16, 2024 Through February 28, 2025, filed on March 13, 2025 [Docket No. 282].

    Objection Deadline:     March 27, 2025, at 4:00 p.m. (Eastern Time).

    Responses Received:     None.

    Related Pleadings:

    A.  Certificate of No Objection, filed on March 28, 2025 [Docket No. 295].

    B.  Order Granting First Interim Fee Application of Chipman Brown Cicero & Cole, LLP, Attorneys for Alfred T. Giuliano, Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period of September 16, 2024 Through February 28, 2025, entered on March 31, 2025 [Docket No. 296].

    Status: The order has been entered. No hearing is necessary.

3.  First Interim Fee Application of Giuliano, Miller & Company, LLC as Accountants and Financial Advisors for Alfred T. Giuliano, Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period of September 16, 2024 Through February 28, 2025, filed on March 17, 2025 [Docket No. 287].

    Objection Deadline:     March 31, 2025, at 4:00 p.m. (Eastern Time).

    Responses Received:     None.

    Related Pleadings:

    A.  Certificate of No Objection, filed on April 1, 2025 [Docket No. 297].

    B.  Order Granting First Interim Fee Application of Giuliano, Miller & Company, LLC as Accountants and Financial Advisors for Alfred T. Giuliano, Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period of September 16, 2024 Through February 28, 2025, entered on April 2, 2025 [Docket No. 298].

    Status: The order has been entered. No hearing is necessary.

4. Motion of Fox Rothschild for Allowance of First Interim Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Chapter 7 Trustee for the Period September 27, 2024 through February 28, 2025, filed on March 18, 2025 [Docket No. 288].

   Objection Deadline:   April 1, 2025, at 4:00 p.m. (Eastern Time).

   Responses Received:   None.

   Related Pleadings:

   A. Certificate of No Objection, filed on April 2, 2025 [Docket No. 301].

   B. Order Allowing and Awarding First Interim Compensation to Fox Rothschild for Services Rendered and Reimbursement of Expenses as Special Counsel to the Chapter 7 Trustee for the Period September 27, 2024 through February 28, 2025, entered on April 3, 2025 [Docket No. 302].

   Status: The order has been entered. No hearing is necessary.

Dated: April 4, 2025
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
Alan M. Root (No. 5427)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:   carickhoff@chipmanbrown.com
         root@chipmanbrown.com
         maser@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

4931-7367-2495, v. 2