IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 14, 2025, AT 1:30 P.M. (EASTERN TIME)**

> **AS THERE ARE NO MATTERS GOING FORWARD, AT THE DIRECTION
> OF THE COURT, THE HEARING IS CANCELLED.**

**I.   RESOLVED MATTER(S):**

1.  Motion of Chapter 7 Trustee for Entry of Order Further Extending the Deadline to File Notices of Removal of Claims and Causes of Action Pursuant to 28 U.S.C. § 1452, filed on April 10, 2025 [Docket No. 309].

    <u>Objection Deadline</u>:   April 24, 2025 at 4:00 p.m. (Eastern Time).

    <u>Responses Received</u>:   None

    <u>Related Pleadings</u>:

    A.  Certificate of No Objection Regarding Motion of Chapter 7 Trustee for Entry of Order Further Extending the Deadline to File Notices of Removal of Claims and Causes of Action Pursuant to 28 U.S.C. § 1452, filed on April 25, 2025 [Docket No. 311].

    B.  Order Further Extending the Deadline to File Notices of Removal of Claims and Causes of Action Pursuant to 28 U.S.C. § 1452, entered on April 30, 2025 [Docket No. 312].

    Status:  The order has been entered. Therefore, no hearing is necessary.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: The University of the Arts (9911); and U of Arts Finance, LLC (9911).

| | |
|---|---|
| Dated: May 7, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ David W. Carickhoff*<br>David W. Carickhoff (No. 3715)<br>Alan M. Root (No. 5427)<br>Alison R. Maser (No. 7430)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Email:  carickhoff@chipmanbrown.com<br>           root@chipmanbrown.com<br>           maser@chipmanbrown.com<br><br>*Counsel for the Chapter 7 Trustee* |