# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| THE UNIVERSITY OF THE ARTS, *et al.*,[1] | Case No. 24-12140 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 28, 2025, AT 2:00 P.M. (EASTERN TIME)

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.    RESOLVED MATTER(S):**

1. Motion of the Chapter 7 Trustee for an Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases, filed on May 2, 2025 [Docket No. 313].

    Objection Deadline:    May 14, 2025 at 2:00 p.m. (Eastern Time).

    Responses Received:    None

    Related Pleadings:

    A.   Notice of Hearing Regarding Motion of the Chapter 7 Trustee for an Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases, filed on May 2, 2025 [Docket No. 314].

    B.   Certificate of No Objection Regarding Motion of the Chapter 7 Trustee for an Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases, filed on May 15, 2025 [Docket No. 317].

---

[1]  The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: The University of the Arts (9911); and U of Arts Finance, LLC (9911).

    C.    Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases, entered on May 16, 2025 [Docket No. 318].

Status:  The order has been entered. No hearing is necessary.

## II. MATTER(S) GOING FORWARD:

2.    Motion of the Chapter 7 Trustee for Entry of an Order Authorizing and Approving Third Amendment to Purchase Agreement with DSA 401 Lifetime LLC Regarding Sale of Real Property and Related Assets Located at 401-411 S. Broad Street, Philadelphia, PA (Gershman Hall), filed on May 21, 2025 [Docket No. 320].

Objection Deadline:    May 28, 2025 at 2:00 p.m. (Eastern Time).

Responses Received:    None

Related Pleadings:

A.    Motion to Shorten Time for Notice and Response to: Motion of the Chapter 7 Trustee for Entry of an Order Authorizing and Approving Third Amendment to Purchase Agreement with DSA 401 Lifetime LLC Regarding Sale of Real Property and Related Assets Located at 401-411 S. Broad Street, Philadelphia, PA (Gershman Hall), filed on May 21, 2025 [Docket No. 321].

B.    Order Granting Motion to Shorten Time for Notice and Response to: Motion of the Chapter 7 Trustee for Entry of an Order Authorizing and Approving Third Amendment to Purchase Agreement with DSA 401 Lifetime LLC Regarding Sale of Real Property and Related Assets Located at 401-411 S. Broad Street, Philadelphia, PA (Gershman Hall), entered on May 22, 2025 [Docket No. 322].

C.    Notice of Hearing Regarding Motion of the Chapter 7 Trustee for Entry of an Order Authorizing and Approving Third Amendment to Purchase Agreement with DSA 401 Lifetime LLC Regarding Sale of Real Property and Related Assets Located at 401-411 S. Broad Street, Philadelphia, PA (Gershman Hall), filed on May 22, 2025 [Docket No. 323].

Status:  This matter will go forward.

|  |  |
|---|---|
| Dated: May 23, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ David W. Carickhoff*<br>David W. Carickhoff (No. 3715)<br>Alan M. Root (No. 5427)<br>Alison R. Maser (No. 7430)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Email:  carickhoff@chipmanbrown.com<br>           root@chipmanbrown.com<br>           maser@chipmanbrown.com<br><br>*Counsel for the Chapter 7 Trustee* |