## CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on May 23, 2025, I caused true and correct copies of the **Notice of Agenda of Matters Scheduled for Hearing on May 28, 2025, at 2:00 p.m. (Eastern Time)**, to be served (i) by CM/ECF upon those parties registered to receive such electronic notifications in these cases, and (ii) by email or first-class mail upon the parties listed on the attached service list.

/s/ David W. Carickhoff
David W. Carickhoff (No. 3715)

**SERVICE LIST**

*Via* Email

Benjamin A. Hackman, Esquire
*Office of the United States Trustee*
Email:  benjamin.a.hackman@usdoj.gov

Gregory T. Donilon, Esquire
Marc J. Phillips, Esquire
Richard G. Placey, Esquire
*Montgomery McCracken Walker & Rhoads LLP*
Email:  gdonilon@mmwr.com
         mphillips@mmwr.com
         rplace@mmwr.com
(Counsel for Debtors)

Amy Caton, Esquire
Douglas Buckley, Esquire
*Kramer Levin Naftalis & Frankel LLP*
Email:  acaton@kramerlevin.com
         dbuckley@kramerlevin.com
(Counsel for UMB Bank, N.A.)

Domenic E. Pacitti, Esquire
*Klehr Harrison Harvey Branzburg LLP*
Email:  dpacitti@klehr.com
(Counsel for UMB Bank, N.A.)

Morton R. Branzburg, Esquire
*Klehr Harrison Harvey Branzburg LLP*
Email:  mbranzburg@klehr.com
(Counsel for UMB Bank, N.A.)

Nicholas Brannick, Esquire
*Ballard Spahr, LLP*
Email:  brannickn@ballardspahr.com
(Counsel for TD Bank, N.A.)

Diane E. Vuocolo, Esquire
*Ballard Spahr, LLP*
Email:  vuocolod@ballardspahr.com
(Counsel for TD Bank, N.A.)

Joseph H. Lemkin, Esquire
*Stark & Stark, P.C.*
Email:  jlemkin@stark-stark.com
(Counsel for De Lage Landen Financial Services, Inc.)

Megan N. Harper, Esquire
Deputy City Solicitor
*City of Philadelphia Law Department*
Email:  Megan.Harper@phila.gov

Jacob Ross Wasser-Segal, Esquire
*McMonagle Perri McHugh Mischak & Davis*
Email:  jsegal@mpmpc.com
(Counsel to 14 WA Partners LP)

*14 WA Partners LP*
Email:  rjs@pearl-properties.com
         jls@pearl-properties.com

Susan E. Kaufman, Esquire
*Law Offices of Susan E. Kaufman, LLC*
Email:  skaufman@skaufmanlaw.com
(Counsel for American Federation of Teachers and AFT Local 9608)

Damien N. Tancredi, Esquire
*Flaster/Greenberg P.C.*
Email:  damien.tancredi@flastergreenberg.com
(Counsel for Metro Commercial Real Estate)

Hanan B. Kolko, Esquire
Matthew E. Stolz, Esquire
*Cohen, Weiss and Simon LLP*
Email:  hkolko@cwsny.com
         mstolz@cwsny.com
(Counsel for American Federation of Teachers and AFT Local 9608)

John J. Monaghan, Esquire
Lynne B. Xerras, Esquire
*Holland & Knight LLP*
Email:  bos-bankruptcy@hklaw.com
         lynne.xerras@hklaw.com
(Counsel for Temple University)

Robert J. Dehney, Sr., Esquire
Eric D. Schwartz, Esquire
*Morris Nichols Arsht & Tunnell*
Email:  rdehney@morrisnichols.com
         eschwartz@morrisnichols.com

David B. Smith, Esquire
*Smith Kane Holman, LLC*
Email:  dsmith@skhlaw.com
(Counsel for Moore College of Art & Design)

Tori L. Remington, Esquire
*Troutman Pepper Hamilton Sanders LLP*
Email:  tori.remington@troutman.com
(Counsel for Curtis Institute of Music)

Francis J. Lawall, Esquire
*Troutman Pepper Hamilton Sanders LLP*
Email:  francis.lawall@troutman.com
(Counsel for Curtis Institute of Music)

Christopher R. Momjian, Senior Deputy Attorney General
*Pennsylvania Office of Attorney General*
Email:  crmomjian@attorneygeneral.gov

Jeffrey Kurtzman, Esquire
*Kurtzman | Steady, LLC*
Email:  kurtzman@kurtzmansteady.com
(Counsel for Iron Stone real Estate Partners)

Mark E. Felger, Esquire
*Cozen O'Connor*
Email:  mfelger@cozen.com
(Counsel for Allan Domb Real Estate)

Christopher R. Donoho III, Esquire
*Hogan Lovells*
Email:  chris.donoho@hoganlovells.com
(Counsel for UA Agency LLC)

Nicholas J. Elia, Esquire
*Levin Sedran & Berman*
Email:  nelia@lfsblaw.com
(Counsel for William Acker, *et al.*, and the Putative Class)

Christopher A. Ward, Esquire
Elisa Hyder, Esquire
*Polsinelli PC*
Email:  cward@polsinelli.com
          ehyder@polsinelli.com
(Counsel for Temple University)

Marshall Kizner, Esquire
*Stark & Stark, P.C.*
Email:  mkizner@stark-stark.com
(Counsel for De Lage Landen Financial Services, Inc.)

John R. Weaver, Jr., Esquire
*John R. Weaver, Jr., P.A.*
Email:  jrweaverlaw@verizon.net
(Counsel for De Lage Landen Financial Services, Inc.)

**VIA FIRST-CLASS MAIL**

*The Bank of New York Mellon Trust Company, N.A.*
500 Ross Street, 12th Floor
Pittsburgh, PA 15262

*TD Bank, N.A.*
2005 Market Street, 2nd Floor
Philadelphia, PA 19103

*Xerox Financial Services*
201 Merritt 7
Norwalk, CT 06856

*Engie Resources LLC*
1111 Old Eagle School Road
Wayne, PA  19087

*UMB Bank, N.A., as Collateral Agent*
120 South Sixth Street, Suite 1400
Minneapolis, MN  55402

*Center City District*
100 South Broad Street, Suite 1N
Philadelphia, PA  19110

*City of Philadelphia Department of Revenue*
Municipal Services Building
1401 John F. Kennedy Boulevard
Philadelphia, PA  19102