**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE UNIVERSITY OF THE ARTS, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 24-12140 (BLS) |
| STEPHANIE CAWLEY, CHARIS DUKE, NICK EMBREE, LAURA FRAZURE, COLIN KENNEY, JACQUELINE MANNI, KEVIN MERCER, REBECCA JEAN MURPHY, BRADLEY PHILBERT, KARL STAVEN, RICHARD REIN, ROSEMARY SAVOIA, BRAD M. SCHUTTS, DANIEL O. TUCKER, MIKHAIL SERGEEV, LAURA GRUTZECK, CAROLINA BLATT, BETH COUTURE, JEANETTE L. PADILIONI, ELISA M. SEEHERMAN AND JENNY L. NEFF,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF THE ARTS.<br><br>Defendant. | Adversary Pro. No. 26-50974 (BLS) |

**NOTICE OF HEARING FOR JOINT MOTION FOR ENTRY OF AN ORDER (I) CERTIFYING A CLASS FOR SETTLEMENT PURPOSES, (II) APPOINTING PLAINTIFFS AS CLASS REPRESENTATIVES AND PLAINTIFFS' COUNSEL AS CLASS COUNSEL, (III) APPOINTING ANALYTICS AS SETTLEMENT ADMINISTRATOR, (IV) PRELIMINARILY APPROVING SETTLEMENT, (V) APPROVING CLASS NOTICE AND (VI) SCHEDULING FAIRNESS HEARING**

PLEASE TAKE NOTICE that a hearing for the *Joint Motion for Entry of an Order (I) Certifying a Class for Settlement Purposes, (II) Appointing Plaintiffs as Class Representatives and Plaintiffs' Counsel as Class Counsel, (III) Appointing Analytics as Settlement Administrator, (IV) Preliminarily Approving Settlement, (V) Approving Class*

*Notice and (VI) Scheduling Fairness Hearing* [DI 377 & A.D.I. 5] filed on October 28, 2026, has been scheduled for **December 7, 2026** at **3:00 pm (ET)** before The Honorable Brendan L. Shannon, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

Dated: November 23, 2026

*/s/ Michael Busenkell*
Michael Busenkell, Esq. (DE 3933)
Gellert Seitz Busenkell & Brown, LLC
1201 North Orange St., Suite 300
Wilmington, DE 19801
(302) 425-5800

Ryan Allen Hancock, Esq.
Willig, Williams & Davidson
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
rhancock@wwdlaw.com
(215) 656-3679

Eric Lechtzin, Esq.
Edelson Lechtzin LLP
411 S. State Street, Suite N-300
Newtown, PA 18940
elechtzin@edelson-law.com
(215) 867-2399 ext. 1

*Attorneys for Plaintiffs*